# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHARLENE DZIELAK, ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**WHIRLPOOL CORPORATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:12-CV-00089-SRC-MAS**

TO: *(Name and address of Defendant):*

```
Whirlpool Corporation
World Headquarters and North America Region
2000 N. M-63
Benton Harbor, MI  49022-2692
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**LEROY DUNBAR**
(By) DEPUTY CLERK



ISSUED ON 2012-01-09 13:01:25.0, Clerk
USDC NJD

# AFFIDAVIT OF SERVICE

**State of New Jersey**       **County of**      **U.S. District Court**

Case Number: 212CV00089SRCMAS

Plaintiff/Petitioner:
**CHARLENE DZIELAK, et al**
vs.
Defendant/Respondent:
**WHIRLPOOL CORPORATION, et al**

Received by HPS Process Service & Investigations, Inc. to be served on **Whirlpool Corporation, World Headquarters and North American Region, 211 North Hilltop, St. Joseph, NC 49085**. I, _James Lecknder_, being duly sworn, depose and say that on the _11th_ day of _January_, 20_12_ at _2:02_ p.m., executed service by delivering a true copy of the Summons in a Civil Case and Complaint and Demand for Jury Trial in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving _Garret Chapin_
as _Legal Department_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _13th_ day of _January_, _2012_ by the affiant who is personally known to me.

_Gale J Clark_
NOTARY PUBLIC
GALE J. CLARK

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2012000511

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b