# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHARLENE DZIELAK AND SHELLY BAKER, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION, LOWE'S COMPANIES, INC., and SEARS HOLDINGS CORPORATION<br><br>Defendants. | Civil Action No. 2:12-CV-0089-SRC-MAS<br><br>Honorable Stanley R. Chesler |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for the two *pro hac vice* counsel listed below to receive electronic notification in the within matter, and it is represented that:

(1) A Consent Order of the Court granting *pro hac vice* admission to Michael T. Williams and Galen D. Bellamy, attorneys at the law firm of Wheeler, Trigg, O'Donnell, LLP, in the within matter was entered on March 29, 2012 [document 22]; and

(2) The Admission Fee, in the amount of $150 for each attorney, pursuant to L. Civ. R.

101.1(c)(3), was paid to the Clerk of the Court for each of these admissions on March 30, 2012.

_s/David R. Kott_____
David R. Kott
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attorneys for Defendants
  Whirlpool Corporation, Lowe's
  Companies, Inc. and Sears Holding
  Corporation

Dated: April 5, 2012

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Michael T. Williams
Address:    Wheeler, Trigg, O'Donnell, LLP
            1801 California Street, Suite 3600
            Denver, CO 80202-2617
Email:      williams@wtotrial.com


Name:       Galen D. Bellamy
Address:    Wheeler, Trigg, O'Donnell, LLP
            1801 California Street, Suite 3600
            Denver, CO 80202-2617
Email:      bellamy@wtotrial.com

ME1 13209392v.1