**McCARTER & ENGLISH**, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendants
    Whirlpool Corporation, Lowe's Companies, Inc.
    and Sears Holdings Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE DZIELAK and SHELLEY BAKER, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, LOWE'S COMPANIES, INC., and SEARS HOLDINGS CORPORATION,<br><br>                          Defendants. | Civil Action No. 2:12-cv-00089-SRC-MAS<br>Honorable Stanley R. Chesler<br><br>**CERTIFICATION OF DAVID R. KOTT IN SUPPORT OF APPLICATION FOR ADMISSION OF JOEL S. NECKERS, ESQ.**<br>*PRO HAC VICE* |

    **DAVID R. KOTT**, of full age, hereby certifies as follows:

    1.    I am an attorney-at-law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, attorneys for Defendants Whirlpool Corporation, Lowe's Companies, Inc. and Sears Holdings Corporation. I submit this Certification in support of the application of Joel S. Neckers, Esq., for admission to the Bar of this Court *pro hac vice*. I am familiar with the facts and information set forth herein.

    2.    Plaintiffs' lead counsel, Scott A. Bursor, Esq., of Bursor & Fisher, P.A. has informed me that he has no objection to the *pro hac vice* admission of Mr. Neckers.

3. I am a member in good standing of the New Jersey Bar.

4. Mr. Neckers will be associated with me in the defense of this matter. I will be responsible for the conduct of Mr. Neckers in the case. I, or another member of McCarter & English, LLP, will sign all pleadings, briefs and other papers filed with the Court.

5. I, or another member or associate of McCarter & English, LLP, will make all court appearances.

6. I have advised Mr. Neckers of the existence of the Rules of the United States District Court for the District of New Jersey and have provided to them copies of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*; L. Civ. R. 101.1(c), *Admission of Attorneys: Appearance Pro Hac Vice; Local Counsel*; and L. Civ. R. 104.1, *Discipline of Attorneys*. I will ensure that Mr. Neckers comply with L. Civ. R. 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
DAVID R. KOTT

Dated: April 9, 2012