**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
973.622.4444
Attorneys for Defendants
  Whirlpool Corporation, Lowe's Companies,
  Inc. and Sears Holding Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE DZIELAK and SHELLEY BAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, LOWE'S COMPANIES, INC., and SEARS HOLDINGS CORPORATION,<br><br>Defendants. | Civil Action No. 2:12-cv-00089-SRC-MAS<br>Honorable Stanley R. Chesler<br><br><br>**ORDER ADMITTING JOEL S. NECKERS ESQ.**<br>*PRO HAC VICE* |

**THIS MATTER** having been brought before the Court by McCarter & English, LLP, attorneys for Defendants Whirlpool Corporation, Lowe's Companies, Inc. and Sears Holding Corporation for an Order, pursuant to Local Rule 101.1(c), permitting Joel S. Neckers, Esq. of the firm Wheeler, Trigg, O'Donnell LLP to appear and participate *pro hac vice* on behalf of Defendants Whirlpool Corporation, Lowe's Companies, Inc. and Sears Holding Corporation and Scott A. Bursor, Esq., lead counsel for Plaintiffs Charlene Dzielak and Shelley Baker having

ME1 13241996v.1

consented to the entry of this Order; and the Court having considered this matter pursuant to Federal Rule of Civil Procedure 78, and good cause having been shown;

**IT IS** on this _____ day of April 2012,

**ORDERED** that Joel S. Neckers, of the firm Wheeler, Trigg, O'Donnell LLP is hereby permitted to appear in this action *pro hac vice*; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court on behalf of Defendants Whirlpool Corporation, Lowe's Companies, Inc. and Sears Holdings Corporation shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Joel S. Neckers shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is further

**ORDERED** that Joel S. Neckers shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is further

**ORDERED** that Joel S. Neckers shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 101.1(c), *Admission of Attorneys: Appearance* Pro Hac Vice; *Local Counsel;* L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*; and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that Joel S. Neckers, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____

HONORABLE MICHAEL A. SHIPP, U.S.M.J.