# Exhibit A

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW JERSEY

3

4    CHARLENE DZIELAK, et al.,  :

                                :

5                               :

          Plaintiffs,           :   CIVIL ACTION NO.

6                               :2:12-cv-00089-KM-SCM

          vs.                   :

7                               :

                                :

8    WHIRLPOOL CORPORATION,     :

     LOWE'S HOME CENTER, SEARS  :

9    HOLDINGS CORPORATION, THE  :

     HOME DEPOT, INC., FRY'S    :

10   ELECTRONICS, INC., AND     :

     APPLIANCE RECYCLING CENTERS:

11   OF AMERICA, INC.,          :

                                :

12        Defendants.           :

13

14

15            Videotaped deposition of COLIN B. WEIR,

16   taken by and before Lisa Forlano, CCR, CRR, RMR, at

17   the offices of Bursor & Fisher, P.A., 888 Seventh

18   Avenue, New York, New York, on Friday, April 22,

19   2016, commencing at 9:19 a.m.

20

21

22

23   Job No. CS 2236911

24

25

Page 2

```
 1   A P P E A R A N C E S:

 2

 3           BURSOR & FISHER, P.A.
             BY:  NEAL J. DECKANT, ESQUIRE
 4           888 SEVENTH AVENUE
             NEW YORK, NEW YORK  10019
 5           (646) 837-7410
             ndeckant@bursor.com
 6           ATTORNEYS FOR PLAINTIFFS

 7

 8           VOZZOLO LLC
             BY:  ANTONIO VOZZOLO, ESQUIRE
 9           345 ROUTE 17 SOUTH
             UPPER SADDLE RIVER, NEW JERSEY  07458
10           (201) 630-8820
             ATTORNEYS FOR PLAINTIFFS

11

12           WHEELER TRIGG O'DONNELL LLP
             BY:  CEDRIC D. LOGAN, ESQUIRE
13           370 SEVENTEENTH STREET
             SUITE 4500
14           DENVER, COLORADO  80202-5647
             (303) 244-1800
15           logan@wtotrial.com
             ATTORNEYS FOR DEFENDANTS

16

17           ALSO PRESENT:  DREW CERRIA, VIDEOGRAPHER

18

19

20

21

22

23

24

25
```

Page 3

1
2                          I N D E X
3
4     WITNESS                                    PAGE
5     Colin B. Weir
6       By Mr. Logan                          3, 260
7       By Mr. Deckant                          247
8
9
10                   E X H I B I T S
11    Weir-1  Declaration of Colin B. Weir        4
      dated December 28, 2015
12
      Weir-2  Declaration and Expert Report of J.   4
13    Michael Dennis, PH.D.
14    Weir-3  Declaration and expert report of Dr.   4
      R. Sukumar dated December 28, 2015
15
      Weir-4  Document WDZ0009099 - WDZ0009100    131
16
      Weir-5  Document WDDZ0000208 - WDDZ0000215  165
17
      Weir-6  Whirlpool Corporation Services 2008  174
18    Energy Star Sustained Excellence Award,
      WDZ000472 - WDZ000478
19
      Weir-7  The value of the Energy Star market, 177
20    WDZ0000280 - WDZ00030207
21    Weir-8  Document WDZ0000005 - WDZ0000020    180
22    Weir-9  Compilation of documents,          182
      WDZ0018976 - WDZ0018998
23
      Weir-10 Document WDZ00012524 - WDZ0012524   247
24
25

Page 4

1            (Declaration of Colin B. Weir dated

2       December 28, 2015 was marked Weir-1 for

3       identification.)

4            (Declaration and Expert Report of J.

5       Michael Dennis, Ph.D. was marked Weir-2 for

6       identification.)

7            (Declaration and expert report of

8       Dr. R. Sukumar dated December 28, 2015 was

9       marked Weir-3 for identification.)

10           VIDEO OPERATOR:  We are now on the

11      record.  Please note that the microphones are

12      sensitive and can pick up whispering or your

13      private conversations and just please keep

14      your cellphones away from the microphones as

15      they can cause interference.  Recording will

16      continue until all parties agree to go off the

17      record.

18           My name is Drew Cerria, representing

19        Veritext Corporate Services.  The date

20        today is Friday, April 22, 2016.  The time

21        is approximately 9:19 a.m.

22           Today's deposition is being held at the

23        law firm of Bursor and Fisher, P.A.,

24        located at 888 Seventh Avenue, New York

25        City, 10019.

1            And today's deposition is being taken

2        by counsel for the defense.  The caption of

3        today's case is Charlene Dzielak, Shelley

4        Baker, Francis Angelone, Brian Maxwell,

5        Jeffrey Reed, Kari Parsons, Charles Beyer,

6        Jonathon Cohen, Jennifer Schramm and

7        Aspasia Christy on behalf of themselves

8        versus Whirlpool, Lowe's Home Center, Sears

9        Holding Corporation, The Home Depot,

10        Incorporated, Fry's Electronics,

11        Incorporated and Appliance Recycling

12        Centers of America.

13            This case is being held in the United

14        States District Court in the District of

15        New Jersey.  The case number is

16        12-CV-0089-KM-JBC.

17            Our witness today is Mr. Colin B. Weir.

18            And at this time if our attorneys will

19        identify themselves, their firms and the

20        parties they represent, after which our

21        reporter, Ms. Lisa Forlano, also of

22        Veritext will swear in Mr. Weir and we will

23        begin.

24            MR. DECKANT:  This is Neal Deckant from

25        Bursor and Fisher, representing Plaintiffs.

Page 6

1       And I'm joined today by Anthony Vozzolo of

2       Vozzolo LLC.

3              MR. LOGAN:  This is Cedric Logan of

4       Wheeler Trigg O'Donnell, and I'm representing

5       Defendants Whirlpool, Lowe's, Sears and Fry's

6       Electronics.

7              COLIN B. WEIR, having been duly sworn,

8       was examined and testified as follows:

9  BY MR. LOGAN:

10      Q      Okay.  Mr. Weir, good morning.

11      A      Good morning.

12      Q      Good to see you again.

13      A      A pleasure.

14      Q      You've been deposed many times; is that

15  correct?

16      A      That's true.

17      Q      So I'm going to skip some of the

18  formalities.  Is there any reason you can't give

19  truthful testimony today?

20      A      I don't think I'll have any problem

21  giving truthful testimony today, although I will

22  note that I am just returning to my firm from an

23  extended paternity leave, and more than usual I may

24  ask you to help refresh my recollection with

25  documents since it's been some time since I've

1    thought about some of these issues.

2         Q      Well, congratulations on your -- your

3    paternity.

4         A      Thank you.

5         Q      And that's no problem.  We will take

6    all the time we need in order to make sure that

7    you -- your -- your recollection is sufficiently

8    refreshed so that you can give accurate testimony.

9         A      Thank you.

10        Q      And if you need a break, just let me

11   know.  Just try to give me a maybe five-minute heads

12   up so that I can wrap up any series of questions.

13        A      Okay.

14        Q      Okay.  Some of this background material

15   we have covered in other cases, but just so I have a

16   clean record in this case I'll want to cover it

17   briefly here.

18               Did you attend college?

19        A      I did.

20        Q      And where was your undergrad?

21        A      I attended the College of Wooster,

22   W-O-O-S-T-E-R.

23        Q      And what year did you graduate?

24        A      2003.

25        Q      And what was your major?

1      A      Business economics.

2      Q      Business economics.  And did you have

3  any minors?

4      A      I did not.

5      Q      And what was your GPA?

6      A      I don't remember the precise amount,

7  but I graduated with cum laude honors.

8      Q      Okay.  Describe business economics for

9  me, just the nature of what you studied.

10      A      It was a traditional economics program

11  that focused more on business issues, including

12  accounting, marketing, product development and then

13  some of the more traditional economic type of topics

14  like statics, progression analysis.  I think that's

15  a broad level.  I don't think that's every class I

16  took, but --

17      Q      You studied microeconomics?

18      A      Yes.

19      Q      Supply and demand and the nature of

20  prices?

21      A      Yes.

22      Q      Okay.  Does any of the study that you

23  did as an undergraduate inform your work on this

24  case?

25      A      Sure.  I think it underpins the basics

```
                                              Page 9
 1    of my background and experience as an economist.

 2           Q       You would describe yourself as an

 3    expert in economics?

 4           A       I would.

 5           Q       You would describe yourself as an

 6    expert in statistics?

 7           A       Yes.

 8           Q       Now, I -- I note in your report -- and

 9    for the record, why don't we just go ahead and say

10    we have three exhibits pre-marked which have been

11    given to you.  Exhibit 1 is a copy of your

12    Declaration in this case.

13                   Exhibit 2 is a copy of the Declaration

14    and expert report of J. Michael Dennis, Ph.D.  And

15    Exhibit 3 is a copy of the Declaration and expert

16    report of Dr. R. Sukumar.

17                   MR. DECKANT:  Cedric, I don't believe I

18          have a copy of Exhibit Number 3.

19                   MR. LOGAN:  My apologies.  Sukumar, let

20          me get that for you.

21                   MR. DECKANT:  Thank you.

22    BY MR. LOGAN:

23           Q       Now, I note in your report you rely on

24    the declarations of Drs. Dennis and Sukumar.  That's

25    a fair characterization?
```

1    A     I would say I rely on them in part.

2    Q     And what is the name of the survey

3  technique used by Dr. Dennis?

4    A     Contingent valuation method.  Just

5  sometimes abbreviated as CVM.

6    Q     Okay.  Contingent evaluation.

7          And same question for Dr. Sukumar.

8    A     Dr. Sukumar relies on a survey

9  technique known generally as conjoint analysis, and

10  in particular he used a subset of the conjoint

11  methodologies known as ASEMAP, all caps A-S-E-M-A-P.

12    Q     You obtained your MBA, correct?

13    A     That's correct.

14    Q     And what was the name of your college?

15    A     I went to Northwestern University for

16  that degree.

17    Q     And I know that Northwestern University

18  MBA program, there's various types of programs.

19  There's night school.  There's day school.  There's

20  telecommuting.  What was the nature of your

21  enrollment at Woost -- at Northeastern?

22    A     Some of the classes were day classes.

23  Some of the classes were evening classes, but it was

24  a pre-requisite of the program that you maintain

25  full-time employment while you are taking your

1   degree.  So I was continuously employed at my

2   current firm, Economics and Technology, while I was

3   earning that degree.

4        Q      And was there a particular

5   concentration that you studied in the course of

6   getting your MBA?

7        A      I don't think there was a particular

8   concentration offered per se, but the program

9   covered traditional business and economic concepts

10  like accounting, marketing, finance, economics,

11  statistical analysis.  There were classes, for

12  example, in conjoint analysis, in marketing,

13  innovation, human resources, business law.

14       Q      Did you study contingent valuation in

15  the course of your education?

16       A      I don't know whether Northeastern

17  included any contingent valuation studies.  Some of

18  my undergraduate studies involve what's known as AB

19  testing, which uses the same techniques as

20  contingent valuation from a statistical perspective;

21  although I don't know that you would call it in the

22  context valuation in the context that I used.

23       Q      Well, I'll -- I'll ask you some more

24  questions about Dennis and Sukumar later on to make

25  this record, but just generally, did you evaluate

1    and scrutinize their reports so that you knew that

2    you could rely on them, or did you more just take it

3    as a given that they're qualified and they did a

4    good job on their reports?

5         A    I would say it's a mix of both.  I have

6    relied on having worked with both of these experts

7    in other proceedings before, their stated

8    credentials, but I myself, I would consider myself

9    to have expertise in both contingent valuation

10   methodology and conjoint methodology and have been

11   accepted as an expert as such by various courts.

12   And so I made some investigation as to the

13   methodologies used by both Dr. Sukumar and

14   Dr. Dennis to give myself comfort that they have, at

15   least on the face of things, applied those

16   methodologies in a way that I would find reasonable

17   myself.

18        Q    Did you do a -- a rigorous review of

19   their methodology?

20        A    Tell me what you mean by "a rigorous

21   review."

22        Q    For example, did you examine the

23   underlying data that they collected and ensure that

24   they did the calculations correctly?

25        A    I did examine, I believe, the

Page 13

1    underlying datasets of both experts.  I don't think

2    I fully reproduced all of their calculations.

3         Q     So sitting here today, you don't

4    personally guarantee that everything contained in

5    the Sukumar and Dennis reports is 100 percent

6    accurate; is that fair?

7         A     I don't know whether it's fair or not.

8         Q     Well, would you swear under oath that

9    everything contained in the Dennis report is

10   accurate?

11        A     No, I have not conducted sufficient

12   investigation into the Dennis report to basically

13   adopt it as my own testimony.

14        Q     And same question for Sukumar.

15        A     Same answer.

16        Q     I want to talk about your expertise in

17   both conjoint analysis and contingent valuation.

18   Why don't we start with conjoint analysis.  Can you

19   describe for me what conjoint analysis is?

20        A     Conjoint analysis is a very broad

21   discipline of survey research that can be used for

22   any number of reasons.  But the reason that it's

23   being used here and a common application of the

24   technique is to determine the value or premium

25   associated with a particular product attribute.

1            And conjoint analysis, again, at a high

2    level here because the discipline is pretty broad,

3    relies on survey tasks that either involve ranking

4    or choosing or ordering various either product

5    profiles or product attributes or mixes thereof in

6    order to, after a subsequent statistical evaluation,

7    determine, at least in this case, the value of an

8    attributed question; namely the value of the Energy

9    Star as it was applied to the Maytag Centennial

10   washing machines involved in this litigation.

11        Q    What is the most common use of conjoint

12   analysis in the academic world today?

13        A    Again, I know that the discipline is

14   quite broad.  I'm not sure that I could identify for

15   you what the most common application would be.  But

16   I -- I think it relates generally to what's been

17   done here, which is that it seeks to determine

18   the -- the value of various product attributes.

19        Q    Okay.  Have you ever conducted a

20   conjoint analysis in your career?

21        A    Yes.

22        Q    How many times?

23        A    I have permanently individually

24   conducted several conjoint studies, probably more

25   than five, less than 10.  Although as i sit here

1    today I'm not sure I have the exact number.  But

2    I've also been involved in team efforts that have

3    looked at the design and implementation of various

4    conjoint studies.  In addition to that, again, many

5    times, maybe as many as 10 or 20.

6         Q     So before the five to ten conjoint

7    analyses that you have conducted yourself, were

8    those for the purposes of litigation or for some

9    other purpose?

10        A     Well, I guess I should provide a little

11   bit more clarity.  Some of them were part of my

12   educational experience where in training for the

13   technique we then put the rubber to the road and

14   actually ran conjoint studies.  Some of them have

15   been for private clients.  And in a couple of

16   litigation instances, I have specified how I would

17   perform a conjoint study, but have not yet actually

18   run that conjoint study.

19        Q     And so what -- the -- the reports here

20   did not merely propose a method, but they actually

21   carried it out; is that correct?

22        A     That's correct.

23        Q     Have you, in litigation, done something

24   similar with respect to conjoint analysis?  Have you

25   carried it out and had it scrutinized by a court?

1       A       Again, I've been involved with teams of

2    people that have done so, but I'm not sure that I

3    have you ever done that by myself.

4       Q       Have you ever published any academic

5    articles on conjoint analysis?

6       A       I'm not in the business of publishing

7    academic articles, so, no, I have not.

8       Q       Have you ever taught any classes on

9    conjoint analysis?

10      A       I don't believe so, no.

11      Q       Have you ever been asked to review a

12   conjoint analysis as part of a peer-review process

13   for an academic journal?

14      A       Again, that's beyond the scope of the

15   services that my business provides, so the answer is

16   no.  Although, again, I have enough experience with

17   conjoint that I would feel comfortable performing

18   that analysis, if necessary.

19      Q       All right.  Well, now I'm going to ask

20   you questions about contingent valuation.  I believe

21   that you said that you did study, or did not, I'm

22   sorry, contingent valuation in your education?

23      A       Contingent valuation, to me, is one

24   flavor of something that I was taught as AB testing,

25   which is the comparison of one thing versus another

Page 17

1    using statistical methods, and in the contingent

2    valuation method you're collecting the data for the

3    comparison from a consumer survey.  So, again, I

4    believe I have the educational background for the

5    technical underpinnings of that, but I was not

6    taught the methodology by the name "contingent

7    valuation method."

8              However, I consider myself a lifelong

9    learner and I have been involved with contingent

10   valuation method on the job for 10 years now.  So

11   it's something that I have been immersed with and

12   focused and studied professionally now for sometime.

13        Q    Have you carried out a contingent

14   valuation analysis yourself?

15        A    I think -- I think many, if not all, of

16   the times that I've been involved with a contingent

17   valuation study that has been run from --

18   100 percent from beginning to end has been as part

19   of a team.  I have, in several litigations,

20   specified how -- specified the details of a

21   contingent valuation method, but I'm awaiting court

22   approval before I've been asked to go forth and run,

23   actually collect the survey data, which would be the

24   final step.

25        Q    And have you ever taught any classes on

Page 18

```
 1    contingent valuation?
 2         A      Again, I'm not a professor, so I
 3    haven't had the opportunity to do so.
 4         Q      And you've never published an economic
 5    article on contingent valuation?
 6         A      Again, I'm not in the business of
 7    publishing articles, so I have not.
 8         Q      Now, there are various types of
 9    contingent valuations we've discussed; is that
10    correct?
11         A      I'm not sure that we have discussed
12    that there are various types of contingent
13    valuation.
14         Q      Well, for example, you mentioned ASEMAP
15    being one methodology?
16         A      That's a conjoint methodology.
17         Q      My conjoint, my -- my apologies.  Well,
18    then why don't we talk about conjoint again just for
19    a minute.
20              A conjoint analysis could be -- the
21    results of that analysis, that could be biased in
22    various ways due to problems with the survey design
23    or execution; is that correct?
24         A      I -- I don't quite understand that
25    question.  Could you try again, please?
```

1     Q    Sure.  Any survey, regardless if it is

2 contingent or conjoint or some other methodology,

3 can have biased results in various ways due to the

4 design or the execution of the survey; is that

5 correct?

6     A    I wouldn't say that all surveys have

7 bias.  In fact, most of them are designed to not

8 have bias.

9     Q    What are some of the ways that a survey

10 designer could check against possible biases?

11     A    I don't understand what you mean by

12 "check against bias."

13     Q    If an academic was interested in

14 minimizing bias, for example, in a survey technique,

15 how would they go about doing that?

16           MR. DECKANT:  Objection.

17           THE WITNESS:  I think most of the work

18       to minimize bias is done in the survey design

19       phase, and that's done by the selection of and

20       drafting of the survey questionnaire.

21 BY MR. LOGAN:

22     Q    There are academic articles and books

23 regarding how to minimize bias in survey design; is

24 that correct?

25     A    You know, I've read so many articles

Page 20

1    about survey and so many books, I -- I assume that

2    topic is covered.  I don't know if there are

3    articles or books that address solely that one

4    topic, but perhaps.

5         Q    Have you ever had any education

6    regarding the use of contingent valuation to

7    determine the price premium for a consumer good?

8              Let me rephrase that.  A price premium

9    for a particular attribute of a consumer good.

10        A    I think that's the only way in which

11   I've ever used contingent valuation methods.  So I

12   would say all of my only experience with contingent

13   valuation method is -- is in the use of the

14   technique in that manner.

15        Q    Have you ever had any education on the

16   use of conjoint analysis to determine a price

17   premium for a particular attribute of a consumer

18   good?

19        A    Absolutely.

20        Q    And this is just the experience that

21   we've been discussing so far?

22        A    No.  I had an entire graduate level

23   course that focused on the implementation of

24   conjoint surveys and, in particular, how to value a

25   particular attribute that you're studying.  As well

Page 21

1    as you've mentioned additional on-the-job education

2    and training and use of these techniques.

3         Q      Have you ever conducted a consumer

4    survey yourself?

5         A      Yes.

6         Q      And how many times?

7         A      Dozens.  Maybe more.

8         Q      And was that for litigation or for

9    other purposes?

10        A      Both.

11        Q      How many for litigation?

12        A      As I sit here today, I don't know.  I

13   can't recollect.

14        Q      When you are conducting a consumer

15   survey, is it important to get a sufficient number

16   of respondents in order to ensure the validity of

17   the results?

18        A      It depends tremendously on the context

19   and goal of the survey.

20        Q      So what does the phrase "margin of

21   error" mean to you within context of conducting a

22   consumer survey?

23        A      At least in some surveys, the goal of

24   the survey is to get information from a sample

25   population that you then which -- wish to project to

1   the total population or the universe, and the margin

2   of error gives you some indication about the

3   statistical accuracy of the estimate from the

4   sample.  So you might typically see plus or minus

5   6 percent margin of error, which would indicate that

6   the sample estimate could vary slightly from the

7   point estimate of the sample itself.

8        Q     As a general matter, is it the case

9   that the more respondents you have in a survey the

10   lower margin of error you have?

11        A     There may be exceptions, but I think

12   generally all else equal the bigger the sample, at

13   least up to a certain threshold, the smaller the

14   margin of error.  At a certain point you have a

15   sufficiently large sample that there really isn't

16   improvement by gaining additional sample size.

17        Q     So there is not a linear relationship

18   between sample size and margin of error?

19        A     You know, I've never plotted that out.

20   So I don't know if, over the portion, where there is

21   a direct relationship between those two things,

22   whether that's linear or not, but I can tell you

23   that at some point the gains either become deminus

24   or zero.

25        Q     Is there a level of -- let me rephrase

Page 23

1  this.

2              Is there a point at which in a survey

3  result the margin of error becomes too large that

4  the survey result is not considered to be sound?

5       A      I don't believe there's a bright line.

6  It would, again, depend tremendously on the purpose

7  and goal of the survey and the particular facts and

8  circumstances underpinning that survey.

9       Q      So, for example, in a presidential

10  poll, a survey with a margin of error of plus or

11  minus 25 percent would not be that interesting, it

12  would not tell us a lot of things about what the

13  voters were preferring?

14       A      Is that a hypothetical you're

15  suggesting?

16       Q      Yes.

17       A      Without more details about what that

18  survey was trying to illicit and what the results of

19  that survey were, I can't answer that question.

20       Q      Do you have any experience or

21  background in analyzing home appliance energy

22  efficiency tests?

23       A      Yes.

24       Q      And what is the nature of that

25  background?

Page 24

1          A      I've served as an expert, both a

2     testifying expert and consultive expert on, I think

3     five or more projects that have involved analyzing

4     Energy Star or energy efficiency of major household

5     appliances and looking at test results from -- from

6     those particular engagements.  The typical types of

7     tests are also usually derived from public policy

8     regulations, and I have substantial background in

9     analyzing regulations and statutes, particularly as

10    they relate to economic or statistical measures.

11    And so I have the ability to interpret a set of

12    rules for how to conduct a test and for whatever

13    underpins that test and to understand how it should

14    be conducted and how to interpret the results of

15    that test.

16         Q      So you are familiar with the Federal

17    Government's test procedures for Energy Star?

18         A      I would say that this is an area where

19    I probably couldn't recite all of those details from

20    memory, but if we put the regulations out there, I

21    am -- they are unfortunately complicated, but I

22    think I could very easily walk you through them,

23    given enough time.

24         Q      Do you have any experience or

25    background in predicting the useful life of an

Page 25

```
 1    appliance?
 2        A     I've certainly studied that issue
 3    enough times that I feel very comfortable analyzing
 4    the work of other people who have made that
 5    calculation.  I personally have not derived that
 6    calculation myself, but I've seen sources from --
 7    industry sources.  I've seen company-specific
 8    sources.  This is something I'm very familiar with.
 9        Q     But you're not an engineer; is that
10    correct?
11        A     I'm not an engineer, but I feel very
12    comfortable looking, for example, at survey results
13    that have made a determination of the average useful
14    lifespan of an appliance.  I feel I have the
15    expertise necessary to analyze that kind of data.
16        Q     Have you ever analyzed -- analyzed
17    actual testing of appliances in order to determine
18    their useful life?
19        A     I don't quite follow that question.
20        Q     So, for example, I know that there are
21    some groups out there that will run tests of
22    appliances where they open and close the door to the
23    appliance thousands of times or run a cycle of the
24    appliance thousands of times in order to determine
25    useful life.
```

1          Have you ever examined that sort of

2     data?

3          A     Again, what do you mean by "that sort

4     of data"?  What is the result that you're talking

5     about?  What is the data?

6          Q     Have you examined and scrutinized any

7     tests designed to predict the useful life of an

8     appliance?

9          A     That question just isn't any more clear

10     to me.  What I've said to you before and would say

11     again is that the results of analyses to determine

12     the average useful lifespan, those I have seen and

13     understand how to interpret those results.  If

14     you're asking about something different, then I'm

15     not following you.

16          Q     Well, I would -- let me see if I can

17     draw a line between an engineering experiment

18     designed to determine the useful life of a

19     particular product versus a survey where people are

20     asked how long would you expect a particular product

21     to last.  Have you analyzed one or the other or both

22     of those types of analyses?

23          A     Again, I think I have seen the results

24     of -- I've analyzed the results of those types of

25     surveys.  I haven't gone back and analyzed, for

Page 27

```
 1    example, how an engineer opened and closed the door
 2    a thousand times.
 3         Q     Okay.  Other than your work in this
 4    case, do you have any experience or background in
 5    evaluating the efficiency of clothes washers?
 6         A     Beyond the walls of the cases that I've
 7    worked on specifically as it relates to measuring
 8    these energy efficiency damages as I've done here,
 9    I've conducted a fairly broad study of the Energy
10    Star program and the energy usage that goes into
11    various appliances.  So I don't know how to
12    categorize that experience, but this was not my
13    first time considering the issue of a washing
14    machine and how washing machines use energy and how
15    they qualify for the Energy Star.  I was aware of
16    that and had reviewed other studies of energy use
17    and Energy Star certification as it relates to
18    washing machines.
19         Q     Sure.  Just to clarify the question.
20    I'm -- I'm aware that you have worked on other
21    Energy Star cases, but the question is, do you
22    have -- other than your work on this case, do you
23    have any experience or background in evaluating the
24    efficiency of clothes washers?
25         A     And what I'm suggesting to you is that
```

Page 28

1    separate and apart from the cases that we're talking

2    about, I have conducted independent study to have a

3    better understanding of Energy Star appliance

4    efficiency and how to make those measurements, and

5    that has included analysis of clothes washers.

6         Q    Well, I -- I think I'll need more

7    detail on this independent study of the energy

8    efficiency of clothes washers.  So tell me what --

9    outside of the context of this case, what

10   independent study have you conducted to evaluate the

11   energy efficiency of clothes washers?

12        A    Some of the efforts have been

13   duplicated here in this case, but it's involved an

14   analysis of the Federal regulations that govern the

15   energy efficiency standards of clothes washers,

16   reviewing other peer-reviewed studies that have

17   addressed the energy efficiency of clothes washers,

18   looking at elements relating to Energy Star

19   certification of clothes washers.  I -- I consider

20   that part of my background, experience, my 12 to 13

21   years of experience that I bring to bear here today.

22        Q    When did you commence your independent

23   study of the energy efficiency of clothes washers?

24        A    I would say that my study of Energy

25   Star and energy efficiency as it relates to

Page 29

1   appliances has been ongoing for several years.  I

2   couldn't tell you the date that I first gave that

3   consideration be, but three years or more I would

4   say.

5        Q      And what was the purpose of this

6   independent study?

7        A      To educate myself and provide myself

8   with the necessary tools to evaluate the energy

9   efficiency of various appliances, to make a

10  determination about Energy Star certification and to

11  have a general understanding of those topics.

12       Q      Well, this case was filed in 2012.  Did

13  you, at any point prior to the filing of this case,

14  conduct an independent study as to the energy

15  efficiency of clothes washers?

16       A      Again, I don't remember the precise

17  date, but I can state with certainty that my studies

18  predated my engagement in this case, which was not

19  as early as 2012.

20       Q      When you -- when you speak of this

21  independent study, you have -- have phrased it in

22  terms of studying Energy Star and Federal

23  regulations.  Was there a particular emphasis on

24  clothes washers at any point prior to your

25  engagement in this case?

```
 1        A      Again, my studies were of appliances
 2   generally, and there were particular elements that
 3   were specific to clothes washers and particular
 4   elements that were specific to, say, refrigerators
 5   and these things are related, so it made sense to
 6   study them together.
 7        Q      What particular elements of -- about
 8   clothes washers stood out to you at that time?
 9                MR. DECKANT:  Objection.
10                THE WITNESS:  I don't quite understand.
11        That seems very broad.
12   BY MR. LOGAN:
13        Q      The -- you said that -- you -- I
14   believe that you said that there were particular
15   elements about clothes washers that you studied as
16   part of your independent study in the -- in this
17   case -- before this case.  And so I'm just asking
18   what were those particular elements about clothes
19   washers that you recall studying?
20        A      I think you've -- I apologize if I've
21   miscommunicated, but it seems that you've
22   misunderstood what I indicated to say, which is that
23   parts of my study related to clothes washers and
24   parts of my study related to other appliances.
25   Those fields of study to me are -- they go hand and
```

Page 31

1    hand, and so it makes sense to conduct those studies

2    together.

3              But what I remember about the issues

4    relating to the energy efficiency of clothes washers

5    are things about electrical usage as it relates to

6    operating the machine, using hot water, drying

7    clothes, how to convert various Federal standards

8    like the energy factor or water use factor into

9    energy equivalent units, such as kilowatt hours or

10   therms of natural gas.  Again, many of the things

11   that I have been able to bring to bear in this case.

12        Q    It seems from your description that

13   your study was mainly focused on the Federally

14   regulated laboratory tests of clothes washers; is

15   that correct?

16        A    I don't know that that's a -- a

17   reasonable characterization.  I would say that

18   that's an element that I certainly studied, but how

19   washing machines operate and use energy is something

20   that I understand independent from how, for example,

21   the Federal Government, the U.S. Department of

22   Energy, which as I go on today I'll probably just

23   abbreviate as DOE, how the DOE might test those

24   things.  I think those are related but independent

25   topics that I have an understanding of.

Page 32

1         Q     So there's a difference between how the

2    DOE would measure the energy consumption of the

3    clothes washer in a laboratory and how a consumer

4    would use it in their home?

5              MR. DECKANT:  Objection.

6              THE WITNESS:  That's definitely not

7         what I intended to impart with my previous

8         answer.  What I had intended to suggest was

9         that you can have an understanding of how

10        clothes washers operate and use energy.  For

11        example, electricity to spin the -- the

12        clothes or energy to heat hot water,

13        independent of how the DOE might conduct

14        testing.  But I understand the purpose of the

15        DOE testing to provide information that is

16        directly applicable to consumer use of the

17        products.

18   BY MR. LOGAN:

19        Q     And this last phrase in your previous

20   answer that the purpose of the DOE testing is to

21   provide information to consumers that is useful,

22   what do you base that statement on?

23        A     There are a lot of things.  I think the

24   most obvious one is the process by which we've wound

25   up here today, which is that the DOE tests

Page 33

1    appliances and can make a determination about

2    whether or not they appear to be Energy Star

3    qualified.  When they find an appliance that claims

4    to be qualified but they believe is not, they

5    typically refer that analysis to the U.S.

6    Environmental Protection Agency, or EPA, and the EPA

7    can then revoke the Energy Star qualification of an

8    appliance, and that has a direct connection to

9    information that's provided to consumers.  I think

10   it's undisputed that the Energy Star logo is one of

11   the most highly recognized logos by consumers and

12   that it's very important as consumers make decisions

13   about appliances.

14        Q     To what extent or in what ways is the

15   DOE testing of clothes washers different from the

16   way an ordinary consumer uses it?

17        A     I think the DOE testing is designed to

18   be representative of how consumers as a whole use

19   their clothes washers.

20        Q     And what do you base that statement on?

21        A     Again, the way in which the DOE tests

22   are used.

23        Q     For example, have you seen --

24              MR. DECKANT:  Just object.  Please let

25        the witness finish his answer.

1    BY MR. LOGAN:

2         Q      Sorry.  I thought you were done.

3         A       If you look at how the DOE tests are

4    used, they're used to provide informations to

5    consumers as a whole.  The DOE tests are used, as I

6    understand it, to provide, for example, Energy Star

7    certification or decertification across an entire

8    suite of appliances and not just to one single

9    appliance or for one single consumer or for

10   consumers in New Jersey but not California.

11            So, again, it's my understanding that

12   these results are intended to be representative of a

13   broad swath of consumers and decisions are based

14   upon those that apply to, I guess, every appliance

15   or in that sense every consumer who was purchasing

16   that appliance.

17        Q      Have you seen a document that has

18   stated that the DOE tests are designed to be

19   reflective of real-world use, or something of that

20   nature?

21        A       I think the documents that I've

22   reviewed speak for themselves, and if you'd like to

23   mark them, we could go through them.  But I believe,

24   if you take a holistic approach of the review of the

25   documents, even just extant in this litigation, what

Page 35

1    I've suggested will become apparent, which is that

2    there's a clear intention for these tests to be

3    applied across an entire range of appliances and to

4    be representative of all consumers that are -- are

5    buying these appliances as a whole in the aggregate.

6          Q      Sitting here today, you cannot recall a

7    particular document that says the DOE clothes

8    washers tests are designed to reflect real-world

9    use?

10                MR. DECKANT:  Objection.

11                THE WITNESS:  Again, what I've said is

12          I believe the documents will speak for

13          themselves.  And as I said earlier today, I

14          don't have, you know, a library in my brain of

15          each document.  Many of these are things just

16          Bates numbered so I can't recall the precise

17          titles of documents, but I believe a holistic

18          review of the documents that I cite in

19          Exhibit 2 to the Declaration that's marked as

20          Deposition Weir-1 will provide context to

21          understand that the DOE tests are designed to

22          be representative and projectable across a

23          large group or the totality of consumers.

24   BY MR. LOGAN:

25          Q      Well, my -- I guess my problem with

Page 36

1    this testimony is I've reviewed the Declaration and

2    the documents that you refer to it, and I don't see

3    a document that says the DOE tests are designed to

4    reflect real-world use.  So I'm asking you, giving

5    you an opportunity, if you are aware of such a

6    document, can you identify it?  And feel free to

7    confer with your report.

8         A      I mean, I can look at my report, but

9    again, what I would refer you and the reader of this

10   transcript to is what's marked as Exhibit 2 to

11   deposition Weir-1, which is my exhibit of facts,

12   data and other information considered, which

13   unfortunately includes a number of documents that

14   are simply titled by Bates number.  And as I sit

15   here today I don't have a precise recollection of

16   what each of these documents is or the exact

17   contents of each one.  But I believe if you conduct

18   a holistic review, by which I mean don't just look

19   at one page of any one document but look at all the

20   documents in totality, the implication is clear,

21   which is that the DOE test results are intended to

22   be applied to an entire range of appliances across

23   all of the consumers.

24        Q      Again, sitting here today, you cannot

25   identify a single document that says the DOE tests

1    are representative of consumer use?

2                    MR. DECKANT:  Objection.

3                    THE WITNESS:  You can ask me that

4          question as many times as you want and what

5          I've said today is that I don't have a

6          photographic memory of what's in each one of

7          these documents, but if you look at the

8          documents in a holistic approach, not just any

9          one page or any one document but all of the

10         documents that I've cited in Exhibit 2 to

11         Deposition Weir-1, I think the result is plain

12         as day, that the DOE results are intended to

13         apply across a broad range of appliances and

14         not just a single one and that the results are

15         intended to be informative to all consumers in

16         the aggregate.

17   BY MR. LOGAN:

18         Q      Have you ever recalled seeing a

19   statement that the DOE tests for clothes washers are

20   representative of consumer use?

21                    MR. DECKANT:  Objection.

22                    THE WITNESS:  I've certainly had that

23         impression since the very beginning of my work

24         on Energy Star analyses.  Again, as I've said

25         earlier today, I don't have a photographic

1          memory.  I don't have all of the documents

2          I've ever read in mind, but to me there is

3          just zero doubt based upon my experience all

4          the documents and studies that I've read, the

5          implementations and use of these DOE tests

6          that these results are intended to be

7          projected to a large group of consumers.

8     BY MR. LOGAN:

9          Q     You have had that impression, but do

10    you ever recall seeing the document that stated

11    that, or that is just your own independent

12    conclusion based on your research?

13         A     This is the impression that I have from

14    reviewing many documents related to that topic.  But

15    I can't cite a particular one as part of a memory

16    quiz here today.

17         Q     What have you done to determine if DOE

18    laboratory tests are reflective of real-world use?

19         A     I have relied on the purpose of the DOE

20    tests.

21         Q     What is the purpose of the DOE tests?

22         A     The DOE tests that are specific to this

23    case are to make a determination of whether or not

24    an appliance qualifies as an Energy Star product or

25    not.

Page 39

1        Q      Have you done any analysis to determine

2    if the DOE tests are reflective of real-world use?

3        A      I don't believe I've conducted any

4    independent tests.  I'm relying on the Federal

5    Government who uses these test results to apply them

6    to every one of the appliances and to all consumers

7    nationwide.

8        Q      Has the Federal statement stated that

9    the DOE test are reflective of real-world use?

10                MR. DECKANT:  Objection.

11                THE WITNESS:  Again, my understanding

12           from a review of documents in this case and in

13           other cases is that these tests are reflective

14           of the use of all of the appliances that are

15           the subject of a particular test and are

16           designed to provide information to a broad

17           group of consumers who have purchased or may

18           purchase these appliances.

19    BY MR. LOGAN:

20        Q      Let me see if I can break this down

21    into particular testing elements and ask the

22    question that way.

23                For example, the -- according to your

24    report, the DOE estimated number of annual cycles

25    for the clothes washers is 392 cycles per year.  Are

Page 40

1    you aware of that?

2         A     I am.

3         Q     Where did the DOE get that number, 392?

4         A     There is a regulation that provides for

5    that number.

6         Q     Where did they get that number?  How

7    did they decide 392?

8         A     Who is "they"?

9         Q     The DOE.

10        A     I believe the DOE has taken that number

11   directly from the statute that proscribes the method

12   of testing.

13        Q     So you are -- you believe that Congress

14   wrote a statute that says that this testing should

15   assume 392 cycles per year?

16              MR. DECKANT:  Objection.

17   BY MR. LOGAN:

18        Q     Is that your testimony?

19        A     No.  I'm saying that there is a statute

20   or regulation that provides for that number and that

21   the DOE test uses the various inputs from the

22   statutes or regulations when it conducts its tests.

23        Q     Right.  So my question is, who came up

24   with the 392 number?  Was that a survey?  Was it a

25   guess?  Where did 392 come from?

1       A       As I sit here today, I don't have a

2   recollection of that.

3       Q       Has it always been 392, the DOE clothes

4   washer test?

5       A       I would say the same answer.  As I sit

6   here today, I don't have a recollection one way or

7   the other.

8       Q       Is it still 392 to this day for clothes

9   washers being manufactured today?

10      A       I haven't made an investigation one way

11  or the other.

12      Q       Do the named plaintiffs in this case,

13  did they use 392 cycles per year?

14              MR. DECKANT:  Objection.

15              THE WITNESS:  I'm not interested in

16          what any one individual has done.  My analysis

17          is tailored to a class of people, and my

18          understanding, again, of the DOE tests is that

19          it's using inputs designed to measure

20          appliances across a broad swath of users.  And

21          so I believe that that's the correct level of

22          analysis.

23  BY MR. LOGAN:

24      Q       But the answer is you're not aware of

25  any individual plaintiff in this case who uses 392

Page 42

1    cycles per year; is that your testimony?

2         A     That is the wrong level of analysis so

3    I haven't sought to understand that.

4         Q     Is it your belief that the putative

5    class members as a whole use on average 392 cycles

6    per year?

7         A     I believe that the DOE test result and

8    the DOE tests are designed to be projectable to a

9    large group of consumers and that the 392, based

10   upon its use and determination by the Federal

11   Government is a reasonable estimate for use in

12   measuring the energy efficiency of washing machines.

13        Q     Other than the fact that the DOE had at

14   least have signed off on the 392 number, do you have

15   any other reason for believing that 392 is a

16   reasonable number to use in this case?

17        A     I don't believe, as I think I've said

18   already today, that I've made an independent

19   verification of that number.  I'm relying on the

20   fact that that is a statute -- a statutory --

21   statutorily provided number or that that number

22   appears in a regulation, that that was determined by

23   some element of the Federal Government, that that is

24   a requirement of the DOE tests and that that test is

25   designed to provide information that is applicable

1    across a broad range of appliances or a broad range

2    of consumers, depending upon how you want to look at

3    it.

4         Q      Did you make any evaluation in this

5    case of how the energy consumption of a clothes

6    washer might fluctuate over time?  For example, how

7    the energy consumption of a clothes washer might

8    fluctuate from year to year as it gets older?

9         A      My analysis was focused on the delta

10   between what was promised versus the delta of the

11   test results and not, again, on any particular one

12   washing machine.

13        Q      And not on any particular one year?

14   For example, you did not analyze what would the

15   delta be from year to year or how would a clothes

16   washer age?

17        A      I think that's something that I've

18   considered and my understanding of the nature of the

19   DOE test result is that it's -- the DOE test results

20   are designed not just to apply to one year, but to

21   the entire lifespan of the clothes washers.  And so

22   the -- when, for example, the Energy Star is revoked

23   as a result of a DOE test, it doesn't come back for

24   retesting a year later.  My understanding is that a

25   disqualification and less challenged is permanent.

Page 44

1       Q       When a clothes washer is tested

2    pursuant to the DOE regulations, is it a new clothes

3    washer or an old clothes washer?

4       A       As I sit here today, I don't recall.   I

5    believe the DOE tests would make that plain.

6       Q       It would not surprise you if I

7    represented to you that testing is done of new

8    clothes washer, not 10-year-old clothes washer?

9       A       Well, I would find that these

10   appliances tend to only be sold over a period of a

11   number of years, so I would assume that the DOE

12   tests are going to be conducted within at least the

13   early portion of the lifespan of these appliances.

14              But, again, that doesn't change my

15   opinions about how the DOE tests are designed and

16   employed, which is to study an entire range of

17   appliances for a broad range of consumers for the

18   lifespan of the appliances.

19       Q       Did you conduct any evaluation in

20   determining how the energy consumption of a clothes

21   washer might differ depending on individual consumer

22   use?

23       A       Again, I would advise the reader of the

24   transcript that for purposes of determining

25   class-wide damages, any individual level inquiry is

Page 45

1   wildly inappropriate and that the appropriate level

2   of analysis here is the energy efficiency of these

3   appliances in the aggregate across the class or

4   across the totality of the population.

5        Q.    Okay.  So let me see if I can sum up

6   the last few minutes of testimony.  You did not

7   conduct any individual analysis of how any

8   individual consumer would use their clothes washer?

9             MR. DECKANT:  Object to form.

10  BY MR. LOGAN:

11       Q.    Is that correct?

12       A.    My analysis has been focused in what I

13  believe to be the correct level of analysis, which

14  is to do an analysis on a class-wide basis and that

15  any individual analysis would be inappropriate

16  because it does not inform an aggregate level

17  analysis of class-wide damages.

18       Q.    Your focus is on class-wide analysis,

19  not on any one individual consumer; is that correct?

20       A.    That's correct.

21       Q.    And --

22       A.    That's my assignment in this case.

23       Q.    And the way that you would conduct a

24  class-wide analysis is to rely on DOE methodologies

25  and test results, not your own independent test

1   results; is that correct?

2        A      That question unfortunately seems a

3   little overbroad.  Would you mind narrowing that

4   down, please?

5        Q      The way that you conduct a class-wide

6   analysis in this case is by relying on DOE

7   methodologies and test results; is that fair?

8        A      That is one of the ways in which I

9   examined damages in this litigation.

10       Q      Other than relying on the DOE tests,

11  did you conduct any independent evaluation of how

12  consumers actually use their clothes washers?

13       A      I don't believe that to be necessary in

14  order to calculate class-wide damages.

15       Q      So the answer is no?

16       A      Again, I would not look at what any one

17  individual is doing at all.  I would look at what

18  consumers in the aggregate or the class is doing,

19  and I believe that the DOE results provide the best

20  available measure of that.

21       Q      So the answer is no?

22       A      I standby my previous answer to your

23  question.

24       Q      Which I construe is no because you

25  don't actually say no, you just explain why the

Page 47

 1    answer is no, but you don't actually say no?

 2             MR. DECKANT:  Objection.

 3             THE WITNESS:  I don't accept your

 4        characterization of my testimony.  I would

 5        like my full answer to stand on the record,

 6        please.

 7    BY MR. LOGAN:

 8        Q      Well, the question was, did you conduct

 9    any independent evaluation of how consumers actually

10    uses their clothes washers.  Your answer was, I

11    don't believe that's necessary.  Isn't that fair?

12        A      I don't think that's the whole answer

13    that I gave.

14        Q      Okay.

15        A      And so it's not fair that you are

16    trying to mischaracterize my testimony.

17             MR. LOGAN:  Why don't we -- why don't

18        we take five minutes.  Is that all right?

19             VIDEO OPERATOR:  The time is

20        approximately 10:15.  We're going to go off

21        the record.

22             (Brief recess.)

23             VIDEO OPERATOR:  It's approximately

24        10:29.

25             We are back on the record.

Page 48

1   BY MR. LOGAN:

2        Q       Mr. Weir, we have been talking about

3   the DOE tests, whether or not those are reflective

4   of the putative class here in this case.  We talked

5   about the cycles per year.  But there are other

6   aspects of the DOE tests I would like to determine

7   if it is your opinion whether or not those aspects

8   are also reflective of the behavior of the putative

9   class in this case.

10               Are you aware that the DOE tests

11  require a certain mix of water temperature settings

12  to be used?

13       A       I am aware of that.

14       Q       You probably don't recall.  I don't

15  even think I recall.  Do you know what those mix of

16  water temperature settings are?

17       A       I have looked at -- again, I apologize.

18  I used the word "statute" and "regulation" because

19  I'm not quite sure, but in whatever the guidelines

20  are that govern how to do the test, I have read that

21  and at one point became more intimately familiar

22  with those settings than I care to admit, but as I

23  sit here today, I would need to look at that

24  document again to remember what the settings are.

25  What I do remember is that the guideline is very

1    direct, that you look up the type of machine.  I

2    think typically these things are keyed to capacity,

3    and then there's typically a lookup table based upon

4    either those or other factors that tell you which

5    settings to use for the test.

6         Q      How is it that the DOE determined to

7    use this particular mix of water temperature

8    settings?

9              MR. DECKANT:  Objection.

10             THE WITNESS:  Again, my understanding

11        is that the DOE tests are based upon the

12        settings that are prescribed in those statutes

13        or regulations.

14   BY MR. LOGAN:

15        Q      So I will represent to you it is

16   regulations --

17        A      Okay.

18        Q      -- and I realize that the DOE is

19   referring to those regulations.  My question is, do

20   you know how those regulations were drafted and what

21   studies were done in order to substantiate their

22   chosen mix of water temperature settings?

23        A      I don't have a specific recollection,

24   but, again, it's my understanding that these tests

25   are designed to be representative of both -- all of

1    the -- all similar appliances and to be projectable

2    to a wide range of the population.  Sort of an

3    aggregate group such as the class.

4         Q     Do you know when the mix of water

5    temperature settings in the DOE regulations was

6    drafted?

7         A     I don't have a recollection one way or

8    the other as I sit here today.

9         Q     Do you know if consumers' clothes

10   washing habits have changed over time, say in the

11   past 20 years?

12        A     I haven't made a study of the past 20

13   years because my understanding is that the proposed

14   class period here starts sometime in 2009 at the

15   date of first sale.  And I used the statutes and

16   regulations that were applicable at that time to

17   evaluate the particular washing machines that are

18   the subject of this particular litigation.

19              And, again, I understand that it's the

20   DOE's intention to have results that are applicable

21   to an entire fleet of appliances and that those

22   results are projectable to the broader population.

23        Q     When you say "they're projectable to

24   the broader population," what do you mean by that?

25        A     That the information in the aggregate

Page 51

1    is reflective of the larger population.

2          Q      Is reflective.  And so it's your

3    testimony that the DOE examines the population of

4    the United States and that's how they arrive at

5    their test procedures?

6          A      No.  Again, my understanding is that

7    the DOE follows test procedures that are set forth

8    in, as you have affirmed me, as a regulation.

9          Q      Yes, but I believe it was your

10   testimony that the DOE was trying to capture what

11   consumers actually do in their clothes washing

12   habits; is that your testimony?

13         A      My testimony is that the -- the DOE

14   test results are designed to provide information

15   that is useful to consumers in the aggregate.

16         Q      All right.  Well, I -- I think we're

17   going in circles here.

18                Regardless of whether or not the DOE

19   test results are reflective of the putative class

20   here, the -- you -- you admit, at least, that you

21   rely on the DOE test results in determining the

22   energy expense damages in this case?

23         A      Yes.  The DOE test results are one of

24   the core elements of the energy expense damage

25   formula that I put forth here.  Although I would say

1    that the methodology that I put forth here is quite

2    flexible, so if there were an alternate measure of

3    actual energy used versus the Energy Star promised

4    use, it would be very easy to take my methodology

5    and take that different input and obtain a result.

6    And, in fact, my workpapers are formulaic so we

7    could put in any result of the tested use of the

8    Maytag Centennial washing machines at issue in this

9    case and obtain a result using the identical

10   methodology that I've put forth.

11        Q      So are you advocating for the position

12   that the DOE methodology is the proper measure of

13   energy expense damages in this case?

14        A      That's a bit of a tricky question.  My

15   tasks in this case, up to now are I think at a high

16   level could be described as two-fold.  One of which

17   was to make a determination about whether or not

18   class-wide damages could be calculated in this case,

19   and the second would be to make an effort to make a

20   preliminary estimate of those damages.  And so the

21   methodology that I set forth for calculating energy

22   expense damages, as I just testified a moment ago,

23   can use any measure of the actual usage of -- actual

24   energy usage as tested of the washing machines at

25   issue in this case.  But I believe that the DOE test

1    results provide a reliable and reasonable estimate

2    of use for purposes of calculating class-wide

3    damages and I base my preliminary estimate of energy

4    expense damages upon, in part, the DOE test results.

5              But, again, if new information or

6    different test results became available, I would

7    need to consider them before I made a determination

8    about whether they were better or more reliable than

9    the DOE test results.  But I have no -- no problem

10   suggesting today that one reasonable method of

11   calculating energy expense damages in this case

12   would be to use the DOE test results.

13        Q    When were you contacted to draft this

14   report here labeled as Exhibit 1?

15        A    To be honest, I have no recollection.

16        Q    Even the year?

17        A    Well, I guess, as asked when I was

18   contacted to prepare this Declaration, I think I can

19   confidently say that was sometime in 2015, but what

20   month I'm not sure.

21        Q    Okay.  How long did it take you to

22   draft this report?

23        A    Can you tell me what you mean by the

24   word "draft"?

25        Q    Well, did you draft the report?

1      A      Again, I don't know what you mean by

2   the word "draft."

3      Q      Did you type the report?

4      A      Yes, I --

5      Q      On a computer software or program?

6      A      I literally typed the report.  So if by

7   "draft the report" you mean "type," I probably -- I

8   don't know that it took cumulative days, but it was

9   probably done over a matter of a few days.  I'm just

10  talking about typing.

11     Q      Okay.  Well, let me -- let me ask a

12  couple of clarifying questions.  Did anyone assist

13  you in the research or the drafting of the report?

14     A      And, again, by the word "draft," you

15  mean typing up, literally the typing of the

16  document?

17     Q      Let me -- let me take a broader scope

18  of the word "drafting," anything from outlining to

19  typing to formulate -- formulating your opinions in

20  this report, did you do it all by yourself or did

21  anyone in, for example, your office assist you?

22             MR. DECKANT:  I'd like to caution the

23         witness that he can answer the question as to

24         whether anyone in the office assisted, but you

25         should be careful not to reveal the content of

Page 55

1          draft reports that were not final and also

2          work product from within his office.

3                    You can answer.

4                    THE WITNESS:  And, again, with your

5          broadened definition of drafting, we're

6          talking about the creation of the words, not

7          necessarily the numerical analysis or

8          background research.  I just want to make sure

9          we're talking about the same things.

10   BY MR. LOGAN:

11        Q     The -- did -- did anyone help you with

12   the report, other than counsel?

13        A     Well, again, "help with the report," I

14   don't know what that means.  If we're talking about

15   literally putting the words together in the report,

16   then I would say nobody helped me with that.  The

17   words in this report are 100 percent my own.  Your

18   characterization that I was helped by counsel is

19   inaccurate.

20        Q     I didn't mean to characterize that

21   counsel helped you.  How many -- you are currently

22   employed; is that correct?

23        A     Yes, I am.

24        Q     What is the name of your company?

25        A     Economics and Technology, Incorporated.

Page 56

1   I think we can agree to abbreviate as ETI for the

2   day.

3          Q      And how many people are employed by

4   ETI?

5          A      Four.

6          Q      Who are those people?

7          A      Dr. Lee Selwyn is the founder and

8   president of the company.  Myself, I am

9   vice-president of the company.  Andrew Kearns is my

10  economic analyst.  And Emily Stein is our accountant

11  and bookkeeper.

12         Q      Did any of those people help you in

13  formulating your opinions as reflected in your

14  report?

15         A      I don't think anyone assisted in the

16  formulation of my opinions in this case.  Mr. Kearns

17  did assist with some of the background research.

18         Q      Who did the, for example, calculations

19  that appear in these tables?

20         A      Those would be done by me.

21         Q      Did you use a calculator did you do it

22  by hand?

23         A      In these tables?

24         Q      Let me refer to Table -- for example, 3

25  and Table 4 on pages 7 and 8 of your report.  Did

Page 57

1    you do those calculations?

2         A       Yes.

3         Q       And -- and the calculation we're

4    talking about here is multiplication?

5         A       Well, I would like to clarify your use

6    of the term of "calculations" because, for example,

7    the number of units, although it appears here is the

8    result of a calculation.  The annual use difference

9    is the result of a calculation.  The additional

10   energy expense number is the result of a

11   calculation.  And then the total energy expense is

12   some multiplication of those calculated values.  I

13   did all of the calculations, but the manner in which

14   they were performed is different.

15        Q       Since this Declaration was filed on

16   December 28, 2015, have you revised your opinions in

17   any way?

18        A       I don't think I've seen anything that

19   would cause me to revise my opinions.  I guess as a

20   technical matter, when I was asked to draft this

21   report I was asked to consider the possibility of a

22   nationwide class.  It's my understanding that

23   subsequent to my execution of this document I

24   believe only seven subclass states were the subject

25   of the class certification movement.

Page 58

1              So some of the numbers here that I

2    present on a nation-wide basis, I think they're

3    still helpful as an illustrative measure and for

4    walking through the calculations, but I would refer

5    the reader of this transcript and the reader of my

6    report to the appendices where I have state specific

7    calculations for the numbers that are specific to

8    the subclass states, actually extant to the

9    litigation.  But as to my core opinions, I don't

10   think anything has changed.

11        Q      And you are billing by the hour in this

12   case?

13        A      That's correct.

14        Q      And your rate is $600 per hour?

15        A      That's correct.

16        Q      Now, when we spoke a few years ago your

17   rate was $450 per hour.  How long has it been 600?

18              Let me -- let me clarify.  Is 600 your

19   normal rate at this time?

20        A      My current rate for new projects is 650

21   an hour, but we -- but when we agree to work on a

22   project, except in rare circumstances, specify the

23   rates, and for cases that are ongoing for many

24   years, we typically honor the rate that we put in

25   here.  So the $600 rate that I have contractually

Page 59

 1   agreed to for this case is still operative for my

 2   work in this case.

 3        Q     At some point your rate was $600, but

 4   your current rate for new projects is $650 per hour?

 5        A     I would say that's a general summary.

 6   We do have a provision.  Sometimes we work for

 7   Government clients or others we have a discounted

 8   rate schedule.  But my going rate, for example, if

 9   you called me tomorrow and once, by the way, our

10   conflict of interest is over I would love to hear

11   from you to talk about potential engagements, the

12   going rate is 650.

13        Q     I'll get right on that.

14              Bursor and Fisher doesn't get the

15   repeat customer discount?

16        A     They do not.

17        Q     Do you know how many hours you have

18   billed on this project so far?

19        A     That is a knowable piece of

20   information, but as I sit here today, I don't know

21   what the number of hours is.

22        Q     Do you know, for example, if it is more

23   than 100?

24        A     If you asked about a smaller number, I

25   could probably say that it was more because I

1     remember some days pouring over the statutes and

2     regulations and doing the calculations, but I don't

3     know whether it's more or less than 100 hours.

4          Q     And the principal of ETI, Dr. Selwyn

5     was it?

6          A     Correct.  S-E-L-W-Y-N just so the

7     record is clear.

8          Q     Did Dr. Selwyn review your report?

9          A     These days it's relatively rare that he

10    would review a Declaration that I submit.  But,

11    again, I would defer to the time records in the --

12    in the project.  I can't state with certainty that

13    he would not have read over it.

14         Q     Why don't we turn to the back of your

15    report where you list the cases that you have worked

16    on in the past few years.  This list, I know, has

17    grown considerably in recent years.

18                How many times have you worked with

19    counsel in this case?

20         A     I don't know off the top of my head.  I

21    think my statement of qualification speaks for

22    itself.

23         Q     It would not surprise you to learn

24    that, in fact, you've worked with counsel on this

25    case more -- more than 10 times?

Page 61

1          A      I think my first engagement with the

2    Bursor firm dates back to 2004, so having one or two

3    engagements a year, on average, does not surprise me

4    in the least.

5          Q      Of all the cases that you list, say,

6    for example in the past two years, do you know what

7    percentage of those cases have involved at least one

8    of the counsel here?

9          A      Again, I think the document will speak

10   for itself, but I don't know that percentage off the

11   top of my head.

12         Q      Would it surprise you to learn that

13   about half of your engagements over the past two

14   years have involved counsel here?

15         A      Given that there are half a dozen law

16   firms engaged in this project, I would take your

17   word for it.  Again, I think the document will speak

18   for itself.

19         Q      In -- in your professional life, you

20   act as a expert witness and consultant for

21   attorneys, correct?

22         A      That is one of the rolls that I have.

23         Q      What other rolls did you have in your

24   employment, say, in 2015?

25         A      We provide a general suite of economic

Page 62

 1    and statistical and data analytic consulting
 2    services which we provide to private businesses,
 3    which we provide to regulatory agencies.  We take on
 4    projects that relate to public policy and
 5    regulation, and one of the things I guess that this
 6    record should probably reflect is that we've been
 7    talking about, in the past couple of questions and
 8    answers, my statement of qualifications, which is
 9    Exhibit 1 to Deposition Weir-1.  And the list of
10    cases that you refer to are cases where I have made
11    a public appearance as a testifying expert.  And
12    that does not reflect the individual engagements or
13    projects that I have worked on where I don't provide
14    public-facing testimony.
15                So, for example, my firm has
16    long-standing relationships with the U.S. Department
17    of Justice, the Pennsylvania Department of Revenue,
18    the California Public Utilities Commission, the
19    Illinois Attorney General -- Illinois Attorneys --
20    sorry, Illinois Attorney General's office.
21                And we do a lot of work for those
22    clients and I work directly with those clients, but
23    rarely in a testifying capacity.  So there are
24    dozens of projects that I've worked on over the past
25    few years that are not directly reflected here in

Page 63

1     the list of testimony and are reflected

2     referentially in the opening description of my

3     qualifications and typical work.

4          Q     Thank you for the clarification.

5                If you had to divide your time in 2015

6     generally between working with lawyers on litigation

7     and other types of professional activities, what

8     would that breakdown be?

9          A     In 2015 I probably spent between 40 and

10    50 percent of my time working on litigation and

11    between 50 and 60 percent on other endeavors.

12         Q     And among your work on litigation, my

13    review here shows that it is almost exclusively for

14    plaintiffs' lawyers in putative class actions; is

15    that accurate?

16         A     I would say recently my litigation

17    experience has been in class action experiences and

18    I would also state that my firm is open to any

19    particular client that we feel we could reasonably

20    work with, including defendants.  And as I stated

21    before just moments ago, after I no longer have a

22    conflict of interest, I would be more than happy to

23    discuss engagements with you.  But the work that is

24    typically requested of us comes from counsel for

25    plaintiffs as it relates at least to the litigation

Page 64

1    work in which I'm involved.

2         Q     When was the last time you were hired

3    by a defendant in a litigation?

4         A     Many of the times that I'm involved in

5    litigation for a defendant, I do not serve as a

6    testifying expert.  So, again, this statement of

7    qualifications and list of testimony doesn't reflect

8    all of the times that I've worked, but I would say

9    within the last two to three years we have worked

10   for a major defendant in litigation.

11        Q     The way you phrased that, you've had

12   work for "a major defendant in a litigation," are

13   you talking about a single engagement or multiple

14   engagements for defendants in litigation?

15        A     Well, again, without my list of

16   projects in front of me, it's hard for me to

17   remember the precise time frame of everything I've

18   done, so I'm confident in telling you that recently

19   there is definitely at least one.  But whether

20   that's more than one in the last year or two, it's

21   hard for me to state with certainty.  But we

22   regularly receive requests to work with defendants

23   and sometimes we have the opportunity to testify on

24   behalf of defendants.

25                    This statement of qualifications does

1    include sometimes when I have testified on behalf of

2    defendants.  And, again, I have no predilection for

3    working with plaintiffs per se.  I'm more than happy

4    to take work for a defendant and to testify about

5    economics, statistics, public policy, regulation,

6    whatever the particular project may be.

7         Q      When you are engaged for a plaintiff in

8    a putative class action, are you typically hired to

9    do damages modeling?

10        A      I don't know if I would use the word

11   "typical."  We -- our engagements are almost always

12   to provide a general suite of economic research and

13   litigation support services.  In class action

14   litigation, that may or may not include work on the

15   issue of making a determination about the

16   possibility of or actually calculating class-wide

17   damages.  There are numerous engagements that I have

18   with plaintiffs that don't relate to the calculation

19   of damages.

20        Q      How many reports over the past -- well,

21   over the course of your career, have you filed that

22   have provided an opinion on whether or not

23   class-wide damages could be measured?

24        A      Can I hear that question back, please?

25               (At which time the following question

Page 66

1           was read back by the reporter:

2                   "Question:  How many reports over the

3           past -- well, over the course of your career,

4           have you filed that have provided an opinion

5           on whether or not class-wide damages could be

6           measured?")

7                   MR. DECKANT:  I would like to caution

8           the witness that some of those cases may have

9           involved confidentiality agreements.  To the

10          extent that you can answer it without

11          violating those agreements, go ahead.

12                  THE WITNESS:  Unfortunately I'm not

13          even going to get to that particular type of

14          issue because without doing some amount of

15          research as I sit here today I can't answer

16          that question.  I just don't know off the top

17          of my head.

18      BY MR. LOGAN:

19          Q     Well, it is fair to say that you've

20      filed several reports in litigation, many of which

21      are listed here, that opine the class-wide damages

22      can be measured.

23          A     I think it's a matter of public record

24      that I have submitted some reports in some cases

25      where I've testified that class-wide damages can be

Page 67

1   calculated.

2        Q     Have you ever submitted a report that

3   said class-wide damages could not be measured?

4        A     I have never been hired by a client who

5   was interested in having me state that opinion on

6   their behalf.  I guess I would clarify and say there

7   are numerous class action engagements where I'm

8   asked to make a determination about whether damages

9   may be calculated and I make the determination that

10  they cannot.  I don't know that those efforts have

11  ever resulted in public testimony.

12       Q     So, for the testimony that you have

13  given publicly, it has always been your opinion that

14  for the facts of that case class-wide damages are

15  capable of class -- of measurement?

16       A     And I'm going to need to have you read

17  back that question.

18       Q     Let me rephrase that one.

19             In the testimony that you have given

20  publicly, it has always been your opinion that

21  class-wide damages are capable of measurement?

22       A     Again, the way that question is

23  phrased, I don't believe that's correct.

24       Q     And specify what you mean by that

25  answer.

Page 68

1      A     Well, I've worked in any number of

2   engagements, for example, that don't involve a

3   calculation of class-wide damages at all, and so

4   I've offered no opinion about class-wide damages one

5   way or the other.

6      Q     So let me -- let me clarify then.

7            In putative class actions, when -- when

8   called upon to provide an opinion about whether or

9   not class-wide damages can be measured, you have

10  always answered in -- that the answer is yes, that

11  they are capable of being measured?

12     A     Again, I don't think that's quite

13  accurate.  I've been asked many times to evaluate

14  whether class-wide damages are possible to be

15  calculated in a number of cases.  And in some cases

16  I make the determination that the answer is yes.

17  And in some cases I make the determination that the

18  answer is no.  And in the cases where I have made

19  the determination that it's possible to calculate

20  class-wide damages, sometimes I'm asked to testify;

21  other times I'm not.  And in cases at least thus far

22  where I've made the determination that class-wide

23  damages may not been calculated, I've not been asked

24  to testify.

25     Q     When was the last time that you

Page 69

1    developed an opinion that class-wide damages could

2    not be calculated?

3         A     It was the day before I left for my

4    paternity leave.  So I think it was the middle-ish

5    of March.

6         Q     And in that instance what were the

7    reasons why class-wide damages could not be

8    measured?

9         A     The conversations that I had with that

10   potential client are subject to non-disclosure, so I

11   can't tell you.

12        Q     Other than conversations that you can't

13   tell me about, can you recall an instance where

14   class-wide damages could not be measured, in your

15   opinion?

16        A     I don't think I've ever made a

17   determination about class-wide damages that hasn't

18   been covered by an NDA or protective order.

19        Q     Generally, what sort of facts would

20   cause you to opine that class-wide damages could not

21   be measured?

22             MR. DECKANT:  Objection.

23             THE WITNESS:  Those things are so case

24        specific, I'm not sure I can provide you with

25        a broad category of things.

1    BY MR. LOGAN:

2         Q      Well, in your opinion -- let me

3    rephrase.

4              In your opinion, is it ever the case

5    that individual damages are so disparate from one

6    another that class-wide damages cannot be

7    calculated?

8         A      I'm having a hard time with that

9    question for a couple of reasons.  One of which is

10   that at least in the back of my mind, it sounds like

11   there may be questions of the law.  And so I'm not a

12   lawyer and I'm not here to give legal testimony here

13   today, so I don't know whether, as a matter of the

14   law, there would ever be a case where individual

15   damages and variations therefrom would legally

16   prevent a measure of class-wide damages.

17              What I will say is that when I think

18   about class-wide damages, I typically tend to take

19   what I described as a tops-down approach, which

20   seeks to determine damages without ever having to

21   get at what individual damages are.  There are

22   exceptions to that, but to me oftentimes the best

23   method of determining class-wide damages never

24   requires a calculation of any individual's damages.

25   And from that perspective, at least economically,

Page 71

1    how you distribute money to individuals, for

2    example, as part of a settlement or a claims

3    administration, has no bearing on the calculation of

4    class-wide damages.  And even with widely divergent

5    individual damages, they are going to sum up to

6    something that, in total, is class wide.

7                So, again, I don't know whether there

8    are legal prohibitions about that, but as a matter

9    of economics, I don't think individual variation in

10   damages prevents the calculation of class-wide

11   damages, especially when one is conducting a

12   tops-down analysis that never looks at individual

13   damages in the first place.

14       Q     So talk to me a little bit more about

15   this "tops-down approach."  It's your approach

16   generally in putative class actions to only look at

17   class-wide factors and never look at individual

18   damages?

19       A     Again, I apologize if my last answer

20   wasn't clear.  I would never make a broad-strokes

21   comment that I only ever do tops-down approaches or

22   only ever do things without looking at individual

23   circumstances.  The -- to contrast a tops-down

24   approach, one way to calculate damages may be what I

25   would describe as a bottoms-up approach, where you

Page 72

1    take Class Member A's damages and add them to Class

2    Member B's damages and add them to Class Member C's

3    damages and arrive at the total.  And the bottoms-up

4    and tops-down approach should result in the same

5    calculation, and therefore to me there's no economic

6    reason necessarily to choose one or the other.  The

7    tops-down approach is often faster and avoids the

8    need for individual inquiry, which I understand is

9    typically one of the goals of the calculation of

10   class-wide damages.  So the tops-down approach seeks

11   to look in the aggregate at the class in total and

12   that analysis is often simpler and more elegant than

13   a bottoms-up approach.

14        Q    And in this case you did a tops-down

15   approach?

16        A    Yes.  All of the measures of damage

17   that I propose in this case are tops-down

18   calculations.

19        Q    And why did you select a tops-down

20   approach as opposed to a bottoms-up approach for

21   this case?

22        A    Again, as I said, I find the majority

23   of cases, it is a simpler and more elegant approach

24   to use a tops-down approach when your goal is to

25   understand class-wide damages, which was my goal

Page 73

1    here.  And the available data, the nature of the

2    types of damages all lend themselves handily to the

3    tops-down approaches that I specify in my

4    Declaration.

5         Q    In a product -- you've filed several

6    reports that are somewhat similar to the issues here

7    where the -- you were trying to determine the value

8    of a particular product attribute.  You've done this

9    many times; is that correct?

10        A    Again, I would probably rephrase that

11   to state that there are sometimes that I have

12   calculated the value of an attribute, which is one

13   of the things that I have done in this case.

14        Q    And how do you go about constructing a

15   damages model in a case like this?

16        A    Well, "in a case like this," tell me

17   what you mean by that.

18        Q    A case where there is an allegedly

19   false representation on a consumer product label.

20        A    So you're not being so granular as to

21   be reflecting an Energy Star issue or a particular

22   energy element that can result in a different type

23   of damages?

24        Q    That's right.

25        A    The tops-down approach at the highest

1    level is going to be some measurement of the value

2    of the representation or the impact of the

3    representation.  Sometimes it could be a price

4    premium; other times it might be a diminution in

5    value.  And you take that measurement and multiply

6    by the either total sales or relevant subset of

7    sales for the class definition and you result the

8    damages relating to the value of the attribute.

9         Q     And how -- how does one go about

10    calculating a price premium for a product attribute?

11         A     That's very hard for me to say without

12    more information.  The very first thing I would want

13    to do is understand the particular attribute in

14    question, the facts and circumstances, but at the

15    highest level the first things that come to mind are

16    studies such as Dr. Dennis and Dr. Sukumar have

17    performed, for example, using a conjoint or CVM

18    survey to make a marketplace evaluation of the price

19    premium attributable, for example in this case to

20    the impact of the presence of the Energy Star when

21    the product should not have borne the Energy Star.

22    And an isolation of the price premium solely

23    attributable to that attribute.

24         Q     So would it make sense to say that in

25    order to construct the damages model in a putative

Page 75

1    class action, you would need a model and you would

2    need data to populate that model?  Generally, does

3    that make sense?

4         A     Again, your -- your questions are so

5    broad strokes that I don't want to answer in the

6    affirmative because there's almost always an

7    exception to every rule.

8         Q     In this case you have a model and data

9    to populate the model?

10             MR. DECKANT:  Did you finish your prior

11        answer?

12   BY MR. LOGAN:

13        Q     My apologies.

14        A     I was just going to say -- well, I

15   think my prior answer is complete enough that I can

16   say in this case I have provided both models and

17   suggested data that can be used in those models;

18   although my typical caution is that the

19   methodologies that I provide here are very flexible.

20   And so if new or additional data becomes available,

21   the methodologies that I had provided are plug and

22   play.

23             So, for example, if we have a different

24   measure of the price premium attributable to the

25   Energy Star, that's very easily plugged into the

1    methodology that I provide here, and I have a

2    spreadsheet that would give us an answer based on

3    upon that new data point in a matter of seconds.

4    Similarly with the energy expense damages, if we had

5    new testing data or some other input that we wanted

6    to use, it would be very easy for me to get a result

7    based upon the methodology that I've set forth.

8         Q    So we've been talking about the

9    tops-down and bottoms-up approach for a putative

10   class actions.  How would your approach change if

11   you were calculating damages for one plaintiff in

12   this case instead of the whole class?

13        A    At this time I haven't been given that

14   assignment.  I've given it no consideration, and I

15   can't answer that question as I sit here today.

16        Q    So to clarify, you -- you have -- you

17   have not thought about how to calculate any one

18   individual's damages in this case?

19        A    That's correct.  My assignment was to

20   calculate class-wide damages.  I don't believe one

21   needs to understand any one individual's damages in

22   order to understand class-wide damages, and any one

23   individual's damages had no impact on the total

24   calculation of class-wide damages when measured, at

25   least through a tops-down approach.  And so I don't

1   need to understand and have not taken to understand

2   any one individual's damages.

3        Q     Let me go back to this price premium.

4   When you work on an allegedly false labeling case

5   such as this one, your damages model might involve

6   the calculation of a price premium?

7        A     Can you just repeat that question for

8   me?

9        Q     Sure.  When you work on a labeling case

10  such as this one, your damages model may involve the

11  calculation of a price premium?

12       A     It may involve the calculation of a

13  price premium.

14       Q     What does the term "price premium" mean

15  to you win the context of your work?

16       A     You need to be more specific because my

17  work is quite broad.

18       Q     Why don't we just make this about your

19  report.  What does the term "price premium" mean in

20  the context of your report?

21       A     As I used the term in my Declaration in

22  this case, I referred to the amount in the

23  marketplace that consumers have actually paid as a

24  direct result of defendant's behavior of labeling

25  their washing machines as being Energy Star

1    certified when, in fact, they were not.

2        Q      Now, in this answer you referred to the

3    amount in the marketplace that consumers have

4    actually paid as being what you were trying to

5    measure; is that accurate?

6        A      Correct.

7        Q      And why is that important?

8        A      Because that's the measure of damages

9    in the case as it relates to price premium damages

10   in that section of my report.

11       Q      But -- but why is it important to

12   determine what consumers actually paid?  I'm not

13   trying to trick you.

14       A      And I don't know that I have a better

15   answer other than I believe that's the measure of

16   damages that's appropriate for price premium

17   calculation.

18       Q      You're familiar with the term

19   "part-worth"?

20       A      Yes.

21       Q      And is part-worth similar to a price

22   premium in the sense that you were trying to

23   determine of -- the price of a product, what portion

24   of that price is attributable to a certain product

25   characteristic?

1      A      A part-worth is one singular element

2    that is the output of -- or typically the output of

3    a conjoint survey.  And I would not equate a

4    part-worth at the highest level with the measure of

5    a price premium, but I would state that given

6    appropriate information, information about

7    part-worth results from a conjoint can inform one

8    about what the price premium attributable to a

9    particular attribute is.

10      Q      Is the price premium in this case, is

11    that stated in terms of a dollar figure or a

12    percentage?  Or both?

13      A      I believe I have focused on the price

14    premium as a percentage in this case.

15      Q      So the price premium is a percentage in

16    this case, meaning that if Consumer A purchased the

17    clothes washer for $300 and Consumer B purchased the

18    clothes washer for $500, you would apply the same

19    percentage to both consumers, or at least your

20    analysis would not call for a different percentage

21    depending on price?

22      A      I don't think that's an accurate

23    characterization because what I do with the price

24    premium percentage is apply it in the aggregate

25    across the total purchases of the class, not to any

Page 80

1    one individual.

2         Q       You analyzed the average retail price

3    of the clothes washer at issue in this case; is that

4    correct?

5         A       That's correct.

6         Q       And I believe that you calculated that

7    average retail price to be approximately $406?

8         A       That sounds like it's in the right

9    ballpark.  We could go back and look at that

10   specifically.

11        Q       Is it your opinion in this case that

12   the price premium for clothes washers is not -- as a

13   percentage is not dependent upon the calculation of

14   the average retail price?

15        A       I'm going to need to have you repeat

16   that.  I was distracted in the middle of the

17   question.

18        Q       Let me -- let me rephrase it.

19               Is the relationship between average

20   retail price and price premium, is it a linear

21   relationship such that the average price premium

22   that you calculate could be applied no matter what

23   the underlying average retail price?

24        A       I don't know that I could agree with

25   that proposition as stated so broadly.  I would say

Page 81

1    that in this case I understand that the price

2    premiums that were calculated were designed to focus

3    on the actual prices that were paid for the

4    Centennial washing machines, and I feel very

5    comfortable, based upon my discussions with

6    Dr. Dennis, Dr. Sukumar, my review of their

7    declarations, my review of the documentary evidence,

8    Whirlpool's own calculation of the price premium,

9    that these premiums can be applied in the aggregate

10   across all of the total purchases of the product to

11   give a reliable estimate of the price premium

12   damages extant in this litigation.

13       Q       There are three price premium

14   percentages that you note in your report, and I'll

15   just refer you to page 16:  55, 48 and 44 percent,

16   not counting the decimals.

17               Do you see that?

18       A       Yeah.  Those are the -- well, that's

19   not 100 percent correct.  You rounded.  But those

20   are the pre-decimal integer numbers that are listed

21   in the table, the document and the price premium

22   percentages speak for themselves.

23       Q       Do you have an opinion as to which one

24   of these numbers is correct?  Or the most accurate?

25       A       Based upon what I understand about

Page 82

1    these numbers, I believe all of these provide a
2    statistically reasonable estimate of the price
3    premium at issue in this litigation.
4           Q      Well, there's a difference between
5    44.3 percent and 55.7 percent to the tune of tens of
6    millions of dollars in this case; that's correct?
7           A      I think if you apply each of those two
8    numbers and then look at the difference in damages,
9    yes, the difference is maybe roughly 20 million.
10          Q      So you said all of these percentages
11   are statistically reasonable, but did you develop an
12   opinion as to which one is the most accurate?
13          A      Again, what I'm saying is that I
14   haven't made -- my determination is that one of
15   these is not more accurate than the other and that
16   they are all reasonable for consideration in terms
17   of the calculation of damages.  And, again, they're
18   all inputs into the price premium methodology that I
19   set forth.  So a judge or jury could determine that
20   any reasonable measure of price premium could be
21   applied to this formula to obtain class-wide
22   damages.
23          Q      Well, if you were put on the stand at
24   trial and you said -- and the question was, which
25   one of these should the jury award, what would your

Page 83

1    answer be?

2                MR. DECKANT:  Objection.

3                THE WITNESS:  As I sit here today,

4          because I have not yet been assigned the work

5          of making that determination, I don't know

6          that I have a particular opinion.  I think I

7          would advise the jury to consider the

8          providence of each of these numbers,

9          Whirlpool's own calculation, the Dennis and

10         Sukumar surveys, to understand the testimony

11         of each of those experts, and that my

12         methodology can be applied reasonably with any

13         of these numbers and that the jury can make an

14         informed decision about which one they choose

15         to award.

16               MR. LOGAN:  Does anyone need a break?

17         I've kind of reached a point in my outline

18         where that would be okay for me.

19               MR. DECKANT:  Yes.

20               MR. LOGAN:  All right.

21               VIDEO OPERATOR:  Okay.  The time is now

22         approximately 11:16.  We're going to end

23         Videotape Number 1 in today's deposition of

24         Mr. Colin Weir on Friday, April 22, 2016.  We

25         are off the record.

Page 84

1          (Brief recess.)

2          VIDEO OPERATOR:  The time is now

3      approximately 1:28.  We are going to begin

4      Videotape Number 2 in today's deposition of

5      Mr. Colin B. Weir on Friday, April 22, 2016.

6  BY MR. LOGAN:

7      Q      Mr. Weir, in your -- in an answer that

8  you gave to a question I think about a -- an hour

9  ago, my apologies for going back this far, you -- I

10  believe that you were generally describing your

11  approach to damages modeling for a case like this as

12  trying to determine the delta between what was

13  advertised and what was delivered.

14          Do you recall saying something like

15  that?

16      A      I have a general recollection about a

17  line of questioning.  Again, I think you've

18  potentially misparaphrased and you've also defined a

19  case like this in other context to expressly refer a

20  way to that type of damages.  But I think the energy

21  expense damage calculation that I've put forward

22  refers generally to the delta of what is implied by

23  the Energy Star certification and the measure --

24  some measure of the actual performance as I've used

25  here in a preliminary estimate the results of the

Page 85

1    DOE testing.

2         Q     So to sum up for the energy expense

3    damages here, you were trying to calculate the delta

4    between what was implied by the Energy Star label

5    versus what was the actual performance of the

6    clothes washers here?

7         A     Maybe -- if I used that term "implied,"

8    maybe that was the wrong term.  What I've used as --

9    as the measurement of the Energy Star use is the

10   minimum amount of energy required in order to be

11   Energy Star certified.  So that's based on the

12   then-extant Federal regulations that govern Energy

13   Star certification.

14              So I understand actually that Maytag

15   itself advertised these washing machines as being

16   more efficient or at least have stated that they

17   were more efficient than the Energy Star requires.

18   So another way that you might consider damages would

19   be to take what Maytag had claimed about the

20   product, but I think as a conservative measure here,

21   using the -- the minimum requirement for Energy Star

22   certification is a reasonable procedure.

23        Q     Well, let's go back to this term

24   "implied."  What does the Energy Star sticker look

25   like?

Page 86

```
1        A       Boy, it's actually been a while since
2    I've looked at that precisely, but I believe it's a
3    star logo with a circle in it that says "Energy
4    Star" in script.
5        Q       The sticker itself is -- it does not
6    contain numbers?  That's correct?
7        A       Well, I would --
8        Q       It's an E and a star and maybe the word
9    "Energy Star," that's what you're referring to?
10       A       Can we refer to that as the Energy Star
11   logo, because the Energy Star logo appears sometimes
12   in print, sometimes embossed on a product, sometimes
13   as a sticker, or I think they might be called
14   grippers or some other types of attachments.  So I
15   don't want to talk about just one way in which the
16   Energy Star is present.  So I think we can probably
17   agree on the definition of Energy Star logo.
18       Q       Okay.  The Energy Star logo itself does
19   not tell a consumer exactly how much energy will be
20   used by the product?
21              MR. DECKANT:  Objection.
22              THE WITNESS:  The Energy Star logo in
23          tandem with the Federal rules is sufficient to
24          tell at least how minimally efficient an
25          appliance should be.
```

Page 87

```
 1    BY MR. LOGAN:

 2         Q     But the sticker itself without the

 3    Federal rules does not contain that information?

 4              MR. DECKANT:  Objection.

 5              THE WITNESS:  Again, I -- the sticker

 6         provides a lot of information to the consumer,

 7         but the precise energy amount is not printed

 8         in the sticker.  But I don't mean -- I would

 9         not like that answer to be inferred as the

10         logo not providing that type of information to

11         a consumer.

12    BY MR. LOGAN:

13         Q     Because a consumer could look at the

14    Federal rules and -- and make a more precise

15    determination about what was implied by the logo?

16         A     That is one thing that could happen.

17         Q     You're also familiar with the energy

18    guide label which provides some specific numbers,

19    such as annual operating costs?

20         A     I am generally familiar with energy

21    guide labels and I believe I have reviewed the

22    energy guide labels at issue in this case.

23         Q     And how did your review of the energy

24    guide label at issue in this case impact your

25    analysis?
```

1       A       In this case I'm not sure that it did

2    impact my analysis.  I would want to go through all

3    of those steps because there were many steps to get

4    from Point A to the final damages calculation.  But

5    again, the best of my recollection, without going

6    through those steps is that the energy guide label

7    at least is not a direct input into the damage

8    calculation.

9       Q       The Energy Star sticker by itself does

10   not promise any particular level of energy

11   consumption per year?

12                   MR. DECKANT:  Objection.

13                   THE WITNESS:  I don't agree with that

14        characterization.

15   BY MR. LOGAN:

16      Q       So if I showed you an Energy Star

17   sticker printed on a piece of paper, you could tell

18   me what level of energy consumption per year was

19   communicated by the label?

20      A       Sure.  I mean, if you give me some

21   information about what product we're talking about,

22   I think I could easily make that determination.

23      Q       So if -- if I brought in a clothes

24   washer and put it on the table and slapped an Energy

25   Star logo on the front, you would be able to tell me

Page 89

1    how much energy this clothes washer would consume in

2    a year?

3         A      I could tell you the maximum amount

4    that I would expect it to consume in a year.

5         Q      What would you need to know in order to

6    make that determination?

7         A      The appropriate measure of the capacity

8    of the washing machine.

9         Q      And that information is not contained

10   on the Energy Star logo?

11        A      I don't believe that information is

12   contained directly on the Energy Star logo.

13        Q      How would you go about determining the

14   capacity of the clothes washer?

15        A      I would look at various typical sources

16   for that information, or one might actually conduct

17   a test to determine the capacity.

18        Q      And where would you go to determine how

19   to conduct a test to determine capacity of a clothes

20   washer?

21        A      I believe we would be going back to the

22   Federal guidelines or regulations that specify the

23   correct way to make that determination.

24        Q      And --

25        A      In this case I have reviewed, for

Page 90

1    example, the DOE testing that states the correct

2    capacity used for the analysis of energy

3    consumption.

4         Q      So it's your conclusion that the DOE

5    audit tests in this case stated the correct capacity

6    for the clothes washer?

7         A      I need you to define for me what you

8    mean by "correct capacity."

9         Q      Let me take that step by step.  You're

10   aware that the DOE conducted audit tests of the

11   clothes washer model at issue in this case?

12        A      Yes.

13        Q      And did you make any determination

14   about whether or not the DOE correctly identified

15   the capacity of the clothes washers at issues in

16   this case?

17        A      I've not made an independent

18   verification of that.  I am relying on the Federal

19   Government, the U.S. DOE, to appropriately apply the

20   regulations governing the testing of the washing

21   machines that they measure.

22        Q      Do you recall -- and I might be able to

23   show you these documents later on -- that in the

24   audit tests conducted by the DOE contractor in this

25   case that there were two different results for the

Page 91

1    capacity that were off by, I think, one

2    one-hundredth of a cubic foot?

3         A    I don't have a memory of that as I sit

4    here right now.

5         Q    Do you recall seeing any information in

6    this case that the DOE contractor admitted that they

7    measured capacity incorrectly in the audit test?

8              MR. DECKANT:  Objection.

9              THE WITNESS:  I have seen no such

10        evidence.

11   BY MR. LOGAN:

12        Q    If you did see a document where the DOE

13   contractor admitted that they incorrectly determined

14   capacity in this case, would that impact your

15   analysis?

16             MR. DECKANT:  Objection.

17             THE WITNESS:  It would certainly not

18        impact my methodologies at all.  I would need

19        to review that document to make a

20        determination about whether the outcome of my

21        analysis would be impacted by -- by that

22        information.

23   BY MR. LOGAN:

24        Q    So the methodology wouldn't change, but

25   the numbers might change, the calculation?

Page 92

1        A        It may or may not.  I would need to

2    understand what was in the document in order to tell

3    you.

4        Q        Does the Energy Star sticker say that

5    the product will perform well?

6        A        Are you saying does it literally make

7    that statement on the logo?

8        Q        Yes.

9        A        Those words are not literally on the

10   logo.

11       Q        Do you think that quality performance

12   is implied by the Energy Star logo?

13       A        I haven't made a particular study of

14   that one way or the other.

15       Q        What does the logo represent for -- in

16   terms of -- of clothes washers?

17       A        The one thing that I'm certain of is

18   that it has a precise meaning as to a minimum amount

19   of savings, energy savings that consumers can expect

20   from their appliance, but I haven't conducted a

21   detailed study of all of the potential

22   interpretations of the Energy Star logo, nor is that

23   material to the particular damage methodologies that

24   I set forth at issue in this litigation.

25       Q        Do you know which Government agency

Page 93

1    decides whether or not clothes washers can qualify

2    as Energy Star?

3         A     My understanding is that often the U.S.

4    Department of Energy conducts testing, independent

5    testing of appliances.  But I believe it is the U.S.

6    EPA that would then look at that information and,

7    for example, make a determination to decertify, for

8    example, the Maytag Centennial washing machines.

9         Q     How does a clothes washer initially

10   earn the Energy Star label?

11        A     Again, my understanding is that

12   manufacturers self-qualify appliances, or at least

13   provide their own test results to the EPA in order

14   to gain certification.

15        Q     Is it your understanding that Whirlpool

16   tested the clothes washers in this case in order to

17   certify them as Energy Star?

18        A     I don't recall one way or another

19   whether Whirlpool actually conducted appropriate

20   certification tests.

21        Q     So you have not seen or did not rely on

22   any documents regarding Whirlpool's initial testing

23   of the clothes washers?

24        A     You've got two questions in there.

25        Q     Did you review Whirlpool's initial

1   testing of the clothes washers?

2       A       I can -- as I sit here right now,

3   again, some of these documents I haven't looked at

4   for four months and my mind has been elsewhere.  I

5   can recall that I have seen what Whirlpool claims

6   were the performance characteristics of the Maytag

7   Centennial washing machines at issue in this case.

8   But as I sit here right now, again, without going

9   back to the documentary evidence, I don't know that

10  I've seen particular evidence of a test, or how it

11  was conducted one way or the other.  I just don't

12  have a memory.

13      Q       So you have not made a determination,

14  for example, that Whirlpool incorrectly tested the

15  clothes washers at issue in this case?

16              MR. DECKANT:  Objection.

17              THE WITNESS:  I don't think I'm

18          offering an opinion one way or the other.  I

19          am relying on both Plaintiffs' theory of

20          reliability and an assumption that liability

21          is ultimately established to understand that

22          these washing machines should not have been

23          certified as Energy Star, but I'm not offering

24          an opinion one way or the other about whether

25          that liability should be found.

Page 95

1    BY MR. LOGAN:

2         Q      So you -- just to clarify, you are

3    assuming, but you have not determined, as a matter

4    of fact that every unit of this particular model

5    number of clothes washer should never have been

6    labeled as Energy Star?

7         A      That is Plaintiffs' theory of

8    liability, and any textbook on how to calculate

9    economics damages will tell you that the first step

10   in that process is to assume liability.  So yes,

11   I've made that assumption that liability will

12   ultimately be established.

13            That said, these methodologies can be

14   applied to the totality of the sales of Maytag

15   Centennial washing machines, as I illustrate with

16   nationwide calculations, or to any subset of those

17   washing machines.  So nothing would change in my

18   methodology if I were told by the Court that, for

19   example, a Texas and New Jersey class was certified

20   and not other states.  Or that a class from 2010

21   forward was certified.

22        Q      Who determines what the Energy Star

23   test procedures are?

24        A      I think we've gone over this, which is

25   that I don't have a recollection about how those

Page 96

1    regulations are propounded, simply that the tests
2    are governed by a set of regulations.
3        Q      And I believe you've referred to them
4    as DOE regulations?
5        A      I don't know which agency they belong
6    to.  I know that the DOE uses those regulations, but
7    whether they belong to the DOE or not, I -- as I sit
8    here right now I can't testify one way or the other.
9        Q      Do test procedures for Energy Star
10   clothes washers, do those change over time, or have
11   they always been the same?
12       A      I have a vague memory that those
13   testing procedures may change.  But again, my -- my
14   memory of that is very hazy.  So I would probably
15   say I can't really recollect one way or the other as
16   I sit here right now.  I would need to go back and
17   review the evidence that I looked at in this case.
18       Q      Do you know who determines the Energy
19   Star cutoff level?  And by that I mean how efficient
20   a clothes washer has to be to earn the Energy Star
21   label?
22       A      Such as what I mention in my
23   Declaration, the 37 percent energy savings and
24   50 percent less water based upon the Federal maximum
25   standards.

Page 97

1      Q      Do you know who makes that
2   determination of 37 and 50?
3      A      As I sit here right now I don't recall
4   one way or another.
5      Q      Do you know if the Energy Star cutoff
6   level ever changes or if it has always been 37 and
7   50?
8      A      I know that it is 37 and 50 during the
9   certification period for the washing machines at
10  issue here.  Beyond that I don't have a memory of
11  whether those marks have changed.
12     Q      If I represented to you that, in fact,
13  the Energy Star cutoff level has gradually increased
14  over the years, that wouldn't surprise you?
15     A      I would take your word for it.
16     Q      So a clothes washer that was tested
17  under the 2016 standard versus the 1997 standard --
18  let me -- let me rephrase this, this question.
19            A clothes washer that would meet Energy
20  Star under 1997 regulations might not meet Energy
21  Star under 2016 regulations?
22     A      I don't have enough information in that
23  question to be able to answer that.
24     Q      If you wanted to determine if a clothes
25  washer met the Energy Star standard in 1997, you

1    would need information about what the regulation and

2    test procedures were in 1997?

3         A     You may or you may not need that

4    information.

5         Q     Do you know if the average consumer

6    keeps up with Energy Star cutoff levels?

7              MR. DECKANT:  Objection, lack of

8         foundation.

9              THE WITNESS:  That information is not

10        relevant for the two types of damages that

11        I've calculated here today so I haven't made

12        an inquiry to make that discovery.

13   BY MR. LOGAN:

14        Q     Might an individual consumer's

15   understanding of Energy Star change over time?

16             MR. DECKANT:  Objection.

17             THE WITNESS:  Again, I've made no study

18        of individual consumers in this case.  There

19        is no need to do so.  The appropriate

20        understanding, at least for -- well, the

21        appropriate understanding of both types of

22        damage methodologies relates to a class-wide

23        analysis and vis-a-vis price premium.  We need

24        to understand in market wide price premium and

25        not what any one individual consumer thinks.

Page 99

1        Every consumer is harmed by virtue of paying a

2        marketplace price premium regardless of what

3        they think about the Energy Star logo.

4   BY MR. LOGAN:

5        Q      Do you have any understanding of the

6   requirement of an Energy Star logo to be displayed

7   for qualified machines?

8        A      I don't understand that question.

9        Q      Once an -- once Energy Star approval is

10  earned, is it mandatory for the Energy Star logo to

11  be displayed?

12       A      I don't believe that it's mandatory,

13  but the information that I've seen would indicate

14  that there is widespread understanding of the value

15  of the Energy Star in terms of both retailers and

16  wholesalers, and I've seen no evidence that those

17  that earn the Energy Star aren't extremely eager to

18  display it in customer-in store collateral websites,

19  advertisements and the like.

20       Q      When Energy Star standards change, and

21  there are still in stock older Energy Star machines

22  that do not meet the new standards, do you have any

23  knowledge about what happens to those machines?

24       A      Can I hear that question back, please?

25              (At which time the following question

Page 100

1           was read back by the reporter:

2                   "Question:  When Energy Star standards

3           change, and there are still in stock older

4           Energy Star machines that do not meet the new

5           standards, do you have any knowledge about

6           what happens to those machines?")

7                   MR. DECKANT:  Objection.

8                   THE WITNESS:  Your question is a little

9           too vague for me to answer.

10     BY MR. LOGAN:

11          Q     Well, we already discussed how Energy

12     Star standards might change from time to time and

13     have gradually increased over the years.  My

14     question is, if you have a particular model of -- of

15     clothes washer that was Energy Star certified, under

16     the standard then in existence and then the standard

17     changed, do you know what happens with these old

18     machines that are no longer -- meet the new

19     standard?

20          A     Right, and what I'm saying is that what

21     happens is such a broad term to me that I have no

22     idea what you're trying to ask.

23          Q     Are the -- can retailers still sell

24     them with the Energy Star label on them?

25                  MR. DECKANT:  Objection.

Page 101

1          THE WITNESS:  Again, I would need to
2      refresh my recollection on that.  As I sit
3      here right now, I'm not sure.
4  BY MR. LOGAN:
5      Q     Let's go back to the Energy Star test
6  procedures at the time that these clothes washers at
7  issue were certified.  I believe that you set out
8  the formula in -- in your report in paragraphs 9,
9  10, and 11.  I'll give you a second to review that.
10          Is your recollection that as part of
11  the Energy Star tests that were conducted in this
12  case energy consumption of the clothes washer would
13  need to be measured?
14      A     I'm sorry.  I was reading the document
15  when you started that question, so if you would
16  please ask it again, I would appreciate that.
17      Q     Sure.  I can -- as part of the Energy
18  Star test, energy consumption needs to be measured;
19  is that correct?
20      A     That is part of the test.
21      Q     And water consumption?
22      A     Correct.
23      Q     And --
24      A     Let me just back up.  The way I use the
25  term "energy" relates to water consumption.  So if

1   we could be on the same page of talking about either

2   electricity, gas or water, because I view the term

3   "energy" to relate to water consumption.

4          Q      The Energy Star test for clothes

5   washers has an MEF, a modified energy factor, and a

6   WF, a water factor.  You're -- you see that?

7          A      I'm aware of both of those terms.

8          Q      And the modified energy factor is

9   focused on electricity and the water factor is

10  focused on -- on water; is that your understanding?

11         A      That's my understanding.

12         Q      You also, in paragraph 10, refer to

13  drying energy.

14         A      Yes.

15         Q      What do you -- what is your

16  understanding of how drying energy fits into the

17  Energy Star calculation?

18         A      I'll do the best to do this off the top

19  of my head, although I would strongly advise you

20  that if you have workpapers or the regulations that

21  I might be able to give you better testimony with

22  that.  So subject to that caveat and the fact that I

23  may need to revise this, my memory of the MEF is

24  that you take -- MEF is equal to the capacity

25  divided by the energy used by the washing machine --

Page 103

1   sorry, the electricity used by the washing machine

2   directly plus a drying use factor that is calculated

3   for that washing machine, and that you need to

4   isolate -- you can isolate out each of those

5   subcomponent parts of the energy consumption.

6            And in, you know, math going back and

7   forth you can calculate the MEF by MEF divided by --

8   MEF is the -- yes, if you take the capacity and you

9   know the drying use factor and the energy consumed

10  you add the drying factor, plus the energy consumed

11  and divide that into the capacity to get the MEF.

12       Q     So I guess what I am trying to get at

13  here -- and thank you for that.  I -- I think all of

14  that was -- was accurate.  You -- you need to know

15  capacity, energy and drying energy?  Those are

16  the -- the three big variables in the calculation of

17  MEF?

18       A     I think that's correct.

19       Q     When you were doing your analysis for

20  this case, and you looked at the DOE audit results,

21  did you rely on what the DOE found to be the

22  capacity energy consumption and drying energy for

23  these clothes washers?

24       A     For purposes of the DOE results, I've

25  looked at the capacity used by the DOE.  I looked at

Page 104

1    the electricity used as measured in the test.  And

2    without looking at my workpapers, I don't recall

3    whether the test results included a drying use

4    factor or whether I recalculated that.  But the

5    drying use factor I believe is a mathematical

6    constant that can be determined from the

7    regulations.  The drying use factor is not something

8    that is measured by the test.

9              (Off-record discussion.)

10   BY MR. LOGAN:

11        Q      Clothes washers under the Energy Star

12   test are tested on the, quote/unquote, normal cycle;

13   is that your recollection?

14        A      I don't have a particular recollection

15   as I sit here today.  I would have to go back and

16   look at the testing procedures.

17        Q      I'll represent to you that they are

18   tested on the normal cycle at various sizes.  The

19   clothes washers here had different settings such as

20   heavy duty and delicate.  Do you know if those were

21   tested as well?

22        A      Again, without looking back at the test

23   results, I don't have a specific recollection.

24   Though whether or not those settings were tested

25   does not change my opinions in this case.

Page 105

1       Q      Well, if those settings were -- were
2   not tested in this case and a consumer used those
3   settings, then the consumer might not be getting the
4   efficiencies implied by the Energy Star logo; isn't
5   that true?
6                   MR. DECKANT:  Objection.
7                   THE WITNESS:  That's well beyond the
8           scope of my assignment, which is to calculate
9           class-wide damages in this case, and the DOE
10          test rules and the Energy Star certification
11          are designed to apply broadly over a large
12          either class or population of individuals and
13          over a fleet of appliances.  So I don't think
14          that the -- I don't think that any one
15          individual's circumstances matter for purposes
16          of calculation of class-wide damages in this
17          case.
18  BY MR. LOGAN:
19      Q      Well, let me -- let me push back on
20  that because if the Energy Star tests are only
21  focused on the normal setting and not other settings
22  and that a consumer takes the product and uses it in
23  other settings that have not been tested, then the
24  consumer need not necessarily expect that they would
25  have received the efficiencies implied by the Energy

Page 106

```
 1    Star logo because those were not tested; isn't that
 2    right?
 3                    MR. DECKANT:  Objection.
 4                    THE WITNESS:  I, again, don't agree
 5            with your characterization and would state
 6            that on a class-wide basis the results of the
 7            DOE test which are intended to apply to all of
 8            the appliances in a particular either model or
 9            category and the information that is provided
10            both to the EPA and to all of the consumers
11            that that information is intended to apply
12            across a broad population of -- of consumers.
13    BY MR. LOGAN:
14        Q     But the DOE test procedures does not
15    provide that every setting on a clothes washer is
16    tested; isn't that correct?
17        A     Again, I don't recollect the precision
18    of the DOE testing.  If you want to mark that
19    document, we can talk about it.  But my
20    understanding of the DOE test results is that the
21    test is designed to provide information that's
22    useful to all consumers in the aggregate and to
23    allow a determination to be made about all units of
24    a particular appliance.
25        Q     Is it your position that the DOE
```

Page 107

1    looked -- well, strike that.

2              Have you seen information in this case

3    that the clothes washer at issue were disqualified

4    from the Energy Star program by the EPA?

5         A    I know that that is Plaintiffs'

6    allegation in the case, but as I sit here today, I

7    don't recall what documentary evidence, if any, I

8    have seen that that is the case.

9         Q    And as we previously discussed, you are

10   assuming liability so you make no determination if

11   the clothes washers at issue were disqualified by

12   the EPA?

13        A    I've made no independent verification

14   of that detail because that is Plaintiffs' theory of

15   liability and I have matched my damages theories to

16   Plaintiffs' theory of liability and an assumption

17   that that liability is ultimately established.  And

18   what we also talked about earlier today is that my

19   methodologies do not change if some subset of the

20   washing machines are found to have been certified

21   that may change the result of the calculations, but

22   if the Court says anything after 2010 is in the

23   class and anything before is not, the methods that I

24   provide are just as workable.  We would just take

25   the data for the prescribed class and obtain results

Page 108

1    in that manner.

2         Q      According to the DOE audit tests that

3    you reviewed in -- in this case, were the clothes

4    washers more efficient than the minimum Federal

5    efficiency standards mandated?

6         A      Again, if you want to put those in

7    front of me, I can look at that, but I don't have a

8    recollection one way or the other.

9         Q      Do you recall how close these clothes

10   washers were to meeting the Energy Star standard as

11   tested by the DOE?

12        A      I'm sorry.  I just don't have a

13   recollection of what those documents showed, but

14   those documents speak for themselves.

15        Q      Well, why don't we look at the energy

16   expense damages that you calculate here.  Could you

17   summarize what you were trying to accomplish with

18   the calculation of energy expense damages?

19        A      At a broad level what I sought to do is

20   measure the additional expense that consumers will

21   bear as a result of operating these machines at the

22   less efficient tested level rather than the minimum

23   guaranteed level indicated by the Energy Star

24   certification.

25        Q      So if we look at Table 1 we see the --

Page 109

1    one column for the Energy Star standard and one

2    column for the U.S. DOE result.

3              Do you see that?

4         A    Yes.

5         Q    And your calculation of energy expense

6    damages depends upon the annual difference between

7    these two numbers, the Energy Star standard and the

8    DOE result?

9         A    I guess I would say that it depends on

10   the difference between those measurements, but

11   whether you express it on an annual basis or a

12   monthly basis doesn't really matter.  Or any other

13   basis.

14        Q    So a clothes washer could, for example,

15   miss the Energy Star standard by a very small

16   amount, say ten cents a year, or it could miss it by

17   a mile, say $100 per year.  Does that -- does that

18   make sense?

19        A    Well, I would view it as it missed by X

20   amount of energy or X amount of water rather than

21   the dollars.  Ultimately I guess you can translate

22   that into dollars, but I believe the -- the testing

23   results are based on electricity and water

24   consumption rather than dollars.

25        Q    So for the -- the energy expense

1    damages you don't just look at Energy Star versus

2    non-Energy Star, you look at Energy Star versus the

3    DOE result in terms of by how much the tested model

4    missed the Energy Star standard?

5         A      That's correct.  I'm not looking at,

6    say, the Federal required standard versus the Energy

7    Star logo.  But again, the methodology that I

8    provide here could be used with any two goal posts,

9    the Energy Star minimum amount, the advertised

10   amount to the extent that that is available, and the

11   U.S. DOE test or some other factor as a -- as a

12   comparison.

13        Q      Okay.  For the price premium model, it

14   seems to me that the data that you are looking at is

15   comparing Energy Star versus non-Energy Star.

16   You're not looking at questions of degree, like, for

17   example, how close the non-Energy Star is to Energy

18   Star.  Is that fair?

19        A      I don't know whether it's fair or not.

20        Q      Well, in -- in the deposition we did a

21   few years ago in the DeiRossi KitchenAid case, I

22   recall you saying that Energy Star is binary, that

23   it was either present or it is absent.

24               Does that -- do you recall that?

25        A      I would agree with that, yes.

Page 111

1        Q      And so for the price premium model in

2   this case you would say that the -- that Energy Star

3   is binary; is that right?

4        A      Correct.  So I would want the record to

5   reflect that energy expense damages and price

6   premium damages are, although related to the same

7   conduct, very different in their nature and very

8   different in the way that it's economically

9   appropriate to calculate them.  And I would agree

10  that for purposes of price premium damages, the

11  correct way to view the Energy Star logo or

12  certification is with the binary perspective.

13              A product is either qualified or it is

14  not.  To the best of my recollection, at least

15  during the time period at issue in this case, you

16  couldn't have a product that was half Energy Star or

17  ultra Energy Star.  You either have the

18  certification or you don't.  And so the correct

19  method for measuring damages would be how much did

20  consumers pay as a direct result of the presence of

21  the Energy Star certification.

22       Q      I guess I'm confused.  Why is it

23  appropriate to evaluate questions of degrees in the

24  energy expense damages and assume Energy Star is

25  binary for price premium damages?

Page 112

1      A      Because the impacts of the defendants'
2   conduct are different under each style of damages.
3   So when a consumer goes to a store and is going to
4   buy one of these washing machines, it is either
5   Energy Star compliant or not.  And the market price
6   for that washing machine is going to reflect the
7   presence or absence of that label because it is a
8   binary condition.  Again, there are -- Energy Star,
9   at least to the best of my understanding, is not
10  measured in degrees.
11              When we look at energy expense damages
12  we're not looking at the price that was paid simply
13  because the logo was present or not present, we're
14  looking at how much additional energy is the class
15  going to expend on operating these washing machines
16  as a result of the machines not being as efficient
17  as indicated by the Energy Star certification.
18      Q      So for your price premium model, since
19  you are only looking at Energy Star versus
20  non-Energy Star, the price premium calculation would
21  be the same for a clothes washer that missed Energy
22  Star by .1 percent or by 50 percent?
23      A      I don't know that I've made that
24  determination in this case.  What I'm telling you is
25  that the price premium for all of the Maytag

Page 113

1    Centennial washing machines is as calculated by

2    Whirlpool, Dr. Sukumar, or Dr. Dennis.

3         Q      In the price premium calculations in

4    your report, there is no mention of how close these

5    clothes washers were to Energy Star; isn't that

6    right?  So therefore, it's fair to say since the

7    result of the DOE test doesn't matter, it doesn't

8    matter if it's .1 percent off of Energy Star or

9    50 percent off of Energy Star?

10        A      I'll need to hear the question read

11   back, please.

12        Q      Let me -- let me rephrase it.

13               The -- you -- you agree that the degree

14   to which the clothes washers missed Energy Star,

15   according to the DOE test, did not play into the

16   calculation of price premium damages?

17        A      I believe that's accurate.

18        Q      Okay.  All right.  Why might someone

19   want to buy an Energy Star clothes washer over a

20   non-energy Star clothes washer?

21        A      That's not really part of the scope of

22   my assignment here and I haven't conducted a

23   detailed study of -- of that particular issue.

24   Again, due to the binary nature of the Energy Star

25   certification, again, individual reasons for

Page 114

1    purchase have no impact on the measurement of price

2    premium damages in a case like this.

3         Q      A person might buy an Energy Star

4    clothes washer in order to save money on utility

5    bills?

6         A      Again, I haven't made a particular

7    study, so I'm not going to be able to testify about

8    individual reasons except to say that I've given

9    some consideration about whether individual reasons

10   should matter and they do not matter in this case.

11   And there's no impact on the calculation of price

12   premium damages regardless of what consumers think

13   individually about the Energy Star.

14        Q      When you -- let me take a step back.

15               You're aware of programs that provide

16   tax benefits or rebates related to the purchase of

17   an Energy Star appliance; is that right?

18        A      I would say I'm at a very high level

19   aware of tax rebates, credits or however you've

20   described it as being aware for energy efficient

21   items, but I don't know whether the Energy Star

22   itself or the Energy Star certification plays into

23   any of those rebates.

24        Q      Did you evaluate whether or not the

25   availability of rebates impacts the analysis in your

Page 115

```
 1   report?
 2        A      Can I hear that back, please?
 3        Q      That was an extraordinarily poorly
 4   phrased question.
 5               THE REPORTER:  Do you want it read
 6        back?
 7               MR. LOGAN:  No, never read that back.
 8   BY MR. LOGAN:
 9        Q      The availability of rebates does not --
10   is not mentioned in your report; is that correct?
11        A      I think the document speaks for itself.
12        Q      Is there a reason that you chose not to
13   include an analysis of rebates?
14        A      Yes.
15        Q      What is that reason?
16        A      It would be inappropriate to include an
17   analysis of rebates or other such, however you've
18   described them, because again of the binary nature
19   of the Energy Star, it's either present or not
20   present, and the value in the marketplace is going
21   to be determined based upon its presence or absence.
22               Sorry.  Let me just -- let me add to
23   that, which is that the harm and damage caused by
24   Whirlpool as a result of selling machines that are
25   labeled as being Energy Star certified and allegedly
```

Page 116

1    not certified doesn't change whether or not any one

2    individual or group of individuals receives any kind

3    of rebate.  And so when we're measuring class-wide

4    damages as a result of a defendant's conduct, it

5    would be inappropriate to consider those -- those

6    particular issues.  There's no need to consider

7    them.

8         Q    See, I don't know if that's right

9    because where we talked about, in terms of

10   calculating damages, it was between what was

11   promised and what was delivered.  And if what was

12   promised included the availability of a rebate,

13   would you not need to consider whether or not the

14   consumer actually received that rebate?

15        A    First of all, I disagree with your

16   characterization of our prior conversations.  What I

17   would say is the appropriate measure of damage in

18   this case, as it relates to price premium damage, is

19   the amount of price premium, the class members in

20   the aggregate, the class has paid as a direct result

21   of defendants' conduct of labeling these washing

22   machines as Energy Star certified when, in fact,

23   they were not.

24              And the presence or absence of rebates

25   does not impact that measurement of the marketplace

Page 117

1    price premium extant for the Energy Star.  Let me --
2    I think I misstated that.
3               The receipt of any such rebates by any
4    one individual does not impact the marketplace price
5    premium attributable to the Energy Star in this
6    case.
7         Q    Isn't it the case that consumers might
8    be willing to pay a price premium for an Energy Star
9    product if they knew that there was a cash rebate
10   that they would receive for doing so?
11              MR. DECKANT:  Objection.
12              THE WITNESS:  I haven't made a study
13         one way or the other.  I've seen no such
14         evidence in this case that that is -- that
15         that is actually true, and it has no bearing
16         on the calculation of the market place price
17         premium that consumers actually paid as a
18         direct result of defendants' conduct.
19   BY MR. LOGAN:
20        Q    I want to talk briefly -- we covered a
21   little bit of this before, but I want to talk
22   briefly about your relationship with Drs. Sukumar
23   and Dennis.
24              You said you had worked with them
25   previously on cases; is that true?

Page 118

1         A       Yes.

2         Q       Do you recall about how many times you

3    have done so for each?

4         A       I've worked with Dr. Sukumar on one

5    other occasion.  I've worked with Dr. Dennis on many

6    occasions.  I would have to do a tabulation to give

7    you an accurate count of that.  But more than once

8    or twice.

9         Q       Did you supervise their work in this

10   case?

11        A       I would not describe my role in this

12   case as having been supervisory as to Dr. Sukumar

13   and Dr. Dennis.  I did have conversations with them

14   about their work product and I had conversations

15   with them about how I intended to use their work

16   product that I understand led to the development of

17   their surveys and the results therefrom.

18        Q       Did you call for a contingent and

19   conjoint survey in this case in order to help assist

20   you in -- in what you were doing?

21        A       I don't think I was the only person

22   that said let's do contingent valuation and/or

23   conjoint.  Those are methods that I commonly suggest

24   in terms of methods by which a price premium may

25   be -- may be calculated.  But again, I don't recall

Page 119

```
 1    being the one who said let's use these

 2    methodologies.  I think that was probably a joint

 3    decision amongst all of the professionals working

 4    together and it seemed like a reasonable judgment to

 5    me.

 6         Q     So regardless of its origins, you agree

 7    that contingent valuation and conjoint analysis are

 8    appropriate for this case and you're relying on the

 9    work of Drs. Dennis and Sukumar in order to

10    calculate the price premium?

11         A     Again, if you can break your questions

12    into single questions, I would appreciate that.

13         Q     You agreed that contingent and conjoint

14    analyses were appropriate in this case?

15         A     Yes, I believe those are two

16    appropriate methods that may be used to determine a

17    price premium in this case.

18         Q     Okay.  In previous cases where you and

19    I have been involved, you've recommended hedonic

20    regression in order to isolate a price premium, and

21    yet you -- your report in this case does not make

22    that recommendation.  Is that accurate?

23         A     I think it is literally true that in

24    another case that I've worked on that you've been

25    involved with I suggested the technique of hedonic
```

Page 120

1    regression, and that in this case I have not overtly

2    made that recommendation.

3           Q     Did you determine that hedonic

4    regression would not be appropriate in this case?

5           A     To the best of my recollection I did

6    not make a determination one way or the other about

7    the usability of hedonic regression in this case.

8           Q     Why did you not use hedonic regression

9    in this case?

10          A     What I would say is that in many cases,

11   other than this particular one, I often advocate

12   hedonic regression, conjoint evaluation and

13   contingent valuation methodology as being perfectly

14   equivalent substances.  I'm happy with any of them,

15   at least under certain circumstances.

16               And so I don't know that I have a

17   particular reason why hedonic regression was not

18   part of my analysis in this case.  Again, I don't

19   have a particular memory one way or the other of it

20   coming up at all, and I don't, at least without

21   doing some additional work, have an opinion that it

22   is or is not suitable here.  It's just that I've

23   relied upon two other methods that I regularly

24   testify about as alternates for ways to calculate

25   the price premium in this litigation.

Page 121

1      Q      Well, in the -- in the KitchenAid case

2  you said in your report that the use of hedonic

3  regression was the ideal way of calculating the

4  price premium attributed to Energy Star.

5              So my question is, what changed?  Why

6  is it that it was ideal in that case and you don't

7  even mention it here?

8      A      Do you have a copy of that report?  I

9  would love to see the exact words that I used.

10     Q      I could probably pull it up on my

11  computer, but I'll represent to you it was the word

12  "ideal."

13     A      Well, I suspect that the word "ideal"

14  may have been used, but it's the context of the

15  surrounding words that I'd like to understand before

16  I answer that question.

17     Q      Well, based on your memory, why was

18  hedonic regression suggested in the DeiRossi case

19  and not here?

20     A      Well, again, my memory of what I said

21  in the DeiRossi case would be that hedonic

22  regression is an ideal method.  And as I've

23  testified now in numerous litigations, I have

24  testified that hedonic regression, conjoint and

25  contingent valuation methods are substitutable

Page 122

1    methods of reaching the same evaluation.

2            And I don't have a memory one way or

3    another of a specific determination as to hedonic

4    regression in this specific case other than that I

5    don't find -- I'm not choosing contingent valuation

6    and/or contingent valuation joint analysis as being

7    second best to hedonic regression.  I believe

8    they're substitutable techniques when all three

9    techniques can be performed.

10       Q      So you have not -- sorry.  One second.

11           MR. DECKANT:  I just want to ensure

12       here while we're taking a momentary break.

13       You've been talking about some testimony you

14       gave in the DeiRossi matter, I believe.  Are

15       you subject to a non-disclosure agreement or a

16       confidentiality undertaking in that matter?  I

17       just don't know off the top of my head.

18           THE WITNESS:  I probably am.

19           MR. LOGAN:  My memory is that the

20       report in DeiRossi was -- was filed under

21       seal.  So we will keep that in mind when we're

22       reviewing the transcript in this case.  But, I

23       mean, everyone here has read it, obviously, so

24       I'm not too concerned about anyone's ears

25       catching fire in this ear.

Page 123

```
 1           MR. DECKANT:  Well, there is a little
 2       bit of an intricacy in that Bursor and Fisher
 3       and Faruqi & Faruqi were appointed co-counsel,
 4       I believe, in the DeiRossi matter and Anthony
 5       Vozzolo is currently with Vozzolo LLC instead
 6       of Faruqi & Faruqi.
 7           MR. LOGAN:  I will happily waive any
 8       sort of confidentiality as to Mr. Vozzolo.  I
 9       don't view it as terribly significant that he
10       changed firms for the purposes of looking at
11       the -- Mr. Weir's report in the DeiRossi case.
12       Although I'm sure it's significant for many
13       other reasons.
14  BY MR. LOGAN:
15       Q    I'll -- I'll move on from -- from the
16  DeiRossi case.
17           I want to just clarify your testimony
18  as to why hedonic regression was not recommended in
19  this case, and I believe your testimony is you don't
20  remember.  Is that fair?
21       A    What you've -- that's a little bit of a
22  mischaracterization because it's not that I made a
23  recommendation against hedonic regression and don't
24  remember it.  What I've said is I don't remember
25  making an evaluation about hedonic regression one
```

Page 124

1   way or the other in this case.

2       Q       You do not recall recommending hedonic

3   regression in this case?

4       A       I don't have a recollection one way or

5   the other.

6       Q       And you do not recall not making a

7   recommendation of hedonic regression in this case?

8       A       That's correct, I have no memory of

9   that one way or the other.

10      Q       Do you recall an earlier draft version

11  of the report where you did recommend hedonic

12  regression?

13              MR. DECKANT:  Draft versions of the

14          report are protected for disclosure under

15          Rule 26.

16              MR. LOGAN:  I am not asking for

17          disclosure of the draft report.

18  BY MR. LOGAN:

19      Q       I -- I want to know if you checked your

20  records, would you be able to determine if you

21  recommended hedonic regression in this case?

22              MR. DECKANT:  Wouldn't that also be

23          asking about work product?

24  BY MR. LOGAN:

25      Q       I'm asking about your memory.  Do you

Page 125

1   remember a determination about hedonic regression in
2   this case?
3       A       I've told you that I don't remember a
4   determination about hedonic regression in this case.
5   That's precisely what I've said four times now.
6       Q       Well, now that -- now that we have
7   brought it up, do you think hedonic regression would
8   be a good method to calculate price premium in this
9   case?
10      A       I would need to give some additional
11  consideration to that.  What I said already today
12  and would be happy to say is that when the
13  circumstances are right and the requisite
14  information is available, I view hedonic regression,
15  conjoint analysis and contingent valuation to be
16  economically and statistically valid and equivalent
17  ways to develop a price premium methodology, and I
18  don't per se have a preference for one or the other
19  or believe that one or the other will provide a more
20  accurate result.
21      Q       I believe we've been talking about a
22  determination about hedonic regression in this case.
23  Let me rephrase it.
24              Did you consider using hedonic
25  regression in this case?

Page 126

1      A      I don't have a memory one way or the

2  other.

3      Q      Okay.  You calculate two different

4  types of damages in this case which you've labeled

5  as energy expense damages, which I recall you saying

6  that includes water, as well as price premium

7  damages; is that fair?

8      A      Those are the two high level categories

9  of damages that I set forth in my Declaration.

10     Q      Why did you set forth two high level

11  categories of damages instead of one?

12     A      I believe there are multiple legal

13  theories of liability in this case where either one

14  of these, or perhaps both, would be called for as

15  measures of damage.  Specifically I believe that

16  Plaintiffs allege that the class has paid too much

17  for the products as a result of the improper

18  labeling of the Energy Star logo on these washing

19  machines.  So my understanding would be that

20  generates a need for price premium damages if

21  liability is established.

22             And I believe Plaintiffs also assert

23  that on an ongoing basis the class pays additional

24  amounts for energy as a result of the lowered

25  efficiency of these washing machines, and as a

Page 127

1    result of those particular claims, the measurement

2    of the energy expense damages would be appropriate.

3    But, again, we're wavering into what I understand to

4    be a legal determination of which theories of

5    liability are allowed or approved vis-a-vis the

6    causes for action which are, you know, beyond my pay

7    grade as an economist.

8                 But, again, I tried to set forth damage

9    calculations.  I believe I succeeded in setting

10   forth damage calculations that comport with my

11   understanding of multiple theories of liability set

12   forth by the Plaintiffs.

13        Q    Is it your opinion that the class would

14   be entitled to both types of damages in this case?

15        A    Can you tell me what you mean by

16   "entitled"?

17        Q    If let's say there is a hearing class

18   certification and the judge asks you should the

19   class receive both energy expense damages and price

20   premium damages, is that your testimony?

21        A    And there's no consideration of what

22   the law may allow for or anything like that, we're

23   just talking about as an economic basis?

24        Q    What -- I'm asking what your opinion

25   is, regardless of what the law says.

1     A     Okay.  It's my opinion that the class

2  should at least be eligible to receive both types of

3  damages because first when the Plaintiffs went into

4  a store and bought these washing machines, they

5  opened their wallets and paid a price premium as a

6  result of their buying a product that was

7  inappropriately labeled as Energy Star certified and

8  continued to open their wallets on a monthly basis

9  to pay higher water bills and electricity bills and

10  perhaps other energy bills to continue to operate

11  those machines.

12     Q     If -- if a class member is compensated

13  for the price premium, that would put that class

14  member in a economic position such that they did not

15  buy an Energy Star clothes washer, but instead

16  bought a conventional one; isn't that fair?

17     A     I don't know whether that's fair or

18  not.

19     Q     If -- the price premium damages are

20  designed to compensate putative class members for

21  initial overpayment.  That's -- that's fair?

22     A     I don't know whether it's fair or not.

23     Q     Is that your opinion?

24     A     My opinion is that price premium

25  damages are intended to compensate consumers for the

Page 129

1   price premium that they paid as a result of the

2   products being labeled as Energy Star certified when

3   they were not.

4        Q      Had the product not been labeled as

5   Energy Star, it's your opinion that the putative

6   class members would have paid less for the products?

7        A      My opinion is simply that they paid a

8   price premium that existed in the marketplace as a

9   result of the Energy Star certification being made

10  when it should not have been made.

11       Q      Had the Energy Star logo not been

12  there, they might have paid the same amount?

13       A      I haven't made an evaluation of what

14  might have happened.  If we went back in time and we

15  did something else, the calculations that I've made

16  are to understand the price premiums that consumers

17  actually paid as a result of defendants' conduct of

18  labeling these consumers with the Energy Star

19  certification when, in fact, they were non-Energy

20  Star certified.

21       Q      So it's your opinion that the market

22  charged a premium for this clothes washer because it

23  contained the Energy Star logo?

24       A      The market charged and consumers paid a

25  price premium because this was labeled as an Energy

Page 130

1  Star certified washing machine when, in fact, it was

2  not.

3        Q     And when we talk about that premium, is

4  that a premium in comparison to a clothes washer

5  that does not have the Energy Star logo?

6        A     It is a premium that's calculated based

7  upon the actual sales transaction that took place.

8  It's the price premium that consumers actually paid

9  in the marketplace when they went to the store and

10 bought these washing machines.

11             You've asked me to notify if I'd like

12 to take a break in a few minutes, and I certainly

13 don't mind answering a few more questions, but I'm

14 getting near wanting to take a five-minute break.

15             MR. LOGAN:  Well, it's 12:30.  Should

16        we do a short lunch here?

17             MR. DECKANT:  Sure.  Yeah.

18             MR. LOGAN:  I'm fine with that.

19             MR. DECKANT:  Okay.

20             MR. LOGAN:  All right.  Let's go off

21        the record.

22             VIDEO OPERATOR:  The time is

23        approximately 12:32.  We're going off the

24        record.

25             (Brief recess.)

Page 131

1           VIDEO OPERATOR:  Okay.  The time is

2      approximately 1:26.

3               We are back on the record.

4               (Document WDZ0009099 to WDZ0009100 was

5      marked Weir-4 for identification.)

6  BY MR. LOGAN:

7      Q      The court reporter has marked for you

8  Exhibit 4, which is a document Bates-labeled

9  WDZ0009099 to - 9100. It's cited in Footnote 8 of

10  your report.  You can put it aside for now.  I'll

11  come back to it in a few minutes.  I just wanted to

12  get that on the record.

13      A      Okay.

14      Q      Before we broke for lunch we were

15  starting to have a discussion about the -- how the

16  two methodologies --

17               MR. LOGAN:  Can we go off record for

18      one second?

19               MR. DECKANT:  Sure.

20               VIDEO OPERATOR:  It's approximately

21      1:27.

22               We're off the record.

23               (Brief recess.)

24               VIDEO OPERATOR:  Okay.  It's

25      approximately 1:40.

Page 132

1            We're back on the record.

2     BY MR. LOGAN:

3         Q      Mr. Weir, before lunch we were

4     discussing energy expense damages versus price

5     premium damages, and I was trying to elicit your

6     opinion on whether your proposal is that both of

7     these types of damages should be used together.

8                Is that your recommendation or are you

9     saying it should be one or the other?  Could you --

10    just so we have a clean record here, could you

11    clarify your opinion on -- on this matter?

12        A      Sure.  I think the conversation that we

13    had before was whether or not it could be

14    appropriate to use both of these methods.  And my

15    answer at the high level is yes, I believe it is

16    economically appropriate should all of the other

17    necessary factors of the case play out to grant

18    consumers both of these methods of damages.

19                And I think you posed a hypothetical,

20    if the judge said to you what would your

21    recommendation be, I would have no problem

22    recommending that, again, all else equal, both of

23    these methods could be used.  But I would also

24    testify that if, for whatever reason, as to the law

25    or only one claim gets made, both of these are

Page 133

1    stand-alone measures and they're calculated

2    separately and independently of one another.  So if

3    Plaintiffs prevail on only one of their theories of

4    liability, these two damages aren't necessarily

5    intrinsically tied together.  I would feel

6    comfortable saying that you could award just the

7    one, if that's how the law dictates would be most

8    appropriate.

9         Q       Now, in your answer you talked about

10   different theories of liability.  Are -- are you

11   referring to the legal claims and the causes of

12   action in the Complaint?

13        A       As I understand them as a non-lawyer,

14   yes.  And I think I've summarized them earlier

15   today, but I'll do another go-round on that.  I

16   believe one theory of liability is that Plaintiffs

17   allege that the class members have paid too much for

18   these washing machines because -- or they paid a

19   price premium for the machines because Defendants

20   labeled these washing machines as Energy Star

21   certified when, in fact, they were not.

22              And a second theory of liability is

23   that consumers are paying additional amounts for

24   energy above and beyond what they should have

25   because the washing machines are not as energy

1   efficient.  And, again, I use "energy" to refer both

2   to electricity and water and other types of energy.

3   They're not as energy efficient as they should have

4   been had they been appropriately Energy Star

5   certified.

6        Q     And so your opinion is that if

7   Plaintiffs prove both of their theories of

8   liability, then your recommendation to the Court

9   would be that the class is entitled to both types of

10  damages?

11       A     I think the way that you've used the

12  word "entitled," I would say yes.  I would tell the

13  judge and the jury that the Plaintiffs are entitled

14  to both.  How the judge and/or jury then makes that

15  decision, I'm not going to advise them one way or

16  the other, but I would say if they chose to only

17  apply one, again because of the circumstances of the

18  law or the jury instructions or -- or whatnot, that

19  that would -- that would certainly not be

20  inappropriate to award just one.  But that

21  Plaintiffs are entitled to both.

22       Q     Is there an economically principled

23  reason to prefer one or the other damages types?

24       A     No, which is why I would say they're

25  entitled to both.

Page 135

1    Q    Before we -- we broke, the court

2  reporter marked Exhibit 4.  I believe I read the

3  Bates label of that.  I also want you to get out

4  Exhibit 1 and turn to the energy expense damages

5  section.  I'd like to run through the assumptions

6  that you made here and the calculations and the

7  source data for these calculations.

8           You see that you cite Exhibit 4 in

9  Footnote 8.  Do you see that?

10   A    Just so that the record is completely

11 clear, I cite three documents in Footnote 8, and

12 Exhibit 4 is only one of them.

13   Q    Is one.  Okay.

14          And so the numbers that you have used

15 in order to populate the -- the equation for -- for

16 Energy Star, those came from these exhibits that are

17 cited in Footnote 8?

18   A    What I would tell you is that the

19 numbers in Table 1, for example, are best said to

20 can derived from a worksheet which is Exhibit 3 to

21 my Declaration.  Some of the information in

22 Exhibit 3 comes in part from Deposition Exhibit 4.

23   Q    Okay.  And I believe that your -- your

24 previous testimony was that you relied on the DOE

25 audit data, which is in part here Exhibit 4 to the

Page 136

1    deposition, in order to get the numbers for capacity
2    and energy consumption, but not the number for
3    drying energy; is that correct?
4         A     My testimony earlier today was that I
5    definitely used the Department of Energy to
6    determine the capacity and the tested result, but
7    that I could not recollect without looking back
8    through my workpapers and all of the documents
9    whether the drying factor was something that I
10   pulled from the test or was able to calculate.  I
11   know that the drying factor is the product of a
12   number of pieces of information that come from the
13   regulations that we've talked about at length today
14   and that's something that should be able to be
15   independently calculated.
16        Q     Does Exhibit 3 to your report refresh
17   your recollection about the number that you used for
18   the drying factor?
19        A     It refreshes my recollection about what
20   number I used, but not the source data of that
21   information.
22        Q     And you would agree that this report
23   does not itself identify the source of the number
24   you used for the drying energy?
25        A     Again, I would need to go back and

1   review my workpapers to make sure that this -- I'm

2   virtually certain that the source of this number is,

3   in fact, cited at least in Exhibit 2 to my

4   Declaration.

5        Q      Did the DOE audit calculate the drying

6   factor for the clothes washers at issue in this

7   case?

8        A      Well, again, you've only provided me

9   with one of the three worksheets from the DOE, so in

10  order to refresh my recollection I need to see all

11  three.

12       Q      Sitting here you're not sure if the DOE

13  performed those tests?

14       A      Which -- I'm sorry.  What tests now?

15       Q      To determine the drying factor for the

16  clothes washers at issue in this case?

17       A      There is not a test to determine the

18  drying factor.  That's -- again, it's a calculation

19  that is prescribed by the regulations.

20       Q      Let's turn to Table 1.  Can you walk me

21  through step by step how you arrived at the number

22  of 243 kilowatt hours per year?

23       A      Sure.  So unfortunately, I'm going to

24  have to refer us straight back to that Exhibit 3 to

25  my report because that's where that determination is

Page 138

1    made.

2         Q     That's fine.

3         A     So -- boy, this printing seems to have

4    cut some stuff off here on this copy that I have.

5    And also in my file this document is an electronic

6    sheet and not the paper copy here, but let me just

7    try and visually describe it.  At the top it says

8    calculation of future energy expense, and there's a

9    box that has inputs that can be adjusted or changed.

10               Below that is a box that has some

11   independent test result information for electricity

12   only.  Then there is a box that has independent test

13   results for electricity and gas.  And then below

14   that is a box that has the determination of the

15   Energy Star minimum, MEF calculated at 212 at the

16   bottom, and above that is the tested MEF, which

17   takes the tested MEF of 1.72, the tested capacity,

18   and what happens in the next cell where it says KWH,

19   or kilowatt hour per cycle, if my memory is correct,

20   the formula would be -- I think it's the capacity

21   divided by -- the MEF would be the total energy

22   used.  Is that right?

23               I can't remember off the top of my head

24   whether it's capacity divided by MEF or vice versa.

25   But the division of those two things leaves you with

Page 139

```
 1    the total energy used by the washing machine, and
 2    you subtract from that result the drying use factor,
 3    which is shown up in the top box with the inputs.
 4    And that leaves you with a net of .62 KWH per cycle
 5    as being the electrical cost of running the machine
 6    if you are running the machine with both
 7    electrically powered spin cycle and electrically
 8    powered hot water.
 9              If you multiply .62 times the
10    prescribed 392 cycles per year, you get -- this
11    number may be rounded here, but 243, which is the
12    number of kilowatt hours of usage per year based
13    upon the DOE tests.
14       Q     This methodology that you have just
15    described in your previous answer, is that the same
16    methodology that the DOE uses in order to determine
17    its estimated annual energy use for the energy guide
18    label?
19       A     What I have just told you includes a
20    mathematical relationship where the MEF, the
21    capacity, the drying use factor and the energy used
22    expressly by the washing machine are all
23    interrelated, and so I have used that same
24    mathematical identity that I believe DOE uses to
25    calculate an MEF, but, for example, the DOE is
```

1   determining that energy use factor in isolation by

2   measuring the amount of hot water and the amount of

3   electricity going to the machine.  I am basically

4   calculating that number back out using the

5   mathematical identity from the MEF.

6           So, again, I would say they're related

7   and we're using the same mathematical identity, but

8   the DOE is actually conducting the energy test, and

9   I'm simply using math to figure out the results of

10  the DOE's energy test based upon the MEF.

11      Q     So this .62 kilowatt hours per cycle,

12  did -- is that a number that was determined by the

13  DOE for these clothes washers in their -- in their

14  audit tests?

15      A     Yes.

16      Q     If the DOE, in fact, did not determine

17  that the kilowatt hours per cycle was .62, as you

18  said, we would need to adjust these numbers?

19      A     I haven't seen any evidence that that's

20  the case, but again, as I've said numerous times

21  today, my methodology is quite flexible.  All of

22  these numbers are mathematical identities and

23  formulaic so it would be quite simple to, for

24  example, put in results of a different test and

25  obtain -- obtain an output.

Page 141

1        Q       And the point -- I think we already

2    went over this, the tested capacity -- yeah, never

3    mind.

4                Electric rates vary across states,

5    correct?

6        A       They do, yes.

7        Q       And they vary within states?

8        A       Not when you're doing an aggregate

9    analysis across the state.

10       Q       Are you aware that some governments

11   offer discounts or rebates for energy costs for low

12   income households?

13       A       Define what you mean by "government."

14       Q       State governments.

15       A       I don't have -- I don't know one way or

16   the other.

17       Q       Safe to say you don't take any such

18   programs into account in your projection of electric

19   rates?

20       A       Incorrect.

21       Q       Why is that incorrect?

22       A       Because I have blended average prices

23   per kilowatt hour across the state that's going to

24   encompass the rates that all people pay for

25   electricity within the state.

Page 142

1      Q      And what's the source for that

2   information?

3      A      The U.S. Energy Information

4   Administration.

5      Q      And does the U.S. EIA take into account

6   State Government programs to assist people with

7   energy costs?

8      A      I believe they take into account the

9   rates that people are actually paying regardless of

10  what program they're using when they determine their

11  statewide average.

12     Q      Now, you project energy costs into the

13  future in this report; is that correct?

14     A      Correct.

15     Q      And what was your methodology for doing

16  so?

17     A      I calculated a compound annual growth

18  rate over 11 years of historical electricity prices,

19  and then for the remaining years in the analysis I

20  used the actual data points where there's an actual

21  available and the estimate when there is not.

22     Q      Does the U.S. EIA project electric

23  rates into the future?

24     A      I recollect us having a conversation

25  about this two years ago, and I have not revisited

Page 143

1    the issue since then, but what I remember saying at

2    the time is that I am aware that they do conduct

3    forecasts of electricity rates, but when I

4    researched whether or not I felt that their rates

5    were reasonable for use in this purpose, I made a

6    determination that they were not.  And so I have

7    relied on my forecast of the rates here.

8             However, I would say that as with most

9    of the components of this methodology that I have

10   set forth, that any measure of electrical rates --

11   past, present or future -- may be used in the

12   analysis and the methodology will produce a result.

13        Q    But as you sit here today, you standby

14   the methodology used in Exhibit 3 to your report?

15        A    Yes, I believe this is one reasonable

16   way to estimate the damages.

17        Q    Is it generally considered -- well, let

18   me take a step back.

19             If we had to sum up your projection for

20   electric rates into the future, you see a growth

21   rate here in -- in the columns in the top right of

22   Exhibit 3 in your report of 3.54 percent and

23   4.517 percent.

24             Do you see that?

25        A    I'm sorry.  Would you read the question

Page 144

1   back, please?

2          Q       Sure.  Look at the top row of the

3   electric projections on Exhibit 3 of your report and

4   you will see one number.  It says growth rate

5   3.54 percent.

6                  Do you see that?

7          A       The problem I'm having is with your

8   characterization of all of those numbers there at

9   the top.

10         Q       You see the number 3.540 percent?

11         A       I do.

12         Q       What does that percentage refer to?

13         A       That refers to the 11-year compound

14  annual growth rate of electricity prices on a

15  nation-wide basis.

16         Q       And in the column next to that number,

17  you see 4.517 percent growth rate?

18         A       Yes.

19         Q       What does that number refer to?

20         A       That represents the compound annual

21  growth rate of water prices across the total U.S.

22         Q       Is it fair to say that you have assumed

23  that past growth rates in the price for electricity

24  will continue on into the future?

25         A       I don't know if I would describe it as

Page 145

1    an assumption.  That is the method that I have used

2    to forecast the rates based upon my experience,

3    based upon my review of the data, based upon a

4    number of factors.  I believe that is one

5    statistically reasonable technique to make that

6    forecast.

7         Q    Is it generally accepted in economics

8    that past price increases will predict future price

9    increases?

10        A    It depends on what you're talking

11   about.

12        Q    How about electricity prices?

13        A    That seems very reasonable to me.

14        Q    Have you seen any evidence indicating

15   that that is, in fact, the case, that past electric

16   price growth will predict future electric price

17   growth?

18        A    I've studied this issue on a number of

19   occasion and find that electric prices, which are a

20   regulated utility, tend to increase -- it's not --

21   every year is not always linear, but on average in

22   the aggregate tend to have very reasonable,

23   consistent growth rates.

24        Q    Did you examine the energy futures

25   market in order to determine if your method was

Page 146

1    correct here?

2         A      I don't believe you can make a

3    determination on the energy futures market as to

4    whether this methodology is correct, so I did not do

5    so.

6         Q      Did you consult with any treatises,

7    books, articles or other experts in order to

8    determine if this method of projecting electric

9    growth rates in the future was appropriate?

10        A      I would say yes, at least referentially

11   in this case.  This is not the first time that I've

12   used this technique so I'm relying in part on my

13   expertise and professional background, which has

14   included numerous studies of this particular issue,

15   including looking at treatises, various data sources

16   and a number of other factors in determining that

17   this is one reasonable technique to forecast

18   electricity price.

19        Q      Can you recall any of those sources at

20   this time?

21        A      That work would have been done five to

22   ten years ago, so I apologize, but I don't have a

23   recollection one way or another right now.

24        Q      Have you read any articles on the

25   projection of electric rates in the past three years

Page 147

1   that you recall sitting here today?

2        A       I don't have a recollection one way or

3   the other.

4        Q       And as -- as we discussed there is --

5   and essentially the same methodology, but with a

6   different data set for the water rates where you are

7   relying on past rate increases and predicting future

8   rate increases; is that fair?

9        A       I don't know whether it's fair or not.

10       Q       Is that what you did?

11       A       Yes.

12       Q       Okay.  In looking at Table 1, we see

13   the mathematical method I believe known as

14   subtraction; is that -- is that true?

15       A       Yes, there's subtraction -- some

16   subtraction in operation here.  243 minus 212 KWH

17   gets you a delta of 31 KWH.

18       Q       On the -- on the water row, how did you

19   arrive at the figure of 9,748 gallons?

20       A       Let's turn right back to Exhibit 3 that

21   we've been talking about here for a moment.  So

22   let's pick up where we left off in the middle of the

23   sheet where we have the 243 and the 212 KWH numbers.

24   If we go down there, we have average gallon of water

25   per -- well, I can't remember if that's hectoliters

Page 148

1    or what that unit is, but we had some input tables

2    there and then we get down to independent test

3    results, and then below that we have tested water

4    factor and E-STAR max water factor.  And in the

5    tested water factor, I take the 8.1 water factor

6    from the Department of Energy tests and the tested

7    capacity and the formula, for the number of gallons

8    is water factor times capacity equals gallons per

9    cycle.

10              So 8.1 times 3.07 gets you roughly

11   24.87 gallons per cycle shown in the table.  And

12   then 24.87 times 392 cycles gets you 9,748 gallons,

13   plus or minus.  Again, these numbers may be rounded

14   in the workbook.

15        Q    Okay.  All right.  Let's turn to

16   Table 2.  And I believe in this table we have the

17   mathematical tool of multiplication.  Is that

18   correct?

19        A    Well, again, we have some numbers that

20   are derived in different ways, but this table does

21   show the math of multiplying number of units times

22   the delta in energy difference times what I've

23   described as cumulative energy expense damage over

24   the lifespan of the product to arrive at the total

25   energy expense damages.

Page 149

1      Q     So if I multiply 430,108 times $42.30

2   I'll arrive at a little over 18 million?

3      A     I don't remember if you also need to

4   multiply -- let me -- let me see if I can look at

5   the table here to let you know about that.

6            Yes, I think the 42.30 is the result of

7   31 KWH per year times the average price of KWH

8   electricity times 11 years, which is done in the

9   workbook shown as Exhibit 3.  And so 430,000 roughly

10  times 42.30 should get you to the $18 million

11  number.

12     Q     Okay.  I pulled up a calculator here on

13  my computer.  I have verified that this is the case.

14            Moving down to the water calculation,

15  is it your testimony that approximately 430,000

16  times $12.70 would equal $19 million?

17     A     No.  I think here you would also need

18  to multiply by the -- the gallon information.

19  Either that or the 12.70 is a typo in the -- in the

20  table.  Again, I would refer you to the workpaper in

21  Exhibit 3 to get the calculation precisely.

22     Q     What I'm trying to determine if the

23  calculations in Table 2 are accurate or not.  And it

24  sounds like you are -- you have some hesitancy here.

25     A     I would want to double-check my work to

Page 150

```
 1   be certain, but I believe the $19.6 million number
 2   is the correct number.
 3        Q     When I multiply 430,108 times $12.70, I
 4   get about five and a half million dollars.
 5        A     Right.  And I'm telling you that either
 6   the 12.70 is a typo in this table or an additional
 7   step needs to be taken to arrive at the $19 million
 8   for the water, but I would refer you to the
 9   workpapers which show the demonstration of the
10   $19.6 million calculation, which is why I have
11   relative comfort in that number.
12        Q     Well, we have about a $14 million
13   difference here.  So I need to know your opinion.
14   Are you standing by the 19 million or should we
15   adjust that to about five and a half million?
16              And please take all the time you need
17   and refer to your workbook in order to determine
18   what is wrong with this table.
19        A     Without my electronic copy so that I
20   can look at this, I'm not sure that I can tell you.
21        Q     You would at least concede that 430,000
22   times $12 is not 19 million?
23        A     I'm not saying anything about the
24   damages in this case, but I think I would agree with
25   you on -- on that one.
```

Page 151

1      Q      So in order -- you concede there's

2  something wrong with this table?  Can we agree on

3  that?

4      A      Right.  I suspect that there's a

5  typographical error in the table.

6      Q      Okay.  Let's turn to Table 3 and tell

7  me what are the calculations that you performed in

8  order to arrive at the total energy expense damages

9  in the right-hand column of Table 3?

10     A      Again, I would refer you to Exhibit 3

11 where these calculations are made.  In this case I

12 have subdivided the electricity, or the non-water

13 energy component of operating the washing machines

14 into electricity used to -- to run the spin cycle of

15 the washing machine and perform other functions, and

16 therms of natural gas used to power -- therm,

17 T-H-E-R-M -- the therms of natural gas necessary to

18 operate a hot water heater to generate hot water for

19 the washing machine.

20             And, again, I would point you in

21 Exhibit 3.  If we start at the top, again we have

22 the inputs, and then independent of an independent

23 test with history, and then independent test results

24 of electricity and gas, which, again, are shown here

25 in that section in order to --

Page 152

1      Q      Now, you are looking at Table 4, it

2  looks like.  I want to talk about at Table 3.

3      A      Yeah, I had just flipped back to

4  Table 4 accidentally, but Table 3 is what I am

5  talking about.

6      Q      Okay.

7      A      And what I've given you in Exhibit 3 is

8  the reference to where that calculation is made.

9      Q      When I look at Table 3, at the row for

10  electricity, which us the first row here, when I

11  multiply the 430,108 times 22.09, I arrived at

12  approximately $9.5 million.

13      A      Okay.

14      Q      When I go to the next row for therms

15  and I multiply 430,180 times $5.96, I arrive at

16  approximately $2.5 million.  Does that sound right?

17      A      I'll take your word for it.

18      Q      And when I multiply 430,108 times, in

19  the water row, $12.70, I get approximately five and

20  a half million dollars?

21      A      Well, that line in the table is the

22  same as in Table 2.  So the discussion I've had

23  there is going to be equally applicable here to

24  Table 3.

25      Q      So you believe that the water row in

Page 153

1    Table 3 is -- is not an accurate representation of

2    your calculations?

3         A     I think it contains a typographical

4    error.  I would, again, instruct the reader of the

5    transcript to look at Exhibit 3 to my Declaration

6    where I set forth the calculations in -- in detail.

7         Q     And to know that the true number for

8    the water line here, you would need to refer to your

9    electronic workbook back at your office?

10        A     That would be the best way for me to

11   give you the most accurate testimony.

12        Q     Let's turn to Table 4.  And take me

13   through your calculations in Table 4.

14        A     This should be very similar to Table 3

15   and Table 2.  In fact, it's a blend of Table 3 and

16   Table 2 where I calculate blended energy expense

17   damages for the washing machines by disaggregating a

18   percentage of the units to running on electricity

19   only, and then a percentage of the units as running

20   on a blend of electricity and natural gas to conform

21   to the actual energy consumption for hot water

22   heaters data that I have for the United States.  And

23   which is also representative of the named Plaintiffs

24   in the class.

25        Q     And in this water row, we see the same

Page 154

1    calculation as in Tables 2 and 3, which we -- I

2    think we have now concluded is a typographical

3    error?

4         A     Yes.

5         Q     Are there -- are you aware of any other

6    errors in Table 4?

7         A     Not as I sit here today.

8         Q     Why don't we run through the

9    calculation on the first row.  Am I to understand

10   that 41.3 percent of 430,108 is 177,819?

11        A     That's correct.

12        Q     And if I multiply 177,819 times $22.09,

13   I would get approximately seven and a half million

14   dollars?

15        A     I -- I believe that's correct.  But you

16   have the calculator, so you can double-check from

17   that.

18        Q     All right.  Well, why don't I calculate

19   177,819 times $22.09, and the answer is

20   $3,928,021.71, which you would probably agree is

21   different than $7,522,445.

22        A     I agree those numbers are different,

23   yes.

24        Q     Do you have an explanation as to why

25   I've seen this number, seven and a half million

Page 155

1    dollars, in the first row?  If you need a

2    calculator, I can lend you my phone.  I don't know.

3         A    I'm just trying to remember.

4              Again, I think I have a typographical

5    error where on this first row, the 22.09 should be

6    what it is in the first row of Table 2.  So if you

7    wanted to do 177,819 times 42.30, I believe that

8    would be the correct calculation for that row.

9         Q    In the process of reviewing your report

10   today, have you identified any additional errors?

11        A    Nothing other than what I would

12   describe as these typographical errors in the third

13   column that we've talked about today.

14             (Off-record discussion.)

15   BY MR. LOGAN:

16        Q    I want to go back to the water rates

17   just for a minute.

18             Could you look at paragraph 17 of your

19   report.  And -- and based on paragraph 17, I'd like

20   you to tell me what data you are using to determine

21   the price of water and what years you looked at in

22   order to make your determination.

23        A    I would refer you to Exhibit 2 of my

24   Declaration where I say the American Water Works

25   Association water rates surveys from 2008, 2010,

Page 156

1    2013 and 2014, which serve as the basis for actual

2    numbers where -- where we have them and forecasted

3    numbers where we don't.

4         Q      On page 2 of Exhibit 3 to your report,

5    why don't you flip there.  I -- I'd like to draw

6    your attention to what appears to be the price of

7    water by region from 2003 onward.

8              Do you see that?

9         A      Yes, I do see that.

10        Q      And yet taking paragraph 17 and

11   Exhibit 2 into consideration, I'm seeing water rate

12   surveys for four years -- 2008, '10, '13 and '14 --

13   and yet this chart has data going back to 2003.  So

14   my question is, where did this data going back to

15   2003 come from?

16        A      All of the data that we have on the

17   water pricing, at least to date, comes from the four

18   water surveys that we've already discussed.  What I

19   don't recollect as I sit here right now because it's

20   been quite some time since I've looked at -- through

21   those voluminous surveys is whether or not each of

22   those surveys provides additional data from

23   historical time periods that would allow us to have

24   that data, or whether we used the forecasting

25   technique to fill in the blanks.  But I would tell

1    you that we're not using data from 2003 expressly as

2    part of the damages model.  We're only looking at

3    the price points from 2009 and onward for purposes

4    of determining energy expense damage in this case to

5    conform with the proposed class period.

6        Q      The growth rate of 4.52 percent is

7    present here on page 2 of Exhibit 3.

8               Do you see that?

9        A      Yes.

10       Q      And -- and my question is, the data

11   going back to 2003, is that an assumption or a

12   projection or is that real data from the American

13   Water Works Association?

14       A      And as I sit here right now I just

15   don't recall one way or the other.  It is either

16   directly from the American Water Works Association

17   or derived therefrom.  It is not from an additional

18   source or a guess.

19       Q      Let's turn back to page 1 of Exhibit 3.

20       A      Okay.

21       Q      And I want you to look at the left-hand

22   side of the page.  There is a box.  In the top left

23   side of that box it says "average gallons of water

24   per HH," which I assume is household per year.

25               Do you see that?

Page 158

1      A      Yes.

2      Q      And I see a figure of $96,000?

3      A      Yes.

4      Q      Where did that number come from?

5      A      That is also derived from the American

6   Water Works Association.

7      Q      And why is it here?  What -- what does

8   that 96,000-gallon number, how does that play into

9   your figures?

10      A      Again, without the electronic

11   spreadsheet in front of me I want to be cautious,

12   but I believe that the Water Works data is presented

13   on -- or in some cases presents on a per household

14   basis on what an expenditure would be.  And so in

15   order to derive the price per gallon, you would take

16   the average household number of gallons and the

17   average expenditure per households to get the

18   average price per gallon.

19      Q      So it sounds like you don't remember,

20   but you might have, in developing your opinions, you

21   might have taken -- done a calculation not

22   represented here where you took the total average

23   gallons of water per household and divided it by the

24   total expenditure on water per household?

25      A      That calculation is actually shown on

Page 159

1    this worksheet, at least I believe it is.  And

2    that's on the right-hand side where you see, in the

3    middle of the growth rate section there -- are you

4    following me?  We see 446, 481, 489, 501, 525.

5    Those amounts all correspond with page 2 for the

6    average expenditures of water.  And then I believe

7    that amount is divided by the 96,000 gallons per

8    household to get the rate per gallon, which is

9    what's shown just at the left of those three-digit

10   hundred dollar figures.

11        Q      So if we go back to paragraph 17 of

12   your report where you say, "I have examined current

13   and historic consumer water prices on a gallon basis

14   from the American Water Works Association water rate

15   survey," should I construe that statement as to be

16   you calculated price per gallon or that the survey

17   contained its own calculation of price per gallon?

18        A      I think you can certainly infer that

19   I've done a calculation on a price per gallon.

20   Again, it's been quite some time since I've looked

21   at the water rate survey data.  If you have it we

22   should probably look at it to get the best possible

23   testimony here.

24             But again, these are mathematical

25   identities.  So I think it would be inappropriate to

                                                    Page 160

1    say that there isn't information about the price per

2    gallon of water contained in the water rate surveys

3    because it's only basic math in order to make that

4    determination.

5              VIDEO OPERATOR:  Four minutes.

6    BY MR. LOGAN:

7         Q    But sitting here today, you're not sure

8    if the American Water Works Association survey that

9    you looked at contained price per gallon or

10   contained the numbers that you used to calculate

11   price per gallon?  You're not sure?

12        A    What I'm telling you is that these are

13   mathematical identities, and so that information is

14   presented in one form or another in the American

15   Water Works surveys.

16        Q    Does the American Water Works survey

17   differentiate between a base or a fixed charge as

18   opposed to a variable charge for water?

19        A    My recollection is that it does.

20        Q    How did the difference between a base

21   charge and a variable charge play into your

22   calculation of damages here?

23        A    Without looking at that workpaper I

24   don't have a memory one way or another, but it's

25   definitely something that was considered as I

Page 161

1    performed the analysis.

2              MR. LOGAN:  Why don't we take a break

3         here.

4              VIDEO OPERATOR:  The time is now

5         approximately 2:28.  At this point we're going

6         to end Videotape Number 2 in today's

7         deposition of Mr. Colin B. Weir on Friday,

8         April 22, 2016.

9              We're off the record.

10             (Brief recess.)

11             VIDEO OPERATOR:  We are back on the

12        record.  The time is approximately 2:45.  This

13        will begin Videotape Number 3 in the today's

14        deposition of Mr. Colin B. Weir on Friday,

15        April 22, 2016.

16   BY MR. LOGAN:

17        Q     All right, Mr. Weir.  Why don't you

18   turn to the section of your report that starts on

19   page eight entitled Price Premium Damages.  I think

20   from now until the end of the deposition we'll focus

21   on the price premium damages.

22             Can you -- I believe we discussed this

23   briefly earlier, but can you generally summarize

24   what it was you were trying to accomplish with this

25   section of your report?

Page 162

1      A      I was trying to measure the price

2  premium that the class has actually paid as a result

3  of Defendants' conduct of marking its washing

4  machines as being y Star certified when, in fact,

5  they were.

6      Q      Now, you emphasized this word

7  "actually," that the class "actually paid."  What

8  did you mean by the word "actually" in your answer?

9      A      I mean it's the money that in the

10 aggregate the class has actually paid as a result of

11 Defendants' conduct.

12     Q      Actually paid as opposed to

13 theoretically paid or would have paid?  What are --

14 what are you comparing that to?

15     A      I don't think I'm comparing it to

16 anything.

17     Q      So this price premium damages section

18 was trying to determine the amount of money that the

19 market charged and the class members paid that was

20 attributable to the Energy Star logo?

21     A      I think that's correct.

22     Q      Okay.  Why don't we start with -- well,

23 take a higher-level view.  There's three different

24 inputs here for the price premium percentage.

25 There's a Whirlpool number, 55.7 percent; a Dennis

1    number, 48.5 percent; and a Sukumar number,

2    44.3 percent.

3                    Do you see that?

4        A      Well, you described them as inputs, and

5    I guess depending upon how you use that word that

6    may or may not be an accurate description.  I think

7    the way I would describe it is that I provide three

8    alternative measures of the price premium that may

9    be then inputted into my price premium calculation.

10       Q      And if we look at the table on page 16

11   of your report we see here that the math is quite

12   simple.  It's whatever the price premium is, as a

13   percentage, multiplied by the total sales resulting

14   in a damages figure.

15                   Do you see that?

16       A      Yes.

17       Q      And so if you saw evidence that the

18   price premium was 20 percent you could quite easily

19   plug that in here, multiply it times the total

20   sales, and you would result in the damages number?

21       A      I haven't seen evidence that the price

22   premium is 20 percent, but any measure -- I would

23   say any reliable measure of the price premium can be

24   plugged into this formula and you can get a reliable

25   measure of the price premium damages.

Page 164

1      Q      And if the number of total sales

2    changed because, for example, you were only focusing

3    on one state or a subset of states, you could again

4    easily do that calculation?

5      A      Right.  Again, Table 4 right here is

6    illustrative of the technique and at the time I had

7    been advised that there may be a nationwide class,

8    so it was simple to use the nationwide number.  But

9    if the Court approves seven states, we could do

10   seven states in the aggregate or separately.  We

11   could do one state.

12           Again, the methodology remains the

13   same.  You just want the measure of the price

14   premium, the applicable measure of the total sales

15   for whatever jurisdiction you're analyzing and then

16   the basic multiplication brings you to damages.

17     Q      There is no reason to think that the

18   price premium changed or would be -- would be

19   different depending on the state?  This is a

20   nationwide price premium; is that correct?

21     A      What I -- what I cared about was

22   Dr. Dennis and Dr. Sukumar confirming that they

23   believed that this would be projectable to the

24   class.  And so I believe in their reports they

25   identified that they believe that this is a

Page 165

1    legitimate measure that could be applied to the

2    class.  And, again, it's my understanding of

3    Dr. Dennis and Dr. Sukumar's testimony that these

4    numbers are reasonable estimates for use nationwide

5    or for a seven-state class or for -- or for a

6    subgroup thereof.

7               That's all I have to say on that.

8        Q     Why don't we start with this first

9    section of your report, the Whirlpool number.  You

10   quote a document, and that document has been labeled

11   as Exhibit 5.  And the court reporter will hand it

12   to you.

13              (Document WDDZ0000208 - WDDZ0000215,

14        was marked as Weir-5 for identification.)

15   BY MR. LOGAN:

16       Q     Exhibit 5 is Bates-labeled WDDZ0000208

17   to -215, I believe.

18              And you see you quote at length what I

19   believe is the first page of Exhibit 5, and you

20   also, in paragraph 26 of your report, copy what

21   looks like a slide, which is on page 2 of Exhibit 5.

22              Do you see that?

23       A     Yes.

24       Q     Where does this 55.7 percent number

25   come from?

Page 166

1       A       I believe that is the delta as between

2    Energy Star and non-Energy Star washers expressed as

3    a discount from the Energy Star -- did I say

4    dishwashers?  I meant to say clothes washers.

5    They're side-by-side here.

6                    Let me start that again.  My apologies.

7                    I believe it is the delta between

8    Energy Star and non-Energy Star clothes washers as a

9    percentage of the Energy Star clothes washers as

10   shown in the slide that I have reproduced in my

11   Declaration.  That's to the best of my recollection

12   as I sit here right now.

13      Q       Does the information on page 1 of

14   Exhibit 5 inform your calculation of 55.7 percent,

15   to the best of your recollection?  Or is it solely

16   based on page 2?

17      A       To the best of my recollection, again

18   without going back to my original workpapers, I

19   believe it's the information on page 2.  Although my

20   opinion about the likely presence of a price premium

21   is certainly informed by page 1.

22      Q       Might the price premium attributable to

23   Energy Star change over time?

24      A       My apologies.  My microphone keeps

25   getting tangled up down here.

Page 167

1          My understanding of the measurement of

2     the price premium that I have used in this case or

3     measurements thereof is that they are reasonably

4     applied over the relevant time period in this

5     litigation.

6          Q     Which is 2009 to 2010 or thereabouts?

7          A     I believe the majority of sales took

8     place in 2009 and 2010.  Again, my understanding is

9     that Dr. Sukumar and Dennis felt comfortable that

10    their research would apply both to the bulk of those

11    sales in '09 and 2010, but also to the limited sales

12    that took place in 2011 and onward.

13         Q     But depending upon when a researcher

14    was analyzing the market, they might find it, at

15    least as conceivable that they would find a price

16    premium that changes over time for Energy Star?

17         A     Again, that's not my understanding of

18    what Dr. Dennis and Dr. Sukumar have done.  I

19    believe that they've -- at least they've testified

20    that they've calculated a premium that is reasonable

21    projectable to the class at issue in this case,

22    namely estimating the price premium paid by this

23    class over the relevant time period.

24         Q     Now, we will get to Dennis and Sukumar

25    later.

Page 168

1            For Exhibit, 5 which informs your

2     Whirlpool number of 55.7 percent, do you know who

3     drafted Exhibit 5?

4        A      I believe this document was attached

5     perhaps to an e-mail, so I may have known at one

6     point, but as I sit here today, I don't have a

7     recollection.  But my memory is that this is a

8     document that was prepared internally at Whirlpool

9     for Whirlpool.

10       Q      Sitting here today you don't know who

11    drafted this document?  That's your testimony?

12       A      Again, I believe that the documentary

13    evidence speaks for itself, but I don't have a

14    recollection of all of the voluminous documents that

15    I've looked at in this case.

16       Q      These numbers on page 1 of Exhibit 5,

17    what is the source of these numbers?

18       A      These numbers come from a Whirlpool

19    Government relations analysis of

20    Energy Star-qualified products.

21       Q      And when was that analysis undertaken?

22       A      I believe in the 2009 to 2010 time

23    frame.

24       Q      And why would it be important that the

25    analysis take place in the 2009 to 2010 time frame?

Page 169

1       A       I didn't say that it was important.

2   You asked when it was.

3       Q       Is that significant to you that it took

4   place in the 2009 to 2010 time frame?

5       A       That seems to fall squarely within the

6   time period that we're analyzing here, but again, I

7   don't have -- I don't place particular import on the

8   exact date that the study is performed.

9       Q       Now, why don't we look at Bullet 3 in

10  the first paragraph on page 1 of Exhibit 5 which has

11  to do with clothes washers, and it says that

12  "clothes washers -- Energy Star clothes washers have

13  an average sale price that is 66 percent higher than

14  non-qualified models."

15              Do you see that?

16      A       I do see that.

17      Q       Do you know where this 66 percent

18  number came from?

19      A       Whirlpool's Government relations

20  department.

21      Q       Do we know -- I'm sorry.

22              Do -- do you know if this number is

23  accurate, 66 percent?

24      A       Again, I believe I made an independent

25  calculation based upon the Whirlpool data that's

Page 170

1    contained in this document that is slightly lower,

2    which is why I relied upon my calculation rather

3    than on the number on page 1.

4         Q     Let's look, then, page 2 and where you

5    did your calculation.  Referring to the graph on the

6    lower part of page 2, we see a bar for Energy Star

7    clothes washers versus non-Energy Star clothes

8    washers and we see $702 for Energy Star and 311 for

9    non-Energy Star.  Is -- is that how you read this?

10        A     Across the category, yes.

11        Q     And I -- I have not done the math, but

12   I believe that your testimony is that there is a

13   somewhat 57.7 percent difference between the 311 and

14   the 702?  To clarify that, you would need a

15   reduction of 57 --

16        A     I think it's 55.7.

17        Q     55 --

18        A     I don't know if you meant to --

19        Q     My apologies.

20        A     I just wanted to make sure the numbers

21   are right.  I believe it is a 55.7 reduction from

22   the average Energy Star price to the average

23   non-Energy Star price.

24        Q     Now, these numbers, are they comparing

25   comparable clothes washers in the sense that you

1    could attribute the price difference to Energy Star

2    and not to other factors?

3         A       That's how I read this graph here

4    because they're showing only the delta appreciable

5    to the Energy Star.

6         Q       Are you familiar with front-loading

7    clothes washers?

8         A       Yes.

9         Q       Are you aware of whether or not

10   front-loading clothes washers sell for a higher

11   price generally than top-loading clothes washers?

12        A       I think it depends on which washers

13   you're comparing.

14        Q       Have you examined that information?

15        A       At some point in time I've looked at

16   that, but I don't have that in mind right now.

17        Q       Did you do any inquiry to determine

18   whether or not this 702 figure that we see in -- on

19   page 2 of Exhibit 5, does that include only

20   top-loading clothes washers or does it also include

21   front-loading clothes washers?

22        A       It may very well contain both.

23        Q       Do you know where the 702 figure came

24   from?

25        A       I believe it's internal Whirlpool data.

Page 172

1      Q      Do you know if that data was reliable?

2      A      It was reliable enough that the

3   Government relations department decided to put it

4   together in a memo to circulate within the company

5   and base their business decisions upon it, yes.

6      Q      Do you have any indication that

7   business decisions were based upon Exhibit 5?

8      A      I have reason to believe, based upon

9   the text of this document that it was prepared such

10  that it would be available for use in making

11  business decisions.  Whether anyone actually used it

12  or not, I don't know.

13     Q      Do you know if the author of this

14  document is still employed at Whirlpool?

15     A      As I sit here today, I don't have a

16  memory one way or the other.

17     Q      Would it matter to you in determining

18  whether or not to rely on this data if the author of

19  this document had been fired after coming up with

20  it?

21     A      I'm sorry.

22            MR. DECKANT:  Objection.

23            THE WITNESS:  Can I hear the

24       objection -- question back, please?

25

Page 173

1   BY MR. LOGAN:

2         Q      Yes.  Would -- would it matter to you

3   in whether or not you would want to rely on this

4   data if the author of this document was fired soon

5   after drafting it?

6         A      I would need more information to make a

7   decision about that.

8         Q      The fact that this data is allegedly

9   internal at Whirlpool, where are you basing that --

10  that -- that assumption on?

11        A      Again, I think -- you've provided this

12  to me a little bit out of context because I believe

13  it's attached to e-mail correspondence that provides

14  greater detail about the providence and use of the

15  document.  But I think you can just read this and

16  understand that it's a Whirlpool Government

17  relations analysis of -- so it's coming from

18  Whirlpool.  They're doing this internally.  I mean,

19  it's just obvious to me from reading this document

20  that it's an internal analysis.

21        Q      I guess the question is, what

22  indication do you have that this is a reliable

23  internal analysis, that these numbers are correct?

24        A      Again, I take it from the department

25  that has been cited here, the Government relations

Page 174

1    department, I take it from the summary sheet here

2    which is suggesting that Whirlpool can make

3    decisions to increase its revenues and profits and

4    from other context of the document that that's the

5    case.

6         Q    What information would you need to know

7    in order to determine whether or not this data is

8    reliable?

9         A    I think I had that information as I

10   just cited to you.  I also have the data from

11   Dr. Sukumar and Dr. Dennis that have developed very

12   similar estimates.

13             All right.  Let's mark this as

14        Exhibit 6.

15             (Whirlpool Corporation Services 2008

16        Energy Star Sustained Excellence Award,

17        WDZ000472 - WDZ000478 was marked as Weir-6 for

18        identification.)

19   BY MR. LOGAN:

20        Q    The court reporter has marked for you

21   Exhibit 6, a document Bates-labeled WDZ0000472 to

22   -478.

23             Do you see that?

24        A    Yes.

25        Q    And you cite this document in

Page 175

1    paragraph 27 of your report.

2              Do you see that?

3         A    Yes.

4         Q    And specifically you cite language on

5    page 476 that Energy Star products sell at a higher

6    price than non-qualifying products resulting in

7    higher revenues.

8              Do you see that?

9         A    Yes.

10        Q    The date of this document on the front

11   is March 4, 2008.

12             Do you see that?

13        A    Yes.

14        Q    Would that indicate to you that any

15   data contained in this document was produced prior

16   to March 4, 2008?

17        A    It doesn't give that indication

18   directly, no.

19        Q    Well, it -- it couldn't give revenue

20   numbers for the future, could it?

21        A    That's correct.

22        Q    Turn to page 476, which you quote in

23   page -- paragraph 27.  And we see a graph under the

24   text that you quote with -- with regards to higher

25   revenues.

Page 176

1            Do you see that graph?

2       A       Yes.

3       Q       What is -- it does not say here where

4  this data came from; is that right?

5       A       Well, it indicates that it comes from

6  information about Whirlpool Corporation's

7  Energy Star-qualified products.

8       Q       Do you know if this is nationwide or

9  North America-wide or global?  Do you have any

10 information with regards to this graph?

11      A       As I sit here today, I don't have a

12 memory one way or another.

13      Q       Do you know if it -- if this graph

14 contains data from 2007, 2008 or earlier?

15      A       Again, as I sit here right now, I don't

16 have a memory one way or another.

17      Q       It doesn't say it, does it, on this

18 page?

19      A       Well, this is being -- you have to

20 understand the context of this document.  They've

21 just -- Whirlpool has just won a 2008 Energy Star

22 Sustained Excellence Award, and it's presenting

23 information that it believes is relevant to its

24 current position in the marketplace as a leader with

25 Energy Star appliances.

Page 177

1          And, again, I'm trying to remember if

2    there's additional context other than the Bates

3    pages that you cite here.  Hold on.  Let me just

4    take a quick look through here.

5              This is done in sort of a press release

6    or investor standard format, so these are trying to

7    provide information that are going to be relevant to

8    people who are analyzing the Whirlpool Corporation.

9         Q    Are these numbers accurate?  Did

10   Whirlpool get it right?

11        A    I haven't undertaken an independent

12   analysis.  All I've used this document for is to

13   cite just one additional piece of evidence that

14   Energy Star products generally cost more than their

15   non-Energy Star counterparts, which I really just

16   have seen zero pieces of evidence to counter --

17   contradict that fact.

18              MR. LOGAN:  Let me mark that.

19              (The value of the Energy Star market,

20         WDZ0000280 - WDZ00030207 was marked Weir-7 for

21         identification.)

22   BY MR. LOGAN:

23        Q    The court reporter has given you

24   Exhibit 7, WDZ0000204 through -207.

25              Do you see that?

Page 178

1          A       Yes.

2          Q       And you cite this document in

3    Footnote 21 of -- of your report.

4                  Do you see that?

5          A       Yes.

6          Q       And you refer to this document as a

7    meta-analysis; is that correct?

8          A       Yes.

9          Q       What is a meta-analysis?

10         A       A meta-analysis usually aggregates

11   information or conclusions from multiple studies.

12   So if you look here on Bates ending 206, you see a

13   variety of source documents cited for the

14   information that's presented in this document.

15         Q       And all of the source documents listed

16   under sources on page 206 are from 2003 or earlier?

17         A       Yes, that's right.

18         Q       What information, from this document,

19   do you think is relevant for a time period of 2009

20   to 2010?

21         A       Well, all of these documents that I

22   cite here need to be understood in a holistic

23   approach and not looking at any one of these

24   documents independently.  This shows that there is,

25   in concert with the other documents, a sustained

Page 179

1   expectation that consumers will and do pay price

2   premiums for Energy Star appliances, no matter what

3   the time period that you're examining.

4        Q      Does this document say that people are

5   willing to pay price premiums for Energy Star

6   appliances?

7        A      That's clearly implied here in this

8   document, yes.

9        Q      Where?

10       A      It shows that Energy Star purchases are

11   increasing.  93 percent of consumers say they will

12   look for the Energy Star product.  That means that

13   the Energy Star is a major product differentiator,

14   which is something that is indicative of price

15   premium.  84 percent of people agreed that it's

16   important household appliances to have the Energy

17   Star label.

18            I'm not done yet.

19       Q      Okay.

20       A      50 to 60 percent say that the presence

21   of the Energy Star mark influenced their purchase

22   decision.  95 percent say they will be repeat Energy

23   Star purchasers.  71 percent say they will recommend

24   Energy Star to a friend.

25            Incentives aren't required.  In other

Page 180

1    words, they don't have to be -- consumers don't need

2    to be incentivized to actually pay more on the

3    product.  I mean, this whole document --

4         Q    To pay more for the product, were

5    you -- is that language here?

6         A    Incentives aren't required.  In order

7    for an incentive to be required, you'd have to have

8    a reason not to buy an Energy Star product, and the

9    only reason that I can understand, based upon the

10   contents of this document, would be that they are

11   more expensive.  I mean, virtually every sentence in

12   here, especially when read in the context of the

13   whole document, and the other evidence in the case

14   suggests that consumers are willing to and do pay

15   price premiums for the Energy Star.

16             MR. LOGAN:  Let's look at -- let's mark

17        this.

18             (Document WDZ0000005 - WDZ0000020, was

19        marked Weir-8 for identification.)

20   BY MR. LOGAN:

21        Q    The court reporter has marked for you

22   Exhibit 8, Bates-labeled WDZ0000005 through -20.

23   And you cite page Bates-labeled 9 in Footnote 22 of

24   your report.

25             Do you see that?

Page 181

```
 1        A      Yes.

 2        Q      And the language that you cite is a

 3   finding that "Energy Star is the second most

 4   influential label in the marketplace."

 5               Do you see that?

 6        A      Yes.

 7        Q      It is -- this is in very small print,

 8   but it looks like there is a source for the

 9   information on this graph at page 9, but I -- I

10   cannot read what it says.  But do you see that where

11   it looks like it says source?

12        A      I have a memory from seeing this in a

13   copy that you can zoom in on that this is either

14   Fairfield or Fairchild Research, July 2009.

15        Q      So it's safe to assume that there was

16   some sort of study conducted that made this

17   determination?

18        A      I believe that's correct, yes.

19        Q      Did you look at the underlying source

20   material that Fairfield or Fairchild study?

21        A      I didn't look at that particularly, but

22   I understand that Whirlpool, at least at the time

23   period that this graph was created, used this in a

24   lot of its publicity and discussions about the

25   Energy Star.
```

Page 182

1          MR. LOGAN:  Let's mark that.

2          (Compilation of documents, WDZ0018976 -

3     WDZ0018998, was marked Weir-9 for

4     identification.)

5    BY MR. LOGAN:

6     Q     The court reporter has marked for you

7    Exhibit 9, a document Bates-labeled WDZ0018976

8    through -18998.

9          Do you see that?

10    A     Yes.

11    Q     And you cite this document in

12   paragraph 30, Footnote 23 of your report.

13          Do you see that?

14    A     Yes.

15    Q     And if we turn to the page that you

16   cite, which is 18993, we see some familiar numbers

17   for clothes washers.

18          Do you see that?

19    A     There are numbers here relating to

20   clothes washers?

21    Q     Specifically that the Energy Star

22   clothes washer costs $702 versus a non-Energy Star

23   of $311.

24          Do you see that?

25    A     Yes.

Page 183

1        Q       And I believe that those are the same

2   numbers on the graph in your report quoted in

3   paragraph 26 of your report, 702 versus 311.

4        A       Yes, they are.

5        Q       If you turn to the front page of this

6   exhibit you see that this was an e-mail dated

7   September 25, 2007?

8        A       Yes.

9        Q       And we see an e-mail on that page that

10  says, "Hi, Mike.  Attached is an Energy Star

11  presentation I gave yesterday."

12              And it is -- this is an e-mail from

13  Andy Sinclair.

14              Do you see that?

15       A       Yes.

16       Q       So if Andy Sinclair gave this

17  presentation in 2007, what does that tell you about

18  the numbers for the Energy Star versus non-Energy

19  Star clothes washers on page 16 of this

20  presentation?

21       A       I don't know that it tells me anything

22  about those numbers, in particular.

23       Q       Maybe that they predate September 2007?

24       A       That may be true.

25       Q       Maybe they're from 2003?

Page 184

1              MR. DECKANT:  Objection.

2              THE WITNESS:  I don't think that's

3        indicated in this document.

4   BY MR. LOGAN:

5        Q      What is indicated in the document as to

6   the date that these numbers -- that -- let me -- let

7   me rephrase.

8              Is there anything in this document that

9   tells you when these numbers were -- were gathered?

10       A      This document doesn't provide an

11  indication of the date of those numbers.

12       Q      Do you have any personal information

13  that would provide a date for these numbers?

14       A      I don't believe I bring anything

15  personal to this.  I'm here testifying as an expert

16  today.

17       Q      Let me rephrase.  Do you have any

18  evidence that indicates when these numbers were

19  gathered?

20       A      I'd say the documents that I have

21  reviewed speak for themselves.  I started out today

22  by informing you that I would need to look at the

23  details of documents to give you precise information

24  like that.  So unless you are -- you have other

25  exhibits to help refresh my recollection, as I sit

1    here right now, I don't know.

2          Q       The average retail price that you

3    calculated for the clothes washers at issue in this

4    case was 406; is that right, approximately?

5          A       On a nationwide basis, yes.

6          Q       And that is a lot closer to the $311

7    non-Energy Star clothes washer than it is to the

8    $702 Energy Star clothes washer as stated in -- on

9    page 16 of Exhibit 9?

10          A       You've just grossly mischaracterized

11    those data points.

12          Q       How is that?

13          A       So I don't agree.

14          Q       You think that 406 is closer to 702

15    than it is to 311?  That's your opinion?

16          A       That's not what you asked me.

17          Q       That's exactly what I asked you.

18                  THE WITNESS:  Can I hear back his

19          question, please?

20                  (At which time the following question

21          was read back by the reporter:

22                  "Question:  And that is a lot closer to

23          the 311 non-Energy Star clothes washer than it

24          is to the 702 Energy Star clothes washer as

25          stated in -- on page 16 of Exhibit 9?")

Page 186

1              THE WITNESS:  You've characterized

2         these as individual prices of individual

3         clothes washers, and that's not what this

4         document indicates.

5    BY MR. LOGAN:

6         Q      This document indicates that there are

7    several clothes washers that it is considering.

8         A      It certainly does.

9         Q      All Whirlpool clothes washers?  That's

10   your testimony?

11        A      It indicates a category of clothes

12   washers that are Energy Star versus a category of

13   clothes washers that are non-Energy Star.

14        Q      How many clothes washers models were

15   included in this study?

16        A      As I sit here right now, I don't have a

17   recollection one way or the other.

18        Q      But you've never seen data that would

19   give you the answer to that question, have you?

20        A      I don't know that to be true.

21        Q      You don't know that to be true.  So

22   let's turn to paragraph 33 of your report --

23        A      Okay.

24        Q      -- where you say "Whirlpool had made

25   its own calculation of the price premium

Page 187

1    attributable to the Energy Star logo on its washing

2    machines."

3                    Do you see that?

4        A      Yes.

5        Q      And what you're telling me is that the

6    calculation that you are relying on in your

7    report -- in your report to arrive at the price

8    premium of 55.7 percent, you know basically nothing

9    about how those numbers were calculated?

10                   MR. DECKANT:  Objection.

11                   THE WITNESS:  I disagree with that

12           characterization.

13   BY MR. LOGAN:

14       Q      Tell me everything you know about how

15   these numbers were calculated in order to get to the

16   55.7 percent.

17                   MR. DECKANT:  Object to form.  Is there

18           a question pending?

19                   MR. LOGAN:  That was the question.

20                   MR. DECKANT:  Could you please read

21           that back.

22                   MR. LOGAN:  Let me -- let me rephrase.

23   BY MR. LOGAN:

24       Q      You have admitted that the 55.7 percent

25   is based upon the difference between -- I believe it

Page 188

1    was 702 and 311 and you have no idea where these

2    numbers came from, 702 and 311, what models were

3    considers, what features were considered, what time

4    period was considered and what geographic scope was

5    considered; isn't that your testimony?

6         A      It is not.

7         Q      Tell me what was the geographic scope

8    of the study that concluded a 55.7 price premium

9    excitant for Energy Star.

10                MR. DECKANT:  Objection.  Object to

11        form.

12                THE WITNESS:  Upon consideration of

13        this and having seen some more of these

14        documents, I remembered that of course the

15        Energy Star is a U.S.-only program.  So it's

16        related to the U.S.

17   BY MR. LOGAN:

18        Q      It's your testimony that there is --

19                MR. DECKANT:  Did you finish your

20        answer?

21                THE WITNESS:  Yes, I'm finished.

22                MR. DECKANT:  Okay.

23   BY MR. LOGAN:

24        Q      So there is no reason to think that

25   someone out of the United States, a consumer outside

Page 189

1    the United States, would have knowledge of the

2    desirability of Energy Star?

3          A       That's not what I said.

4          Q       It's your testimony that there is no

5    equivalent Energy Star-type program in Canada or

6    Europe?

7          A       That is also not what I said.

8          Q       You are testifying that the geographic

9    scope of this study was the United States?

10         A       Because it relates to the U.S. EPA's

11   Energy Star program.

12         Q       From what time period?

13         A       Again, I've asked you to provide me the

14   contextual documents relating to the document that I

15   cite in my report.  You haven't done so.  As I sit

16   here today, I can't provide a recollection to you.

17         Q       Exhibit 9 includes an e-mail from

18   September 25, 2007.

19         A       Exhibit 9 is not the document that I

20   cite in my Declaration as support for my conclusion

21   that it may be appropriate to use the 55.7 percent

22   price premium calculated internally by Whirlpool's

23   own Government relations department.

24         Q       But it is the presentation that is

25   attached to the e-mail beginning with Exhibit 9?

Page 190

1      A      No.  What I cite in my Declaration as

2   the support for the 55.7 percent is Bates

3   WDZ0000209.

4      Q      Which is a graph that is identical to

5   the graph that appears to page 17 of Exhibit 9 and

6   contains the same information for Energy Star versus

7   non-Energy Star clothes washers?

8      A      They do look to be the same, but it is

9   not the same document that I'm looking at.

10      Q      But it's the same graph?

11      A      It appears to be the same graph.

12      Q      So do you know -- just to clarify, you

13   do not know who conducted the study that resulted in

14   these numbers?

15      A      I don't know precisely who it was, but

16   it's clearly being sponsored by Whirlpool's

17   Government relations department.

18      Q      Who is the Whirlpool Government

19   relations department?  How many people are in it?

20      A      That's well beyond the scope of my

21   analysis here.  I don't know.

22      Q      Do they have Ph.D.s in statistics?

23      A      How could I know that?

24      Q      I don't know.  I'm asking you.  Do you

25   know that or not?

Page 191

1      A      I don't know one way or the other.

2      Q      And we've already been over this.  You

3   don't know the time period that this study took

4   place?

5      A      Again, as I sit here today, I don't

6   have a precise recollection.  You have, first of

7   all, continued to mischaracterize my testimony about

8   the time period and refused to provide the

9   surrounding documentation that I've requested to

10  refresh my recollection.

11     Q      I am not aware of any surrounding

12  documentation.  And I have also looked at every

13  document that you cited in your report.  I don't see

14  any documents that would give you more information

15  than what you have here.  So I'm just representing

16  that to you.  There's no tricks up my sleeve.  I'm

17  not trying to hide information from you.  I need you

18  to admit that you have no idea where these numbers

19  came from.

20          MR. DECKANT:  That's -- that's not a

21     question.  Object to form.

22          Is there a question pending?

23          MR. LOGAN:  There is not a question

24     pending.

25

Page 192

1    BY MR. LOGAN:

2         Q       Does this study include Maytag clothes

3    washers?

4         A       As I sit here today, I don't recollect

5    one way or the other.

6         Q       Does this study include Amana clothes

7    washers?

8         A       As I sit here today, I don't recollect

9    one way or the other.

10        Q       Does this study include KitchenAid

11   clothes washers?

12        A       As I sit here today, I don't recollect

13   one way or the other.

14        Q       The information that you do recollect

15   about how these numbers were created is that someone

16   in the Whirlpool Government relations team drafted

17   this document?  That's the information you have

18   about this study; is that right?

19        A       That is one of the pieces of

20   information I have about this that I recollect here

21   today.

22        Q       What other pieces of information did

23   you consider in order to substantiate the numbers in

24   this analysis?

25        A       That is a very broad category of

Page 193

1    things.  It includes the results of the Dennis and

2    Sukumar surveys.  It includes a lot of the documents

3    that we cited here today.  It includes my

4    background, research on the price premium for Energy

5    Star appliances.  It includes my expertise in making

6    these calculations in other litigations.  It

7    includes my research based on the Energy Star

8    outside of litigation.  Every single piece of

9    evidence that I have seen points to price premiums

10   of this order of magnitude for washing machines of

11   Energy Star-certified nature versus those that are

12   not.

13           Q      If there was a price premium of

14   55.7 percent and the average retail price for these

15   clothes washers is $406, what would that tell you

16   about what this -- what the market would have priced

17   these clothes washers at had the Energy Star logo

18   not been there?

19           A      I haven't made that analysis, but what

20   I would tell you is that consumers have been paying

21   a price premium of the 55.7 percent of the purchase

22   price because of the presence of the Energy Star

23   logo.

24           Q      Meaning that an equivalent machine that

25   did not have the Energy Star logo would have been

Page 194

1    priced at 55.7 percent less than $406, average

2    retail price?

3         A     These in not my testimony.  It's

4    meaning that consumers would have paid a

5    55.7 percent price premium as a result of the

6    washing machine bearing the Energy Star logo.

7         Q     I'm -- I'm just confused as to the

8    difference.

9              Could you explain, what is the

10   implication of -- for market prices of the fact that

11   there is a 55.7 percent price premium for the Energy

12   Star logo for the clothes washers in this case?

13        A     The implication is that if liability is

14   established that amount is or should be economically

15   available to the Plaintiffs in this class as damages

16   because that would be the amount that they paid in

17   the marketplace as a direct result of the Energy

18   Star logo being applied by the Defendant when, in

19   fact, it should not have been.

20        Q     So that is the -- that is the amount

21   that the class members paid in the marketplace as a

22   direct result of the Energy Star logo being applied

23   to the clothes washers in this case?

24        A     Correct.

25        Q     Had that logo not been there, your

Page 195

1    testimony is that the market price would have been

2    different?

3         A      I haven't testified anything about what

4    might have happened had the logo not been there.  My

5    testimony is related to what consumers actually paid

6    because the logo was there.  And that amount is

7    somewhere between mid-40s and mid-50s percent of the

8    purchase price.

9         Q      So you have no information about what

10   consumers would have paid had the logo not been

11   there?

12        A      My analysis is designed to calculate

13   the price premium that consumers actually paid as a

14   result of the logo being there.

15        Q      Does that imply that had the logo not

16   been there they would have paid less?

17        A      I have not made a consideration one way

18   or the other.

19        Q      So it's -- I'm trying to reconcile

20   your -- your testimony here, is that consumers

21   actually paid a price premium for the presence of

22   the Energy Star logo, but it seems like you're also

23   saying that they did not necessarily pay more

24   because the logo was there?

25        A      That's not my testimony.

Page 196

1      Q      What is your testimony?

2      A      They definitely paid a price premium

3   because the logo is.

4      Q      But would not have been paid less had

5   the logo not there?

6      A      I haven't said that at all.

7      Q      Do you agree with that?

8      A      Agree with what?  Please restate that.

9      Q      That they would have paid less had the

10   logo not been there.

11      A      I haven't made an analysis of that one

12   way or the other.  What I've done is to analyze what

13   consumers actually did pay as a result of the

14   presence of the Energy Star logo when it should not

15   have been there.

16      Q      So I have done no analysis to compare

17   what they did pay because the logo was there versus

18   what they would not have paid had the logo not been

19   there?  I'm sorry.  What they would have paid had

20   the logo not been there?

21      A      It's my understanding that we needed to

22   determine the price premium that was actually paid

23   by consumer as the result of the logo being there,

24   and that's what I've done.

25      Q      What is the price premium?

Page 197

1      A      It depends on the context.

2      Q      The context of your report.

3      A      It's the price that people paid as a

4   result of the washing machines having been labeled

5   as Energy Star certified when, in fact, they were

6   not.

7      Q      People paid $406 on average for these

8   clothes washers, correct?

9      A      On a nationwide basis, yes.

10     Q      And you were trying to determine what

11  percentage of the 406 was due solely to the Energy

12  Star label?

13     A      Correct.

14     Q      How were prices set in the marketplace?

15     A      Again, I need more information in order

16  to answer that question.

17     Q      Are prices not set through the

18  interaction of supply and demand?

19     A      They may or they may not be.

20     Q      In this case were they?

21     A      In this case we have a product that has

22  been differentiated and carries a price premium,

23  which means that the sellers of the product have

24  some control over the market price, which is what

25  allows them to charge a marketplace price premium,

Page 198

1    for example, as a result of the Energy Star logo.

2         Q       So you believe that the sellers have

3    had in 2009 to 2010 market power that allow them to

4    charge a price premium for Energy Star clothes

5    washers; is that your testimony?

6         A       All of the evidence points to that,

7    yes.

8         Q       What evidence points to that?

9         A       Whirlpool's analysis that its profit

10   margins are higher on Energy Star washing machines

11   as opposed to not, the fact that revenue is higher.

12   All of these same data points that we're talking

13   about that indicate that there's a price premium.

14        Q       All of that data was from before 2009;

15   isn't that correct?

16        A       I don't necessarily believe that to be

17   true.

18        Q       Can you point to any evidence as you

19   sit here today from 2009 to 2010 that there was a

20   price premium for the Energy Star logo in the

21   clothes washer market in the United States?

22               MR. DECKANT:  Objection.

23               THE WITNESS:  Sure, the Dennis and

24        Sukumar surveys.

25   BY MR. LOGAN:

Page 199

1        Q       None of that was from 2009 and 2010;

2    isn't that correct?

3        A       It is designed to capture information

4    applicable to the 2009 and 2010 time period.

5        Q       If they did not accurately capture

6    information from the 2009 to 2010 time period then

7    their analysis would be off; is that correct?

8        A       I don't know how to answer that

9    tautological question.

10        Q       You said that they captured information

11    applicable to the 2009 and 2010 time period.  That's

12    your testimony?

13        A       I believe that's their testimony.

14        Q       When, in fact, it was a survey

15    conduct -- these were surveys conducted in 2015.

16        A       You're suggesting that those things are

17    antithetical to one another and I disagree, and I

18    think Dr. Sukumar and Dr. Dennis would disagree as

19    well.

20        Q       Did you do an analysis of how

21    competitive the market for Energy Star clothes

22    washers was in 2009 to 2010?

23        A       Other than my analysis of the Maytag

24    profit margins and other things, I haven't studied

25    that specifically.  It's not necessary to understand

Page 200

1    the price premium that's being charged in that

2    marketplace.

3         Q     Isn't it necessary to understand the

4    competitive market for Energy Star clothes washers

5    when you were trying to determine whether or not

6    there was a price premium?

7         A     Not when we have the actual sales

8    figures that reflect the competitive conditions

9    extant at that time.

10        Q     How many -- how many top-loading Energy

11   Star clothes washers models were for sale in 2009

12   and 2010?

13        A     As I sit here today, I don't have a

14   recollection of that number.

15        Q     What was the Whirlpool's profit margin

16   on top-loading Energy Star clothes washers in 2009?

17        A     As I sit here today, I don't have a

18   recollection of that number.

19        Q     Same question for 2010.

20        A     Same answer.

21        Q     Were any clothes washers for sale

22   during 2009 or 2010 that were between 180 and $220?

23        A     I'm sorry.  Can I hear that back,

24   please?

25        Q     Were there any clothes washers for sale

1    during 2009 or 2010 that were between 180 and $220?

2         A      That has no import to my analysis, so I

3    haven't made a study of it one way or another.

4         Q      Was there a comparable non-Energy Star

5    top-loading clothes washer for sale in 2009 and

6    2010?  And by "comparable," I mean comparable to the

7    clothes washers at issue in this case?

8         A      Well, you've attempted to define

9    "comparable," but I still don't understand what you

10   mean by that term.

11        Q      Was there a clothes washer that was

12   similar in build, features, brand that was

13   non-Energy Star on the market in 2009 and 2010?

14        A      I am not aware of any evidence that

15   there was a washing machine that is non-Energy Star

16   qualified that is the same in all other respects

17   in -- as the model that is at issue in this

18   litigation.

19        Q      If there was evidence of that nature,

20   would you want to know about it?

21        A      It wouldn't impact my -- it wouldn't

22   impact my analysis in this case at all.

23        Q      So if, in 2009 and 2010, there were two

24   identical Maytag top-loading clothes washers for

25   sale retail and one was Energy Star and one was

Page 202

1   non-Energy Star, you would have no interest in

2   learning that information in order to calculate a

3   price premium?

4          A       Is that a hypothetical, or are you

5   asserting that that's an actual fact?

6          Q       I'm asking you a hypothetical question.

7          A       I would need more information about

8   what's going on in the marketplace in those products

9   to understand that.

10         Q       Did you examine any historical data,

11  for example, catalogues, price lists, to understand

12  the clothes washer market in 2009 and 2010?

13         A       I did examine some historical product

14  guides and lists of products, especially from the

15  Whirlpool company, as part of my analysis.

16         Q       And what did your review of that data

17  tell you?

18         A       There was nothing in specific that I

19  took away from it other than some precise

20  information about the products at issue in this

21  litigation and confirming my sense that the

22  application of either Whirlpool or Drs. Dennis or

23  Sukumar's price premium figure would be appropriate

24  in this litigation.

25         Q       Let's move on to Dennis, which I

Page 203

1    believe was previously marked as Exhibit 2.

2              MR. LOGAN:  Everyone still good?

3    BY MR. LOGAN:

4         Q     You've read this document before?

5         A     I have.

6         Q     And can you describe the methodology

7    that Dr. Dennis used to come up with this report?

8         A     At a high level Dr. Dennis used a

9    contingent valuation survey with an experimental

10   design to determine the marketplace price premium

11   that consumers actually paid as a result of

12   defendant's conduct in this litigation.

13        Q     At a high level, this survey asked its

14   respondents to identify what they would be willing

15   to pay for an Energy Star clothes washer; isn't that

16   right?

17        A     Absolutely incorrect.

18        Q     And why is that incorrect?

19        A     Well, I guess it depends on how you

20   define "willingness to pay," but I define

21   "willingness to pay" as the maximum amount that

22   somebody would be willing to pay for a clothes

23   washer and this doesn't in any way get at that

24   particular information.  This is only the price

25   premium that consumers paid in the marketplace.

Page 204

1       Q       What about this survey indicates that

2    it is trying to find the actual marketplace price

3    premium?

4       A       What about the survey itself, or what

5    about the Dennis report and his testimony in this

6    litigation?

7       Q       Let's go with -- with the Dennis

8    report.

9       A       I believe a reading of the report will

10   make it clear that he's looking at the price premium

11   that consumers paid.  I know he's testified

12   similarly at his deposition.

13      Q       Your testimony is -- I'm sorry.  I see

14   this as a little bit tautological.

15              He's looking at market prices because

16   he's looking at the price premium that people paid

17   in the marketplace.  Why do you say that this is a

18   reflection of actual marketplace reality?

19      A       Why do I think it is?

20      Q       Yes.

21      A       It's based on a sample that is

22   projectable to the class.  It is based upon the

23   actual retail sales data for the products at issue

24   in this case.

25      Q       When you say it is based on the actual

Page 205

1    retail sales data for the products at issue in this

2    case, what do you mean?

3        A    I believe Dr. Dennis took information

4    about the typical retail sales price and informed

5    his creation of his survey questionnaire to utilize

6    that information.

7        Q    So he used a price -- you can see it on

8    page 14 of his report, the Energy Star clothes

9    washer as being $400, which is approximately the

10   average retail price of this case.

11       A    That's correct.

12       Q    Is there anything else that he did in

13   order to base his survey on actual retail sales data

14   for the products at issue in this case?

15       A    First of all, I think that's a question

16   better levied to Dr. Dennis since he's the one that

17   conducted the survey.  But I am aware that he has

18   controlled in his survey design for people that have

19   purchased washing machines that relate to the

20   products at issue in this case and has implemented

21   other survey controls to allow this to be a survey

22   result projectable to the class and to the products

23   at issue in this litigation, and that Dr. Dennis

24   testifies that the price premium he calculates is,

25   in fact, representative of the class.

Page 206

```
 1      Q       Well, let me point you to some language

 2   in your report, paragraph 45, where you say, "I

 3   understand Dr. Dennis considered and accounted for

 4   supply-side factors in the determination of his

 5   price premium calculation."

 6              Do you see that?

 7      A       Yes.

 8      Q       And you have a footnote, and it is to

 9   the Dennis report at 3 and 12.

10              Do you see that?

11      A       Yes.

12      Q       What did you mean by "3 and 12," is

13   that pages or paragraph numbers?

14      A       Pages.  My reports typically say at a

15   number when it's at a page and at para, if it's a

16   paragraph.

17      Q       What information on page -- well, let

18   me take a step back.

19              What do you mean by "supply-side

20   factors"?

21      A       A number of things that are discussed

22   by Dr. Dennis in his Declaration.

23      Q       Such as?

24      A       Let me go through and identify them

25   from the document for you.
```

Page 207

1              Dr. Dennis identifies that he has read

2    and interpreted the Complaint and has used that both

3    to understand the market realities, the washing

4    machines in question, as well as the study target

5    population.  He references other materials

6    considered in his attachment, which reference the

7    actual retail sales transactions which reflect

8    prices that are set by the -- in part by the

9    interaction of supply and demand.

10              He again references expressly the

11   actual sales data and advertising circulars which

12   reflect the available supply of both the Maytag and

13   competitive washing machines and their price points.

14        Q     Do you know what competitive washing

15   machines he looked at?

16              MR. DECKANT:  Did you finish your prior

17        answer?

18              THE WITNESS:  I did not.

19              Would you like my prior answer to be

20        understood as incomplete, or would you like

21        me to finish that answer?

22   BY MR. LOGAN:

23        Q     Why don't you answer the most recent

24   question first and then we'll go back and finish the

25   other supply-side factors considered by Dr. Dennis.

Page 208

1      A      I did not independently verify which

2   competitors Dr. Dennis looked at.  You would need to

3   ask him which ones he looked at in formulating his

4   survey.  But it's clear that he did so from a read

5   of his report, and I believe he made that indication

6   in his deposition as well.

7      Q      Okay.  You can continue with your

8   previous answer.

9            MR. DECKANT:  Just for the clarity of

10           the record, can we please read back what the

11           question before that was?

12  BY MR. LOGAN:

13     Q      I'll ask it again.

14           What were the supply-side factors

15  considered by Dr. Dennis?

16     A      So in addition to the factors that I

17  already mentioned, his selection of the base price

18  point for the survey is based on the actual retail

19  sales information about the actual supply of washing

20  machines that were sold.  That's all that I've cited

21  here.  I believe it's possible that there may be

22  other supply-side considerations that he made in

23  his -- in his Declaration as well, or in his work on

24  this.

25     Q      So I want to recap the supply-side

Page 209

1    factors that you can recall being considered by

2    Dr. Dennis.  And the first one you cited was that he

3    read and interpreted the Complaint in this case, and

4    that he used a $400 price point, which was

5    reflective of actual retail sales data; and number

6    3, that he looked at advertising circulars.

7              Is that exhaustive?  Are there any

8    other supply-side factors that you see being

9    considered by Dr. Dennis?

10       A    I don't accept your summary of my prior

11   testimony and would like my testimony about what

12   Dr. Dennis relied upon to stand on its own.

13       Q    Well, I read it here from this machine.

14             But in any event, you cited the

15   Complaint, you cited the $400 price point and you

16   cited known competitive circulars and

17   advertisements.  Are there -- is there anything

18   else?

19       A    That is an unfair summary of my

20   testimony.  I do not agree with how you've

21   characterized my testimony and your statement that

22   you have read the record into the record again is

23   inaccurate.  You've cherrypicked words from my prior

24   answer in order to mischaracterize what I've said.

25       Q    Okay.  Well, then, let's just do it

Page 210

1    again.

2              The first thing you mentioned -- well,

3    okay.  What are the supply-side factors considered

4    by Dr. Dennis?

5         A    Would you read back my answer to the

6    original question since this is the same question?

7         Q    No.  No.  We're not going to do that.

8              What are the supply-side factors

9    considered by Dr. Dennis?  State the first one, and

10   then I will have a series of questions about your

11   whatever first part of your answer is.

12        A    Well, that's a multi-part question.

13        Q    What's part number one?

14        A    You said --

15        Q    What's the first supply-side factor

16   that you would like to talk about today considered

17   by Dr. Dennis?

18        A    I don't want to talk about any of them

19   today.

20        Q    What -- how many supply-side factors

21   would you say Dr. Dennis considered?  Do you have a

22   number?

23        A    I don't have a precise count.  There's

24   a multitude of them.

25        Q    Let's -- name one.

Page 211

1          A       The actual retail prices at which the

2     washing machines were sold.

3          Q       And why is that a supply side factor?

4          A       Because it reflects to the extent that

5     it impacted prices the interaction of supply and

6     demand, as well as the number of units that were

7     sold, the actual supply of those units extant in the

8     marketplace.

9          Q       Isn't it the case that the price is --

10    that the price is an interaction of supply and

11    demand, but the price by itself does not tell you

12    other information about the supply and demand curves

13    for this product?

14                 THE WITNESS:  Can I hear that back,

15          please?

16                 (At which time the following question

17          was read back by the reporter:

18                 "Question:  Isn't it the case that the

19          price is -- that the price is an interaction

20          of supply and demand, but the price by itself

21          does not tell you other information about the

22          supply and demand curves for this product?")

23                 THE WITNESS:  I believe the price

24          itself can be informative about the supply and

25          demand curves here.  And I disagree again with

Page 212

1          your characterization that the prices at issue

2          in this litigation were the direct result of

3          only the interaction of supply and demand.

4     BY MR. LOGAN:

5          Q      What does the $406 price point tell you

6     about demand -- and supply in this case?

7          A      That washing machines were sold at a

8     $406 price point.

9          Q      Anything else?

10         A      You need to understand the number of

11    units that were sold.

12         Q      Anything else?

13         A      Again, I haven't made that analysis in

14    this case, so I'm not really prepared to get into

15    great detail about it today.

16         Q      Okay.  That was the first supply-side

17    factor considered by Dr. Dennis.  Are you aware of

18    any other supply-side factors considered by

19    Dr. Dennis?

20         A      Yes.

21         Q      Such as?

22         A      He looked at actual sales data and

23    actual advertising circulars, which include

24    information about competitor products in the

25    marketplace, as well as competitive pricing.

Page 213

1      Q      All right.  So your answer is he looked

2   at actual sales data and actual advertising

3   circulars, which include information about

4   competitor products in the marketplace, as well as

5   competitive pricing?

6      A      It also includes information about the

7   pricing and sales of the actual washing machines at

8   issue in this litigation.

9      Q      Now, we -- we have talked about the

10  sales figures for the clothes washers at issue in --

11  in this case, and you stated that you are not aware

12  of which competitor products Dr. Dennis evaluated in

13  his study; is that right?

14     A      Just that he did evaluate the presence

15  of competitor products.

16     Q      All right.  So we have now discussed

17  two supply-side factors.  Is there a third?

18     A      There is, which I think actually there

19  is one source document, which is the Complaint, but

20  that that includes other supply-side consideration,

21  including information about the marketplace,

22  information about the actual supply of the washing

23  machines issue in this litigation and other

24  information that relates to the marketplace

25  generally.

1        Q       What did the Complaint tell you about

2    the supply of these -- well, let me -- let me

3    rephrase that.

4               MR. DECKANT:  Actually, did you finish

5        your prior answer?

6               THE WITNESS:  We can move along.

7               MR. DECKANT:  Okay.

8    BY MR. LOGAN:

9        Q       What did the Complaint tell you about

10   the supply-side factors that affected the market

11   price for these clothes washers?

12       A       Are we having a different discussion?

13   Because I'm talking about the fact that Dr. Dennis

14   considered those things.

15       Q       Okay.  Same question for Dr. Dennis.

16   What did the Complaint tell Dr. Dennis about

17   supply-side factors that -- that implicated the

18   market price for these clothes washers?

19       A       I'm aware that it informed his

20   opinions, his survey design and his conclusions, but

21   you would have to ask him about the precise things

22   that he considered.

23       Q       Are you aware of the term "focalism" as

24   it is used in critiquing contingent analysis?

25       A       I would need greater context to

Page 215

1  understand what that means.

2      Q    Have you reviewed economic articles

3  that discussed focalism within the context of

4  contingent analysis?

5      A    I've read a number of peer-reviewed

6  studies of contingent valuation method, but I have

7  no memory of focalism, at least as -- as you're

8  saying it.  There may be a different term that means

9  the same thing, but --

10     Q    Is there a focalism bias in the Dennis

11  report?

12     A    Not that I'm aware of.

13     Q    Did you look?

14     A    No.

15     Q    I want to look at the results of the

16  Dennis survey.  I apologize.  I'm not sure what page

17  this is on.  Page 18 of the Dennis report.  That

18  22 percent of respondents indicated that they would

19  not purchase the non-Energy Star machine for any

20  price.

21     A    I'm sorry.  I think I lost part of the

22  question there.  Can you ask it again, please?

23     Q    Sure.  Look at the first row of the

24  table on page 18.

25     A    Yes.

Page 216

1      Q      When you say elicited dollar amount,

2   zero?

3      A      Correct.

4      Q      And the percentage of total respondents

5   that respond to zero is 22 percent.

6             Do you see that?

7      A      I do.

8      Q      And the conclusion here is that

9   22 percent of the respondents would not pay any

10  amount for a non-Energy Star clothes washer?

11     A      I think that question is better

12  targeted at Dr. Dennis.

13     Q      Do you have an opinion on that

14  question?  Do you have an answer for yourself?

15     A      I haven't formed an opinion on that

16  topic one way or another.  I would say that it's my

17  understanding from my conversations with Dr. Dennis

18  that he felt that at least some portion of the

19  population would not buy these washing machines

20  under any condition without an Energy Star logo.  I

21  make reference to that in my declaration.

22     Q      And so it's fair to say that for that

23  percentage of the population the price premium for

24  Energy Star would be 100 percent because they

25  wouldn't take anything that wasn't an Energy Star

Page 217

1    clothes washer?

2         A     I'm sorry.  What was the question

3    again?

4         Q     It would be fair to say, isn't it

5    right, that for the -- that for that segment of the

6    population, the 22 percent, that would not be

7    willing to buy at any price, that the price premium

8    for that segment of the population would be

9    100 percent?

10        A     I don't know whether that's fair or

11   not.

12        Q     Are you aware of a concept of stated

13   versus revealed preference?  Stated preference

14   versus revealed preference?

15        A     Yes.  I think the easiest way to

16   illustrate it would be that Dr. Dennis has conducted

17   a stated preference survey, whereas Dr. Sukumar has

18   conducted a revealed survey.

19        Q     Do economists tend to prefer stated

20   preference surveys or revealed preference?

21        A     I believe both types of surveys are

22   widely used.

23        Q     And they are both equally valid, or is

24   one better than the other generally?

25        A     I don't think I would pass judgment

1    over one or the other.  I think they are both valid

2    techniques.

3        Q     All right.  Let's move on to the

4    Sukumar report, which was previously marked as 3.

5    And to clarify, for Exhibits 2 and 3, these were

6    just the bodies of the report, not all of the

7    exhibits due to the fact that many of the exhibits

8    were Excel sheets and very difficult to print off in

9    any way that was intelligible, so you'll have to

10   forgive me.

11       A     Before you ask your next question, can

12   I get a sense of your timing because I may need a

13   bio break before we continue, if this is going to be

14   longer than, say, five to 10 minutes.

15       Q     I think it will likely be longer than

16   10 minutes.  Why don't we --

17       A     Do you mind if we take a break?

18       Q     I've already rescheduled my flight, so

19   that's fine.

20       A     Okay.

21             VIDEO OPERATOR:  It's approximately

22       4:05.

23             We're going off the record.

24             (Brief recess.)

25             VIDEO OPERATOR:  Okay.  It's

Page 219

1     approximately 4:13.

2          We're back on the record.

3  BY MR. LOGAN:

4     Q     Now, in your previous round of

5  testimony here, you characterize the Sukumar study

6  as being an example of revealed preference; is that

7  correct?

8     A     Correct.

9     Q     And tell me what about the Sukumar

10 study renders an example of revealed preference.

11    A     It makes use of conjoint analysis which

12 is a revealed preference technique.

13    Q     Every example of conjoint analysis is

14 an example of revealed preference technique or only

15 some?

16    A     I guess I wouldn't say 100 percent, but

17 I've never encountered a conjoint study that wasn't

18 a revealed preference study.  Maybe there is a

19 stated preference study, but my understanding is

20 that conjoint analysis generally, at least, is a

21 revealed preference technique.

22    Q     And I guess going back to my previous

23 question, what about the conjoint analysis renders

24 it a revealed preference technique?

25    A     The alternating of choices, attributes,

Page 220

1    rankings, the exercises that are done are not a

2    direct request for information, but rather for data

3    points that can be analyzed in order to understand a

4    certain piece of information.

5         Q     What is your level of familiarity with

6    the ASEMAP method?

7         A     I have an understanding generally of

8    the way that it works.  I've seen examples of how it

9    works.  I have reviewed several peer-reviewed

10   studies of the technique, and I am aware that

11   generally in the business marketplace that there are

12   numerous corporate entities that rely on ASEMAP to

13   help make business decisions.

14        Q     ASEMAP is -- the software used by

15   Dr. Sukumar is proprietary code, is it not?

16        A     To the best of my understanding it is

17   proprietary code.

18        Q     Have you seen it?

19        A     Literally the code?  I mean, I've

20   reviewed the ASEMAP tool, but no more than I've seen

21   the software code for Microsoft Excel or for

22   Sawtooth software or for SSI or for any other piece

23   of software.  I haven't seen the underlying

24   programming of ASEMAP.

25        Q     Have seen the underlying algorithms of

Page 221

1    ASEMAP?

2         A     I've seen them discussed in peer

3    reviewed journals.  But, again, the question is a

4    bit nonsensical to me because we use software

5    programs all the time without seeing the software

6    code underneath them.  I think that's pretty common.

7         Q     Other than seeing the algorithms in

8    peer-reviewed journals, do you have any other

9    sources of information about the algorithms in --

10   built into the ASEMAP software?

11        A     I've also conversations with

12   Dr. Sukumar about how the technique works, how

13   it's -- how it's applied.

14        Q     And by your previous answer about the

15   peer-reviewed journal articles, are you referring to

16   the article cited in the footnotes, especially

17   Footnotes 1 through 3 of the Sukumar report?

18        A     Well, I know I am not talking about

19   Footnote 2 because that's a book that I've read.

20   And it's not specific to ASEMAP.  I would have to go

21   back and look at my file to understand what articles

22   I've read, but I do know that Srinivasan is one of

23   the key peer-reviewed authors on the topic so these

24   may be them, but I can't state with certainty.

25              I do -- I do remember Dr. Sukumar

Page 222

1    talking extensively about a Srinivasan article in

2    the Journal of Marketing Research, which is one of

3    the top tier peer-reviewed journals in that

4    industry.

5         Q     And -- and Footnote 3 cites an article

6    by Dr. Srinivasan from the Journal of Marketing

7    Research.  Do you see that?

8         A     That's what I was referring to.

9         Q     Have you read that article?

10        A     Again, I would have to confirm with my

11   files, but that's one of the articles, but I very

12   well may have.

13        Q     What are of the major criticisms of the

14   ASEMAP system?

15        A     I'm not aware of any criticisms of the

16   ASEMAP system.

17        Q     Are you aware of any criticism of the

18   ASEMAP system?

19        A     Again, I would need to go back and look

20   at the literature that I've reviewed.  As I sit here

21   today, I don't have a recollection one way or the

22   other.

23        Q     Where did Dr. Sukumar get the

24   respondents for his survey?

25        A     I think that's a question probably best

Page 223

1    levied to Dr. Sukumar.  I can go through his report

2    and try and pick out where he makes a statement

3    about that, but as I sit here right now I don't have

4    an immediate recollection.

5              Would you like me to review the

6    document?

7        Q     I -- if you don't have a recollection,

8    that's -- that's fine, because it does say somewhere

9    in this report.

10             Do you know how many respondents took

11   the survey that Dr. Sukumar used in this case?

12       A     Again, off the top of my head, I

13   believe it was several hundred, but I don't recall

14   the precise number.  I assume the Sukumar

15   Declaration speaks for itself, and he can speak to

16   the number of respondents himself.

17       Q     And there was, in fact, a culling

18   process that Dr. Sukumar used in order to reduce the

19   number of respondents and he was culling them for

20   various reasons that he was questioning the validity

21   of their responses.

22             Do you recall that?

23       A     I understand that at a high level.

24       Q     Do you know how many respondents

25   Dr. Sukumar ended up with after the culling process

Page 224

1    took place?

2         A      Again, that's a number that I've known.

3    Without reviewing his Declaration and materials, I

4    don't have the precise number in mind, but I believe

5    it was hundreds of respondents.

6         Q      Was it less than 200?  Do you know?

7         A      It may have been.  I don't recall

8    precisely.

9         Q      Is that troubling to you that the

10   number of valid responses on the survey was less

11   than 200, if, in fact, that is the case?

12        A      Absolutely not.  For other types of

13   surveys it may be the case that you need hundreds,

14   if not thousands, of respondents, but conjoint

15   exercises are a unique type of survey that by asking

16   consumers multiple questions to elicit their

17   revealed preference diminishes the number of

18   required respondents to get reliable results.

19        Q      What is unique about conjoint analysis

20   that you need less than other types of survey

21   techniques in order to get a valid response?

22        A      I think I just stated that by having

23   multiple exercises as part of the survey, multiple

24   either choices or tasks, you can have -- you can

25   elicit greater information from a single respondent

Page 225

1    and thus you need fewer respondents.

2          Q      If you have extraordinarily good

3    information about a small number of respondents,

4    that's -- that's good enough, in your opinion?

5          A      I mean, I think it's typical in a

6    classic application of conjoint analysis to have as

7    few as 20 or 30 respondents, maybe less.  And that

8    very good information can be derived by that

9    exercise.

10         Q      Are you aware that Dr. Sukumar has

11   testified that the respondents here are

12   representative of the putative class?

13         A      That's my understanding, yes.

14         Q      Do you know where his respondents were

15   from geographically, where they live?

16         A      Again, without reviewing his background

17   materials, I'm not certain that I could recollect

18   that right now.

19         Q      Would it -- were you aware that the

20   Sukumar survey used participants from other

21   countries?

22         A      I don't recollect that one way or the

23   other.

24         Q      If the Sukumar survey did, in fact, use

25   participants from other countries, would that give

Page 226

1    you pause about the validity of the results?

2         A    If it's his testimony that the results

3    are projectable to the class, then no.

4         Q    Other than Dr. Sukumar's say-so, would

5    you have reason -- let me -- let me take a step

6    back.

7              Other than Dr. Sukumar's say-so, would

8    the fact that he included participants from other

9    countries give you pause about the validity of the

10   results?

11        A    Not without some other information.

12        Q    The goal of this -- of Dr. Sukumar's

13   analysis was to acquire high quality information

14   from respondents about their revealed preference for

15   Energy Star clothes washers; is that right, at a

16   high level?

17        A    My understanding of Dr. Sukumar's goal

18   was to develop an estimate of the price premium paid

19   by the class as a result of the Energy Star logo

20   having been placed on the Maytag Centennial washing

21   machines.

22        Q    That's what he was trying to calculate,

23   but the means by which he tried to calculate that

24   was to develop high-quality information from his

25   respondents about their preference for Energy Star

Page 227

1    clothes washers; isn't that accurate?

2         A      I don't know that it is.  You'd have to

3    ask him.  My understanding is that his goal was to

4    do a conjoint exercise to determine the price

5    premium.

6         Q      So people who live in Iran are not part

7    of the putative class, correct?

8         A      I don't know that we can know that one

9    way or the other.

10        Q      People who live in India are not part

11   of the putative class as moved for by the Plaintiffs

12   in this case; isn't that right?

13        A      I'm not certain that we can know that

14   one way or the other.

15        Q      People from Israel, same question.

16        A      Again, I'm not certain that we can know

17   that one way or the other.

18        Q      People from Brazil?

19        A      Same answer, I don't believe we can

20   tell one way or the other whether any one individual

21   member is a member of the class just by their

22   present country of origin.

23        Q      Would an analysis of people who live in

24   Iran, their views of Energy Star clothes washers,

25   would that be probative in this case?

Page 228

1      A      I haven't made an independent

2  evaluation of that one way or the other.  You'd have

3  to ask Dr. Sukumar.

4      Q      You can't tell just off the top of your

5  head that the use of Iranians in Energy Star clothes

6  washers is not relevant in this case?

7      A      Again, I would defer to Dr. Sukumar.

8      Q      Is Dr. Sukumar still an example of

9  trying to find the consumers' willingness to pay for

10  a particular product attribute?

11      A      I don't believe so, no.

12      Q      Is Dr. Sukumar still an example of

13  trying to find the part-worth of a particular

14  product attribute?

15      A      No, I don't believe so.

16      Q      So what is it that Dr. Sukumar was

17  trying to accomplish?

18      A      My understanding of what Dr. Sukumar

19  was trying to accomplish was to determine an

20  estimate of the price premium that was paid by the

21  class as a result of the Defendants' conduct of

22  placing the Energy Star logo on the Centennial

23  washing machines.

24      Q      Would it be surprise you to know that

25  Dr. Sukumar has previously characterized this

1   methodology as trying to find willingness to pay?

2        A        I need more information.  What do you

3   mean by "this methodology?"  What is the context of

4   that statement?

5        Q        An ASEMAP conjoint analysis.

6        A        That's all the information you can give

7   me?

8        Q        That in the context of an ASEMAP

9   conjoint analysis Dr. Sukumar characterized that

10  survey as trying to find the willingness to pay.

11       A        I mean, it's just such woefully

12  incomplete information I can't tell you anything

13  about that statement.  It certainly does not cause

14  me concern based upon my reading of his Declaration

15  and his deposition testimony where I understand that

16  in this case he has had a different stated goal.

17       Q        Does Dr. Sukumar put a dollar figure on

18  the price premium that he calculates in this case?

19       A        My understanding is that he puts a

20  percentage figure on the price premium in this case.

21  That's the one that I cite in my Declaration.

22       Q        Why don't we look at page 7 of

23  Dr. Sukumar's report where he states that the price

24  premium for Energy Star logo is $180.39 or

25  44.3 percent of the average clothes washer price.

Page 230

1            Do you see that?

2      A      Yes.

3      Q      Could the price premium for the Energy

4  Star logo ever exceed 100 percent of the price

5  premium of a clothes washer?

6      A      I need more context to be able to

7  answer that.

8      Q      Using the ASEMAP methodology, is it

9  possible that a product attribute could be

10  responsible for more than 100 percent of the

11  purchase price of a product?

12      A      I'm not aware of that one way or the

13  other.

14      Q      In fact, that would be sort of a

15  nonsensical idea because a price premium should not

16  be -- cannot be more than 100 percent of the price

17  of a product, otherwise the price would be higher?

18      A      Are we talking about the variable of

19  interest in a study here or an ancillary control

20  variable?

21      Q      I'm talking about the ASEMAP

22  methodology -- well, let me -- let me take a step

23  back.

24            Why don't we talk about price premium

25  in general.  Could a price premium, as you used the

1    word in your report, ever be more than 100 percent

2    of the price of a product?

3         A      I need more information to try and make

4    that determination.

5         Q      What information would you need?

6         A      What product are we talking about --

7         Q      The context of your report, so the

8    clothes washers and price premium as you use it in

9    this case.  Sorry -- sorry to interrupt.

10        A      I would need to know in what way the

11   method was calculated.  I would need to understand

12   information about what went into that survey, how

13   the survey or technique is intended to be applied to

14   the facts and circumstances of the case.

15        Q      Could a consumer pay an actual price

16   premium of $1,800 for a $400 clothes washer?

17        A      Again, I need more information to try

18   and understand that information.

19        Q      That would -- that would be a strange

20   result, in your opinion?

21        A      I can't evaluate whether it's strange

22   or not without more context.

23        Q      Dr. Sukumar -- Dr. Sukumar's underlying

24   data cannot -- could be used to calculate the price

25   premium for other product attributes other than

1   Energy Star because he evaluated several product

2   attributes; isn't that correct?

3        A     This is what I was getting at with my

4   request for clarification before as to the variable

5   of interest versus an ancillary control variable.

6   Again, I'm going to defer to Dr. Sukumar about the

7   ultimate calculations in his survey.  However, in

8   economics and statistical studies, it is often the

9   case that you design a study with a particular goal.

10  For example, in this case, to understand the value

11  of the Energy Star.  And you can have statistical

12  techniques that provide you with a very accurate

13  read on the variable of interest, the Energy Star,

14  while not intending to give you a precise estimate

15  for other variables that are included in the survey.

16       Q     So it's your testimony that

17  Dr. Sukumar --

18       A     Sorry.

19       Q     -- Dr. Sukumar accurately calculated

20  the price premium for Energy Star but did not

21  necessarily calculate the price premium for other

22  product attributes?

23       A     Again, I'm not going to speak for

24  Dr. Sukumar on that subject, but you're raising the

25  issue of you have an analysis that's been done and

1    that analysis has been done with a specific focus.

2    Can you use that same analysis unadjusted for other

3    purposes, and I'm telling you that based on my

4    experience there are many types of analyses where

5    the answer to that question is no, that if you

6    wanted to understand a different attribute of the

7    washing machine, for example, you would need to do a

8    study that is focused on understanding that

9    particular attribute.  And that simply by

10   controlling for certain attributes, you don't

11   necessarily get a read on their value.  And that

12   that is a common and understood element of economic

13   studies.

14        Q     If one were to control for all product

15   attributes, would it be possible to take a product

16   to divide it into individual product attributes and

17   then assign a percentage value to each product

18   attribute?

19              THE WITNESS:  Let me hear that back,

20        please.

21              (At which time the following question

22        was read back by the reporter:

23              "Question:  If one were to control for

24        all product attributes, would it be possible

25        to take a product to divide it into individual

Page 234

1          product attributes and then assign a

2          percentage value to each product attribute?")

3                    THE WITNESS:  That question is too

4          insufficient on the details for me to give you

5          an answer.

6     BY MR. LOGAN:

7          Q      When you are speaking about price

8     premium in your report, is it your intention to look

9     at all of the attributes of a clothes washer and

10    decide what percentage of the value of the clothes

11    washer is due to the Energy Star logo?

12         A      That is the intention of the study.

13    You are to understand the value that is isolated

14    just as to that one attribute, the price premium

15    that consumers paid for that one attribute.

16         Q      Do you believe that Drs. Dennis and

17    Sukumar have accurately identified the portion of

18    the product value that is attributable to the Energy

19    Star logo?

20         A      I have not reanalyzed Dennis and

21    Sukumar's surveys to make a 100 percent evaluation.

22    I'm relying on their expertise in this case.  I have

23    done checks and reviews of their work to understand

24    that at least their basic framework appears to

25    comport with what I understand to be appropriate

Page 235

1     techniques and find that to be true.

2                    VIDEO OPERATOR:  A little over 10

3          minutes.

4     BY MR. LOGAN:

5          Q     So ignoring this last answer and going

6     back to the previous one, we were discussing the

7     idea of taking the product, dividing it into

8     attributes and assigning a percentage to each

9     product attribute.  You -- you recall that?

10         A     I do recall that question.

11         Q     Good.  Is it your testimony that if we

12    did that for the clothes washers at issue in this

13    case you would find that the Energy Star logo was

14    somewhere in the neighborhood of 44 to 55 percent of

15    the product value?

16         A     Again, I'm having a really hard time

17    understanding that question.  I think maybe what

18    you're trying to elicit here is, for example, would

19    the results of the Sukumar study be additive?  Could

20    you add them all up and get the total price of the

21    machine?

22                    And I -- in most cases where you were

23    trying to isolate the price premium of a single

24    attribute while controlling for others, the answer

25    is no.  They're not intended to be additive.  So I

Page 236

1    wouldn't take the result of every attribute from the

2    Sukumar study and add it up to try and get the total

3    value of a washing machine.  I would look only at --

4    and this is the goal of the work that has been done

5    hero -- the value of the particular attribute -- I

6    would say the goal is to isolate the premium that

7    has been paid for the particular attribute while

8    controlling for the surrounding attributes.  And I

9    believe that Dr. Dennis and Dr. Sukumar understood

10   that goal and acted to achieve that goal.

11        Q      Now, I'm going to point you to a

12   paragraph in your report under the supply-side

13   considerations where you note that in your opinion

14   Dr. Sukumar has considered and accounted for

15   supply-side factors in the determination of his

16   price premium calculation.

17              Do you see that?

18        A      I do.

19        Q      And you had a footnote to Sukumar

20   report at 6.  First let me ask you a question, as

21   long as we have these two pages here:  With respect

22   to the -- the phrasing of your opinion here, you say

23   I understand that Dr. Dennis accounted for

24   supply-side.  I understand that Dr. Sukumar has

25   accounted for supply-side.

1          Did you make your own determination

2    that Drs. Dennis and Sukumar definitely accounted

3    for supply-side factors, or you were simply relying

4    on their reports and so you -- it has been reported

5    to you, you understand, that Dr. Dennis and

6    Dr. Sukumar accounted for supply-side?

7          A     I haven't independently verified every

8    use of supply-side factors, but I have verified the

9    use, for example, of the retail pricing and the

10   average price points in both the Sukumar and the

11   Dennis surveys and I've satisfied myself that at

12   least as to those issues that they've raised in

13   their own declarations, they adequately controlled

14   for supply-side factors.

15         Q     Is there information on page 6 of the

16   Sukumar report that you would characterize as being

17   a supply-side factor?

18         A     The citation that I make to page 6 I

19   think relates to the first paragraph of the page

20   where Dr. Sukumar testifies, quote, "I also took

21   supply-side considerations into account when

22   designing my survey by examining actual sales data

23   and advertising circulars from retailers who saw the

24   Maytag Centennial clothes washing machines to

25   determine the price paid by actual consumers."

Page 238

```
 1            And then he also references his lists
 2   of materials considered, which I don't have in front
 3   of me right now, or at least I'm not looking at, but
 4   I believe may contain other supply-side elements.
 5   He's also looked at the market for clothes washing
 6   machines more generally and has addressed the types
 7   of attributes that are available to consumers at
 8   various price points.  Again, considering the supply
 9   of available washing machines with different
10   features in the marketplace.
11        Q    Other than what is contained here in
12   your previous answer and then in the list of
13   materials considered cited by Dr. Sukumar, is there
14   any other indication to you that Dr. Sukumar
15   considered supply-side factors?
16        A    Again, he confirmed to me that he
17   actively considered supply-side factors in his
18   analysis.  I believe he testified to that at his
19   deposition.  You would have to ask him for greater
20   detail about all the ways in which he may have made
21   adjustments for the supply-side, but I cite
22   paragraph 6 as an example where he clearly testifies
23   that he has considered and included supply-side
24   considerations in his analysis.
25        Q    I want to look at paragraph 46 of your
```

Page 239

1    report which starts, "I've also considered

2    supply-side factors in my determination of damages."

3                  And you go on to discuss the quantity

4    supplied in the rest of this paragraph.  Let's

5    pretend for a minute that I am a simple country

6    lawyer from the Rocky Mountains.  Could you explain

7    what you were trying to say in paragraph 46?

8         A      It's my experience that occasionally

9    simple country lawyers from various locations

10   confuse the economic underpinnings of various

11   different types of studies, and in this paragraph,

12   one of the goals that I have is to distinguish

13   between types of cases where a determination may be

14   need -- may be needed to be made as to supply under

15   different conditions than actually took place.

16                  For example, if you were to look at --

17   generally at the Apple versus Samsung actions where

18   Apple and Samsung accuse each other of having stolen

19   intellectual property, those analyses need to figure

20   out and compare in reality so many units were sold

21   by Apple and so many units were sold by Samsung.  If

22   Samsung didn't violate Apple's intellectual

23   property, how many units would Apple actually have

24   sold?

25                  And that is very different in my mind

1   than a case like this where the historic sales of

2   the product are a known fact and are not subject to

3   change.  We're not talking about a situation where

4   Joe Six Pack, a class member, is suddenly deemed to

5   have not actually purchased his washing machine.

6   All those sales took place, and we are not trying to

7   figure out how sales may have transited to another

8   company.  We're looking at historical facts, actual

9   sales, which, as I state elsewhere in this document,

10  I do not believe there is a dispute as to the total

11  of the sales that are at issue in this litigation.

12          And the Atlanta Matt case to me is a

13  similar issue.  You have one company that issues an

14  advertisement that another says it's injurious to

15  its business.  And so you have to figure out in that

16  type of case how might business have been different

17  as a result of that advertising.  And, again, that's

18  different here because the total number of units at

19  issue, the total sales of those products, is not in

20  dispute.  It's a historical fact.

21     Q     If I'm -- if I'm interpreting this

22  correctly you are not interested in conducting any

23  sort of counterfactual analysis that would try to

24  estimate how many of the clothes washers at issue in

25  this case would have been sold but for the allegedly

Page 241

1   fraudulent Energy Star logo?

2       A       And I don't do that for the reasons set

3   forth in paragraph 46, which is that the -- the only

4   way to establish damages for people who in some sort

5   of counterfactual would not have purchased the

6   Energy Star would be to offer them a full refund

7   rather than the price premium.  And by offering, in

8   my damage calculation to include only the price

9   premium, I wind up with what can only be an

10  inherently conservative measure.

11      Q       So the but-for world of what would the

12  market have charged for these clothes washers had

13  the Energy Star logo not been there, that is not

14  part of your analysis?

15      A       That's correct.  I'm looking only at

16  the price premium that actual class members have

17  actually paid in the marketplace as a result of the

18  Energy Star certification having been made when it

19  should not have been made.

20              VIDEO OPERATOR:   Sorry.  Four minutes.

21  BY MR. LOGAN:

22      Q       How can we know the price premium that

23  was actually paid by consumers in this case if we

24  don't know what would -- what they would have made

25  had the logo not been there?

Page 242

1      A      That question seems a little bit

2  nonsensical.  How can we know it?  Whirlpool has

3  made a determination of what consumers made.

4  Dr. Sukumar made a determination of what consumers

5  pay.  Dr. Dennis has made a determination of what

6  consumers paid.  There could be a number of any

7  other ways to do that, but those determinations are

8  easily made using the techniques that are at issue

9  in this litigation.

10     Q      Let's look at paragraph 47 where you

11 say if were with were to assume arguendo that

12 Defendant would not have lowered its price in

13 concert with demand.  With that particular phrase,

14 what is the concept you're trying to get at?

15     A      I've seen arguments in other cases

16 where a party makes the argument that we just

17 wouldn't have done what you say might have happened,

18 and I don't find that to be an economically

19 compelling argument both because of the obvious

20 conflict of interest in the timing of when those

21 comments are made and the finding, for example, of

22 exercises like the Dennis survey that show a

23 different marketplace outcome.

24     Q      Let's look at paragraph 48.  It is also

25 an economic perversion for a defendant engaged in a

Page 243

1    litigation with conflict of interest to simply state

2    that "it would never have adjusted its price or

3    would not have adjusted them enough so as to meet

4    demand."

5              This sounds to me like some sort of

6    possible counterfactual scenario where we are

7    imagining what the price would have been without the

8    Energy Star logo.  Is that what you were trying to

9    get at?

10        A     Again, this is a peremptory discussion.

11   I don't believe we need a counterfactual examination

12   in this case to understand the price premium that

13   consumers actually paid.  I've seen arguments again

14   that suggest that if you were to go back in time and

15   take the label off the washing machines, which is

16   something we can't do, that Defendant states that it

17   would behalf in one way or another.  And what I'm

18   suggesting is that, A, that exercise is not

19   necessary; B, because of the conflicts of interest,

20   taking the party's word for it as opposed to seeing

21   some hard evidence is a perversion of an economic

22   study because you're not looking at some actual

23   outcome, and that it is an unlikely outcome as I've

24   described here.

25        Q     Was there a price war in 2009 and 2010

Page 244

1    between manufacturers of top-loading Energy Star

2    clothes washers that caused the price of those

3    clothes washers to go down to very low levels as

4    compared with other clothes washers?

5         A      I'm sorry.  I'm going to have to hear

6    that back again.

7         Q      Was there a price war in 2009 and 2010

8    between makers of Energy Star top-loading clothes

9    washers?  I'll just leave it at that.

10        A      I'm not aware one way or the other.

11   That's not material to the damage methodologies that

12   I've set forth here in my report.

13        Q      It -- that doesn't matter to you at

14   all, does it?

15        A      It doesn't matter because we have the

16   actual retail sales transactions for the washing

17   machines at issue here.

18        Q      What do the actual retail sales of the

19   washing machines at issue here tell you about any

20   price war that might have taken place between

21   manufacturers between 2009 and 2010?

22        A      That's not a part of my assignment in

23   this case of the studies that I've done and it's

24   immaterial to the damage calculations, so I haven't

25   made an endeavor to understand that.

1      Q      No, but you testified you didn't need

2  to know about that because you have the actual

3  retail sales, and I'm asking for that connection.

4  What is the connection between the actual retail

5  sales data which you do have and the price war that

6  occurred in 2009 which you haven't looked at?

7      A      Well, first of all you've just put

8  words in my mouth that I've agreed that there's a

9  price war, whatever that means.  What I'm telling

10 you is that the prices that consumers paid for these

11 washing machines are what they paid.  We have that

12 actual data.  So we don't need to conduct an

13 analysis to try and guess at what consumers paid.

14 We have the actual retail transactions that tell us

15 what the average price was that consumers paid.

16     Q      Isn't it possible that -- that even if

17 the market -- let me see if I can rephrase this.

18            Even if a price premium did exist

19 within a given marketplace if there was then intense

20 competition over that price -- over that attribute

21 that caused the price premium that then the price

22 premium actually charged to customers for that

23 attribute would decrease?

24     A      Boy, I'm going to think about that and

25 probably hear that question back.  It was a little

Page 246

1    convoluted for me.

2         Q      If a price premium for a particular

3    attribute did exist within a marketplace and then

4    there was intense competition between suppliers over

5    that attribute, isn't it possible that the price

6    premium charged by the marketplace would decrease as

7    a result of that competition?

8         A      Again, we don't need to surmise about

9    that because we have the actual retail prices that

10   consumers actually paid.

11            MR. LOGAN:  I think we're -- I think

12        I'm done.

13            MR. DECKANT:  First of all, I'd like to

14        the opportunity to review and correct pursuant

15        to Rule 30E.  And I would also, right now,

16        like the opportunity for a limited redirect of

17        Mr. Weir.  But first I would like to take a

18        short break so I can collect my thoughts.

19            VIDEO OPERATOR:  It is approximately

20        4:51.  At this point we're going to end

21        Videotape Number 3 in today's deposition of

22        Mr. Colin B. Weir on Friday, April 22, 2016.

23            (Brief recess.)

24            VIDEO OPERATOR:  Okay.  We are back on

25        the record.

Page 247

1              The time is approximately 5:05 p.m.,

2          and this will begin Videotape Number 4 in

3          today's deposition of Mr. Colin B. Weir, on

4          Friday, April 22, 2016.

5              MR. DECKANT:  I'd like to ask the court

6          reporter to mark as Exhibit 10, a document

7          that was previously marked as Exhibit 39 at

8          the deposition of J.B. Hoyt on August 12,

9          2015.

10              (Document WDZ00012524 - WDZ0012524 was

11          marked Weir-10 for identification.)

12              (Off-record discussion.)

13    BY MR. DECKANT:

14        Q      Mr. Weir, do you have a copy of

15    Exhibit 10?

16        A      I do.

17        Q      Can you please turn to the page on

18    Exhibit 10 ending in -- you know what, actually,

19    strike that.

20              Could you please turn to the second

21    page of Exhibit 10 with the Bates number WDZ0012526.

22        A      I'm there.

23        Q      Okay.  Do you recognize this document

24    as the test data commissioned by the DOE of the

25    washers at issue in this case?

Page 248

1        A      Yes.

2        Q      And this is the test data that the DOE

3    relied upon when it decided to refer the matter to

4    the EPA for potential disqualification, correct?

5        A      Yes.

6        Q      Now, could you please turn to the page

7    ending in Bates number WDZ0012540?

8        A      Okay.  I'm there.

9        Q      Mr. Weir, have you heard of the term

10   "fill level 3"?

11       A      I have.

12       Q      Do you understand the term fill level 3

13   to be -- strike that.

14              Are you aware that in 2010 the U.S.

15   Department of Energy issued an in interpretive rule

16   that fill level 3 was the appropriate place to

17   measure the capacity of a top-loading washers for

18   the purpose of Energy Star certification?

19       A      I understand that, yes.

20       Q      Okay.  And do you see on the page

21   ending in Bates number 540 it states in the second

22   full paragraph, "For the Stage 2 tests Springboard

23   tested capacity at the same fill level used in the

24   Stage 1 test marked as B in figure 1, which is

25   slightly higher than fill level 3 as defined in the

Page 249

1    current interpretive rule on the DOE website, i.e.,

2    the highest point of the inner most diameter of the

3    top cover as shown in Figure 1."

4              Do you see those words?

5         A    I do.

6         Q    So the text of this document states

7    that Springboard, which the DOE commissioned, tested

8    the capacity of these washers at a higher level than

9    fill level 3, right?

10        A    Yes.

11        Q    What is the import of the decision to

12   measure the capacity above fill level 3?

13        A    All else equal, when the capacity of a

14   washing machine increases, it will appear more

15   efficient.  And so the results of the Springboard

16   study, vis-a-vis the Department of Energy's rules,

17   are conservative and had Springboard measured the

18   capacity at fill level 3 as they state in this

19   document, the apparent failure of the Energy Star

20   certification would be even worse than they conclude

21   in this study.

22        Q    Now, let me -- let me parse that out a

23   little bit.  Capacity is an input to the measurement

24   of modified energy factor and water factor, right?

25        A    Correct.

Page 250

1        Q       And the MEF and WF as we've been

2    discussing help determine the cut offs for whether

3    or not a top-loading washer is Energy Star

4    qualified, correct?

5        A       Correct.

6        Q       So if all else being equally I believe

7    you stated -- if all else being equal the capacity

8    is higher than otherwise a washer would appear to be

9    more efficient, correct?

10       A       That's correct.

11       Q       So is it your opinion that by measuring

12   above fill level 3 Springboard is actually

13   conducting a test that is, in fact, more

14   conservative than had they measured at fill level 3?

15       A       It's not only my opinion, it's the

16   opinion of Springboard as they state here in the

17   report.

18       Q       And we see that in the next paragraph

19   down; right?  It says, "If the capacity had been

20   measured per the interpretive rule, namely at fill

21   level 3," I'm continuing now, "we expect that the

22   tests that MEF and WF would have been worse than the

23   values measured during the stage 2 tests.  Therefore

24   we believe that the DOE can conclude firmly that

25   this model is not compliant with Energy Star

Page 251

1   specifications."

2           Do you see that?

3       A       I do.

4       Q       Do you have any basis to disagree with

5   that?

6       A       No.  It's a matter of basic math that,

7   as capacity increases, all else equal, a washer will

8   appear situation.

9       Q       So earlier -- I am going to paraphrase

10  this poorly, but earlier in this deposition, do you

11  recall that Mr. Logan asked you a question whether

12  you were aware that the DOE's commission testing

13  acknowledged that they tested the washers at the

14  incorrect fill level?

15          Do you recall hearing a question like

16  that?

17      A       I remember that line of questioning.  I

18  think the words Mr. Logan used caused me to think of

19  something other than this document, because this

20  document indicates a conservative analysis in a way

21  that I think is appropriate for our analysis in this

22  litigation, and I interpreted his comments to

23  suggest something else perhaps that Springboard had

24  done an analysis that was less conservative.  But

25  that turns out to not be the case, at least to the

Page 252

1   best of my understanding.

2        Q      So does this deviation give you any

3   concern as to the veracity of your opinion?

4        A      No.  My opinions remain unchanged.

5   This only bolsters the conclusion that I've provided

6   conservative estimates of damages in this case.

7        Q      Okay.  You can set Exhibit 10 aside.

8              Now please take out Exhibit 1, your

9   report, and please turn to page 6 where Table 2

10  appears.

11       A      I'm there.

12       Q      Okay.  Now, do you recall earlier in

13  this deposition there was a line of questioning

14  where you indicated that there may be some clerical

15  errors on Tables 2 through 4 in your expert report?

16       A      Yes, I believe the fourth column in the

17  tables, or the third column of data, the one under

18  the heading Additional Energy Expense contains

19  typographical errors.

20       Q      So in Table 2, you stated that there's

21  a typographical error for the water in the -- in the

22  column entitled Additional Energy Expense, correct?

23       A      That's right.

24       Q      So I'd like to walk through your

25  calculations here.  So as originally stated on

Page 253

1    page 6, the additional energy expense for water in

2    Table 2 is $12.70, correct?

3         A       That's what's in the table, but that

4    number is a typographical error.

5         Q       Sure.  Now let's take a look at

6    Exhibit 3.

7         A       I'm at Exhibit 3 to Deposition Weir-1.

8         Q       Now, do you see perhaps three-quarters

9    of the way down the page in the section concerning

10   water it says energy expense damages, $45.62.

11              Do you see that?

12        A       I see that, and this is the section of

13   my workpapers that calculates the damages associated

14   with additional water usage.

15        Q       Now, how did you arrive at that figure

16   of $45.62?

17        A       That is a multiplication of the

18   722-gallon difference that I have calculated

19   elsewhere by roughly 6.3 cents cumulative average

20   cost per gallon over the life of the washing machine

21   that I calculate, and that number is also present on

22   this workpaper.  So in my workpaper, the numbers are

23   calculated in Excel to greater detail.  But roughly

24   6.3 cents times 722 gallons will give you the $45.62

25   that my workpaper determines to be the energy

Page 254

1    expense damages per washing machine as it relates to

2    water usage.

3         Q     So should that $45.62 figure, should

4    that be the figure in Table 2 under the column

5    Additional Energy Expense in the row Water?

6         A     That's right.  45.62 is the correct

7    figure to be placed in that column.

8         Q     Now, what happens if we take the number

9    of units in the second column, namely 430,108, and

10   then multiply that by the additional energy expense

11   with the clerical error fixed of $45.62, what's the

12   result of that calculation?

13        A     It should be accounting for rounding

14   error $19.6 million, as I've shown in the final

15   column in this table.

16        Q     So in the context of Table 2, once this

17   clerical error is updated with the correct figures

18   in Exhibit 3, this doesn't actually change your

19   total energy expense damages calculation in Table 2,

20   right?

21        A     It doesn't.

22        Q     Now, let's turn the page to page 7.

23        A     Okay.

24        Q     And here in Table 3 under the row

25   entitled Water and under the column Additional

Page 255

1    Energy Expense, again we see the $12.70 figure,

2    right?

3         A       Again, that 12.70 is a typographical

4    error, but yes, I see it there in the table.

5         Q       And just as we've been discussing and

6    just as we've walked through in Exhibit 3, that

7    should be $45.62?

8         A       Yes, from the same source, Exhibit 3 to

9    my Declaration.

10        Q       Again, if we multiply 430,108 times

11   $45.62 for water, we arrive at the total energy

12   expense damages for water of approximately

13   19.6 million, accounting for rounding, right?

14        A       That's correct.  And that's the number

15   that is reflected in my analysis here in this table

16   already.

17        Q       So yet again this clerical error

18   doesn't alter the total energy expense damages you

19   calculate in Table 3, correct?

20        A       You are correct.  It makes no

21   difference, the typographical error makes no

22   difference to my final determination of damages.

23        Q       Now let's turn the page to Table 4 on

24   page 8.

25        A       Page 8, Table 4, I'm there, yes.

Page 256

1      Q      And yet again we see the same clerical

2   error in the row entitled Water in the column

3   entitled Additional Energy Expense, correct?

4      A      That's correct.

5      Q      And yet again as that pertains to the

6   calculation of total energy expense damages, your

7   figure of approximately 19.6 million is borne out by

8   multiplying 430,108 units by $45.62, correct?

9      A      Right.  Again, that's all the

10  information that's reflected in my Exhibit 3

11  workpapers.  The 430,000 times the $45 figure gets

12  the 19.6 million that's already here in the table.

13  That number is correct and remains unchanged.

14     Q      Now, let's briefly talk about the

15  additional energy expense for electricity in

16  Table 4.

17             Actually, going back to Table 3 for a

18  moment, at times you've used $22.09 for additional

19  energy expense as we see in Table 3, and then

20  looking at Table 4 -- you know what, actually,

21  strike that.

22             Right.  So let's actually look at

23  Table 2 on page 6.

24     A      Okay.

25     Q      Under the column entitled Additional

Page 257

1    Energy Expense and the row entitled Electricity, we

2    see a figure of $42.30, right?

3         A     I see that, yes.

4         Q     All right.  And turning to Table 3 on

5    the next page under Additional Energy Expense under

6    Electricity, we see a figure of $22.09, right?

7         A     That's correct.

8         Q     So why do you use $22.09 in Table 3 yet

9    you use 42.30 in Table 2?

10        A     Table 2 reflects a calculation of

11   damages under the strict testing guidelines which

12   calculates everything in kilowatt hours.  And it

13   assumes that the energy used by the machine to power

14   the machine itself, plus the energy used by the

15   washing machine to obtain hot water is obtained from

16   electrical sources.

17               Table 3 is designed to examine a

18   scenario wherein all of the machines obtain the

19   power necessary to operate the machine itself from

20   an electrical source, but all of the energy

21   necessary to heat water for use in the machine via a

22   natural gas water heater.  And so there is simply

23   less electricity used by the machine in Table 3

24   because it's substituting natural gas as an energy

25   source for part of the energy used by the machine.

Page 258

1      Q      So now let's look at Table 4 on page 8.

2  Under the column entitled Additional Energy Expense

3  in the first row labeled Electricity, we see a

4  figure of $22.09, right?

5      A      Again, that's a typographical error in

6  that row, but that is what the document says right

7  here.

8      Q      And per your prior explanation to my

9  last question, it should have been 42.30 as we see

10  in Table 2, right?

11      A      Right.  There are -- just so the record

12  is clear, there are two rows labeled Electricity in

13  Table 4 on.  The first row where the annual energy

14  use difference is 31 kilowatt hours, that additional

15  energy expense number of 22.09 is a typographical

16  error and should reflect the number that's in

17  Table 2, $42.30.

18      Q      Thank you.

19             Now, so if -- if we take a look at

20  Table 4 and we take a look at the first row entitled

21  Electricity and the column titled Additional Energy

22  Expense, if we changed that clerical error of $22.09

23  to the correct figure of $42.30, that's the

24  appropriate change, right?

25      A      That's the appropriate change.  And,

Page 259

1    again, that information is reflected correctly in my

2    workpapers which are attached to the Declaration as

3    Exhibit 3.

4         Q      And just for the sake of the record, if

5    we take the number of units reported in that same

6    row, 177,819, and we multiply that figure by $42.30,

7    we arrive at approximately $7.5 million, correct?

8         A      Yes, that's correct.

9         Q      And that's the same figure reported in

10   the column entitled Total Energy Expense Damages,

11   correct?

12        A      That's correct.  The only typographical

13   error was under the Additional Energy Expense

14   number.  The calculation from the Energy Expense

15   Damages was correct from the start.

16        Q      So --

17        A      Right.

18        Q      -- in Tables 2 through 4, to summarize,

19   do you agree that these clerical errors did not

20   actually impact your total energy expense damages

21   calculations?

22        A      I agree they do not impact the total

23   energy expense damages as I set forth in these

24   tables.

25        Q      And calculations these are laid out

Page 260

1    properly in Exhibit 3 to your report, correct?

2         A      That's correct.

3                MR. DECKANT:  I have no further

4         questions.

5    BY MR. LOGAN:

6         Q      Could I ask a few questions about this

7    Exhibit 10?

8         A      Yes.

9         Q      On page 12540 of Exhibit 10 Mr. Deckant

10   had pointed you to that earlier, do you see the

11   second bullet point on that page where it says

12   "Consistent with the most recent RCW Guidelines,

13   Version 3, 5/19/2010, that DOE approved for Energy

14   Star testing"?

15        A      I see that here.

16        Q      Okay.  And Mr. Deckant asked you your

17   understanding of fill level 3 as used in the context

18   of -- of this document.  You remember that?

19        A      Yes.

20        Q      What is your understanding of what fill

21   level 3 is?

22        A      It is the point in the washing machine

23   to which it should be filled to determine its

24   capacity.

25        Q      And when did fill level 3 become the

Page 261

1   official DOE standard for Energy Star testing?

2        A     Off the top of my head I don't recall,

3   but it may possibly be the date that's shown here in

4   this document.

5        Q     Below that bullet point it says, "If

6   the capacity had been measured per the interpretive

7   rule, we expect the tested MEF and WF would have

8   been worse than the values measured during the Stage

9   2 test."

10            Do you see that?

11       A     Yes.

12       Q     By "interpretive rule" in that

13  sentence, do you take that to mean fill level 3 had

14  they -- let me rephrase.

15            Had they measured the capacity to fill

16  level 3 per the interpretive rule the test results

17  would have been worse?

18       A     Yes, that's my understanding of that

19  text.

20       Q     Because the phrase "interpretive rule"

21  here they are talking about their enactment of fill

22  level 3.  And, in fact, if you look at the caption

23  to the picture on this page, it says "fill level 3

24  per the DOE interpretive rule."

25       A     That's what that caption says.

Page 262

1       Q       Okay.  So at the time that this testing

2    took place, which was in either late 2010 or early

3    2011, fill level 3 was the DOE standard for the

4    measurement of capacity in top-loading clothes

5    washers; is that correct?

6       A       That's my understanding, yes.

7       Q       Why did Springboard not test the

8    clothes washers to fill level 3?

9               MR. DECKANT:  Objection.

10              THE WITNESS:  You would have to ask the

11          people at Springboard that question.

12   BY MR. LOGAN:

13      Q       Fill level 3 was the standard and yet

14   they did not measure capacity to fill level 3, did

15   they?

16      A       Again, they made what they believed was

17   a conservative choice in the -- in the measurement

18   here.

19      Q       Do you believe this was an accident or

20   it was intentional that they did not measure to fill

21   level 3?

22              MR. DECKANT:  Objection.

23              THE WITNESS:  Based upon their

24          description of what they've done, it certainly

25          does not sound like an accident.

Page 263

1    BY MR. LOGAN:

2         Q      But you're speculating; is that right?

3         A      That's my interpretation of this

4    document.

5         Q      But you don't know for sure what their

6    intention was?

7         A      It's my interpretation of the document.

8         Q      It -- it's hard to see on this copy

9    because it's black and white, it's a little bit

10   fuzzy, but there are markers at various fill levels

11   according to Springboard in this graphic.

12               Do you see that?

13        A      As you said, this is -- I'm usually

14   very good at being able to read these things, but I

15   think I can see some indications here, but this

16   is -- it's very hard to see.

17        Q      Could you identify where fill level 3

18   is on this graphic, not according to what's labeled

19   here, but according to what your interpretation of

20   what fill level 3 is?

21        A      I believe it's the higher -- highest

22   point of the inner-most diameter, and I think

23   actually there is sort of an arrow pointing to

24   that -- the letters "DOE" to the left --

25        Q      And so --

Page 264

1        A       -- on this graphic.

2        Q       You agree with Springboard that fill

3    level 3 is as indicated on this graphic?

4                MR. DECKANT:  Objection, lack of

5        foundation.

6                THE WITNESS:  I haven't made an

7        independent evaluation one way or the other.

8    BY MR. LOGAN:

9        Q       Are you aware of fill level 4 -- of

10   what fill level 4 is generally?

11       A       I'm less familiar with where it is in

12   the washing machine.  I know that it is higher than

13   fill level 3 and that it is above the Department of

14   Energy's guidelines for where capacity should be

15   determined.

16       Q       The phrase that you and the counselor

17   made several times during your back-and-forth was

18   "all else equal," all else equal when the capacity

19   of the washer increases the clothes washer would

20   appear to be more efficient.

21               Do you -- do you recall testimony along

22   those lines?

23       A       Yes.

24       Q       What did you mean by the phrase "all

25   else equal"?

1      A      If you had two washing machines that

2  were different in different respects and had

3  different energy consumptions and they were

4  different sizes, you couldn't necessarily know what

5  the impact of a change in capacity might be.  So if

6  you increase capacity, but then also changed other

7  elements without other information, the analysis may

8  not be dispositive.  When you have one washing

9  machine and there are no changes in that washing

10  machine, the mathematical formulas used by the DOE

11  will result in more favorable energy efficiency

12  measurements if the measurement of the capacity is

13  higher.

14      Q      Great.  Is all else equal a sound

15  assumption in this case?  In other words, did any of

16  the inputs change other than capacity?

17              MR. DECKANT:  Objection.

18              THE WITNESS:  My understanding is that

19          all of the Centennial washing machines at

20          issue in this case are identical in terms of

21          an energy efficiency standpoint, and so the

22          use of one Centennial washing machine versus

23          another, there are -- those should have

24          identical configurations.  And so the change

25          in the measurement of capacity would result in

Page 266

1          an increased measurement of efficiency for the

2          Centennial washing machines.

3     BY MR. LOGAN:

4          Q     Let me -- let me get at this a slightly

5     different way.  If capacity is measured to fill

6     level 3, how does that impact how the test is

7     conducted in terms of how much cloth is put in to

8     run the test?

9                MR. DECKANT:  Objection.

10               THE WITNESS:  The washing machine is

11          filled to its capacity.

12    BY MR. LOGAN:

13         Q     And therefore a higher capacity

14    measurement, say, for example, to fill level 4,

15    would result in even more cloth being put in the

16    clothes washer for the purpose of running the test?

17         A     That would depend on the regulations

18    governing the test.

19         Q     I'll represent to you that that is, in

20    fact, the case.  How did this -- how would this

21    clothes washer react to being filled with cloth up

22    to fill level 4 versus fill level 3?

23         A     I don't understand that question.

24         Q     If there's a different amount of cloth

25    put in the clothes washer at a measurement to fill

Page 267

1    level 3 than there is to fill level 4, how does the

2    change in the amount of cloth impact the energy and

3    water consumption of the clothes washer?

4         A     My understanding based upon the

5    Springboard tests, and they state here, is that had

6    they run the tests with the higher capacity, the

7    test values would have been worse regardless.

8         Q     Is it your understanding that had

9    Springboard run the test to fill level 4, that these

10   clothes washers still would have failed to meet

11   Energy Star?

12        A     That's my reading of this document.

13             MR. LOGAN:  Okay.  That's it.

14             VIDEO OPERATOR:  Okay.  The time is now

15        approximately 5:32, and this will end today's

16        videotaped deposition of Mr. Colin B. Weir on

17        Friday, April 22, 2016.  We are off the

18        record.

19

20

21

22

23

24

25

Page 268

1

2                    C E R T I F I C A T I O N

3

4           I, LISA FORLANO, a Certified Realtime

5      Reporter, Certified Court Reporter and

6      Notary Public, do hereby certify that I

7      reported the deposition in the

8      above-captioned matter, that the said

9      witness was duly sworn by me; that the

10     foregoing is a true and correct transcript

11     of the stenographic notes of testimony

12     taken by me in the above-captioned matter.

13          I further certify that I am not an

14     attorney or counsel for any of the parties,

15     not a relative or employee of any attorney

16     or counsel connected with the action, nor

17     financially interested in the action.

18

19

20     LISA FORLANO, CRR, CCR #XI01143

21

22  DATED:   April 25, 2016

23

24

25

Page 269

1   ATTACH TO DEPOSITION OF:  Colin B. Weir
    IN THE MATTER OF:  Dzielak vs. Whirlpool
2   DATE TAKEN:  April 22, 2016
    Job No. CS2236911

3

4          E R R A T A   S H E E T
5          INSTRUCTIONS:   After reading the
    transcript of testimony, please note any change,
6   addition or deletion on this sheet.  DO NOT make
    any marks or notations on the transcript itself.
7          Please sign and date this errata sheet
    and return it to the court reporter whose name
8   is shown below.
9   PAGE            LINE                CHANGE
10
11
12
13
14
15
16
17
18
19
20
21  DATE and SIGNATURE:  _____
    RETURN TO :   Lisa Forlano, CCR, CRR, RMR
22                c/o Veritext Court Reporting Services
                  290 W. Mt. Pleasant Avenue, Suite 3200
23                Livingston, New Jersey  07039
24
25

<pre>
                                                   Page 270

 1                  Veritext Legal Solutions
                290 W. Mt. Pleasant Ave. - Suite 3200
 2                   Livingston, New Jersey 07039
               Toll Free: 800-227-8440  Fax: 973-629-1287
 3

 4   April 25, 2016
 5   Economics & Technology, Inc.
     One Washington Mall - 15th Floor
 6   Boston, Massachusetts 02108
 7   Case Name: Dzielak, Et Al.  v. Whirlpool Corporation
 8   Veritext Reference Number: 2236911
 9   Witness:  Colin B. Weir       Deposition Date:  4/22/2016
10   Dear Sir:
11   Enclosed you will find a transcript of your deposition.
12   As the reading and signing have not been expressly
13   waived, please review the transcript and note any
14   changes or corrections on the jurat/errata sheet
15   included, indicating the page, line number, change and
16   reason for the change. Sign at the bottom of the sheet
17   in the presence of a notary except in California where
18   you are signing under penalty of perjury and forward
19   the errata sheet back to us at the address shown above
20

     If the jurat is not returned within thirty days of your receipt of
21
     this letter, the reading and signing will be deemed waived.
22
     Sincerely,
23
     Production Department
24
     Encl.
25   Cc:  Cedric Logan, Esq.
            Neal J. Deckant, Esq.
</pre>

**&**

**&**   1:17 2:3 123:3,6
  270:5

**0**

**00089**   1:6
**0089**   5:16
**02108**   270:6
**07039**   269:23 270:2
**07458**   2:9
**09**   167:11

**1**

**1**   3:11 4:2 9:11
  35:20 36:11 37:11
  53:14 62:9,9 83:23
  108:25 112:22
  113:8 135:4,19
  137:20 147:12
  157:19 166:13,21
  168:16 169:10
  170:3 221:17
  248:24,24 249:3
  252:8 253:7
**1,800**   231:16
**1.72**   138:17
**10**   3:23 14:25 15:5
  17:10 44:8 60:25
  101:9 102:12
  156:12 218:14,16
  235:2 247:6,11,15
  247:18,21 252:7
  260:7,9
**100**   13:5 17:18
  55:17 59:23 60:3
  81:19 109:17
  216:24 217:9
  219:16 230:4,10,16
  231:1 234:21
**10019**   2:4 4:25
**10:15**   47:20
**10:29**   47:24
**11**   101:9 142:18
  144:13 149:8

**11:16**   83:22
**12**   5:16 28:20
  150:22 206:9,12
  247:8
**12.70**   149:16,19
  150:3,6 152:19
  253:2 255:1,3
**12540**   260:9
**12:30**   130:15
**12:32**   130:23
**13**   28:20 156:12
**131**   3:15
**14**   150:12 156:12
  205:8
**15th**   270:5
**16**   81:15 163:10
  183:19 185:9,25
**165**   3:16
**17**   2:9 155:18,19
  156:10 159:11
  190:5
**174**   3:17
**177**   3:19
**177,819**   154:10,12
  154:19 155:7 259:6
**18**   149:2,10 215:17
  215:24
**180**   3:21 200:22
  201:1
**180.39**   229:24
**182**   3:22
**18993**   182:16
**18998**   182:8
**19**   149:16 150:7,14
  150:22
**19.6**   150:1,10
  254:14 255:13
  256:7,12
**1997**   97:17,20,25
  98:2
**1:26**   131:2
**1:27**   131:21
**1:28**   84:3
**1:40**   131:25

**2**

**2**   3:12 4:5 9:13
  35:19 36:10 37:10
  84:4 137:3 148:16
  149:23 152:22
  153:15,16 154:1
  155:6,23 156:4,11
  157:7 159:5 161:6
  165:21 166:16,19
  170:4,6 171:19
  203:1 218:5 221:19
  248:22 250:23
  252:9,15,20 253:2
  254:4,16,19 256:23
  257:9,10 258:10,17
  259:18 261:9
**2.5**   152:16
**20**   15:5 50:11,12
  82:9 163:18,22
  180:22 225:7
**200**   224:6,11
**2003**   7:24 156:7,13
  156:15 157:1,11
  178:16 183:25
**2004**   61:2
**2007**   176:14 183:7
  183:17,23 189:18
**2008**   3:17 155:25
  156:12 174:15
  175:11,16 176:14
  176:21
**2009**   50:14 157:3
  167:6,8 168:22,25
  169:4 178:19
  181:14 198:3,14,19
  199:1,4,6,11,22
  200:11,16,22 201:1
  201:5,13,23 202:12
  243:25 244:7,21
  245:6
**201**   2:10
**2010**   95:20 107:22
  155:25 167:6,8,11
  168:22,25 169:4

  178:20 198:3,19
  199:1,4,6,11,22
  200:12,19,22 201:1
  201:6,13,23 202:12
  243:25 244:7,21
  248:14 262:2
**2011**   167:12 262:3
**2012**   29:12,19
**2013**   156:1
**2014**   156:1
**2015**   3:11,14 4:2,8
  53:19 57:16 61:24
  63:5,9 199:15 247:9
**2016**   1:19 4:20
  83:24 84:5 97:17,21
  161:8,15 246:22
  247:4 267:17
  268:22 269:2 270:4
**206**   178:12,16
**207**   177:24
**21**   178:3
**212**   138:15 147:16
  147:23
**215**   165:17
**22**   1:18 4:20 83:24
  84:5 161:8,15
  180:23 215:18
  216:5,9 217:6
  246:22 247:4
  267:17 269:2
**22.09**   152:11 154:12
  154:19 155:5
  256:18 257:6,8
  258:4,15,22
**220**   200:22 201:1
**2236911**   1:23 270:8
**23**   182:12
**24.87**   148:11,12
**243**   137:22 139:11
  147:16,23
**244-1800**   2:14
**247**   3:7,23
**25**   23:11 183:7
  189:18 268:22
  270:4

**26** 124:15 165:20
  183:3
**260** 3:6
**27** 175:1,23
**28** 3:11,14 4:2,8
  57:16
**290** 269:22 270:1
**2:12** 1:6
**2:28** 161:5
**2:45** 161:12

**3**

**3** 3:6,14 4:9 9:15,18
  56:24 135:20,22
  136:16 137:24
  143:14,22 144:3
  147:20 149:9,21
  151:6,9,10,21 152:2
  152:4,7,9,24 153:1
  153:5,14,15 154:1
  156:4 157:7,19
  161:13 169:9 206:9
  206:12 209:6 218:4
  218:5 221:17 222:5
  246:21 248:10,12
  248:16,25 249:9,12
  249:18 250:12,14
  250:21 253:6,7
  254:18,24 255:6,8
  255:19 256:10,17
  256:19 257:4,8,17
  257:23 259:3 260:1
  260:13,17,21,25
  261:13,16,22,23
  262:3,8,13,14,21
  263:17,20 264:3,13
  266:6,22 267:1
**3,928,021.71** 154:20
**3.07** 148:10
**3.54** 143:22 144:5
**3.540** 144:10
**30** 182:12 225:7
**300** 79:17
**303** 2:14

**30e** 246:15
**31** 147:17 149:7
  258:14
**311** 170:8,13 182:23
  183:3 185:6,15,23
  188:1,2
**3200** 269:22 270:1
**33** 186:22
**345** 2:9
**37** 96:23 97:2,6,8
**370** 2:13
**39** 247:7
**392** 39:25 40:3,7,15
  40:24,25 41:3,8,13
  41:25 42:5,9,14,15
  139:10 148:12

**4**

**4** 3:11,12,14,15
  56:25 131:5,8 135:2
  135:8,12,22,25
  152:1,4 153:12,13
  154:6 164:5 175:11
  175:16 247:2
  252:15 255:23,25
  256:16,20 258:1,13
  258:20 259:18
  264:9,10 266:14,22
  267:1,9
**4.517** 143:23 144:17
**4.52** 157:6
**4/22/2016** 270:9
**40** 63:9
**400** 205:9 209:4,15
  231:16
**406** 80:7 185:4,14
  193:15 194:1 197:7
  197:11 212:5,8
**40s** 195:7
**41.3** 154:10
**42.30** 149:1,6,10
  155:7 257:2,9 258:9
  258:23 259:6
**42.30.** 258:17

**430,000** 149:9,15
  150:21 256:11
**430,108** 149:1 150:3
  152:11,18 154:10
  254:9 255:10 256:8
**430,180** 152:15
**44** 81:15 235:14
**44.3** 82:5 163:2
  229:25
**446** 159:4
**45** 206:2 256:11
**45.62** 253:16,24
  254:3,6,11 255:7,11
  256:8
**45.62.** 253:10
**450** 58:17
**4500** 2:13
**46** 238:25 239:7
  241:3
**47** 242:10
**476** 175:5,22
**478** 174:22
**48** 81:15 242:24
**48.5** 163:1
**481** 159:4
**489** 159:4
**4:05** 218:22
**4:13** 219:1
**4:51** 246:20

**5**

**5** 3:16 165:11,14,16
  165:19,21 166:14
  168:1,3,16 169:10
  171:19 172:7
**5.96** 152:15
**5/19/2010** 260:13
**50** 63:10,11 96:24
  97:2,7,8 112:22
  113:9 179:20
**500** 79:18
**501** 159:4
**50s** 195:7
**525** 159:4

**540** 248:21
**55** 81:15 170:17
  235:14
**55.7** 82:5 162:25
  165:24 166:14
  168:2 170:21 187:8
  187:16,24 188:8
  189:21 190:2
  193:14,21 194:1,5
  194:11
**55.7.** 170:16
**57** 170:15
**57.7** 170:13
**5:05** 247:1
**5:32** 267:15

**6**

**6** 3:17 22:5 174:14
  174:17,21 236:20
  237:15,18 238:22
  252:9 253:1 256:23
**6.3** 253:19,24
**60** 63:11 179:20
**600** 58:14,17,18,25
  59:3
**62** 139:4,9 140:11
  140:17
**630-8820** 2:10
**646** 2:5
**650** 58:20 59:4,12
**66** 169:13,17,23

**7**

**7** 3:19 56:25 177:20
  177:24 229:22
  254:22
**7,522,445** 154:21
**7.5** 259:7
**702** 170:8,14 171:18
  171:23 182:22
  183:3 185:8,14,24
  188:1,2
**71** 179:23
**722** 253:18,24

**[8 - agree]**

**8**

**8** 3:21 56:25 131:9
135:9,11,17 180:19
180:22 255:24,25
258:1
**8.1** 148:5,10
**800-227-8440** 270:2
**80202-5647** 2:14
**837-7410** 2:5
**84** 179:15
**888** 1:17 2:4 4:24

**9**

**9** 3:22 101:8 180:23
181:9 182:3,7 185:9
185:25 189:17,19
189:25 190:5
**9,748** 147:19 148:12
**9.5** 152:12
**9100** 131:9
**93** 179:11
**95** 179:22
**96,000** 158:2,8
159:7
**973-629-1287** 270:2
**9:19** 1:19 4:21

**a**

**a.m.** 1:19 4:21
**ab** 11:18 16:24
**abbreviate** 31:23
56:1
**abbreviated** 10:5
**ability** 24:11
**able** 31:11 88:25
90:22 97:23 102:21
114:7 124:20
136:10,14 230:6
263:14
**absence** 112:7
115:21 116:24
**absent** 110:23
**absolutely** 20:19
203:17 224:12

**academic** 14:12
16:4,7,13 19:13,22
**accept** 47:3 209:10
**accepted** 12:11
145:7
**accident** 262:19,25
**accidentally** 152:4
**accomplish** 108:17
161:24 228:17,19
**account** 141:18
142:5,8 237:21
**accountant** 56:10
**accounted** 206:3
236:14,23,25 237:2
237:6
**accounting** 8:12
11:10 254:13
255:13
**accuracy** 22:3
**accurate** 7:8 13:6,10
63:15 68:13 78:5
79:22 81:24 82:12
82:15 103:14
113:17 118:7
119:22 125:20
149:23 153:1,11
163:6 169:23 177:9
227:1 232:12
**accurately** 199:5
232:19 234:17
**accuse** 239:18
**achieve** 236:10
**acknowledged**
251:13
**acquire** 226:13
**act** 61:20
**acted** 236:10
**action** 1:5 63:17
65:8,13 67:7 75:1
127:6 133:12
268:16,17
**actions** 63:14 68:7
71:16 76:10 239:17
**actively** 238:17

**activities** 63:7
**actual** 25:17 52:3,23
52:23 81:3 84:24
85:5 130:7 142:20
142:20 153:21
156:1 200:7 202:5
204:2,18,23,25
205:13 207:7,11
208:18,19 209:5
211:1,7 212:22,23
213:2,2,7,22 231:15
237:22,25 240:8
241:16 243:22
244:16,18 245:2,4
245:12,14 246:9
**add** 72:1,2 103:10
115:22 235:20
236:2
**addition** 15:4
208:16 269:6
**additional** 21:1
22:16 57:9 75:20
108:20 112:14
120:21 125:10
126:23 133:23
150:6 155:10
156:22 157:17
177:2,13 252:18,22
253:1,14 254:5,10
254:25 256:3,15,18
256:25 257:5 258:2
258:14,21 259:13
**additive** 235:19,25
**address** 20:3 270:19
**addressed** 28:17
238:6
**adequately** 237:13
**adjust** 140:18
150:15
**adjusted** 138:9
243:2,3
**adjustments** 238:21
**administration** 71:3
142:4

**admit** 48:22 51:20
191:18
**admitted** 91:6,13
187:24
**adopt** 13:13
**advertised** 84:13
85:15 110:9
**advertisement**
240:14
**advertisements**
99:19 209:17
**advertising** 207:11
209:6 212:23 213:2
237:23 240:17
**advise** 44:23 83:7
102:19 134:15
**advised** 164:7
**advocate** 120:11
**advocating** 52:11
**affirmative** 75:6
**affirmed** 51:8
**age** 43:16
**agencies** 62:3
**agency** 33:6 92:25
96:5
**aggregate** 35:5
37:16 45:3,16 46:18
50:3,25 51:15 72:11
79:24 81:9 106:22
116:20 141:8
145:22 162:10
164:10
**aggregates** 178:10
**ago** 52:22 58:16
63:21 84:9 110:21
142:25 146:22
**agree** 4:16 56:1
58:21 80:24 86:17
88:13 106:4 110:25
111:9 113:13 119:6
136:22 150:24
151:2 154:20,22
185:13 196:7,8
209:20 259:19,22
264:2

**agreed** 59:1 119:13
179:15 245:8
**agreement** 122:15
**agreements** 66:9,11
**ahead** 9:9 66:11
**al** 1:4 270:7
**algorithms** 220:25
221:7,9
**allegation** 107:6
**allege** 126:16 133:17
**allegedly** 73:18 77:4
115:25 173:8
240:25
**allow** 106:23 127:22
156:23 198:3
205:21
**allowed** 127:5
**allows** 197:25
**alter** 255:18
**alternate** 52:2
**alternates** 120:24
**alternating** 219:25
**alternative** 163:8
**amana** 192:6
**america** 1:11 5:12
176:9
**american** 155:24
157:12,16 158:5
159:14 160:8,14,16
**amount** 8:6 66:14
77:22 78:3 85:10
87:7 89:3 92:18
109:16,20,20 110:9
110:10 116:19
129:12 140:2,2
159:7 162:18
194:14,16,20 195:6
203:21 216:1,10
266:24 267:2
**amounts** 126:24
133:23 159:5
**analyses** 15:7 26:11
26:22 37:24 119:14
233:4 239:19

**analysis** 8:14 10:9
11:11,12 13:17,18
13:19,20 14:1,12,20
15:24 16:5,9,12,18
17:14 18:20,21
20:16 28:5,14 33:5
39:1 41:16,22 42:2
43:9 45:2,7,12,13
45:14,15,17,18,24
46:6 55:7 71:12
72:12 79:20 87:25
88:2 90:2 91:15,21
98:23 103:19
114:25 115:13,17
119:7 120:18 122:6
125:15 141:9
142:19 143:12
161:1 168:19,21,25
173:17,20,23
177:12 178:7,9,10
190:21 192:24
193:19 195:12
196:11,16 198:9
199:7,20,23 201:2
201:22 202:15
212:13 214:24
215:4 219:11,13,20
219:23 224:19
225:6 226:13
227:23 229:5,9
232:25 233:1,2
238:18,24 240:23
241:14 245:13
251:20,21,24
255:15 265:7
**analyst** 56:10
**analytic** 62:1
**analyze** 25:15 43:14
196:12
**analyzed** 25:16,16
26:21,24,25 80:2
220:3
**analyzing** 23:21
24:3,9 25:3 164:15
167:14 169:6 177:8

**ancillary** 230:19
232:5
**andrew** 56:9
**andy** 183:13,16
**angelone** 5:4
**annual** 39:24 57:8
87:19 109:6,11
139:17 142:17
144:14,20 258:13
**answer** 13:15 16:15
23:19 32:8,20 33:25
41:5,24 46:15,21,22
47:1,5,10,12 54:23
55:3 66:10,15 67:25
68:10,16,18 71:19
75:5,11,15 76:2,15
78:2,15 83:1 84:7
87:9 97:23 100:9
121:16 132:15
133:9 139:15
154:19 162:8
186:19 188:20
197:16 199:8
200:20 207:17,19
207:21,23 208:8
209:24 210:5,11
213:1 214:5 216:14
221:14 227:19
230:7 233:5 234:5
235:5,24 238:12
**answered** 68:10
**answering** 130:13
**answers** 62:8
**anthony** 6:1 123:4
**antithetical** 199:17
**antonio** 2:8
**anyone's** 122:24
**apart** 28:1
**apologies** 9:19 18:17
75:13 84:9 166:6,24
170:19
**apologize** 30:20
48:17 71:19 146:22
215:16

**apparent** 35:1
249:19
**appear** 33:2 56:19
249:14 250:8 251:8
264:20
**appearance** 62:11
**appears** 42:22 57:7
86:11 156:6 190:5
190:11 234:24
252:10
**appendices** 58:6
**apple** 239:17,18,21
239:23
**apple's** 239:22
**appliance** 1:10 5:11
23:21 25:1,14,23,24
26:8 28:3 33:3,8
34:9,14,16 38:24
86:25 92:20 106:24
114:17
**appliances** 24:5
25:17,22 27:11 29:1
29:9 30:1,24 33:1
33:13 34:8 35:3,5
36:22 37:13 39:6,14
39:18 41:20 43:1
44:10,13,17,18 45:3
50:1,21 93:5,12
105:13 106:8
176:25 179:2,6,16
193:5
**applicable** 32:16
42:25 50:16,20
152:23 164:14
199:4,11
**application** 13:23
14:15 202:22 225:6
**applied** 12:15 14:9
35:3 36:22 80:22
81:9 82:21 83:12
95:14 165:1 167:4
194:18,22 221:13
231:13
**apply** 34:14 37:13
39:5 43:20 79:18,24

82:7 90:19 105:11
106:7,11 134:17
167:10
**appointed** 123:3
**appreciable** 171:4
**appreciate** 101:16
119:12
**approach** 34:24
37:8 70:19 71:15,15
71:24,25 72:4,7,10
72:13,15,20,20,23
72:24 73:25 76:9,10
76:25 84:11 178:23
**approaches** 71:21
73:3
**appropriate** 45:1
78:16 79:6 89:7
93:19 98:19,21
111:9,23 116:17
119:8,14,16 120:4
127:2 132:14,16
133:8 146:9 189:21
202:23 234:25
248:16 251:21
258:24,25
**appropriately** 90:19
134:4
**approval** 17:22 99:9
**approved** 127:5
260:13
**approves** 164:9
**approximately** 4:21
47:20,23 80:7 83:22
84:3 130:23 131:2
131:20,25 149:15
152:12,16,19
154:13 161:5,12
185:4 205:9 218:21
219:1 246:19 247:1
255:12 256:7 259:7
267:15
**april** 1:18 4:20
83:24 84:5 161:8,15
246:22 247:4
267:17 268:22

269:2 270:4
**area** 24:18
**arguendo** 242:11
**argument** 242:16,19
**arguments** 242:15
243:13
**arrive** 51:4 72:3
147:19 148:24
149:2 150:7 151:8
152:15 187:7
253:15 255:11
259:7
**arrived** 137:21
152:11
**arrow** 263:23
**article** 18:5 221:16
222:1,5,9
**articles** 16:5,7 18:7
19:22,25 20:3 146:7
146:24 215:2
221:15,21 222:11
**asemap** 10:11 18:14
220:6,12,14,20,24
221:1,10,20 222:14
222:16,18 229:5,8
230:8,21
**aside** 131:10 252:7
**asked** 16:11 17:22
26:20 53:17 57:20
57:21 59:24 67:8
68:13,20,23 130:11
169:2 185:16,17
189:13 203:13
251:11 260:16
**asking** 26:14 30:17
36:4 124:16,23,25
127:24 190:24
202:6 224:15 245:3
**asks** 127:18
**aspasia** 5:7
**aspects** 48:6,7
**assert** 126:22
**asserting** 202:5
**assign** 233:17 234:1

**assigned** 83:4
**assigning** 235:8
**assignment** 45:22
76:14,19 105:8
113:22 244:22
**assist** 54:12,21
56:17 118:19 142:6
**assisted** 54:24 56:15
**associated** 13:25
253:13
**association** 155:25
157:13,16 158:6
159:14 160:8
**assume** 20:1 40:15
44:11 95:10 111:24
157:24 181:15
223:14 242:11
**assumed** 144:22
**assumes** 257:13
**assuming** 95:3
107:10
**assumption** 94:20
95:11 107:16 145:1
157:11 173:10
265:15
**assumptions** 135:5
**atlanta** 240:12
**attach** 269:1
**attached** 168:4
173:13 183:10
189:25 259:2
**attachment** 207:6
**attachments** 86:14
**attempted** 201:8
**attend** 7:18
**attended** 7:21
**attention** 156:6
**attorney** 62:19,20
268:14,15
**attorneys** 2:6,10,15
5:18 61:21 62:19
**attributable** 74:19
74:23 75:24 78:24
79:8 117:5 162:20
166:22 187:1

234:18
**attribute** 13:25 20:9
20:17,25 73:8,12
74:8,10,13,23 79:9
171:1 228:10,14
230:9 233:6,9,18
234:2,14,15 235:9
235:24 236:1,5,7
245:20,23 246:3,5
**attributed** 14:8
121:4
**attributes** 14:5,18
219:25 231:25
232:2,22 233:10,15
233:16,24 234:1,9
235:8 236:8 238:7
**audit** 90:5,10,24
91:7 103:20 108:2
135:25 137:5
140:14
**august** 247:8
**author** 172:13,18
173:4
**authors** 221:23
**availability** 114:25
115:9 116:12
**available** 46:20 53:6
73:1 75:20 110:10
125:14 142:21
172:10 194:15
207:12 238:7,9
**ave** 270:1
**avenue** 1:18 2:4
4:24 269:22
**average** 25:13 26:12
42:5 61:3 80:2,7,14
80:19,21,23 98:5
141:22 142:11
145:21 147:24
149:7 157:23
158:16,17,18,22
159:6 169:13
170:22,22 185:2
193:14 194:1 197:7
205:10 229:25

237:10 245:15
253:19
**avoids**   72:7
**awaiting**   17:21
**award**   3:18 82:25
83:15 133:6 134:20
174:16 176:22
**aware**   27:15,20 36:5
40:1 41:24 48:10,13
90:10 102:7 114:15
114:19,20 141:10
143:2 154:5 171:9
191:11 201:14
205:17 212:17
213:11 214:19,23
215:12 217:12
220:10 222:15,17
225:10,19 230:12
244:10 248:14
251:12 264:9

**b**

**b**   1:15 3:5,10,11 4:1
5:17 6:7 79:17 84:5
161:7,14 243:19
246:22 247:3
248:24 267:16
269:1 270:9
**b's**   72:2
**back**   26:25 43:23
47:25 60:14 61:2
65:24 66:1 67:17
70:10 77:3 80:9
84:9 85:23 89:21
94:9 96:16 99:24
100:1 101:5,24
103:6 104:15,22
105:19 113:11
114:14 115:2,6,7
129:14 131:3,11
132:1 136:7,25
137:24 140:4
143:18 144:1
147:20 152:3 153:9
155:16 156:13,14

157:11,19 159:11
161:11 166:18
172:24 185:18,21
187:21 200:23
206:18 207:24
208:10 210:5
211:14,17 219:2,22
221:21 222:19
226:6 230:23
233:19,22 235:6
243:14 244:6
245:25 246:24
256:17 264:17
270:19
**background**   7:14
9:1 17:4 23:21,25
24:8,25 27:4,23
28:20 55:8 56:17
146:13 193:4
225:16
**baker**   5:4
**ballpark**   80:9
**bar**   170:6
**base**   32:22 33:20
53:3 160:17,20
172:5 205:13
208:17
**based**   34:13 38:3,12
42:9 49:3,11 76:2,7
81:5,25 85:11 96:24
109:23 115:21
121:17 130:6
139:12 140:10
145:2,3,3 155:19
166:16 169:25
172:7,8 180:9
187:25 193:7
204:21,22,25
208:18 229:14
233:3 262:23 267:4
**basic**   160:3 164:16
234:24 251:6
**basically**   13:12
140:3 187:8

**basics**   8:25
**basing**   173:9
**basis**   45:14 58:2
106:6 109:11,12,13
126:23 127:23
128:8 144:15 156:1
158:14 159:13
185:5 197:9 251:4
**bates**   35:16 36:14
131:8 135:3 165:16
174:21 177:2
178:12 180:22,23
182:7 190:2 247:21
248:7,21
**bear**   28:21 31:11
108:21
**bearing**   71:3 117:15
194:6
**beginning**   17:18
37:23 189:25
**behalf**   5:7 64:24
65:1 67:6 243:17
**behavior**   48:8 77:24
**belief**   42:4
**believe**   9:17 12:25
16:10,20 17:4 23:5
30:14 33:4 34:23
35:12,17 36:17 39:3
40:10,13 41:21 42:7
42:17 44:5 45:13
46:13,19 47:11 51:9
52:25 57:24 67:23
76:20 78:15 79:13
80:6 82:1 84:10
86:2 87:21 89:11,21
93:5 96:3 99:12
101:7 104:5 109:22
113:17 119:15
122:7,14 123:4,19
125:19,21 126:12
126:15,22 127:9
132:15 133:16
135:2,23 139:24
142:8 143:15 145:4
146:2 147:13

148:16 150:1
152:25 154:15
155:7 158:12 159:1
159:6 161:22
164:24,25 165:17
165:19 166:1,7,19
167:7,19 168:4,12
168:22 169:24
170:12,21 171:25
172:8 173:12
181:18 183:1
184:14 187:25
198:2,16 199:13
203:1 204:9 205:3
208:5,21 211:23
217:21 223:13
224:4 227:19
228:11,15 234:16
236:9 238:4,18
240:10 243:11
250:6,24 252:16
262:19 263:21
**believed**   164:23
262:16
**believes**   176:23
**believing**   42:15
**belong**   96:5,7
**benefits**   114:16
**best**   46:19 70:22
88:5 102:18 111:14
112:9 120:5 122:7
135:19 153:10
159:22 166:11,15
166:17 220:16
222:25 252:1
**better**   28:3 53:8
78:14 102:21
205:16 216:11
217:24
**beyer**   5:5
**beyond**   16:14 27:6
97:10 105:7 127:6
133:24 190:20
**bias**   19:7,8,12,14,18
19:23 215:10

biased   18:21 19:3
biases   19:10
big   103:16
bigger   22:12
billed   59:18
billing   58:11
bills   114:5 128:9,9
128:10
binary   110:22 111:3
111:12,25 112:8
113:24 115:18
bio   218:13
bit   15:11 52:14
71:14 117:21 123:2
123:21 173:12
204:14 221:4 242:1
249:23 263:9
black   263:9
blanks   156:25
blend   153:15,20
blended   141:22
153:16
bodies   218:6
bolsters   252:5
book   221:19
bookkeeper   56:11
books   19:22 20:1,3
146:7
borne   74:21 256:7
boston   270:6
bottom   138:16
270:16
bottoms   71:25 72:3
72:13,20 76:9
bought   128:4,16
130:10
box   138:9,10,12,14
139:3 157:22,23
boy   86:1 138:3
245:24
brain   35:14
brand   201:12
brazil   227:18
break   7:10 39:20
83:16 119:11

122:12 130:12,14
161:2 218:13,17
246:18
breakdown   63:8
brian   5:4
brief   47:22 84:1
130:25 131:23
161:10 218:24
246:23
briefly   7:17 117:20
117:22 161:23
256:14
bright   23:5
bring   28:21 31:11
184:14
brings   164:16
broad   8:15 13:20
14:2,14 27:9 30:11
34:13 37:13 39:16
41:20 43:1,1 44:17
69:25 71:20 75:5
77:17 100:21
106:12 108:19
192:25
broadened   55:5
broader   50:22,24
54:17
broadly   80:25
105:11
broke   131:14 135:1
brought   88:23 125:7
build   201:12
built   221:10
bulk   167:10
bullet   169:9 260:11
261:5
bursor   1:17 2:3 4:23
5:25 59:14 61:2
123:2
bursor.com   2:5
business   8:1,2,8,11
11:9,13 16:6,15
18:6 172:5,7,11
220:11,13 240:15
240:16

businesses   62:2
buy   112:4 113:19
114:3 128:15 180:8
216:19 217:7
buying   35:5 128:6

**c**

c   2:1 268:2,2 269:22
c's   72:2
calculate   46:14
68:19 71:24 76:17
76:20 80:22 85:3
95:8 103:7 105:8
108:16 111:9
119:10 120:24
125:8 126:3 136:10
137:5 139:25
153:16 154:18
160:10 195:12
202:2 226:22,23
231:24 232:21
253:21 255:19
calculated   52:18
57:12 67:1,9 68:15
68:23 69:2 70:7
73:12 80:6 81:2
98:11 103:2 113:1
118:25 130:6 133:1
136:15 138:15
142:17 159:16
167:20 185:3 187:9
187:15 189:22
231:11 232:19
253:18,23
calculates   205:24
229:18 253:13
257:12
calculating   52:21
53:2,11 65:16 74:10
76:11 116:10 121:3
140:4
calculation   25:5,6
57:3,8,9,11 65:18
68:3 70:24 71:3,10
72:5,9 76:24 77:6

77:11,12 78:17
80:13 81:8 82:17
83:9 84:21 88:4,8
91:25 102:17
103:16 105:16
108:18 109:5
112:20 113:16
114:11 117:16
137:18 138:8
149:14,21 150:10
152:8 154:1,9 155:8
158:21,25 159:17
159:19 160:22
163:9 164:4 166:14
169:25 170:2,5
186:25 187:6 206:5
236:16 241:8
254:12,19 256:6
257:10 259:14
calculations   12:24
13:2 56:18 57:1,6
57:13 58:4,7 60:2
72:18 95:16 107:21
113:3 127:9,10
129:15 135:6,7
149:23 151:7,11
153:2,6,13 193:6
232:7 244:24
252:25 259:21,25
calculator   56:21
149:12 154:16
155:2
california   34:10
62:18 270:17
call   11:21 79:20
118:18
called   59:9 68:8
86:13 126:14
canada   189:5
capable   67:15,21
68:11
capacity   49:2 62:23
89:7,14,17,19 90:2
90:5,8,15 91:1,7,14
102:24 103:8,11,15

[capacity - changes]                                                                                          Page 8

103:22,25 136:1,6
138:17,20,24
139:21 141:2 148:7
148:8 248:17,23
249:8,12,13,18,23
250:7,19 251:7
260:24 261:6,15
262:4,14 264:14,18
265:5,6,12,16,25
266:5,11,13 267:6
**caps**  10:11
**caption**  5:2 261:22
261:25
**captioned**  268:8,12
**capture**  51:10 199:3
199:5
**captured**  199:10
**care**  48:22
**cared**  164:21
**career**  14:20 65:21
66:3
**careful**  54:25
**carried**  15:21,25
17:13
**carries**  197:22
**case**  5:3,13,15 7:16
8:24 9:12 14:7 22:8
27:4,22 28:9,13
29:12,13,18,25
30:17,17 31:11
38:23 39:12 41:12
41:25 42:16 43:5
45:22 46:6 48:4,9
51:22 52:9,13,15,18
52:25 53:11 56:16
58:12 59:1,2 60:19
60:25 67:14 69:23
70:4,14 72:14,17,21
73:13,15,16,18
74:19 75:8,16 76:12
76:18 77:4,9,22
78:9 79:10,14,16
80:3,11 81:1 82:6
84:11,19 87:22,24
88:1 89:25 90:5,11

90:16,25 91:6,14
93:16 94:7,15 96:17
98:18 101:12
103:20 104:25
105:2,9,17 107:2,6
107:8 108:3 110:21
111:2,15 112:24
114:2,10 116:18
117:6,7,14 118:10
118:12,19 119:8,14
119:17,21,24 120:1
120:4,7,9,18 121:1
121:6,18,21 122:4
122:22 123:11,16
123:19 124:1,3,7,21
125:2,4,9,22,25
126:4,13 127:14
132:17 137:7,16
140:20 145:15
146:11 149:13
150:24 151:11
157:4 167:2,21
168:15 174:5
180:13 185:4
194:12,23 197:20
197:21 201:7,22
204:24 205:2,10,14
205:20 209:3 211:9
211:18 212:6,14
213:11 223:11
224:11,13 227:12
227:25 228:6
229:16,18,20 231:9
231:14 232:9,10
234:22 235:13
240:1,12,16,25
241:23 243:12
244:23 247:25
251:25 252:6
265:15,20 266:20
270:7
**cases**  7:15 27:6,21
28:1 39:13 58:23
60:15 61:5,7 62:10
62:10 66:8,24 68:15

68:15,17,18,21
72:23 117:25
119:18 120:10
158:13 235:22
239:13 242:15
**cash**  117:9
**catalogues**  202:11
**catching**  122:25
**categories**  126:8,11
**categorize**  27:12
**category**  69:25
106:9 170:10
186:11,12 192:25
**cause**  4:15 57:19
69:20 229:13
**caused**  115:23 244:2
245:21 251:18
**causes**  127:6 133:11
**caution**  54:22 66:7
75:18
**cautious**  158:11
**caveat**  102:22
**cc**  270:25
**ccr**  1:16 268:20
269:21
**cedric**  2:12 6:3 9:17
270:25
**cell**  138:18
**cellphones**  4:14
**centennial**  14:9 52:8
81:4 93:8 94:7
95:15 113:1 226:20
228:22 237:24
265:19,22 266:2
**center**  1:8 5:8
**centers**  1:10 5:12
**cents**  109:16 253:19
253:24
**cerria**  2:17 4:18
**certain**  22:13,14
48:11 78:24 92:17
120:15 137:2 150:1
220:4 225:17
227:13,16 233:10

**certainly**  25:2 31:18
37:22 91:17 130:12
134:19 159:18
166:21 186:8
229:13 262:24
**certainty**  29:17
60:12 64:21 221:24
**certification**  27:17
28:19 29:10 34:7
57:25 84:23 85:13
85:22 93:14,20 97:9
105:10 108:24
111:12,18,21
112:17 113:25
114:22 127:18
129:9,19 241:18
248:18 249:20
**certified**  78:1 85:11
94:23 95:19,21
100:15 101:7
107:20 115:25
116:1,22 128:7
129:2,20 130:1
133:21 134:5 162:4
193:11 197:5 268:4
268:5
**certify**  93:17 268:6
268:13
**challenged**  43:25
**change**  44:14 76:10
91:24,25 95:17
96:10,13 98:15
99:20 100:3,12
104:25 107:19,21
116:1 166:23 240:3
254:18 258:24,25
265:5,16,24 267:2
269:5,9 270:15,16
**changed**  50:10
58:10 97:11 100:17
121:5 123:10 138:9
164:2,18 258:22
265:6
**changes**  97:6 167:16
265:9 270:14

**characteristic** 78:25
**characteristics** 94:6
**characterization**
  9:25 31:17 47:4
  55:18 79:23 88:14
  106:5 116:16 144:8
  187:12 212:1
**characterize** 55:20
  219:5 237:16
**characterized** 186:1
  209:21 228:25
  229:9
**charge** 160:17,18,21
  160:21 197:25
  198:4
**charged** 129:22,24
  162:19 200:1
  241:12 245:22
  246:6
**charlene** 1:4 5:3
**charles** 5:5
**chart** 156:13
**check** 19:10,12
  149:25 154:16
**checked** 124:19
**checks** 234:23
**cherrypicked**
  209:23
**choice** 262:17
**choices** 219:25
  224:24
**choose** 72:6 83:14
**choosing** 14:4 122:5
**chose** 115:12 134:16
**chosen** 49:22
**christy** 5:7
**circle** 86:3
**circles** 51:17
**circulars** 207:11
  209:6,16 212:23
  213:3 237:23
**circulate** 172:4
**circumstances** 23:8
  58:22 71:23 74:14
  105:15 120:15

  125:13 134:17
  231:14
**citation** 237:18
**cite** 35:18 38:15
  135:8,11 174:25
  175:4 177:3,13
  178:2,22 180:23
  181:2 182:11,16
  189:15,20 190:1
  229:21 238:21
**cited** 37:10 131:9
  135:17 137:3
  173:25 174:10
  178:13 191:13
  193:3 208:20 209:2
  209:14,15,16
  221:16 238:13
**cites** 222:5
**city** 4:25
**civil** 1:5
**claim** 132:25
**claimed** 85:19
**claims** 33:3 71:2
  94:5 127:1 133:11
**clarification** 63:4
  232:4
**clarify** 27:19 57:5
  58:18 67:6 68:6
  76:16 95:2 123:17
  132:11 170:14
  190:12 218:5
**clarifying** 54:12
**clarity** 15:11 208:9
**class** 8:15 41:17
  42:5 44:25 45:3,14
  45:17,18,24 46:5,14
  46:18 48:4,9 50:3
  50:14 51:19 52:18
  53:2 57:22,25 63:14
  63:17 65:8,13,16,23
  66:5,21,25 67:3,7
  67:14,15,21 68:3,4
  68:7,9,14,20,22
  69:1,7,14,17,20
  70:6,16,18,23 71:4

  71:6,10,16,17 72:1
  72:1,2,10,11,25
  74:7 75:1 76:10,12
  76:20,22,24 79:25
  82:21 95:19,20
  98:22 105:9,12,16
  106:6 107:23,25
  112:14 116:3,19,20
  126:16,23 127:13
  127:17,19 128:1,12
  128:13,20 129:6
  133:17 134:9
  153:24 157:5 162:2
  162:7,10,19 164:7
  164:24 165:2,5
  167:21,23 194:15
  194:21 204:22
  205:22,25 225:12
  226:3,19 227:7,11
  227:21 228:21
  240:4 241:16
**classes** 10:22,22,23
  10:23 11:11 16:8
  17:25
**classic** 225:6
**clean** 7:16 132:10
**clear** 26:9 35:2
  36:20 60:7 71:20
  135:11 204:10
  208:4 258:12
**clearly** 179:7 190:16
  238:22
**clerical** 252:14
  254:11,17 255:17
  256:1 258:22
  259:19
**client** 63:19 67:4
  69:10
**clients** 15:15 59:7
  62:22,22
**close** 25:22 108:9
  110:17 113:4
**closed** 27:1
**closer** 185:6,14,22

**cloth** 266:7,15,21,24
  267:2
**clothes** 27:5,24 28:5
  28:8,11,15,17,19,23
  29:15,24 30:3,8,15
  30:18,23 31:4,7,14
  32:3,10,12 33:15,19
  35:7 37:19 39:25
  41:3,8 43:5,7,15,21
  44:1,2,3,8,8,20 45:8
  46:12 47:10 50:9
  51:11 79:17,18 80:3
  80:12 85:6 88:23
  89:1,14,19 90:6,11
  90:15 92:16 93:1,9
  93:16,23 94:1,15
  95:5 96:10,20 97:16
  97:19,24 100:15
  101:6,12 102:4
  103:23 104:11,19
  106:15 107:3,11
  108:3,9 109:14
  112:21 113:5,14,19
  113:20 114:4
  128:15 129:22
  130:4 137:6,16
  140:13 166:4,8,9
  169:11,12,12 170:7
  170:7,25 171:7,10
  171:11,20,21
  182:17,20,22
  183:19 185:3,7,8,23
  185:24 186:3,7,9,11
  186:13,14 190:7
  192:2,6,11 193:15
  193:17 194:12,23
  197:8 198:4,21
  199:21 200:4,11,16
  200:21,25 201:5,7
  201:11,24 202:12
  203:15,22 205:8
  213:10 214:11,18
  216:10 217:1
  226:15 227:1,24
  228:5 229:25 230:5

[clothes - conjoint]                                                    Page 10

231:8,16 234:9,10
235:12 237:24
238:5 240:24
241:12 244:2,3,4,8
262:4,8 264:19
266:16,21,25 267:3
267:10
**code**  220:15,17,19
220:21 221:6
**cohen**  5:6
**colin**  1:15 3:5,11 4:1
5:17 6:7 83:24 84:5
161:7,14 246:22
247:3 267:16 269:1
270:9
**collateral**  99:18
**collect**  17:23 246:18
**collected**  12:23
**collecting**  17:2
**college**  7:18,21
10:14
**colorado**  2:14
**column**  109:1,2
144:16 151:9
155:13 252:16,17
252:22 254:4,7,9,15
254:25 256:2,25
258:2,21 259:10
**columns**  143:21
**come**  40:25 43:23
74:15 131:11
136:12 156:15
158:4 165:25
168:18 203:7
**comes**  63:24 135:22
156:17 176:5
**comfort**  12:14
150:11
**comfortable**  16:17
25:3,12 81:5 133:6
167:9
**coming**  120:20
172:19 173:17
**commence**  28:22

**commencing**  1:19
**comment**  71:21
**comments**  242:21
251:22
**commission**  62:18
251:12
**commissioned**
247:24 249:7
**common**  13:23
14:11,15 221:6
233:12
**commonly**  118:23
**communicated**
88:19
**company**  25:7 55:24
56:8,9 172:4 202:15
240:8,13
**comparable**  170:25
201:4,6,6,9
**compare**  196:16
239:20
**compared**  244:4
**comparing**  110:15
162:14,15 170:24
171:13
**comparison**  16:25
17:3 110:12 130:4
**compelling**  242:19
**compensate**  128:20
128:25
**compensated**
128:12
**competition**  245:20
246:4,7
**competitive**  199:21
200:4,8 207:13,14
209:16 212:25
213:5
**competitor**  212:24
213:4,12,15
**competitors**  208:2
**compilation**  3:22
182:2
**complaint**  133:12
207:2 209:3,15

213:19 214:1,9,16
**complete**  75:15
**completely**  135:10
**compliant**  112:5
250:25
**complicated**  24:21
**component**  151:13
**components**  143:9
**comport**  127:10
234:25
**compound**  142:17
144:13,20
**computer**  54:5
121:11 149:13
**concede**  150:21
151:1
**conceivable**  167:15
**concentration**  11:5
11:8
**concept**  217:12
242:14
**concepts**  11:9
**concern**  229:14
252:3
**concerned**  122:24
**concerning**  253:9
**concert**  178:25
242:13
**conclude**  249:20
250:24
**concluded**  154:2
188:8
**conclusion**  38:12
90:4 189:20 216:8
252:5
**conclusions**  178:11
214:20
**condition**  112:8
216:20
**conditions**  200:8
239:15
**conduct**  24:12 29:14
31:1 32:13 36:17
44:19 45:7,23 46:5
46:11 47:8 89:16,19

111:7 112:2 116:4
116:21 117:18
129:17 143:2 162:3
162:11 199:15
203:12 228:21
245:12
**conducted**  13:11
14:19,24 15:7 21:3
24:14 27:9 28:2,10
39:3 44:12 90:10,24
92:20 93:19 94:11
101:11 113:22
181:16 190:13
199:15 205:17
217:16,18 266:7
**conducting**  21:14,21
71:11 140:8 240:22
250:13
**conducts**  40:22 93:4
**confer**  36:7
**confident**  64:18
**confidentiality**  66:9
122:16 123:8
**confidently**  53:19
**configurations**
265:24
**confirm**  222:10
**confirmed**  238:16
**confirming**  164:22
202:21
**conflict**  59:10 63:22
242:20 243:1
**conflicts**  243:19
**conform**  153:20
157:5
**confuse**  239:10
**confused**  111:22
194:7
**congratulations**  7:2
**congress**  40:13
**conjoint**  10:9,10
11:12 12:10 13:17
13:18,19,20 14:1,11
14:20,24 15:4,6,14
15:17,18,24 16:5,9

16:12,17 18:16,17
18:18,20 19:2 20:16
20:24 74:17 79:3,7
118:19,23 119:7,13
120:12 121:24
125:15 219:11,13
219:17,20,23
224:14,19 225:6
227:4 229:5,9
**connected** 268:16
**connection** 33:8
245:3,4
**conservative** 85:20
241:10 249:17
250:14 251:20,24
252:6 262:17
**consider** 12:8 17:8
28:19 53:7 57:21
83:7 85:18 116:5,6
116:13 125:24
192:23
**considerably** 60:17
**consideration** 29:3
76:14 82:16 114:9
125:11 127:21
156:11 188:12
195:17 213:20
**considerations**
208:22 236:13
237:21 238:24
**considered** 23:4
36:12 43:18 143:17
160:25 188:3,4,5
206:3 207:6,25
208:15 209:1,9
210:3,9,16,21
212:17,18 214:14
214:22 236:14
238:2,13,15,17,23
239:1
**considering** 27:13
186:7 238:8
**considers** 188:3
**consistent** 145:23
260:12

**constant** 104:6
**construct** 74:25
**constructing** 73:14
**construe** 46:24
159:15
**consult** 146:6
**consultant** 61:20
**consulting** 62:1
**consultive** 24:2
**consume** 89:1,4
**consumed** 103:9,10
**consumer** 17:3 20:7
20:9,17 21:3,14,22
32:3,16 33:16 34:9
34:15 37:1,20 44:21
45:8,19 73:19 79:16
79:17 86:19 87:6,11
87:13 98:5,25 99:1
105:2,3,22,24 112:3
116:14 159:13
188:25 196:23
231:15
**consumer's** 98:14
**consumers** 32:21
33:9,11,12,18 34:5
34:10,13 35:4,23
36:23 37:15 38:7
39:6,17 42:9 43:2
44:17 46:12,18 47:9
50:9 51:11,15 77:23
78:3,12 79:19 92:19
98:18 106:10,12,22
108:20 111:20
114:12 117:7,17
128:25 129:16,18
129:24 130:8
132:18 133:23
179:1,11 180:1,14
193:20 194:4 195:5
195:10,13,20
196:13 203:11,25
204:11 224:16
228:9 234:15
237:25 238:7
241:23 242:3,4,6

243:13 245:10,13
245:15 246:10
**consumption** 32:2
43:5,7 44:20 88:11
88:18 90:3 101:12
101:18,21,25 102:3
103:5,22 109:24
136:2 153:21 267:3
**consumptions** 265:3
**contacted** 53:13,18
**contain** 86:6 87:3
171:22 238:4
**contained** 13:4,9
89:9,12 129:23
159:17 160:2,9,10
170:1 175:15
238:11
**contains** 153:3
176:14 190:6
252:18
**content** 54:25
**contents** 36:17
180:10
**context** 11:22,22
21:18,21 28:9 35:20
77:15,20 84:19
121:14 173:12
174:4 176:20 177:2
180:12 197:1,2
214:25 215:3 229:3
229:8 230:6 231:7
231:22 254:16
260:17
**contextual** 189:14
**contingent** 10:4,6
11:14,17,20 12:9
13:17 16:20,22,23
17:1,6,9,13,16,21
18:1,5,9,12 19:2
20:6,11,12 118:18
118:22 119:7,13
120:13 121:25
122:5,6 125:15
203:9 214:24 215:4
215:6

**continue** 4:16
128:10 144:24
208:7 218:13
**continued** 128:8
191:7
**continuing** 250:21
**continuously** 11:1
**contractor** 90:24
91:6,13
**contractually** 58:25
**contradict** 177:17
**contrast** 71:23
**control** 197:24
230:19 232:5
233:14,23
**controlled** 205:18
237:13
**controlling** 233:10
235:24 236:8
**controls** 205:21
**conventional** 128:16
**conversation** 132:12
142:24
**conversations** 4:13
69:9,12 116:16
118:13,14 216:17
221:11
**convert** 31:7
**convoluted** 246:1
**copy** 9:11,13,15,18
121:8 138:4,6
150:19 165:20
181:13 247:14
263:8
**core** 51:24 58:9
**corporate** 4:19
220:12
**corporation** 1:8,9
3:17 5:9 174:15
177:8 270:7
**corporation's** 176:6
**correct** 6:15 10:12
10:13 15:21,22
18:10,23 19:5,24
25:10 31:15 41:21

45:11,13,19,20 46:1
55:22 58:13,15 60:6
61:21 67:23 73:9
76:19 78:6 80:4,5
81:19,24 82:6 86:6
89:23 90:1,5,8
101:19,22 103:18
106:16 110:5 111:4
111:11,18 115:10
124:8 136:3 138:19
141:5 142:13,14
146:1,4 148:18
150:2 154:11,15
155:8 162:21
164:20 173:23
175:21 178:7
181:18 194:24
197:8,13 198:15
199:2,7 205:11
216:3 219:7,8 227:7
232:2 241:15
246:14 248:4
249:25 250:4,5,9,10
252:22 253:2 254:6
254:17 255:14,19
255:20 256:3,4,8,13
257:7 258:23 259:7
259:8,11,12,15
260:1,2 262:5
268:10
**corrections**  270:14
**correctly**  12:24
90:14 240:22 259:1
**correspond**  159:5
**correspondence**
173:13
**cost**  139:5 177:14
253:20
**costs**  87:19 141:11
142:7,12 182:22
**counsel**  5:2 55:12,18
55:21 60:19,24 61:8
61:14 63:24 123:3
268:14,16

**counselor**  264:16
**count**  118:7 210:23
**counter**  177:16
**counterfactual**
240:23 241:5 243:6
243:11
**counterparts**  177:15
**counting**  81:16
**countries**  225:21,25
226:9
**country**  227:22
239:5,9
**couple**  15:15 54:12
62:7 70:9
**course**  11:5,15
20:23 65:21 66:3
188:14
**court**  1:1 5:14 15:25
17:21 95:18 107:22
131:7 134:8 135:1
164:9 165:11
174:20 177:23
180:21 182:6 247:5
268:5 269:7,22
**courts**  12:11
**cover**  7:16 249:3
**covered**  7:15 11:9
20:2 69:18 117:20
**created**  181:23
192:15
**creation**  55:6 205:5
**credentials**  12:8
**credits**  114:19
**criticism**  222:17
**criticisms**  222:13,15
**critiquing**  214:24
**crr**  1:16 268:20
269:21
**cs2236911**  269:2
**cubic**  91:2
**culling**  223:17,19,25
**cum**  8:7
**cumulative**  54:8
148:23 253:19

**current**  11:2 58:20
59:4 159:12 176:24
249:1
**currently**  55:21
123:5
**curves**  211:12,22,25
**customer**  59:15
99:18
**customers**  245:22
**cut**  138:4 250:2
**cutoff**  96:19 97:5,13
98:6
**cv**  1:6 5:16
**cvm**  10:5 74:17
**cycle**  25:23 104:12
104:18 138:19
139:4,7 140:11,17
148:9,11 151:14
**cycles**  39:24,25
40:15 41:13 42:1,5
48:5 139:10 148:12

**d**

**d**  2:12 3:2
**damage**  51:24 72:16
84:21 88:7 92:23
98:22 115:23
116:17,18 126:15
127:8,10 148:23
157:4 241:8 244:11
244:24
**damages**  27:8 44:25
45:17 46:9,14 51:22
52:13,18,20,22 53:3
53:4,11 65:9,17,19
65:23 66:5,21,25
67:3,8,14,21 68:3,4
68:9,14,20,23 69:1
69:7,14,17,20 70:5
70:6,15,16,18,20,21
70:23,24 71:4,5,10
71:11,13,18,24 72:1
72:2,3,10,25 73:2
73:15,23 74:8,25
76:4,11,18,20,21,22

76:23,24 77:2,5,10
78:8,9,16 81:12
82:8,17,22 84:11,20
85:3,18 88:4 95:9
98:10 105:9,16
107:15 108:16,18
109:6 110:1 111:5,6
111:10,19,24,25
112:2,11 113:16
114:2,12 116:4,10
126:4,5,7,9,11,20
127:2,14,19,20
128:3,19,25 132:4,5
132:7,18 133:4
134:10,23 135:4
143:16 148:25
150:24 151:8
153:17 157:2
160:22 161:19,21
162:17 163:14,20
163:25 164:16
194:15 239:2 241:4
252:6 253:10,13
254:1,19 255:12,18
255:22 256:6
257:11 259:10,15
259:20,23
**data**  12:23 17:2,23
25:15 26:2,4,5
36:12 62:1 73:1
75:2,8,17,20 76:3,5
107:25 110:14
135:7,25 136:20
142:20 145:3
146:15 147:6
153:22 155:20
156:13,14,16,22,24
157:1,10,12 158:12
159:21 169:25
171:25 172:1,18
173:4,8 174:7,10
175:15 176:4,14
185:11 186:18
198:12,14 202:10
202:16 204:23

[data - derived]                                                                    Page 13

205:1,13 207:11
209:5 212:22 213:2
220:2 231:24
237:22 245:5,12
247:24 248:2
252:17
**datasets**  13:1
**date**  4:19 29:2,17
50:15 156:17 169:8
175:10 184:6,11,13
261:3 269:2,7,21
270:9
**dated**  3:11,14 4:1,8
183:6 268:22
**dates**  61:2
**day**  10:19,22 37:12
41:8 56:2 69:3
**days**  54:8,9 60:1,9
270:20
**dear**  270:10
**december**  3:11,14
4:2,8 57:16
**decertification**  34:7
**decertify**  93:7
**decide**  40:7 234:10
**decided**  172:3 248:3
**decides**  93:1
**decimal**  81:20
**decimals**  81:16
**decision**  83:14 119:3
134:15 173:7
179:22 249:11
**decisions**  33:12
34:13 172:5,7,11
174:3 220:13
**deckant**  2:3 3:7 5:24
5:24 9:17,21 19:16
30:9 32:5 33:24
35:10 37:2,21 39:10
40:16 41:14 45:9
47:2 49:9 54:22
66:7 69:22 75:10
83:2,19 86:21 87:4
88:12 91:8,16 94:16
98:7,16 100:7,25

105:6 106:3 117:11
122:11 123:1
124:13,22 130:17
130:19 131:19
172:22 184:1
187:10,17,20
188:10,19,22
191:20 198:22
207:16 208:9 214:4
214:7 246:13 247:5
247:13 260:3,9,16
262:9,22 264:4
265:17 266:9
270:25
**declaration**  3:11,12
3:14 4:1,4,7 9:12,13
9:15 35:19 36:1
53:18 57:15 60:10
73:4 77:21 96:23
126:9 135:21 137:4
153:5 155:24
166:11 189:20
190:1 206:22
208:23 216:21
223:15 224:3
229:14,21 255:9
259:2
**declarations**  9:24
81:7 237:13
**decrease**  245:23
246:6
**deemed**  240:4
270:21
**defendant**  64:3,5,10
64:12 65:4 194:18
242:12,25 243:16
**defendant's**  77:24
116:4 203:12
**defendants**  1:12
2:15 6:5 63:20
64:14,22,24 65:2
112:1 116:21
117:18 129:17
133:19 162:3,11
228:21

**defense**  5:2
**defer**  60:11 228:7
232:6
**define**  90:7 141:13
201:8 203:20,20
**defined**  84:18
248:25
**definitely**  32:6
64:19 136:5 160:25
196:2 237:2
**definition**  55:5 74:7
86:17
**degree**  10:16 11:1,3
110:16 113:13
**degrees**  111:23
112:10
**deirossi**  110:21
121:18,21 122:14
122:20 123:4,11,16
**deletion**  269:6
**delicate**  104:20
**delivered**  84:13
116:11
**delta**  43:9,10,15
84:12,22 85:3
147:17 148:22
166:1,7 171:4
**demand**  8:19 197:18
207:9 211:6,11,12
211:20,22,25 212:3
212:6 242:13 243:4
**deminus**  22:23
**demonstration**
150:9
**dennis**  3:13 4:5 9:14
9:24 10:3 11:24
12:14 13:5,9,12
74:16 81:6 83:9
113:2 117:23 118:5
118:13 119:9
162:25 164:22
165:3 167:9,18,24
174:11 193:1
198:23 199:18
202:22,25 203:7,8

**defense**
204:5,7 205:3,16,23
206:3,9,22 207:1,25
208:2,15 209:2,9,12
210:4,9,17,21
212:17,19 213:12
214:13,15,16
215:10,16,17
216:12,17 217:16
234:16,20 236:9,23
237:2,5,11 242:5,22
**denver**  2:14
**department**  31:21
62:16,17 93:4 136:5
148:6 169:20 172:3
173:24 174:1
189:23 190:17,19
248:15 249:16
264:13 270:23
**depend**  23:6 266:17
**dependent**  80:13
**depending**  43:2
44:21 79:21 163:5
164:19 167:13
**depends**  21:18
109:6,9 145:10
171:12 197:1
203:19
**deposed**  6:14
**deposition**  1:15 4:22
5:1 35:20 36:11
37:11 62:9 83:23
84:4 110:20 135:22
136:1 161:7,14,20
204:12 208:6
229:15 238:19
246:21 247:3,8
251:10 252:13
253:7 267:16 268:7
269:1 270:9,11
**depot**  1:9 5:9
**derive**  158:15
**derived**  24:7 25:5
135:20 148:20
157:17 158:5 225:8

**describe** 8:8 9:2,5
13:19 71:25 118:11
138:7 144:25
155:12 163:7 203:6
**described** 52:16
70:19 114:20
115:18 139:15
148:23 163:4
243:24
**describing** 84:10
**description** 31:12
63:2 163:6 262:24
**design** 15:3 18:22
19:4,18,23 203:10
205:18 214:20
232:9
**designed** 19:7 26:7
26:18 33:17 34:18
35:8,21 36:3 39:16
41:19 42:8,25 43:20
44:15 49:25 51:14
81:2 105:11 106:21
128:20 195:12
199:3 257:17
**designer** 19:10
**designing** 237:22
**desirability** 189:2
**detail** 28:7 107:14
153:6 173:14
212:15 238:20
253:23
**detailed** 92:21
113:23
**details** 17:20 23:17
24:19 184:23 234:4
**determination**
25:13 29:10 33:1
38:23 42:10 52:17
53:7 65:15 67:8,9
68:16,17,19,22
69:17 82:14 83:5
87:15 88:22 89:6,23
90:13 91:20 93:7
94:13 97:2 106:23
107:10 112:24

120:6 122:3 125:1,4
125:22 127:4
137:25 138:14
143:6 146:3 155:22
160:4 181:17 206:4
231:4 236:15 237:1
239:2,13 242:3,4,5
255:22
**determinations**
242:7
**determine** 13:24
14:7,17 20:7,16
25:17,24 26:11,18
38:17 39:1 48:6
70:20 73:7 78:12,23
82:19 84:12 89:17
89:18,19 97:24
119:16 120:3
124:20 136:6
137:15,17 139:16
140:16 142:10
145:25 146:8
149:22 150:17
155:20 162:18
171:17 174:7
196:22 197:10
200:5 203:10 227:4
228:19 237:25
250:2 260:23
**determined** 42:22
49:6 91:13 95:3
104:6 115:21
140:12 264:15
**determines** 95:22
96:18 253:25
**determining** 44:20
44:24 51:21 70:23
89:13 140:1 146:16
157:4 172:17
**develop** 82:11
125:17 226:18,24
**developed** 69:1
174:11
**developing** 158:20

**development** 8:12
118:16
**deviation** 252:2
**diameter** 249:2
263:22
**dictates** 133:7
**differ** 44:21
**difference** 32:1 57:8
82:4,8,9 109:6,10
148:22 150:13
160:20 170:13
171:1 187:25 194:8
253:18 255:21,22
258:14
**different** 26:14
33:15 52:5 53:6
57:14 73:22 75:23
79:20 90:25 104:19
111:7,8 112:2 126:3
133:10 140:24
147:6 148:20
154:21,22 162:23
164:19 195:2
214:12 215:8
229:16 233:6 238:9
239:11,15,25
240:16,18 242:23
265:2,2,3,4 266:5
266:24
**differentiate** 160:17
**differentiated**
197:22
**differentiator**
179:13
**difficult** 218:8
**digit** 159:9
**diminishes** 224:17
**diminution** 74:4
**direct** 22:21 33:8
49:1 77:24 88:7
111:20 116:20
117:18 194:17,22
212:2 220:2
**directly** 32:16 40:11
62:22,25 89:12

103:2 157:16
175:18
**disaggregating**
153:17
**disagree** 116:15
187:11 199:17,18
211:25 251:4
**discipline** 13:21
14:2,13
**disclosure** 69:10
122:15 124:14,17
**discount** 59:15
166:3
**discounted** 59:7
**discounts** 141:11
**discovery** 98:12
**discuss** 63:23 239:3
**discussed** 18:9,11
100:11 107:9 147:4
156:18 161:22
206:21 213:16
215:3 221:2
**discussing** 20:21
132:4 235:6 250:2
255:5
**discussion** 104:9
131:15 152:22
155:14 214:12
243:10 247:12
**discussions** 81:5
181:24
**dishwashers** 166:4
**disparate** 70:5
**display** 99:18
**displayed** 99:6,11
**dispositive** 265:8
**dispute** 240:10,20
**disqualification**
43:25 248:4
**disqualified** 107:3
107:11
**distinguish** 239:12
**distracted** 80:16
**distribute** 71:1

**district**  1:1,2 5:14
  5:14
**divergent**  71:4
**divide**  63:5 103:11
  233:16,25
**divided**  102:25
  103:7 138:21,24
  158:23 159:7
**dividing**  235:7
**division**  138:25
**document**  3:15,16
  3:21,23 34:17 35:7
  35:15 36:3,6,19,25
  37:9 38:10 48:24
  54:16 57:23 61:9,17
  81:21 91:12,19 92:2
  101:14 106:19
  115:11 131:4,8
  138:5 165:10,10,13
  168:4,8,11 170:1
  172:9,14,19 173:4
  173:15,19 174:4,21
  174:25 175:10,15
  176:20 177:12
  178:2,6,14,18 179:4
  179:8 180:3,10,13
  180:18 182:7,11
  184:3,5,8,10 186:4
  186:6 189:14,19
  190:9 191:13
  192:17 203:4
  206:25 213:19
  223:6 240:9 247:6
  247:10,23 249:6,19
  251:19,20 258:6
  260:18 261:4 263:4
  263:7 267:12
**documentary**  81:7
  94:9 107:7 168:12
**documentation**
  191:9,12
**documents**  3:22
  6:25 34:21,25 35:12
  35:17,18 36:2,13,16
  36:20 37:7,8,10

38:1,4,14 39:12
  90:23 93:22 94:3
  108:13,14 135:11
  136:8 168:14
  178:13,15,21,24,25
  182:2 184:20,23
  188:14 189:14
  191:14 193:2
**doe**  31:23,23 32:2
  32:13,15,20,25
  33:15,17,21 34:3,5
  34:18 35:7,21 36:3
  36:21,25 37:12,19
  38:5,17,19,21,22
  39:2,9,24 40:3,9,10
  40:21 41:3,18 42:7
  42:8,13,24 43:19,19
  43:23 44:2,5,11,15
  45:24 46:6,10,19
  48:3,6,10 49:6,11
  49:18 50:5 51:3,7
  51:10,13,18,21,23
  52:12,25 53:4,9,12
  85:1 90:1,4,10,14
  90:19,24 91:6,12
  96:4,6,7 103:20,21
  103:24,25 105:9
  106:7,14,18,20,25
  108:2,11 109:2,8
  110:3,11 113:7,15
  135:24 137:5,9,12
  139:13,16,24,25
  140:8,13,16 247:24
  248:2 249:1,7
  250:24 260:13
  261:1,24 262:3
  263:24 265:10
**doing**  19:15 46:17
  46:18 60:2 66:14
  103:19 117:10
  118:20 120:21
  141:8 142:15
  173:18
**dollar**  79:11 159:10
  216:1 229:17

**dollars**  82:6 109:21
  109:22,24 150:4
  152:20 154:14
  155:1
**door**  25:22 27:1
**double**  149:25
  154:16
**doubt**  38:3
**dozen**  61:15
**dozens**  21:7 62:24
**dr**  3:14 4:8 9:16
  10:3,7,8 12:13,14
  56:7 60:4,8 74:16
  74:16 81:6,6 113:2
  113:2 118:4,5,12,13
  164:22,22 165:3,3
  167:9,18,18 174:11
  174:11 199:18,18
  203:7,8 205:3,16,23
  206:3,22 207:1,25
  208:2,15 209:2,9,12
  210:4,9,17,21
  212:17,19 213:12
  214:13,15,16
  216:12,17 217:16
  217:17 220:15
  221:12,25 222:6,23
  223:1,11,18,25
  225:10 226:4,7,12
  226:17 228:3,7,8,12
  228:16,18,25 229:9
  229:17,23 231:23
  231:23 232:6,17,19
  232:24 236:9,9,14
  236:23,24 237:5,6
  237:20 238:13,14
  242:4,5
**draft**  53:13,22,24,25
  54:2,7,14 55:1
  57:20 124:10,13,17
**drafted**  49:20 50:6
  168:3,11 192:16
**drafting**  19:20
  54:13,18 55:5 173:5

**draw**  26:17 156:5
**drew**  2:17 4:18
**drs**  9:24 117:22
  119:9 202:22
  234:16 237:2
**drying**  31:6 102:13
  102:16 103:2,9,10
  103:15,22 104:3,5,7
  136:3,9,11,18,24
  137:5,15,18 139:2
  139:21
**due**  18:22 19:3
  113:24 197:11
  218:7 234:11
**duly**  6:7 268:9
**duplicated**  28:13
**duty**  104:20
**dzielak**  1:4 5:3
  269:1 270:7

### e

**e**  2:1,1 3:2,10 7:22
  10:11 60:6 86:8
  148:4 151:17 168:5
  173:13 183:6,9,12
  189:17,25 268:2
  269:4,4,4
**eager**  99:17
**ear**  122:25
**earlier**  35:13 37:25
  107:18 124:10
  133:14 136:4
  161:23 176:14
  178:16 251:9,10
  252:12 260:10
**early**  29:19 44:13
  262:2
**earn**  93:10 96:20
  99:17
**earned**  99:10
**earning**  11:3
**ears**  122:24
**easiest**  217:15
**easily**  24:22 75:25
  88:22 163:18 164:4

242:8

**easy** 52:4 76:6

**economic** 8:13 11:9
18:4 24:10 56:10
61:25 65:12 72:5
127:23 128:14
215:2 233:12
239:10 242:25
243:21

**economically** 70:25
111:8 125:16
132:16 134:22
194:14 242:18

**economics** 8:1,2,8
8:10 9:3 11:2,10
55:25 65:5 71:9
95:9 145:7 232:8
270:5

**economist** 9:1 127:7

**economists** 217:19

**educate** 29:7

**education** 11:15
16:22 20:5,15 21:1

**educational** 15:12
17:4

**efficiencies** 105:4,25

**efficiency** 23:22
24:4 27:5,8,24 28:4
28:8,11,15,17,23,25
29:9,15 31:4 42:12
45:2 108:5 126:25
265:11,21 266:1

**efficient** 85:16,17
86:24 96:19 108:4
108:22 112:16
114:20 134:1,3
249:15 250:9
264:20

**effort** 52:19

**efforts** 15:2 28:12
67:10

**eia** 142:5,22

**eight** 161:19

**either** 14:3,4 22:23
49:4 74:6 102:1

105:12 106:8
110:23 111:13,17
112:4 115:19
126:13 149:19
150:5 157:15
181:13 202:22
224:24 262:2

**electric** 141:4,18
142:22 143:20
144:3 145:15,16,19
146:8,25

**electrical** 31:5 139:5
143:10 257:16,20

**electrically** 139:7,7

**electricity** 32:11
102:2,9 103:1 104:1
109:23 128:9 134:2
138:11,13 140:3
141:25 142:18
143:3 144:14,23
145:12 146:18
149:8 151:12,14,24
152:10 153:18,20
256:15 257:1,6,23
258:3,12,21

**electronic** 138:5
150:19 153:9
158:10

**electronics** 1:10
5:10 6:6

**elegant** 72:12,23

**element** 31:18 42:23
73:22 79:1 233:12

**elements** 28:18 30:2
30:4,7,15,18 39:21
51:24 238:4 265:7

**elicit** 132:5 224:16
224:25 235:18

**elicited** 216:1

**eligible** 128:2

**embossed** 86:12

**emily** 56:10

**emphasis** 29:23

**emphasized** 162:6

**employed** 11:1
44:16 55:22 56:3
172:14

**employee** 268:15

**employment** 10:25
61:24

**enactment** 261:21

**encl** 270:24

**enclosed** 270:11

**encompass** 141:24

**encountered** 219:17

**endeavor** 244:25

**endeavors** 63:11

**ended** 223:25

**energy** 3:18,19 14:8
23:21 24:4,4,17
27:8,9,10,14,15,16
27:17,21 28:3,7,11
28:15,17,18,23,24
28:25 29:8,10,14,22
31:4,8,9,19,22 32:2
32:10,12 33:2,7,10
34:6 37:24 38:24
42:12 43:5,7,22
44:20 45:2 51:22,24
52:3,3,13,21,24
53:3,11 57:10,11
73:21,22 74:20,21
75:25 76:4 77:25
84:20,23 85:2,4,9
85:10,11,12,17,21
85:24 86:3,9,10,11
86:16,17,18,19,22
87:7,17,20,22,23
88:6,9,10,16,18,24
89:1,10,12 90:2
92:4,12,19,22 93:2
93:4,10,17 94:23
95:6,22 96:9,18,20
96:23 97:5,13,19,20
97:25 98:6,15 99:3
99:6,9,10,15,17,20
99:21 100:2,4,11,15
100:24 101:5,11,12
101:17,18,25 102:3

102:4,5,8,13,16,17
102:25 103:5,9,10
103:15,15,22,22
104:11 105:4,10,20
105:25 107:4
108:10,15,18,23
109:1,5,7,15,20,25
110:1,2,2,4,6,9,15
110:15,17,17,22
111:2,5,11,16,17,21
111:24,24 112:5,8
112:11,14,17,19,20
112:21 113:5,8,9,14
113:19,20,24 114:3
114:13,17,20,21,22
115:19,25 116:22
117:1,5,8 121:4
126:5,18,24 127:2
127:19 128:7,10,15
129:2,5,9,11,18,19
129:23,25 130:5
132:4 133:20,24,25
134:1,2,3,4 135:4
135:16 136:2,3,5,24
138:8,15,21 139:1
139:17,17,21 140:1
140:8,10 141:11
142:3,7,12 145:24
146:3 148:6,22,23
148:25 151:8,13
153:16,21 157:4
162:20 166:2,2,3,8
166:8,9,23 167:16
168:20 169:12
170:6,7,8,9,22,23
171:1,5 174:16
175:5 176:7,21,25
177:14,15,19 179:2
179:5,10,12,13,16
179:21,22,24 180:8
180:15 181:3,25
182:21,22 183:10
183:18,18 185:7,8
185:23,24 186:12
186:13 187:1 188:9

188:15 189:2,5,11
190:6,7 193:4,7,11
193:17,22,25 194:6
194:11,17,22
195:22 196:14
197:5,11 198:1,4,10
198:20 199:21
200:4,10,16 201:4
201:13,15,25 202:1
203:15 205:8
215:19 216:10,20
216:24,25 226:15
226:19,25 227:24
228:5,22 229:24
230:3 232:1,11,13
232:20 234:11,18
235:13 241:1,6,13
241:18 243:8 244:1
244:8 248:15,18
249:19,24 250:3,25
252:18,22 253:1,10
253:25 254:5,10,19
255:1,11,18 256:3,6
256:15,19 257:1,5
257:13,14,20,24,25
258:2,13,15,21
259:10,13,14,20,23
260:13 261:1 265:3
265:11,21 267:2,11
**energy's** 249:16
264:14
**engaged** 61:16 65:7
242:25
**engagement** 29:18
29:25 61:1 64:13
**engagements** 24:6
59:11 61:3,13 62:12
63:23 64:14 65:11
65:17 67:7 68:2
**engineer** 25:9,11
27:1
**engineering** 26:17
**enrollment** 10:21
**ensure** 12:23 21:16
122:11

**entire** 20:22 34:7
35:3 36:22 43:21
44:16 50:21
**entities** 220:12
**entitled** 127:14,16
134:9,12,13,21,25
161:19 252:22
254:25 256:2,3,25
257:1 258:2,20
259:10
**environmental** 33:6
**epa** 33:6,6 93:6,13
106:10 107:4,12
248:4
**epa's** 189:10
**equal** 22:12 102:24
132:22 149:16
249:13 250:7 251:7
264:18,18,25
265:14
**equally** 152:23
217:23 250:6
**equals** 148:8
**equate** 79:3
**equation** 135:15
**equivalent** 31:9
120:14 125:16
189:5 193:24
**errata** 269:7 270:14
270:19
**error** 21:21 22:2,5
22:10,14,18 23:3,10
151:5 153:4 154:3
155:5 252:21 253:4
254:11,14,17 255:4
255:17,21 256:2
258:5,16,22 259:13
**errors** 154:6 155:10
155:12 252:15,19
259:19
**especially** 71:11
180:12 202:14
221:16
**esq** 270:25,25

**esquire** 2:3,8,12
**essentially** 147:5
**establish** 241:4
**established** 94:21
95:12 107:17
126:21 194:14
**estimate** 22:3,6,7
42:11 52:20 53:1,3
81:11 82:2 84:25
142:21 143:16
226:18 228:20
232:14 240:24
**estimated** 39:24
139:17
**estimates** 165:4
174:12 252:6
**estimating** 167:22
**et** 1:4 270:7
**eti** 56:1,4 60:4
**europe** 189:6
**evaluate** 11:25
28:10 29:8 50:17
68:13 111:23
114:24 213:14
231:21
**evaluated** 213:12
232:1
**evaluating** 27:5,23
**evaluation** 10:6 14:6
43:4 44:19 46:11
47:9 74:18 120:12
122:1 123:25
129:13 228:2
234:21 264:7
**evening** 10:23
**event** 209:14
**evidence** 81:7 91:10
94:9,10 96:17 99:16
107:7 117:14
140:19 145:14
163:17,21 168:13
177:13,16 180:13
184:18 193:9 198:6
198:8,18 201:14,19
243:21

**exact** 15:1 36:16
121:9 169:8
**exactly** 86:19
185:17
**examination** 243:11
**examine** 12:22,25
145:24 202:10,13
257:17
**examined** 6:8 26:1,6
46:9 159:12 171:14
**examines** 51:3
**examining** 179:3
237:22
**example** 11:12
12:22 18:14 19:14
23:9 25:12,20 27:1
31:20 32:11 33:23
34:6 39:23 43:6,14
43:22 54:21 56:18
56:24 57:6 59:8,22
61:6 62:15 68:2
71:2 74:17,19 75:23
90:1 93:7,8 94:14
95:19 109:14
110:17 135:19
139:25 140:24
164:2 198:1 202:11
219:6,10,13,14
228:8,12 232:10
233:7 235:18 237:9
238:22 239:16
242:21 266:14
**examples** 220:8
**exceed** 230:4
**excel** 218:8 220:21
253:23
**excellence** 3:18
174:16 176:22
**exception** 75:7
**exceptions** 22:11
70:22
**excitant** 188:9
**exclusively** 63:13
**execution** 18:23
19:4 57:23

**exercise** 225:9 227:4
  243:18
**exercises** 220:1
  224:15,23 242:22
**exhaustive** 209:7
**exhibit** 9:11,13,15
  9:18 35:19 36:10,11
  37:10 53:14 62:9
  131:8 135:2,4,8,12
  135:20,22,22,25
  136:16 137:3,24
  143:14,22 144:3
  147:20 149:9,21
  151:10,21 152:7
  153:5 155:23 156:4
  156:11 157:7,19
  165:11,16,19,21
  166:14 168:1,3,16
  169:10 171:19
  172:7 174:14,21
  177:24 180:22
  182:7 183:6 185:9
  185:25 189:17,19
  189:25 190:5 203:1
  247:6,7,15,18,21
  252:7,8 253:6,7
  254:18 255:6,8
  256:10 259:3 260:1
  260:7,9
**exhibits** 9:10 135:16
  184:25 218:5,7,7
**exist** 245:18 246:3
**existed** 129:8
**existence** 100:16
**expect** 26:20 89:4
  92:19 105:24
  250:21 261:7
**expectation** 179:1
**expend** 112:15
**expenditure** 158:14
  158:17,24
**expenditures** 159:6
**expense** 51:22,24
  52:13,22 53:4,11
  57:10,11 76:4 84:21

85:2 108:16,18,20
109:5,25 111:5,24
112:11 126:5 127:2
127:19 132:4 135:4
138:8 148:23,25
151:8 153:16 157:4
252:18,22 253:1,10
254:1,5,10,19 255:1
255:12,18 256:3,6
256:15,19 257:1,5
258:2,15,22 259:10
259:13,14,20,23
**expensive** 180:11
**experience** 9:1
  15:12 16:16 20:12
  20:20 23:20 24:24
  27:4,12,23 28:20,21
  38:3 63:17 145:2
  233:4 239:8
**experiences** 63:17
**experiment** 26:17
**experimental** 203:9
**expert** 3:12,14 4:4,7
  9:3,6,14,15 12:11
  24:1,2,2 61:20
  62:11 64:6 184:15
  252:15
**expertise** 12:9 13:16
  25:15 146:13 193:5
  234:22
**experts** 12:6 13:1
  83:11 146:7
**explain** 46:25 194:9
  239:6
**explanation** 154:24
  258:8
**express** 109:11
**expressed** 166:2
**expressly** 84:19
  139:22 157:1
  207:10 270:12
**extant** 34:25 58:8
  81:12 85:12 117:1
  200:9 211:7

**extended** 6:23
**extensively** 222:1
**extent** 33:14 66:10
  110:10 211:4
**extraordinarily**
  115:3 225:2
**extremely** 99:17

**f**

**f** 268:2
**face** 12:15
**facing** 62:14
**fact** 19:7 42:13,20
  52:6 60:24 78:1
  95:4 97:12 102:22
  116:22 129:19
  130:1 133:21 137:3
  140:16 145:15
  153:15 162:4 173:8
  177:17 194:10,19
  197:5 198:11
  199:14 202:5
  205:25 214:13
  218:7 223:17
  224:11 225:24
  226:8 230:14 240:2
  240:20 250:13
  261:22 266:20
**factor** 31:8,8 102:5
  102:6,8,9 103:2,9
  103:10 104:4,5,7
  110:11 136:9,11,18
  137:6,15,18 139:2
  139:21 140:1 148:4
  148:4,5,5,8 210:15
  211:3 212:17
  237:17 249:24,24
**factors** 49:4 71:17
  132:17 145:4
  146:16 171:2 206:4
  206:20 207:25
  208:14,16 209:1,8
  210:3,8,20 212:18
  213:17 214:10,17
  236:15 237:3,8,14

238:15,17 239:2
**facts** 23:7 36:11
  67:14 69:19 74:14
  231:14 240:8
**failed** 267:10
**failure** 249:19
**fair** 9:25 13:6,7 46:7
  47:11,15 66:19
  110:18,19 113:6
  123:20 126:7
  128:16,17,21,22
  144:22 147:8,9
  216:22 217:4,10
**fairchild** 181:14,20
**fairfield** 181:14,20
**fairly** 27:9
**fall** 169:5
**false** 73:19 77:4
**familiar** 24:16 25:8
  48:21 78:18 87:17
  87:20 171:6 182:16
  264:11
**familiarity** 220:5
**far** 20:21 59:18
  68:21 84:9
**faruqi** 123:3,3,6,6
**faster** 72:7
**favorable** 265:11
**fax** 270:2
**features** 188:3
  201:12 238:10
**federal** 24:16 28:14
  29:22 31:7,21 39:4
  39:8 42:10,23 85:12
  86:23 87:3,14 89:22
  90:18 96:24 108:4
  110:6
**federally** 31:13
**feel** 16:17 25:3,11
  25:14 36:6 63:19
  81:4 133:5
**felt** 143:4 167:9
  216:18
**fewer** 225:1

fields   30:25
figure   79:11 140:9
  147:19 158:2
  163:14 171:18,23
  202:23 229:17,20
  239:19 240:7,15
  248:24 249:3
  253:15 254:3,4,7
  255:1 256:7,11
  257:2,6 258:4,23
  259:6,9
figures   158:9 159:10
  200:8 213:10
  254:17
file   138:5 221:21
filed   29:12 57:15
  65:21 66:4,20 73:5
  122:20
files   222:11
filing   29:13
fill   156:25 248:10,12
  248:16,23,25 249:9
  249:12,18 250:12
  250:14,20 251:14
  260:17,20,25
  261:13,15,21,23
  262:3,8,13,14,20
  263:10,17,20 264:2
  264:9,10,13 266:5
  266:14,22,22,25
  267:1,9
filled   260:23 266:11
  266:21
final   17:24 55:1
  88:4 254:14 255:22
finance   11:10
financially   268:17
find   12:16 33:3 44:9
  72:22 122:5 145:19
  167:14,15 204:2
  228:9,13 229:1,10
  235:1,13 242:18
  270:11
finding   181:3
  242:21

fine   130:18 138:2
  218:19 223:8
finish   33:25 75:10
  188:19 207:16,21
  207:24 214:4
finished   188:21
fire   122:25
fired   172:19 173:4
firm   4:23 6:22 11:2
  61:2 62:15 63:18
firmly   250:24
firms   5:19 61:16
  123:10
first   27:13 29:2
  50:15 61:1 71:13
  74:12,15 95:9
  116:15 128:3
  146:11 152:10
  154:9 155:1,5,6
  165:8,19 169:10
  191:6 205:15
  207:24 209:2 210:2
  210:9,11,15 212:16
  215:23 236:20
  237:19 245:7
  246:13,17 258:3,13
  258:20
fisher   1:17 2:3 4:23
  5:25 59:14 123:2
fits   102:16
five   7:11 14:25 15:6
  24:3 47:18 130:14
  146:21 150:4,15
  152:19 218:14
fixed   160:17 254:11
flavor   16:24
fleet   50:21 105:13
flexible   52:2 75:19
  140:21
flight   218:18
flip   156:5
flipped   152:3
floor   270:5
fluctuate   43:6,8

focalism   214:23
  215:3,7,10
focus   45:18 81:2
  161:20 233:1
focused   8:11 17:12
  20:23 31:13 43:9
  45:12 79:13 102:9
  102:10 105:21
  233:8
focusing   164:2
fold   52:16
follow   25:19
following   26:15
  65:25 99:25 159:4
  185:20 211:16
  233:21
follows   6:8 51:7
foot   91:2
footnote   131:9
  135:9,11,17 178:3
  180:23 182:12
  206:8 221:19 222:5
  236:19
footnotes   221:16,17
forecast   143:7 145:2
  145:6 146:17
forecasted   156:2
forecasting   156:24
forecasts   143:3
foregoing   268:10
forgive   218:10
forlano   1:16 5:21
  268:4,20 269:21
form   45:9 160:14
  187:17 188:11
  191:21
formalities   6:18
format   177:6
formed   216:15
formula   51:25 82:21
  101:8 138:20 148:7
  163:24
formulaic   52:6
  140:23

formulas   265:10
formulate   54:19
formulating   54:19
  56:13 208:3
formulation   56:16
forth   17:22 51:7,25
  52:1,10,21 76:7
  82:19 92:24 103:7
  126:9,10 127:8,10
  127:12 143:10
  153:6 241:3 244:12
  259:23 264:17
forward   84:21
  95:21 270:18
found   94:25 103:21
  107:20
foundation   98:8
  264:5
founder   56:7
four   56:5 94:4 125:5
  156:12,17 160:5
  241:20
fourth   252:16
frame   64:17 168:23
  168:25 169:4
framework   234:24
francis   5:4
fraudulent   241:1
free   36:6 270:2
friday   1:18 4:20
  83:24 84:5 161:7,14
  246:22 247:4
  267:17
friend   179:24
front   64:16 88:25
  108:7 158:11 171:6
  171:10,21 175:10
  183:5 238:2
fry's   1:9 5:10 6:5
full   10:25 47:5
  241:6 248:22
fully   13:2
functions   151:15
further   260:3
  268:13

**future**  138:8 142:13
   142:23 143:11,20
   144:24 145:8,16
   146:9 147:7 175:20
**futures**  145:24
   146:3
**fuzzy**  263:10

**g**

**gain**  93:14
**gaining**  22:16
**gains**  22:23
**gallon**  147:24
   149:18 158:8,15,18
   159:8,13,16,17,19
   160:2,9,11 253:18
   253:20
**gallons**  147:19
   148:7,8,11,12
   157:23 158:16,23
   159:7 253:24
**gas**  31:10 102:2
   138:13 151:16,17
   151:24 153:20
   257:22,24
**gathered**  184:9,19
**general**  22:8 29:11
   59:5 61:25 62:19
   65:12 84:16 230:25
**general's**  62:20
**generally**  10:9 11:25
   14:16 22:12 30:2
   63:6 69:19 71:16
   75:2 84:10,22 87:20
   143:17 145:7
   161:23 171:11
   177:14 213:25
   217:24 219:20
   220:7,11 238:6
   239:17 264:10
**generate**  151:18
**generates**  126:20
**geographic**  188:4,7
   189:8

**geographically**
   225:15
**getting**  11:6 105:3
   130:14 166:25
   232:3
**give**  6:18 7:8,11
   12:14 70:12 76:2
   81:11 88:20 101:9
   102:21 118:6
   125:10 153:11
   175:17,19 184:23
   186:19 191:14
   225:25 226:9 229:6
   232:14 234:4 252:2
   253:24
**given**  9:11 12:3
   24:23 61:15 67:13
   67:19 76:13,14 79:5
   114:8 152:7 177:23
   245:19
**gives**  22:2
**giving**  6:21 36:4
**global**  176:9
**go**  4:16 9:9 17:22
   19:15 30:25 31:22
   34:23 47:20 66:11
   73:14 74:9 77:3
   80:9 85:23 88:2
   89:13,18 96:16
   101:5 104:15
   130:20 131:17
   133:15 136:25
   147:24 152:14
   155:16 159:11
   204:7 206:24
   207:24 221:20
   222:19 223:1 239:3
   243:14 244:3
**goal**  21:19,23 23:7
   72:24,25 110:8
   226:12,17 227:3
   229:16 232:9 236:4
   236:6,10,10
**goals**  72:9 239:12

**goes**  27:10 112:3
**going**  6:17 16:19
   44:12 47:20 51:17
   59:8,12 66:13 67:16
   71:5 74:1 75:14
   80:15 83:22 84:3,9
   88:5 89:21 94:8
   103:6 112:3,6,15
   114:7 115:20
   130:23 134:15
   137:23 140:3
   141:23 152:23
   156:13,14 157:11
   161:5 166:18 177:7
   202:8 210:7 218:13
   218:23 219:22
   232:6,23 235:5
   236:11 244:5
   245:24 246:20
   251:9 256:17
**good**  6:10,11,12
   12:4 20:7,9,18
   125:8 203:2 225:2,4
   225:8 235:11
   263:14
**govern**  28:14 48:20
   85:12
**governed**  96:2
**governing**  90:20
   266:18
**government**  31:21
   39:5 42:11,23 59:7
   90:19 92:25 141:13
   142:6 168:19
   169:19 172:3
   173:16,25 189:23
   190:17,18 192:16
**government's**  24:17
**governments**  141:10
   141:14
**gpa**  8:5
**grade**  127:7
**gradually**  97:13
   100:13

**graduate**  7:23 20:22
**graduated**  8:7
**grant**  132:17
**granular**  73:20
**graph**  170:5 171:3
   175:23 176:1,10,13
   181:9,23 183:2
   190:4,5,10,11
**graphic**  263:11,18
   264:1,3
**great**  212:15 265:14
**greater**  173:14
   214:25 224:25
   238:19 253:23
**grippers**  86:14
**grossly**  185:10
**group**  35:23 38:7
   39:17 42:9 50:3
   116:2
**groups**  25:21
**grown**  60:17
**growth**  142:17
   143:20 144:4,14,17
   144:21,23 145:16
   145:17,23 146:9
   157:6 159:3
**guarantee**  13:4
**guaranteed**  108:23
**guess**  15:10 34:14
   35:25 40:25 53:17
   57:19 62:5 67:6
   103:12 109:9,21
   111:22 157:18
   163:5 173:21
   203:19 219:16,22
   245:13
**guide**  87:18,21,22
   87:24 88:6 139:17
**guideline**  48:25
**guidelines**  48:19
   89:22 257:11
   260:12 264:14
**guides**  202:14

| h |
| --- |

**h** 3:10 151:17 269:4
**habits** 50:10 51:12
**half** 61:13,15 111:16
  150:4,15 152:20
  154:13,25
**hand** 30:25 31:1
  56:22 151:9 157:21
  159:2 165:11
**handily** 73:2
**happen** 87:16
**happened** 129:14
  195:4 242:17
**happens** 99:23
  100:6,17,21 138:18
  254:8
**happily** 123:7
**happy** 63:22 65:3
  120:14 125:12
**hard** 64:16,21 70:8
  74:11 235:16
  243:21 263:8,16
**harm** 115:23
**harmed** 99:1
**hazy** 96:14
**head** 60:20 61:11
  66:17 102:19
  122:17 138:23
  223:12 228:5 261:2
**heading** 252:18
**heads** 7:11
**hear** 59:10 65:24
  99:24 113:10 115:2
  172:23 185:18
  200:23 211:14
  233:19 244:5
  245:25
**heard** 248:9
**hearing** 127:17
  251:15
**heat** 32:12 257:21
**heater** 151:18
  257:22

**heaters** 153:22
**heavy** 104:20
**hectoliters** 147:25
**hedonic** 119:19,25
  120:3,7,8,12,17
  121:2,18,21,24
  122:3,7 123:18,23
  123:25 124:2,7,11
  124:21 125:1,4,7,14
  125:22,24
**held** 4:22 5:13
**help** 6:24 55:11,13
  56:12 118:19
  184:25 220:13
  250:2
**helped** 55:16,18,21
**helpful** 58:3
**hero** 236:5
**hesitancy** 149:24
**hh** 157:24
**hi** 183:10
**hide** 191:17
**high** 14:1 52:15
  114:18 126:8,10
  132:15 203:8,13
  223:23 226:13,16
  226:24
**higher** 128:9 162:23
  169:13 171:10
  175:5,7,24 198:10
  198:11 230:17
  248:25 249:8 250:8
  263:21 264:12
  265:13 266:13
  267:6
**highest** 73:25 74:15
  79:4 249:2 263:21
**highly** 33:11
**hired** 64:2 65:8 67:4
**historic** 159:13
  240:1
**historical** 142:18
  156:23 202:10,13
  240:8,20

**history** 151:23
**hold** 177:3
**holding** 5:9
**holdings** 1:9
**holistic** 34:24 35:17
  36:18 37:8 178:22
**home** 1:8,9 5:8,9
  23:21 32:4
**honest** 53:15
**honor** 58:24
**honors** 8:7
**hot** 31:6 32:12 139:8
  140:2 151:18,18
  153:21 257:15
**hour** 58:11,14,17,21
  59:4 84:8 138:19
  141:23
**hours** 31:9 59:17,21
  60:3 137:22 139:12
  140:11,17 257:12
  258:14
**household** 24:4
  157:24 158:13,16
  158:23,24 159:8
  179:16
**households** 141:12
  158:17
**hoyt** 247:8
**human** 11:13
**hundred** 159:10
  223:13
**hundreds** 224:5,13
**hundredth** 91:2
**hypothetical** 23:14
  132:19 202:4,6

| i |
| --- |

**i.e.** 249:1
**idea** 100:22 188:1
  191:18 230:15
  235:7
**ideal** 121:3,6,12,13
  121:22
**identical** 52:9 190:4
  201:24 265:20,24

**identification** 4:3,6
  4:9 131:5 165:14
  174:18 177:21
  180:19 182:4
  247:11
**identified** 90:14
  155:10 164:25
  234:17
**identifies** 207:1
**identify** 5:19 14:14
  36:6,25 136:23
  203:14 206:24
  263:17
**identities** 140:22
  159:25 160:13
**identity** 139:24
  140:5,7
**ignoring** 235:5
**illicit** 23:18
**illinois** 62:19,19,20
**illustrate** 95:15
  217:16
**illustrative** 58:3
  164:6
**imagining** 243:7
**immaterial** 244:24
**immediate** 223:4
**immersed** 17:11
**impact** 74:2,20
  76:23 87:24 88:2
  91:14,18 114:1,11
  116:25 117:4
  201:21,22 259:20
  259:22 265:5 266:6
  267:2
**impacted** 91:21
  211:5
**impacts** 112:1
  114:25
**impart** 32:7
**implementation**
  15:3 20:23
**implementations**
  38:5

**implemented**
205:20
**implicated** 214:17
**implication** 36:20
194:10,13
**implied** 84:22 85:4,7
85:24 87:15 92:12
105:4,25 179:7
**imply** 195:15
**import** 169:7 201:2
249:11
**important** 21:15
33:12 78:7,11
168:24 169:1
179:16
**impression** 37:23
38:9,13
**improper** 126:17
**improvement** 22:16
**inaccurate** 55:19
209:23
**inappropriate** 45:1
45:15 115:16 116:5
134:20 159:25
**inappropriately**
128:7
**incentive** 180:7
**incentives** 179:25
180:6
**incentivized** 180:2
**include** 65:1,14
115:13,16 171:19
171:20 192:2,6,10
212:23 213:3 241:8
**included** 11:17 28:5
104:3 116:12
146:14 186:15
226:8 232:15
238:23 270:15
**includes** 36:13
126:6 139:19
189:17 193:1,2,3,5
193:7 213:6,20
**including** 8:11
63:20 146:15

213:21
**income** 141:12
**incomplete** 207:20
229:12
**incorporated** 5:10
5:11 55:25
**incorrect** 141:20,21
203:17,18 251:14
**incorrectly** 91:7,13
94:14
**increase** 145:20
174:3 265:6
**increased** 97:13
100:13 266:1
**increases** 145:8,9
147:7,8 249:14
251:7 264:19
**increasing** 179:11
**independent** 28:2,7
28:10,22 29:6,14,21
30:16 31:20,24
32:13 38:11 39:4
42:18 45:25 46:11
47:9 90:17 93:4
107:13 138:11,12
148:2 151:22,22,23
169:24 177:11
228:1 264:7
**independently**
133:2 136:15
178:24 208:1 237:7
**india** 227:10
**indicate** 22:5 99:13
175:14 198:13
**indicated** 30:22
108:23 112:17
184:3,5 215:18
252:14 264:3
**indicates** 176:5
184:18 186:4,6,11
204:1 251:20
**indicating** 145:14
270:15
**indication** 22:2
172:6 173:22

175:17 184:11
208:5 238:14
**indications** 263:15
**indicative** 179:14
**individual** 41:16,25
44:21,25 45:7,8,15
45:19 46:17 62:12
70:5,14,21 71:5,9
71:12,17,22 72:8
80:1 98:14,18,25
113:25 114:8,9
116:2 117:4 186:2,2
227:20 233:16,25
**individual's** 70:24
76:18,21,23 77:2
105:15
**individually** 14:23
114:13
**individuals** 71:1
105:12 116:2
**industry** 25:7 222:4
**infer** 159:18
**inferred** 87:9
**influenced** 179:21
**influential** 181:4
**inform** 8:23 45:16
79:7 166:14
**information** 21:24
32:15,21 33:9 36:12
39:16 42:25 50:25
51:14 53:5 59:20
74:12 79:6,6 87:3,6
87:10 88:21 89:9,11
89:16 91:5,22 93:6
97:22 98:1,4,9
99:13 106:9,11,21
107:2 125:14
135:21 136:12,21
138:11 142:2,3
149:18 160:1,13
166:13,19 171:14
173:6 174:6,9 176:6
176:10,23 177:7
178:11,14,18 181:9
184:12,23 190:6

191:14,17 192:14
192:17,20,22 195:9
197:15 199:3,6,10
202:2,7,20 203:24
205:3,6 206:17
208:19 211:12,21
212:24 213:3,6,21
213:22,24 220:2,4
221:9 224:25 225:3
225:8 226:11,13,24
229:2,6,12 231:3,5
231:12,17,18
237:15 256:10
259:1 265:7
**informations** 34:4
**informative** 37:15
211:24
**informed** 83:14
166:21 205:4
214:19
**informing** 184:22
**informs** 168:1
**inherently** 241:10
**initial** 93:22,25
128:21
**initially** 93:9
**injurious** 240:14
**inner** 249:2 263:22
**innovation** 11:13
**input** 52:5 76:5 88:7
148:1 249:23
**inputs** 40:21 41:19
82:18 138:9 139:3
151:22 162:24
163:4 265:16
**inputted** 163:9
**inquiry** 44:25 72:8
98:12 171:17
**instance** 69:6,13
**instances** 15:16
**instruct** 153:4
**instructions** 134:18
269:5
**insufficient** 234:4

**integer** 81:20
**intellectual** 239:19
239:22
**intelligible** 218:9
**intended** 32:7,8
34:12 36:21 37:12
37:15 38:6 106:7,11
118:15 128:25
231:13 235:25
**intending** 232:14
**intense** 245:19
246:4
**intention** 35:2 50:20
234:8,12 263:6
**intentional** 262:20
**interaction** 197:18
207:9 211:5,10,19
212:3
**interest** 59:10 63:22
202:1 230:19 232:5
232:13 242:20
243:1,19
**interested** 19:13
41:15 67:5 240:22
268:17
**interesting** 23:11
**interference** 4:15
**internal** 171:25
173:9,20,23
**internally** 168:8
173:18 189:22
**interpret** 24:11,14
26:13
**interpretation** 263:3
263:7,19
**interpretations**
92:22
**interpreted** 207:2
209:3 251:22
**interpreting** 240:21
**interpretive** 248:15
249:1 250:20 261:6
261:12,16,20,24
**interrelated** 139:23

**interrupt** 231:9
**intimately** 48:21
**intricacy** 123:2
**intrinsically** 133:5
**investigation** 12:12
13:12 41:10
**investor** 177:6
**involve** 11:18 14:3
68:2 77:5,10,12
**involved** 14:10 15:2
16:1 17:9,16 24:3
28:13 61:7,14 64:1
64:4 66:9 119:19,25
**iran** 227:6,24
**iranians** 228:5
**ish** 69:4
**isolate** 103:4,4
119:20 235:23
236:6
**isolated** 234:13
**isolation** 74:22
140:1
**israel** 227:15
**issue** 25:2 27:13
52:8,25 65:15 66:14
73:21 80:3 82:3
87:22,24 90:11
92:24 94:7,15 97:10
101:7 107:3,11
111:15 113:23
137:6,16 143:1
145:18 146:14
167:21 185:3 201:7
201:17 202:20
204:23 205:1,14,20
205:23 212:1 213:8
213:10,23 232:25
235:12 240:11,13
240:19,24 242:8
244:17,19 247:25
265:20
**issued** 248:15
**issues** 7:1 8:11 31:3
73:6 90:15 116:6
237:12 240:13

**items** 114:21

**j**

**j** 2:3 3:12 4:4 9:14
270:25
**j.b.** 247:8
**jbc** 5:16
**jeffrey** 5:5
**jennifer** 5:6
**jersey** 1:2 2:9 5:15
34:10 95:19 269:23
270:2
**job** 1:23 12:4 17:10
21:1 269:2
**joe** 240:4
**joined** 6:1
**joint** 119:2 122:6
**jonathon** 5:6
**journal** 16:13
221:15 222:2,6
**journals** 221:3,8
222:3
**judge** 82:19 127:18
132:20 134:13,14
**judgment** 119:4
217:25
**july** 181:14
**jurat** 270:14,20
**jurisdiction** 164:15
**jury** 82:19,25 83:7
83:13 134:13,14,18
**justice** 62:17

**k**

**kari** 5:5
**kearns** 56:9,16
**keep** 4:13 122:21
**keeps** 98:6 166:24
**key** 221:23
**keyed** 49:2
**kilowatt** 31:9
137:22 138:19
139:12 140:11,17
141:23 257:12
258:14

**kind** 25:15 83:17
116:2
**kitchenaid** 110:21
121:1 192:10
**km** 1:6 5:16
**knew** 12:1 117:9
**know** 7:11 10:17
11:16,21 13:7 14:13
19:25 20:2 21:12
22:19,20 25:20
27:11 31:16 35:14
48:15 49:20 50:4,9
54:1,8 55:14 59:17
59:20,22 60:3,16,20
61:6,10 65:10 66:16
67:10 70:13 71:7
78:14 80:24 83:5
89:5 92:25 94:9
96:5,6,18 97:1,5,8
98:5 100:17 103:6,9
103:14 104:20
107:5 110:19
112:23 114:21
116:8 120:16
122:17 124:19
127:6 128:17,22
136:11 141:15
144:25 147:9 149:5
150:13 153:7 155:2
168:2,10 169:17,21
169:22 170:18
171:23 172:1,12,13
174:6 176:8,13
183:21 185:1
186:20,21 187:8,14
190:12,13,15,21,23
190:24,25 191:1,3
199:8 201:20
204:11 207:14
217:10 221:18,22
223:10,24 224:6
225:14 227:2,8,8,13
227:16 228:24
231:10 241:22,24
242:2 245:2 247:18

256:20 263:5
264:12 265:4
**knowable** 59:19
**knowledge** 99:23
100:5 189:1
**known** 10:9,11
11:18 147:13 168:5
209:16 224:2 240:2
**kwh** 138:18 139:4
147:16,17,23 149:7
149:7

**l**

**l** 60:6
**label** 73:19 85:4
87:18,24 88:6,19
93:10 96:21 100:24
112:7 135:3 139:18
179:17 181:4
197:12 243:15
**labeled** 53:14 95:6
115:25 126:4 128:7
129:2,4,25 131:8
133:20 165:10,16
174:21 180:22,23
182:7 197:4 258:3
258:12 263:18
**labeling** 77:4,9,24
116:21 126:18
129:18
**labels** 87:21,22
**laboratory** 31:14
32:3 38:18
**lack** 98:7 264:4
**laid** 259:25
**language** 175:4
180:5 181:2 206:1
**large** 22:15 23:3
35:23 38:7 42:9
105:11
**larger** 51:1
**late** 262:2
**laude** 8:7
**law** 4:23 11:13
61:15 70:11,14

127:22,25 132:24
133:7 134:18
**lawyer** 70:12 133:13
239:6
**lawyers** 63:6,14
239:9
**leader** 176:24
**learn** 60:23 61:12
**learner** 17:9
**learning** 202:2
**leave** 6:23 69:4
244:9
**leaves** 138:25 139:4
**led** 118:16
**lee** 56:7
**left** 69:3 147:22
157:21,22 159:9
263:24
**legal** 70:12 71:8
126:12 127:4
133:11 270:1
**legally** 70:15
**legitimate** 165:1
**lend** 73:2 155:2
**length** 136:13
165:18
**letter** 270:21
**letters** 263:24
**level** 8:15 14:2 20:22
22:25 41:21 42:2
44:25 45:1,13,16
52:16 74:1,15 79:4
88:10,18 96:19 97:6
97:13 108:19,22,23
114:18 126:8,10
132:15 162:23
203:8,13 220:5
223:23 226:16
248:10,12,16,23,25
249:8,9,12,18
250:12,14,21
251:14 260:17,21
260:25 261:13,16
261:22,23 262:3,8
262:13,14,21

263:17,20 264:3,9
264:10,13 266:6,14
266:22,22 267:1,1,9
**levels** 98:6 244:3
263:10
**levied** 205:16 223:1
**liability** 94:20,25
95:8,10,11 107:10
107:15,16,17
126:13,21 127:5,11
133:4,10,16,22
134:8 194:13
**library** 35:14
**life** 24:25 25:18,25
26:7,18 61:19
253:20
**lifelong** 17:8
**lifespan** 25:14 26:12
43:21 44:13,18
148:24
**limited** 167:11
246:16
**line** 23:5 26:17
84:17 152:21 153:8
251:17 252:13
269:9 270:15
**linear** 22:17,22
80:20 145:21
**lines** 264:22
**lisa** 1:16 5:21 268:4
268:20 269:21
**list** 60:15,16 61:5
62:9 63:1 64:7,15
238:12
**listed** 66:21 81:20
178:15
**lists** 202:11,14 238:1
**literally** 54:6,15
55:15 92:6,9 119:23
220:19
**literature** 222:20
**litigation** 14:10 15:8
15:16,23 21:8,11
34:25 46:9 50:18
58:9 63:6,10,12,16

63:25 64:3,5,10,12
64:14 65:13,14
66:20 81:12 82:3
92:24 120:25 167:5
193:8 201:18
202:21,24 203:12
204:6 205:23 212:2
213:8,23 240:11
242:9 243:1 251:22
**litigations** 17:19
121:23 193:6
**little** 15:10 46:3
71:14 100:8 117:21
123:1,21 149:2
173:12 204:14
235:2 242:1 245:25
249:23 263:9
**live** 225:15 227:6,10
227:23
**livingston** 269:23
270:2
**llc** 2:8 6:2 123:5
**llp** 2:12
**loading** 171:6,10,11
171:20,21 200:10
200:16 201:5,24
244:1,8 248:17
250:3 262:4
**located** 4:24
**locations** 239:9
**logan** 2:12,15 3:6
6:3,3,9 9:19,22
19:21 30:12 32:18
34:1 35:24 37:17
38:8 39:19 40:17
41:23 45:10 47:7,17
48:1 49:14 55:10
66:18 70:1 75:12
83:16,20 84:6 87:1
87:12 88:15 91:11
91:23 95:1 98:13
99:4 100:10 101:4
104:10 105:18
106:13 115:7,8
117:19 122:19

123:7,14 124:16,18
124:24 130:15,18
130:20 131:6,17
132:2 155:15 160:6
161:2,16 165:15
173:1 174:19
177:18,22 180:16
180:20 182:1,5
184:4 186:5 187:13
187:19,22,23
188:17,23 191:23
192:1 198:25 203:2
203:3 207:22
208:12 212:4 214:8
219:3 234:6 235:4
241:21 246:11
251:11,18 260:5
262:12 263:1 264:8
266:3,12 267:13
270:25
**logo** 33:10 86:3,11
86:11,17,18,22
87:10,15 88:25
89:10,12 92:7,10,12
92:15,22 99:3,6,10
105:4 106:1 110:7
111:11 112:13
126:18 129:11,23
130:5 162:20 187:1
193:17,23,25 194:6
194:12,18,22,25
195:4,6,10,14,15,22
195:24 196:3,5,10
196:14,17,18,20,23
198:1,20 216:20
226:19 228:22
229:24 230:4
234:11,19 235:13
241:1,13,25 243:8
**logos** 33:11
**long** 26:20 53:21
58:17 62:16 236:21
**longer** 63:21 100:18
218:14,15

**look** 34:3 36:8,18,19
37:7 43:2 46:16,17
48:23 49:1 71:16,17
72:11 80:9 82:8
85:24 87:13 89:15
93:6 104:16 108:7
108:15,25 110:1,2
112:11 144:2 149:4
150:20 152:9 153:5
155:18 157:21
159:22 163:10
169:9 170:4 177:4
178:12 179:12
180:16 181:19,21
184:22 190:8
215:13,15,23
221:21 222:19
229:22 234:8 236:3
238:25 239:16
242:10,24 253:5
256:22 258:1,19,20
261:22
**looked** 15:3 48:17
86:2 94:3 96:17
103:20,25,25 107:1
155:21 156:20
159:20 160:9
168:15 171:15
191:12 207:15
208:2,3 209:6
212:22 213:1 238:5
245:6
**looking** 24:5 25:12
28:18 71:22 104:2
104:22 110:5,14,16
112:12,14,19
123:10 136:7
146:15 147:12
152:1 157:2 160:23
178:23 190:9
204:10,15,16 238:3
240:8 241:15
243:22 256:20
**looks** 71:12 152:2
165:21 181:8,11

**lookup** 49:3
**lost** 215:21
**lot** 23:12 32:23
62:21 87:6 181:24
185:6,22 193:2
**love** 59:10 121:9
**low** 141:11 244:3
**lowe's** 1:8 5:8 6:5
**lower** 22:10 170:1,6
**lowered** 126:24
242:12
**lunch** 130:16 131:14
132:3

**m**

**m** 10:11 151:17
**machine** 27:14 31:6
43:12 49:1 89:8
102:25 103:1,3
112:6 130:1 139:1,5
139:6,22 140:3
151:15,19 193:24
194:6 201:15
209:13 215:19
233:7 235:21 236:3
240:5 249:14
253:20 254:1
257:13,14,15,19,21
257:23,25 260:22
264:12 265:9,10,22
266:10
**machines** 14:10
27:14,18 31:19
42:12 50:17 52:8,24
77:25 81:4 85:15
90:21 93:8 94:7,22
95:15,17 97:9 99:7
99:21,23 100:4,6,18
107:20 108:21
112:4,15,16 113:1
115:24 116:22
126:19,25 128:4,11
130:10 133:18,19
133:20,25 151:13
153:17 162:4 187:2

193:10 197:4
198:10 205:19
207:4,13,15 208:20
211:2 212:7 213:7
213:23 216:19
226:21 228:23
237:24 238:6,9
243:15 244:17,19
245:11 257:18
265:1,19 266:2
**magnitude** 193:10
**mail** 168:5 173:13
183:6,9,12 189:17
189:25
**maintain** 10:24
**major** 7:25 24:4
64:10,12 179:13
222:13
**majority** 72:22
167:7
**makers** 244:8
**making** 65:15 83:5
123:25 124:6
172:10 193:5
**mall** 270:5
**mandated** 108:5
**mandatory** 99:10,12
**manner** 20:14 57:13
108:1
**manufactured** 41:9
**manufacturers**
93:12 244:1,21
**march** 69:5 175:11
175:16
**margin** 21:20 22:1,5
22:10,14,18 23:3,10
200:15
**margins** 198:10
199:24
**mark** 34:23 106:18
174:13 177:18
179:21 180:16
182:1 247:6
**marked** 4:2,5,9 9:10
35:19 36:10 131:5,7

135:2 165:14
174:17,20 177:20
180:19,21 182:3,6
203:1 218:4 247:7
247:11 248:24
**markers**  263:10
**market**  3:19 98:24
112:5 117:16
129:21,24 145:25
146:3 162:19
167:14 177:19
193:16 194:10
195:1 197:24 198:3
198:21 199:21
200:4 201:13
202:12 204:15
207:3 214:10,18
238:5 241:12
245:17
**marketing**  8:12
11:10,12 222:2,6
**marketplace**  74:18
77:23 78:3 99:2
115:20 116:25
117:4 129:8 130:9
176:24 181:4
194:17,21 197:14
197:25 200:2 202:8
203:10,25 204:2,17
204:18 211:8
212:25 213:4,21,24
220:11 238:10
241:17 242:23
245:19 246:3,6
**marking**  162:3
**marks**  97:11 269:6
**massachusetts**
270:6
**matched**  107:15
**material**  7:14 92:23
181:20 244:11
**materials**  207:5
224:3 225:17 238:2
238:13

**math**  103:6 140:9
148:21 160:3
163:11 170:11
251:6
**mathematical**  104:5
139:20,24 140:5,7
140:22 147:13
148:17 159:24
160:13 265:10
**matt**  240:12
**matter**  22:8 54:9
57:20 66:23 70:13
71:8 76:3 80:22
95:3 105:15 109:12
113:7,8 114:10,10
122:14,16 123:4
132:11 172:17
173:2 179:2 244:13
244:15 248:3 251:6
268:8,12 269:1
**max**  148:4
**maximum**  89:3
96:24 203:21
**maxwell**  5:4
**maytag**  14:9 52:8
85:14,19 93:8 94:6
95:14 112:25 192:2
199:23 201:24
207:12 226:20
237:24
**mba**  10:12,18 11:6
**mean**  12:20 19:11
21:21 26:3 36:8,18
50:24 53:23 54:1,7
54:15 55:20 67:24
73:17 77:14,19 87:8
88:20 90:8 96:19
122:23 127:15
141:13 162:8,9
173:18 180:3,11
201:6,10 205:2
206:12,19 220:19
225:5 229:3,11
261:13 264:24

**meaning**  79:16
92:18 193:24 194:4
**means**  55:14 179:12
197:23 215:1,8
226:23 245:9
**meant**  166:4 170:18
**measure**  32:2 41:19
46:20 52:2,12,23
58:3 70:16 75:24
78:5,8,15 79:4
82:20 84:23,24
85:20 89:7 90:21
108:20 116:17
143:10 162:1
163:22,23,25
164:13,14 165:1
241:10 248:17
249:12 262:14,20
**measured**  65:23
66:6,22 67:3 68:9
68:11 69:8,14,21
76:24 91:7 101:13
101:18 104:1,8
112:10 249:17
250:14,20,23 261:6
261:8,15 266:5
**measurement**  67:15
67:21 74:1,5 85:9
114:1 116:25 127:1
167:1 249:23 262:4
262:17 265:12,25
266:1,14,25
**measurements**  28:4
109:10 167:3
265:12
**measures**  24:10
72:16 126:15 133:1
163:8
**measuring**  27:7
42:12 111:19 116:3
140:2 250:11
**meet**  97:19,20 99:22
100:4,18 243:3
267:10

**meeting**  108:10
**mef**  102:5,23,24
103:7,7,8,11,17
138:15,16,17,21,24
139:20,25 140:5,10
250:1,22 261:7
**member**  72:1,2,2
128:12,14 227:21
227:21 240:4
**members**  42:5
116:19 128:20
129:6 133:17
162:19 194:21
241:16
**memo**  172:4
**memory**  24:20 37:6
38:1,15 91:3 94:12
96:12,14 97:10
102:23 120:19
121:17,20 122:2,19
124:8,25 126:1
138:19 160:24
168:7 172:16
176:12,16 181:12
215:7
**mention**  96:22
113:4 121:7
**mentioned**  18:14
21:1 115:10 208:17
210:2
**merely**  15:20
**met**  97:25
**meta**  178:7,9,10
**method**  10:4 15:20
17:2,7,10,21 20:13
40:11 53:10 70:23
111:19 121:22
125:8 145:1,25
146:8 147:13 215:6
220:6 231:11
**methodologies**
10:11 12:13,16
45:24 46:7 75:19,21
91:18 92:23 95:13
98:22 107:19 119:2

131:16 244:11
**methodology** 12:10
12:10,19 17:6 18:15
18:16 19:2 52:1,4
52:10,12,21 76:1,7
82:18 83:12 91:24
95:18 110:7 120:13
125:17 139:14,16
140:21 142:15
143:9,12,14 146:4
147:5 164:12 203:6
229:1,3 230:8,22
**methods** 17:1 20:11
107:23 118:23,24
119:16 120:23
121:25 122:1
132:14,18,23
**michael** 3:13 4:5
9:14
**microeconomics**
8:17
**microphone** 166:24
**microphones** 4:11
4:14
**microsoft** 220:21
**mid** 195:7,7
**middle** 69:4 80:16
147:22 159:3
**mike** 183:10
**mile** 109:17
**million** 82:9 149:2
149:10,16 150:1,4,7
150:10,12,14,15,22
152:12,16,20
154:13,25 254:14
255:13 256:7,12
259:7
**millions** 82:6
**mind** 38:2 46:3
70:10 74:15 94:4
122:21 130:13
141:3 171:16
218:17 224:4
239:25

**minimally** 86:24
**minimize** 19:18,23
**minimizing** 19:14
**minimum** 85:10,21
92:18 108:4,22
110:9 138:15
**minors** 8:3
**minus** 22:4 23:11
147:16 148:13
**minute** 7:11 18:19
130:14 155:17
239:5
**minutes** 45:6 47:18
130:12 131:11
160:5 218:14,16
235:3 241:20
**mischaracterization**
123:22
**mischaracterize**
47:16 191:7 209:24
**mischaracterized**
185:10
**miscommunicated**
30:21
**misparaphrased**
84:18
**missed** 109:19 110:4
112:21 113:14
**misstated** 117:2
**misunderstood**
30:22
**mix** 12:5 48:11,15
49:7,22 50:4
**mixes** 14:5
**model** 73:15 74:25
75:1,2,8,9 77:5,10
90:11 95:4 100:14
106:8 110:3,13
111:1 112:18 157:2
201:17 250:25
**modeling** 65:9 84:11
**models** 75:16,17
169:14 186:14
188:2 200:11

**modified** 102:5,8
249:24
**moment** 52:22
147:21 256:18
**momentary** 122:12
**moments** 63:21
**money** 71:1 114:4
162:9,18
**month** 53:20
**monthly** 109:12
128:8
**months** 94:4
**morning** 6:10,11
**mountains** 239:6
**mouth** 245:8
**move** 123:15 202:25
214:6 218:3
**moved** 227:11
**movement** 57:25
**moving** 149:14
**mt** 269:22 270:1
**multi** 210:12
**multiple** 64:13
126:12 127:11
178:11 224:16,23
224:23
**multiplication** 57:4
57:12 148:17
164:16 253:17
**multiplied** 163:13
**multiply** 74:5 139:9
149:1,4,18 150:3
152:11,15,18
154:12 163:19
254:10 255:10
259:6
**multiplying** 148:21
256:8
**multitude** 210:24

**n**

**n** 2:1 3:2 60:6 268:2
**name** 4:18 10:2,14
17:6 55:24 210:25
269:7 270:7

**named** 41:12 153:23
**narrowing** 46:3
**nation** 58:2 144:15
**nationwide** 39:7
57:22 95:16 164:7,8
164:20 165:4 176:8
185:5 197:9
**natural** 31:10
151:16,17 153:20
257:22,24
**nature** 8:9,19 10:20
23:24 34:20 43:18
73:1 111:7 113:24
115:18 193:11
201:19
**nda** 69:18
**ndeckant** 2:5
**neal** 2:3 5:24 270:25
**near** 130:14
**necessarily** 55:7
72:6 105:24 133:4
195:23 198:16
232:21 233:11
265:4
**necessary** 16:18
25:15 29:8 46:13
47:11 132:17
151:17 199:25
200:3 243:19
257:19,21
**need** 7:6,10 28:6
48:23 53:7 67:16
72:8 75:1,2 77:1,16
80:15 83:16 89:5
90:7 91:18 92:1
96:16 98:1,3,19,23
101:1,13 102:23
103:3,14 105:24
113:10 116:6,13
125:10 126:20
136:25 137:10
140:18 149:3,17
150:13,16 153:8
155:1 170:14 173:6
174:6 178:22 180:1

**184:22 191:17**
197:15 202:7 208:2
212:10 214:25
218:12 222:19
224:13,20 225:1
229:2 230:6 231:3,5
231:10,11,17 233:7
239:14,19 243:11
245:1,12 246:8
**needed**  196:21
239:14
**needs**  76:21 101:18
150:7
**neighborhood**
235:14
**net**  139:4
**never**  18:4 22:19
67:4 70:23 71:12,17
71:20 95:5 115:7
141:2 186:18
219:17 243:2
**new**  1:2,18,18 2:4,4
2:9 4:24 5:15 34:10
44:2,7 53:5 58:20
59:4 75:20 76:3,5
95:19 99:22 100:4
100:18 269:23
270:2
**night**  10:19
**non**  69:10 110:2,15
110:17 112:20
113:20 122:15
129:19 133:13
151:12 166:2,8
169:14 170:7,9,23
175:6 177:15
182:22 183:18
185:7,23 186:13
190:7 201:4,13,15
202:1 215:19
216:10
**nonsensical**  221:4
230:15 242:2
**normal**  58:19
104:12,18 105:21

**north**  176:9
**northeastern**  10:21
11:16
**northwestern**  10:15
10:17
**notary**  268:6 270:17
**notations**  269:6
**note**  4:11 6:22 9:8
9:23 81:14 236:13
269:5 270:13
**notes**  268:11
**notify**  130:11
**number**  5:15 9:18
13:22 15:1 21:15
36:13,14 39:24 40:3
40:5,6,10,20,24
42:14,16,19,21,21
44:11 57:7,10 59:21
59:24 68:1,15 83:23
84:4 95:5 136:2,12
136:17,20,23 137:2
137:21 139:11,12
140:4,12 144:4,10
144:16,19 145:4,18
146:16 148:7,21
149:11 150:1,2,11
153:7 154:25 158:4
158:8,16 161:6,13
162:25 163:1,1,20
164:1,8 165:9,24
168:2 169:18,22
170:3 200:14,18
206:15,21 209:5
210:13,22 211:6
212:10 215:5
223:14,16,19 224:2
224:4,10,17 225:3
240:18 242:6
246:21 247:2,21
248:7,21 253:4,21
254:8 255:14
256:13 258:15,16
259:5,14 270:8,15
**numbered**  35:16

**numbers**  58:1,7
81:20,24 82:1,8
83:8,13 86:6 87:18
91:25 109:7 135:14
135:19 136:1
140:18,22 144:8
147:23 148:13,19
154:22 156:2,3
160:10 165:4
168:16,17,18
170:20,24 173:23
175:20 177:9
182:16,19 183:2,18
183:22 184:6,9,11
184:13,18 187:9,15
188:2 190:14
191:18 192:15,23
206:13 253:22
**numerical**  55:7
**numerous**  65:17
67:7 121:23 140:20
146:14 220:12

**o**

**o**  7:22,22 268:2
269:22
**o'donnell**  2:12 6:4
**oath**  13:8
**object**  33:24 45:9
187:17 188:10
191:21
**objection**  19:16 30:9
32:5 35:10 37:2,21
39:10 40:16 41:14
47:2 49:9 69:22
83:2 86:21 87:4
88:12 91:8,16 94:16
98:7,16 100:7,25
105:6 106:3 117:11
172:22,24 184:1
187:10 188:10
198:22 262:9,22
264:4 265:17 266:9
**obtain**  52:5,9 82:21
107:25 140:25,25

**257:15,18**
**obtained**  10:12
257:15
**obvious**  32:24
173:19 242:19
**obviously**  122:23
**occasion**  118:5
145:19
**occasionally**  239:8
**occasions**  118:6
**occurred**  245:6
**offer**  141:11 241:6
**offered**  11:8 68:4
**offering**  94:18,23
241:7
**office**  54:21,24 55:2
62:20 153:9
**offices**  1:17
**official**  261:1
**offs**  250:2
**oftentimes**  70:22
**okay**  6:10 7:13,14
8:8,22 10:6 14:19
27:3 45:5 47:14
49:17 53:21 54:11
83:18,21 86:18
110:13 113:18
119:18 126:3 128:1
130:19 131:1,13,24
135:13,23 147:12
148:15 149:12
151:6 152:6,13
157:20 162:22
179:19 186:23
188:22 208:7
209:25 210:3
212:16 214:7,15
218:20,25 246:24
247:23 248:8,20
252:7,12 254:23
256:24 260:16
262:1 267:13,14
**old**  44:3,8 100:17
**older**  43:8 99:21
100:3

**once** 59:9 99:9,9
  118:7 254:16
**ones** 208:3
**ongoing** 29:1 58:23
  126:23
**onward** 156:7 157:3
  167:12
**open** 25:22 63:18
  128:8
**opened** 27:1 128:5
**opening** 63:2
**operate** 31:19 32:10
  128:10 151:18
  257:19
**operating** 31:6
  87:19 108:21
  112:15 151:13
**operation** 147:16
**operative** 59:1
**operator** 4:10 47:19
  47:23 83:21 84:2
  130:22 131:1,20,24
  160:5 161:4,11
  218:21,25 235:2
  241:20 246:19,24
  267:14
**opine** 66:21 69:20
**opinion** 48:7 65:22
  66:4 67:5,13,20
  68:4,8 69:1,15 70:2
  70:4 80:11 81:23
  82:12 83:6 94:18,24
  120:21 127:13,24
  128:1,23,24 129:5,7
  129:21 132:6,11
  134:6 150:13
  166:20 185:15
  216:13,15 225:4
  231:20 236:13,22
  250:11,15,16 252:3
**opinions** 44:15
  54:19 56:13,16
  57:16,19 58:9
  104:25 158:20
  214:20 252:4

**opportunity** 18:3
  36:5 64:23 246:14
  246:16
**opposed** 72:20
  160:18 162:12
  198:11 243:20
**order** 7:6 14:6 21:16
  25:17,24 46:14
  49:21 69:18 74:25
  76:22 85:10 89:5
  92:2 93:13,16 114:4
  118:19 119:9,20
  135:15 136:1
  137:10 139:16
  145:25 146:7
  150:17 151:1,8,25
  155:22 158:15
  160:3 174:7 180:6
  187:15 192:23
  193:10 197:15
  202:2 205:13
  209:24 220:3
  223:18 224:21
**ordering** 14:4
**ordinary** 33:16
**origin** 227:22
**original** 166:18
  210:6
**originally** 252:25
**origins** 119:6
**outcome** 91:20
  242:23 243:23,23
**outline** 83:17
**outlining** 54:18
**output** 79:2,2
  140:25
**outside** 28:9 188:25
  193:8
**overbroad** 46:3
**overpayment**
  128:21
**overtly** 120:1

**p**

**p** 2:1,1 10:11
**p.a.** 1:17 2:3 4:23
**p.m.** 247:1
**pack** 240:4
**page** 3:4 36:19 37:9
  81:15 102:1 156:4
  157:7,19,22 159:5
  161:19 163:10
  165:19,21 166:13
  166:16,19,21
  168:16 169:10
  170:3,4,6 171:19
  175:5,22,23 176:18
  178:16 180:23
  181:9 182:15 183:5
  183:9,19 185:9,25
  190:5 205:8 206:15
  206:17 215:16,17
  215:24 229:22
  237:15,18,19
  247:17,21 248:6,20
  252:9 253:1,9
  254:22,22 255:23
  255:24,25 256:23
  257:5 258:1 260:9
  260:11 261:23
  269:9 270:15
**pages** 56:25 177:3
  206:13,14 236:21
**paid** 77:23 78:4,12
  81:3 112:12 116:20
  117:17 126:16
  128:5 129:1,6,7,12
  129:17,24 130:8
  133:17,18 162:2,7
  162:10,12,13,13,19
  167:22 194:4,16,21
  195:5,10,13,16,21
  196:2,4,9,18,19,22
  197:3,7 203:11,25
  204:11,16 226:18
  228:20 234:15
  236:7 237:25

  241:17,23 242:6
  243:13 245:10,11
  245:13,15 246:10
**paper** 88:17 138:6
**para** 206:15
**paragraph** 102:12
  155:18,19 156:10
  159:11 165:20
  169:10 175:1,23
  182:12 183:3
  186:22 206:2,13,16
  236:12 237:19
  238:22,25 239:4,7
  239:11 241:3
  242:10,24 248:22
  250:18
**paragraphs** 101:8
**paraphrase** 251:9
**parse** 249:22
**parsons** 5:5
**part** 10:1 15:11
  16:12 17:18 28:20
  30:16 38:15 53:4
  71:2 78:19,21 79:1
  79:4,7 101:10,17,20
  113:21 120:18
  135:22,25 146:12
  157:2 170:6 202:15
  207:8 210:11,12,13
  215:21 224:23
  227:6,10 228:13
  241:14 244:22
  257:25
**participants** 225:20
  225:25 226:8
**particular** 10:10
  11:4,7 13:25 20:9
  20:17,24,25 23:7
  24:6 26:19,20 29:23
  30:2,3,7,14,18 35:7
  38:15 39:15,21
  43:11,13 49:7 50:17
  50:18 63:19 65:6
  66:13 73:8,21 74:13
  79:9 83:6 88:10

92:13,23 94:10 95:4
100:14 104:14
106:8,24 113:23
114:6 116:6 120:11
120:17,19 127:1
146:14 169:7
183:22 203:24
228:10,13 232:9
233:9 236:5,7
242:13 246:2
**particularly** 24:9
181:21
**parties** 4:16 5:20
268:14
**parts** 30:23,24 103:5
**party** 242:16
**party's** 243:20
**pass** 217:25
**paternity** 6:23 7:3
69:4
**pause** 226:1,9
**pay** 111:20 117:8
127:6 128:9 141:24
179:1,5 180:2,4,14
195:23 196:13,17
203:15,20,21,22
216:9 228:9 229:1
229:10 231:15
242:5
**paying** 99:1 133:23
142:9 193:20
**pays** 126:23
**peer** 16:12 28:16
215:5 220:9 221:2,8
221:15,23 222:3
**penalty** 270:18
**pending** 187:18
191:22,24
**pennsylvania** 62:17
**people** 16:2 25:4
26:19 41:17 56:3,6
56:12 141:24 142:6
142:9 177:8 179:4
179:15 190:19
197:3,7 204:16

205:18 227:6,10,15
227:18,23 241:4
262:11
**percent** 13:5 17:18
22:5 23:11 55:17
63:10,11 81:15,19
82:5,5 96:23,24
112:22,22 113:8,9
143:22,23 144:5,10
144:17 154:10
157:6 162:25 163:1
163:2,18,22 165:24
166:14 168:2
169:13,17,23
170:13 179:11,15
179:20,22,23 187:8
187:16,24 189:21
190:2 193:14,21
194:1,5,11 195:7
215:18 216:5,9,24
217:6,9 219:16
229:25 230:4,10,16
231:1 234:21
235:14
**percentage** 61:7,10
79:12,14,15,19,20
79:24 80:13 144:12
153:18,19 162:24
163:13 166:9
197:11 216:4,23
229:20 233:17
234:2,10 235:8
**percentages** 81:14
81:22 82:10
**peremptory** 243:10
**perfectly** 120:13
**perform** 15:17 92:5
151:15
**performance** 84:24
85:5 92:11 94:6
**performed** 57:14
74:17 122:9 137:13
151:7 161:1 169:8
**performing** 16:17

**period** 44:10 50:14
97:9 111:15 157:5
167:4,23 169:6
178:19 179:3
181:23 188:4
189:12 191:3,8
199:4,6,11
**periods** 156:23
**perjury** 270:18
**permanent** 43:25
**permanently** 14:23
**person** 114:3 118:21
**personal** 184:12,15
**personally** 13:4 25:5
**perspective** 11:20
70:25 111:12
**pertains** 256:5
**perversion** 242:25
243:21
**ph.d.** 3:13 4:5 9:14
**ph.d.s** 190:22
**phase** 19:19
**phone** 155:2
**photographic** 37:6
37:25
**phrase** 21:20 32:19
242:13 261:20
264:16,24
**phrased** 29:21 64:11
67:23 115:4
**phrasing** 236:22
**pick** 4:12 147:22
223:2
**picture** 261:23
**piece** 59:19 88:17
177:13 193:8 220:4
220:22
**pieces** 136:12
177:16 192:19,22
**place** 71:13 117:16
130:7 167:8,12
168:25 169:4,7
191:4 224:1 239:15
240:6 244:20
248:16 262:2

**placed** 226:20 254:7
**placing** 228:22
**plain** 37:11 44:5
**plaintiff** 41:25 65:7
76:11
**plaintiffs** 1:5 2:6,10
5:25 41:12 63:14,25
65:3,18 94:19 95:7
107:5,14,16 126:16
126:22 127:12
128:3 133:3,16
134:7,13,21 153:23
194:15 227:11
**play** 75:22 113:15
132:17 158:8
160:21
**plays** 114:22
**pleasant** 269:22
270:1
**please** 4:11,13 18:25
33:24 46:4 47:6
65:24 99:24 101:16
113:11 115:2 144:1
150:16 172:24
185:19 187:20
196:8 200:24
208:10 211:15
215:22 233:20
247:17,20 248:6
252:8,9 269:5,7
270:13
**pleasure** 6:13
**plotted** 22:19
**plug** 75:21 163:19
**plugged** 75:25
163:24
**plus** 22:4 23:10
103:2,10 148:13
257:14
**point** 22:7,14,23
23:2 29:13,24 48:21
59:3 76:3 83:17
88:4 141:1 151:20
161:5 168:6 171:15
198:18 206:1

208:18 209:4,15
212:5,8 236:11
246:20 249:2
260:11,22 261:5
263:22
**pointed** 260:10
**pointing** 263:23
**points** 142:20 157:3
185:11 193:9 198:6
198:8,12 207:13
220:3 237:10 238:8
**policy** 24:7 62:4
65:5
**poll** 23:10
**poorly** 115:3 251:10
**populate** 75:2,9
135:15
**population** 21:25
22:1 45:4 50:2,22
50:24 51:1,3 105:12
106:12 207:5
216:19,23 217:6,8
**portion** 22:20 44:13
78:23 216:18
234:17
**posed** 132:19
**position** 52:11
106:25 128:14
176:24
**possibility** 57:21
65:16
**possible** 19:10 68:14
68:19 159:22
208:21 230:9
233:15,24 243:6
245:16 246:5
**possibly** 261:3
**posts** 110:8
**potential** 59:11
69:10 92:21 248:4
**potentially** 84:18
**pouring** 60:1
**power** 151:16 198:3
257:13,19

**powered** 139:7,8
**pre** 9:10 10:24 81:20
**precise** 8:6 29:16
35:16 36:15 64:17
87:7,14 92:18
184:23 191:6
202:19 210:23
214:21 223:14
224:4 232:14
**precisely** 86:2 125:5
149:21 190:15
224:8
**precision** 106:17
**predate** 183:23
**predated** 29:18
**predict** 26:7 145:8
145:16
**predicting** 24:25
147:7
**predilection** 65:2
**prefer** 134:23
217:19
**preference** 125:18
217:13,13,14,17,20
217:20 219:6,10,12
219:14,18,19,21,24
224:17 226:14,25
**preferring** 23:13
**preliminary** 52:20
53:3 84:25
**premium** 13:24 20:7
20:8,17 74:4,10,19
74:22 75:24 77:3,6
77:11,13,14,19 78:9
78:16,22 79:5,8,10
79:14,15,24 80:12
80:20,21 81:8,11,13
81:21 82:3,18,20
98:23,24 99:2
110:13 111:1,6,10
111:25 112:18,20
112:25 113:3,16
114:2,12 116:18,19
117:1,5,8,17 118:24
119:10,17,20

120:25 121:4 125:8
125:17 126:6,20
127:20 128:5,13,19
128:24 129:1,8,22
129:25 130:3,4,6,8
132:5 133:19
161:19,21 162:2,17
162:24 163:8,9,12
163:18,22,23,25
164:14,18,20
166:20,22 167:2,16
167:20,22 179:15
186:25 187:8 188:8
189:22 193:4,13,21
194:5,11 195:13,21
196:2,22,25 197:22
197:25 198:4,13,20
200:1,6 202:3,23
203:10,25 204:3,10
204:16 205:24
206:5 216:23 217:7
226:18 227:5
228:20 229:18,20
229:24 230:3,5,15
230:24,25 231:8,16
231:25 232:20,21
234:8,14 235:23
236:6,16 241:7,9,16
241:22 243:12
245:18,21,22 246:2
246:6
**premiums** 81:2,9
129:16 179:2,5
180:15 193:9
**prepare** 53:18
**prepared** 168:8
172:9 212:14
**prescribed** 49:12
107:25 137:19
139:10
**presence** 74:20
111:20 112:7
115:21 116:24
166:20 179:20
193:22 195:21

196:14 213:14
270:17
**present** 2:17 58:2
86:16 110:23
112:13,13 115:19
115:20 143:11
157:7 227:22
253:21
**presentation** 183:11
183:17,20 189:24
**presented** 158:12
160:14 178:14
**presenting** 176:22
**presents** 158:13
**president** 56:8,9
**presidential** 23:9
**press** 177:5
**pretend** 239:5
**pretty** 14:2 221:6
**prevail** 133:3
**prevent** 70:16
**prevents** 71:10
**previous** 32:7,19
46:22 119:18
135:24 139:15
208:8 219:4,22
221:14 235:6
238:12
**previously** 107:9
117:25 203:1 218:4
228:25 247:7
**price** 20:7,8,16 74:3
74:10,18,22 75:24
77:3,6,11,13,14,19
78:9,16,21,23,24
79:5,8,10,13,15,21
79:23 80:2,7,12,14
80:20,20,21,23 81:1
81:8,11,13,21 82:2
82:18,20 98:23,24
99:2 110:13 111:1,5
111:10,25 112:5,12
112:18,20,25 113:3
113:16 114:1,11
116:18,19 117:1,4,8

117:16 118:24
119:10,17,20
120:25 121:4 125:8
125:17 126:6,20
127:19 128:5,13,19
128:24 129:1,8,16
129:25 130:8 132:4
133:19 144:23
145:8,8,16,16
146:18 149:7
155:21 156:6 157:3
158:15,18 159:16
159:17,19 160:1,9
160:11 161:19,21
162:1,17,24 163:8,9
163:12,18,21,23,25
164:13,18,20
166:20,22 167:2,15
167:22 169:13
170:22,23 171:1,11
175:6 179:1,5,14
180:15 185:2
186:25 187:7 188:8
189:22 193:4,9,13
193:14,21,22 194:2
194:5,11 195:1,8,13
195:21 196:2,22,25
197:3,22,24,25
198:4,13,20 200:1,6
202:3,11,23 203:10
203:24 204:2,10,16
205:4,7,10,24 206:5
207:13 208:17
209:4,15 211:9,10
211:11,19,19,20,23
212:5,8 214:11,18
215:20 216:23
217:7,7 226:18
227:4 228:20
229:18,20,23,25
230:3,4,11,15,16,17
230:24,25 231:2,8
231:15,24 232:20
232:21 234:7,14
235:20,23 236:16

237:10,25 238:8
241:7,8,16,22
242:12 243:2,7,12
243:25 244:2,7,20
245:5,9,15,18,20,21
245:21 246:2,5
**priced** 193:16 194:1
**prices** 8:20 81:3
141:22 142:18
144:14,21 145:12
145:19 159:13
186:2 194:10
197:14,17 204:15
207:8 211:1,5 212:1
245:10 246:9
**pricing** 156:17
212:25 213:5,7
237:9
**principal** 60:4
**principled** 134:22
**print** 86:12 181:7
218:8
**printed** 87:7 88:17
**printing** 138:3
**prior** 29:13,24 75:10
75:15 116:16
175:15 207:16,19
209:10,23 214:5
258:8
**private** 4:13 15:15
62:2
**probably** 14:24
24:19 31:22 48:14
54:7,9 59:25 62:6
63:9 73:10 86:16
96:14 119:2 121:10
122:18 154:20
159:22 222:25
245:25
**probative** 227:25
**problem** 6:20 7:5
35:25 53:9 132:21
144:7
**problems** 18:22

**procedure** 85:22
**procedures** 24:17
51:5,7 95:23 96:9
96:13 98:2 101:6
104:16 106:14
**proceedings** 12:7
**process** 16:12 32:24
95:10 155:9 223:18
223:25
**produce** 143:12
**produced** 175:15
**product** 8:12 13:25
14:4,5,18 26:19,20
38:24 55:2 73:5,8
73:19 74:10,21
78:23,24 81:10
85:20 86:12,20
88:21 92:5 105:22
111:13,16 117:9
118:14,16 124:23
128:6 129:4 136:11
148:24 179:12,13
180:3,4,8 197:21,23
202:13 211:13,22
228:10,14 230:9,11
230:17 231:2,6,25
232:1,22 233:14,15
233:16,17,24,25
234:1,2,18 235:7,9
235:15 240:2
**production** 270:23
**products** 32:17
126:17 129:2,6
168:20 175:5,6
176:7 177:14 202:8
202:14,20 204:23
205:1,14,20,22
212:24 213:4,12,15
240:19
**professional** 61:19
63:7 146:13
**professionally** 17:12
**professionals** 119:3
**professor** 18:2

**profiles** 14:5
**profit** 198:9 199:24
200:15
**profits** 174:3
**program** 8:10 10:18
10:24 11:8 27:10
54:5 107:4 142:10
188:15 189:5,11
**programming**
220:24
**programs** 10:18
114:15 141:18
142:6 221:5
**progression** 8:14
**prohibitions** 71:8
**project** 21:25 58:22
59:18 60:12 61:16
65:6 142:12,22
**projectable** 35:22
42:8 50:1,22,23
164:23 167:21
204:22 205:22
226:3
**projected** 38:7
**projecting** 146:8
**projection** 141:18
143:19 146:25
157:12
**projections** 144:3
**projects** 24:3 58:20
59:4 62:4,13,24
64:16
**promise** 88:10
**promised** 43:10
52:3 116:11,12
**proper** 52:12
**properly** 260:1
**property** 239:19,23
**proposal** 132:6
**propose** 15:20 72:17
**proposed** 50:13
157:5
**proposition** 80:25
**propounded** 96:1

**proprietary** 220:15
220:17
**proscribes** 40:11
**protected** 124:14
**protection** 33:6
**protective** 69:18
**prove** 134:7
**provide** 15:10 29:7
32:15,21 34:4,6
35:20 39:16 42:25
46:19 51:14 53:1
61:25 62:2,3,13
65:12 68:8 69:24
75:19 76:1 82:1
93:13 106:15,21
107:24 110:8
114:15 125:19
163:7 177:7 184:10
184:13 189:13,16
191:8 232:12
**provided** 33:9 42:21
65:22 66:4 75:16,21
106:9 137:8 173:11
252:5
**providence** 83:8
173:14
**provides** 16:15 40:4
40:20 87:6,18
156:22 173:13
**providing** 87:10
**provision** 59:6
**public** 24:7 62:4,11
62:14,18 65:5 66:23
67:11 268:6
**publicity** 181:24
**publicly** 67:13,20
**published** 16:4 18:4
**publishing** 16:6
18:7
**pull** 121:10
**pulled** 136:10
149:12
**purchase** 39:18
114:1,16 179:21
193:21 195:8

215:19 230:11
**purchased** 39:17
79:16,17 205:19
240:5 241:5
**purchasers** 179:23
**purchases** 79:25
81:10 179:10
**purchasing** 34:15
**purpose** 15:9 23:6
29:5 32:14,20 38:19
38:21 143:5 248:18
266:16
**purposes** 15:8 21:9
44:24 53:2 103:24
105:15 111:10
123:10 157:3 233:3
**pursuant** 44:2
246:14
**push** 105:19
**put** 15:13 24:20
51:25 52:1,7,10
58:24 82:23 84:21
88:24 108:6 128:13
131:10 140:24
172:3 229:17 245:7
266:7,15,25
**putative** 42:4 48:4,8
51:19 63:14 65:8
68:7 71:16 74:25
76:9 128:20 129:5
225:12 227:7,11
**puts** 229:19
**putting** 55:15

**q**

**qualification** 33:7
60:21
**qualifications** 62:8
63:3 64:7,25
**qualified** 12:3 33:3
33:4 99:7 111:13
168:20 169:14
176:7 201:16 250:4
**qualifies** 38:24

**qualify** 27:15 93:1
93:12
**qualifying** 175:6
**quality** 92:11
226:13,24
**quantity** 239:3
**quarters** 253:8
**question** 10:7 13:14
14:8 18:25 23:19
25:19 26:9 27:19,21
37:4 39:22 40:23
46:2,23 47:8 49:19
52:14 54:23 65:24
65:25 66:2,16 67:17
67:22 70:9 74:14
76:15 77:7 80:17
82:24 84:8 97:18,23
99:8,24,25 100:2,8
100:14 101:15
113:10 115:4 121:5
121:16 143:25
156:14 157:10
172:24 173:21
185:19,20,22
186:19 187:18,19
191:21,22,23
197:16 199:9
200:19 202:6
205:15 207:4,24
208:11 210:6,6,12
211:16,18 214:15
215:22 216:11,14
217:2 218:11
219:23 221:3
222:25 227:15
233:5,21,23 234:3
235:10,17 236:20
242:1 245:25
251:11,15 258:9
262:11 266:23
**questioning** 84:17
223:20 251:17
252:13
**questionnaire** 19:20
205:5

**questions** 7:12
11:24 16:20 54:12
62:7 70:11 75:4
93:24 110:16
111:23 119:11,12
130:13 210:10
224:16 260:4,6
**quick** 177:4
**quite** 14:14 18:24
25:19 30:10 48:19
52:1 68:12 77:17
140:21,23 156:20
159:20 163:11,18
**quiz** 38:16
**quote** 104:12 165:10
165:18 175:22,24
237:20
**quoted** 183:2

**r**

**r** 2:1 3:14 4:8 7:22
9:16 151:17 268:2
269:4,4
**raised** 237:12
**raising** 232:24
**ran** 15:14
**range** 35:3 36:22
37:13 43:1,1 44:16
44:17 50:2
**ranking** 14:3
**rankings** 220:1
**rare** 58:22 60:9
**rarely** 62:23
**rate** 58:14,17,19,20
58:24,25 59:3,4,8,8
59:12 142:18
143:21 144:4,14,17
144:21 147:7,8
156:11 157:6 159:3
159:8,14,21 160:2
**rates** 58:23 141:4,19
141:24 142:9,23
143:3,4,7,10,20
144:23 145:2,23
146:9,25 147:6

155:16,25
**rcw** 260:12
**reached** 83:17
**reaching** 122:1
**react** 266:21
**read** 19:25 38:2,4
  48:20 60:13 66:1
  67:16 100:1 113:10
  115:5,7 122:23
  135:2 143:25
  146:24 170:9 171:3
  173:15 180:12
  181:10 185:21
  187:20 203:4 207:1
  208:4,10 209:3,13
  209:22 210:5
  211:17 215:5
  221:19,22 222:9
  232:13 233:11,22
  263:14
**reader** 36:9 44:23
  58:5,5 153:4
**reading** 101:14
  173:19 204:9
  229:14 267:12
  269:5 270:12,21
**real** 34:19 35:8 36:4
  38:18 39:2,9 157:12
**realities** 207:3
**reality** 204:18
  239:20
**realize** 49:18
**really** 22:15 96:15
  109:12 113:21
  177:15 212:14
  235:16
**realtime** 268:4
**reanalyzed** 234:20
**reason** 6:18 13:22
  42:15 72:6 115:12
  115:15 120:17
  132:24 134:23
  164:17 172:8 180:8
  180:9 188:24 226:5
  270:16

**reasonable** 12:16
  31:17 42:11,16 53:1
  53:10 82:2,11,16,20
  85:22 119:4 143:5
  143:15 145:5,13,22
  146:17 165:4
  167:20
**reasonably** 63:19
  83:12 167:3
**reasons** 13:22 69:7
  70:9 113:25 114:8,9
  123:13 223:20
  241:2
**rebate** 116:3,12,14
  117:9
**rebates** 114:16,19
  114:23,25 115:9,13
  115:17 116:24
  117:3 141:11
**recalculated** 104:4
**recall** 30:19 35:6,16
  38:10 44:4 48:14,15
  69:13 84:14 90:22
  91:5 93:18 94:5
  97:3 104:2 107:7
  108:9 110:22,24
  118:2,25 124:2,6,10
  126:5 146:19 147:1
  157:15 209:1
  223:13,22 224:7
  235:9,10 251:11,15
  252:12 261:2
  264:21
**recalled** 37:18
**recap** 208:25
**receipt** 117:3 270:20
**receive** 64:22
  117:10 127:19
  128:2
**received** 105:25
  116:14
**receives** 116:2
**recess** 47:22 84:1
  130:25 131:23
  161:10 218:24

246:23
**recite** 24:19
**recognize** 247:23
**recognized** 33:11
**recollect** 21:13
  96:15 106:17 136:7
  142:24 156:19
  192:4,8,12,14,20
  225:17,22
**recollection** 6:24 7:7
  36:15 41:2,6 49:23
  50:7 53:15 84:16
  88:5 95:25 101:2,10
  104:13,14,23 108:8
  108:13 111:14
  120:5 124:4 136:17
  136:19 137:10
  146:23 147:2
  160:19 166:11,15
  166:17 168:7,14
  184:25 186:17
  189:16 191:6,10
  200:14,18 222:21
  223:4,7
**recommend** 124:11
  179:23
**recommendation**
  119:22 120:2
  123:23 124:7 132:8
  132:21 134:8
**recommended**
  119:19 123:18
  124:21
**recommending**
  124:2 132:22
**reconcile** 195:19
**record** 4:11,17 7:16
  9:9 11:25 47:5,21
  47:25 60:7 62:6
  66:23 83:25 104:9
  111:4 130:21,24
  131:3,12,17,22
  132:1,10 135:10
  155:14 161:9,12
  208:10 209:22,22

218:23 219:2
  246:25 247:12
  258:11 259:4
  267:18
**recording** 4:15
**records** 60:11
  124:20
**recycling** 1:10 5:11
**redirect** 246:16
**reduce** 223:18
**reduction** 170:15,21
**reed** 5:5
**refer** 33:5 36:2,9
  56:24 58:4 62:10
  81:15 84:19 86:10
  102:12 134:1
  137:24 144:12,19
  149:20 150:8,17
  151:10 153:8
  155:23 178:6 248:3
**reference** 152:8
  207:6 216:21 270:8
**references** 207:5,10
  238:1
**referentially** 63:2
  146:10
**referred** 77:22 78:2
  96:3
**referring** 49:19 86:9
  133:11 170:5
  221:15 222:8
**refers** 84:22 144:13
**reflect** 35:8 36:4
  62:6,12 64:7 111:5
  112:6 200:8 207:7
  207:12 258:16
**reflected** 56:13
  62:25 63:1 255:15
  256:10 259:1
**reflecting** 73:21
**reflection** 204:18
**reflective** 34:19
  38:18 39:2,9,13
  48:3,8 51:1,2,19
  209:5

**reflects** 211:4
257:10
**refresh** 6:24 101:2
136:16 137:10
184:25 191:10
**refreshed** 7:8
**refreshes** 136:19
**refrigerators** 30:4
**refund** 241:6
**refused** 191:8
**regarding** 19:23
20:6 93:22
**regardless** 19:1
51:18 99:2 114:12
119:6 127:25 142:9
267:7
**regards** 175:24
176:10
**region** 156:7
**regression** 119:20
120:1,4,7,8,12,17
121:3,18,22,24
122:4,7 123:18,23
123:25 124:3,7,12
124:21 125:1,4,7,14
125:22,25
**regularly** 64:22
120:23
**regulated** 31:14
145:20
**regulation** 40:4,20
42:22 48:18 51:8
62:5 65:5 98:1
**regulations** 24:8,9
24:20 28:14 29:23
40:22 44:2 49:13,16
49:19,20 50:5,16
60:2 85:12 89:22
90:20 96:1,2,4,6
97:20,21 102:20
104:7 136:13
137:19 266:17
**regulatory** 62:3
**relate** 24:10 62:4
65:18 102:3 205:19

**related** 30:5,23,24
31:24 38:14 111:6
114:16 140:6
188:16 195:5
**relates** 14:16 27:7
27:17 28:25 31:5
63:25 78:9 98:22
101:25 116:18
189:10 213:24
237:19 254:1
**relating** 28:18 31:4
74:8 182:19 189:14
**relations** 168:19
169:19 172:3
173:17,25 189:23
190:17,19 192:16
**relationship** 22:17
22:21 80:19,21
117:22 139:20
**relationships** 62:16
**relative** 150:11
268:15
**relatively** 60:9
**release** 177:5
**relevant** 74:6 98:10
167:4,23 176:23
177:7 178:19 228:6
**reliability** 94:20
**reliable** 53:1,8 81:11
163:23,24 172:1,2
173:22 174:8
224:18
**relied** 12:6 38:19
120:23 135:24
143:7 170:2 209:12
248:3
**relies** 10:8 14:3
**rely** 9:23 10:1 12:2
45:24 51:21 93:21
103:21 172:18
173:3 220:12
**relying** 39:4 42:19
46:6,10 90:18 94:19
119:8 146:12 147:7
187:6 234:22 237:3

**remain** 252:4
**remaining** 142:19
**remains** 164:12
256:13
**remember** 8:6 29:16
31:3 48:24,25 60:1
64:17 123:20,24,24
125:1,3 138:23
143:1 147:25 149:3
155:3 158:19 177:1
221:25 251:17
260:18
**remembered** 188:14
**renders** 219:10,23
**repeat** 59:15 77:7
80:15 179:22
**rephrase** 20:8 22:25
67:18 70:3 73:10
80:18 97:18 113:12
125:23 184:7,17
187:22 214:3
245:17 261:14
**report** 3:12,14 4:4,7
9:8,14,16,23 13:9
13:12 36:7,8 39:24
53:14,22,25 54:3,6
54:7,13,20 55:12,13
55:15,17 56:14,25
57:21 58:6 60:8,15
67:2 77:19,20 78:10
81:14 101:8 113:4
115:1,10 119:21
121:2,8 122:20
123:11 124:11,14
124:17 131:10
136:16,22 137:25
142:13 143:14,22
144:3 155:9,19
156:4 159:12
161:18,25 163:11
165:9,20 175:1
178:3 180:24
182:12 183:2,3
186:22 187:7,7
189:15 191:13

197:2 203:7 204:5,8
204:9 205:8 206:2,9
208:5 215:11,17
218:4,6 221:17
223:1,9 229:23
231:1,7 234:8
236:12,20 237:16
239:1 244:12
250:17 252:9,15
260:1
**reported** 237:4
259:5,9 268:7
**reporter** 5:21 66:1
100:1 115:5 131:7
135:2 165:11
174:20 177:23
180:21 182:6
185:21 211:17
233:22 247:6 268:5
268:5 269:7
**reporting** 269:22
**reports** 12:1,4 13:5
15:19 55:1 65:20
66:2,20,24 73:6
164:24 206:14
237:4
**represent** 5:20
49:15 92:15 104:17
121:11 266:19
**representation**
73:19 74:2,3 153:1
**representative**
33:18 34:12 35:4,22
37:1,20 49:25
153:23 205:25
225:12
**represented** 44:7
97:12 158:22
**representing** 4:18
5:25 6:4 191:15
**represents** 144:20
**reproduced** 13:2
166:10
**request** 220:2 232:4

requested  63:24
   191:9
requests  64:22
require  48:11
required  85:10
   110:6 179:25 180:6
   180:7 224:18
requirement  42:24
   85:21 99:6
requires  70:24
   85:17
requisite  10:24
   125:13
rescheduled  218:18
research  13:21
   38:12 54:13 55:8
   56:17 65:12 66:15
   167:10 181:14
   193:4,7 222:2,7
researched  143:4
researcher  167:13
resources  11:13
respect  15:24
   236:21
respects  201:16
   265:2
respond  216:5
respondent  224:25
respondents  21:16
   22:9 203:14 215:18
   216:4,9 222:24
   223:10,16,19,24
   224:5,14,18 225:1,3
   225:7,11,14 226:14
   226:25
response  224:21
responses  223:21
   224:10
responsible  230:10
rest  239:4
restate  196:8
result  23:3,4 26:4
   37:11 42:7 43:19,23
   52:5,7,9 57:8,9,10
   72:4 73:22 74:7

76:6 77:24 107:21
108:21 109:2,8
110:3 111:20
112:16 113:7
115:24 116:4,20
117:18 125:20
126:17,24 127:1
128:6 129:1,9,17
136:6 138:11 139:2
143:12 149:6 162:2
162:10 163:20
194:5,17,22 195:14
196:13,23 197:4
198:1 203:11
205:22 212:2
226:19 228:21
231:20 236:1
240:17 241:17
246:7 254:12
265:11,25 266:15
resulted  67:11
   190:13
resulting  163:13
   175:6
results  18:21 19:3
   21:17 23:18 24:5,14
   25:12 26:11,13,23
   26:24 34:12 36:21
   37:12,14 38:6 39:5
   43:11,19 45:25 46:1
   46:7,19 50:20,22
   51:14,19,21,23 53:1
   53:4,6,9,12 79:7
   84:25 90:25 93:13
   103:20,24 104:3,23
   106:6,20 107:25
   109:23 118:17
   138:13 140:9,24
   148:3 151:23 193:1
   215:15 224:18
   226:1,2,10 235:19
   249:15 261:16
retail  80:2,7,14,20
   80:23 185:2 193:14
   194:2 201:25

204:23 205:1,4,10
205:13 207:7
208:18 209:5 211:1
237:9 244:16,18
245:3,4,14 246:9
retailers  99:15
   100:23 237:23
retesting  43:24
return  269:7,21
returned  270:20
returning  6:22
reveal  54:25
revealed  217:13,14
   217:18,20 219:6,10
   219:12,14,18,21,24
   224:17 226:14
revenue  62:17
   175:19 198:11
revenues  174:3
   175:7,25
review  12:18,21
   16:11,12 34:24
   35:18 36:18 39:12
   60:8,10 63:13 81:6
   81:7 87:23 91:19
   93:25 96:17 101:9
   137:1 145:3 202:16
   223:5 246:14
   270:13
reviewed  27:16
   28:16 34:22 36:1
   87:21 89:25 108:3
   184:21 215:2,5
   220:9,9,20 221:3,8
   221:15,23 222:3,20
reviewing  28:16
   38:14 122:22 155:9
   224:3 225:16
reviews  234:23
revise  57:19 102:23
revised  57:16
revisited  142:25
revoke  33:7
revoked  43:22

right  16:19 40:23
   47:18 51:16 59:13
   73:24 80:8 83:20
   91:4 94:2,8 96:8,16
   97:3 100:20 101:3
   106:2 111:3 113:6
   113:18 114:17
   116:8 125:13
   130:20 138:22
   143:21 146:23
   147:20 148:15
   150:5 151:4,9
   152:16 154:18
   156:19 157:14
   159:2 161:17 164:5
   164:5 166:12
   170:21 171:16
   174:13 176:4,15
   177:10 178:17
   185:1,4 186:16
   192:18 203:16
   213:1,13,16 217:5
   218:3 223:3 225:18
   226:15 227:12
   238:3 246:15 249:9
   249:24 250:19
   252:23 254:6,20
   255:2,13 256:9,22
   257:2,4,6 258:4,6
   258:10,11,24
   259:17 263:2
rigorous  12:18,20
river  2:9
rmr  1:16 269:21
road  15:13
rocky  239:6
role  118:11
rolls  61:22,23
roughly  82:9 148:10
   149:9 253:19,23
round  133:15 219:4
rounded  81:19
   139:11 148:13
rounding  254:13
   255:13

**route** 2:9
**row** 144:2 147:18
  152:9,10,14,19,25
  153:25 154:9 155:1
  155:5,6,8 215:23
  254:5,24 256:2
  257:1 258:3,6,13,20
  259:6
**rows** 258:12
**rubber** 15:13
**rule** 75:7 124:15
  246:15 248:15
  249:1 250:20 261:7
  261:12,16,20,24
**rules** 24:12 86:23
  87:3,14 105:10
  249:16
**run** 15:18 17:17,22
  25:21,23 135:5
  151:14 154:8 266:8
  267:6,9
**running** 139:5,6
  153:18,19 266:16

**s**

**s** 2:1 3:10 7:22 10:11
  60:6 269:4
**saddle** 2:9
**safe** 141:17 181:15
**sake** 259:4
**sale** 50:15 169:13
  200:11,21,25 201:5
  201:25
**sales** 74:6,7 95:14
  130:7 163:13,20
  164:1,14 167:7,11
  167:11 200:7
  204:23 205:1,4,13
  207:7,11 208:19
  209:5 212:22 213:2
  213:7,10 237:22
  240:1,6,7,9,11,19
  244:16,18 245:3,5
**sample** 21:24 22:4,6
  22:7,12,15,16,18

204:21
**samsung** 239:17,18
  239:21,22
**satisfied** 237:11
**save** 114:4
**savings** 92:19,19
  96:23
**saw** 163:17 237:23
**sawtooth** 220:22
**saying** 40:19 82:13
  84:14 92:6 100:20
  110:22 126:5 132:9
  133:6 143:1 150:23
  195:23 215:8
**says** 35:7 36:3,25
  40:14 86:3 107:22
  127:25 138:7,18
  144:4 157:23
  169:11 181:10,11
  183:10 240:14
  250:19 253:10
  258:6 260:11 261:5
  261:23,25
**scenario** 243:6
  257:18
**schedule** 59:8
**school** 10:19,19
**schramm** 5:6
**scm** 1:6
**scope** 16:14 54:17
  105:8 113:21 188:4
  188:7 189:9 190:20
**script** 86:4
**scrutinize** 12:1
**scrutinized** 15:25
  26:6
**se** 11:8 65:3 125:18
**seal** 122:21
**sears** 1:8 5:8 6:5
**second** 52:19 101:9
  122:7,10 131:18
  133:22 181:3
  247:20 248:21
  254:9 260:11

**seconds** 76:3
**section** 78:10 135:5
  151:25 159:3
  161:18,25 162:17
  165:9 253:9,12
**see** 6:12 22:4 26:16
  36:2 39:20 45:5
  81:17 91:12 102:6
  108:25 109:3 116:8
  121:9 135:8,9
  137:10 143:20,24
  144:4,6,10,17
  147:12 149:4
  153:25 156:8,9
  157:8,25 158:2
  159:2,4 163:3,11,15
  165:18,22 169:15
  169:16 170:6,8
  171:18 174:23
  175:2,8,12,23 176:1
  177:25 178:4,12
  180:25 181:5,10
  182:9,13,16,18,24
  183:6,9,14 187:3
  191:13 204:13
  205:7 206:6,10
  209:8 216:6 222:7
  230:1 236:17
  245:17 248:20
  249:4 250:18 251:2
  253:8,11,12 255:1,4
  256:1,19 257:2,3,6
  258:3,9 260:10,15
  261:10 263:8,12,15
  263:16
**seeing** 37:18 38:10
  91:5 156:11 181:12
  221:5,7 243:20
**seeks** 14:17 70:20
  72:10
**seen** 25:6,7 26:12,23
  33:23 34:17 57:18
  91:9 93:21 94:5,10
  99:13,16 107:2,8
  117:13 140:19

145:14 154:25
  163:21 177:16
  186:18 188:13
  193:9 220:8,18,20
  220:23,25 221:2
  242:15 243:13
**segment** 217:5,8
**select** 72:19
**selection** 19:19
  208:17
**self** 93:12
**sell** 100:23 171:10
  175:5
**sellers** 197:23 198:2
**selling** 115:24
**selwyn** 56:7 60:4,8
**sense** 30:5 31:1
  34:15 74:24 75:3
  78:22 109:18
  170:25 202:21
  218:12
**sensitive** 4:12
**sentence** 180:11
  261:13
**separate** 28:1
**separately** 133:2
  164:10
**september** 183:7,23
  189:18
**series** 7:12 210:10
**serve** 64:5 156:1
**served** 24:1
**services** 3:17 4:19
  16:15 62:2 65:13
  174:15 269:22
**set** 24:11 51:7 52:21
  76:7 82:19 92:24
  96:2 101:7 126:9,10
  127:8,11 143:10
  147:6 153:6 197:14
  197:17 207:8 241:2
  244:12 252:7
  259:23
**setting** 105:21
  106:15 127:9

**[settings - spreadsheet]**                                                    Page 38

**settings**  48:11,16,22
  48:24 49:5,8,12,22
  50:5 104:19,24
  105:1,3,21,23
**settlement**  71:2
**seven**  57:24 154:13
  154:25 164:9,10
  165:5
**seventeenth**  2:13
**seventh**  1:17 2:4
  4:24
**sheet**  138:6 147:23
  174:1 269:6,7
  270:14,16,19
**sheets**  218:8
**shelley**  5:3
**short**  130:16 246:18
**show**  90:23 148:21
  150:9 242:22
**showed**  88:16
  108:13
**showing**  171:4
**shown**  139:3 148:11
  149:9 151:24
  158:25 159:9
  166:10 249:3
  254:14 261:3 269:8
  270:19
**shows**  63:13 178:24
  179:10
**side**  157:22,23 159:2
  166:5,5 206:4,19
  207:25 208:14,22
  208:25 209:8 210:3
  210:8,15,20 211:3
  212:16,18 213:17
  213:20 214:10,17
  236:12,15,24,25
  237:3,6,8,14,17,21
  238:4,15,17,21,23
  239:2
**sign**  269:7 270:16
**signature**  268:19
  269:21

**signed**  42:14
**significant**  123:9,12
  169:3
**signing**  270:12,18
  270:21
**similar**  15:24 50:1
  73:6 78:21 153:14
  174:12 201:12
  240:13
**similarly**  76:4
  204:12
**simple**  140:23
  163:12 164:8 239:5
  239:9
**simpler**  72:12,23
**simply**  36:14 96:1
  112:12 129:7 140:9
  233:9 237:3 243:1
  257:22
**sincerely**  270:22
**sinclair**  183:13,16
**single**  34:8,9 36:25
  37:14 64:13 119:12
  193:8 224:25
  235:23
**singular**  79:1
**sir**  270:10
**sit**  14:25 21:12
  36:14 41:1,5 44:4
  48:23 50:8 59:20
  66:15 76:15 83:3
  91:3 94:2,8 96:7,16
  97:3 101:2 104:15
  107:6 143:13 154:7
  156:19 157:14
  166:12 168:6
  172:15 176:11,15
  184:25 186:16
  189:15 191:5 192:4
  192:8,12 198:19
  200:13,17 222:20
  223:3
**sitting**  13:3 35:6
  36:24 137:12 147:1
  160:7 186:19

**situation**  240:3
  251:8
**six**  240:4
**size**  22:16,18
**sizes**  104:18 265:4
**skip**  6:17
**slapped**  88:24
**sleeve**  191:16
**slide**  165:21 166:10
**slightly**  22:6 170:1
  248:25 266:4
**small**  109:15 181:7
  225:3
**smaller**  22:13 59:24
**software**  54:5
  220:14,21,22,23
  221:4,5,10
**sold**  44:10 208:20
  211:2,7 212:7,11
  239:20,21,24
  240:25
**solely**  20:3 74:22
  166:15 197:11
**solutions**  270:1
**somebody**  203:22
**somewhat**  73:6
  170:13
**soon**  173:4
**sorry**  16:22 34:2
  62:20 101:14 103:1
  108:12 115:22
  122:10 137:14
  143:25 169:21
  172:21 196:19
  200:23 204:13
  215:21 217:2 231:9
  231:9 232:18
  241:20 244:5
**sort**  26:1,3 50:2
  69:19 123:8 177:5
  181:16 230:14
  240:23 241:4 243:5
  263:23
**sought**  42:3 108:19

**sound**  23:4 152:16
  262:25 265:14
**sounds**  70:10 80:8
  149:24 158:19
  243:5
**source**  135:7 136:20
  136:23 137:2 142:1
  157:18 168:17
  178:13,15 181:8,11
  181:19 213:19
  255:8 257:20,25
**sources**  25:6,7,8
  89:15 146:15,19
  178:16 221:9
  257:16
**south**  2:9
**speak**  29:20 34:22
  35:12 61:9,17 81:22
  108:14 184:21
  223:15 232:23
**speaking**  234:7
**speaks**  60:21 115:11
  168:13 223:15
**specific**  25:7 30:3,4
  38:22 49:23 58:6,7
  69:24 77:16 87:18
  104:23 122:3,4
  202:18 221:20
  233:1
**specifically**  27:7
  80:10 126:15 175:4
  182:21 199:25
**specifications**  251:1
**specified**  15:16
  17:20,20
**specify**  58:22 67:24
  73:3 89:22
**speculating**  263:2
**spent**  63:9
**spin**  32:11 139:7
  151:14
**spoke**  58:16
**sponsored**  190:16
**spreadsheet**  76:2
  158:11

**springboard** 248:22
249:7,15,17 250:12
250:16 251:23
262:7,11 263:11
264:2 267:5,9
**squarely** 169:5
**srinivasan** 221:22
222:1,6
**ssi** 220:22
**stage** 248:22,24
250:23 261:8
**stand** 47:5 82:23
133:1 209:12
**standard** 97:17,17
97:25 100:16,16,19
108:10 109:1,7,15
110:4,6 177:6 261:1
262:3,13
**standards** 28:15
31:7 96:25 99:20,22
100:2,5,12 108:5
**standby** 46:22
143:13
**standing** 62:16
150:14
**standpoint** 265:21
**star** 3:18,19 14:9
24:4,17 27:10,15,17
27:21 28:3,18,25
29:10,22 33:2,7,10
34:6 37:24 38:24
43:22 52:3 73:21
74:20,21 75:25
77:25 84:23 85:4,9
85:11,13,17,21,24
86:3,4,8,9,10,11,16
86:17,18,22 88:9,16
88:25 89:10,12 92:4
92:12,22 93:2,10,17
94:23 95:6,22 96:9
96:19,20 97:5,13,20
97:21,25 98:6,15
99:3,6,9,10,15,17,20
99:21 100:2,4,12,15
100:24 101:5,11,18

102:4,17 104:11
105:4,10,20 106:1
107:4 108:10,23
109:1,7,15 110:1,2
110:2,4,7,9,15,15,17
110:18,22 111:2,11
111:16,17,21,24
112:5,8,17,19,20,22
113:5,8,9,14,19,20
113:24 114:3,13,17
114:21,22 115:19
115:25 116:22
117:1,5,8 121:4
126:18 128:7,15
129:2,5,9,11,18,20
129:23 130:1,5
133:20 134:4
135:16 138:15
148:4 162:4,20
166:2,2,3,8,8,9,23
167:16 168:20
169:12 170:6,7,8,9
170:22,23 171:1,5
174:16 175:5 176:7
176:21,25 177:14
177:15,19 179:2,5
179:10,12,13,17,21
179:23,24 180:8,15
181:3,25 182:21,22
183:10,18,19 185:7
185:8,23,24 186:12
186:13 187:1 188:9
188:15 189:2,5,11
190:6,7 193:5,7,11
193:17,22,25 194:6
194:12,18,22
195:22 196:14
197:5,12 198:1,4,10
198:20 199:21
200:4,11,16 201:4
201:13,15,25 202:1
203:15 205:8
215:19 216:10,20
216:24,25 226:15
226:19,25 227:24

228:5,22 229:24
230:4 232:1,11,13
232:20 234:11,19
235:13 241:1,6,13
241:18 243:8 244:1
244:8 248:18
249:19 250:3,25
260:14 261:1
267:11
**start** 13:18 151:21
162:22 165:8 166:6
259:15
**started** 101:15
184:21
**starting** 131:15
**starts** 50:14 161:18
239:1
**state** 29:17 58:6
60:12 63:18 64:21
67:5 73:11 79:5
106:5 141:9,14,23
141:25 142:6 164:3
164:11,19 165:5
210:9 221:24 240:9
243:1 249:18
250:16 267:5
**stated** 12:7 34:18
38:10 39:8 63:20
79:11 80:25 85:16
90:5 185:8,25
213:11 217:12,13
217:17,19 219:19
224:22 229:16
250:7 252:20,25
**statement** 32:22
33:20 37:19 39:8
60:21 62:8 64:6,25
92:7 159:15 209:21
223:2 229:4,13
**states** 1:1 5:14 51:4
57:24 58:8 90:1
95:20 141:4,7
153:22 164:3,9,10
188:25 189:1,9
198:21 229:23

243:16 248:21
249:6
**statewide** 142:11
**statics** 8:14
**statistical** 11:11,20
14:6 17:1 22:3
24:10 62:1 232:8,11
**statistically** 82:2,11
125:16 145:5
**statistics** 9:6 65:5
190:22
**statute** 40:11,14,19
42:20 48:18
**statutes** 24:9 40:22
49:12 50:15 60:1
**statutorily** 42:21
**statutory** 42:20
**stein** 56:10
**stenographic** 268:11
**step** 17:24 90:9,9
95:9 114:14 137:21
137:21 143:18
150:7 206:18 226:5
230:22
**steps** 88:3,3,6
**sticker** 85:24 86:5
86:13 87:2,5,8 88:9
88:17 92:4
**stock** 99:21 100:3
**stolen** 239:18
**stood** 30:8
**store** 99:18 112:3
128:4 130:9
**straight** 137:24
**strange** 231:19,21
**street** 2:13
**strict** 257:11
**strike** 107:1 247:19
248:13 256:21
**strokes** 71:20 75:5
**strongly** 102:19
**studied** 8:9,17 11:5
17:12 25:2 30:15
31:18 145:18
199:24

**studies** 11:17,18
14:24 15:4,14 27:16
28:16 29:17 30:1
31:1 38:4 49:21
74:16 146:14
178:11 215:6
220:10 232:8
233:13 239:11
244:23
**study** 8:22 11:14
15:17,18 16:21
17:17 27:9 28:2,7
28:10,23,24 29:6,14
29:21 30:6,16,23,24
30:25 31:13 44:16
50:12 92:13,21
98:17 113:23 114:7
117:12 169:8
181:16,20 186:15
188:8 189:9 190:13
191:3 192:2,6,10,18
201:3 207:4 213:13
219:5,10,17,18,19
230:19 232:9 233:8
234:12 235:19
236:2 243:22
249:16,21
**studying** 20:25
29:22 30:19
**stuff** 138:4
**style** 112:2
**subclass** 57:24 58:8
**subcomponent**
103:5
**subdivided** 151:12
**subgroup** 165:6
**subject** 39:15 50:18
57:24 69:10 102:22
122:15 232:24
240:2
**submit** 60:10
**submitted** 66:24
67:2
**subsequent** 14:6
57:23

**subset** 10:10 74:6
95:16 107:19 164:3
**substances** 120:14
**substantial** 24:8
**substantiate** 49:21
192:23
**substitutable**
121:25 122:8
**substituting** 257:24
**subtract** 139:2
**subtraction** 147:14
147:15,16
**succeeded** 127:9
**suddenly** 240:4
**sufficient** 13:11
21:15 86:23
**sufficiently** 7:7
22:15
**suggest** 32:8 118:23
243:14 251:23
**suggested** 35:1
75:17 119:25
121:18
**suggesting** 23:15
27:25 53:10 174:2
199:16 243:18
**suggests** 180:14
**suitable** 120:22
**suite** 2:13 34:8
61:25 65:12 269:22
270:1
**sukumar** 3:14 4:8
9:16,19,24 10:7,8
11:24 12:13 13:5,14
74:16 81:6 83:10
113:2 117:22 118:4
118:12 119:9 163:1
164:22 167:9,18,24
174:11 193:2
198:24 199:18
217:17 218:4 219:5
219:9 220:15
221:12,17,25
222:23 223:1,11,14
223:18,25 225:10

225:20,24 228:3,7,8
228:12,16,18,25
229:9,17 231:23
232:6,17,19,24
234:17 235:19
236:2,9,14,19,24
237:2,6,10,16,20
238:13,14 242:4
**sukumar's** 165:3
202:23 226:4,7,12
226:17 229:23
231:23 234:21
**sum** 45:5 71:5 85:2
143:19
**summarize** 108:17
161:23 259:18
**summarized** 133:14
**summary** 59:5
174:1 209:10,19
**supervise** 118:9
**supervisory** 118:12
**supplied** 239:4
**suppliers** 246:4
**supply** 8:19 197:18
206:4,19 207:9,12
207:25 208:14,19
208:22,25 209:8
210:3,8,15,20 211:3
211:5,7,10,12,20,22
211:24 212:3,6,16
212:18 213:17,20
213:22 214:2,10,17
236:12,15,24,25
237:3,6,8,14,17,21
238:4,8,15,17,21,23
239:2,14
**support** 65:13
189:20 190:2
**sure** 7:6 8:25 14:14
15:1 16:2 18:11
19:1 27:19 48:19
53:20 55:8 69:24
77:9 88:1,20 101:3
101:17 123:12
130:17 131:19

132:12 137:1,12,23
144:2 150:20 160:7
160:11 170:20
198:23 215:16,23
253:5 263:5
**surmise** 246:8
**surprise** 44:6 60:23
61:3,12 97:14
228:24
**surrounding** 121:15
191:9,11 236:8
**survey** 10:2,8 13:21
14:3 17:3,23 18:22
19:1,4,9,14,18,20,23
20:1 21:4,15,19,22
21:24 22:9 23:2,4,7
23:8,10,18,19 25:12
26:19 40:24 74:18
79:3 118:19 159:15
159:16,21 160:8,16
199:14 203:9,13
204:1,4 205:5,13,17
205:18,21,21 208:4
208:18 214:20
215:16 217:17,18
222:24 223:11
224:10,15,20,23
225:20,24 229:10
231:12,13 232:7,15
237:22 242:22
**surveys** 19:6 20:24
21:23 26:25 83:10
118:17 155:25
156:12,18,21,22
160:2,15 193:2
198:24 199:15
217:20,21 224:13
234:21 237:11
**suspect** 121:13
151:4
**sustained** 3:18
174:16 176:22
178:25
**swath** 34:13 41:20

**swear**  5:22 13:8
**sworn**  6:7 268:9
**system**  222:14,16,18

**t**

**t**  3:10 7:22 151:17
    268:2,2 269:4,4
**table**  49:3 56:24,25
    81:21 88:24 108:25
    135:19 137:20
    147:12 148:11,16
    148:16,20 149:5,20
    149:23 150:6,18
    151:2,5,6,9 152:1,2
    152:4,4,9,21,22,24
    153:1,12,13,14,15
    153:15,16 154:6
    155:6 163:10 164:5
    215:24 252:9,20
    253:2,3 254:4,15,16
    254:19,24 255:4,15
    255:19,23,25
    256:12,16,17,19,20
    256:23 257:4,8,9,10
    257:17,23 258:1,10
    258:13,17,20
**tables**  56:19,23
    148:1 154:1 252:15
    252:17 259:18,24
**tabulation**  118:6
**tailored**  41:17
**take**  7:5 12:2 34:24
    47:18 52:4,5 53:21
    54:17 61:16 62:3
    65:4 70:18 72:1
    74:5 85:19 90:9
    97:15 102:24 103:8
    107:24 114:14
    130:12,14 141:17
    142:5,8 143:18
    148:5 150:16
    152:17 153:12
    158:15 161:2
    162:23 168:25
    173:24 174:1 177:4

206:18 216:25
218:17 226:5
230:22 233:15,25
236:1 243:15
246:17 252:8 253:5
254:8 258:19,20
259:5 261:13
**taken**  1:16 5:1 40:10
    77:1 150:7 158:21
    244:20 268:12
    269:2
**takes**  105:22 138:17
**talk**  13:16 18:18
    59:11 71:14 86:15
    106:19 117:20,21
    130:3 152:2 210:16
    210:18 230:24
    256:14
**talked**  48:4 107:18
    116:9 133:9 136:13
    155:13 213:9
**talking**  26:4 28:1
    48:2 54:10 55:6,9
    55:14 57:4 62:7
    64:13 76:8 88:21
    102:1 122:13
    125:21 127:23
    145:10 147:21
    152:5 198:12
    214:13 221:18
    222:1 230:18,21
    231:6 240:3 261:21
**tandem**  86:23
**tangled**  166:25
**target**  207:4
**targeted**  216:12
**tasks**  14:3 52:15
    224:24
**taught**  16:8,24 17:6
    17:25
**tautological**  199:9
    204:14
**tax**  114:16,19
**team**  15:2 17:19
    192:16

**teams**  16:1
**technical**  17:5 57:20
**technique**  10:3,9
    13:24 15:13 19:14
    20:14 119:25 145:5
    146:12,17 156:25
    164:6 219:12,14,21
    219:24 220:10
    221:12 231:13
**techniques**  11:19
    21:2 122:8,9 218:2
    224:21 232:12
    235:1 242:8
**technology**  11:2
    55:25 270:5
**telecommuting**
    10:20
**tell**  12:20 22:22
    23:12 28:8 29:2
    49:4 53:23 69:11,13
    73:16 86:19,24
    88:17,25 89:3 92:2
    95:9 127:15 134:12
    135:18 150:20
    151:6 155:20
    156:25 183:17
    187:14 188:7
    193:15,20 202:17
    211:11,21 212:5
    214:1,9,16 219:9
    227:20 228:4
    229:12 244:19
    245:14
**telling**  64:18 112:24
    150:5 160:12 187:5
    233:3 245:9
**tells**  183:21 184:9
**temperature**  48:11
    48:16 49:7,22 50:5
**ten**  15:6 109:16
    146:22
**tend**  44:10 70:18
    145:20,22 217:19
**tens**  82:5

**term**  57:6 77:14,19
    77:21 78:18 85:7,8
    85:23 100:21
    101:25 102:2
    201:10 214:23
    215:8 248:9,12
**terms**  29:22 79:11
    82:16 92:16 99:15
    102:7 110:3 116:9
    118:24 265:20
    266:7
**terribly**  123:9
**test**  24:5,12,13,15,17
    31:23 36:21 39:5,9
    39:15 40:21 41:4
    42:7,24 43:11,19,19
    43:23 45:25,25 46:7
    48:20 49:5 51:5,7
    51:14,19,21,23
    52:25 53:4,6,9,12
    89:17,19 91:7 93:13
    94:10 95:23 96:9
    98:2 101:5,18,20
    102:4 104:1,3,8,12
    104:22 105:10
    106:7,14,20,21
    110:11 113:7,15
    136:10 137:17
    138:11,12 140:8,10
    140:24 148:2
    151:23,23 247:24
    248:2,24 250:13
    261:9,16 262:7
    266:6,8,16,18 267:7
    267:9
**tested**  44:1 52:7,24
    93:16 94:14 97:16
    104:12,18,21,24
    105:2,23 106:1,16
    108:11,22 110:3
    136:6 138:16,17,17
    141:2 148:3,5,6
    248:23 249:7
    251:13 261:7

| | | | |
|---|---|---|---|
| **testified** 6:8 52:22 | 257:11 260:14 | 49:2 55:9 62:5 | 235:17 237:19 |
| 65:1 66:25 121:23 | 261:1 262:1 | 69:23,25 71:22 | 245:24 246:11,11 |
| 121:24 167:19 | **tests** 23:22 24:7 | 73:13 74:15 138:25 | 251:18,18,21 |
| 195:3 204:11 | 25:21 26:7 31:14 | 193:1 199:16,24 | 263:15,22 |
| 225:11 238:18 | 32:25 33:21 34:3,5 | 206:21 214:14,21 | **thinks** 98:25 |
| 245:1 | 34:18 35:2,8,21 | 263:14 | **third** 155:12 213:17 |
| **testifies** 205:24 | 36:3,25 37:19 38:5 | **think** 6:20 8:14,15 | 252:17 |
| 237:20 238:22 | 38:18,20,21,22 39:2 | 8:25 11:7 13:1 | **thirty** 270:20 |
| **testify** 64:23 65:4 | 39:4,13 40:22 41:18 | 14:16 17:15,15 | **thought** 7:1 34:2 |
| 68:20,24 96:8 114:7 | 42:8,24 44:5,12,15 | 19:17 20:10 22:11 | 76:17 |
| 120:24 132:24 | 46:10 48:3,6,10 | 24:2,22 26:23 28:6 | **thoughts** 246:18 |
| **testifying** 24:2 62:11 | 49:11,24 90:5,10,24 | 30:20 31:24 32:23 | **thousand** 27:2 |
| 62:23 64:6 184:15 | 93:20 96:1 101:11 | 33:9,17 34:21 37:11 | **thousands** 25:23,24 |
| 189:8 | 105:20 108:2 | 42:17 43:17 47:12 | 224:14 |
| **testimony** 6:19,21 | 137:13,14 139:13 | 48:15 49:2 51:16 | **three** 9:10 29:3 64:9 |
| 7:8 13:13 36:1 | 140:14 148:6 | 52:15 53:18 56:1,15 | 81:13 103:16 122:8 |
| 40:18 42:1 45:6 | 248:22 250:22,23 | 57:18 58:2,10 60:21 | 135:11 137:9,11 |
| 47:4,16 51:3,10,12 | 267:5,6 | 61:1,9,17 66:23 | 146:25 159:9 |
| 51:13 62:14 63:1 | **texas** 95:19 | 68:12 69:4,16 70:17 | 162:23 163:7 253:8 |
| 64:7 67:11,12,19 | **text** 172:9 175:24 | 71:9 75:15 79:22 | **threshold** 22:13 |
| 70:12 83:10 102:21 | 249:6 261:19 | 82:7 83:6 84:8,17 | **tied** 133:5 |
| 122:13 123:17,19 | **textbook** 95:8 | 84:20 85:20 86:13 | **tier** 222:3 |
| 127:20 135:24 | **thank** 7:4,9 9:21 | 86:16 88:22 91:1 | **time** 4:20 5:18 6:25 |
| 136:4 149:15 | 63:4 103:13 258:18 | 92:11 94:17 95:24 | 7:6 10:25 24:23 |
| 153:11 159:23 | **theoretically** 162:13 | 99:3 103:13,18 | 27:13 30:8 43:6 |
| 165:3 168:11 | **theories** 107:15 | 105:13,14 114:12 | 47:19 50:10,16 |
| 170:12 186:10 | 126:13 127:4,11 | 115:11 117:2 | 58:19 60:11 63:5,10 |
| 188:5,18 189:4 | 133:3,10 134:7 | 118:21 119:2,23 | 64:2,17 65:25 68:25 |
| 191:7 194:3 195:1,5 | **theory** 94:19 95:7 | 125:7 132:12,19 | 70:8 76:13 83:21 |
| 195:20,25 196:1 | 107:14,16 133:16 | 133:14 134:11 | 84:2 96:10 98:15 |
| 198:5 199:12,13 | 133:22 | 138:20 141:1 149:6 | 99:25 100:12,12 |
| 204:5,13 209:11,11 | **thereabouts** 167:6 | 149:17 150:24 | 101:6 111:15 |
| 209:20,21 219:5 | **therefrom** 70:15 | 153:3 154:2 155:4 | 129:14 130:22 |
| 226:2 229:15 | 118:17 157:17 | 159:18,25 161:19 | 131:1 143:2 146:11 |
| 232:16 235:11 | **thereof** 14:5 165:6 | 162:15,21 163:6 | 146:20 150:16 |
| 264:21 268:11 | 167:3 | 164:17 170:16 | 156:20,23 159:20 |
| 269:5 | **therm** 151:16 | 171:12 173:11,15 | 161:4,12 164:6 |
| **testing** 11:19 16:24 | **therms** 31:10 | 174:9 178:19 184:2 | 166:23 167:4,16,23 |
| 25:17 32:14,15,20 | 151:16,17 152:14 | 185:14 188:24 | 168:22,25 169:4,6 |
| 33:15,17 39:21 | **thing** 16:25 74:12 | 199:18 204:19 | 171:15 178:19 |
| 40:12,14 44:7 76:5 | 87:16 92:17 210:2 | 205:15 213:18 | 179:3 181:22 |
| 85:1 90:1,20 93:4,5 | 215:9 | 215:21 216:11 | 185:20 188:3 |
| 93:22 94:1 96:13 | **things** 12:15 22:21 | 217:15,25 218:1,15 | 189:12 191:3,8 |
| 104:16 106:18 | 23:12 30:5 31:5,10 | 221:6 222:25 | 199:4,6,11 200:9 |
| 109:22 251:12 | 31:24 32:23 35:15 | 224:22 225:5 | 211:16 221:5 |

233:21 235:16
243:14 247:1 262:1
267:14
**times**   6:14 14:22
15:5 17:16 21:6
25:3,23,24 27:2
37:4 60:18,25 64:4
64:8 68:13,21 73:9
74:4 118:2 125:5
139:9 140:20 148:8
148:10,12,21,22
149:1,7,8,10,16
150:3,22 152:11,15
152:18 154:12,19
155:7 163:19
253:24 255:10
256:11,18 264:17
**timing**   218:12
242:20
**titled**   36:14 258:21
**titles**   35:17
**today**   4:20 5:17 6:1
6:19,21 13:3 14:12
15:1 21:12 28:21
31:22 32:25 35:6,13
36:15,24 37:5,25
38:16 41:1,6,9
42:18 44:4 48:23
50:8 53:10 59:20
66:15 70:13 76:15
83:3 98:11 104:15
107:6,18 125:11
133:15 136:4,13
140:21 143:13
147:1 154:7 155:10
155:13 160:7 168:6
168:10 172:15
176:11 184:16,21
189:16 191:5 192:4
192:8,12,21 193:3
198:19 200:13,17
210:16,19 212:15
222:21
**today's**   4:22 5:1,3
83:23 84:4 161:6,13

246:21 247:3
267:15
**told**   95:18 125:3
139:19
**toll**   270:2
**tomorrow**   59:9
**tool**   148:17 220:20
**tools**   29:8
**top**   60:20 61:11
66:16 102:18
122:17 138:7,23
139:3 143:21 144:2
144:9 151:21
157:22 171:11,20
200:10,16 201:5,24
222:3 223:12 228:4
244:1,8 248:17
249:3 250:3 261:2
262:4
**topic**   20:2,4 38:14
216:16 221:23
**topics**   8:13 29:11
31:25
**tops**   70:19 71:12,15
71:21,23 72:4,7,10
72:14,17,19,24 73:3
73:25 76:9,25
**total**   22:1 57:11 71:6
72:3,11 74:6 76:23
79:25 81:10 138:21
139:1 144:21
148:24 151:8
158:22,24 163:13
163:19 164:1,14
216:4 235:20 236:2
240:10,18,19
254:19 255:11,18
256:6 259:10,20,22
**totality**   35:23 36:20
45:4 95:14
**traditional**   8:10,13
11:9
**training**   15:12 21:2
**transaction**   130:7

**transactions**   207:7
244:16 245:14
**transcript**   36:10
44:24 58:5 122:22
153:5 268:10 269:5
269:6 270:11,13
**transited**   240:7
**translate**   109:21
**treatises**   146:6,15
**tremendously**   21:18
23:6
**trial**   82:24
**trick**   78:13
**tricks**   191:16
**tricky**   52:14
**tried**   127:8 226:23
**trigg**   2:12 6:4
**troubling**   224:9
**true**   6:16 105:5
117:15,25 119:23
147:14 153:7
183:24 186:20,21
198:17 235:1
268:10
**truthful**   6:19,21
**try**   7:11 18:25 138:7
223:2 231:3,17
236:2 240:23
245:13
**trying**   23:18 47:16
51:10 73:7 78:4,13
78:22 84:12 85:3
100:22 103:12
108:17 132:5
149:22 155:3
161:24 162:1,18
177:1,6 191:17
195:19 197:10
200:5 204:2 226:22
228:9,13,17,19
229:1,10 235:18,23
239:7 240:6 242:14
243:8
**tune**   82:5

**turn**   60:14 135:4
137:20 147:20
148:15 151:6
153:12 157:19
161:18 175:22
182:15 183:5
186:22 247:17,20
248:6 252:9 254:22
255:23
**turning**   257:4
**turns**   251:25
**twice**   118:8
**two**   22:21 52:16
61:2,6,13 64:9,20
82:7 90:25 93:24
98:10 109:7 110:8
119:15 120:23
126:3,8,10 131:16
133:4 138:25
142:25 201:23
213:17 236:21
258:12 265:1
**type**   8:13 49:1 54:3
54:7 66:13 73:22
84:20 87:10 189:5
224:15 240:16
**typed**   54:6
**types**   10:18 18:8,12
24:6 26:22,24 63:7
73:2 86:14 98:10,21
126:4 127:14 128:2
132:7 134:2,9,23
217:21 224:12,20
233:4 238:6 239:11
239:13
**typical**   24:6 63:3
65:11 75:18 89:15
205:4 225:5
**typically**   22:4 33:5
49:2,3 58:24 63:24
65:8 70:18 72:9
79:2 206:14
**typing**   54:10,15,15
54:19

**typo**  149:19 150:6
**typographical**  151:5
  153:3 154:2 155:4
  155:12 252:19,21
  253:4 255:3,21
  258:5,15 259:12

**u**

**u.s.**  31:21 33:5
  62:16 90:19 93:3,5
  109:2 110:11 142:3
  142:5,22 144:21
  188:15,16 189:10
  248:14
**ultimate**  232:7
**ultimately**  94:21
  95:12 107:17
  109:21
**ultra**  111:17
**unadjusted**  233:2
**unchanged**  252:4
  256:13
**undergrad**  7:20
**undergraduate**  8:23
  11:18
**underlying**  12:23
  13:1 80:23 181:19
  220:23,25 231:23
**underneath**  221:6
**underpinning**  23:8
**underpinnings**  17:5
  239:10
**underpins**  8:25
  24:13
**understand**  18:24
  19:11 24:13 26:13
  30:10 31:20 32:14
  34:6 35:21 42:3
  50:19 72:8,25 74:13
  76:21,22 77:1,1
  81:1,25 83:10 85:14
  92:2 94:21 98:24
  99:8 118:16 121:15
  127:3 129:16
  133:13 154:9

173:16 176:20
180:9 181:22
199:25 200:3 201:9
202:9,11 206:3
207:3 212:10 215:1
220:3 221:21
223:23 229:15
233:6 234:13,23,25
236:23,24 237:5
243:12 244:25
248:12,19 266:23
**understanding**  28:3
  29:11 31:25 32:9
  34:11 39:11 41:18
  43:18,24 49:10,24
  50:13 51:6 57:22
  93:3,11,15 98:15,20
  98:21 99:5,14
  102:10,11,16
  106:20 112:9
  126:19 127:11
  165:2 167:1,8,17
  196:21 216:17
  219:19 220:7,16
  225:13 226:17
  227:3 228:18
  229:19 233:8
  235:17 252:1
  260:17,20 261:18
  262:6 265:18 267:4
  267:8
**understood**  178:22
  207:20 233:12
  236:9
**undertaken**  168:21
  177:11
**undertaking**  122:16
**undisputed**  33:10
**unfair**  209:19
**unfortunately**  24:21
  36:13 46:2 66:12
  137:23
**unique**  224:15,19

**unit**  95:4 148:1
**united**  1:1 5:13 51:4
  153:22 188:25
  189:1,9 198:21
**units**  31:9 57:7
  106:23 148:21
  153:18,19 211:6,7
  212:11 239:20,21
  239:23 240:18
  254:9 256:8 259:5
**universe**  22:1
**university**  10:15,17
**unquote**  104:12
**updated**  254:17
**upper**  2:9
**usability**  120:7
**usage**  27:10 31:5
  52:23,24 139:12
  253:14 254:2
**use**  14:11 20:6,13,16
  21:2 27:14,16 31:8
  31:19 32:4,10,16
  33:18 34:19 35:9
  36:4 37:1,20 38:5
  38:18 39:2,9,14
  41:13 42:5,10,11,16
  44:22 45:8 46:12
  49:5,7 52:4,7,23
  53:2,12 56:21 57:5
  57:8 65:10 72:24
  76:6 85:9 101:24
  103:2,9 104:3,5,7
  118:15 119:1 120:8
  121:2 132:14 134:1
  139:2,17,21 140:1
  143:5 163:5 164:8
  165:4 172:10
  173:14 189:21
  219:11 221:4
  225:24 228:5 231:8
  233:2 237:8,9 257:8
  257:9,21 258:14
  265:22
**useful**  24:25 25:13
  25:18,25 26:7,12,18

32:21 51:15 106:22
**users**  41:20
**uses**  11:19 33:16
  39:5 40:21 41:25
  47:10 96:6 105:22
  139:16,24
**usual**  6:23
**usually**  24:7 178:10
  263:13
**utilities**  62:18
**utility**  114:4 145:20
**utilize**  205:5

**v**

**v**  270:7
**vague**  96:12 100:9
**valid**  125:16 217:23
  218:1 224:10,21
**validity**  21:16
  223:20 226:1,9
**valuation**  10:4
  11:14,17,20,22 12:9
  13:17 16:20,22,23
  17:2,7,10,14,17,21
  18:1,5,13 20:6,11
  20:13 118:22 119:7
  120:13 121:25
  122:5,6 125:15
  203:9 215:6
**valuations**  18:9
**value**  3:19 13:24
  14:7,8,18 20:24
  73:7,12 74:1,5,8
  99:14 115:20
  177:19 232:10
  233:11,17 234:2,10
  234:13,18 235:15
  236:3,5
**values**  57:12 250:23
  261:8 267:7
**variable**  160:18,21
  230:18,20 232:4,5
  232:13
**variables**  103:16
  232:15

**variation** 71:9
**variations** 70:15
**variety** 178:13
**various** 10:18 12:11
    14:4,18 15:3 18:8
    18:12,22 19:3 27:11
    29:9 31:7 40:21
    89:15 104:18
    146:15 223:20
    238:8 239:9,10
    263:10
**vary** 22:6 141:4,7
**veracity** 252:3
**verification** 42:19
    90:18 107:13
**verified** 149:13
    237:7,8
**verify** 208:1
**veritext** 4:19 5:22
    269:22 270:1,8
**versa** 138:24
**version** 124:10
    260:13
**versions** 124:13
**versus** 5:8 16:25
    26:19 43:10 52:3
    85:5 97:17 110:1,2
    110:6,15 112:19
    132:4 170:7 182:22
    183:3,18 186:12
    190:6 193:11
    196:17 217:13,14
    232:5 239:17
    265:22 266:22
**vice** 56:9 138:24
**video** 4:10 47:19,23
    83:21 84:2 130:22
    131:1,20,24 160:5
    161:4,11 218:21,25
    235:2 241:20
    246:19,24 267:14
**videographer** 2:17
**videotape** 83:23
    84:4 161:6,13
    246:21 247:2

**videotaped** 1:15
    267:16
**view** 102:2 109:19
    111:11 123:9
    125:14 162:23
**views** 227:24
**violate** 239:22
**violating** 66:11
**virtually** 137:2
    180:11
**virtue** 99:1
**vis** 98:23,23 127:5,5
    249:16,16
**visually** 138:7
**voluminous** 156:21
    168:14
**voters** 23:13
**vozzolo** 2:8,8 6:1,2
    123:5,5,8
**vs** 1:6 269:1

**w**

**w** 7:22 60:6 269:22
    270:1
**waive** 123:7
**waived** 270:13,21
**walk** 24:22 137:20
    252:24
**walked** 255:6
**walking** 58:4
**wallets** 128:5,8
**walls** 27:6
**want** 7:16 13:16
    37:4 43:2 55:8
    74:12 75:5 86:15
    88:2 106:18 108:6
    111:4 113:19 115:5
    117:20,21 122:11
    123:17 124:19
    135:3 149:25 152:2
    155:16 157:21
    158:11 164:13
    173:3 201:20
    208:25 210:18
    215:15 238:25

**wanted** 76:5 97:24
    131:11 155:7
    170:20 233:6
**wanting** 130:14
**war** 243:25 244:7,20
    245:5,9
**washer** 32:3 41:4
    43:6,7,16 44:1,3,3,8
    44:8,21 45:8 79:17
    79:18 80:3 88:24
    89:1,14,20 90:6,11
    93:9 95:5 96:20
    97:16,19,25 100:15
    101:12 106:15
    107:3 109:14
    112:21 113:19,20
    114:4 128:15
    129:22 130:4
    182:22 185:7,8,23
    185:24 198:21
    201:5,11 202:12
    203:15,23 205:9
    216:10 217:1
    229:25 230:5
    231:16 234:9,11
    250:3,8 251:7
    264:19,19 266:16
    266:21,25 267:3
**washers** 27:5,24
    28:5,8,11,15,17,19
    28:23 29:15,24 30:3
    30:8,15,19,23 31:4
    31:14 32:10 33:15
    33:19 35:8 37:19
    39:25 41:9 43:21
    46:12 47:10 80:12
    85:6 90:15 92:16
    93:1,16,23 94:1,15
    96:10 101:6 102:5
    103:23 104:11,19
    107:11 108:4,10
    113:5,14 137:6,16
    140:13 166:2,4,8,9
    169:11,12,12 170:7
    170:8,25 171:7,10

**171**:11,12,20,21
    182:17,20 183:19
    185:3 186:3,7,9,12
    186:13,14 190:7
    192:3,7,11 193:15
    193:17 194:12,23
    197:8 198:5 199:22
    200:4,11,16,21,25
    201:7,24 213:10
    214:11,18 226:15
    227:1,24 228:6
    231:8 235:12
    240:24 241:12
    244:2,3,4,9 247:25
    248:17 249:8
    251:13 262:5,8
    267:10
**washing** 14:10
    27:13,14,18 31:19
    42:12 43:12 50:10
    50:17 51:11 52:8,24
    77:25 81:4 85:15
    89:8 90:20 93:8
    94:7,22 95:15,17
    97:9 102:25 103:1,3
    107:20 112:4,6,15
    113:1 116:21
    126:18,25 128:4
    130:1,10 133:18,20
    133:25 139:1,22
    151:13,15,19
    153:17 162:3 187:1
    193:10 194:6 197:4
    198:10 201:15
    205:19 207:3,13,14
    208:19 211:2 212:7
    213:7,22 216:19
    226:20 228:23
    233:7 236:3 237:24
    238:5,9 240:5
    243:15 244:16,19
    245:11 249:14
    253:20 254:1
    257:15 260:22
    264:12 265:1,8,9,19

265:22 266:2,10
**washington** 270:5
**water** 31:6,8 32:12
48:11,16 49:7,22
50:4 96:24 101:21
101:25 102:2,3,6,9
102:10 109:20,23
126:6 128:9 134:2
139:8 140:2 144:21
147:6,18,24 148:3,4
148:5,5,8 149:14
150:8 151:12,18,18
152:19,25 153:8,21
153:25 155:16,21
155:24,25 156:7,11
156:17,18 157:13
157:16,23 158:6,12
158:23,24 159:6,13
159:14,14,21 160:2
160:2,8,15,16,18
249:24 252:21
253:1,10,14 254:2,5
254:25 255:11,12
256:2 257:15,21,22
267:3
**wavering** 127:3
**way** 12:16 20:10
33:16,21 39:22 41:6
41:10 45:23 46:5
50:7 57:17 59:9
64:11 67:22 68:5
71:24 84:20 85:18
86:15 89:23 92:14
93:18 94:11,18,24
96:8,15 97:4 101:24
108:8 111:8,11
117:13 120:6,19
121:3 122:2 124:1,4
124:9 126:1 134:11
134:15 141:15
143:16 146:23
147:2 153:10
157:15 160:24
163:7 172:16
176:12,16 186:17

191:1 192:5,9,13
195:17 196:12
201:3 203:23
216:16 217:15
218:9 220:8 222:21
225:22 227:9,14,17
227:20 228:2
230:12 231:10
241:4 243:17
244:10 251:20
253:9 264:7 266:5
**ways** 18:22 19:3,9
33:14 46:8 120:24
125:17 148:20
238:20 242:7
**wddz0000208** 3:16
165:13,16
**wddz0000215** 3:16
165:13
**wdz0000005** 3:21
180:18,22
**wdz0000020** 3:21
180:18
**wdz0000204** 177:24
**wdz0000209** 190:3
**wdz0000280** 3:20
177:20
**wdz0000472** 174:21
**wdz0012524** 3:23
247:10
**wdz00030207** 3:20
177:20
**wdz000472** 3:18
174:17
**wdz000478** 3:18
174:17
**wdz0009099** 3:15
131:4,9
**wdz0009100** 3:15
131:4
**wdz0012524** 3:23
247:10
**wdz0012526** 247:21
**wdz0012540** 248:7

**wdz0018976** 3:22
182:2,7
**wdz0018998** 3:22
182:3
**we've** 18:9 20:21
32:24 62:6 76:8
95:24 125:21
136:13 147:21
155:13 156:18
191:2 250:1 255:5,6
**website** 249:1
**websites** 99:18
**weir** 1:15 3:5,11,11
3:12,14,15,16,17,19
3:21,22,23 4:1,2,5,9
5:17,22 6:7,10
35:20 36:11 37:11
48:2 62:9 83:24
84:5,7 131:5 132:3
161:7,14,17 165:14
174:17 177:20
180:19 182:3
246:17,22 247:3,11
247:14 248:9 253:7
267:16 269:1 270:9
**weir's** 123:11
**went** 10:15 128:3
129:14 130:9 141:2
231:12
**wf** 102:6 250:1,22
261:7
**whatnot** 134:18
**wheeler** 2:12 6:4
**whirlpool** 1:8 3:17
5:8 6:5 93:15,19
94:5,14 113:2
115:24 162:25
165:9 168:2,8,9,18
169:25 171:25
172:14 173:9,16,18
174:2,15 176:6,21
177:8,10 181:22
186:9,24 190:18
192:16 202:15,22
242:2 269:1 270:7

**whirlpool's** 81:8
83:9 93:22,25
169:19 189:22
190:16 198:9
200:15
**whispering** 4:12
**white** 263:9
**wholesalers** 99:16
**wide** 44:25 45:14,17
45:18,24 46:5,14
50:2 52:18 53:2
58:2 65:16,23 66:5
66:21,25 67:3,14,21
68:3,4,9,14,20,22
69:1,7,14,17,20
70:6,16,18,23 71:4
71:6,10,17 72:10,25
76:20,22,24 82:21
98:22,24 105:9,16
106:6 116:3 144:15
176:9
**widely** 71:4 217:22
**widespread** 99:14
**wildly** 45:1
**willing** 117:8 179:5
180:14 203:14,22
217:7
**willingness** 203:20
203:21 228:9 229:1
229:10
**win** 77:15
**wind** 241:9
**wish** 21:25
**witness** 3:4 5:17
19:17 30:10 32:6
33:25 35:11 37:3,22
39:11 41:15 47:3
49:10 54:23 55:4
61:20 66:8,12 69:23
83:3 86:22 87:5
88:13 91:9,17 94:17
98:9,17 100:8 101:1
105:7 106:4 117:12
122:18 172:23
184:2 185:18 186:1

187:11 188:12,21
198:23 207:18
211:14,23 214:6
233:19 234:3
262:10,23 264:6
265:18 266:10
268:9 270:9
**woefully** 229:11
**won** 176:21
**woost** 10:21
**wooster** 7:21
**word** 48:18 53:24
54:2,14,18 61:17
65:10 86:9 97:15
121:11,13 134:12
152:17 162:6,8
163:5 231:1 243:20
**words** 55:6,15,17
92:9 121:9,15 180:1
209:23 245:8 249:4
251:18 265:15
**work** 8:23 19:17
25:4 27:3,22 37:23
55:2 58:21 59:2,6
62:21,22 63:3,12,20
63:23 64:1,12,22
65:4,14 77:4,9,15
77:17 83:4 118:9,14
118:15 119:9
120:21 124:23
146:21 149:25
208:23 234:23
236:4
**workable** 107:24
**workbook** 148:14
149:9 150:17 153:9
**worked** 12:6 27:7
27:20 60:15,18,24
62:13,24 64:8,9
68:1 117:24 118:4,5
119:24
**working** 63:6,10
65:3 119:3
**workpaper** 149:20
160:23 253:22,22

253:25
**workpapers** 52:6
102:20 104:2 136:8
137:1 150:9 166:18
253:13 256:11
259:2
**works** 155:24
157:13,16 158:6,12
159:14 160:8,15,16
220:8,9 221:12
**worksheet** 135:20
159:1
**worksheets** 137:9
**world** 14:12 34:19
35:8 36:4 38:18
39:2,9 241:11
**worse** 249:20
250:22 261:8,17
267:7
**worth** 78:19,21 79:1
79:4,7 228:13
**wound** 32:24
**wrap** 7:12
**wrong** 42:2 85:8
150:18 151:2
**wrote** 40:14
**wtotrial.com** 2:15

**x**

**x** 3:2,10 109:19,20
**xi01143** 268:20

**y**

**y** 60:6 162:4
**yeah** 81:18 130:17
141:2 152:3
**year** 7:23 39:25
40:15 41:13 42:1,6
43:8,8,13,15,15,20
43:24 44:8 48:5
53:16 61:3 64:20
88:11,18 89:2,4
109:16,17 137:22
139:10,12 144:13
145:21 149:7
157:24

**years** 17:10 28:21
29:1,3 44:11 50:11
50:13 58:16,24
60:16,17 61:6,14
62:25 64:9 97:14
100:13 110:21
142:18,19,25
146:22,25 149:8
155:21 156:12
**yesterday** 183:11
**york** 1:18,18 2:4,4
4:24

**z**

**zero** 22:24 38:3
177:16 216:2,5
**zoom** 181:13

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.