# Exhibit B

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW JERSEY

3

4    CHARLENE DZIELAK, et al.,   :

                                 :

5                                :

           Plaintiffs,           :   CIVIL ACTION NO.

6                                :2:12-cv-00089-KM-SCM

           vs.                   :

7                                :

                                 :

8    WHIRLPOOL CORPORATION,      :

                                 :

9          Defendants.           :

10

11

12          Videotaped deposition of DR. RAMAMIRTHAM

13   SUKUMAR, taken by and before Lisa Forlano, CCR, CRR,

14   RMR, at the offices of Bursor & Fisher, P.A.,

15   888 Seventh Avenue, New York, New York, on March 17,

16   2016, commencing at 9:14 a.m.

17

18

19

20

21

22

23

24

25      Job No. CS2236904

Page 2

```
 1   A P P E A R A N C E S:

 2

 3            BURSOR & FISHER, P.A.
              BY:  JOSEPH I. MARCHESE, ESQUIRE
 4                 NEAL J. DECKANT, ESQUIRE
              888 SEVENTH AVENUE
 5            NEW YORK, NEW YORK  10019
              (646) 837-7410
 6            jmarchese@bursor.com
              ndeckant@bursor.com
 7            ATTORNEYS FOR PLAINTIFFS

 8

 9            WHEELER TRIGG O'DONNELL LLP
              BY:  ALLISON R. McLAUGHLIN, ESQUIRE
10            370 SEVENTEENTH STREET
              SUITE 4500
11            DENVER, COLORADO  80202-5647
              (303) 244-1800
12            mclaughlin@wtotrial.com
              ATTORNEYS FOR DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1
2                    I N D E X
3
4   WITNESS                                  PAGE
5   DR. RAMAMIRTHAM SUKUMAR
6     By Ms. McLaughlin                      5, 296
7     By Mr. Marchese                        290
8
9                  E X H I B I T S
10  RS-1  Declaration and Expert Report of Dr. R.   32
    Sukumar, dated December 28, 2015
11
    RS-2  Exhibit 4 (Quantitative Screener &       109
12  Questionnaire), 22 - 28
13  RS-3  Adaptive Self-Explication of Multi-      171
    Attribute Preferences Paper
14
    RS-4  Exhibit 3 (List of Attributes & Levels), 196
15  18 - 21
16  RS-5  Exhibit 2 (Focus Group Screener &        198
    Discussion Guide) 7 - 17
17
    RS-6  Energy guide logo                        218
18
    RS-7  Exhibit 6 (Survey Screenshots), 31 - 96  224
19
    RS-8  Respondent ID document                   239
20
    RS-9  Paper written by Ofek and Srinivasan,    252
21  How Much Does the Market Value an Improvement in a
    Product Attribute
22
    RS-10 Exhibit 5 (Price Premium Table) 29 - 30  266
23
    RS-11 Exhibit 1 (Dr. Sukumar CV)               279
24
25
```

Page 4

```
 1              VIDEO OPERATOR:  Good morning.  We are
 2      now on the record.  Please note that the
 3      microphones are sensitive and may pick up
 4      whispering and private conversations.  Please
 5      turn off all cellphones or place them away
 6      from the microphones, as they can interfere
 7      with the deposition audio.  Recording will
 8      continue until all parties agree to go off the
 9      record.
10              My name is Jim Roberts, representing
11      Veritext Corporate Services in Livingston, New
12      Jersey.
13              Today's date is March 17, 2016.  The
14      time is approximately 9:14 a.m.
15              The deposition is being held at Bursor
16      & Fisher, located at 888 Seventh Avenue, New
17      York City, New York, and it is being taken by
18      counsel for the Defendants.  The caption of
19      the case is Charlene Dzielak, et al. versus
20      Whirlpool Corporation, et al.
21              The case is held in the US District
22      Court, District of New Jersey, Case No.
23      2:12-cv-00089.
24              The name of the witness is
25      Dr. Ramamirtham Sukumar.
```

1          Counsel will please state their

2      appearances for the record.

3          MS. McLAUGHLIN:  Allison McLaughlin for

4      the Defendants.

5          MR. MARCHESE:  Happy St. Patrick's Day,

6      everyone.  My name is Joseph Marchese of

7      Bursor & Fisher, joined today by my colleague,

8      Neal Deckant, for the Plaintiffs.

9          VIDEO OPERATOR:  Our court reporter,

10     Lisa Forlano, also of Veritext, will please

11     swear in the witness.

12          RAMAMIRTHAM SUKUMAR, Ph.D., having been

13     duly sworn, was examined and testified as

14     follows:

15  BY MS. McLAUGHLIN:

16     Q     Good morning, Dr. Sukumar.

17     A     Good morning.

18     Q     What is your understanding of the

19  allegations in this case?

20     A     I understand that there's a class

21  against Maytag in the Centennial clothes washing

22  machine model numbers -- I don't remember the exact

23  model numbers -- C6 and C7, and the use of the

24  ENERGY STAR logo, which is falsely used in these

25  models.

1      Q      In what way is the ENERGY STAR logo

2  falsely used, in your understanding?

3      A      My understanding is that the ENERGY

4  STAR logo claim was falsely used so the machines

5  were not certified by the Government as being ENERGY

6  STAR logo efficient.

7      Q      And do you know how many models are

8  issued in this case?

9      A      I understand that there are three

10  models.  I don't remember the exact model numbers.

11  They're in my report.

12      Q      And do you know what years that the

13  washer models were manufactured?

14      A      I don't know exactly when they were

15  manufactured, but I do know that retail sales for

16  these models happened somewhere in the 2009 to 2012

17  timeframe.

18      Q      And do you know -- your understanding

19  is most of them were sold in the 2009 to 2010

20  timeframe?

21      A      Could you repeat that question, please?

22      Q      Sure.  Is it your understanding that

23  the majority of these washers were sold from 2009 to

24  2010?

25      A      Well, it's my understanding that they

```
 1    were sold even as late as 2012.

 2         Q       And do you know, is the proposed class

 3    for people throughout the country who purchased

 4    these machines or in certain states?

 5         A       It is my understanding that it is for

 6    seven states, like Texas, California, New Jersey.

 7         Q       Do you know the other states?

 8         A       Indiana.  I don't remember all of them.

 9    But it's again, Ohio, Virginia.

10         Q       And what did you do to familiarize

11    yourself with the facts of this case?

12         A       I read the Complaint.  That gave me a

13    good understanding for the facts of the case.

14         Q       And what else?

15         A       You know, that was primarily the core

16    input into designing the study, and obviously

17    counsel had a conversation about what my assignment

18    was, and, you know, that allowed me to think through

19    and understand what I needed to look at out here.

20         Q       So the basis for your survey was

21    discussions with counsel and the Complaint; is that

22    the sum total of what you considered in devising

23    your survey?

24              MR. MARCHESE:  Objection to form.

25              THE WITNESS:  No.  Let me explain.  For
```

1          the survey itself there's a lot more

2          information that was taken into account.  So,

3          for example, retail sales data from Fry's,

4          Home Depot, Lowe's, this was taken into

5          consideration.  My own assessment and

6          evaluation, based on looking at retailers'

7          websites as well as making a store trip,

8          looking at the 2015 Consumer Reports guide,

9          and a few other things that are described in

10         my report.

11    BY MS. McLAUGHLIN:

12         Q      But would you say that your

13    understanding of the facts in this case is limited

14    to the Complaint and discussions with counsel?

15              MR. MARCHESE:  Objection to form.

16              THE WITNESS:  Well, my assignment

17         started with looking at the Complaint and the

18         conversation, and then my own expert opinion

19         and judgment in terms of how I should conduct

20         the survey led me to making the necessary

21         decisions and choices that I made in designing

22         this whole survey.

23    BY MS. McLAUGHLIN:

24         Q      Do you know why the washers allegedly

25    didn't meet the ENERGY STAR requirements?

                                                        Page 9

1        A       I'm not an expert at, you know, the

2    mechanics and mechanical engineering frameworks that

3    go into the washing machine, so I wouldn't answer

4    that question.

5        Q       Well, is it your understanding that the

6    Maytag Centennial washers at issue should not have

7    displayed the ENERGY STAR logo because they used too

8    much energy?

9               MR. MARCHESE:   Objection.

10              THE WITNESS:   Again, let me explain.   I

11         mean, you know, should they have done it or

12         should they have not done it is not the

13         question that I answered in my report and is

14         not something that technically as -- I'm

15         qualified to provide an opinion.

16    BY MS. McLAUGHLIN:

17        Q       Sure.  And I understand that you're not

18    being asked to provide an opinion as to whether they

19    should have displayed the logo, but is it your

20    understanding that they shouldn't have --

21    Plaintiff's allegations are that they shouldn't have

22    displayed the logo because they used too much energy

23    and water.  I'm just trying to understand what you

24    understand the allegations, why they did not meet

25    the certification.

1            MR. MARCHESE:  Objection to form.

2            What is the question?  Could you repeat

3      it?

4  BY MS. McLAUGHLIN:

5      Q     Sure.  Let me repeat that.  I'm just

6  trying to understand your understandings as to why

7  the washers did not meet Energy Star standards, why

8  they shouldn't have displayed the logo.

9      A     So, you know, I'll give you my same

10 answer that it was just really I'm not a technical

11 expert.  I really don't want to get into the details

12 of that.  My assignment was specifically about

13 understanding the price premium, if any, associated

14 with the presence of the Energy Star logo and what

15 the class would, in an aggregate, pay for it.  One

16 of the technical specifications that allow it to be,

17 you know, ENERGY STAR or not, I don't think I'm

18 qualified to answer.

19     Q     So you don't know if the Plaintiffs

20 this case claim that the washers used too much

21 energy and water than they are supposed to use?  You

22 don't understand if that's what's at issue here?

23     A     Well, I do understand that the ENERGY

24 STAR logo has certain specifications related to

25 electricity and water, but the details and the

Page 11

1   specifications around it and the standards around

2   it, I wouldn't want to answer about that.

3        Q    So you don't know how much -- by how

4   much the Maytag Centennial washers supposedly failed

5   to meet the ENERGY STAR requirements?

6             MR. MARCHESE:  Objection, lacks

7        foundation.

8             THE WITNESS:  It really would be

9        outside my expertise to provide answers to

10       that question.

11  BY MS. McLAUGHLIN:

12       Q    So you don't know in they possibly

13  failed by 1 percent or 50 percent of what the

14  Government requires to meet ENERGY STAR standards?

15       A    It does not change any of my opinions

16  in my report, and it is not necessary as an input

17  for me to consider, because again, you know, my

18  assignment was very specific.

19       Q    But you do not know?

20            MR. MARCHESE:  Objection to form.

21            THE WITNESS:  I don't want to really

22       answer that question.  It's not in my

23       expertise to answer that.

24  BY MS. McLAUGHLIN:

25       Q    But do you understand I'm not asking

1    your expertise in whether they meet or do not meet,

2    that's clearly not your area.  I'm just wondering if

3    you know by how much the Plaintiffs claim that they

4    fail to meet the ENERGY STAR requirements?  Just if

5    you know.

6         A    I don't know.

7         Q    Okay.  Thank you.

8              Do you know how many models of

9    top-loading washing machines were available for sale

10   in 2009 and 2010?

11             MR. MARCHESE:  Objection, compound.

12             THE WITNESS:  I don't know the exact

13        number.  And that is not something that is

14        relevant to the scope of my assignment here.

15   BY MS. McLAUGHLIN:

16        Q    I understand.  I'm not asking if it's

17   relevant, I'm asking if you know.  And the answer is

18   no, you do not know.

19        A    Yes, it's not something I know and it's

20   not something that impacts my specific analysis.

21        Q    Do you know how many top-loading

22   washers were made by Whirlpool in the 2009-2010 time

23   period?

24        A    I'm sure there a quite a few, but I

25   don't know the exact number, and like I said, it's

1    not something that impacts my assignment or my

2    understanding of my assignment.

3         Q    Is it important for your assignment to

4    know what washers are comparable to the Maytag

5    Centennial washers sold in 2009-2010?

6         A    It is not -- for my assignment

7    effectively, when you look at conjoint analysis, or

8    the entire area of multi-attribute preference

9    measurement, we do control for other attributes like

10   whether it's top loaded or front loaded.  The focus

11   here is largely on the price premium, if any, for

12   the presence of the ENERGY STAR logo as compared to

13   not having the ENERGY STAR logo on it.

14        Q    Would you agree that it's not important

15   to your survey what other comparable washers were

16   available in the marketplace in 2009-2010?

17             MR. MARCHESE:  Objection to form.

18             THE WITNESS:  So my survey does take

19        into account the other brands that would have

20        been considered by the class when they were

21        looking to make a purchase.  I also looked at

22        retail sales data from Lowe's and Fry's and

23        other places.  But these are all baked in, in

24        terms of what the competition is and what the

25        competitive prices are of the entire

1          demand-side consideration, supply-side

2          considerations, are baked into the price

3          premium calculation.  It's not necessary that

4          I need to understand exactly the number of

5          models that are present or not present.

6     BY MS. McLAUGHLIN:

7          Q      I'm sorry if I didn't understand.  Did

8     you say "baked in"?

9          A      These are all taken into consideration.

10         Q      Okay.  Thank you.

11                So is it important for your

12    consideration what a washer that is comparable to

13    the Maytag Centennial washers are, what would be the

14    comparable features to the washers at issue?

15         A      Could you repeat that question?

16         Q      Sure.  Is it important to your survey

17    to understand what other -- what comparable washers

18    were available in 2009 and 2010 in terms of features

19    in those washers and whether there is a comparable

20    washer to the Maytag Centennial machines?

21         A      So when you look at -- I'm going to

22    focus on the part where you asked about a number of

23    different features and what they are and what needs

24    to be taken into account and when.  I did some focus

25    groups with consumers to understand what features

1  they would consider, what models they had.  I've

2  looked at retail sales data and I've looked at

3  Consumer Reports in terms of what features exist,

4  and all of those have been taken into account in a

5  conjoint survey, and at the end of the day the

6  conjoint survey is done and price premium is

7  calculated for the presence of the ENERGY STAR logo

8  as compared to not being present is to control for

9  some of those other features.  And so the answer to

10  your question is yes, I mean, these things were

11  taken into account.

12      Q    Well, what did you do to learn about

13  what washers were available in the marketplace in

14  2009 and 2010?

15      A    As I mentioned, the retail sales data

16  is one example.  And --

17      Q    Did that retail sales data --

18          MR. MARCHESE:  Hold on, were you

19      finished with your answer?  Were you finished

20      with your answer?

21          THE WITNESS:  No, I was just going to

22      explain.

23          MR. MARCHESE:  Can you just let the

24      witness finish with his answer before you ask

25      another question, please?

1              THE WITNESS:  So, you know, what I did

2         is I looked at retail sales data.  I also

3         looked at Consumer Reports to understand what

4         are the attributes that I need to consider in

5         the multi-attribute preference conjoint survey

6         approach that was used.

7    BY MS. McLAUGHLIN:

8         Q      Okay.  Let's take the sales data that

9    you looked at.  Tell me what the sales data was

10   specifically that you looked at.  What did it

11   encompass?

12        A      I don't have a copy of my report in

13   front of me, but the details are in there.  It's

14   retail sales data from 2009 to 2012, if I recall

15   correctly.  For retail sales data at Fry's, Home

16   Depot, Lowe's, those are all part of the -- part of

17   my report I've kind of stated some of those in

18   details.

19        Q      Please help me understand.  Was the

20   retail sales data for the Maytag Centennial washers

21   or did it encompass all the different washing

22   machines available in the market from 2009 to 2012

23   at these three retailers?

24        A      I don't recall exactly.  I don't have

25   the data right now in front of me but it's in there.

1  It was all taken into consideration when the entire

2  survey was built, along with looking at Consumer

3  Reports, along with, you know, the store visits that

4  I did, as well as online surveys.  Took into account

5  a whole area of attributes that are necessary for me

6  to incorporate into my conjoint survey.

7       Q    So you can't recall, sitting here

8  today, if that retail sales data included washers by

9  Whirlpool's competitors?

10      A    I can't recall that right now.  I'm

11 just trying to think.  It's there in the details of

12 my -- in the report.

13      Q    And you said, you looked at Consumer

14 Reports.  Was that for 2015 or was that historical

15 Consumer Reports from 2009-2010 time period?

16      A    I looked at 2015.  Again, as part of

17 the conjoint survey that I was doing in 2015, I took

18 into account a wide area of attributes, a large

19 number of these attributes into the multi-attribute

20 preference model, the survey approach itself, in

21 order to understand, you know, what are the things

22 that consumers would consider when they look to make

23 a purchase of a clothes washing machine.

24           And, again, as the way the conjoint

25 survey works is, in trying to understand the price

1    premium for the ENERGY STAR logo versus not having

2    the ENERGY STAR logo they're essentially ensuring

3    that all the other attributes that might go into the

4    purchase decision are held as a constant in the

5    process.

6         Q      So would you agree that you do not look

7    at Consumer Reports from 2009, 2010, is that

8    essentially what you're saying?

9         A      Yeah, my expert opinion, I did not need

10   to go back to 2008 or 2009 to look at the Consumer

11   Reports then.  It was enough for me to do the focus

12   groups that I did with consumers in 2015 as well as

13   a look at the Consumer Reports that I used in my

14   evaluation.

15        Q      You did not think it was important to

16   look at what washing machine attributes and features

17   were available in 2009 versus available in 2015?

18             MR. MARCHESE:  Objection to form.

19             THE WITNESS:  Again, in my expert

20        opinion, and having done many of these

21        studies, 2015 is when I did the survey, so it

22        was important for me to make sure that I have

23        a clear understanding of a wide number of

24        attributes that consumers would consider, and

25        2009 attributes would probably be very similar

1          to what you have in 2015, but not something

2          that I really needed to consider.

3     BY MS. McLAUGHLIN:

4          Q     So the answer is no, you did not think

5     it was important to look at what features were

6     available in 2009, 2010?

7                    MR. MARCHESE:  Objection to form.

8     BY MS. McLAUGHLIN:

9          Q     Just a simple yes or no.  No, you did

10    not think it was important; yes, you thought it was

11    important?

12                   MR. MARCHESE:  Objection to form.

13                   THE WITNESS:  No, I didn't think it was

14         important, and I didn't need it for my

15         consumer survey.

16    BY MS. McLAUGHLIN:

17         Q     Did you consider the market prices of

18    any Maytag brand top-loading machine available in

19    2009 and 2010 that wasn't ENERGY STAR?

20         A     Well, if you look at all the retail

21    sales data, there's a clear understanding for what

22    the market forces are and what the prices are and so

23    on, and if you look at what I did in the conjoint

24    survey there's a wide range of prices that were

25    especially in the conjoint survey that include

1    washing machines that would perhaps not have the

2    ENERGY STAR logo.

3         Q      But I thought you said that your -- you

4    didn't know what the retail sales data was that you

5    looked at so you don't know if it included

6    non-ENERGY STAR washers.

7         A      Sitting here at this time, I don't

8    remember.  But clearly there's a wide range of

9    information that I considered.  You know, the retail

10   sales data.  I considered shopping at, you know -- I

11   took a trip down to Home Depot and Lowe's.  I looked

12   at some of their promotion materials that are put in

13   the newspapers in terms of various models of clothes

14   washing machines.  All of that became a complete

15   input into designing the conjoint survey and testing

16   a wide array of prices that would include machines

17   of different kind.

18        Q      I don't think you quite answered my

19   question.  Did you consider the market price of

20   non-ENERGY STAR Maytag washers that were available

21   in the 2009 to 2010 time period?

22        A      The answer is yes.  And the way I

23   considered it is, as I described, you now, a wide

24   array.  So the conjoint survey itself tests price

25   points that are as low as $200 for ENERGY STAR --

Page 21

1   for clothes washing machines that don't have the

2   ENERGY STAR logo on it.

3        Q     But I'm not asking about what your

4   survey found, I'm asking about what the market price

5   was.  What did these -- what did non-ENERGY STAR

6   washers sell for back in 2009?  Did you look at that

7   data?

8        A     Again, I don't have all the data right

9   now, I can't recall and tell you exactly what was

10  done, but I can tell you this, that in designing the

11  inputs, which is really what I needed to do in my

12  assignment, I took a whole wide range of inputs that

13  went into it, ranging from looking at the sales

14  data, the Complaint, and then looking at the 2015

15  Consumer Reports, looking at retailer websites,

16  making a trip, doing a, you know, a set of focus

17  groups.  All of those provided me with a guidance

18  for what price points I needed to test, and that's

19  really what inputs I needed.

20       Q     Do you know if there were any similar

21  non-ENERGY STAR top-loading washers available during

22  the class period?

23            MR. MARCHESE:  Objection to form.

24  BY MS. McLAUGHLIN:

25       Q     During the 2009 to 2010 time period.

Page 22

1              MR. MARCHESE:  Objection to form.

2              THE WITNESS:  Can you repeat that

3         question for me?

4    BY MS. McLAUGHLIN:

5         Q     Yeah.  Do you know if there are any

6    similar non-ENERGY STAR top-loading washers that

7    were available during the 2009 to 2010 time period?

8              MR. MARCHESE:  Objection to form, vague

9         as to the word "similar."

10             THE WITNESS:  I don't remember it, and

11        it doesn't really -- it's not important for my

12        conjoint survey, which essentially takes into

13        account, as I said, a whole wide range of

14        price points and controls.

15   BY MS. McLAUGHLIN:

16        Q     Right.  I understand you don't think

17   it's relevant.  I'm asking if you know of any

18   similar non-ENERGY STAR top-loading washers.  And I

19   think you said you don't know.  Is that correct?

20        A     I don't remember the exact, you know,

21   details.  I don't know would be the answer.  But as

22   I said, again, it's not relevant to the designing of

23   the survey, because I would have taken into account

24   all of the other information, like retail sales data

25   and so on, in designing the conjoint survey.

1      Q      Do you know if there were any other

2  ENERGY STAR top-loading washing machines available

3  in the marketplace in 2009 and 2010?

4      A      I'm sure there were.  And again, you

5  know, I don't know if I'm repeating myself here, but

6  it's not relevant to --

7      Q      You don't have to keep telling me it's

8  not relevant.  I understand that.  I'm asking if you

9  know.  It's a more yes, no, I don't know, as opposed

10  to -- I understand you don't think it's relevant.  I

11  think we've established that.  I just want to know

12  if you know of any other ENERGY STAR top-loading

13  washing machines available in the marketplace in

14  2009 - 2010?

15      A      I don't remember the exact details now.

16      Q      Thank you.  Was it important to your

17  survey to learn about the competitive models

18  available in this time period, other than to the

19  values -- the attributes in your survey, is it

20  important for you to understand what else is on the

21  marketplace -- in the marketplace in 2009?

22              MR. MARCHESE:  Objection to form.

23              THE WITNESS:  Well, in designing the

24          survey and looking at, you know, what the

25          competitive brands I wanted to consider in the

Page 24

1         conjoint survey I did take into account, you

2         know, a wide area of information.  So to that

3         extent, yes, it is important for me to make

4         sure that I'm including things, the main

5         attributes, the most important attributes that

6         are reflective of the choice.  Now, there may

7         be others, smaller ones that may not be

8         relevant, and don't necessary -- all of the

9         attributes don't necessarily have to be

10        included.  So the key attributes for its

11        consideration I took into account a whole wide

12        area of information.

13   BY MS. McLAUGHLIN:

14        Q     What are the three attributes, in your

15   opinion?

16        A     I designed the key attributes.  There

17   were 19 of them, including the ENERGY STAR logo, its

18   presence or absence.  I don't remember the exact

19   list of these attributes.  They're in my report.

20   There's clearly brand and price that were taken into

21   consideration, into the conjoint survey itself.

22   These attributes were designed by putting in a lot

23   of thought, looking at the retail sales data,

24   looking at the, you know, the focus groups that were

25   done, as well as the shopping trips and the retailer

Page 25

1    shopping trips that I did.  So there was a lot of

2    thought put into designing these attributes and

3    levels that are in my report.

4         Q     Is it your opinion that the 19

5    attributes in your report and in your survey are all

6    key attributes of the Maytag Centennial washer?

7                    MR. MARCHESE:  Objection to form.

8                    THE WITNESS:  The 19 attributes are

9              important based on all of the inputs that I

10             just described in understanding what are

11             consumers' preferences for a clothes washing

12             machine.  And, you know, based on that we have

13             designed the conjoint survey and gone through

14             the whole assignment.

15   BY MS. McLAUGHLIN:

16        Q     You used the word "key" before, and I'm

17   just trying to understand if you think it's your

18   opinion that all 19 are key to the Maytag Centennial

19   washing machine.

20        A     Well, the way conjoint surveys are

21   designed is you look at a number of different inputs

22   in trying to understand what are the attributes that

23   are important in making the purchase of a clothes

24   washing machine.  So if you look at the list of

25   attributes, there may be some that are very

1    pertinent to the Maytag Centennial machines, there

2    may be some that are not.  The whole idea here is in

3    trying to understand if there's any price premium

4    for the ENERGY STAR logo, you want to take into

5    account other attributes and you want to control for

6    those other attributes while understanding the price

7    premium.

8         Q     And what are the attributes that you

9    believe are very pertinent to the Maytag Centennial

10   washing machines, based on your research in this

11   case?

12        A     That specific information is not

13   relevant or pertinent to the design of my survey and

14   so, you know, I don't have an opinion that I want to

15   give you today on exactly what attributes, but

16   clearly one attribute we know, which is very

17   important is the ENERGY STAR logo.  And that is very

18   clear both in terms of looking at my report and some

19   of the analysis that was done to see that ENERGY

20   STAR logo is an important attribute in driving

21   purchase decisions for the class as an aggregate,

22   and also it led to a price premium that, you know,

23   for the Maytag Centennial machines, that was clearly

24   outlined in my report, the $180.39 price premium of

25   the ENERGY STAR logo.

1      Q      So I think in that very long response

2   you said that you don't know whether you don't

3   know -- aside from the ENERGY STAR logo, you don't

4   know what are the very important attributes of the

5   Maytag Centennial.  Is that your opinion?

6                MR. MARCHESE:  Objection.

7   BY MS. McLAUGHLIN:

8      Q      Aside from the ENERGY STAR.  I

9   understand that.

10      A      So the exact attribute that is

11   important for the buyers of Maytag Centennial

12   washing machines, specific attributes that may be

13   important might vary by different class members.  So

14   to give a blanket answer as to what is important to

15   Maytag Centennial machines is not appropriate.  It's

16   not correct.

17      Q      You don't know or you won't opine on

18   it?

19      A      Again, let me explain what I'm saying.

20      Q      I understand what you're saying.  I'm

21   just asking a simple question.

22                MR. MARCHESE:  Hold on.

23                MS. McLAUGHLIN:  He's not answering my

24        question.  I'm asking a very simple question,

25        does he have an opinion on what the key

```
 1        attributes other than ENERGY STAR are.  It's a
 2        simple yes-or-no question.  If you don't have
 3        an opinion, that is fine.
 4              MR. MARCHESE:  But he's providing an
 5        answer and you're cutting him off.  You're
 6        cutting him off.
 7              MS. McLAUGHLIN:  I don't think that is
 8        the case, but if we could let him continue,
 9        please.
10              MR. MARCHESE:  Were you finished your
11        answer?
12              THE WITNESS:  No, I wasn't finished.
13              MR. MARCHESE:  So you're cutting him
14        off.  Please don't do that.
15              THE WITNESS:  So, you know, again, what
16        I'm getting at is my answer for what are the
17        attributes that are important or not important
18        is not relevant.  What's relevant here is the
19        class members were surveyed and how they made
20        their preferences and their choices, and there
21        may be some that may be important for some
22        class members and there would be others that
23        would be important to other class members.
24        The one thing that -- part of the assignment
25        that clearly stands out is the ENERGY STAR
```

1          logo, its presence or absence is important,

2          and its in the report in terms of how

3          important it is in the aggregate to class

4          members.  And we also see that the class

5          members, in an aggregate, are willing to pay a

6          price premium for that ENERGY STAR logo.

7                  Now, beyond that, your question doesn't

8          have a yes or a no answer.  Your question --

9          it will actually depend on each class member,

10         so there may be a whole variety of attributes

11         across those 19 attributes that we tested that

12         may be important to some and may be important

13         to others.

14   BY MS. McLAUGHLIN:

15         Q     So whether an attribute is important to

16   a class member depends on that individual class

17   member; is that what you're saying?

18         A     It is important to them individually

19   and in the aggregate as well.  And the data that is

20   there speaks to it.  But my opinion about when --

21   when you asked me my opinion, I don't own a Maytag

22   Centennial machine, so I'm not in a position to give

23   you an opinion on that.  However, definitively on

24   the basis of the conjoint survey, there clearly is a

25   preference for the class, the aggregate for the

1   ENERGY STAR logo, so that would be an example of one

2   attribute that we know is important to the class

3   members.

4        Q      And did you not con -- did you not

5   analyze your survey to see what other attributes

6   were considered important?  I know you did it for

7   the ENERGY STAR.  Did you look at for any of the

8   other attributes?

9        A      The report talks about the other

10  attributes and how important these are, but my

11  assignment was focused on looking at the price

12  premium, if any, for the ENERGY STAR logo, whether

13  it was present or absent; and the report is focused

14  on that analysis.

15       Q      So the answer is no?

16       A      The answer would not be no.  The answer

17  is yes.  The details of the report give you the

18  attribute importances for the class members who were

19  surveyed on the aggregate across all the 19

20  attributes.  And there's an exhibit in the appendix,

21  which I don't have the exact numbers in front of me,

22  but if you go back to the exhibit you'll see what

23  attributes were important to the class members in

24  making a decision to purchase a washing machine, a

25  clothes washing machine.

```
                                            Page 31
 1            MS. McLAUGHLIN:  Could you read my
 2      question back.  I don't believe he answered my
 3      question.
 4            (At which time the following question
 5      was read back by the reporter:
 6            "Question:  Did you not analyze your
 7      survey to see what other attributes were
 8      considered important?  I know you did it for
 9      the Energy Star.  Did you look at for any of
10      the other attributes?")
11            MR. MARCHESE:  Objection, asked and
12      answered.  He just answered that exact
13      question.
14 BY MS. McLAUGHLIN:
15      Q     I don't think you answered whether you
16 analyzed what other attributes were important to
17 Maytag -- to your survey population.  You said you
18 analyzed it for the ENERGY STAR.  I'm asking you,
19 did you analyze what attributes were important,
20 based on your survey data, for the other 18
21 attributes?
22            MR. MARCHESE:  Objection to form.
23            You can answer that, if you understand
24      what was even being asked.
25            THE WITNESS:  I answered it yes because
```

Page 32

```
 1         it's in the report.  There is an exhibit in
 2         the report that clearly outlines the
 3         importance of the other 18 attributes to the
 4         class members that were surveyed.
 5   BY MS. McLAUGHLIN:
 6         Q     And so you analyzed the data for the
 7   other 18 attributes?
 8         A     That's correct.  It's in the report.
 9               MS. McLAUGHLIN:  Let's mark your
10         report.
11               (Declaration and Expert Report of
12         Dr. R. Sukumar, dated December 28, 2015, was
13         marked RS-1 for identification.)
14   BY MS. McLAUGHLIN:
15         Q     The court reporter is handing you what
16   has been marked as RS Exhibit 1.  Take a moment to
17   flip through this document and then tell me what it
18   is.
19         A     This is my expert report on the
20   conjoint survey that I conducted without the
21   appendix and the details of the appendix -- the
22   exhibits, I mean.
23         Q     Please turn to page 4 and look at the
24   assignment section.  In this section it says you've
25   been asked by counsel for the Plaintiffs to estimate
```

1    the price premium, if any, attributable to the

2    ENERGY STAR logo on Maytag Centennial washing

3    machines -- and then it lists the model numbers --

4    through the use of a conjoint analysis.

5                    Were you specifically asked to conduct

6    a conjoint analysis?

7         A    Well, I was asked to do the -- estimate

8    the price premium, if any.  Now, I've done hundreds

9    of conjoint analysis, and as an expert in conjoint

10   analysis, I chose the conjoint analysis technique as

11   being the right one to do this in estimating the

12   price premium.

13        Q    So you are given discretion to choose

14   which analysis to do or survey method to use to see

15   if there is a price premium; is that correct?

16        A    Well, I understand that counsel did

17   want me to look at conjoint analysis as one of the

18   techniques.  In being an expert, in my opinion, it

19   was the most appropriate technique to use to

20   understand price premium.  It's being used in many

21   commercial work, as well as in other cases, and it

22   is the right technique to use to understand price

23   premium.

24        Q    Why is it the right technique to use to

25   understand price premium?

1    A    You know, if you think about what we're

2   looking at here, we're looking to understand how

3   consumers in the class make purchase decisions and

4   how they trade off to the whole broad class of

5   multi-attribute preference models, also referred to

6   as conjoint or tradeoff analyses.  It's all about

7   understanding how consumers place emphasis on

8   certain attributes and what is the value they place.

9   So you have to estimate the value they place on an

10  attribute, let us say like ENERGY STAR logo and how

11  does that compare to the value of the dollar in the

12  price?  So effectively, what they're looking to

13  understand here is what portion of the price would

14  you allocate as being value from having the ENERGY

15  STAR logo versus not having the ENERGY STAR logo?

16          This is routinely done as part of

17  conjoint analysis, and so it's again -- I've been

18  trained in it.  I have a Ph.D. in marketing and

19  statistics and this is what I taught all my life in

20  my current role as a CEO of Optimal Strategix Group.

21  I've done many studies, including for household

22  appliances and products, their conjoint analysis is

23  used for such kind of understanding of a price

24  premium.

25          Q    What exactly is a conjoint analysis?

Page 35

```
 1        A      So the whole class -- so conjoint
 2   analysis is a survey technique.  It is used to
 3   understand the -- you know, multi-attribute or
 4   multi-attribute preference that consumers or
 5   customers, so it can also be used in a
 6   business-to-business context place on -- so the
 7   value they place on attributes and specific levels
 8   of these attributes and the trade off, there's a
 9   whole broad class of tradeoff techniques that are
10   used, could take into account -- would take into
11   account price, as well as a number of different
12   attributes; so how do people make tradeoffs, how do
13   they make -- how do consumers place value on certain
14   attributes as compared to other attributes.  That's
15   really what conjoint surveys are designed to do.
16        Q      Do you believe that a conjoint analysis
17   is the only method available to identify a price
18   premium in this case?
19                MR. MARCHESE:  Objection to form.
20                THE WITNESS:  There are other methods,
21           but conjoint, you know, is a method that is
22           used extensively.  There are other
23           claims-related work in the legal setting,
24           also, that I've used conjoint as an approach.
25           I'm an expert in conjoint.  I know how to do
```

1      this.  I've done this for many years.

2  BY MS. McLAUGHLIN:

3      Q      What other methods are able to identify

4  a price premium?

5      A      Well, I understand that in this case,

6  you know, contingency valuation method is used by

7  Dr. J. Michael Dennis.  There could be other

8  approaches.  Again, my focus is on conjoint, that's

9  what I'm expert on and this is really what I do for

10  a living.

11      Q      Would you have been qualified to do a

12  contingent valuation survey?

13      A      I don't believe I would be -- I'm not

14  an expert in that area for me to be qualified.  But

15  when it comes to conjoint surveys, not only in

16  academic that does that, written papers on that, but

17  also, you know, in the last eight years of being CEO

18  for Optimal Strategix Group, my firm has done many

19  of these conjoint analysis surveys.

20      Q      Have you ever conducted a contingent

21  valuation to identify a price premium associated

22  with a good the marketplace?

23              MR. MARCHESE:  Can you just read that

24      back?  I'm sorry.

25              (At which time the following question

Page 37

1          was read back by the reporter:

2                  "Question:  Have you ever conducted a

3          conjoint analysis to determine a price premium

4          to determine the price in the marketplace?")

5                  MS. McLAUGHLIN:  I think I said

6          contingent valuation, or at least I attempted

7          to.

8                  MR. MARCHESE:  Do you want to withdraw

9          the question and ask a new one?

10                 MS. McLAUGHLIN:  Yes, let's withdraw

11         that.

12   BY MS. McLAUGHLIN:

13         Q      Have you ever conducted a contingent

14   valuation to identify a price premium associated

15   with the good sold in the marketplace?

16         A      I'm not an expert at it.  I haven't

17   conducted any of those surveys.

18         Q      In your expert opinion, does a conjoint

19   analysis or a contingent valuation to establish a

20   more accurate price premium?

21                 MR. MARCHESE:  Objection to form.

22                 THE WITNESS:  These are two different

23         methods, and particularly as an example right

24         here in the ENERGY STAR logo price premium

25         example, I think you can see that they produce

1           very similar results.  For me, I don't know

2           about contingent valuation methods, I'm not an

3           expert at it.  I know that conjoint surveys

4           are used extensively in doing price premium

5           calculations.  It's a very valid method.  It's

6           a very reliable method that's being used

7           extensively.

8      BY MS. McLAUGHLIN:

9           Q      I think you said a few minutes ago that

10     in your opinion conjoint analysis is the best

11     method.  So would you agree with that?

12          A      So I don't think I said it's the best

13     method.  I said that there are comparable --

14     comparable methods.  Contingent valuation method,

15     particularly, and as I've seen Dr. Dennis' report,

16     clearly has produced similar results to the conjoint

17     survey.  And I'm an expert on conjoint surveys.  I

18     do that all the time.  And there clearly are

19     differences in the approaches for price premium.  In

20     this case they seemed to have produced similar

21     results.

22          Q      So going back to your assignment, that

23     paragraph in your report that says assignment, it

24     says you were focused on the price premium

25     attributable to the ENERGY STAR logo.

Page 39

1           Now, what do you mean -- does that mean

2     that you were asked to identify the premium

3     associated just with the logo as opposed to any

4     price premium for the ENERGY STAR program?

5           A     So, in the conjoint survey we tested an

6     attribute, and I don't have the exhibits from my

7     report here in front of me, but if you look at the

8     exhibit, it gives you the exact language that was

9     used for the ENERGY STAR logo, whether it was

10    present or absent.  And what we tested is the

11    presence or absence of the ENERGY STAR logo on a

12    clothes washing machine and how consumers would

13    trade that off against as compared to all the other

14    attributes.

15          Q     Would you expect that the price premium

16    associated with that -- the ENERGY STAR logo would

17    be different or the same on a different kind of

18    ENERGY STAR product, such as a lightbulb, would the

19    same percentage that you found apply to a different

20    product?

21                MR. MARCHESE:  Objection to form, lacks

22         foundation.

23                THE WITNESS:  So my opinion would be

24         that -- and again, this is in the absence of

25         the data, but strictly on the basis of my

1          expertise as an academic, having done this in

2          many different industries.  If you had to

3          apply it to a lightbulb, the attributes that

4          make up the purchase of a lightbulb are very

5          different.  The price and the demand-side

6          issues that you want to take into account

7          supply-side issues that you want to take into

8          account are very different for a lightbulb

9          than for a washing machine.  So what my

10         opinion here of the $180.39 as a price premium

11         is for the ENERGY STAR logo, the presence

12         versus the absence, the price premium, for a

13         clothes washing machines, and I would not

14         apply that percentage to lightbulbs or

15         anything else.

16    BY MS. McLAUGHLIN:

17         Q      So the price premium associated with

18    the ENERGY STAR logo, in general, would depend on

19    what the product was at issue?

20                MR. MARCHESE:  Objection.

21    BY MS. McLAUGHLIN:

22         Q      Is that your understanding?

23                MR. MARCHESE:  Objection, lacks

24         foundation.

25                THE WITNESS:  Well, the entire survey

Page 41

1           in the data that you have here is all about

2           clothes washing machines, you know, so the

3           price premium here is relevant to that.  A

4           lightbulb merely costs $2.  What it would be

5           for that lightbulb would be something that we

6           would have to, you know, understand all the

7           other attributes and how consumers place

8           importance on those attributes as compared to

9           the ENERGY STAR program logo on the lightbulb.

10   BY MS. McLAUGHLIN:

11       Q     Would your price premium apply to any

12   type of clothes washer so -- or is it specific to

13   just the pricing associated with this washing

14   machine?

15       A     Could you repeat that question?

16       Q     Let me rephrase it because I don't

17   think it was very good question.

18           Would you expect that different types

19   of clothes washing machines would have different

20   price premiums, so washing machines that are

21   front-loading would have a different price premium

22   if they were ENERGY STAR rated versus the washing

23   machines at issue?

24       A     So if you look at how the conjoint

25   survey works, it does control for all of the other

1   attributes, and then as it pertains to the ENERGY

2   STAR logo you're looking at what's the value

3   consumers place on the presence of the ENERGY STAR

4   logo versus the absence.  And then when we go back

5   into -- so applying formula 14, which is from the

6   Ofek and Srinivasan paper, we do take into account

7   the likelihood that someone would purchase a Maytag

8   machine into those calculations.  So clearly, the

9   process of calculating the price premium, first and

10  foremost understands what the value is for the

11  presence or the absence of the ENERGY STAR logo.

12  And then the calculation of the price premium, using

13  formula 14, will also take into account competitor

14  affects in coming up with the exact price premium.

15          Q     So would your price premium apply to

16  any washing machine sold in the 200 to $700 range?

17                MR. MARCHESE:  Objection to form.

18                THE WITNESS:  So the value of a dollar

19          is calculated in that 200 to $700 range.  The

20          price premium is particularly looked at, given

21          that the average price for -- based on the

22          retail data that we had, the average price for

23          the C6 Maytag machines were -- was about 400

24          and-some dollars.  I can't remember the exact

25          number.  It's in my report.  I can tell you

1        what that is.  The price -- the value of the

2        dollar was looked at for between $300 and

3        $500.  And so the price premium would apply

4        specifically to models -- so while we tested a

5        broad range, it would apply more specifically

6        to that 300 to that $500 range.

7   BY MS. McLAUGHLIN:

8        Q       So it would apply -- the $180 price

9   premium you found would apply to any washing machine

10  priced in the 300 to $500 range; is that correct?

11       A       Can you repeat that question again for

12  me?

13       Q       Sure.  The $180 price premium you

14  identified, are you saying that itself it would

15  apply to any washing machine that's sold in the 300

16  to $500 range?

17       A       Yeah.  The value of the dollar is

18  calculated in a broad range, but yes, it's applied

19  to that 300 to $500 range.

20       Q       Now, does your survey take into account

21  anything to do with the ENERGY STAR program and how

22  efficient a washer it is, or is it solely focused on

23  the logo?

24       A       The attribute that is described is

25  focused on the ENERGY STAR logo.  If you give me my

1    exhibits, I can read out exactly what was used in

2    there.

3         Q     We can get to that.  We'll get to that

4    in time.

5         A     And then the levels looked at whether a

6    product had the ENERGY STAR logo versus did not have

7    the ENERGY STAR logo.

8         Q     Did you make any assumptions about

9    whether the technology needed to make these washing

10   machines more water and energy efficient made the

11   machines more costly to produce?

12        A     Can you repeat that question again?

13             MS. McLAUGHLIN:  Could you repeat it?

14             (At which time the following question

15        was read back by the reporter:

16             "Question:  Did you make any

17        assumptions about whether the technology

18        needed to make these washing machines more

19        water and energy efficient made the machines

20        more costly to produce?"

21             THE WITNESS:  You know, there's many

22        assumptions in that question.  So there's the

23        technology assumptions and then there's the

24        cost assumptions, but if you look at -- you

25        know, when you look at retail sales data and

Page 45

1     you're kind of basing, you know, selection on

2     the aspects that went into the conjoint

3     survey, using all of that information, the

4     technology and cost implications are already

5     baked into what the -- you know, what those

6     retail sales data would suggest.

7          I'm not an expert, specifically, I

8     don't do any technology manufacturing or I

9     don't do manufacturing consulting, so I could

10    really not tell you about the exact technology

11    details or the exact cost details, but given

12    that all of the supply-side considerations are

13    taken into account with that retail sales

14    data, the survey itself does look into all of

15    those as we designed the inputs into it.

16          MS. McLAUGHLIN:  Should we take a

17    break?

18          MR. MARCHESE:  Sure.

19          VIDEO OPERATOR:  Off the record at

20    10:06 a.m.

21          (Brief recess.)

22          VIDEO OPERATOR:  Going back on the

23    record 10:21 a.m.

24          This is the beginning of disc 2 in the

25    deposition of Dr. Sukumar.

Page 46

BY MS. McLAUGHLIN:

    Q     Dr. Sukumar, could you provide a

definition of price premium?

    A     Sure.  Price premium is the portion of

price, the part of price that consumers pay for the

clothes washing machine that you would allocate, and

in this case specifically to the Maytag -- the three

model numbers, the part of that price that you would

allocate to the presence of the ENERGY STAR logo.

Now, you can go on to -- I would like to go on to

explain what that price premium reflects is how much

the price would have to be discounted in order to

maintain the same amount of sales if the ENERGY STAR

logo were to be taken off.  In the same way, how

much would you want to put extra on the price to

maintain the same sales if you were to add the

ENERGY STAR logo.  That's what the price premium is.

    Q     What does the word "price" mean in the

phrase "price premium"?

          MR. MARCHESE:  Objection to form.

          THE WITNESS:  The price is what the

       class members, you're paid for the Maytag

       Centennial models that you're looking at

       ultimately.

1   BY MS. McLAUGHLIN:

2        Q       And what does the word "premium" mean

3   in the phrase "price premium"?

4        A       It's the amount of the price that they

5   paid that would be attributable to the ENERGY STAR

6   logo; its presence or its absence.

7        Q       Does calculating a price premium

8   require knowledge of economics?

9        A       Well, the calculation of price premium

10  does not require knowledge of economics, but having

11  said that, in doing my Ph.D., I have -- while my

12  Ph.D. is in marketing and statistics, I have

13  knowledge of economics and econometrics as well.

14  And most importantly, here in the survey research

15  that is being done, the conjoint survey that is

16  being done, that's important to understand what the

17  value is to estimate the value off the ENERGY STAR

18  logo, as well as the value of the dollar.

19       Q       Would you agree that one definition of

20  a price premium is that it's the difference between

21  the market price of the product, here a washing

22  machine, with the feature, the ENERGY STAR logo, and

23  the market price of the same machine without the

24  logo?

25       A       Can you repeat that question?

1      Q      Sure.  Would you agree that one

2   definition of a price premium is that it's the

3   difference between the market price of the product,

4   a washing machine, with the ENERGY STAR logo, and

5   the market price of the same machine without the

6   logo?

7                  MR. MARCHESE:  Objection to form.

8                  THE WITNESS:  Well, the market price

9            definition that you're giving is kind of

10           vague.  And what one would really want to do,

11           when you consider looking at price premium, is

12           ascertaining from a consumer perspective when

13           you look at their preferences to buy a Maytag

14           Centennial machine with the ENERGY STAR logo

15           and to without a logo, you know, how much of

16           the price they pay, how much would you

17           actually allocate or put part towards, you

18           know, the presence or absence of the ENERGY

19           STAR logo.

20                  So the definition that you gave assumes

21           a lot of things.  The definition that I gave

22           you is very specific to understanding the

23           class, as an aggregate, in the part of the

24           price that they paid for the Maytag Centennial

25           machines and how you would apportion that

Page 49

1           price to the presence or the absence of the

2           ENERGY STAR logo.

3    BY MS. McLAUGHLIN:

4           Q       What is market price?

5           A       Well, you know, the definition is what

6    you're giving me, so I'd be curious to understand

7    what assumptions you're putting into the word

8    "market price" because it's a very general term.

9    You know, one could give it many different

10   definitions, depending on the assumptions, so I'd be

11   curious how you're looking at so I can explain it to

12   you.

13          Q       I'd be interested to know what is your

14   definition of market price.

15                  MR. MARCHESE:  Objection, vague as to

16          term "market price."

17                  THE WITNESS:  So, you know, the

18          definition of price here that we have taken is

19          looking at the retail price and looking at

20          what the class members have -- in the

21          aggregate have paid for the Maytag washing

22          machine.  So price is clearly defined in that

23          fashion in terms of how much was paid.  When

24          you add the word "market" to it there's a lot

25          of different potential assumptions, which I

1           don't want to get into, but for me it's that

2           retail sales data that gives you a clear

3           understanding for what retail prices are paid

4           for the Maytag Centennial machines, the three

5           models that we are looking at.

6    BY MS. McLAUGHLIN:

7           Q     So I'm just not sure if I understand

8    what you said.  What is -- I don't quite understand,

9    what is your definition of "market price"?  What do

10   you think of when I say market price?

11                MR. MARCHESE:  Objection, asked and

12          answered.

13                THE WITNESS:  So, you know, the -- I'll

14          drop the word "market" and I'll say focus on

15          the word "price," and the word "price" as it

16          was used here in calculating the price premium

17          because, you know, people use the word "market

18          price" very loosely to assume a whole group of

19          consumers, a whole class.  It could be, you

20          know, particular retail establishments, but

21          the specific definition that I'm using at here

22          is really to look at the class as an

23          aggregate, what price they paid for the Maytag

24          Centennial machines, and then understanding

25          price premium as the part of that price that

Page 51

1      they paid that is -- that is devoted to the

2      ENERGY STAR logo.

3  BY MS. McLAUGHLIN:

4      Q     Do you need to be qualified as an

5  economist to estimate a market price?

6            MR. MARCHESE:  Objection.

7            THE WITNESS:  My opinion, you know,

8      again, I would ask you the question, which I

9      asked earlier, which is, what is your

10     definition of "market price"?  I gave you my

11     definition of price and retail price and the

12     price that consumers pay, what the class paid

13     for this product.  That's really, you know,

14     that doesn't require an economist, it does

15     require someone like myself with a Ph.D. who

16     -- in marketing, economics is an element of

17     marketing and statistics and market research

18     and consumer research.  So if you tell me what

19     your definition of market price is, then I'll

20     maybe give you an opinion just based on my

21     many years in academia about, you know,

22     whether you need someone with an economics

23     degree or not.

24  BY MS. McLAUGHLIN:

25     Q     What is an equilibrium price?

Page 52

1        A      Again, you know, an equilibrium price,

2    which is not, you know, something that is a simple

3    definition, you know, it's not a -- economists often

4    say about price changes between competition may

5    ultimately settle on a particular point and that

6    becomes sort of the equilibrium price.  So the

7    action/reaction as such.  But that's not something

8    that is an opinion that I'm giving out here.  I'm

9    not giving an opinion on equilibrium price and what

10   it should be and how the entire interior and

11   national equilibrium and all of these things go on.

12   Obviously I've been trained in these areas and so on

13   as a Ph.D. in marketing and statistics.

14            The assignment here for me has been

15   largely about calculating price premium for the

16   Maytag Centennial machines and doing it using

17   conjoint as a technique, which allows you to

18   understand the value of the ENERGY STAR logo

19   presence or absence as compared to the value of a

20   dollar.

21       Q      So you're not able to, sitting here

22   today, give me the definition of an equilibrium

23   price?

24            MR. MARCHESE:  Objection.  I mean,

25        misstates testimony.

Page 53

1          THE WITNESS:  I think I kind of

2      commented on what equilibrium prices by

3      suggesting that an equilibrium price is likely

4      one that takes into account what competitors

5      decide on their prices and how they decide to

6      change their prices.  And the kind of

7      information they might have in making those

8      demand-side considerations in reaching the

9      price.  That's not something that I'm

10     testifying here as an expert, you know, the

11     definition of equilibrium price.  I'm here to

12     look at the price premium using a conjoint

13     survey.  And to look at the price premium and

14     say, well, what does that mean for the ENERGY

15     STAR logo on the Maytag Centennial machines.

16 BY MS. McLAUGHLIN:

17     Q      Is a market price the same as an

18 equilibrium price?

19     A      So I would love to have a clear

20 definition that is in your mind because these are

21 very -- these are statements that even economists

22 define differently, depending on which economists

23 you talk to.

24     Q      Well, I'm asking in your mind are they

25 the same thing?  It doesn't matter what's in my

Page 54

1    mind.  I want to know what's in your mind.  Do you

2    consider them the same thing?

3        A       So, the retail price that -- the data

4    that was used in designing this conjoint survey does

5    take into account, you know, the prices that

6    consumers pay.  Equilibrium price or market price

7    could mean very many things, and in my opinion, I

8    mean, unless I know what context you are actually

9    wanting me to apply this, I can't give you -- I

10   cannot give you an answer about whether they're the

11   same.

12            You know, for me, when I look at the

13   retail price, that retail price would take into

14   account competitive actions by different retailers.

15   So that could be a way by which information -- what

16   information each retailer had and how they decided

17   to set the prices as, you know, competitive actions

18   are taken into account, competition actions and

19   demands are taken into account.  And that, in turn,

20   allows me to say, okay, when I look at calculating

21   the price premium on the Maytag Centennial models

22   that you're looking at here, using that retail price

23   and saying, what about that retail price, what

24   portion of that retail price can we attribute to the

25   ENERGY STAR logo; and that's really what my opinion

1   here is in the report.

2       Q      So do you believe that your survey

3   identified the price premium that consumers actually

4   paid back in 2009 - 2010 for the ENERGY STAR logo?

5       A      So the price premium that is calculated

6   here is really looking at the entire class as an

7   aggregate and estimating for these Maytag machines,

8   these models, given the price that we know, what

9   portion of that price would be attributable to the

10  ENERGY STAR logo?  And to the extent that my answer

11  explains what you're asking, that's really what this

12  is doing.

13      Q      So if I bought a washing machine in

14  2010 for -- your average is, I think, around $400, a

15  little above.  So if I bought a washing machine in

16  2010 for $400, $180 of that washing machine was

17  attributed to the ENERGY STAR logo; is that your

18  opinion?

19      A      Yes, that's correct.  That's my

20  opinion.

21      Q      If you look back at your report, on

22  page 4, right under -- the first sentence under

23  Approach.  Do you see what I'm pointing to?

24      A      Yes.

25      Q      That first sentence you say, There are

Page 56

```
 1    a certain number of clothes washing machines sold at
 2    current prices displaying that logo.
 3              What do you mean there by "current
 4    prices"?  Was it current as when you conducted the
 5    survey?  I'm just hung up on that word and what you
 6    mean by it.
 7         A    Yes.  This has to be taken in the
 8    context of the entire exercise, right.  So, you
 9    know, obviously this is the very first sentence that
10    is explaining the approach; and the approach that is
11    taken out here is to look at sales data from the
12    past, historical data during that period, right, for
13    -- specifically for the Maytag Centennial models,
14    and then when you look at designing the conjoint
15    survey, you know, you're taking several other
16    inputs, including the inputs in 2015 as to what the
17    wide range of prices are.  And in designing the
18    survey itself.
19              So this sentence here has to be taken
20    in the context of everything else that is done, and
21    so you're taking into account the prices -- so
22    finally the next sentence, and you read that, the
23    price premium is a reduction in price needed to keep
24    the same amount of unit sales when the clothes
25    washing machines are switched from having the ENERGY
```

1    STAR logo to not having the ENERGY STAR logo, all

2    else remaining the same.  So what it really comes

3    down to is calculating the price premium as a

4    percentage, in this case, I think 44.3, if I recall

5    correctly, off the $407, which was the current price

6    at that time, the average price that the class paid,

7    given the retail sales data in the 2009 to '12 era.

8    So what percentage of that price is being attributed

9    to the presence or the absence of the ENERGY STAR

10   logo.

11       Q    I guess I still just don't understand

12   what you meant by "current price" in that sentence.

13   I'm not sure I quite understand it.

14       A    Yes.  The current price relates back to

15   the retail sales data that I just talked about,

16   right.  So in being able to attribute from the

17   retail price in the 2009 to '12 era, what percentage

18   of that price is attributable to the ENERGY STAR

19   logo being present.

20       Q    How is it current if you're looking at

21   2009 to 2012 sales data?  Or are you looking at the

22   price that they're sold today?

23       A    Well, we are attributing a value for

24   the presence or absence of the ENERGY STAR logo to

25   the price in the -- in the retail sales data for

Page 58

1   Maytag Centennial machines in the 2009 to 2012

2   timeframe.

3        Q    So go on to the next sentence that you

4   read for us, starting with, The price premium is the

5   reduction in price.

6             What do you mean by that last phrase,

7   "all else remaining the same"?

8        A    So, if you look at how conjoint

9   analysis as a survey -- as a technique works, it's a

10   multi-attribute preference, class of methodologies

11   that is used here.  It's essentially ensuring that

12   I'm looking at teasing out the ENERGY STAR logo, its

13   presence or absence, and I'm holding constant

14   everything else in understanding what's the value of

15   the ENERGY STAR logo, if it's present as compared to

16   it not being present.  And so that notion of, you

17   know, controlling or putting everything else

18   constant as you design the value of the presence or

19   absence of the ENERGY STAR logo and then

20   apportioning, you know, what of that is applicable

21   to the Maytag Centennial machines, the price that

22   was paid then.  That's really what it means.

23        Q    Do you know if Maytag sold any washing

24   machines that were identical to the Maytag

25   Centennial, but did not have the logo?

                                                        Page 59

1      A      Could you repeat that question?  You

2   got many different parts there.

3      Q      Sure.  Are you aware -- do you know if

4   Maytag or Whirlpool sold a washing machine that was

5   identical to the Maytag Centennial washers at issue

6   here with the only exception being the ENERGY STAR

7   logo?

8      A      So again, I don't have all of the

9   retail sales data here in front of me, obviously,

10  but it's not something that I need to have when you

11  look at what we're doing right here, because the

12  approach I'm taking to price premium is really to

13  understand what's the value of the -- to the class,

14  as an aggregate, of the presence of the ENERGY STAR

15  logo as compared to the absence of it, and then how

16  does that value then transfer to the price that they

17  paid, as a class in the average, during that

18  timeframe.

19     Q      So the answer is, you don't know if

20  there was available in the marketplace an almost

21  identical model but without the ENERGY STAR logo?

22  You don't know?

23     A      So sitting here, I don't have exact

24  memory of that.  But as I said, you know, that's not

25  critical or of importance here to how I went about

Page 60

1    doing the conjoint survey and what does that reflect

2    in terms of the price premium and how we allocate

3    the price premium.

4         Q     Does it matter for purposes of your

5    survey if the washers were, in fact, mislabeled, if

6    they were, in fact, ENERGY STAR compliant?  Does

7    that fact matter to your survey?

8                    MR. MARCHESE:  Objection to form.

9                    THE WITNESS:  Can you repeat that

10        question again, ma'am?

11   BY MS. McLAUGHLIN:

12        Q     Does it matter for purposes of your

13   survey if the washers were, in fact, wrongly labeled

14   as ENERGY STAR compliant?

15        A     Well, for the purposes of my survey,

16   it's really an understanding of what the value is

17   for Maytag machines that would have the ENERGY STAR

18   logo versus those that would not have the star logo.

19   So it's really one of understanding a consumer's

20   value to the presence or absence.

21                    In terms of a marketer's mistake of

22   labeling or not labeling, that is not the issue

23   here.  It's really understanding what the price

24   premium is for the presence or absence of them.

25        Q     So if the washing machines were

1    properly labeled that doesn't matter to your

2    calculation of the price premium?

3         A      You know, I would say if the machines

4    were properly labeled, then consumers value

5    estimates and their experiences would be in line

6    with what we see here in the survey, but explicitly

7    for the survey that specific notion does not really

8    play.  They're testing whether the machines had the

9    logo versus those that did not have the logo, what's

10   the real value of that.

11        Q      So if you look on page 5 of your

12   report, and in that first full paragraph, the

13   second-to-last sentence, it says, These basic

14   techniques, when properly used, have proven to be a

15   reliable predictor of value for individual features

16   as well as impact on market price.

17              What do you mean by "when properly

18   used"?

19        A      Well, the whole idea is properly used,

20   the whole set of conjoint techniques requires a

21   certain process, it requires a certain expertise.

22   And that expertise requires you to identify the

23   right kind of attributes.  You got to go through the

24   process of understanding in a focus group how

25   consumers make purchase decisions.  You got to

1    incorporate the right kind of attributes.  And in

2    doing so, in going through that whole process,

3    you're then able to see how consumers make the right

4    choices.  You also have to select the right

5    methodology.  There are different methods for

6    multi-attribute preference estimation.  I think I

7    talked about it in my report as well.  And based on

8    that, you can really understand, you know, from a

9    product availability perspective.  If you have a

10   product with many features you can start to

11   understand how these features are important to

12   consumers and what does that mean in terms of the

13   value they place for any individual feature.

14   Assuming everything else is --

15         Q      So would you agree if a conjoint

16   analysis is flawed in its design or methodology,

17   then you can't rely on those results?  Would you

18   agree with that?

19         A      I think that's an assumption that

20   you're making out there in terms of what the exact

21   nature of the flaw might be.  So assuming that the

22   conjoint survey was done right, like in this

23   particular case in what has been done, the results

24   are very valid and can be used.

25         Q      And if it wasn't done right, then the

Page 63

1    results are not valid and can't be used?

2              MR. MARCHESE:  Objection to form.

3              THE WITNESS:  Again, as I mentioned, it

4          depends on what you're looking at in terms of

5          being the flaw, and, you know, I'm not sure

6          the definition of flaw, what that might be.

7          And if it follows the process that I followed

8          out here, then there should be no flaw and it

9          should be done correctly and the results are

10         valid.

11   BY MS. McLAUGHLIN:

12       Q      What do you mean in that sentence by

13   "reliable"?  What's your definition of "reliable"?

14       A      Well, to give an example of reliable

15   predictor of value, let's take just our case here

16   with looking at the price premium for the ENERGY

17   STAR logo for the Maytag Centennial machine.  I

18   believe Dr. Dennis had a number that was very close

19   to mine.  I also believe that the CEO of Maytag had

20   made a claim -- had made a statement about what the

21   price premium is for something like an ENERGY STAR

22   logo.  When you start to look at either multiple

23   methods like this, they all seem to triangulate.

24   That's a suggestion that something is very reliable.

25   Now, the conjoint methodology that I've used out

Page 64

1    here is used extensively, and if done right,

2    following the procedures that I have taken out here,

3    it's a reliable predictor of value, what consumers

4    value for -- place value for a particular feature,

5    like in this case, the ENERGY STAR logo.

6         Q      I don't think you quite answered my

7    question, though.  You answered "reliable" in the

8    circumstances of this case.  I want to know when you

9    say conjoint when used properly is a reliable

10   predictor.  What do you mean by "reliable"?  How can

11   it be used?  What's reliable about it, in general?

12        A      So you know what I was trying to give

13   you an example here with the other numbers

14   essentially is to say that a reliable predictor of

15   value is a sign that multiple methods give you the

16   same answer.  Right?  That's one example of

17   reliability.  And that's essentially what, you know,

18   what a reliable predictor is.

19        Q      So if multiple methods give you

20   different answers, does that mean that one of the

21   methods is not -- may not be reliable?

22        A      So there's an assumption there.  And

23   we'd have to go back in and look at and say why was

24   there different answers?  Right?  So maybe the

25   context was different.  Maybe the assumptions may be

Page 65

1   different.  So you'd have to look at that carefully

2   before you come to the conclusion you're asking.

3        Q     But it's possible that it may not have

4   been reliably done if there are different sources

5   coming to different conclusions?

6                 MR. MARCHESE:  Objection to form.

7                 THE WITNESS:  I would say again you'd

8             have to understand what the context was, what

9             the purpose was for how each method was used.

10            In this case, particularly if you look at the

11            different methods were used for the same

12            purpose, right?  Even though they were

13            different methods and they seemed to produce

14            very similar results, one would argue that,

15            you know, conjoint is a clearly very reliable

16            method to predict value.

17   BY MS. McLAUGHLIN:

18        Q     So when you say "reliable," do you mean

19   that conjoint can predict what a company can

20   actually charge for a product with a new feature?

21   Is that one way that you use "reliable"?

22        A     So if you look at, you know, the whole

23   sentence there, if a company is trying to

24   understand, they've included a feature, they priced

25   the product, no one will understand what the price

1    premium is, due to that particular feature, assuming

2    everything else is held constant, that ability to

3    calculate the price premium using conjoint analysis

4    is a very reliable method.

5         Q    So what do you mean here by

6    "predictor," or "predictor of value"?

7         A    So let me go back to just talking a

8    little bit about conjoint surveys and the whole idea

9    of what attribute preference is.  Right.  Say, a

10   product, such as a washing machine, is made up of

11   different attributes, of features.  In this case we

12   looked at 19 of them.  And what we are trying to do

13   is understand for the class members that are

14   surveyed out here, what is the, you know, what is

15   the value, so if they look at the entire product,

16   what value can you apportion to a particular

17   feature?  I'm calling out the portion of the product

18   that they bought, how much of that portion can be

19   attributed, how much of value can be attributed to

20   the ENERGY STAR logo?  So there's a certain amount

21   of prediction that is happening through the

22   technique.  So conjoint is a tradeoff technique.

23   Based on how they made the tradeoff I'm predicting

24   how much value can be placed to the presence or

25   absence of the ENERGY STAR logo.  That's really what

Page 67

1    I mean by a predictor.

2         Q      So can you do a conjoint survey on --

3    you can do it on a product that's already in the

4    marketplace and determine what one of those

5    attributes are, the allocation of value to one of

6    those attributes, or is it only forward looking?

7    Let me clarify because that was not a good question.

8              Can you do a conjoint analysis on a

9    product that's already in the marketplace and

10   determine what portion of the price is allocated to

11   a certain attribute?

12        A      Yes, and that's exactly what we did --

13   what we did out here in calculating the price

14   premium.

15        Q      And what, in essence, do you mean by

16   "impact on market price"?  What do you mean by

17   "market price" in that sentence?

18        A      In what I've describe out here, you're

19   taking the retail price of the three models, which

20   is an average of $407 of the C6 models, and you're

21   saying what percentage of that price can be

22   attributed to the value from the class of the

23   consumers who were surveyed get from the presence of

24   the ENERGY STAR logo as compared to not having it.

25        Q      Are you aware of any peer-reviewed

1   literature studies showing that a conjoint can be

2   used to isolate a price premium of a feature of a

3   good that was sold in the past?

4        A     Absolutely.  Certainly, if you look at

5   Ofek and Srinivasin's paper where they go through

6   the whole process of helping define how to look at

7   formula 14.  Now this is a peer-reviewed paper, this

8   is a paper that was published in Marketing Science,

9   a very leading peer-reviewed journal among

10  academics.  It also received an award.  And I can't

11  remember the exact award, but it received an award

12  for just how practical this approach was in helping

13  understand, you know, the whole idea of price

14  premium and what consumers pay for it.

15       Q     And that was for isolating a price

16  premium of a good already sold, previously sold?

17       A     That's correct.

18       Q     Are you aware of any other studies?

19       A     You know, I can't remember -- I know

20  that this method is now being used very extensively.

21  And I, myself, have used it in other cases, as well

22  as other corporate work that I do.  There may be

23  some other publications, but these publications tend

24  to happen more in trade journals as well because

25  they're actual applications of the technique.  But I

Page 69

1    know it's, you know, used very extensively.

2         Q      How about any peer-review literature

3    showing that a conjoint can be used to isolate the

4    price premium associated with a logo?

5         A      Well, the conjoint process itself is

6    used for attributes, it's used for claims, it's used

7    for logos.  So in that sense, you know, off the top

8    of my mind, I can't point to an exact article, but I

9    can tell you that if you read these papers, they

10   clearly are agnostic to, you know, anything --

11   they're agnostic to the definition of the word

12   "attribute," as long as these attributes reflect

13   what drives a class of consumers to make a purchase

14   decision.

15             So in this case, the presence or

16   absence of the ENERGY STAR logo is something that is

17   important.  We've shown that in this study, as well

18   as in the focus groups and so on, where the presence

19   of the ENERGY STAR logo is an important attribute in

20   driving consumer purchase decision making.  And so

21   conjoint as a survey technique is really all about

22   that.  So it's -- I'm sure there are peer reviewed

23   publications.  I can't remember from the top of my

24   mind, but if you look at just what I said, it's very

25   relevant to an ENERGY STAR logo, which is an

1    important driver of purchase.  And there's many

2    studies that have shown that it's an important

3    driver of purchase.

4         Q     If you want to turn back to page 5 of

5    your report, that second full paragraph.  In the

6    middle it says, For instance, give an example of an

7    attribute other than price.

8              Do you see where I'm referring?  It's

9    two sentences from the bottom.  Or three sentences

10   from the bottom, excuse me.

11        A     Yeah.

12        Q     The sentence strikes me as a little odd

13   and not quite fitting.  Is this -- was your report,

14   or any part of it, created from some sort of

15   template?

16        A     No, it's a sentence that I might have

17   overlooked because what I did do there is I gave an

18   example of an attribute like top load versus front

19   load as being the levels.  Right?  And I might have

20   put that as a note to myself and then left it out

21   there as I was reading through it when I went back.

22   So -- but it really reflects what I said before

23   that, you know, an example of an attribute would be

24   the loading type and whether it's a front load or a

25   top load.  So the two levels.  That's really what

Page 71

1    that is.

2         Q      But this is basically like a

3    placeholder for you to give some sort of example?

4    Is that what you're saying?

5         A      No, it's just something that I was

6    writing to myself and it probably got left in.  And,

7    you know, I probably typed it initially and, you

8    know, priced at different levels, like $200, $300,

9    et cetera, and also wanted to, for the benefit of

10   the reader, give another attribute like, you know,

11   the loading type, whether it's front load or top

12   load.

13        Q      So this report is not based on a

14   template that you use for other reports?

15        A      Well, I do work on other cases and it's

16   possible that there are certain paragraphs that I've

17   written before that I may have used in this report,

18   you know, but it's not like I write templates that

19   just go in there.  But there certainly would be

20   things that I may have used or described before.

21   Again, having done so many conjoint studies as an

22   expert I may have used some of those paragraphs.

23        Q      Go on to that next sentence, Conjoint

24   analysis measures each consumer's values for

25   different levels of features.

Page 72

1          Are you saying that the conjoint

2    measures value on a consumer-by-consumer basis?

3          A     So the methodology that we use, ASEMAP,

4    is a multi-attribute preference method that gives

5    you what is the utility.  So the value is also

6    described as the part-worth utility for one level of

7    an attribute as compared to another level of an

8    attribute.  So ASEMAP that is used out here gives

9    you that value for each consumer.  Other techniques

10   like choice-based conjoint will also accomplish that

11   for fewer attributes, but will also use -- excuse

12   me, additional -- will need to use additional

13   statistical techniques like hierarchy Bayesian in

14   order to accomplish that same exercise.

15         Q     So what you're saying is that you can

16   look at the values on an individual basis so you can

17   see what each respondent attributes to each feature?

18         A     That's correct.  But -- on the same

19   token, when you look at price premium, you have to

20   look at price premium as an aggregate.  So you have

21   to aggregate the value across the class of consumers

22   in the survey and then apply formula 14, which we

23   can -- in the Ofek and Srinivasan paper.  To apply

24   it correctly, you have to take the value across the

25   entire class in order to come up with a price

1    premium.

2         Q      So moving down to the next paragraph,

3    the first sentence of that last paragraph, By

4    comparing the value difference between two levels of

5    ENERGY STAR to the value difference between prices

6    300 and $500, I am able to determine the price

7    premium, if any, attributable to the ENERGY STAR

8    logo.

9              Can you define "value difference"?

10        A      Sure.  So I just mentioned that you get

11   the part-worth utility for the presence of the

12   ENERGY STAR logo as compared to the absence.  Right.

13   So you can take the difference, that difference

14   gives you the value of the ENERGY STAR logo, and you

15   can then compare that -- so this is again a general

16   statement of explaining as to how price premiums

17   have to be looked at, the actual exact formula that

18   is applied needed to average it across the entire

19   respondent group in order to get to that.  So you do

20   take the value for the presence of the ENERGY STAR

21   logo as compared to the absence, and you compare it

22   to the value of a dollar in that 300 to $500 range.

23        Q      So is value the same as utility?  Are

24   you using those words interchangeably?

25        A      That's correct.  I'm using those words

Page 74

1    interchangeably, so I say part-worth utility, that

2    utility is for each level of an attribute.  Right.

3    I'm using the word "value" as being sort of that

4    whole value of that attribute.

5         Q     And when you say "compare" in that

6    sentence you're essentially meaning divide, correct?

7         A     Well, that's kind of what it is.  But

8    if you -- you have to go apply formula 14, which I

9    talk about in my report subsequently.  You had to

10   apply that correctly.  So you do have to take into

11   consideration certain other things.  You have to

12   average the utilities, the difference in the utility

13   for the ENERGY STAR logo versus the absence, as well

14   as that for the price in order to get to a net

15   point.

16        Q     So to make sure I understand properly,

17   what you're doing here is you're computing the part

18   worth for the ENERGY STAR logo and the part worth

19   for the price and then you're dividing one by the

20   other; is that right?

21        A     Along with the application of that

22   formula correctly.

23        Q     And what is a "willingness to pay"

24   computation?

25        A     So willingness to pay is slightly

Page 75

```
 1    different.  It really comes down to what's the

 2    maximum value.  What is the maximum price that

 3    consumers would be willing to pay for just a, you

 4    know, an improvement from one level to another

 5    level.  It doesn't take -- it doesn't have to take

 6    into account -- it's really more something that you

 7    use when you're trying to design new products.  It

 8    doesn't have to take into account some of the

 9    factors that we take into account.  It doesn't take

10    into account those different aspects in coming up

11    with that maximum price consumers would be willing

12    to pay.

13        Q    So if I understand, willingness to pay

14    is basically a computation where you compare the

15    part worth of an attribute for part worth for price.

16    Is that a willingness to pay?

17              MR. MARCHESE:  Objection, misstates

18         testimony.

19              THE WITNESS:  Well, there are several

20         other things that have to be looked at when

21         you're doing the willingness to pay -- when

22         you even get the utilities for willingness to

23         pay.  So, for example, because it's the

24         maximum price someone is willing to pay for,

25         you know, an attribute change, you don't have
```

Page 76

```
 1        to include brand as an attribute.  You don't

 2        have to take into account demand or

 3        supply-side considerations in designing some

 4        of the elements that go into the conjoint

 5        survey.  That's -- a willingness to pay again

 6        is that maximum price that consumers would be

 7        willing to pay for an attribute improvement.

 8   BY MS. McLAUGHLIN:

 9        Q     So a willingness to pay is not the same

10   as a price premium?

11        A     That's correct.

12        Q     And why not?

13        A     For, you know, some of the same reasons

14   that I mentioned, it's just in terms of its the

15   maximum price that consumers would be willing to

16   pay.  It is -- it does not take into account brand

17   considerations.  It does not take into account

18   supply or demand-side considerations.  It's really

19   looking at the maximum price that consumers would be

20   willing to pay for improving something, improving

21   some aspect of a product.

22        Q     So if I understand your testimony, the

23   difference between a willingness to pay and what you

24   did here is that you took into account the

25   supply-side and demand-side factors; is that right?
```

1        A       That's correct.

2        Q       Now, what do you mean when you say

3    "supply side"?

4        A       So for the supply-side factors we

5    looked at the retail sales data, and clearly when

6    you're looking at Maytag Centennial machines we are

7    looking at the actual retail sales for these in

8    which aspects of how individual retailers might have

9    reached what products they offer, how much is

10    available of those products, all of those are

11    taken -- are baked into, you know, supply-side

12    factors that are baked into that retail sales and

13    the prices that are there at the retail which then

14    become the input for the conjoint survey.

15        Q       What is "supply"?

16        A       So you're asking me the question what

17    is "supply" in a very generic sense.  I'm probably

18    going to give you an answer that in a little more in

19    the context of availability of a product in the

20    store.  Right.  So it really relates to wholesalers

21    making the product supplied to a retailer.  So

22    supply would be that aspect.  That's my assumptions

23    within which I'm trying to answer.  I don't know

24    exactly where you're coming from in terms of asking

25    that question.

1      Q      You mentioned the word "supply-side"

2  several times, so I want to kind of break that down

3  and say:  What does supply mean?

4      A      So for me the supply-side

5  considerations would look into, you know, based on

6  the retail sales, it's all baked into it, whether

7  the product is available or the level of inventory;

8  so distribution, those are factors in that.

9      Q      What else -- what other things affect

10  supply in a market?  You said retail sales,

11  distribution.  Is there anything else?

12      A      When you look at retail sales data for

13  Maytag Centennial machines, you're really looking at

14  across the store.  So we had Fry's, Sears, Home

15  Depot, Lowe's.  The availability of the product

16  across the different retailer is automatically

17  reflected in the retail sales data.  So, you know,

18  whether they have an inventory, whether that's

19  available, whether the manufacturers are making the

20  product available through the wholesalers, all of

21  that would be supply-side considerations that are

22  reflected in that sales data.

23      Q      But as you sit here today, you don't

24  recall exactly what you were looking at in the

25  retail sales data; is that correct?

1      A      If -- you know, again, there's a little

2    bit of flashback memory coming in, you know, as to

3    what -- there's clearly 2009 to 2012 data that was

4    in there.  And the retail sales data for Maytag

5    Centennial machines, the three models, depending --

6    I don't have the data exactly in front of me for me

7    to reflect on, you know, which retailer had what

8    kinds of models for Maytag Centennial, available

9    ones.

10      Q      Sure.  But do you recall now if the

11    retail sales data that you looked at included

12    competitors' machines, or is it solely focused on

13    the Maytag Centennial washers?

14      A      I think I want to say probably they did

15    not have competitor information, but when looking at

16    Maytag's sales data for the different models, the

17    competitor data is in some sense the competitor

18    actions and some are reflected in the retail sales

19    for the Maytag models.

20      Q      How is that?

21      A      Well, the number of units they would

22    sell at the retailer is reflective of what

23    competition has done, whether they have raised the

24    prices or lowered the prices, and as a result it's

25    in there.  So if I -- again, I'm trying to, in the

1    absence of the data in front of me, I think take the

2    retail sales data there was only reflecting the

3    Maytag Centennial models.

4         Q      But from that data you could make

5    assumptions as to what was happening in the rest of

6    the retailer space, what else they were doing with

7    competitor machines or other Maytag machines?

8         A      Yeah, because this sales data is really

9    a reflection of the actions taken by other

10   competitors.  Right.  So it's already included or

11   baked into it, as you consider that and the price in

12   looking at the price premium.

13        Q      And how exactly did you incorporate

14   that -- those sales data into your survey?

15        A      So one is a reflection of how we

16   capture price and taking into account the average

17   price, which is really the key component of what I

18   need, looking at the average price, but also setting

19   out the ranges of prices for us to look at and test

20   based on some of that retail sales data.

21        Q      So you used it in two ways, if I

22   understand, one was to figure out that average price

23   of I think about $407, and the second way was to

24   figure out the ranges, the 200 to $700 range in your

25   survey; is that correct?

1    A    Yeah.  And then it's also looking at --

2  you know, those would be two key.  There would be

3  other aspects, you know, much smaller aspects in

4  terms of defining how we look at the average data

5  and looking at the price premium around that.

6    Q    I don't understand you.  Can you

7  clarify that a little more?

8    A    So the 407 number is what you mentioned

9  is a good example of that, is a good example of how

10  the retail sales data helps with understanding what

11  the price premium were to mean.

12    Q    But you said you also used it for

13  helping with defining average data.  And I don't

14  understand what you meant by that.

15    A    To clarify exactly what I just said,

16  which is, looking at the retail price data, right,

17  in looking at the average across the three-year

18  period in coming up with the price premium.

19    Q    So your $407 average, was that for all

20  three models or just one model, two models?

21    A    I think again, from recollection now,

22  and I want to be careful, majority of the sales, if

23  I recall, were probably for the two C6 models, and

24  so I may have used the average price for those two

25  models in looking at the average price that I used

1    for the price premium.

2         Q      Why would you have excluded the C7?

3         A      Well, one, I think, if I recall a

4    little bit here again, I don't have the data in

5    front of me, if I were to look at it, the C7s may

6    have been $100 higher than approximately, I don't

7    know the exact number, but they also sold fewer

8    units than the C6 models.  So, in my opinion, I said

9    let's take a more conservative approach and let's

10   look at price premium in the context of the C6

11   models rather than looking at all of the data

12   together.

13        Q      And would your $180 price premium apply

14   then to the C7s?

15        A      So it actually might be a little

16   higher, right.  It may not be 180, it might be a

17   little higher.  So from that point of view, the $180

18   is a very conservative estimate when you apply it to

19   the C7 as well.

20        Q      But you would say that you should apply

21   it?

22        A      Absolutely.

23        Q      When you looked at the data that you

24   use to get the $407 average retail price, were you

25   looking at nationwide or were you only looking at

1    the seven states at issue?

2         A    You know, I don't have it so I can't

3    recall exactly, but I think I was focused more on

4    the seven states.  I need to go back and look at the

5    data to give you an exact answer on that.

6              MR. MARCHESE:  Allison, can we take a

7         quick bathroom break?  I'm sorry.

8              MS. McLAUGHLIN:  Absolutely.

9              VIDEO OPERATOR:  Off the record at

10        11:16 a.m.

11             (Brief recess.)

12             VIDEO OPERATOR:  Going back on the

13        record, 11:26 a.m.

14             This is the beginning of disc 3 in the

15        deposition of Dr. Sukumar.

16   BY MS. McLAUGHLIN:

17        Q    When was the conjoint analysis first

18   introduced?

19        A    So conjoint analysis, if I recall

20   correctly, again, I'm getting a little outdated now.

21   1964 is when psychometricians first developed it, no

22   computers at that time.  1974 is when Professor

23   Srinivasan from Stanford University, who created the

24   ASEMAP method as well, and is our chief research

25   advisor for my company, he, and Paul Green, from the

Page 84

1    University of Pennsylvania, brought conjoint to the

2    field of marketing and had several papers published

3    at that time.

4         Q      And what was the purpose of the

5    conjoint survey when it first began?  Was it for

6    litigation purposes or in the marketing business?

7         A      Well, it was initially used for,

8    obviously, a lot of different, you know, designing

9    and developing new products, new services,

10   understanding price premium for, you know, what the

11   reason for that price premium would be, for products

12   and services.  It's been used extensively in

13   litigation now and it is used in different kinds of

14   litigation.  So, you know, if you look at my resume,

15   as well as Professor Srinivasan, and others, we've

16   testified for it in other claims work using this.

17   We've also used it for patent litigation kind of

18   work.  So it's used in litigation as well.  And

19   there are close to, and I report this in my study,

20   more than 18,000 conjoint studies that are done each

21   year, you know, across the world in different

22   languages, in different countries, using ASEMAP

23   we've done many hundreds of those conjoint studies.

24   And I've used it for commercial purposes as well as

25   litigation purposes quite extensively.

Page 85

1          Q      Is the purpose of a conjoint survey is

2    to get as close as to how consumers behave as

3    possible as you can in a survey?

4                     MR. MARCHESE:  Objection to form.

5                     THE WITNESS:  Can you repeat that

6          question for me again?

7    BY MS. McLAUGHLIN:

8          Q      Is the purpose of a conjoint survey to

9    get as close as to how consumers behave as possible?

10         A      One of the purposes of conjoint study

11   is really to understand what drives the person's

12   behaviors.  So what is a value that consumers place

13   on various attributes, as an example, the ENERGY

14   STAR logo, the presence or absence of it, or, you

15   know, certain automated features that might be in a

16   clothes washing machine.  So what is a value to

17   place on that and how does that value drive the

18   purchase that they make.

19         Q      But as I understand conjoint surveys

20   generally, often time they try to mimic how a

21   consumer would make a purchase decision, correct, by

22   showing different options and saying, well, which

23   option do you prefer?  Is that correct?

24         A      Well, there are different types of

25   conjoint methodologies.  One such methodology you

1    may show, with a limited set of attributes, how you

2    might compare, you know, one product versus another,

3    but you can only take a few attributes.  Anything

4    more than five or six leads to what is often called

5    as information overload.  A consumer is reading far

6    too many attributes and they go, I don't know, and

7    it generates other -- it generates a lot of issues.

8              Now, in this particular instance when

9    you look at washing machines, there are a lot of

10   attributes.  There's about 19 attributes.  So as

11   compared to using a choice-based conjoint or some of

12   the technique, you know, with my experience and

13   expertise in this field, I chose ASEMAP as being the

14   right methodology to use in order to understand the

15   same thing in terms of how consumers value one

16   attribute as it pertains to driving their purchase

17   decisions.

18        Q     How many conjoint surveys have you done

19   in your career?

20        A     Well, Optimal Strategix Group as a firm

21   does more than a hundred a year.  So if you look at

22   about eight years of being in business, you can do

23   the math.  Prior to that, I've done a lot of

24   conjoint work as a professor and as someone working

25   directly with various cancer companies.  So for the

Page 87

1    life of my career so far there's a lot of conjoint

2    analysis work that I've done, and as an expert.  And

3    then one of my firm's chief research advisor is a

4    very -- a person who created conjoint, brought it to

5    marketing and used it very effectively over many

6    years, Professor Srinivasan.  And so his guidance

7    has always been there for a lot of our work in the

8    company.

9         Q     And what is Professor Srinivasan's role

10   in your firm?

11        A     Professor Srinivasan is a chief

12   research advisor.  And again, as a father and

13   founder of conjoint analysis has tremendous

14   influence in, you know, making sure that we use it

15   correctly and do it correctly and so on.

16        Q     So is he paid in this position?

17        A     As a chief research advisor, you know,

18   I can't get into all the details --

19        Q     Sure.

20        A     -- but yes, he is a paid person of the

21   company, yes.

22        Q     And what is a chief research advisor?

23   What does he do?

24        A     As a chief research advisor, he's

25   constantly bringing, you know, very well validated

Page 88

1    new tools and methodologies that are appropriate for

2    us to use in solving different problems so that

3    they're on the commercial side, or in this case, on

4    the litigation side, and advises us on the, you

5    know, -- my firm is almost 100 employees that we

6    employee.  And he provides a lot of guidance, a lot

7    of training, coaching.

8         Q      Have you, you personally, ever

9    conducted a conjoint analysis for a good that has

10   been sold in the past, but that's no longer on the

11   market?

12        A      Yes, I've done that.

13        Q      And what was the purpose in those

14   cases, or one case?

15        A      Can you go back to the previous

16   question you asked?  I want to make sure I qualify

17   my answer correctly.

18        Q      Have you ever conducted a conjoint

19   analysis for a good that has sold in the past, but

20   is no longer available in the marketplace?

21        A      So the answer is still the same.  Yes.

22        Q      How many times?

23        A      You know, I can't remember exactly how

24   many times, but I'll -- you know, it's been done for

25   products like lawnmowers that some of the models are

1    no longer there.  It's done for litigation purposes

2    as well, various kinds of patent infringement cases

3    where some of those patents are no longer, you know,

4    available in the products.  So I've done it for a

5    number of instances.  I just don't have an exact

6    count for you.

7          Q      In the non-litigation context, what was

8    generally the purpose of conducting the survey?

9          A      At the time it was used to understand,

10   for example, you know, what's the value of certain

11   features and what's the price premium.  That would

12   be one example.  It was looking at -- by

13   understanding that price premium, the manufacturer

14   was looking to essentially say should we add other

15   features, should we remove certain features, so

16   specific business questions being answered by

17   looking at -- you know, backward looking into those

18   products and saying what's -- what -- how much is a

19   particular feature contributing to the overall value

20   and what should we do, as it pertains to keeping it

21   on the market.

22         Q      Were any of these studies aimed at

23   predicting what the price should be charged in the

24   future?

25         A      As it pertains to looking at existing

Page 90

1   features of past products, no.  As it pertains to

2   looking at, you know, at designing other new

3   products in the future, yes.  But in the context of,

4   you know, of doing price premium analysis was really

5   looking at past products.

6        Q      And have you ever conducted a conjoint

7   study to identify the price premium associated with

8   the consumer product in the non-litigation context?

9        A      Can you repeat that question for a

10  second?

11       Q      Speaking of the non-litigation context,

12  have you ever conducted a conjoint study to identify

13  the price premium associated with the consumer

14  product, such as a washing machine or --

15       A      Yes.

16       Q      How many times have you done that?

17       A      I can't give you an exact number.  I'd

18  have to go sit through the firm's records to kind of

19  start to count some of that stuff.  I am sorry.  But

20  one example that sticks in my mind is an example of

21  lawnmowers and, you know, very established products,

22  and the question really came down to certain

23  features, should we take them out, keep them and

24  what is the price premium we're getting on those.

25  So it's a historical kind of look at those products.

1      Q      Have you ever done a price premium

2   study for a home appliance, like a washing machine,

3   refrigerator?

4      A      No, I can't recall, but that doesn't

5   mean that we haven't.

6      Q      But you personally.

7      A      I personally may not have been

8   involved, if my memories might have struck me now

9   and then.

10      Q      Have you ever before conducted a

11   conjoint analysis to identify the price premium of

12   the ENERGY STAR logo?

13      A      You know, I can't recall, but I'm going

14   to answer that as a no.  I'm just trying to scratch

15   my head and think through whether that was one of

16   the features used in some of the other energy

17   efficient -- energy products that I used.  I mean,

18   there are other kinds of logos like the ENERGY STAR

19   logo, you know, the UL classification and so on that

20   some of the electronic products have.  But

21   specifically related to ENERGY STAR logo I cannot

22   remember.

23      Q      But you personally have done conjoint

24   studies for other types of logos; is that what

25   you're saying?

Page 92

1      A      Yeah, I've done it for other types of

2   logos.  Again, I can't remember the exact specifics

3   on them, but there would be mostly for commercial

4   purposes, not for litigation purposes.

5      Q      So what would the purpose generally be

6   for doing that kind of conjoint study?

7      A      It would be partly to understand price

8   premium.  I'm trying to think now.  There was some

9   work I had done with -- in the gaming industry and

10  there are certain things that go in on those

11  products.  I can't get into all the details.  These

12  are all confidential things.  But they would have

13  been such classificatory logos like the UL and so on

14  included in some of those.

15     Q      So you were trying to determine a price

16  premium associated with the logo?

17     A      With the presence or absence of those

18  logos, yeah.

19     Q      And were these in the litigation

20  context or commercial context?

21     A      Most of those would be in the

22  commercial context and, obviously, I've used

23  conjoint in litigation purposes.  I most recently

24  did it in similar kinds of claims.  It wasn't a

25  logo, but a similar kind of a claim.  And then I

Page 93

 1    used conjoint very extensively in patent

 2    litigations.  But on the commercial side, yes, some

 3    of these logos and classification marks, or

 4    trademarks, whatever you want to call them, have

 5    been tested.

 6         Q    What's your breakdown of commercial,

 7    non-litigation versus litigation work?

 8         A    Again, hard to give you an exact

 9    number.

10         Q    Estimates are fine.

11         A    But I would say probably somewhere

12    around 10 percent of our work tends to be, from a

13    dollar revenue perspective, tends to be litigation

14    work.  Much of our work is commercial related.

15         Q    So that when you say "our," you're

16    talking about your firm as a whole as opposed to you

17    specifically?

18         A    Yes.  You know, as a firm as a whole

19    I'm part of the firm.  I'm the Chief Executive

20    Officer of the firm.  Most of the litigation cases I

21    handle myself.  I also do a lot of other commercial

22    cases as well.

23         Q    Have you ever conducted a conjoint

24    survey for a retailer or a manufacturer?

25         A    Yes.

Page 94

1        Q        Which one, retailer or manufacturer, or

2    both?

3        A        Both.

4        Q        Have you done so to predict what price

5    your client would charge if they added a new

6    feature?

7        A        Yes.

8        Q        How about taking away a feature?

9        A        Yes.

10        Q        So when you perform these kind of

11    analyses how are the supply-side factors affecting

12    the price accounted for?

13                  MR. MARCHESE:  Objection, lacks

14        foundation.  Objection to form.

15                  THE WITNESS:  Can you help me clarify

16        the question a little bit more?

17    BY MS. McLAUGHLIN:

18        Q        Sure.  You said you've performed

19    conjoint surveys where you predict what price your

20    client should charge if they add a feature or take

21    away a feature.  And when you do these, how do you

22    take into account supply-side factors?

23        A        Very similar to what we did in this

24    case.  We would look at, you know, retail sales

25    data, for example, understand what prices are being

Page 95

1  charged for the different models, and then, you

2  know, bake all of that information into designing

3  the conjoint survey in the correct way.  And through

4  that process being able to understand what would

5  happen, you know, looking backwards to their sales

6  as they try to understand the presence or absence of

7  a feature and the price premium around it, what does

8  that all mean?  What does that all reflect?  So

9  those factors are taken into account as we look at

10  the data, the sales data and the price data, in

11  order to come up with the designs.

12      Q    Have your clients ever chosen to price

13  a product with a new feature higher or lower than

14  what you -- your survey indicated they should?

15              MR. MARCHESE:  Objection, lacks

16        foundation.

17              THE WITNESS:  So I can't give you a

18        single answer to that.  It varies by cases.

19        It also varies by what, you know, our

20        recommendations is; and our recommendation,

21        you know, for example, for a manufacturer is

22        based on customer or consumer reaction.  So

23        it's really more at the retail price level.

24        They may have chosen to take that information

25        and add an appropriate distributor markup.

1          And that would actually reflect your point, an

2          increase beyond what we had asked them to do.

3          Right.  So that's how they end up doing the

4          actual field execution of our recommendation.

5                So most of our clients, I'd say almost

6          all of our clients take our recommendations

7          very, very seriously.  They do implement and

8          execute on these recommendations.  They first

9          actually make a great attempt to understand

10         our recommendations and then go into executing

11         those recommendations.

12               I can give you, you know, several

13         examples where our clients have, for example,

14         seen the value of certain features and chosen

15         to raise the prices based on our

16         recommendations and seen their sales or

17         shares, you know, do what they expected it to

18         do.  In the same way, they have taken features

19         out based on the fact that, you know, the

20         price needed to be adjusted as well.  So

21         fundamentally looking at that backward data,

22         looking at what conjoint does, we have been --

23         we have influenced a lot of decisions.  I

24         can't tell you any one specific case study;

25         that's all confidential information that I

1          wouldn't be able to share with you.  But our

2          recommendations are taken extremely seriously

3          by our clients, and I have also used this

4          method and testified, Professor Srinivasan has

5          testified in several cases using ASEMAP and

6          the, you know, Plaintiffs have won appropriate

7          awards because of the work that we have done.

8    BY MS. McLAUGHLIN:

9          Q      Going back to situations where the

10   manufacturer takes what you've given them and then

11   adjusts it, and decides to price it higher than you

12   recommend, or lower, what are some of the factors

13   that they look at in deciding how to change, how to

14   implement your information?

15               MR. MARCHESE:  Objection, lacks

16         foundation.

17               THE WITNESS:  Can you clarify that for

18         me a little bit more what exactly you are

19         looking for --

20   BY MS. McLAUGHLIN:

21         Q      Sure.

22         A      -- because it's got multiple parts of

23   that question.  I'm a little worried that I don't

24   know what part I'm answering to your question.

25         Q      You said that there are circumstances

Page 98

1    where a client of yours considers your information

2    very seriously and then prices it a little higher

3    than you suggested or does something -- doesn't

4    price exactly as you suggest.  And what is the

5    reasoning, what other factors go into that

6    manufacturer's decision on where to price?

7              MR. MARCHESE:  Objection, lacks

8         foundation.

9              THE WITNESS:  So there's multiple

10        factors that go into it and they may decide

11        what those factors are.  Obviously, one

12        example, which I just shared with you, they

13        may choose to mark it up because, you know, we

14        tested prices that customers or consumers pay,

15        and those are reflective of retail prices and

16        they have to look at it and say, well, what

17        does that mean for compensations and

18        commissions that we have to give to a direct

19        sales force or to other channel members.

20             So the answer to that question would be

21        just it depends on the individual circumstance

22        and what they have to do and how they have to

23        look at it.  There may be other

24        considerations.  But they, in all instances,

25        take our recommendations and then look at the

Page 99

1       application to that recommendation to final

2       decisions again.

3  BY MS. McLAUGHLIN:

4       Q      You said there are multiple factors.

5  What are the factors that you've seen the

6  manufacturers or your other clients take into

7  account in deciding price?

8              MR. MARCHESE:  Objection, lacks

9       foundation.

10             THE WITNESS:  You know, I just

11      answered.  That one example would be looking

12      at the commissions that are to be given to

13      salespeople, looking at the margins that have

14      to be applied, you know, looking at it if it's

15      a feature that they plan to add, and this may

16      be a totally different context and I want to

17      be careful about what I'm saying here.  You

18      know, they may have had to take other kinds of

19      considerations into place.  And they may be

20      internal considerations like, do they have the

21      capabilities to add on a particular feature.

22      So it may not be something like a logo, but it

23      may be certain other engineering capabilities

24      and what does that do to the product in

25      totality.  And I think those are internal

Page 100

1          considerations that they would use.

2     BY MS. McLAUGHLIN:

3          Q      So you mentioned commissions and

4     decisions that they might want to mark it up above

5     what you've recommended.  What are some other

6     factors that you've seen?

7          A      I think I just answered the question.

8     I feel a little lost here when you ask me this

9     question?  Is there something I'm not answering?  I

10    just answered.  I said, you know, there may be some

11    technical things that they have to look at.  Right.

12         Q      You said you gave me one example and

13    you thought that was enough, but there are many

14    factors, and I'm just wanting to know what are all

15    of the factors that you have seen in your career

16    that go into a manufacturer's decision to take your

17    survey and change the price ultimately that they

18    use?

19         A      Technical considerations would be one.

20    So if there is true value in a particular feature,

21    but -- and we suggest that there's a certain price

22    premium that they can charge for it, it's possible

23    that in order to improve the customer's experience

24    they may have to, you know, change the technical

25    specifications of the product.  That would be

Page 101

1  another example.  But the whole context has to be
2  looked at, you know, on a case-by-case basis.  It's
3  not a blanket answer for all of the different
4  reasons.  But, you know, that's a few of them that
5  you can look at.
6      Q     Has a client ever taken your
7  recommendation and gone with a price premium lower
8  than what you recommended?
9             MR. MARCHESE:  Objection to form.
10            THE WITNESS:  You know, it's a very
11      broad question you're asking.
12  BY MS. McLAUGHLIN:
13      Q     Let me restate it.
14      A     I don't have an answer to it in that
15  broad a fashion.
16      Q     You said that your clients will take
17  your -- the information you've provided on -- I'm
18  assuming on how to price -- to do a new price if you
19  add a feature or subtract a feature, correct?
20      A     Yes.
21      Q     Have you ever had a client implement a
22  lower price than you suggested?
23      A     It depends on the situation, and
24  sitting out here today, I really can't think through
25  everyone of those cases and tell you here is a case

Page 102

1   where they did what you're suggesting they should

2   have done.  Right.

3        Q     So sitting here today you can't recall

4   any suggestions?

5        A     There's a lot of different pieces of

6   work we do.  Our recommendations that we give our

7   clients are very, very seriously taken.  It's very

8   fact based.  We've got a very powerful methodology

9   that we help use and it just -- the question you ask

10  is so broad that I just don't have an exact answer

11  for you for that.

12       Q     What is a science of survey sampling

13  about?

14             MR. MARCHESE:  Can you repeat that

15        question, please?  I just want to make sure I

16        heard it right.

17             (At which time the following question

18        was read back by the reporter:

19             "Question: What is a science of survey

20        sampling about?")

21             THE WITNESS:  Now, can you help me with

22        characterizing what kind of -- what are you

23        looking for in this answer a little better

24        because there's sampling techniques that are

25        used for doing surveys.

Page 103

1    BY MS. McLAUGHLIN:

2         Q     Is there a science to survey sampling?

3         A     There are techniques that are used in

4    sampling for surveys.  There's the statistical

5    approach, right.  Statistics is the science that

6    guides and defines the type of sampling methodology

7    that you need to use and the different context.

8    I've never heard of a science of survey sampling.

9    I've heard of, you know, the science of statistics

10   and its applicability to the sampling methodology

11   that you use for surveys.

12        Q     Are there people that refer to

13   themselves as sample statisticians?

14              MR. MARCHESE:  Objection, lacks

15        foundation.

16              THE WITNESS:  Well, you know, there are

17        people who do -- again, there's -- there's a

18        lot been written, you know -- I would say

19        there's a lot been written in terms of

20        sampling techniques and the probabilities and

21        statistics that one has to take into

22        consideration.  For example, you know, for a

23        random sampling versus a convenience sampling,

24        for a random sampling versus a sampling that

25        might be done at a mall.  So clearly, you

Page 104

1           know, there are publications in peer reviewed

2           journals that talk about sampling techniques.

3           But there isn't a field like the science of

4           survey sampling, at least not to the best of

5           my knowledge.  And the science of statistics

6           allows us and guides us, and those guiding

7           principles are very much the approaches that

8           we have taken here in designing the right

9           sample for completing the survey.  Right.  And

10          the randomness of the people participating in

11          the surveys, et cetera, is well-handled as a

12          survey sampling technique, as a method in

13          guiding us in doing all the statistics that we

14          need to do.

15   BY MS. McLAUGHLIN:

16          Q      What is a random sample?

17          A      So, a random sample is -- essentially

18   suggests that if you take a sampling frame, meaning

19   if you take, you know, obviously the population of

20   the class in the seven states that we're talking

21   about, right, it would be the population and then

22   you would go to a sampling frame which would allow

23   you to randomly identify a broader list of people

24   that you might source to complete -- to select from

25   that to complete from the surveys.

1          Now, random sampling essentially says

2     that every respondent there has an equal chance of

3     being selected.  And that's a theoretical

4     definition.  And the way that is actually executed

5     in any survey is to start with a sampling frame or a

6     sampling list, and then to go out and survey those

7     respondents to randomly send -- in this case who did

8     online surveys, and online surveys were sent to that

9     list, which is random.  I have no knowledge of who

10    people are.  I didn't go in there and say, well,

11    Allison lives in -- Counsel Allison here lives in

12    the state of California, I want to have her

13    participate in the survey.  So there wasn't a

14    specific deliberation like that to identify any

15    specific individual.  It's a randomly generated

16    target, you know, e-mail sent out, invitation sent

17    out for people to participate in the conjoint survey

18    -- the online survey.

19         Q    So is a random sample where you just

20    don't know who is going to participate?  You're not

21    deliberately selecting people to participate, is

22    that essentially what you mean by a random sample?

23         A    Yeah, and from the science of

24    statistics you would say that everyone has an equal

25    chance of being selected out of that sampling frame.

Page 106

1        Q      And do statisticians prefer you to use

2    a random sample?

3        A      As in this case, yes.  We've used a

4    random sample.

5        Q      I'm not asking if you did it in this

6    case.  I'm saying do statisticians prefer the use of

7    random samples?

8        A      Well, you know, statisticians would say

9    that you ought to have a random sample, and that the

10   statistics of all probability distributions are used

11   when you have a random sample.  So in this

12   particular case, we have a random sample that came

13   from an online panelist called Instantly, a very

14   large panel.  That's the sampling frame that we

15   used, and everyone in the class had an equal chance,

16   in the seven states, had an equal chance of being

17   selected to participate in the survey.

18       Q      Is it possible to -- if a statistician

19   wants to conduct a standard error to compute the

20   reliability of a statistics, does this require the

21   sample be a random sample?

22       A      Well, there are certain statistics that

23   you report.  So, for example, a margin of error

24   around an estimate based on the assumption that the

25   sample that you have is a random sample.  And again,

1    in this case, if you look at my exhibits, which I

2    don't have in front of me, but if you look at the

3    exhibits, the random sampling errors are designed on

4    the assumptions that this is a random sample that

5    has been used.

6         Q      Do you need a random sample to use a

7    confidence interval or a standard error?

8         A      A random sample is required for certain

9    types of confidence intervals that are, in the world

10   of statistics, referred to as parametric statistical

11   distributions.  But you can also create confidence

12   intervals from samples that are not random, using

13   other techniques, other -- what are referred to

14   commonly as non-parametric statistical techniques.

15   So the answer to your question would be that it

16   really depends on what path someone wants to take in

17   terms of designing these confidence intervals.

18        Q      What's a convenience sample?

19        A      Boy, I feel like you're testing my

20   knowledge of statistics and everything.  A

21   convenience sample is just as the word says, a

22   convenience sample.  If I go out and decide to stand

23   outside the Starbucks restaurant downstairs and I

24   intercept people coming into the Starbucks store,

25   it's my convenience of just standing outside a store

1    like that and asking people to participate in a

2    survey.  That's considered a convenience sample.

3         Q     How is your sample a random sample?

4         A     My sample is a random sample because we

5    use an online panel, such as Instantly, which has a

6    very large number in a -- more than 4 million people

7    identified in that particular list nationwide.  And

8    when we invited them to participate in the survey,

9    it was not convenience.  I did not stand outside the

10   Starbucks store.  It was -- everyone had the equal

11   chance of participating in the survey.  They were

12   invited.  The questions about demographics were

13   asked in a manner that would allow us to look back

14   and say was this sample representative of the U.S.

15   census, and then obviously we screened them out for

16   having to be class members as well as having to have

17   had certain other criteria, such as, they are 18

18   years and older and a few other criteria that we

19   had.  Again, if you give me the exhibits, I can tell

20   you what those criteria are.  So our sample is a

21   random sample.  Our sample is going to that huge

22   list.  I know no one personally on that list.  I'm

23   sure there are friends and family on that list, but

24   I don't know if they're there or not there.  So it's

25   not convenience.  It's not deliberate.  Everybody

Page 109

1    had an equal chance of participating in the survey.

2    they were randomly selected.  They were sent an

3    invitation to participate in the survey and they

4    completed parts of the survey.  So it is a random

5    sample.

6          Q     You mentioned that you screened for

7    class members; is that right?

8          A     If you give me the exhibits, I will

9    point to the fact a question asked them about what

10   state they belonged to.

11              (Exhibit 4 (Quantitative Screener &

12         Questionnaire), 22 - 28, was marked RS-2 for

13         identification.)

14   BY MS. McLAUGHLIN:

15         Q     The court reporter has handed you what

16   has been marked as Exhibit SR-2.  What is that

17   document?

18              COURT REPORTER:  RS.

19              MS. McLAUGHLIN:  RS.  Thank you.

20              THE WITNESS:  So this is the

21         quantitative screener and questionnaire, the

22         online survey, the conjoint survey.

23   BY MS. McLAUGHLIN:

24         Q     So this is the document that you need

25   to be able to show me how you screen for class

Page 110

1    members?

2         A     Yeah.  This is the document where, as

3    you can see, you know, the -- page 26, question SQ

4    08 asks if you're a primary decision-maker and

5    purchaser of appliances of household items.  If you

6    are not a decision-maker, you're screened out.  It

7    asks the next question about -- you indicated that

8    your household has a clothes washing machine.  When

9    was it purchased?  So we want to make sure that we

10   had people who have purchased a clothes washing

11   machine.

12              And then if you look at SQ 11, we ask

13   them about their state in which they live.

14        Q     What did you do with -- did you exclude

15   anyone based on the answer to the state they live?

16   I do not see it in your report.  When you say you

17   screened for class members, I'm trying to understand

18   how you screened for class members.

19        A     So we looked at people who bought

20   washing machines, we looked at the states that they

21   were part of, and we included -- we included people

22   that were there in the seven states that I've

23   indicated.

24        Q     Did you exclude anyone on a basis of

25   what state they lived in?

Page 111

1    A     Give me one second, please.

2    Q     Take all the time you need.

3    A     I believe we did -- I can't see the

4  exact wording here in the survey, but the

5  instructions -- we definitely chose not to exclude

6  any of the class members.  So we did make sure we

7  included those.  But I will need to verify that.

8  I'm not sure from the top of my mind here.

9    Q     Why would you have made a decision to

10 exclude class members?

11          MR. MARCHESE:  Objection.

12 BY MS. McLAUGHLIN:

13   Q     If you did, why in devising a survey

14 would you choose to exclude class members?

15   A     No, I said we made sure that we did not

16 exclude any class members.

17   Q     Okay.

18   A     That was the comment I made.

19   Q     But is it correct that your sample

20 population did not require them to be a class

21 member?

22   A     You know, I'm going to say this again,

23 which I'm 100 positive that we did not exclude any

24 class members.  I will need to, you know, just go

25 back to -- I'm pretty positive that we were -- we

Page 112

1    did not exclude any other class members.  I need to

2    look at the exact criteria and get back to you on

3    that.

4         Q     Is it your understanding that some

5    percentage of the people in your sample were not

6    class members?

7         A     I don't believe so, but I need to

8    verify -- I have to verify the answer to that

9    question.

10        Q     So as you're sitting here today, you do

11   not know whether your sample was 100 percent class

12   members or some class members and some non class

13   members?

14        A     Again, we did not exclude any of the

15   class members.  That I'm absolutely positive for --

16   about.  I'm just -- my memory is getting a little

17   fuzzy right now.

18        Q     Sure.  Do you know if there were any

19   class members in your sample?  Do you know if any of

20   the respondents to your survey were, in fact, class

21   members?

22        A     I'm positive we did not exclude any

23   class members.

24        Q     And I understand that.

25        A     Yeah.

1      Q      But do you know -- do you know, sitting

2  here, if there were any class members who took your

3  survey?

4      A      I'm positive there were members --

5  class members who took the survey.

6      Q      Now, is it important that your sample

7  be representative of the proposed class in this

8  case?

9      A      The only way to determine

10  representativeness is to go to a universal truth,

11  which would be the U.S. census.  So the way we

12  looked at it is, invitations went, and the

13  demographic questions that are asked of the screener

14  are designed so that we have an understanding for

15  whether the invitations went to the representation

16  of the U.S. census.  If that is the case, we did --

17  sometimes you do get a little bit imbalance in that

18  representation and you correct it through a process

19  called rating.  And we've done that in the context

20  of the analysis section.

21      Q      So to make sure I'm understanding

22  properly.  You only -- let me start again.  In

23  determining if your sample is representative, you're

24  only looking if it's representative of the U.S.

25  census; is that correct?

Page 114

1          MR. MARCHESE:  Objection.

2          THE WITNESS:  I'm looking at, it is the

3     invitations that went to the U.S. census and

4     the people that have completed the

5     demographics questions, right, is

6     representative of the U.S. census.  Now, post

7     that, if that is representative, then the rest

8     of the questions which deal with, you know,

9     having purchased a clothes washing machine, et

10    cetera, are now going to be reflective of a

11    smaller subset and is completely

12    representative because the incoming selection,

13    the incoming or the outgoing e-mails through

14    to participants was representative of the U.S.

15    census, and the U.S. census is the only data

16    to which I can compare.  As far as the other,

17    you know, individual state census or an

18    understanding for what is representativeness

19    for the specific class, that's going to be

20    much more harder to do.

21  BY MS. McLAUGHLIN:

22    Q     Did you do any research into the people

23  who comprise the class in terms of demographics?

24    A     I didn't think it was necessary for us

25  to do that because, as I said, the invitations

Page 115

1    before the screenouts, the screenouts being those

2    that actually completed the survey, the invitations

3    went out to those who are representative of the U.S.

4    census, which is the gold standard that I can

5    compare against to say yes, you know, this is a

6    representative recruitment that I've done, and so

7    there's really no need for me to understand the

8    representation of the class or other areas.

9         Q    So it doesn't matter what the

10   demographic makeup of the class was as long as your

11   sample goes to the census; is that what you're

12   saying?

13        A    Yeah, because I haven't excluded

14   anyone.  The sample is large enough.  I haven't

15   excluded anyone from the class.  The invitations

16   were sent out and then the representation of the

17   people that participated in the survey can be

18   automatically looked at, because as far as the

19   representation of the invitations that went out, I

20   know that it is -- it reflects the U.S. census, and

21   the U.S. census data is the gold standard against

22   which I can compare.  Anything else is going to be

23   not comparable to say yes, there's representation or

24   otherwise.

25        Q    Do you know if the general population,

1    as reflected in the U.S. census, is the same as

2    people in the class?  Do you know if their

3    demographics are different?

4         A     Again, you know, as I said a little

5    while ago, which is that -- the invitations to the

6    survey as surveys have gone to a representation of

7    the U.S. population, U.S. census, right.  And that's

8    something that we've shown.  So we've not excluded

9    anyone from the class.  Now, as it pertains to those

10   who actually completed the conjoint survey, these

11   individuals have met the criteria.  So the only

12   representation that I can compare it to is to who

13   did the invitations go, and when they completed the

14   demographics part of the survey do those

15   demographics match the U.S. census because that's

16   where the representation can be proven.  Anywhere

17   else I won't be able to prove true representation.

18   The true representation is proven at that U.S.

19   census level, and post that everything else is now

20   representative of the specific, you know,

21   parameters, a class, or whatever the case might be.

22   They are represented because the U.S. census level

23   has been represented.

24        Q     What were the parameters you used after

25   the census portion to determine if someone was

Page 117

1    representative of the class?

2         A      We look at other whether they are

3    decision-makers to buy appliances.  We looked at the

4    other screening question I read in terms of whether

5    they had made a decision to purchase a clothes

6    washing machine, and then lastly, the exact states.

7    So, again, we did not exclude anyone that was in the

8    class, and clearly, you know, the data would show

9    you that members of the class were part of the

10   survey.

11        Q      Now, going back to the states issue.

12   Sitting here today, you do not recall if you only

13   included the people from those seven states or if

14   you allowed anyone in any of the 50 states to

15   participate?

16            MR. MARCHESE:  Objection to form.

17            THE WITNESS:  I don't remember that.

18        But as I said to you, I don't think we

19        excluded anyone that was part of the class.

20   BY MS. McLAUGHLIN:

21        Q      Right.  I understand that.  But did you

22   exclude anyone from the 43 other states so that you

23   were only surveying people from the states at issue

24   here?

25        A      I just need to refresh my memory on

Page 118

1    that one.  I can't remember it right now.

2         Q      Well, feel free to take as much time as

3    you need to refresh your recollection.

4         A      No, I can't remember it.  I'll have to

5    come back to you on that.

6         Q      Well, if you notice, several times in

7    this Exhibit No. 2, for example, if you look at SQ

8    07 on page 26, and at the bottom of that section it

9    says, think and terminate if SQ 07 does not equal 4.

10               What does that mean?

11        A      So again, there's clearly in the

12   printing of this, there's a typo.  You're on SQ 07.

13   The numbering should have started one on television,

14   two for laptops, three for microwave ovens and so

15   on.  Four would be clothes washing machines.  So if

16   the answer to the question, Which of the following

17   appliances or household items or gadgets do you have

18   if your household; if that did not include the

19   clothes washing machine, we would not include that

20   person in the survey.

21        Q      So, and if you look at the next

22   question, SQ 08, under who is the primary

23   decision-maker, it says in -- after someone else

24   chooses and purchases the appliances, household

25   items, gadgets from my household; in brackets it

Page 119

1   says think and terminate.  Does that mean that if

2   someone gave that answer they would then be

3   terminated from the survey?

4        A      That's correct.

5        Q      So then if you turn to page 27, SQ 11,

6   it does not have a, in brackets, think and terminate

7   indication, does it?

8        A      So it doesn't, but just like the

9   numberings are off there, I'm just not sure if that

10  instruction was in the survey, and my memory doesn't

11  serve me right in terms of just how we did that.  So

12  that's why I'll need to -- I'll need a little bit

13  more time to think through this.

14       Q      Sure.  But your memory is that you did

15  exclude people from the other 43 states?

16       A      I believe we did, but I do need to

17  confirm.

18       Q      Why would you exclude people from the

19  other 43 states?

20       A      Well, as I said, we don't want to

21  exclude anyone that was not part of the class.

22  Right.  So that would be a reason for doing that.

23              Can we take a break or do you want to

24  finish this?

25       Q      Yeah, we can take a break.

Page 120

1          VIDEO OPERATOR:  Off the record,

2      12:20 p.m.

3          (Brief recess.)

4          VIDEO OPERATOR:  Going back on the

5      record, 1:29 p.m.  And this is the beginning

6      of disc 4 in the deposition of Dr. Sukumar.

7  BY MS. McLAUGHLIN:

8      Q     Dr. Sukumar, do you understand that

9  you're still under oath?

10     A     Yes, I do.

11     Q     Before lunch we were discussing how you

12 used the panel company called Instantly; is that

13 correct?

14     A     Yes.

15     Q     And what is a panel company?

16     A     So, you know, we had talked about

17 sampling.  And in order to sample a set of

18 respondents for an online -- to complete an online

19 survey you need a sampling frame.  A sampling frame

20 would be a list of people that are representative of

21 the U.S. census, and so what Instantly has is a very

22 large, about 4 million-plus number of individuals in

23 the U.S. that are part of their database, a list.

24 So a panel company is someone who has a list, but

25 also manages to ensure that this list has people

1   that are properly refreshed, properly managed, so

2   they don't get too many surveys in a month, that

3   they're engaged in -- you know, in -- and when we

4   asked them to make a sample representative of the

5   U.S. census they're able to send an outflow

6   reflective of what the U.S. census looks like.

7        Q      What does Instantly do to ensure that

8   their panel is representative of any population, or

9   of the U.S. census?

10       A      So they -- you know, again, if you look

11  on the rep side they speak about a lot -- the

12  different things they do.  The key thing is

13  obviously to make sure that panelists don't have

14  fatigue by getting too many surveys, that -- you

15  know, and besides what they do, we also have, as you

16  understand in the screening criteria, made sure that

17  we screen out people who have taken a survey most

18  recently because we don't want to have them take a

19  similar product category again.  So they do a lot of

20  things to manage the panel to make sure that it is

21  used right and the participants are engaged

22  correctly.

23       Q      And besides ensuring that they don't

24  take too many surveys, what does Instantly do to

25  make sure that the panelists are, I think you said

Page 122

1    the word "refreshed"?

2         A     I don't remember the exact specifics,

3    but if you went onto their website they actually

4    talk about a lot of the things that they do just

5    to -- you know, making sure that households are

6    properly represented, they're balanced.  And they

7    may track other data or metrics as well.  But

8    they're very, very reputable sample model.  We use

9    them extensively; fairly large panel.  In the

10   industry itself, in the market industry, they're

11   regarded very highly as a panel company that

12   provides very high superior quality data.

13        Q     Is there a universe of participants

14   representative of the larger public?

15        A     Can you rephrase that question to help

16   me out there?

17        Q     Sure.  The universe of Instantly's, I

18   don't know what the -- let's back up.  What does

19   Instantly call its group of people that it may give

20   surveys to?  Is there a term?

21        A     I don't know if they use a specific

22   term, but I would call them a panelist.

23        Q     Panelist.  Thank you.

24              So is the universe of Instantly's

25   panelists representative of the larger public?

Page 123

1      A      Absolutely.  I mean, with online

2   presence today, they have a very high, you know,

3   representation, you know, penetration of the access

4   to Internet.  Their panel is very representative of

5   the population.

6      Q      And how do they -- how do people get

7   involved with Instantly?

8      A      I don't recall the exact process that

9   they follow, but they do follow a process to recruit

10  people to participate.  And as I said, they also

11  engage them by giving them points and incentives,

12  which is a very common practice in the market

13  research survey industry in order to ensure a very

14  high quality of surveys being obtained.  And, you

15  know, they ensure various ways that their panelists

16  are not double counted.  They ensure, you know,

17  specific methods to mitigate any kind of fraud in

18  survey taking or robotics survey taking.  And we put

19  in some other procedures on our data end as well to

20  make sure that the quality of the data that is

21  coming through is very, very high.  Again, they're

22  rated in the industry standards as being a very high

23  quality sample provider.

24      Q      Are the panelists for Instantly, do

25  they proactively sign up in advance with the

Page 124

1    company?  How does someone become a member of

2    Instantly?

3         A      You know, I believe that they have

4    certain approaches to inviting people to participate

5    in surveys, and they do it through -- I'm going to

6    broadly define as a multi-mode approach.  I can't

7    give you the exact specifics of that.  I'm not

8    familiar with all the specifics, but, as I said, the

9    quality of the panel that they provide is very high.

10   They're rated very highly in the industry.  If you

11   look at the website, they talk specifically about

12   how they recruit these participants and how they

13   engage them so that they do -- so they do have some

14   criteria about how many surveys these people can

15   take in a year and what kind of points they can

16   expect to win and other kinds of security things

17   that they do.

18        Q      Does someone need to have access to the

19   Internet to be part of Instantly's surveys?

20        A      With the very high penetration of the

21   Internet, you can do it on the Internet.  You can

22   also do it on mobile devices.  You can do it on your

23   smartphones and your iPads and so on.  So it's easy

24   to do those.

25        Q      But you do need access to the Internet,

1    whether it's on your computer or on your iPhone or

2    other mobile device?

3           A     Yes, you do, because again the surveys

4    are done online.  Also, the conjoint survey that we

5    have in this particular piece of work needs that

6    online access.  The penetration of access to

7    Internet is very high.  You know, I want to say

8    almost 98 percent of individuals or households have

9    some access to the Internet in the United States.

10   And so the quality of the panelists that they have

11   is very good.  The quality of the sample that we get

12   is also very high.

13          Q     Now, you mentioned before, you said

14   Instantly gives points or incentives and this

15   ensures quality of the respondents.  How does giving

16   points and incentives ensure that there's quality in

17   the panelists?

18          A     So let me make sure I didn't say it

19   incorrectly in the last sentence.  So it ensures

20   engagement of participation of respondents.  And

21   obviously, if you have people who engage in

22   participating because they're getting certain value

23   for the time that they're spending.  I mean,

24   everybody wants to be compensated or incentivized.

25   When they participate or give their time to give

1    their opinions, they want to be provided some kind

2    of an incentive.  That incentive ensures engagement.

3    That incentive ensures that people -- and it's not a

4    huge incentive.  It's just a small incentive of

5    points that allows them to stay engaged with

6    completing the survey and participating in the

7    survey.

8          Q      But how does getting some sort of

9    incentive ensure that they act -- I mean, I

10   understand that it ensures that they will go through

11   the exercise, but how does it ensure that they are

12   actively trying to give correct answers and

13   really -- how does it ensure that they're involved

14   in the survey and giving right answers as opposed to

15   just clicking boxes, and yeah, sure, that looks good

16   and whatnot?

17         A      So this engagement that we want to talk

18   about at two levels.  For Instantly, the giving of

19   the points ensures that the respondents are staying

20   on their panel.  For the survey, from our point of

21   view, getting points ensures that people will commit

22   to the time that they said they would commit to take

23   the surveys, and therefore are engaged.

24                Now, there are other ways to ensure

25   that what you're getting is a very high reputable

Page 127

1    quality of data.  So, for example, I talk about some

2    of that in my report.  One aspect of it is just

3    looking at, you know, how much time people took to

4    complete the survey.  And we screen out if someone

5    took, you know, was a speedster.  And a speedster, I

6    forgot the exact definition, but anyone taking less

7    than seven minutes to complete a survey, we would

8    essentially say that let's put them out of the

9    analysis of the results.

10            Another aspect, a very strong aspect of

11   ASEMAP is that we have something called the adjusted

12   R spread.  And what that means is that as people

13   respond to certain parts of the ASEMAP survey and

14   then you look at how they make tradeoffs, if the two

15   are aligned, then the adjusted R spread calculation

16   would be higher than .2.  So if it's less than .2,

17   we would essentially rule them out because they've

18   been going through it hurriedly.  And so there are

19   other triggers like that to make sure that

20   respondents are giving us -- are engaged and are

21   giving us high quality data.

22        Q    So you mentioned the speedster issue.

23   Do you exclude people who take too long?  Say

24   someone takes 30, 40 minutes on a survey, so clearly

25   they're really not really engaged because it

1    shouldn't take that long to take a survey, would you

2    exclude those people?

3         A    So, if you think about when they're

4    doing the ASEMAP exercise, which is where they're

5    telling us what their preferences are, that part of

6    the survey we want them to take in a single setting.

7    We don't want them to drop off and come back,

8    because we want them to be engaged.  Now, the other

9    portions of the survey like someone is giving you

10   answers to demographics or a few other questions,

11   you know, it is what it is.  It's what people tell

12   you they are or what they do, and as a result there

13   is no -- you know, you can give them the opportunity

14   to break and come back in.  And so even though it

15   may be that the length of the survey that they take

16   time taking it is really long.  They may have taken

17   a break, they may have started the survey and then

18   decided to take a break and then come back in and

19   complete it.  And that's okay to do.  Because a lot

20   of those questions are factual questions so they

21   come back in and they get engaged in it again.

22        Q    Does ASEMAP have any sort of timeout or

23   does it kick you out if it takes too long for

24   someone to complete the ASEMAP portion of the

25   survey?

Page 129

1          A       So again, the quality of the data there

2     is very high, so we indicate to them right up front

3     that they should take it in a single setting.  And

4     then if they go through it and they are going

5     through it very rapidly, let's say they doing the

6     tradeoffs repeatedly the same way, then it will

7     throw them out.  There are other things, you know.

8     There is a timeout aspect of it as well.  So we do

9     want them to sit through the whole exercise in one

10    go, and we instruct them that as well clearly that

11    they should take the whole exercise in one sitting.

12         Q       So there is a timeout aspect to the

13    ASEMAP section?

14         A       Yes.

15         Q       Do you know what that is, how long?

16         A       I don't recall the exact amount.

17         Q       How did -- I think you said that the

18    speedster is defined as someone that takes less than

19    seven minutes; is that correct?

20         A       That's correct.

21         Q       And how do you determine what the time

22    is, the time threshold?

23         A       So, we look at the distribution of time

24    taken by respondents.  So on one hand we have our

25    other data cleaning rules that say if you are doing

Page 130

1    a survey at five or six minutes we want to clean you

2    out.  But we also look at across the whole sample of

3    people how long they take, what's the average,

4    what's the median; and typically an analysis like

5    that will tell us where to cut off the survey.

6         Q      So your report, on page 16, says that

7    of the invitees 2,778 people responded, which was

8    5.4 percent.  Is that right?

9         A      Yes.

10        Q      And who were the invitees?  Is it

11   anyone on Instantly's that has signed up for

12   Instantly or is there a segment of Instantly's

13   universe that got an invitation?

14        A      So let me explain what happens here.

15   You know, we had indicated to Instantly -- we had

16   given them instructions verbally that said we want

17   to go to the U.S. census, and they would send out a

18   large number of e-mails randomly.

19             So we talked about -- if you remember

20   earlier on, we talked about random sampling.  So

21   they would randomly send out e-mail invitations to a

22   large number of participants.  Now, of all of those

23   who were invited to participate, 2,778 clicked on

24   the link.  They may not have actually completed the

25   survey, but they clicked on the link.  And of those,

1    you can see right here that 176 were screened out

2    because they had participated in -- this is our own

3    quality check -- they had participated in a survey

4    during the last 90 days.  And then we had other

5    criteria and, you know, as I think about it and I'm

6    reading this, I don't believe that -- I believe we

7    went to the entire U.S., so we did not -- we did not

8    restrict the states.  We went to the entire U.S.

9    And as I think about it, one of the reasons we did

10   that is because the seven states we had -- you know,

11   we had a state in California, on the West Coast, we

12   had a Midwest state, we had southern states like

13   Texas and Florida, and then we had states in the

14   northeast.  So realistically, you know, the sample

15   is fairly representative, so we kept it to the

16   entire 50 states, as I think about it.

17            And now as my memory comes back, one of

18   the other things we saw is that with that

19   representation, the -- even the seven states is

20   fairly heavy represented in the sample that we have.

21   So clearly we did not exclude any of the class

22   members, and the sample in that sense is very

23   reflective of the class that we wanted to go

24   through.

25            Now, when you look at what happens

Page 132

1    there after the 176 that were dropped out, another

2    1,526 were screened out because they either did not

3    meet the age threshold or did not have a clothes

4    washing machine.  So if you think about the funnel

5    starting from the top, you're going to a random

6    sample across the U.S.  You're asking all these

7    demographic questions so that you can make sure that

8    the sample that clicked and completed that part of

9    the survey is truly representative of the U.S.

10   census.

11            Now, post that, I mean, given that you

12   met the first two criteria of representation and

13   randomness, the rest of the sample is now truly

14   reflective of the audience that we want to speak to.

15   So 1,526 were screened out due to these different

16   criteria and then additional 512 excluded because

17   they did not complete the survey.  They might have

18   clicked on it, may have even answered a question,

19   but did not go through the rest, and they were

20   screened out because of that.  So that really left

21   us with the 564 respondents that we started to work

22   with.  And then go down to the next level of

23   ensuring that we had respondents who had an adjusted

24   R spread of greater than .2 -- like what I talked

25   about -- and they were also not speedsters.  So the

1    criteria that we talked about.  So by doing that, we

2    lost about 34 respondents.  And the average time

3    taken by these 530 respondents was about 23 minutes,

4    so you can see, clearly see, they were engaged.

5              The ASEMAP exercise itself is very

6    engaging, and we heard this in the past in all the

7    other work that we've done.  Participants will say

8    that they were very, very engaged in the survey.

9    And so, you know, that's really what happened out

10   here.

11        Q    Okay, if we can get back.  I appreciate

12   your giving that very long explanation.  If we can

13   focus on just answering my questions, we can kind of

14   get out of here quicker.  I do appreciate you

15   explaining everything, but if we can kind of focus,

16   otherwise I think we're going to be here for quite a

17   while.

18             You say that 5.4 percent of people

19   initially responded before you did that funneling.

20   Is 5 percent -- do you consider this a low response

21   rate?

22        A    Well, if you think about response

23   rates, in the old days when we used to do surveys

24   that were door-to-door -- again, I'm sorry -- I'm

25   not going into a diatribe, but I want to make sure

Page 134

1    that you understand that response rates were

2    important early on because response rates reflect

3    representation.  Today, with online surveys and the

4    ability to send out e-mails to a large number of

5    individuals, the response rate is no longer of

6    any -- is not material.  What is really material is

7    that, did you get representation and were you able

8    to prove that representation to a universal truth,

9    which is U.S. census out here.  And the answer is

10   yes, we did get it.  So for me the 5.4 percent

11   response rate is common and very standard, and in

12   the many surveys they've done online it's very

13   common to see that kind of low response rate.

14        Q    What is response bias?

15        A    Well, response bias is when -- and

16   again, response bias is very valid and used when

17   door-to-door service were done and mail service were

18   done, when often people who got engaged and

19   completed a survey and sent it back by the mail

20   quickly were different than those who did not

21   respond, particularly because, again, representation

22   was very important with them.  So today when we talk

23   about response bias we are less concerned about it

24   because the representation is, you know, is clearly

25   being shown and exists in the data.

Page 135

1         Q     So if the response rate is very low,

2    isn't there a concern still for response bias?

3         A     I don't believe so.  And the reason

4    again for that is, there's no response bias.  We're

5    sending out a large number of e-mails.  The ability

6    to do e-mail invitations to people from a large

7    panel is easy to do, inexpensive from that point of

8    view because, you know, you're sending out a large

9    e-mail blast.  So there isn't -- the response bias

10   is more driven by how long the survey was kept open.

11   Now, if you decided to keep the survey open for two

12   months, you probably will see the response rate go

13   up.

14             So for us, the target sample of 500

15   plus was what we were looking to accomplish, and it

16   was accomplished.  So a big amount of people who did

17   not respond was because this survey was no longer

18   open and we had collected the data that we needed to

19   collect.  And when you look at it in that sense, a

20   response rate of 5.4 percent is very reasonable.

21   And if I look, you know, again, in my experience and

22   expertise, and I look across many online surveys,

23   the lower response rate does not indicate, you know,

24   a response bias of any kind.

25         Q     Now, you've mentioned several times,

Page 136

1    and your report goes into it about how you

2    re-weighted the sample so that it resembled the U.S.

3    census.  Why did you do that?

4         A      Again, that's very standard practice in

5    the industry.  You're never going to see the sample

6    of people who completed that demographics questions

7    to be exactly identical to the U.S. census.  It will

8    always be off by a little bit.  And in order to make

9    sure that you have representation, balancing and

10   weighting to ensure that the sample is balanced is a

11   very standard practice that is done.

12        Q      Are you aware that experts in survey

13   sampling have shown that re-weighting doesn't work?

14               MR. MARCHESE:  Objection, lacks

15          foundation.

16               THE WITNESS:  So I don't know the exact

17          details of what you're saying and what the

18          context is from, you know, there might have

19          been a different context in which they might

20          have been explaining that, but if you look at

21          the market research industry, and it's a very

22          common practice, and again, in my own

23          experience, expertise, I've used weighting to

24          ensure that the sample is balanced, as long as

25          your -- you have a gold standard, a frame of

1       reference, in this case U.S. census, to which

2       you are comparing the sample against and then

3       you're doing the weighting to reflect that

4       census.

5    BY MS. McLAUGHLIN:

6       Q      So are you aware of criticism that

7    re-weighting does not make an unrepresentative

8    sample more representative?

9              MR. MARCHESE:  Can you please read back

10       the question for me?

11             (At which time the following question

12       was read back by the reporter:

13             "Question:  So are you aware of

14       criticism that re-weighting does not make an

15       unrepresentative sample more representative?")

16             MR. MARCHESE:  Objection to form.

17             THE WITNESS:  So again, you know, there

18       are all schools of thought.  I mean, people

19       who -- and there's a lot of literature out

20       there.  I'm not sure exactly what literature

21       you're pointing out to.  And I don't accept

22       every piece of literature that is written.

23       There are things that are fair.  There are

24       certain things that are really not reflective

25       and the situations might have been different,

Page 138

1          the context in which they're talking about it
2          would be different.  But if you look at,
3          again, industry practice and expertise across
4          the entire market research industry that does
5          conjoints, or for that matter other
6          traditional surveys, you will see that
7          weighting is a very standard practice.
8   BY MS. McLAUGHLIN:
9          Q      Now, going back to your recollection now
10  that the survey did cover people in all 50 United
11  States, would you expect that the price premium for
12  consumers, for respondents in California may be
13  different than the price premium for respondents,
14  say, in Texas?
15         A      Well, when you're looking at price
16  premium you're looking at it as a aggregate measure.
17  So the aggregate across the lass and the fact that
18  we did not exclude anyone in the class, I would not
19  expect to see any differences.  I would essentially
20  say that we need to look at price premium as an
21  aggregate measure across all of the states that
22  you're talking about.
23         Q      Well, would you agree -- so California
24  is a drought-ridden state, right?  We know that
25  there's a drought in California.  Would you agree

Page 139

```
 1   with that?

 2               MR. MARCHESE:  Objection, lacks

 3         foundation.

 4               THE WITNESS:  Well, if that's an

 5         assumption you want me to make, I'll accept.

 6   BY MS. McLAUGHLIN:

 7         Q     Okay.  The ENERGY STAR logo has to do

 8   with energy and water efficiency, correct?

 9         A     That's correct.

10         Q     So wouldn't you say -- isn't it

11   possible that people, on the aggregate, in

12   California, care more about water and energy

13   efficiency in people than, say, a state that has

14   plenty of water and there's not a concern with the

15   drought?

16               MR. MARCHESE:  Objection, lacks

17         foundation.

18               THE WITNESS:  So, you know, when you

19         look at price premium, if any, for the ENERGY

20         STAR logo, and you're looking at is as an

21         aggregate, irrespective of what you take, what

22         states you take in the class, you're going to

23         see even in California, those who make --

24         maybe people there who are concerned about

25         drought and there are others that are not
```

1              concerned about drought.  So you're going to

2              see both effects coming in.  That would be

3              one.  The other thing is, even in states where

4              there's no drought, they may be concerned

5              about electricity bills, they may be concerned

6              about energy bills.  So the definition, as

7              they react in the conjoint survey to the

8              ENERGY STAR logo, in my opinion, we can't

9              stop, you know, we have to look at it as an

10             aggregate when you're looking at a price

11             premium.  You can't look at it as one

12             individual here or one individual there.

13    BY MS. McLAUGHLIN:

14         Q      Could you take your survey data and

15    determine what the price premium would be for people

16    who were just in California versus just the people

17    in New Jersey, just the people in Oklahoma?  Could

18    you do that data, if you were asked to?

19                 MR. MARCHESE:  Objection to form.

20                 THE WITNESS:  I would personally say

21             that that's not the right thing to do.

22    BY MS. McLAUGHLIN:

23         Q      But could you?

24         A      Well, you know, you have the data, you

25    could do anything with that data.  So you could

Page 141

1    clearly look at it in that fashion, if you want to;

2    but I would not agree that that's the right thing to

3    do.

4         Q     So if we look back on Exhibit 2 and SQ

5    9 on page 26 -- or excuse me -- SQ 7 where you ask

6    what household appliances, gadgets, items they have.

7              The purpose of that question was to

8    make sure the person owned a clothes washing

9    machine, correct?

10        A     That's correct.

11        Q     And if they didn't own a washing

12   machine they were excluded from the survey?

13        A     That's correct.

14        Q     Did you do anything -- did you restrict

15   what type of clothes washing machine the participant

16   owned?

17        A     I don't think that's necessary because

18   at the end of the day we are looking at the average

19   price premium or the value for the presence or the

20   absence of the logo.  So I don't believe you need to

21   identify this at this stage.

22              Now, when we actually go in to

23   calculating the price premium we are doing it

24   specifically for Maytag and the class of machines

25   we're talking about.  So over here, the screen-in is

Page 142

1    anyone who owned a clothes washing machine.

2         Q     I don't think you quite answered my

3    question.  You did not screen out depending if they

4    owned a -- depending on type of washing machine they

5    owned?

6         A     So my point is, I did not, but I also

7    did not have to do it because we are essentially

8    looking at understanding what the value of the

9    ENERGY STAR logo is.

10        Q     I understand that.

11              Are you familiar with high-efficiency

12   front-loading washing machines, with what they are?

13        A     Well, I'm not a technical expert, but

14   yes, in my -- I've seen HE and high-efficiency

15   energy machines.

16        Q     Did you allow purchasers of

17   high-efficiency front-loading washing machines to

18   participate in your survey?

19        A     I did.  And I think you will see that

20   the price range that we take allows them to also

21   provide that input on the value of the ENERGY STAR

22   logo.  I did not exclude them from the survey.

23        Q     Do you know how many people who

24   participated in your survey owned HE front-loading

25   washing machines?

Page 143

1      A      So sitting here in the absence of

2   actually having the data in front of me, I don't

3   know exactly, but like I said, it's not necessary.

4   We look at the entire range of value that they

5   assigned to the presence or absence of the ENERGY

6   STAR logo and then we look at it with, you know, for

7   using formula 14, very specifically to those who are

8   likely to buy the Maytag machines.  So it's not

9   necessary for us to.  We have to actually include

10  that entire group and not exclude anyone in the

11  process.

12      Q      Are purchasers of HE front-loading

13  washing machines comparable to purchasers of the

14  Maytag Centennial washers at issue?

15              MR. MARCHESE:  Objection to form, lacks

16         foundation.

17              THE WITNESS:  Well, sitting out here I

18         cannot say whether they are comparable or not

19         comparable.  It doesn't matter to the -- to my

20         estimate or my opinion in this report.  You do

21         have to take, as I mentioned, you do have to

22         include the universe of clothes washing

23         machine buyers, and you have to do that in

24         order to be able to see the entire group and

25         how they value -- the value estimate that goes

Page 144

1          into formula 14 needs to take into account

2          those that are on both sides of the coin.

3     BY MS. McLAUGHLIN:

4          Q     Can you explain that to me, why does

5     formula 14 require you to have both front-loading

6     purchasers and top-loading washers like the Maytag

7     Centennial machines at issue?

8          A     If you look at it -- we talked about

9     the definition earlier on today, about what price

10    premium is all about.  So with price premium you

11    really need to take into account how much of the

12    price for the Maytag machines you're going to

13    allocate due to the presence and absence of the

14    ENERGY STAR logo, taking into account both

15    demand-side factors and supply-side factors and so

16    on.  So when you look at buyers, there are buyers of

17    different kinds, we don't know the -- you know,

18    exactly -- and what they value may vary depending

19    on, you know, what their budgets are and what

20    they're looking to do and so on.  So in order to

21    take those demand-side factors, we do need to

22    include those buyers, and that's how it goes into

23    the formula 14.

24         Q     Do you know how much, on average, an HE

25    front-loading machine retailed during the class

Page 145

1    period?

2              MR. MARCHESE:  Objection to form.

3              THE WITNESS:  I don't recall an exact

4         number.

5    BY MS. McLAUGHLIN:

6         Q      Could purchasers of high-efficiency

7    washers place a different value on the ENERGY STAR

8    logo than a purchaser of a traditional top-loading

9    machine, like the Maytag Centennial washers at

10   issue?

11             MR. MARCHESE:  Objection, lacks

12        foundation.

13             THE WITNESS:  So they could.  They

14        could be all different.  If you look at again

15        how we applied formula 14 and how we

16        restricted it to within the price range of the

17        Centennial washing machines, right, we took

18        into account 300 to $500 range against a very

19        high $700 range that we retested, and we

20        looked at the value of the dollars versus

21        looking at the value for the presence or

22        absence of the ENERGY STAR logo and applying

23        formula 14.  So we did take into account in --

24        my calculation of price premium does take into

25        account specifically the Maytag Centennial

Page 146

1    machine.

2    BY MS. McLAUGHLIN:

3        Q    If your survey consisted of mostly

4    people who bought high-efficiency front-loading

5    washers generally retails for a lot more than the

6    400 average price here, couldn't that skew the

7    results of people caring more about an ENERGY STAR

8    rating than a person buying a traditional

9    top-loading washing machine?

10       A    It will actually make my results a lot

11   more conservative, and the reason it will make my

12   results a lot more conservative is the value for a

13   dollar, for someone who is buying a $700 machine in

14   that 300 to $500 range the value for a dollar is a

15   lot less.  And when I look at that in comparison to

16   the value for the EZ STAR logo, automatically I

17   would become -- you know, my price premium numbers

18   taking into account all the demand-side factors and

19   applying formula 14 correctly would make it a lot

20   lower than if I were to focus on the high-end

21   buyers.

22       Q    Are you aware that Dr. Dennis'

23   contingent valuation survey focused on only owners

24   of top-loading washers?

25       A    His method is very different and my

Page 147

1    method is very different.  My method does take --

2    does have to look at the whole buyer -- spectrum of

3    buyers.  So the application of the contingent

4    valuation method I don't want to comment on.  He

5    clearly did it the right way.  He's an expert at it

6    and he's done it in the right way.

7         Q     Are you familiar with -- are you

8    familiar with high-efficiency top-loading washing

9    machines?

10        A     Well, you know, my being familiar with

11   them doesn't change the results.  Have I -- I'm sure

12   in the course of my spending time in the retail

13   stores, looking at these machines I probably did see

14   one of those.

15        Q     So you understand that they exist?

16        A     So I'm sure they exist.  I don't want

17   to make an absolute comment that every store, you

18   know, in the seven states carries it or doesn't

19   carry it, right, so I want to be careful about it.

20   But it doesn't affect or impact my opinion or the

21   results I presented here.

22        Q     And do you understand that the Maytag

23   Centennial washers at issue are not high-efficiency

24   top-loading washing machines?

25        A     I understand that, but it doesn't

Page 148

1    impact, because as I said, you got to take

2    demand-side factors into consideration.

3         Q     I know, you don't need to clarify.  I

4    was just asking you if you are aware of that fact.

5              Now, did you allow purchasers of

6    high-efficiency top-loading washing machines to

7    participate in your survey?

8         A     Can you repeat that question for me?

9         Q     Did you allow purchasers of

10   high-efficiency top-loading washing machines to

11   participate in your survey?

12        A     So we didn't exclude -- we didn't

13   exclude them.  Clearly, in the conjoint methodology,

14   we want a fair representation of the buyers.  The

15   conjoint methodology itself will ensure we have

16   attributes that talk about the -- again, I don't

17   have the list in front of me, there are attributes

18   that talk about front-loading versus top-loading.

19   There's also attributes that, if I recall, -- well,

20   so, you know, we would control for all of those

21   factors in coming up with how you would allocate the

22   price premium exclusively for the EZ STAR logo.

23              MR. MARCHESE:  I think you just

24        misspoke.  You said EZ STAR.

25              THE WITNESS:  I'm sorry, Energy Star

Page 149

1        logo, I apologize.  ENERGY STAR logo.  Forgive

2        me for that.

3   BY MS. McLAUGHLIN:

4        Q      On page 12 of your survey, looking at

5   the last paragraph before Section D, ASEMAP, page

6   12, that last sentence before the ASEMAP section.

7   It says, I believe that respondents are

8   representative of the class of consumers who

9   purchased the Maytag Centennial clothes washing

10  machines.

11              Now, just to be clear, your survey

12  includes people who own any washing machine

13  whatsoever, correct?

14       A      Yes, it does, but when I mean

15  representation, I mean that the group of people were

16  not excluded and so they were represented in the

17  sample as much as others because we need to

18  understand -- purely from a demand perspective we

19  want to be able to understand what's going on with

20  both groups of customers.

21       Q      Now, I believe in your survey you

22  excluded anyone who purchased their washing machine

23  more than one year prior to taking the survey.

24              Is that correct?

25       A      That's correct.

1       Q       Why did you do the one-year limitation?

2       A       Well, you know, different survey

3  researchers may use different criteria.  I do

4  believe that given -- you know, we were looking to

5  have them to understand their preferences for

6  different attributes in how those drove their

7  purchase decisions.  We needed -- and they had to

8  make those tradeoffs, right, so which ones they

9  would find more important, which ones less, and how

10 would one compare to the other was important for us

11 to look at those who had made a purchase in the last

12 12 months so that those preferences could be

13 elicited very correctly.  You know, other survey

14 researchers for other purposes may take a longer

15 period, but for us we put that criteria in.

16      Q       When did you conduct the survey?  You

17 can always say a month.

18      A       I can't remember now, but in the early

19 part of November or so.

20      Q       So essentially people had to have

21 bought their washing machine anywhere from

22 November 2014ish to November 2015 to be able to

23 participate in your survey?

24      A       Correct.

25      Q       How long do people usually keep washing

Page 151

1   machines for?

2          A       No, again, I stated this in my report,

3   people keep washing machines for anywhere, five

4   years or more, the average life is probably

5   around -- somewhere around there.

6          Q       So given that people had purchased

7   their washing machine sometime in the late 2014 to

8   2015, would you expect that there wouldn't be --

9   that would exclude many people who had actually

10  bought the washing machines at issue in this class

11  since those washing machines were sold in the 2009

12  to 2012 time period?

13                 MR. MARCHESE:  Objection to form.

14                 THE WITNESS:  No, not really because I

15             think if you look at it, you know, we

16             didn't -- we didn't exclude any of those

17             people who may have purchased it in 2009 and

18             who may have likely purchased it again, you

19             know, in 2014.  And more importantly, you

20             know, the purpose of the survey in trying to

21             understand what their preferences were,

22             because keep in mind what we're trying to do

23             here is, you're trying to understand what

24             portion of the price they paid could be

25             allocated to the EZ STAR logo.  So if you look

Page 152

1          at the timeframe, you know you still may have

2          seen some of them who may have -- you know,

3          been part of the class at that time.  But

4          that's really not the point for us.  The point

5          for us here is to understand what the

6          preferences are and understand what value they

7          place on the presence or absence of the EZ

8          STAR logo.

9    BY MS. McLAUGHLIN:

10        Q      If you turn back to deposition Exhibit

11   2, page 26, SQ 10 at the very bottom.  It says,

12   Please indicate the brand/model of clothes washing

13   machine you have in your household.

14               I only see a list here of brands.  Did

15   you not ask for specific models?

16        A      Yeah, we did not ask for specific

17   models.  Again, for us, understanding the value of

18   how much emphasis, you know, what is the value of

19   the EZ STAR logo, presence or absence of it in their

20   preference, it was enough to look at the Maytag and

21   then to apply that to the 300 to $500 price range.

22        Q      Again, I understand that.  My question

23   was simply, you included the word "model" in the

24   question, and so I'm just wondering is that a typo.

25   Why would you include the word "model" when you just

Page 153

1    list brands?

2          A      Well, we listed brands because that's

3    all we -- you know, that was adequate.  And then we

4    have the other -- some people may not remember the

5    brand, might remember the model, and clearly in the

6    other they could go in and specify if they want to

7    specify a model.

8          Q      I want to turn back to your report.  Go

9    to page 7 of your report.  And under the summary of

10   the results and opinions section you say your

11   recommended estimate for price premium for the

12   ENERGY STAR logo is $180.39; is that correct?

13         A      That's correct.

14         Q      So is it your opinion that the value of

15   the ENERGY STAR logo is $180?

16         A      It is my opinion that the price

17   premium, which is part of the price for Maytag

18   Centennial buyers, the price premium for the ENERGY

19   STAR logo is $180.39.

20         Q      So is it your opinion that any person

21   who bought a Maytag Centennial washer paid $180 of

22   the purchase price toward the ENERGY STAR logo?

23              MR. MARCHESE:  Objection to form.

24              THE WITNESS:  Can you repeat that

25        question?  There's a couple of things in

Page 154

1      there.

2    BY MS. McLAUGHLIN:

3        Q      Sure.  Is it your opinion that anyone

4    who bought a Maytag Centennial washing machine, that

5    $180 of the purchase price can be  -- was allocated

6    to buying the logo itself?

7        A      The price premium, which is defined as

8    the portion of the price, you know, a portion to the

9    ENERGY STAR logo, is $180.39.  So the answer to your

10   question would be yes.

11       Q      And does that $180 matter, regardless

12   of how much the total washing machine sold for?

13       A      Could you explain the question a little

14   bit better for me?

15       Q      Sure.  You give the example -- I think

16   it's on page 8, the top of page 8 of your report.

17   It says, supposed washing machines with the ENERGY

18   STAR logo were currently priced at $500.  Holding

19   all else the same, supposed Maytag dropped the

20   ENERGY STAR logo, thereby making the product less

21   appealing to the market, the clothes machine price

22   would need to be reduced to $319.

23              Now, does that $180 apply if the washer

24   was priced at $500 or if it's priced at your average

25   of $400?

Page 155

1      A     So I think I mentioned this as well

2   that when you look at the value of a dollar, so

3   remember to calculate the price premium we had to

4   apply formula 14.  We had to look at the value of

5   the ENERGY STAR logo being present versus not being

6   present, and then we also had to look at the value

7   of a dollar.  We focused of the value of a dollar in

8   the 300 to $500 range.  So this price premium would

9   be applicable in that range.  If you went to a

10  higher price point, then, you know, the value of the

11  dollar might be very different, and accordingly, the

12  price premium may change a little bit.  But I would

13  expect it will still be in within that same range.

14     Q     So if I bought a washing machine for

15  $300, the price premium would be that $180 amount,

16  correct?

17     A     That's correct.

18     Q     So is it your opinion that if Whirlpool

19  had continued selling the Maytag Centennial washers,

20  but took off the logo they needed to have reduced

21  their price by $180?

22     A     So if they wanted to keep the same

23  amount of unit sales as I pointed out, so they would

24  have to do -- reduce the value price premium they

25  would that have to produce their price at the retail

Page 156

1    level.

2        Q       So if Whirlpool was selling the washing

3    machine -- the ENERGY STAR labeled washing machine

4    for $300, if they wanted to keep the same number of

5    units sold they would need to reduce the washing

6    machine to $120 if they dropped the logo?

7        A       If you used the same logic, you're

8    right, yeah.

9        Q       Have you ever seen a washing machine

10   being sold for $118, $120, excuse me?

11       A       You know, what obviously -- that's why

12   we take into account demand factors and so on in

13   coming up with the price premium.  Now, whether a

14   manufacturer actually lowers the price that much or

15   not, may be driven by other factors like, you know,

16   looking at what retailer wants to decide, looking at

17   what the manufacturer decides.  So clearly, you

18   know, the price premium is that $180.  The actual

19   price that they end up, and I think we had this

20   discussion earlier as well today, is something that,

21   you know, one would have to make a decision on.

22       Q       But have you ever seen a washing

23   machine sold for $120?

24       A       Well, I've never been in the

25   marketplace to buy a washing machine at that -- at

Page 157

1    lower range, but there are washing machines that are

2    in the $200 range that potentially retailers might

3    discount.

4         Q    Well, correct me if I'm wrong, you said

5    you went to a couple stores and you did a lot of

6    research as you were preparing your study into what

7    -- about the washing machine market; is that

8    correct?

9         A    Yes, I did that.

10        Q    Did you see any new washing machines

11   sold for the $120 range?

12        A    I can't recall if I did see something

13   on the shelf, but as you can see, that we did test

14   the price range all the way down to $200, which is

15   very close in estimate to your $120 mark that you're

16   talking about.  So the range that we had, 200 to

17   700, would take into account models that would be at

18   that low end.

19        Q    So based our survey results, would you

20   expect that any washing machine available for sale

21   during the class period that was similar to the

22   Maytag Centennial washers, but did not have the logo

23   on it, would you expect them to have sold for about

24   $180 less than the washing machines at issue here?

25             MR. MARCHESE:  Objection to form, lacks

Page 158

1        foundation.

2               THE WITNESS:  So again, the explanation

3        of price premium is that if you have a machine

4        that you're selling at $300 with the ENERGY

5        STAR logo, and you decide you want to take out

6        the ENERGY STAR logo, then the price that you

7        charged for it, because again the premium,

8        according to the conjoint survey we did here,

9        the premium is $180, the price you should

10        charge for it should be $180 less.  So it

11        would be as you pointed out.  And my

12        expectation, therefore, would be that in order

13        to keep the same number of units, you know,

14        the decision, depending on whether it's the

15        manufacturer level or the retail level,

16        accordingly would be taken in order to

17        reflect -- in order to adjust for the removal

18        of the ENERGY STAR logo.

19    BY MS. McLAUGHLIN:

20        Q     So you would expect those washers

21    without the logo to be about $180 less expensive

22    than the Maytag Centennial with the logo?

23               MR. MARCHESE:  Objection to form.

24               THE WITNESS:  Again, going back to what

25        I said in terms of what does price premium

1          really mean, it's about, you know, keeping the

2          same number of units.  And if you're going to

3          take out the ENERGY STAR logo, just as you

4          might say if you took a $200 model which does

5          not have the ENERGY STAR logo and a

6          manufacturer decided to make it include the

7          ENERGY STAR logo, then they, in order to keep

8          the same number of units they would look at

9          increasing the price by $180.

10   BY MS. McLAUGHLIN:

11          Q     So you would expect if there's a

12   comparable washer but just didn't have the logo on

13   it, sold the same as the Maytag Centennial, it would

14   be priced about $180 lower than the Maytag

15   Centennial washers?

16                MR. MARCHESE:  Objection to form.

17                THE WITNESS:  That's what the conjoint

18          survey and the price premium results would

19          suggest.

20   BY MS. McLAUGHLIN:

21          Q     So it's a yes?

22          A     Yes.

23          Q     Now, which is a better indication of a

24   price premium, what actually occurs in the

25   marketplace or a conjoint analysis survey?

1           MR. MARCHESE:  Objection to form.

2           THE WITNESS:  So I would say that what

3      has been -- what has been done in the conjoint

4      survey is a true reflection of what value

5      consumers place on the ENERGY STAR logo, and

6      hence, the price premium associated with that.

7      What happens in the marketplace could be a

8      reflection of certain decisions that a

9      retailer may choose to make.  And the conjoint

10     survey is a much better reflection of -- it is

11     probably the only -- you know, the $180 that

12     we report here in my report, it is a clear way

13     to take the price and say how much of that

14     price would you allocate to the value being

15     delivered by the ENERGY STAR logo.

16 BY MS. McLAUGHLIN:

17     Q      But if you had these two different

18 types of washing machines, two different washing

19 machines, one that has a logo, and one that does

20 not, everything else they're the same, and they sell

21 in the marketplace, sell the same number of units,

22 if they do not sell for $180 less, does that mean

23 that the actual market data is a more accurate

24 indicator of what a price premium is on the logo?

25           MR. MARCHESE:  Objection to form.

1           THE WITNESS:  So the question you're

2      asking me is a very hypothetical question.

3      So, you know, that hypothetical question, as I

4      mentioned, has a number of different things

5      that might be going on.  So, for example, and

6      again, as to your hypothetical question, with

7      all the assumptions I'm going to throw some

8      additional assumptions on there, which would

9      be, a retailer decides to have multiple models

10     in their line with the intent that the

11     consumer is looking at the real low price,

12     low-end model or least likely to buy it, given

13     other factors that might be going on, may be

14     looking to buy the one in the middle or the

15     one higher.  So they may have other reasons

16     for why they may carry certain models.  And

17     those are all assumptions and answers to your

18     hypothetical question I really wouldn't be

19     able to give you a definitive answer for it.

20  BY MS. McLAUGHLIN:

21     Q     Do you know whether there were any

22  comparable top-loading washing machines without the

23  ENERGY STAR logo that was available in 2009 - 2010?

24     A      I don't recall right now, but as I

25  said, I did make store trips and so on, and that

Page 162

1    became the input.  Conjoint is a very accepted

2    technique to understand price premium, to understand

3    what value, you know, a product is a combination of

4    all of these attributes, and to understand the price

5    premium in terms of how much would you allocate of

6    that price to the presence or absence of the ENERGY

7    STAR logo.  This method doesn't change.  The results

8    of this method doesn't change, based on the question

9    you just asked.

10        Q    Would you be interested in knowing what

11   a comparable non-ENERGY STAR washing machine sold

12   for, on average, in 2009 and 2010?  Would that be

13   interesting to you?

14             MR. MARCHESE:  Objection to form.

15             THE WITNESS:  It wouldn't change the

16        conclusions of my survey.  It wouldn't have

17        changed the conclusions or my opinions in my

18        report.

19             MR. MARCHESE:  Allison, we've been

20        going for about an hour, can we take a quick

21        break?

22             MS. McLAUGHLIN:  Yeah, that would be

23        great.

24             VIDEO OPERATOR:  Going off the record,

25        2:28.

1           This is the end of disc 4 in the

2       deposition of Dr. Sukumar.

3               (Brief recess.)

4               VIDEO OPERATOR:  Going back on the

5       record at 2:41 p.m.

6           This is the beginning of disc 5, in the

7       deposition of Dr. Sukumar.

8   BY MS. McLAUGHLIN:

9       Q       Dr. Sukumar, what is a choice-based

10  conjoint survey?

11      A       A choice-based conjoint survey is --

12  first it's a software that is made by a company

13  called Sawtooth Software.  Next, it looks at giving

14  a combination of six or seven attributes and allows

15  you to compare, you know, two different combinations

16  of these attributes and asks the respondent to

17  choose either one of them, or not choose any of

18  them.  The problem with choice-based conjoints is

19  that, in the instance that we have here, it's not

20  the right method to use because you can't go more

21  than five or six attributes.  It's a

22  high-involvement choice and the number of attributes

23  become too cumbersome to read or look at and that's

24  information overload in the process.

25      Q       Again, can I just remind you to just

                                                    Page 164

1    answer my questions.  And I can ask followup

2    questions or your lawyer can ask questions later if

3    I have not answered it.

4              Would you agree that choice-based is

5    the most commonly used type of conjoint survey?

6              MR. MARCHESE:  Objection to form.

7              THE WITNESS:  Choice-based conjoint is

8         used when you have just about five or six

9         attributes.  It's not the most commonly used

10        as other methods.  ASEMAP is a well-validated

11        method that is used.  There's other techniques

12        like MaxDiff and adaptive conjoint analysis.

13   BY MS. McLAUGHLIN:

14        Q      According to Sawtooth Software,

15   80 percent of all conjoint surveys are choice-based.

16   Does that surprise you?  Do you have any reason to

17   disagree with that?

18        A      The applicability of choice-based

19   conjoint is limited more so, for example, you only

20   have four or five attributes and you're really

21   looking at it more from the context of

22   understanding, let's say, willingness to pay.  And

23   there's a lot, as you can see in Professor

24   Srinivasan's paper, the Netzer and Srinivasan paper,

25   when you have a much larger number of attributes

Page 165

1    ASEMAP is the right technique to use.

2         Q      I'm going to move to strike that as

3    nonresponsive.

4              My question was:  According to Sawtooth

5    Software, 80 percent of all conjoint surveys are

6    choice based.

7              Do you disagree with that?

8              MR. MARCHESE:  Objection, assumes facts

9         not in evidence.

10              THE WITNESS:  I disagree with that

11         because the context in which those

12         choice-based conjoints are done are very

13         different than the context in which, you know,

14         the understanding of what the attributes are

15         in the choice of a washing machine, clothes

16         washing machine needs to be considered.

17    BY MS. McLAUGHLIN:

18         Q      On page 5 of your report you say, There

19    are more than 18,000 conjoint projects done each

20    year.

21              Are you saying that most of those are

22    not in the choice-based context realm?

23         A      There are other types of conjoint

24    techniques other than the use of choice-based

25    conjoint.  For example, discrete choice is something

1    that people may do again for a similar -- fewer

2    attributes, five or six attributes, but where brand

3    is an important consideration as well.  There's ACA,

4    adaptive conjoint analysis, there's a full profile

5    conjoint analysis.  So in the context that we have

6    done here, because of the large number of

7    attributes, ASEMAP is the most appropriate technique

8    to use.

9         Q     I understand you believe that ASEMAP is

10   the most appropriate.  So that, I understand it.

11   What I want to know, are you disagreeing with the

12   fact that choice-based is a very commonly used

13   method of conjoint analysis?

14        A     I don't have -- there are no facts here

15   as to how many times choice base -- you know, of

16   that 18,000 projects, how many times choice-based

17   conjoint has been used.  So I want to qualify my

18   answer and make sure you understand that in -- that

19   choice-based conjoint is used in a certain context.

20        Q     I understand.  But it's commonly used

21   by marketing researchers?

22        A     Well, again, the definition of

23   "commonly used" for -- is a very generic statement

24   and for me it's, you know, the context in which it

25   is being used is very important.

1       Q       Would you agree that choice-based

2  conjoint has been largely accepted in the marketing

3  research community as a respectable method?

4       A       Well, for experts who use choice-based

5  conjoint analysis, they will tell you what the

6  issues are, and therefore, my answer to you is it is

7  widely used, has to be clearly understood in the

8  context of where it is being used.

9       Q       Choice-based conjoint is based on the

10  well-based Bayesian statistical procedure; is it

11  not?

12       A       So again, the Bayesian procedures are

13  only used for obtaining the part-worth utilities.

14  There is a step before that, and that step before

15  that is where the choice-based conjoint, whether

16  it's appropriate or not needs to be decided upon.

17  The step before that is the one that where you look

18  at the number of attributes and you look at what the

19  problem is that you're trying to study.  The

20  Bayesian approach is simply a statistical technique

21  to help estimate the part-worth utilities once you

22  have collected that first step data.

23       Q       Would you agree that Bayesian methods

24  are known to be consistent?

25       A       What do you mean by "consistent"?  Can

Page 168

1    you give me some clarification on that?

2         Q      They have excellent sampling

3    properties.

4         A      I don't understand what you mean by

5    "sampling properties," but I do know that Bayesian

6    techniques, if not applied correctly, and very

7    oftentimes it will yield confidence intervals that

8    are very large, meaning the utilities that you

9    calculate can give you very broad estimates for, you

10   know, the value that you're applying for any

11   particular attribute that is used in there.

12        Q      What is a partial profile conjoint?

13        A      So a partial profile conjoint is where,

14   if you had 10 attributes, you may only show four of

15   those selected and you need to design an

16   experimental design in order to be able to expose a

17   large number of respondents to some set of those

18   partial attributes.  The partial profile conjoint is

19   made up of a partial set of attributes as compared

20   to ASEMAP, where all of the 19 attributes are shown

21   to the respondents.

22        Q      Does a partial profile conjoint allow

23   you to use literally dozens of different product

24   features or attributes?

25        A      Now, -- so I'll answer this question a

Page 169

1    little long just so you understand.  Partial profile

2    conjoint has been shown in the paper by Srinivasan

3    and Netzer to be one that when you look at

4    predicting the value of an attribute to perform

5    poorly as compared to ASEMAP.

6         Q     But that still doesn't answer my

7    question.

8               Can you use the partial profile

9    conjoint to use dozens of different product

10   features?

11        A     I would say you should not use it

12   because of its lack of ability to predict the value

13   correctly.

14        Q     But you can?

15        A     That would be an incorrect choice or

16   methodology.

17        Q     But you can?

18              MR. MARCHESE:  Objection to form.

19              THE WITNESS:  You know, if it were my

20        work, I would prefer not to use it.

21   BY MS. McLAUGHLIN:

22        Q     Is ASEMAP widely used as a conjoint

23   survey method?

24        A     ASEMAP has been published in a

25   peer-reviewed journal and it is used extensively in

Page 170

1   a number of different engagements.  My company has

2   proprietary access to the software, and obviously we

3   use it very extensively in a number of different

4   engagements.

5        Q     Outside of your company, is it used

6   extensively as a conjoint method?

7        A     I'm not familiar with whether Professor

8   Srinivasan has, and I'm not privy to that, but

9   others use ASEMAP; but I can tell you that we use it

10  very extensively.

11       Q     So the answer is, you don't know

12  whether ASEMAP is used widely outside of your own

13  company?

14       A     Well, if you look at, you know, I've

15  used ASEMAP in multiple litigation cases and it's

16  been accepted Professor Srinivasan has used it in

17  legal cases, and very well recognized and accepted.

18  It's a -- it's published and received an award

19  created by the very faculty member who is considered

20  the father of conjoint analysis.  So it doesn't

21  matter whether someone else uses it, it's a question

22  really, the fact that it is very widely recognized,

23  accepted, shown in legal settings as well as, you

24  know, my company, Optimal Strategix, Group, does use

25  it extensively in a number of instances.

Page 171

1        Q      But you still not have not answered my
2   question is whether you know if it's been widely
3   used outside of your company.
4        A      I may not know, but that doesn't change
5   my answer; yep.
6        Q      You don't know, that's all I was
7   asking.  A very simple answer.
8        A      Okay.
9        Q      So in your report you say 18,000
10  conjoint projects are conducted worldwide each year.
11  You don't know how many of those are done using the
12  ASEMAP method; is that correct?
13       A      I wouldn't be able to estimate that for
14  you.
15              (Adaptive Self-Explication of
16         Multi-Attribute Preferences Paper was marked
17         RS-3 for identification.)
18  BY MS. McLAUGHLIN:
19       Q      The court reporter has just handed you
20  what she has marked as Exhibit RS-2.  What is this?
21       A      This is the --
22              MR. MARCHESE:  I'm sorry.  Is this RS-2
23         or RS-3?
24              MS. McLAUGHLIN:  You are correct, I
25         believe it is RS-3.  Thank you.

Page 172

1    BY MS. McLAUGHLIN:

2         Q      Continue, Dr. Sukumar.

3         A      This is the paper published by

4    Professor Srinivasan and Netzer in the Journal of

5    Marketing Research and American Marketing

6    Association's publication, you know, for which he

7    received many awards.

8         Q      And this is the article that you rely

9    on in deciding to use ASEMAP; is that correct?

10                   MR. MARCHESE:  Objection to form.

11                   THE WITNESS:  Well, my own experience

12             with it dates to before this article actually

13             showed up in print.

14   BY MS. McLAUGHLIN:

15        Q      Let me ask you that:  When did ASEMAP

16   come out?  When was it first used?

17        A      It was first used in -- I can't

18   remember the exact date, but somewhere around 2003

19   and 2004.

20        Q      Are there any other articles that

21   analyze ASEMAP?

22        A      Well, post this publication I can't

23   recall.  There have been other papers written by

24   Professor Srinivasan about the self-explication

25   methods in conjoint.  I can't remember exactly any

Page 173

1    recent publications.

2         Q      So Dr. Srinivasan, he developed ASEMAP;

3    is that correct?

4         A      That is correct.

5         Q      And he owns its proprietary software,

6    does he not?

7         A      Yes.

8         Q      And he owns that software, correct?

9         A      That's correct.

10        Q      Has anyone other than Dr. Srinivasan

11   written about ASEMAP and its reliability as a survey

12   method?

13        A      I know this paper has received a lot of

14   awards.  It's been peer reviewed by faculty

15   colleagues of Professor Srinivasan, who as I

16   mentioned is considered the very person who brought

17   conjoint analysis to marketing.

18        Q      I understand that, but you're not

19   answering my question.

20        A      My point is that I can't -- sitting out

21   here, I don't remember, but the very fact that this

22   method has been used in so many different

23   engagements, legal engagements, has been accepted in

24   other courts as well as being a very valid

25   technique.

Page 174

```
 1        Q      But you don't know how often it's been
 2   used outside of the context of your own company,
 3   correct?
 4        A      As I said, it's a seminal piece.  So I
 5   don't know the answer to your question.
 6        Q      You don't know.  That's all I'm asking
 7   for.
 8               Now, this article is published in the
 9   Journal of Marketing Research; is that correct?
10        A      That's correct.
11        Q      Is this recognized as a statistics
12   journal?
13               MR. MARCHESE:  Objection to form.
14               THE WITNESS:  So I'm not sure what you
15        mean by a statistics journal, but the Journal
16        of Marketing Research is a peer-reviewed
17        publication, published by the American
18        Marketing Association, and most of -- all of
19        its papers that are published have very
20        detailed, you know, statistical analysis and
21        conclusions and statistical models that are
22        used, just like in this paper.
23   BY MS. McLAUGHLIN:
24        Q      So is the Journal of Marketing Research
25   recognized by statisticians as a statistical
```

Page 175

1   journal?

2            MR. MARCHESE:  Objection to form, lacks

3        foundation.

4            THE WITNESS:  Statisticians who may

5        have a -- you know, may be on the faculty on

6        statistics who also published in this journal

7        and so I'm not sure I completely understand

8        the question and the assumptions around that

9        question you're asking me.

10  BY MS. McLAUGHLIN:

11       Q     Is the Journal of Marketing Research

12  recognized as an economics journal?

13           MR. MARCHESE:  Objection to form.

14           THE WITNESS:  Well, this journal is

15       published by the American Marketing

16       Association.  Economic -- economists have

17       published in this journal, economic theories

18       have been published in this journal.  You

19       know, for the purposes of my report, where I'm

20       looking at an opinion on calculating price

21       premium in the use of conjoint service,

22       there's been a lot of seminal pieces that have

23       been published in this particular journal over

24       the many years.

25

Page 176

1   BY MS. McLAUGHLIN:

2        Q     Again, I understand that, but you

3   didn't answer.  Is this recognized as an economics

4   journal?

5              MR. MARCHESE:  Objection to form.

6              THE WITNESS:  I would like

7         clarification on what do you mean by

8         "recognized as an economics journal."  It's

9         not published by the American Economic

10        Association.  It's published by the American

11        Marketing Association.  Whereas, I mentioned

12        economists have published their papers in this

13        particular journal.

14  BY MS. McLAUGHLIN:

15       Q     Do you consider it an economics

16  journal?

17             MR. MARCHESE:  Objection to form.

18             THE WITNESS:  Well, it's got economic

19        -- economists publishing.  It's got

20        economics-related publications in it.  It's

21        one of the most leading journals published by

22        the American Marketing Association.  If you

23        ask me is that information enough to consider

24        it as an economics journal, I would say yes.

25

Page 177

1    BY MS. McLAUGHLIN:

2         Q      Is there any reason to believe that any

3    procedure specified in the Journal of Marketing

4    Research adheres to the scientific standards imposed

5    by the statistics profession?

6                    MR. MARCHESE:  Objection to form.

7                    THE WITNESS:  Could you repeat that

8         question for me?

9                    MS. McLAUGHLIN:  Could you read it

10        back?

11                   (At which time the following question

12        was read back by the reporter:

13                    "Question:  Is there any reason to

14        believe that any procedure specified in the

15        Journal of Marketing Research adheres to the

16        scientific standards imposed by the statistics

17        profession?")

18                   MR. MARCHESE:  Objection to form.

19                   THE WITNESS:  Could you help me

20        rephrase that question a little bit?

21   BY MS. McLAUGHLIN:

22        Q      Do you know -- does any procedure

23   specified in the Journal of Marketing Research --

24   let me start again.

25                   How does the Journal of Marketing

Page 178

1    Research adhere to the scientific standards imposed

2    by the statistics profession; do you know?

3                    MR. MARCHESE:  Objection, form.

4                    THE WITNESS:  Well, again, there's just

5              many parts in there -- I'll give you an

6              answer.  As an academic myself many years ago,

7              publications that were sent to this particular

8              journal adhered to the highest levels of

9              statistical sciences.  In fact, if you look at

10             the editorial board, there are people who are

11             statisticians by their affiliation to the

12             department of statistics, and I believe, you

13             know, based on my own expert judgment, and as

14             well as being a former academic, that the

15             publications adhere to the highest statistical

16             sciences.

17   BY MS. McLAUGHLIN:

18        Q      You said earlier that ASEMAP is a

19   proprietary program, right?  So could I inspect the

20   computer code for ASEMAP?

21        A      You will need to reach out to Professor

22   Srinivasan and get a license out of that and get

23   access to the code.

24        Q      How much does a license cost?

25        A      That's a question I would ask you to

Page 179

1    take to Professor Srinivasan because what I have is

2    confidential and I can't share it with you.

3         Q      But your firm pays money, right, to

4    have a license for ASEMAP; is that correct?

5         A      That's correct.

6         Q      But you're not able to share with me

7    how much you pay to use ASEMAP?

8         A      I have a confidentiality agreement with

9    Professor Srinivasan.

10        Q      What does it mean for a statistical

11   procedure to be called inconsistent?

12               MR. MARCHESE:  Objection to form.

13               THE WITNESS:  It's a very broad

14        question you're asking.  I'm not sure I can

15        answer that question.

16   BY MS. McLAUGHLIN:

17        Q      So you don't know what it means for a

18   statistical procedure to be called inconsistent?

19   You can't answer that?

20               MR. MARCHESE:  Objection to form.

21               THE WITNESS:  I can't answer the

22        question as it is very broad for me.

23   BY MS. McLAUGHLIN:

24        Q      Do you know if Srinivasan and Netzer in

25   this article do anything to establish that ASEMAP is

Page 180

1   consistent?

2       A       Again, going back to my previous

3   answer, the term "consistent" or "inconsistent" is

4   something that I'd like for you to define better.

5       Q       Okay.  I'll define it.  But

6   inconsistent means that there's no assurance that

7   this procedure will eventually recover the true

8   parameters even with an infinite amount of data.

9       A       Could you repeat that again for me?

10          MS. McLAUGHLIN:  Could you read that

11      back, please?

12          (At which time the following question

13      was read back by the reporter:

14          "Question:  But inconsistent means that

15      there's no assurance that this procedure will

16      eventually recover the true parameters even

17      with an infinite amount of data.")

18          MR. MARCHESE:  Is there a question

19      pending?

20   BY MS. McLAUGHLIN:

21      Q       Based on that definition, isn't it true

22   that Netzer and Srinivasan do nothing to establish

23   that ASEMAP is consistent?

24      A       Well, I don't agree with that.  I think

25   consistency -- you know, just to give you an

Page 181

1    immediate evidence of consistency is to look at the

2    44.3 percent of the price -- the price premium

3    calculated here on the basis of the preferences and

4    compare that to a totally different approach that

5    Dr. Dennis used in getting answers that are very

6    similar is a good example of consistency.

7              Now, academic literature, you know, I

8    can't recall exactly right now from the top of my

9    mind here as to whether there is a paper that says,

10   taking your definition of inconsistency, whether

11   they come back and actually demonstrate that.

12             Now, I make one more comment related to

13   what you just said.  This paper demonstrates that by

14   using different methods and, you know, uses adaptive

15   conjoint analysis, uses another method published by

16   Professor Hauser, and essentially proves that ASEMAP

17   is predicably more accurate.  It also shows that,

18   you know, in terms of certain, in terms of

19   recovering those preferences it does have certain

20   validations in there that show the consistency of

21   the methodology, per your definition.

22        Q    How long has Dr. Srinivasan been your

23   chief research advisor?

24        A    I can't recall the exact date, but he's

25   been someone I've known for many years in my

Page 182

1   academic life.  He's an expert.  He's considered the

2   father of conjoint analysis.  And as my chief

3   research adviser I want to say probably based to

4   somewhere around the summer of 2009 and 2010, that

5   he probably joined us in that capacity.

6        Q     So before this article came out?

7        A     Likely the case, yes.

8        Q     Dr. Srinivasan's article, which is

9   Exhibit No. 3, was published in February 2011.  So

10  you believe he was your chief research advisor prior

11  to that date?

12       A     I want to say yes, but in the absence

13  of the actual, you know, details, yeah.

14       Q     Understood.  And how many times have

15  you used ASEMAP in litigation?

16       A     I've used it four or five times.

17  Again, I can't remember the exact count.  I've used

18  it in other, similar class action lawsuits as well,

19  without going into any other details due to

20  confidentiality.

21       Q     How many other similar class actions?

22       A     At least one.  And then there's others

23  that have the same kind of issue, but are not a

24  class action, that I haven't been as yet announced

25  as the expert to the opposing; and there's

Page 183

1    confidentiality associated with it.

2        Q      And in that one class action, without

3    divulging any confidences, what was the nature of

4    your survey?

5                   MR. MARCHESE:  Objection to form.

6                   THE WITNESS:  It was a conjoint survey.

7        It looked at price premium.

8    BY MS. McLAUGHLIN:

9        Q      Associated with a product, with a logo?

10   I mean, you can divulge a little more than it was a

11   conjoint.

12       A      Obviously a product, and associated

13   with claims made on the product.  You know, looking

14   backward to claims that were made in the past.

15       Q      And when was that survey done?

16       A      That survey was done sometime in

17   December of last year.

18       Q      When was the first time you used ASEMAP

19   for litigation purposes?

20       A      I want to say somewhere around 2011

21   where Professor Srinivasan testified in these cases

22   as the expert.  My company used the methodology to

23   conduct the conjoint survey.

24       Q      And in that class action litigation,

25   have you yet been disclosed as the expert?

Page 184

1      A      I have been disclosed as an expert.

2      Q      And you've issued a report in that

3  case?

4      A      That's correct.

5      Q      And what is the name of that case?

6      A      It's class versus Scotts EZ Seed.

7      Q      Scotts EZ Seed?

8      A      Yes.

9      Q      And what is the product?

10      A      It's a grass seed.

11      Q      And in that case you also found a price

12  premium associated with some aspect of that grass

13  seed?

14      A      Now I'm kind of getting closer to my

15  confidentiality issues.  I would prefer not to go

16  into it.

17      Q      Now, your survey, and the survey

18  mentions that you included 19 attributes and you've

19  discussed that several times today.  How did you go

20  about selecting those 19 attributes?

21      A      So we -- you know, it ranged from

22  making store visits, looking at Consumer Reports,

23  conducting focus groups and getting all of that

24  input, looking at online retailers and also looking

25  at the retail sales data, the Sears, Fry's, Home

Page 185

1    Depot, Lowe's, that retail sales data as well was

2    included.

3        Q      How does the retail sales data indicate

4    the 19 attributes that you selected?

5        A      Price is an attribute.

6        Q      And what online retailers did you

7    visit?

8        A      I visited Home Depot, Lowe's.  I also

9    looked at some of the flyers that were put in the

10   newspapers.

11       Q      And what was the purpose of looking at

12   the flyers?

13       A      Again, the purpose was to come up with

14   a list of attributes and levels in order to design

15   the conjoint survey.

16       Q      If you look at page 9 of your report,

17   under Survey Design, the last sentence, The goal of

18   featured selection was to include features that

19   would adequately mask which features were of a

20   particular interest and to make the overall survey

21   to appear to a survey respondent to include features

22   that might plausibly be considered in selecting a

23   clothes washing machine.  And they range from very

24   important to less important.

25               So is it that the purpose of including

Page 186

1    attributes, outside of the ENERGY STAR, was just to

2    mask what the survey was getting at?

3          A       Well, that's one of the reasons.

4          Q       Okay.  What are the other reasons?

5          A       So, obviously, you do want to include,

6    you know, some attributes that are likely to be more

7    important than the ENERGY STAR logo and some

8    attributes that are less likely to be important than

9    the ENERGY STAR logo.  Again, in terms of the

10   purchaser's decision.  And you also wanted to make

11   sure that the list is something that is reflective

12   of what consumers have said in the focus groups, and

13   it does include things that have a whole range of

14   attributes that people would consider.

15         Q       So if your goal is to have -- to mask

16   what the key attribute is, that's what you're trying

17   to get at and you want some more important and some

18   less important, why do you need 19?  Why not 10?

19   Why 19?

20         A       Again, you don't want to leave out

21   certain things that are likely to be important.  You

22   don't want to leave out certain things that, you

23   know, consumers have expressed in a focus group.

24   And, you know, you want to be able to comprehensive,

25   that a conjoint survey does take into account, you

1    know, what's the value of the ENERGY STAR logo and

2    what's the price premium that people are paying.

3              Now, if I focused it only on, let's say

4    five attributes, there actually would be an upward

5    bias on the ENERGY STAR logo price premium simply

6    because now, you know, it's in the context of two

7    attributes that are a little more important than it,

8    two attributes that are less important than it.  And

9    so the price premium that you would end up

10   allocating as part of the price paid would have an

11   automatic higher number than what the real number

12   should be.

13        Q    Now, you also say, on page 19, above

14   the sentence that I read to you, that there is no

15   necessity to include all relevant or important

16   features.

17              MR. MARCHESE:  This is page 19?

18              MS. McLAUGHLIN:  Nine.  I apologize.

19        You can tell it's getting late in the day.

20              THE WITNESS:  So, yeah, I mean, there

21        are other features that are extremely small,

22        you know, that need not be included.  And so

23        you don't -- you might end up with certain

24        computer types of configurations on washing

25        machines that, in the big scheme of things,

 1          consumers haven't identified it.  They may be

 2          available, they may be in the product itself.

 3          So there's no need -- so as long as we heard

 4          these features being described in the focus

 5          group, or as long as we saw these features

 6          described in Consumer Reports, because that

 7          would suggest, or in the store, that would

 8          suggest that consumers that are considering to

 9          buy this product are likely to look at those

10          particular features.  We want to include

11          those.

12   BY MS. McLAUGHLIN:

13          Q      Do Consumer Reports -- back up.  You

14   considered the 2008 Consumer Reports Buying Guide,

15   correct?

16          A      Yes, because that's more relevance to

17   looking at that in terms of coming up with this list

18   of features.

19          Q      Do the Consumer Reports 2015 Buying

20   Guide include 15 different attributes in their

21   charts of washing machines?

22          A      No.  I don't remember exactly how much

23   they had, but there's a fairly good number of

24   attributes that are there that are included here,

25   and if you look across different models you would

1   see that some of them may be described differently

2   in the Consumer Reports, and we would have included

3   them because again they're being highlighted or

4   called out, and then when we did the focus groups

5   again they're being mentioned by consumers.  So we

6   wanted to be reflective of things that really

7   mattered to shoppers of clothes washing machines.

8          Q       When did you conduct your focus groups?

9          A       I don't remember the exact date, but I

10  want to say sometime towards the end of October or

11  so before -- well before the final online survey was

12  launched.

13         Q       Did you have a draft of the survey

14  completed before the focus group?

15         A       I don't believe that's the right

16  process to follow.  The right process to follow

17  would be to have a discussion guide that my expert

18  moderator uses to -- and that was included as part

19  of the exhibits, as discussion questions to allow

20  focus group participants to be able to come out and

21  say, here are things I considered, this is what

22  mattered to me, et cetera.

23         Q       So again, you didn't answer my

24  question.

25                 Did you have a draft of the survey

Page 190

1   completed before you had your focus group?  Or don't

2   you remember?

3       A       So again, you know, I think it

4   doesn't -- it doesn't impact the focus -- in terms

5   of the actual process, the focus group is where a

6   lot of some of the inputs come in.  So the answer to

7   your question would be that, well, it doesn't

8   matter, and I don't recall exactly whether

9   something -- a draft was created.  The inputs from

10  the moderator in the focus group helped shape the

11  attributes and levels and the way we described these

12  as we complete the survey.

13      Q       In what way did they help shape your

14  attributes and levels in the survey?

15      A       So the expert moderator -- because

16  these focus groups are not conclusive evidence, the

17  expert moderator briefs me in terms of attributes

18  that are features that were discussed in the focus

19  groups.

20              Can we take a short bio break?

21      Q       Can we finish the question that we're

22  discussing.  Were you finished with your answer?

23      A       Yeah, I'm finished with my answer.

24      Q       All right.  Sure, we can take a

25  five-minute break.

Page 191

1           VIDEO OPERATOR:  Off the record,

2       3:22 p.m.

3           (Brief recess.)

4           VIDEO OPERATOR:  Going back on the

5       record, 3:36 p.m.  This is the beginning of

6       disc 6 of the deposition of Dr. Sukumar.

7   BY MS. McLAUGHLIN:

8       Q     Dr. Sukumar, before our break we were

9   discussing your focus groups that you conducted

10  before the survey.  And you mentioned your expert

11  moderator.  Who was that?

12      A     I have moderators on my staff.  They're

13  well-trained.  And I can't recall the exact person,

14  but there's, you know, there's a couple of them.

15  Shannon Skalski.  It could be Barbara Johnson.  I

16  don't remember the exact names.

17      Q     And there were two focus groups

18  conducted for this survey; is that right?

19      A     That's correct.

20      Q     Was it the same moderator for both of

21  them?

22      A     Yes, typically we would use the same

23  moderator for both of them.

24      Q     Were those focus groups on the same

25  day?

Page 192

1       A       I don't recall exactly, but it doesn't

2    really matter if they're on the same day or a

3    different day.  Depending on facilities being

4    available.

5                MR. MARCHESE:  Just keep your voice up,

6         please.

7                THE WITNESS:  Sure.

8    BY MS. McLAUGHLIN:

9       Q       Did you attend either of the focus

10   groups?

11      A       It's not a common practice for me to

12   attend these focus groups.  Again, you know, as I

13   pointed out earlier, the focus groups are not meant

14   to be conclusive and I get debriefed by my moderator

15   as to what kind of attributes were considered or

16   discussed.

17      Q       What are the backgrounds of your

18   moderators?

19      A       You know, they're all well-trained.

20   They've done many focus groups, as well as

21   one-on-one interviews, in-depth interviews with

22   consumers, as well as in other areas.  I can tell

23   you that, you know, they are qualified.  And exact

24   details are hard for me to, you know, kind of

25   reflect on it right now.

Page 193

1      Q      Did moderators take any notes at the

2   focus group?

3      A      Well, if you look at focus groups,

4   they're not conclusive.  So we ask moderators not to

5   take any notes because that becomes making it look

6   like it's conclusive.  It's not conclusive.  So they

7   typically debrief me on what they heard and what are

8   the different attributes that they consider.  They

9   typically debrief me on that.

10     Q      Did you record the focus groups in any

11  way?

12     A      We did not record the focus groups.

13     Q      So no video, no audio recording?

14     A      No.

15     Q      And did you take any notes?  Well, let

16  me back up.  How are you debriefed after the focus

17  groups?

18     A      My moderators would either meet me in

19  person or call me, and we would have a discussion

20  around what they heard and would list out the

21  various attributes that were considered because

22  that's kind of critical for us to build and develop

23  here into the conjoint survey.  And that's how they

24  would typically debrief me on it.

25     Q      Would your moderator type up notes

1   after or record their impressions after the focus

2   group?

3        A     You know, it's common practice for --

4   because the focus groups are not conclusive, and a

5   very sound methodology is essentially to not have

6   those notes turned over or any record kept of it

7   because these are not -- I don't want them as very

8   conclusive evidence.  These are all exploratory

9   focus groups.  And, you know, my moderators just

10  debrief me.  It's a very common procedure for

11  moderators to debrief on what was the list of

12  attributes and features that were discussed.

13       Q     Did I understand you to say that you

14  think it's improper to record any sort of

15  impressions or notes after the debrief.  Is that

16  essentially what you said?

17            MR. MARCHESE:  Objection to form.

18            THE WITNESS:  So I don't have any notes

19        from the moderators.  I've been debriefed, and

20        that's really what I need for my design of the

21        methodology and design of the online survey,

22        because the online survey is the more

23        conclusive approach and methodology, and I've

24        just been debriefed by my moderators.

25  BY MS. McLAUGHLIN:

Page 195

1      Q      So let me make sure I get it correctly.

2  The moderator does not take any notes during the

3  focus group, correct?

4      A      Well, typically they would not because,

5  again, they have a discussion guide and they're

6  trying to get focus group participants to speak up

7  and talk about, you know, what they considered in

8  making a purchase.

9      Q      So the answer is no, they do not take

10  notes during it?

11      A      And it's really not necessary.

12      Q      And they don't take notes after -- they

13  don't type up any of their recollections so they

14  don't forget, they don't take any recording after

15  the focus group?

16      A      They typically give me a debrief fairly

17  quickly.

18      Q      How quickly?

19      A      You know, it would have been literally

20  the day after the focus groups are done.

21      Q      Do you take any notes during the

22  debriefing?

23      A      I would typically enter it into my

24  Excel spreadsheet, which is part of my exhibit that

25  you have.  It's not notes, but it's really crafting

Page 196

1    the attributes in levels, and they're part of my

2    exhibits, and those get, you know, edited with all

3    the other information that I would have reviewed,

4    whether it's the Consumer Reports or, you know, the

5    store visits, et cetera, and I would edit that and

6    use that for the complete design of my survey.

7        Q    So I want to make sure I understand

8    what document you were just talking about.

9             And I think this is it, but I want you

10   to tell me.

11            (Exhibit 3 (List of Attributes &

12        Levels), 18 - 21 was marked RS-4 for

13        identification.)

14   BY MS. McLAUGHLIN:

15       Q    The court reporter has just handed you

16   what has been marked as Exhibit 4.  What is this?

17       A    This is a list of attributes and levels

18   that I had included in my report that is the input

19   that went into the conjoint survey.

20       Q    Is this the spreadsheet that you were

21   just mentioning?

22       A    Yeah, this is, you know, basically what

23   I would have captured, the debrief from the

24   moderator, but edited it to reflect all the other

25   inputs to get a final form of it.

1    Q    Do you have that version of the
2  spreadsheet that you created after your debriefing?
3  Did you keep that?
4    A    No, this is the final version.
5    Q    So you saved -- this is something that
6  was saved over that version?
7    A    Yes.  Again, it doesn't change.  This
8  is the process I follow.  This has been the process
9  that we follow for all our legal cases as well.
10  This is where the final edits are done and stored
11  and used as part of the inputs that go into the
12  ASEMAP conjoint survey.
13    Q    I understand that, but if I wanted to
14  know what attributes you discussed at the focus
15  group, there would not be a document representing
16  just those discussions, would there?
17    A    It would not be necessary to do that
18  because, again, this is the -- what I need is this
19  input that goes into my survey.
20    Q    Again, you are not answering my
21  question.  My question was not whether you need it,
22  my question is if I was interested in seeing what
23  attributes were discussed at the focus group and
24  what you took notes on into a spreadsheet, that
25  document would not exist; is that correct?

1      A      Well, what I'm saying is that that

2  document in its final shape is right here in front

3  of you in this particular exhibit.  And the inputs

4  have been captured, and along with all the other

5  information, this is the final form of that

6  document.

7      Q      But the form of the document right

8  after your debriefing does not exist?

9      A      It's morphed into this.

10      Q      So yes, it does not exist.

11      A      Yes.

12      Q      Thank you.

13             (Exhibit 2 (Focus Group Screener &

14             Discussion Guide) 7 - 17 was marked RS-5 for

15             identification.)

16  BY MS. McLAUGHLIN:

17      Q      Dr. Sukumar, the court reporter has

18  just handed you what has been marked as RS-5.  Can

19  you tell me what this is?

20      A      This is, you know, again, the screening

21  criteria that was used to recruit participants into

22  the focus group and then a discussion guide that I

23  drafted to -- and gave to the moderators -- the

24  moderator, the expert moderator that did the focus

25  groups, and the discussion guide is a free-flowing

1   set of questions which, again, is not read in this

2   format.  It's meant to just be a guide to help to

3   facilitate the moderator's questioning in the focus

4   groups.

5          Q     When you started -- when you put in

6   notes in the Excel spreadsheet that's now become

7   Exhibit 4 to this deposition, did you already have a

8   list of possible attributes laid out and did you add

9   to it or was the focus group the first step in

10  determining what attributes to include?

11         A     So, you know, I would say the

12  following, which is that if you look at even the

13  focus group discussion guide here there are some

14  suggestive probes to see if these things came in

15  just as a discussion guide.  It's possible that I

16  had that in an initial draft, but more importantly,

17  you know, what it has morphed into is the ability to

18  take all of the other inputs that are coming in and

19  to creating that final form.

20         Q     And how did that final form change

21  based on what was learned at the focus group -- from

22  the focus groups?

23         A     There's a variety of discussion.  Some

24  of the things that I can recall now from memory, you

25  know -- as an example, when we asked things like

1   what was the noise level that -- so, you know, it

2   would have been just a broad noise level as an

3   attribute.  The language for that is kind of what

4   morphed into what you're seeing out here.  So, for

5   example, you know, the noise level was more related

6   to vibrations as an advanced vibration a noise

7   control on the washing machine, which is not -- that

8   seemed to be something -- again, I'm just giving you

9   an example here, but those are the kinds of things

10  that help me craft this final version, along with

11  inputs from other sources.

12       Q      Who attended the focus groups?

13       A      Could you clarify what you meant by

14  "who attended"?

15       Q      How were participants selected to

16  participate in your focus groups?

17       A      There's again, you know, these are

18  recruited.  These are not meant to be a random

19  sample.  Right.  It's a focus group, it's

20  exploratory.  But they do meet the criteria listed

21  in the screening questionnaire, which would be that,

22  yes, we would capture some of the demographic

23  information.  They had to be 18 years or older.

24  We'd have to make sure that they own a clothes

25  washing machine, or an owner of a clothes washing

Page 201

1    machine, and that they met some of the other

2    criteria.

3         Q      But how did you find these people?

4    Does your company have a pool of people to go to,

5    did you use another third-party company to help you

6    locate these people?

7         A      So, something like this, there are

8    different approaches that we might use.  For

9    example, in this case, the facility provider also

10   does some of the recruiting because they may have a

11   pool.  In other instances, if the facility recruiter

12   happens to be part of a mall they would intercept

13   people at the mall and bring them in who are willing

14   to participate in the focus groups.  So there are

15   different approaches that would be used to recruit

16   them.

17        Q      And do you know how the recruiting

18   occurred here?

19        A      I don't recall that, but I think it

20   would be one of these two approaches that would have

21   been used.

22        Q      And where was the focus group?

23        A      Again, you know, that really doesn't

24   impact the -- the inputs that were received to go

25   into these surveys, I don't remember the exact

1   facility or the location.  It might have been -- it

2   probably was likely in New Jersey somewhere, but I

3   don't remember the exact details.

4        Q     On page 8 of this exhibit 5, it's

5   actually the first page that says sample 8.  It's

6   number 8 on the bottom.  It says the -- there will

7   be a telephone-based recruiting and invitation to

8   California or New Jersey.

9             I believe in your report you actually

10  said the focus group was in Pennsylvania.  Why is

11  there a discrepancy between the different states?

12       A     I do believe that the -- they may have

13  had the facility in Pennsylvania, but they would

14  have recruited people out of New Jersey.  So this is

15  sort of the initial note that went out to the

16  moderators who might have given them to the facility

17  owners.  So the facility would have been in

18  Pennsylvania but people recruited would have been

19  New Jersey.

20       Q     What about California?  There was no

21  focus group in California, was there?

22       A     No, there was not.  It says California

23  or New Jersey, just part of the planning process of

24  saying okay, do we want to have one on the East

25  Coast and one on the West Coast, or both.  Again, as

Page 203

1    I said, it's purely exploratory to try to get a lot

2    of input, so it really doesn't change whether we did

3    both of them in Pennsylvania or we did one of these

4    on the East Coast, West Coast.  It doesn't change.

5    We took all different inputs in order to come up

6    with a list of attributes.

7         Q     And if you see SQ 8 in that sample

8    plan, it says you need at least five Maytag owners.

9               Why did you require five Maytag owners?

10        A     Well, it's, you know, the number itself

11   doesn't matter.  We wanted to make sure that the

12   voices of some of the Maytag owners, in terms of

13   what they considered was included, but the exact

14   number, again, this is very exploratory; we wanted

15   to get their inputs.  And part of the process is to

16   make sure that we had included some of those

17   people's inputs as well.

18        Q     And it did not matter to you whether

19   the participants of the focus group had purchased

20   front-loading washing machines or top-loading

21   washing machines, did it?

22        A     Well, the participants, in general,

23   would have purchased a whole range of them.  This

24   being again very inconclusive.  You're not trying to

25   reach price premium on the basis of 16 surveys,

Page 204

1    right --

2          Q      I understand that, I'm just asking --

3          A      -- so it doesn't matter.  And as part

4    of my methodology, it doesn't really matter what

5    they own.  What matters more is what they describe

6    as the things they considered when making a

7    purchase.

8          Q      But you did not restrict it to just

9    people who had bought top-loading washing machines;

10   is that correct?

11         A      You know, clearly we didn't restrict

12   it.  Right.

13         Q      Thank you.

14         A      As I said, it doesn't matter because

15   I'm really trying to explore a whole broad range of

16   attributes.

17         Q      If you turn to page 14 of this exhibit.

18   Okay.  Tell us a little bit about your washing

19   machine, brand, model.  Why were you asking about

20   the model, if again it does not matter to you if it

21   was a top-loading versus a front-loading?

22               MR. MARCHESE:  Objection to form.

23               THE WITNESS:  Well, if you are doing a

24         focus group, you want to get people put in the

25         mindset of what purchases they made.  Some

1        people remember the brand, some people

2        remember the model.  You want to get them

3        talking about it.  So we wanted them to start

4        talking about the purchase.  And then you kind

5        of prime them so that they're next able to

6        talk about what all did they consider and what

7        attributes did they consider.  So it's really

8        meant to be a question to get them talking and

9        get them discussing things.

10  BY MS. McLAUGHLIN:

11       Q      Do you know how many of the focus group

12  participants owned a top-loading washing machine?

13       A      That information is immaterial.  I

14  don't know the answer to that.

15       Q      What was the purpose of asking them

16  about falling advertisements for washing machines?

17       A      Again, very much the same reason, I

18  want to get them comfortable.  People like to talk

19  about advertisements.  People like to talk about the

20  promotions.  People like to talk about the deals

21  they got.  So we wanted to make sure we got them

22  comfortable.  And it's a very standard practice, and

23  a lot of focus groups get them comfortable, get them

24  talking, so that we can then hear specifically, you

25  know, what is it drove their decision, what are the

Page 206

1    things that they considered.

2         Q      Let's turn to page 15, Section F,

3    factors important in choosing a washing machine,

4    brand, model.

5               Which features did the focus group

6    participants say were the most important?

7         A      So if you look at your question right

8    now is suggesting that a focus group should tell you

9    which features are important, i.e., more important

10   or less important.  And a focus group is not

11   designed to do that.  A focus group is really

12   designed to help understand what all people

13   considered.  So if someone found a certain set of

14   things more important they're going to talk more

15   about it.  And so it's really not meant to come to a

16   conclusive, evidence that attribute X is two times

17   more important than attribute Y, as said by 16

18   participants.  It's not the right thing to do.

19        Q      Well, as you recall from your

20   debriefing -- or do you recall from your debriefing

21   which are the attributes that were discussed as more

22   important to them or that they focused on more in

23   their discussions?  If you don't recall, you can

24   say, I don't recall.

25        A      So I don't recall, and I think, you

Page 207

1    know, it doesn't change my approach or methodology.

2    It doesn't change the results.  It clearly is a

3    demonstration that we were comprehensive in what we

4    took into account in designing the attributes that

5    drove people's purchases.

6         Q      Please turn to page 16, the ENERGY STAR

7    qualification.

8               What was the purpose of having this

9    many probes on ENERGY STAR?

10        A      Well, we wanted to make sure that if

11   someone said ENERGY STAR qualification, we wanted to

12   have them talk about it to see if there's anything

13   else specifically that meant beyond ENERGY STAR.  So

14   as an example, high-efficiency is something that,

15   you know, was not -- if I can recall a little bit,

16   you know, high energy efficiency was talked by a few

17   people, and I wanted to make sure that if it came

18   out, if we had these probes going in, is some of

19   that going to come out in that instance.

20              Again, it doesn't change what I did in

21   the quantitative survey, and as you can see, there's

22   a comprehensive list of attributes, and the

23   methodology is very sound.  This is just a reason to

24   say, you know, did people tell you anything more on

25   ENERGY STAR.

1      Q      And do you know if these questions

2    were, in fact, discussed at the focus group, the

3    questions listed in the probe for ENERGY STAR

4    qualifications?

5      A      I was not present myself.  If the

6    discussions on ENERGY STAR had come up and they were

7    adequate then maybe those probes were not necessary.

8    If they needed to look at and see how the expert

9    moderator needed to have more inputs then she may

10   have probed some more out of them.

11     Q      What I'm not understanding is, you say

12   your focus group, the purpose of it was to

13   understand all the different attributes, and

14   obviously you knew ENERGY STAR was going to be an

15   attribute, that's the whole purpose of this survey.

16   Why was there such a focus on ENERGY STAR at your

17   focus group, if you were mostly interested in

18   learning about all the different attributes?

19              MR. MARCHESE:  Objection to form.

20              THE WITNESS:  So, if you think about,

21         you know, what we talked about earlier in one

22         of your questions, about looking at a list of

23         attributes that are more important than the

24         claim attribute here, the ENERGY STAR logo,

25         and a few that are less important, because

1          what don't want to do is, you don't want to

2          stack up all attributes that are likely to pop

3          up.  You know, again, this is very

4          qualitative.  This is not a conclusive

5          evidence.  So you do want to make sure that

6          you have a wide range of attributes that you

7          want to consider.  So in talking -- in these

8          probes, the whole idea was, are there other

9          things.  People say I really didn't think

10         about ENERGY STAR, but there were other things

11         that mattered to me, and these are the ones,

12         you know, less important or other things that

13         people say that are more important, but it's

14         not a question of how much more important it

15         is.

16   BY MS. McLAUGHLIN:

17         Q     I understand that.  My question was,

18   you list half a dozen, maybe more, probes for the

19   ENERGY STAR attribute, but none for any of the other

20   attributes, and so I'm just wondering why such a

21   focus was at the focus group on ENERGY STAR as

22   opposed to what else should be included in your

23   survey.

24               MR. MARCHESE:  Objection.  That

25         question misstates the document.

Page 210

```
 1              THE WITNESS:  So, you know, clearly, as
 2         I mentioned, it's a focal attribute.  And when
 3         we're trying to estimate -- my assignment here
 4         is to estimate the price premium associated
 5         with that.  So in probing that, the whole idea
 6         here is, are there things.  And if you look at
 7         a lot of the other attributes are less about
 8         something like an ENERGY STAR, they're very
 9         specific and easily understood by people.  So
10         you want to see if there are things that pop
11         up.  And again, it's highly likely that the
12         moderator never even made those probes because
13         people came up and said, you know, ENERGY STAR
14         logo was something they considered in their
15         purchase decision and there were other things
16         that they considered and they felt some were
17         more important, some were less important.  And
18         realistically, we wanted a range of things to
19         include.
20    BY MS. McLAUGHLIN:
21         Q     Do all people understand what ENERGY
22    STAR means?
23         A     Well, as I recall from -- you know,
24    again, it's been a while, so from what my moderator
25    suggested was that people understood that.  They
```

Page 211

1    understood the ENERGY STAR logo, and I'm not

2    necessarily -- they see the logo.  They see it's

3    critical, and I think it's validated now by looking

4    at the conjoint survey that consumers do understand

5    what it is and how important it is as compared to

6    some of the other attributes.

7         Q     Does everyone have the same

8    understanding of what the ENERGY STAR logo means?

9         A     That doesn't matter.

10             MR. MARCHESE:  Objection.

11   BY MS. McLAUGHLIN:

12        Q     That's not my question.  My question

13   wasn't does it matter if everyone understood:  Does

14   everyone have the same understanding of the ENERGY

15   STAR logo and what it means?

16             MR. MARCHESE:  Objection, outside the

17        scope.

18             THE WITNESS:  I'm going to answer it

19        like I said before.  It really doesn't matter

20        because if they did not understand it and it

21        was not an important driver of their purchase

22        decisions, then the conjoint survey would have

23        validated by either suggesting that the price

24        premium is very small, or when we look at the

25        attribute importance itself would that have

Page 212

1          been at the bottom of the 19 attributes rather

2          than where it is.

3     BY MS. McLAUGHLIN:

4          Q     So you're saying -- I think you still

5     haven't answered whether all people have the same

6     understanding of what the ENERGY STAR logo means.

7               MR. MARCHESE:  Objection to form,

8          outside the scope.

9               THE WITNESS:  People understand the

10          presence or absence of the ENERGY STAR logo.

11          They may or may not need to understand all the

12          technical details.  For them the ENERGY STAR

13          logo suggests a certain set of benefits, and

14          that is clearly validated in the conjoint

15          survey by looking at the price premium.  Now,

16          if it was not beneficial to them, if it was

17          not an important driver, they would not have

18          considered that attribute.  That would be at

19          the bottom of the pile.

20     BY MS. McLAUGHLIN:

21          Q     And do people have different

22     understanding of what those certain set of benefits

23     are associated with the ENERGY STAR logo?

24               MR. MARCHESE:  Objection, lacks

25          foundation.

1              THE WITNESS:  For the purposes of our

2         survey here, you know, we are not testing them

3         on the electricity versus water savings, et

4         cetera.  You know, they are clearly seeing the

5         logo on some machines.  And in this case, in

6         the conjoint survey, it's all about if that is

7         an important attribute, they're looking at the

8         presence of the ENERGY STAR logo versus the

9         absence of the ENERGY STAR logo.

10   BY MS. McLAUGHLIN:

11        Q     So turning back to page 16 at the

12   bottom, number 5.  It says, Can you please indicate

13   your top 5 from the below list?

14              If you asked -- discussed with

15   participants to find out their top five, why

16   couldn't you use the focus group to make a list of

17   maybe the top ten that came up, or the ones that

18   were repeated so often?  Why again do you have to go

19   back to the 19 attributes if people can rank what

20   their top five is?

21        A     Well, if you look at Consumer Reports,

22   if you look at how retailers describe their

23   products, as well as you take the inputs from the

24   conjoint survey, you want to create a list that is

25   comprehensive so that we have some attributes that

Page 214

1    are more important than the ENERGY STAR logo,

2    whether it's present or absent, and some attributes

3    that are less important.  So the asking of that

4    question was to determine where in that whole list

5    do the other attributes fall so that we have a

6    comprehensive list that we want to consider.

7              Again, you go to Consumer Reports, you

8    go to the retail shops itself, a lot of the

9    attributes that have been included, a majority of

10   them that I included are actually descriptions that

11   are given on products.  I don't see that -- as I

12   said, if I went through a shorter list of

13   attributes, in fact, it's highly likely that the

14   ENERGY STAR logo would be upward biased in terms of

15   the price premium that we would calculate.

16        Q    Turn back to, I believe it's Exhibit 4,

17   the list of attributes.

18             Did you include every possible level

19   for every attribute?

20        A    Again, my expert opinion, and having

21   looked at all the Consumer Reports and product

22   descriptions I included a comprehensive list.  I

23   don't necessarily need to include every single list,

24   every single level, but I would say that clearly the

25   list that is here is very comprehensive.

1    Q     But you can't say that it includes

2  every level?  That's all I'm asking, does it include

3  every level that is possible for every attribute?

4    A     As far as the conjoint survey

5  methodology is concerned, I don't need to do that.

6    Q     But did you do that?  It's a very

7  simple yes or no.  I just want answers.  Very

8  simple.

9    A     I'd tell you yes because I was very

10 comprehensive.  I took a very, you know, rigorous

11 approach in putting together this list.  And I do

12 strongly believe that you see here a fairly

13 comprehensive list of attributes and the levels

14 describing them.

15    Q     So if you look at attribute number 3,

16 which is ENERGY STAR, which is two levels, no ENERGY

17 STAR logo, ENERGY STAR logo.  In your survey, did

18 you explain what the ENERGY STAR is, or what the

19 logo is?

20         MR. MARCHESE:  Objection, compound.

21         THE WITNESS:  So there's a very high

22    awareness of the ENERGY STAR logo, and I think

23    this is something that I've seen in, you know,

24    different materials where clearly there's a

25    very high awareness of this; and in the focus

Page 216

1        group as well.  It was an attribute that was

2        considered quite extensively.  So for me

3        giving an additional definition, a technical

4        definition, is not necessary because what it

5        really amounts to is, is it present or not

6        present.

7               If someone did not know what the ENERGY

8        STAR logo is, that means that they would not

9        have considered that in their purchase

10       decision and that attribute would not have as

11       much value for them as compared to others.  So

12       when I look at the aggregate value that I'm

13       looking at computing, and the price premium

14       I'm computing that whole range of, you know,

15       value for different people will help me get to

16       what I'm really looking at in terms of the

17       price premium.

18   BY MS. McLAUGHLIN:

19       Q      I'm going to move to strike that as

20   nonresponsive.  All I asked was a simple question,

21   did you include a definition or explanation.  Is the

22   answer no?

23              MR. MARCHESE:  Objection to form.

24              THE WITNESS:  The answer is I did not

25       need to include it.

Page 217

1    BY MS. McLAUGHLIN:

2         Q       I didn't ask if you needed to.  I just

3    asked if you did.  It's a simple yes-or-no question.

4         A       Well, I did not include it.  I do not

5    believe that it is necessary.

6         Q       That's all I needed.  Very simple.

7                 If you turn to page 9 of your report,

8    in the Section B under Survey Design.  In that first

9    paragraph, second sentence, The ability to reduce

10   the consumption of electricity and water to clean

11   clothes is an important defining factor.

12               Did your survey attempt to determine

13   the price premium associated with the relatively

14   more energy-efficient washer?

15               MR. MARCHESE:  Objection to form.

16               THE WITNESS:  My survey, it was used to

17        determine whether -- what the price premium

18        was that you would allocate, if any, to the

19        ENERGY STAR logo, which, you know, in turn,

20        has these efficiently measures of electricity

21        and water.  So in that sense, yes, it did take

22        into account the understanding of the price

23        premium and the value associated with the

24        ENERGY STAR logo.

25   BY MS. McLAUGHLIN:

Page 218

1       Q       But you did not directly test a more

2    energy-efficient washer versus a less

3    energy-efficient washer and the premium people place

4    on that?

5       A       The ENERGY STAR logo is a reflection of

6    -- the presence of the ENERGY STAR logo is a

7    reflection of a washer -- a clothes washing machine

8    that is more energy efficient, and so the comparison

9    of the presence of the logo versus the absence of

10   the logo gets the answer to the question you're

11   asking.

12      Q       But you did not test how efficient a

13   machine is, it was just, yes, they have the logo or

14   doesn't have the logo, not actually looking at the

15   efficiency of a washing machine and the different

16   levels of efficiency; is that correct?

17               MR. MARCHESE:  Object to form.

18               THE WITNESS:  Consumers don't

19          understand the exact technical details of the

20          amount of energy efficiency.  So to test the

21          logo is adequate, and it takes into account

22          the holistic issue associated with the energy

23          efficiency.

24               (Energy guide logo was marked RS-6 for

25          identification.

Page 219

1    BY MS. McLAUGHLIN:

2         Q       The court reporter is handing you what

3    has been marked as Exhibit RS-6.

4                 Have you seen this before?

5         A       I haven't seen exactly this particular

6    label, but I have seen these labels on, you know,

7    washing machines that describe this, yeah.

8         Q       Well, I'll represent to you that this

9    is an energy guide label from one of the washing

10   machines at issue in this case.

11                Are you aware that Federal law requires

12   that this energy guide label be affixed to every

13   washer before its sold?

14        A       I'm not an expert on what the Federal

15   Government requires, so I really do not know, and

16   for me to comment on it would not be correct.

17        Q       Do you understand that these are

18   affixed to washing machines generally at the point

19   of sale?

20        A       Yes, I understand that's the case;

21   yeah.

22        Q       So if you look at the energy guide

23   label, it shows on the estimated yearly operating

24   costs that this washer has an estimated operating

25   cost of $22.

Page 220

1              Could you have done an attribute of

2      estimated yearly operating costs with one level

3      being 22, another being 30, another being 70?  Could

4      that have been an option for you; yes or no?

5                    MR. MARCHESE:  Objection to form.

6                    THE WITNESS:  The answer is no because,

7           again, going back to the extensive inputs that

8           I considered, whether it's the Consumer

9           Reports or, you know, the retail flyers that

10          people look at and consider before they walk

11          into the store, or the focus groups, consumers

12          don't necessarily -- do not talk or

13          necessarily understand specifically what it

14          means to have an energy estimated yearly

15          operating cost.  However, the logo itself was

16          something that they recognize and consider in

17          making those purchase decisions.

18     BY MS. McLAUGHLIN:

19          Q     But you could have put this as an

20     attribute, whether or not consumers had told you

21     about in the focus groups, you could have made an

22     attribute of estimated yearly operating costs with

23     various levels.  That's something you can do in

24     creating a survey.

25                    MR. MARCHESE:  Objection to form.

1              THE WITNESS:  Well, the fact that the

2         attribute is not something that you see on

3         promotional flyers or whether you see it in

4         the focus group being mentioned is a good

5         enough.  I mean, we had 19 attributes, and I'm

6         not testing the price premium on the $22, I'm

7         testing -- my assignment is about looking at

8         the price premium on the ENERGY STAR logo, so

9         there's clearly a perception created when

10        people look at this information.  There's so

11        much other additional noise here that really

12        the ENERGY STAR logo is what we are looking at

13        and what they're considering in their purchase

14        decision, and for me to look at the price

15        premium of the ENERGY STAR logo is what is

16        more critical.

17   BY MS. McLAUGHLIN:

18        Q     Well, do you understand that in this

19   case, the Plaintiffs here are alleging that the

20   machines did not deliver on the estimated operating

21   costs that was promised?

22        A     Well --

23              MR. MARCHESE:  Objection.  Allegations

24        in the Complaint speak for themselves.

25              THE WITNESS:  Yeah, so for me, I mean,

Page 222

1            the Complaints describe that.  I'm not an

2            expert on the Complaint or the Federal

3            regulations or testing practices.

4   BY MS. McLAUGHLIN:

5            Q     I understand that, but that's an

6   allegation in the claim.  You could have tested

7   people's desire for a washing machine -- value of a

8   washing machine that promises to only cost $22 per

9   year versus one that promises to cost $30 per year,

10  you could have tested that proposition?

11                MR. MARCHESE:  Objection, asked and

12           answered.  Objection to form.

13                THE WITNESS:  See, in my expert

14           opinion, and I think I can look at other

15           pallet examples.  You know, in an automobile

16           you see in very small fine print how much

17           gasoline is needed to expend for the whole

18           year.  That, if you look at in focus groups

19           that I've done, you will never see that come

20           up as an important attribute.  You also don't

21           even see that in advertisements, in news

22           flyers or any such thing.  It's the same

23           example out here.  It's not a purchase driver

24           and it is not necessary for me to include this

25           as an attribute.

1    BY MS. McLAUGHLIN:

2         Q     All right.  I'm going to move to strike

3    that as non-responsive.  Let's move on.

4              MR. MARCHESE:  How is that

5         nonresponsive?

6              MS. McLAUGHLIN:  I asked a very simple

7         question, could you have included this as an

8         attribute and he gave a long diatribe about

9         car ratings and the importance of this to

10        buying and focus groups.  It did not respond

11        if that could have been created as an

12        attribute with levels.

13             MR. MARCHESE:  He said that he could

14        have done it, but just because you could do it

15        doesn't mean you should do it.

16             MS. McLAUGHLIN:  But I don't think he

17        said that you could do it.

18             MR. MARCHESE:  Most consumers don't

19        understand all the noise surrounding it.

20             MS. McLAUGHLIN:  I didn't ask "should

21        you include it," I asked "could you."  It's a

22        very different question.

23             MR. MARCHESE:  Right.

24             MS. McLAUGHLIN:  And I just wanted a

25        simple answer, I could, but I did not.

                                                        Page 224

1              MR. MARCHESE:  Well, let's move on to

2        the next question.

3              MS. McLAUGHLIN:  That's what I was

4        hoping to do.

5              (Exhibit 6 (Survey Screenshots), 31 -

6        96, was marked RS-7 for identification.)

7              THE WITNESS:  There are two copies.

8   BY MS. McLAUGHLIN:

9        Q     Yeah, I think that was meant for one of

10   the other attorneys here.

11              Dr. Sukumar, the document just handed

12   to you is labeled as RS-7.  What is this?

13        A     We used a survey program, and this is

14   just a screen shot of how the survey shows up.

15        Q     Now, this is not a copy of the survey

16   that was received and filled out by every single

17   participant, is it?  This is an example of what

18   someone could have seen?

19        A     This is just an example of what someone

20   could have seen.

21        Q     Who filled out the answers in this

22   question -- in this survey?

23        A     Well, I have staff who I ask to help me

24   with taking the screen shots and they would have

25   just assigned some numbers because, again, this, as

1    I said, it's a screen shot.  It's an example.

2         Q       So this is not a sample survey by one

3    of the 530 participants in your survey, is it?  Or

4    it's something by one of your staff members?

5         A       Again, the whole purpose here is to

6    give you an example of a screen shot.

7         Q       Could we have received a screen shot

8    for each of the 530 participants?  Is that something

9    that you can get?

10        A       So you have the data on questions

11   outside the ASEMAP given to you in a flat file, in

12   an easily readable Excel file.  That would be

13   exactly what the questions that they had punched

14   into the survey.  And then for the ASEMAP portion of

15   it, we've actually given you what the data is that

16   the ASEMAP collects for each one of these different

17   steps that are followed by the respondent.

18        Q       Again, I just want to know, is it

19   possible to see a screen shot of what every

20   participant received?  It may be and that's fine.  I

21   just want to know is that a possibility.

22        A       So, yes, that's a technical thing that

23   I may have to check.  Never having been asked that

24   before, I would have to check and let you know.

25        Q       Turn to page 48 at the bottom of this

Page 226

1   exhibit.  It's the page entitled, Instruction

2   Screen.  Now, I'm going to ask you to kind of do a

3   little flipping with your report.  I just want to --

4   you list some steps in your report and I want to

5   make sure I have each step corresponded to where in

6   your survey it happened.  So if you would turn to --

7   back to page 12 of your report.

8           Does step number one, under the ASEMAP

9   section on page 12 of your report, correspond to

10  what is happening on page 48 of the screen shots

11  exhibit?

12      A    That's correct.

13      Q    And if you can look over pages 50 to 68

14  of the screen shots exhibit.  And this is the

15  section titled at the top of each one, Attribute

16  Being Rated.

17          Do these pages correspond with step

18  number two on pages 12 to 13 of your report?

19      A    That's correct.

20      Q    Now, in step 2 you say that -- in that

21  second sentence, The desirability ratings for all

22  levels of each feature are linearly rescaled, if

23  necessary, so that the least preferred level of each

24  feature has a desirability rating of zero and the

25  most preferred level has a rating of 10.

Page 227

1          What do you mean by that?

2     A     So again, what the ASEMAP software

3  does, it allows you to put a desirability score for

4  each of these levels of that particular attribute.

5          And if you suggest that -- like on page

6  68, a standard one-year warranty is least desirable,

7  that he's a four, a two-year limited warranty on

8  specific parts is also four, and then the most

9  desirable is 10 -- is the 10-year limited warranty

10 on specific parts.  So we would rescale that to go

11 from zero to 10 and understand what is the threshold

12 that people are looking at.  This step is really

13 meant to understand the thresholds in terms of how

14 things change.  And then later on there's a section

15 which allows us to understand how important the

16 attributes are so that we can look at both of them

17 together in order to come up with the estimated

18 value of the part.

19    Q     So if we're taking the ENERGY STAR

20 question and someone says they have a three for not

21 having a logo and a five for having a logo, would it

22 then be rescaled so that not having a logo is a zero

23 and having the logo is a 10?  Is that how it works?

24    A     I just need to check one thing.  These

25 are some of the technical details in the paper.

Page 228

1      Q      I apologize.

2      A      And I'm sorry, I -- you know, this

3  particular step, the rescaling happens not directly,

4  so it's not as simple as what you're describing.

5  And the exact technicality of it would be hard for

6  me to explain today.

7      Q      Turn to -- back to the screen shots

8  exhibit.  If you turn to page 70.  It says,

9  Section 2, categorization and linking, at the top.

10             Does this page correspond to number 3

11 on page 13 of your report?

12     A      That's correct.

13     Q      Now, I'm guessing at this point every

14 participant receives a different -- the page looks

15 different for each participant?  Or did they receive

16 something that looks exactly like what is shown on

17 page 70?

18     A      No, it would be different for every

19 participant.  It's randomized, and then depending on

20 how they answer the first half of what they're

21 picking, the next screen that they see for their

22 rank ordering, those would be different.

23     Q      So I understand that this is -- you're

24 giving them changes.  So from one thing to another

25 thing, how do you determine what those two items

1    are?  Is it what they put as their least desirable

2    to their most desirable on the last section?

3         A      That's correct.

4         Q      And what happens if they gave

5    everything the same -- they gave a 5 down the

6    middle, how would you -- how would they see it in

7    here?  So say someone -- ENERGY STAR logo, they're

8    completely and different in both ways so they gave

9    both a 5, what would they see in this case?

10        A      It won't let them move to the next

11   stage because you really want to see a difference

12   there.

13        Q      So you require participants to specify

14   a different number, desirability?

15        A      Correct.  Correct.

16        Q      Turn to page 72 of your screen shots.

17   And this is a section where you ask participants to

18   rank the changes of each attribute.  Is that

19   correct?

20        A      That's correct.

21        Q      And does this section correspond to

22   step number 4 of your report, on page 13?

23        A      That's correct.

24        Q      Now, would it be -- they don't rank all

25   19 attributes at once; is that right?

1     A      That's correct.  So the previous step

2   they have identified which ones are in the first

3   bucket, which ones are in the second bucket, and

4   then each bucket is ranked in that fashion.  So

5   again, you know, the purpose of it is to make sure

6   we get the most amount of information from them to

7   estimate the value.

8     Q      So you get their top 10 and then the

9   next screen, which is page 73, you do their bottom

10   9?

11     A      That's correct, and that leads to a lot

12   of engagement on their part as well as they go

13   through the exercise.

14     Q      Turn to page 78 of the screen shots

15   exhibit.  Does this step correspond to number 5 on

16   page 13 of your report?

17     A      That's correct.

18     Q      So now how does -- and maybe this is

19   too technical, so you can give me a very simplified

20   version of it.  How does the ASEMAP software

21   determine what questions are asked to each

22   participant?

23     A      So a very simple answer would be to say

24   it's in the Journal of Marketing Research paper in

25   the statistical details, and a second simple answer

Page 231

1    would be to say is that as the first set of pairs

2    are shown, depending on which attributes are

3    considered to be more important, and by how much

4    more.  There's a statistical procedure that is

5    running in the background that is estimating how

6    important one attribute is as compared to the

7    others.  So the more important attributes we end up

8    measuring a lot more so that we can get a lot more

9    accuracy on that and the lesser important attributes

10   we would end up having lesser amount of measurement.

11   So that's sort of the very general English version

12   of the expression.

13        Q     And I appreciate that.  So if I

14   understand it correctly, I get one comparison

15   question, and the way I answer it may dictate how my

16   next comparison question is going to look; is that

17   right?

18        A     That, in a very general set of terms,

19   yes.  But the exact statistical procedures are a lot

20   more complicated.  Again, they're described in the

21   paper.

22        Q     And which paper is that?

23        A     This is the Ofek, Netzer and Srinivasan

24   Journal of Marketing Research that was published in

25   the American Marketing Association.

Page 232

1         Q       Thank you.  And in step 5 of your

2    report on page 13 you mention that previous research

3    has shown that 13 paired comparisons are sufficient.

4    Does that mean that each respondent gets just 13

5    questions or does some get more, some get less?

6         A       We cap it at 13 because what we've seen

7    is that if you go to 15 -- typically we need odd

8    numbers of pairs to be shown, again, based on the

9    math and the statistics around it.  If you go to 15

10   you start to lose accuracy, meaning fatigue starts

11   to set in, just like --

12        Q       Today.

13        A       -- with exposure of that and the

14   accuracy of the attribute value goes down.

15        Q       Now, in this section of the screen

16   shots, so let's take page 78, you're asking people

17   to allocate 100 points between the changes of --

18   between two different changes; is that right?

19        A       We are asking them to allocate 100

20   points, but in two attributes with the changes

21   described in them.  Right.  So the ENERGY STAR

22   attribute, whether it's no ENERGY STAR logo versus

23   ENERGY STAR logo, and then the second attribute is

24   color of finish of the clothes washing machine

25   between metallic gray, which was the least

Page 233

1    preferred, and white, which was the more preferred,

2    so really the tradeoff is between the attributes,

3    but the comparisons of the levels are given to them

4    as well.

5         Q    Why is it given to them in terms of

6    changes?  Why not just say ENERGY STAR logo and

7    white color and have them rate which is more

8    important?  Why are you presenting in terms of

9    changes?

10        A    Again, you know, it's described in the

11   paper the changes help them understand more

12   effectively how to trade off one attribute versus

13   another attribute, because what we really want to do

14   here at this stage is do a very good job of

15   measuring the accuracy of how important one

16   attribute is versus another, and showing them the

17   context of what they found as being more desirable

18   versus least desirable is helpful in that

19   comparison.

20        Q    And people don't find it -- when I read

21   it, this confuse me because I have to think, do I

22   prefer no ENERGY STAR logo to more ENERGY STAR logo.

23   There's so many different dimensions that it seems

24   confusing.  You've not found that this is a

25   confusing method?  Because it certainly struck me as

1    not being intuitive --

2                MR. MARCHESE:  Objection.

3    BY MS. McLAUGHLIN:

4        Q       -- as opposed to just having ENERGY

5    STAR logo and being able to say which do I prefer?

6                MR. MARCHESE:  Objection to form.

7                THE WITNESS:  So, you know, I told you

8           we started using the software in 2004.

9           Forgive my diatribe, but I want to make a case

10          for why we -- our consumers and survey takers

11          essentially said, no, it's not confusing, it

12          really helps me understand which one was

13          important and by how much more.  So ever since

14          the software was designed in 2004 a lot of

15          feedback has been gotten in how consumers

16          react to the interface to what they're looking

17          at, and you will see, and some of the results

18          are published in the Journal of Marketing

19          Research paper, where responders and survey

20          takers and consumers have essentially said

21          it's very engaging for them, it's very clear

22          as to what it is, and they feel that they're

23          making the right kind of tradeoffs very much

24          like they would do in the real world.  So

25          sorry for that long answer, but I wanted to

Page 235

1      make sure.
2              MR. MARCHESE:  We've been going for
3        about an hour.  Can we just take another quick
4        break?
5              MS. McLAUGHLIN:  Can we do it as quick,
6        because they've been running rather long and I
7        would love to cut out sooner than later.
8              MR. MARCHESE:  All right.  Then we'll
9        keep it to five minutes.
10             MS. McLAUGHLIN:  All right.  That would
11       be great.  Thank you.
12             VIDEO OPERATOR:  We're going off the
13       record at 4:39 p.m.  This is the end of disc 6
14       in the deposition of Dr. Sukumar.
15             (Brief recess.)
16             VIDEO OPERATOR:  Going back on the
17       record, 4:45 p.m.  This is the beginning of
18       disc 7 in the deposition of Dr. Sukumar.
19   BY MS. McLAUGHLIN:
20       Q     Dr. Sukumar, did all of participants
21   receive questions on comparing the relative
22   importance of the ENERGY STAR logo to another
23   attribute?
24       A     Well, they would get exposed to the
25   ENERGY STAR logo, and then depending on if it was

Page 236

1    something that was lower in importance for them,

2    then the way the methodology works is they may or

3    may not get exposed to it multiple times.

4         Q     Would everyone receive at least one of

5    these slighter comparison questions, including the

6    ENERGY STAR logo?

7         A     It depends on, you know -- again, this

8    gets into a lot of the technical details, and it

9    depends on how they answer the questions.  They --

10   everyone may not get one of those sliding bars.

11        Q     So some people may not receive any

12   questions for the ENERGY STAR in this comparison

13   section?

14        A     That's right.  It's partly because they

15   already ranked it as being at the bottom, and

16   measurements at the bottom may be less important to

17   take as compared to the top, and if you look at the

18   details of the statistics around how that

19   calculation is done for those at the bottom -- it's

20   in the paper and the technical details can be

21   discussed.

22        Q     If it's the case that a participant did

23   not receive any ENERGY STAR comparison questions,

24   how would you compute a part worth for the ENERGY

25   STAR value for that person?

Page 237

1      A      So all participants saw the ENERGY STAR

2  logo in the first step where they were exposed to

3  the attributes and the levels.  They also saw it in

4  the next step, which is where they were asked to

5  indicate the desirability of those levels.  In the

6  sliding bar case, if that attribute was less in

7  importance and they also saw it in the third step

8  and they were doing the sorting exercise,

9  categorization and sorting exercise, they also saw

10  it in the fourth step, which would be the ranking

11  exercise, in the pair-wise importance comparison --

12  when they do the sliding bar or the pair-wise

13  comparisons, if the attribute was in the lower level

14  or the lower degree of importance, as indicated by

15  the previous steps, then they are less likely to see

16  any measurements there because, as the technical

17  details of the paper suggests, that attributes that

18  are at the tail end of that importance do not need

19  to be measured very accurately, and we measure it

20  using the -- the interpolation of the importance

21  between -- of an attribute above it as compared to

22  the attribute below it.

23      Q      So if a person does not get a

24  comparison question on the ENERGY STAR logo, you

25  would still compute a part worth for that person?

1        A       That's correct.  And also because

2    they've gotten the desirability scores which tell

3    us, you know, how desirable one level is as compared

4    to the other, and the attribute importance, how

5    important is the attribute itself, is something that

6    is measured as being less important and being at the

7    tail end of it.  So it's almost important for the

8    ENERGY STAR logo as close to a zero, and relatively

9    speaking as compared to things above it, so the

10   part-worth utility would be computed -- would still

11   be computed, but it would be a very, very small

12   number because the importance of that -- of the

13   ENERGY STAR logo attribute is very small.  It's way

14   at the bottom.

15       Q       And would some participants get two,

16   three, four questions about the ENERGY STAR logo in

17   the comparison section?

18       A       It's likely.  I don't know the exact

19   nature.  It depends on, -- again, this is an

20   adaptive algorithm that is very accurately measuring

21   how important the attribute is.  If the attribute is

22   of greater importance they will get more

23   measurements.  If the attribute is of lesser

24   importance there would be a lesser need to measure

25   those.

Page 239

1      Q      If you could turn to page 90 of the

2  screen shots exhibit.  And this is Section 4,

3  Likelihood to purchase clothes washing machine.

4          Does this section correspond with step

5  number 6 on pages 13 to 14 of your report?

6      A      That's correct.

7      Q      And as I understand your report, this

8  section does not -- the answers to this section do

9  not go into your price premium calculation; is that

10  right?

11      A      So, just to correct, the answers to

12  this section do not go into the estimation of the

13  actual value for the conjoint -- for the attribute,

14  the presence or absence of the attribute.  However,

15  and this is that section where we also calculate the

16  adjusted R spread so we know what people said in the

17  value section of it as compared to how they would

18  react when they see a particular profile.  We do

19  estimate what is said, you know, what is reported

20  out here, the logo odds ratio, and a logistic

21  regression is run, so we do get a coefficient, a b0

22  and b1 coefficient.  And the b1 coefficient is

23  critical to include in the price premium -- in

24  formula 14 of the price premium calculations.

25      Q      If you could turn back to -- actually,

Page 240

1   let's do it this way.

2          (Respondent ID document was marked RS-8

3      for identification.)

4   BY MS. McLAUGHLIN:

5      Q      The court reporter has just handed you

6   what has been marked as Exhibit 8.  Do you know what

7   this is?

8      A      So this is the -- this comes from the

9   ASEMAP software.  We've taken screen shots.

10  Obviously the data that is being captured is

11  captured and the calculations are built into the

12  ASEMAP software, and this is literally for every

13  respondent, if you look at respondent ID, and it

14  gives an ID to match to the flat file that gives you

15  the part-worth utilities and, you know, then

16  subsequent to that the calculations in the computer.

17  So this is that raw file, raw data, that comes out

18  of ASEMAP and screen shots being captured of that.

19     Q      I'll represent to you that that

20  document we received was about 4,000 pages long and

21  so this Exhibit 8 is just, I think, a 36-page

22  sample.  It is not representative of the entire

23  universe because I did not want to lug that to this

24  office today.

25             So if we look -- take example of this

1    first person here.  It's respondent 2635.  Looking

2    at the desirability matrix on this page 1, this

3    person would have indicated a 3 for no ENERGY STAR

4    logo and an 8 for an ENERGY STAR logo.

5              Am I reading that properly?

6       A    Yes, that's correct.

7       Q    So if we proceed to page 3, the bottom

8    of that chart, it says Importances.  What do each of

9    the columns in this box mean, besides attributes?

10      A    So the Journal of Marketing Research

11   paper talks about the detailed statistics.  There's

12   a logistic regression when they do the sliding bar

13   step, and based on that, the importance of every

14   attribute is being computed out here.  So the first

15   column is for this respondent, how important is one

16   attribute as compared to the other.  So this is a

17   percentage in importance that you're getting,

18   relative importance.

19              The second column is giving you how

20   they ordered this particular attribute when they

21   were doing the rank ordering exercise.  The next

22   column there where it says order in parenthesis,

23   attribute, this is telling you, if I recall

24   correctly, again, you know, if my memory serves me

25   right, this says after the part-worth utilities are

1    computed and the importances are created through

2    using the sliding bar scales, all the mathematics

3    and statistics are computed, what is the rank order

4    of this particular attribute, and correspondingly

5    then, the rank order correlation is on the next page

6    at the bottom, the .909.  This last column, the R

7    max minus R min, I can't tell you exactly what that

8    is.  I just don't have my technical cheat sheet, if

9    you want to call it that, and I can't remember all

10   the details from the top of my head.

11        Q    So do I read it correctly, if we look

12   at the ENERGY STAR attribute, this person ranked

13   ENERGY STAR ninth out of the 19 attributes.

14             Am I reading that correctly?

15        A    Correct, they are ranked it ninth in

16   the rank ordering exercise.  However when they

17   looked at all the other attributes, the importance

18   of this moved to number 13.

19        Q    So if you look in the next page, page

20   4, pair comparisons, and page 5, this person did not

21   receive any questions on ENERGY STAR.

22             And that would be because their

23   importance was lower?

24        A    When they did the trade off, the

25   sliding bar scales, there were other attributes that

Page 243

1    they pointed to as being a lot more important.  And

2    so more measurement was taken among the more

3    important attributes and they did not get the ENERGY

4    STAR attribute because it went to the bottom of

5    their pile.

6         Q     So that's why they didn't get any

7    questions -- comparison questions?

8         A     Because it moved down to the bottom.

9    It's 13 out of 19.

10        Q     So if you look back at page 4, when you

11   look at the comparison questions, is this what's

12   showing you what the two attributes they were asked

13   to compare, so one was the change in the brand and

14   one was change in the vibrations, noise level?

15             Is that the right way to read this?

16        A     That's correct.

17        Q     And the values in the first example, it

18   was a 90 for brand, so when they slid it all the way

19   over to the 90 marker and the vibrations went down

20   to 10.

21             Am I reading that right?

22        A     That's correct.

23        Q     You can put that exhibit aside.

24             Turn to page 13 of your report, step 5.

25   Let me know when you're done reviewing that

Page 244

1    paragraph.

2         A     Yes.

3         Q     So the sentence that I'm wanting to

4    focus on, it says, The importance multiplied by the

5    desirability scores (obtained from step 2) provides

6    the values for the different levels of each feature.

7               What does "desirability" mean?

8         A     So in academic literature, desirability

9    is a scale that is used in the self-explicated part

10   of a conjoint survey like this.  And the different

11   levels are shown and a rating is done from zero to

12   10 to understand how desirable one level is as

13   compared to another level.

14        Q     So what are units of desirability?

15        A     The unit of desirability is a rating

16   scale, so zero is -- is not at all desirable and 10

17   is that particular level is extremely desirable.  So

18   you have a scale from zero to 10 and there are

19   levels in between that anyone can pick to express

20   what their desirability is of a particular level of

21   an attribute.

22        Q     And you mentioned this is coming from

23   the academic literature.  What literature are you

24   referring to?

25        A     So what Professor Srinivasan has built

1    in here, there are prior conjoint pieces using

2    self-explicated conjoint where the desirability

3    scales are commonly used.  And it's those literature

4    that I'm talking, I'm not pointing to a very

5    specific one, but this previous work that has been

6    published in the conjoint literature as well as in

7    understanding consumer behavior what -- how do you

8    take into account what is important to consumers and

9    their behaviors, there are different models that

10   talk about the desirability scale and how to

11   describe it.

12        Q     So you're basing it on a body of work

13   by Dr. Srinivasan, is that right, as opposed to a

14   specific article that you're pinpointing?

15        A     Well, there's a body of work done by

16   Professor Srinivasan, as well as several other

17   experts in this whole idea of self-explicated -- and

18   I'm referring to that again based on my, you know,

19   training, experience, Ph.D., et cetera, but as of,

20   you know, right now, in a specific peer-reviewed

21   paper is not what I'm referring to.

22        Q     Is what, I'm sorry?

23        A     I'm not referring to a specific

24   peer-reviewed paper, like you pointed out.  There's

25   a whole body of published peer-reviewed papers,

Page 246

1      including some written by Professor Srinivasan that

2      are published and peer reviewed.

3            Q      And what does "importance" mean in that

4      sentence I read to you?

5            A      So the importance is, the relative

6      importance of one attribute as compared to another

7      attribute.  Now, if you remember the sliding bar

8      scale we used, indicating when we look at two

9      attributes at a time how important one attribute is

10     as compared to another and by how much more.  So

11     you're looking at sort of the strength of the

12     importance of one attribute as compared to another,

13     and then there's a statistical analysis that is

14     being done at the same time that looks at, again,

15     described in the paper by Netzer and Srinivasan that

16     looks at how important is that first attribute is

17     compared to the others, taking into account the last

18     attribute as well.  So the relative importance is

19     being estimated to that logistic regression.

20            Q      So if the relative importance is based

21     on the sliding scale, how do you figure out an

22     importance when someone doesn't have any sliding

23     scale questions about ENERGY STAR logo?

24            A      Again, without getting into all the

25     technical details, there's quite a bit of statistics

1    involved.  There is -- it's described in the Ofek,

2    Netzer and Srinivasan paper.  It talks about how

3    attributes that are of lower importance, because you

4    do measure the lowest important attribute and you

5    may have also measured it for a few other attributes

6    above it, and for those that you haven't measured

7    into between, how the interpolation scale works, the

8    details of that are given in the paper; and, you

9    know, we can go through it, if you wish.

10         Q     And what are units of importance?

11         A     So a little while ago, when we talked

12   about Exhibit 8, which was the raw data from the

13   ASEMAP, we talked about page 3 where the importances

14   are given.  Right.  And relative importance for

15   capacity of the clothes washing machine was 7.39,

16   for loading type was 12.88.  So if you take 100

17   points as saying how important is one attribute as

18   compared to another attribute.  So of the 100

19   points, the second attribute, loading type was

20   12.8 percent, whereas the capacity of the clothes

21   washing machine was 7.39 percent.  So the scale for

22   the importance is a percentage.  It's a relative

23   importance between one attribute as compared to

24   another attribute.  It's a very standard in

25   multi-attribute preference measurement or conjoint

                                                      Page 248

1    analysis as a whole big school of literature.

2         Q     So would you agree that neither

3    importance, nor desirability, are measured in the

4    units of utility?

5              MR. MARCHESE:  Objection to form.

6              THE WITNESS:  So when we talk about

7         utility, and part-worth utility when you put

8         the importance and desirability together,

9         again there's a whole school of literature

10        that takes this whole idea of self-explicating

11        models and shows in the measurement of

12        multi-attribute preferences how that computes

13        to being the part-worth utility of a

14        particular level of a particular attribute.

15             So, for example, the big Excel

16        spreadsheet that was given as part of my

17        attachments will give you numbers for ENERGY

18        STAR logo which says no ENERGY STAR logo a

19        positive number for one, a negative number for

20        another.  And the two of them would sum up to

21        zero because, again, that's a utility, one

22        compared to another.  So these two go into the

23        calculation of the part-worth utility.

24   BY MS. McLAUGHLIN:

25        Q     So you disagree with the statement that

1    importance is not measured in a unit of utility?

2         A     I just think that the question is not

3    clear enough from what you're saying because

4    importance and desirability go into the calculation

5    of the utility of the part-worth utility.

6         Q     And would you disagree that

7    desirability is not measured in units of utility?

8         A     I'm going to give an answer that may

9    sound repetitive, but I just wanted to say that

10   there's an extant body of literature that talks

11   about part-worth utilities and how that is

12   calculated in preference models, like the conjoint

13   model that we've used here, and how desirability and

14   importance helped make up that part-worth utility

15   that we're talking about.  So what I would say is,

16   the answer is that this is what part-worth utility

17   is all about.  This is how the utility is calculated

18   and utility is, you know, it's a scale that -- if

19   you want, it's not in dollars.  It's not in

20   kilograms.  It's not in miles.  It is a relative

21   scale called as a utility scale.

22        Q     And you mentioned the extant body of

23   literature.  What articles are you specifically

24   referring to?  What peer-reviewed materials are you

25   specifically referring to?

Page 250

1      A      So there are papers published by

2   Professor Srinivasan and Paul Green, from the

3   University of Pennsylvania, that talk about a wide

4   variety of conjoint techniques and how the utilities

5   are calculated in each one of them.  There is, going

6   back in time and history, a researcher called

7   Fishbein, who wrote papers about this topic, and

8   subsequently there are several other authors and

9   academics who have written about this and published

10  them after, you know, being peer reviewed.  You

11  know, this particular general article is a good

12  example for the kind of accolades it got and the

13  amount of time it takes to publish something of

14  this.  It's heavily peer reviewed by other academics

15  who are knowledgeable about this file.

16      Q      I'm sorry, which article are you

17  referring to?

18      A      The Netzer and Srinivasan paper that

19  was published in the Journal of Marketing Research,

20  which is a flagship journal for anybody in the

21  academic circles.

22      Q      So if you will turn to page 14 of your

23  report under Determining the Price Premiums.  The

24  second sentence of that first paragraph, it says,

25  The analysis is done at the individual respondent

Page 251

1    level and only aggregated at the very end.

2              What do you mean by "at the very end"?

3         A      So first we compute the part-worth

4    utilities based on the data that you just saw.  So

5    it's done for respondent number -- whatever the

6    respondent number is for each individual.  Now, when

7    you compute the price premium, and use formula 14

8    from the paper by Ofek and Srinivasan that was again

9    published in a leading journal called Marketing

10   Sciences, the way it is done is you need to

11   aggregate the utility difference.  That's what is

12   described here.  So if you look at the part-worth

13   utility for ENERGY STAR versus no ENERGY STAR.  That

14   difference is aggregated across all the respondents,

15   just as you look at aggregating the value of a

16   dollar, a value of a -- of price as an attribute

17   across all the respondents.  And then you use

18   formula 14.  So again, you know, formula 14 gets

19   into a lot of specifics.  But that aggregation is

20   done.

21        Q      So if I understand the way you do this,

22   you calculate the aggregated value of the ENERGY

23   STAR logo and then you also calculate the aggregated

24   value of a dollar for the price range 300 to $500

25   and then you divide the logo by the dollar.  Is that

Page 252

1   right?

2       A      That's a very simple description, so I

3   don't want to --

4       Q      I'm sure.

5       A      So I don't want to have that taken out

6   of context.  If you go back to formula 14 and the

7   whole paper, I think you'll see the details that are

8   described as to how that is done.

9               (Paper written by Ofek and Srinivasan,

10          How Much Does the Market Value an Improvement

11          in a Product Attribute, was marked RS-9 for

12          identification.)

13  BY MS. McLAUGHLIN:

14      Q      The court reporter has just handed you

15  Exhibit 9 to your deposition.  Is this exhibit the

16  Ofek and Srinivasan article you keep referring to?

17      A      Yes, that's correct.

18      Q      This is called, How Much Does the

19  Market Value an Improvement in a Product Attribute

20  published in Marketing Science?

21      A      That's correct.

22      Q      Now, the price premium measure you use

23  in that is coming from this Ofek and Srinivasan

24  article, it's measuring ratios of averages of

25  part-worth; is that correct?

1      A      That's correct.  You can see that on

2    page 403 of this particular exhibit.  And it says

3    formula 14.

4      Q      So it's the average part-worth divided

5    by an average part-worth?

6      A      That's correct.

7      Q      And in the report you refer to this as

8    being -- computing the a1 divided by a2 ratio; with

9    a check by formula 14.

10             Is there a difference between the two?

11     A      Could you repeat that question again

12   for me?

13             MS. McLAUGHLIN:  Could you read back

14        what I read -- spoke.

15             (At which time the following question

16        was read back by the reporter:

17             "Question:  And in the report you refer

18        to this as being -- computing the a1 divided

19        by a2 ratio; with a check by formula 14.

20             Is there a difference between the

21        two?")

22             THE WITNESS:  Can you -- I'm still not

23        sure.

24   BY MS. McLAUGHLIN:

25        Q      Sure.

Page 254

1      A      Sorry about that.

2      Q      No.  No.  It's okay.  It could be just

3  me not understanding, which is very possible.

4             I believe it's in the beginning -- so

5  you agree that you -- your computation was the a1

6  divided by a2 ratio, correct?

7      A      That's correct.

8      Q      And would you say that ratio is exactly

9  the same as formula 14 or a shorthand of it?

10     A      I would say it's a -- I wouldn't say

11 it's a shorthand of it, but you -- you know, there

12 are different terms in there that I used.  So, for

13 example, there is a term there called Theta that

14 needs to be included, and a Theta version -- the

15 value of Theta is based on question CQ, I think, 01,

16 from the survey that is incorporated in there.  So

17 it's the application of that particular formula that

18 is being done correctly and being done across many

19 different trial cases as well; and is done

20 correctly.

21     Q      So on page 7 of your report you say, In

22 addition, I calculated the price premium using

23 formula 14.

24             So you did it two different ways you

25 did the a1 divided by a2 ratio, and the formula 14?

1      A       So the a1 divided by a2 is just to give

2   a description for the steps taken, but formula 14 is

3   being applied here, and formula 14, as you can see,

4   has a numerator and a denominator, which is similar

5   to the a1 and the a2.

6      Q       And in your report you say that this is

7   the most commonly used method and market research.

8              Are you referring to following the

9   formula 14?

10             MR. MARCHESE:  Objection to form.

11             THE WITNESS:  I'm referring to taking

12         the average across the utilities of computing

13         that a1 and then dividing it by a2 and formula

14         14, as you can see when it was published, is

15         used very extensively.  There's a very clear

16         argument for why to use formula 14 and how it

17         takes into account a lot of other factors that

18         need to be included.

19   BY MS. McLAUGHLIN:

20      Q       And so I guess I'm kind of -- and the

21   sentence that I'm reading is on page 15 in that

22   first full paragraph.  It says, Based on my

23   experience in the market research industry, the

24   method most commonly used to determine price premium

25   is to use the average value (utility function) and

1    compute the price premium as the average value for

2    the feature divided by the average value per dollar.

3              How do you know that it's the most

4    commonly used in the field?  I understand it's most

5    commonly used probably in your firm, but in the

6    larger field, what is that based on?

7         A    Well, it's based on, you know,

8    discussions with other peers who use this, as well

9    as my experiences and expertise.  And you can

10   clearly see formula 14 is a reflection of taking a

11   ratio of those two averages to compute that.

12        Q    So did Ofek and Srinivasan compute a

13   market price or an equilibrium price?

14             MR. MARCHESE:  Objection to form,

15        compound.

16             THE WITNESS:  Can you -- what do you

17        mean by that, do they compute -- I'm not sure

18        I quite understand that question.

19   BY MS. McLAUGHLIN:

20        Q    Is Ofek and Srinivasan's computation

21   essentially a market price, based on your

22   understanding of that word?

23        A    It computes the price premium for, you

24   know, the -- when you look at -- they say attribute

25   improvement.  In this case, the attribute

1    improvement is between the absence of the logo, the

2    ENERGY STAR logo, and the presence of the ENERGY

3    STAR logo.  You could take another attribute, you

4    know, they may have three levels, and you're looking

5    at an improvement from one level to another level

6    and you would be doing the same computation.

7         Q     So if you look at the first page of the

8    Ofek and Srinivasan article, in that paragraph

9    between the two lines at the top, in the second

10   sentence, In this paper we arrive at a measure of

11   market value, such that the comparison of the

12   measure against the incremental unit cost of the

13   attribute improvement is key in deciding whether or

14   not the attribute improvement is profitable.

15             What do they mean by "market value"?

16        A     So market -- for them value is the

17   price premium that we are talking about, and it is

18   -- the -- that sentence is a description of the

19   process that they go about in order to demonstrate

20   the formula 14 and how that comes about.  So, you

21   know, we talked earlier about, is this a science or

22   not a science.  So they are actually going through

23   the process of deriving that formula, taking into

24   account all of these other factors that are

25   described out here, and then reaching to the

1   conclusion for how conjoint analysis can be used in

2   calculating the price premium for whether an

3   attribute is present or absent.

4         Q     So by referring to market value, are

5   they essentially meaning a difference in market

6   prices?

7         A     No, they are really referring to it as

8   a price premium because that's what they're looking

9   at in terms of -- we just talked a little while ago

10  about the numerator and the denominator.  So the

11  numerator is the utility for the estimated value for

12  that attribute and the denominator is the estimated

13  value for a dollar, and the average ratios taken

14  give you an estimate for the price premium.

15        Q     Do Ofek and Srinivasan compute a

16  willingness to pay measure?

17        A     Well --

18              MR. MARCHESE:  Objection to form.

19              THE WITNESS:  Ofek and Srinivasan

20        compute a measure of price premium because

21        they take into account competition.  They take

22        into account, you know, unit costs and so on

23        in terms of deriving that formula.  And, in

24        fact, if you look at the whole process that

25        they go through it's a calculation of the

Page 259

1       price premium.

2  BY MS. McLAUGHLIN:

3       Q     So they consider competition between

4  firms in their formula?

5       A     In deriving the formula they go through

6  that whole process.

7       Q     So they do consider competition between

8  firms?

9       A     It's again, you know, if you read and

10  look at what they mean, they say they look at

11  incremental costs of the attribute improvement,

12  competition from other brands, the potential for

13  market expansion, and heterogeneity in customer

14  preference structures are explicitly modeled using

15  the multinomial framework, which is exactly what we

16  do as well.

17       Q     If you turn to page 401 of the

18  Ofek/Srinivasan article.  And I'm looking at under

19  formula 9.  It says, MVAI is also the incremental

20  price the firm will charge per unit improvement in

21  the product attribute, assumed to be infinitesimal,

22  if it were to hold market share or sales constant.

23            Isn't this a definition of willingness

24  to pay?

25       A     Well --

Page 260

```
 1              MR. MARCHESE:  Hold on a minute.  I
 2         just want to take a minute and see if I want
 3         to lodge an objection, but I have to read this
 4         first.
 5              Objection to form.
 6    BY MS. McLAUGHLIN:
 7         Q     You can answer.
 8         A     This is a definition of price premium,
 9    particularly when you take into account, you know,
10    unit cost and competitor effects and so on.  If you
11    chose not to include any of those other factors,
12    then what you're representing is the maximum price
13    that someone would be willing to pay just for a
14    product improvement.  So the formula, as it is used,
15    formula 14, and the entire work that we have done,
16    we have taken into account retail sales data, we
17    have taken into account different brands in our
18    ASEMAP conjoint survey; is one that reflects price
19    premium and not willingness to pay.
20         Q     So just to make sure I have it
21    straight, this is -- MVAI is not -- he's not giving
22    us a definition of willingness to pay in the
23    sentence I just read?
24         A     Correct.
25              MR. MARCHESE:  Objection, asked and
```

Page 261

1       answered.

2              THE WITNESS:  If you look at how this

3       whole formula has been derived and all the

4       other factors that are taken into

5       consideration, that's not -- you're doing

6       price premium here and you're looking, you

7       know, backward into what the price is already

8       being charged for the product with all the

9       retail sales data and you're saying how much

10       of that am I apportioning to this particular

11       attribute.

12   BY MS. McLAUGHLIN:

13       Q      So does this mean that MVAI is not a

14   market price?

15              MR. MARCHESE:  Objection to form.

16              THE WITNESS:  I'm a little confused

17       with the question now because when you say

18       market price, and MVAI is or is not a market

19       price, I'm not sure I fully understand that.

20   BY MS. McLAUGHLIN:

21       Q      According to your understanding of

22   market price, is MVAI different from a market price?

23       A      Well, MVAI is taking retail price -- so

24   let's be more precise.  Right.  Market price is a

25   much -- if I assume something about market price, I

Page 262

1     will not -- it may be different than what you are

2     assuming.  So if you look at the retail price and

3     the retail sales data price that we looked at, it's

4     saying what's the portion of that price that,

5     looking backward you would attribute to an

6     attribute.  In our case, we took the attribute of

7     the ENERGY STAR logo.  Right.  How much of that

8     price would you attribute to that particular

9     attribute going from not being present to being

10    present in a particular product.

11         Q     So suppose we take two respondents from

12    your survey and call them respondent A and

13    respondent B.  Respondent A has a part worth of two

14    for the ENERGY STAR logo and respondent B has a part

15    worth of four for the ENERGY STAR logo.  Does this

16    mean that respondent B values the ENERGY STAR logo

17    more than respondent A?

18         A     I would need to look at the entire data

19    because each of these part-worth utilities, when you

20    give a number like four and two it -- is that the

21    difference between the presence versus the absence?

22    How exactly was it computed and what's the relative

23    importance?  I would need to take all that into

24    account in order to answer your question.

25         Q     So would you agree that you can't

Page 263

1    compare part worths across respondents?

2                    MR. MARCHESE:  Objection to form.

3                    THE WITNESS:  Well, to be able to

4           compare part worths across respondents is why

5           that last step we used to compute the b1

6           coefficient, again as described in the report,

7           that the b1 coefficient -- so when you

8           multiply the b1 coefficient with the utility

9           and then you average it, you're able to

10          average it because the b1 coefficient is a

11          reflection of standardizing the scales and

12          allowing you to have comparisons across

13          respondents of what the utility scale is.

14   BY MS. McLAUGHLIN:

15          Q      Would you agree that utility scales are

16   individual specific and can't be compared?

17          A      This is a whole extant literature

18   written by Paul Green from University of

19   Pennsylvania.  Again, I don't remember the exact

20   reference that looks at -- that goes through the

21   process of being able to translate the utilities

22   scale in a manner that you can compare it across

23   different respondents and you can aggregate it

24   across respondents, and the b1 multiplier is exactly

25   that process that we're talking about.

Page 264

```
 1        Q      So are you saying -- are you
 2   disagreeing that my statement that utility scales
 3   are individual specific and can't be compared or are
 4   you saying that you can compare utility scales?
 5                MR. MARCHESE:  Objection to form.
 6                THE WITNESS:  I'm saying that utility
 7           scales can be aggregated as long as you can
 8           bring it to a common scale and in the form of
 9           multiplying it with a b1 coefficient, like
10           what's done in the work that I've done.
11   BY MS. McLAUGHLIN:
12        Q      So how do scientists or statisticians
13   assess the reliability of statistical estimates such
14   as part worth?
15        A      Can you explain to me what you do mean
16   by statistical reliability?
17        Q      Well, I want to know:  How do
18   statisticians assess the reliability of statistical
19   estimates such as a part-worth?
20        A      Again, I don't know exactly what you
21   mean by "reliability" so I'm going to tell you some
22   examples.
23        Q      Well, what is your definition of
24   reliability?
25        A      I wouldn't use the term "reliability."
```

1    I would use, for example, predictive accuracy,

2    looking backwards, right, or I would use a term,

3    confidence interval estimates, which we have given

4    for the price premium in the paper.  So the

5    confidence interval estimate is looking at the price

6    premium and saying, what's the range that it is

7    likely to be, what's the upper value, what is the

8    lower value?  And that is done -- you know, it's

9    taking into account, the question we talked about

10   earlier this morning, about random sampling, and

11   when you have a random sample what happens if you

12   were to find a different random sample, would the

13   results vary, and the statistical confidence

14   interval tells you the bandwidth within which it

15   will vary.  So if you look at my report -- I think

16   it's in Exhibit -- it's probably not here.

17        Q      Okay.  Then I think that's what I was

18   about to introduce.

19        A      Yeah, it's one of the exhibits that

20   talks about what the confidence interval estimate is

21   around the price premium.  That gives you a measure

22   of random sampling error or statistical -- one of

23   the measures of statistical reliability.  Another

24   measure of statistical reliability could simply be

25   that you're comparing different methods like

1    contingent valuation method and you're saying, well,

2    how do they compare?  So we had a 44.3 percent, and

3    very close to that is what Dr. Dennis came up with

4    what estimate of what the percentage would be of the

5    price.  That's again his estimation of reliability;

6    two different methods, two different approaches,

7    giving you very similar answers.

8         Q      Is the price premium estimate also a

9    statistical estimate?

10        A      The price premium estimate is based on

11   data that came from the conjoint survey.  So in that

12   sense it is first and foremost looking at, you know,

13   it's a creating a summary statistic.  Right.  It's

14   multiplying it by the coefficient and averaging the

15   value, the part-worth value.  But the part-worth

16   itself came from the conjoint survey.  So the

17   statistical confidence interval of two ratios need

18   to be computed in order to get the confidence

19   interval estimate of the price premium.  So the

20   answer is yes, the price premium is a statistical

21   value that comes from data that use the random

22   sample of respondents to that participate in the

23   survey.

24              (Exhibit 5 (Price Premium Table) 29 -

25         30 was marked RS-10 for identification.)

Page 267

1    BY MS. McLAUGHLIN:

2         Q      So the court reporter has just handed

3    you Exhibit 10.  What is this?

4         A      This is an exhibit from my report that

5    gives the confidence interval estimates for the

6    price premium, the $180.39 and it gives you a

7    95 percent confidence interval of lower bound and a

8    95 percent confidence interval upper bound for the

9    price premium.  So what it's saying is that if you

10   took a different sample, let's say we were to go out

11   and do another study, if you look at the random

12   sample from there, the price premium that you would

13   get from that calculation -- from that new sample,

14   new random sample, would be somewhere in the range

15   for $136 to $224.

16        Q      And on -- what is the difference

17   between unadjusted price premium and a biased

18   adjusted price premium?

19        A      So in the biased adjusted price

20   premium, we are essentially taking into account

21   rates to be applied to balance the sample.  Remember

22   we talked about earlier on to make the sample

23   completely representative of the U.S. census we did

24   calculate some rates.  So applying those rates -- so

25   the biased adjusted is applying the rates, which is

Page 268

1    $180.39.  If you don't apply that, the unadjusted is

2    180.87.  So it's a little more, and we've taken the

3    right number, which is the conservative estimate of

4    $180.39.

5         Q      And you say that the standard error is

6    $22.64.  Can you define standard error?

7         A      So a standard error is a reflection of

8    the standard deviation that you can get on the price

9    premium.  So the amount of -- I'm going to give a

10   simple term without getting into the details of the

11   statistics, so the -- the variability -- it is the

12   variance of the variability around the price

13   premium.  And then the way you compute the lower

14   bound and the upper bound is, you're setting a

15   certain probability number, a certain degree of

16   confidence.  I want to be 95 percent confident.

17   Then you take the standard error and you multiply it

18   by a factor in order to get the lower bound range.

19   So you subtract that from the $180 to get the lower

20   bound range and then you take the standard error and

21   multiply it by that probability distribution score,

22   the Z score, to get the upper bound.

23        Q      And in your report you say you

24   calculate the standard error using the formula from

25   Mood, Graybill and Boes?

Page 269

1        A       Boes.

2        Q       Introduction to the Theory of

3   Statistics; is that right?

4        A       That's correct.

5        Q       Is the formula used in the Mood book

6   for a ratio of sample averages?

7                MR. MARCHESE:  Can I just hear that

8        back, please?

9                (At which time the following question

10       was read back by the reporter:

11               "Question:  Is the formula used in the

12       Mood book for a ratio of sample averages?")

13               THE WITNESS:  That's correct.

14   BY MS. McLAUGHLIN:

15       Q       Isn't your price premium a ratio of

16   averages of estimates?

17               MR. MARCHESE:  Objection to form.

18               THE WITNESS:  Again, you know, we

19       discussed this.  The part-worth utilities are

20       forming the numerator and the denominator.

21       Both of these come from a random sampling

22       framework.  You know, you randomly sample

23       respondents who participated in the survey.

24       And so there is, for each one of them, if you

25       only looked at the parts-worth utilities, each

Page 270

```
 1          one of them has the sampling error that you
 2          had to take into account.  But when you take
 3          the ratio of two summary statistics, in this
 4          case two averages, that is also a random term
 5          that then using the formula in Mood, Graybill
 6          and Boes, we're able to compute what is the
 7          probability distribution that the two ratios
 8          of random variables is going to get, and then
 9          that formula is being used to compute the
10          confidence intervals.
11   BY MS. McLAUGHLIN:
12          Q     And so your price premium, would you
13   agree that it's a ratio of averages of part-worths?
14          A     I think we already established that,
15   right?
16          Q     Okay.  Would you agree that your price
17   premium is not data?
18                MR. MARCHESE:  Objection to form.
19                THE WITNESS:  No, I don't agree with
20          that.
21   BY MS. McLAUGHLIN:
22          Q     Is the Mood, Graybill and Boes formula
23   for the ratio of averages of other estimates?
24          A     The Mood, Graybill and Boes formula,
25   and, again, I don't have the book here to go through
```

1    the exact specifications of the formula, is really

2    the ratio of two random variables.  And in this

3    case, the part-worth utility for an attribute is a

4    random variable.  It comes from measurements that

5    are done on survey data, and the denominator is also

6    a random variable.  So the Mood, Graybill and Boes

7    formula is meant to be used for the ratio of two

8    random variables, which this is the particular case

9    of that.  So price premium is a random variable.  In

10   order to get to the exact distribution of the ratio

11   of two random variables we need to use the formula

12   that is described in Mood, Graybill and Boes.

13        Q     Would you agree that your price premium

14   is not a ratio sample data?

15        A     I would not agree with that.

16              MR. MARCHESE:  Objection to form.

17              MS. McLAUGHLIN:  Do you want to take a

18        break and see how much I have left and we can

19        finish up.

20              MR. MARCHESE:  If you want to take a

21        break, that's fine.

22              MS. McLAUGHLIN:  Let's do it.

23              VIDEO OPERATOR:  Off the record,

24        5:41 p.m.

25              (Brief recess.)

Page 272

```
 1              VIDEO OPERATOR:  Back on the record

 2         6:01 p.m.

 3    BY MS. McLAUGHLIN:

 4         Q       Dr. Sukumar, are you a statistician?

 5         A       My Ph.D. had a minor in statistics and

 6    a major in business administration.  I've taken many

 7    courses in statistics, and obviously all the work we

 8    do in market research involves data, involves

 9    statistics.  So, you know, extensive minor work in

10    this area.

11         Q       Do you have a Ph.D. in statistics?

12         A       My primary major is in marketing.  My

13    minor in my Ph.D. is statistics.  My dissertation

14    and thesis involved huge amounts of statistical

15    models that had been developed.

16         Q       Was your Ph.D. from the department of

17    business or the department of statistics?

18         A       So my Ph.D. is from the college of

19    business administration, department of marketing,

20    but obviously, as you can see in this particular

21    piece of work, there's a lot of statistics involved.

22    So my minor is -- involves professors from the

23    department of statistics.

24         Q       Have you published in any statistics

25    journal, such as the Journal of American Statistical
```

Page 273

1    Association?

2         A      Obviously I haven't published in the

3    Journal or Statistical -- JASA, Journal of the

4    American Statistical Association, I have not done

5    that.  But I am a member of the American Statistical

6    Association.  I do read a lot of the journals that

7    are published and I'm very closely involved with,

8    you know, literatures in econometrics, in

9    statistics, as well as my own field of market

10   research and marketing.

11        Q      Have you taught any Ph.D. or

12   master's-level courses in statistics?

13        A      I've taught master's-level courses in

14   statistics.  I've taught Ph.D.-level courses that

15   would be labeled as marketing models, but that

16   involve a lot of statistical papers.  And again,

17   I've been out of academia for the last seven years

18   running Optimal Strategix Group, but when I was

19   teaching I taught both MBA and Ph.D.-level courses.

20   MBA level and master's level definitely in

21   statistics, and then Ph.D. level, the use and

22   application of statistics in various marketing

23   models like the conjoint analysis that we do.

24        Q      So you taught statistics courses out of

25   the department of statistics at the Ph.D. or

Page 274

1    master's level?

2         A    So I was always a professor in the

3    business school, in the business administration

4    school.  And at that level, I've been teaching

5    master's students in the business school.  Ph.D.

6    students that took my class, they're primarily Ph.D.

7    students who are doing quantitative methods in

8    market.  If I recall now, when I taught at

9    University of Houston, which has a very large Ph.D.

10   program, I would get students from applied

11   statistics in the statistics department attending my

12   class because they saw a lot of applications for

13   things like the conjoint methodology, Bayesian

14   techniques and so on to various marketing problems,

15   the applications of statistics to these problems and

16   they would take courses with me as well.

17        Q    So did you ever -- but you always

18   taught out of the business school; is that correct?

19        A    As a professor, my primary affiliation

20   was with the business school.

21        Q    So yes?

22        A    Yes.

23        Q    Have you ever been -- have you been

24   elected as a Fellow of any professional society of

25   statisticians?

Page 275

1        A        Again, to be, you know, an expert in my

2    field, I don't necessarily have to be a Fellow.  As

3    I said, so the answer is no.  But more importantly,

4    if you look at the tremendous amount of work that I

5    have done in the last eight years, as well as before

6    that, statistics has always been something that I've

7    used as part of all my work.

8        Q        I understand that.  I just want a

9    simple question -- an answer to a simple question is

10   whether you have been elected as a Fellow of any

11   professional society of statisticians.  Yes or no?

12       A        You know, again, I answered it in my

13   last part.  I said no, I haven't been elected as a

14   Fellow.

15       Q        That's all I need.

16                Have you ever been recognized for your

17   achievement in statistics?

18       A        Well, you know, I haven't been -- the

19   answer is no, but it doesn't matter because my

20   company again has done a lot of great work in

21   statistics, using statistics, and, in fact, we've

22   received awards by societies like the American

23   Marketing Association.  We received a Spectrum Award

24   for the use of ASEMAP and the statistical work that

25   we did using, you know, the utilities and conjoint

Page 276

1    work we obtained.  My company also received an award

2    from the European pharmaceutical market research

3    association for the work we did.  Again, using

4    conjoint as a methodology to help understand the

5    various different aspects that we were studying at

6    that time.

7         Q      So various times throughout the

8    deposition today and in your report you say you have

9    a Ph.D. in marketing and statistics.  You do not

10   actually have a Ph.D. in statistics, do you?  You

11   have a minor in statistics?  Yes or no?

12        A      Well, a Ph.D. has a major and a minor.

13   So my major is marketing because I'm applying

14   statistical techniques to the major.  The same token

15   if you go to people in the statistics department who

16   get their Ph.D.s there, their Ph.D.s might be in

17   statistics, but they might also have a minor in

18   psychology where statistics is applied, or in

19   marketing or finance where statistics is very

20   heavily used.  So, you know, it's -- in my case, my

21   major is marketing.  My minor is statistics.  So I

22   had professors from the statistics department who

23   are part of my dissertation committee.

24        Q      And is your position that you were

25   trained as a statistician?

Page 277

1        A        I am trained as a statistician, having

2    taken master's-level courses in statistics, as well

3    as some Ph.D.-level courses in statistics in the

4    department of statistics.  I have used statistics

5    extensively in a lot of my work.  I've taught

6    statistics and data models -- data modeling

7    techniques to students at the master's level, to

8    students at the Ph.D. level.  So, again, those are

9    Ph.D. students primarily in the business school,

10   though some of the Ph.D. students from the

11   statistics department often come across, again,

12   interdisciplinary interaction that happens very

13   common in all universities, and they encourage that

14   because of the applicability of statistics to a lot

15   of the marketing problems that we are trying to

16   address.

17        Q        Are you trained in survey sampling?

18        A        As part of my Ph.D. in marketing I am

19   trained in survey sampling and courses that are

20   relevant to that.

21        Q        What doctorate-level courses or texts

22   have you studied regarding statistical methods for

23   sampling?

24        A        Again, this is many years ago now, so

25   I'm going to give it to you from memory.  I've taken

Page 278

1    Ph.D.-level courses that pertain to conducting, you

2    know, that pertain to surveys in sampling that I

3    use.  So part of our Ph.D. courses -- again, this is

4    30 years ago when I finished my Ph.D.,

5    approximately, where those courses are a requirement

6    that teach you specifically, again, I don't remember

7    the exact name of the course, but courses that will

8    teach you about the appropriateness of sampling,

9    courses that teach you about the appropriateness of

10   using experimental designs in conducting surveys

11   like what we are talking about.  So quite a bit of

12   courses had been taken in that area.

13        Q     Are you an economist?

14        A     I think we talked about this this

15   morning.  I do not have a degree in economics or a

16   Ph.D. in economics.  However, I've taken courses in

17   microeconomics and macroeconomics, econometric for

18   the Ph.D. levels.  You know, there's typically three

19   courses, econometrics 1, 2 and 3, that are offered

20   in the economic department.  I've taken game theory

21   from the very person who received a Nobel Prize.  He

22   was on the faculty of the University of Pittsburgh,

23   Alvin Roth.  I've taken courses in economics, but I

24   wouldn't go around labeling myself as an economist.

25        Q      Have you published in any of the major

Page 279

1    economics journals?

2         A     You know, again, the same answer.  You

3    know, which is -- but just going -- but looking at

4    my publications in Journal of Applied Econometrics.

5    That's a journal that economists publish in.  If you

6    look at my publication in Management Sciences,

7    that's a publication that you'll see many economists

8    publish in as well.  And so from the point of view

9    of have I published in economics journals --

10   journals like Journal of Applied Econometrics and

11   Management Sciences and Marketing Science, these

12   tend to be interdisciplinary.  You see statisticians

13   publish in them, you see people who carry a Ph.D. in

14   economics publish them.  My primary Ph.D. was in

15   marketing and I published in these same journals.

16        Q     So have you published in the American

17   Economic Review?

18        A     The answer is no.  And it doesn't

19   matter.

20        Q     I just want yes or no.  It's very easy.

21   Have you published in the Journal of Political

22   Economy?

23        A     Again, the answer is no, and it's not

24   relevant to what -- you know, what we are doing

25   here?

```
 1              (Exhibit 1 (Dr. Sukumar CV) was marked
 2         RS-11 for identification.)
 3   BY MS. McLAUGHLIN:
 4         Q     The court reporter has just handed you
 5   what has been marked as Exhibit 11.  What is this?
 6         A     This is a copy of my CV.
 7         Q     Is this up to date?
 8         A     So I think some of my expert witness
 9   work needs to be updated, for example.  I was
10   disclosed in the class action case against Scotts EZ
11   Seed and I haven't listed it out here.  There was
12   another case in January I was disclosed and I was
13   deposed.  This was a case between Mirror Worlds
14   versus -- in my opinion, Mirror Worlds versus Google
15   and I was deposed in that.  I was an expert for
16   Mirror Worlds and I was deposed in January.  So
17   prior to the submission, you know, I wasn't as yet
18   declared as an expert.
19         Q     So have you given deposition testimony
20   in both of those two cases that you mentioned?
21         A     Yes, I have.
22         Q     And for EZ Seed, which side did you
23   represent?
24         A     I represented the class.
25         Q     So the Plaintiffs in that case?
```

Page 281

1      A      Correct.

2      Q      And in the Google case, who do you

3  represent -- were you an expert for?

4      A      I represented the Plaintiffs.

5      Q      Is it your expert opinion in this case

6  that class members each incurred damages of $180?

7              MR. MARCHESE:  Objection to form.

8              THE WITNESS:  So it is my opinion that

9         the class, in the aggregate, would -- the

10        price premium, as we see it from the conjoint

11        survey that was done for the class, in the

12        aggregate, is $180.39 that I reflected in my

13        report, which is 44.3 percent of the $407 that

14        the class action -- that the class members

15        buying the models that we looked at would have

16        paid.

17 BY MS. McLAUGHLIN:

18     Q      So is it your opinion that each class

19 member should receive $180 for -- as a result of

20 this lawsuit?

21             MR. MARCHESE:  Objection, that calls

22        for a legal conclusion.

23             THE WITNESS:  My assignment here was to

24        look at if there was a price premium, which

25        yes, there is a price premium for the ENERGY

Page 282

1          STAR logo as compared to not having the ENERGY

2          STAR logo, for the -- the class, as an

3          aggregate, on the models that we talked about

4          earlier today.  In terms of the actual damages

5          and so on, I'm not a damages expert.  I'm not

6          a legal expert in those areas.  My work is

7          conjoint surveys and that's the work that I've

8          done.

9    BY MS. McLAUGHLIN:

10         Q     Is it your expert opinion that class

11   members who purchased one of the Maytag Centennial

12   washers at issue paid $180 too much?

13               MR. MARCHESE:  Objection, calls for a

14         legal conclusion, outside the scope.

15               THE WITNESS:  You know, I just want to

16         take it back to what my assignment was.

17         Right.  So my assignment was not to do what

18         you're talking about.  My assignment was to

19         see what the price premium is, in the

20         aggregate, for the class among people who

21         bought the Maytag models, and I used conjoint

22         surveys and I came out with my opinion in my

23         expert report, which is that $180.39 or 44.3

24         percent of the $407 is what that price premium

25         is for those Maytag models.

Page 283

1   BY MS. McLAUGHLIN:

2        Q     So is that your way of saying that you

3   do not have an expert opinion as to whether class

4   members paid $180 too much for the Maytag Centennial

5   washers?

6             MR. MARCHESE:  Objection, asked and

7        answered.

8             THE WITNESS:  You know, your question

9        has multiple parts to it, so I don't want to

10       answer that.  I've given you my answer as to

11       what my assignment was, what I did, what my

12       opinions are.  Your question asked me to make

13       some opinions that are not in my area of

14       expertise.

15  BY MS. McLAUGHLIN:

16       Q     I'm asking you only whether you have an

17  expert opinion as to whether each class member paid

18  $180 too much for their washing machine.

19            MR. MARCHESE:  Are you stipulating

20       liability?

21            MS. McLAUGHLIN:  No.

22            THE WITNESS:  Again, as I just said,

23       you are asking a question that has some

24       assumptions.  I'm not qualified to address

25       those assumptions.  However, I am qualified in

Page 284

1        giving you the answer that I just gave you.

2        And I know it's late and I don't want to sound

3        like I'm repetitive, but to make it brief,

4        44.3 percent or $180.39 in my expert opinion,

5        is the price premium that the class members

6        buying these Maytag models, the price premium

7        apportioned to the price that they paid, the

8        $407, on an average, based on all the retail

9        sales data that I've seen, and the conjoint

10       survey that I've done.

11   BY MS. McLAUGHLIN:

12       Q     Are you familiar with Mr. Weir's expert

13   opinion in this case?

14       A     I have looked at his report.  But I'm

15   not an expert to comment on his report or provide

16   you with any details from his report.

17       Q     What relationship does your survey have

18   to Mr. Weir's opinions?

19       A     Now, I understand that he's used my

20   price premium in his report.  Beyond that, I

21   wouldn't be able to comment on that question.  That

22   is his report.  He's an expert.  He wrote it and I

23   think best to be asking him of that.

24       Q     Have you ever offered an expert opinion

25   on damages before?

Page 285

1       A       My work has always been restricted to

2  conjoint survey, as an expert of that.  I've already

3  given an opinion on damages calculations.

4       Q       I just have a few more questions.  Your

5  report mentions how you conducted a pretest of 25

6  respondents.  What was the purpose of doing the

7  pretest?

8       A       It's standard practice to have -- to

9  recruit a small set of respondents and have them

10  take the survey, and again expert moderators who

11  would allow them to take it -- ask them if they have

12  any questions about language, fill out the survey,

13  you know, see if there are any issues that need to

14  be addressed.  It's a routine procedure that we do.

15  We'll typically do about half that number and then

16  my moderator would debrief me, if there were any

17  issues.  In this case there were absolutely no

18  issues encountered.  And the total of 25 was

19  completed.  No issues encountered.  And the survey

20  was then given a go ahead to launch.

21       Q       So were you not debriefed, then, if

22  there were no issues?

23       A       Well, I was debriefed about the halfway

24  about, like I said, about 12 surveys, and then I was

25  debriefed again at the end, and in both instances

Page 286

1    there were no issues that were encountered.  This

2    is, you know, as I said, ASEMAP has been used

3    extensively in a lot of different engagements that

4    I've done.  I feel very confident that the process

5    that we followed from the focus groups, the review

6    of all the retail sales data, the review of all the

7    materials from Consumer Reports and so on in

8    designing the survey, designing the inputs is quite

9    robust and I was not expecting -- I did not

10   encounter any issues.

11        Q    How did you select your pretest

12   participants?

13        A    Again, pretest participants are not

14   giving you conclusive data.  They're not giving you

15   actual data.  So we would -- we would recruit them

16   very much with using the screener that you saw,

17   using the same process that we used for the focus

18   groups.  It's likely that an independent facility

19   would have recruited these people, brought them in,

20   and my expert moderators would have completed the

21   test.

22        Q    So you were not present for any of --

23   for the pretest?

24        A    I typically -- it's a very standard

25   practice, we do it pretty much on every engagement

Page 287

1    that we do inside the company.  I don't participate

2    in that.  I get debriefed by the moderator

3    conducting that, who lets me know if there were any

4    issues.  And if there are no issues, they go to the

5    next phase, you know, the second half of the 25.  If

6    there are no issues there, they debrief me that

7    there were no issues, and then we launch.

8         Q     Is the moderator the same as the focus

9    group moderator or are these different people who

10   work for you?

11        A     These are likely to be different

12   people.  Because again, I don't remember the exact

13   person.  They're all expert moderators.  The people

14   who do pretest know exactly how to probe and get an

15   understanding for if there are any issues and

16   capture those.

17        Q     So in your report you say that the

18   moderators completed the pretests according to

19   standard practices.  What are standard practices?

20        A     So standard practices would be recruit

21   these people, bring them into a facility, allow them

22   to start taking the survey, but give them

23   instructions such as, if you have -- if there's

24   language you don't understand, please raise your

25   hands, let us know.  If the flow is something that

Page 288

1    you don't feel comfortable, you know, raise your

2    hands, let us know what the issues are.  Or if there

3    is a computer hiccup, let us know, but -- and then

4    there are probes in terms of, you know, are there

5    any issues.  Because keep in mind that when we

6    launched the online survey these people are by

7    themselves taking it.  So we want to mimic that, but

8    also give them an opportunity to respond, if there

9    are any issues.

10        Q      And your report says the moderators

11   routinely interrogated the participants.  At what

12   point were they interrogated?

13        A      These are expert moderators.  They do a

14   lot of focus groups.  Literally every engagement we

15   do these focus groups -- I'm sorry, these pretests.

16        Q      Pretest.

17        A      I apologize.  I want to correct that.

18   It's probably getting to the end of the day.

19        Q      Yes.

20        A      But it's -- the procedures would be

21   that they would let the participant come in.  They

22   would debrief them on the fact that we're asking

23   them to take the surveys, that if they have any

24   issues or concerns to raise your hand.  And then in

25   the process, somewhere around five or ten minutes

1    down the road, they may ask them again the question,

2    is there anything you didn't understand, is there

3    anything you would like to let us know, and then

4    they'd go on to having them complete the next few

5    aspects of the survey, and they might ask them again

6    one more time.  So one of the things we don't want

7    to do is we don't want to inject every time because

8    keep in mind when this goes online by itself there's

9    not a moderator telling them what to do.  So we want

10   them to take it, simulate what they would do

11   outside, but at the same time be able to provide any

12   feedback if there are any issues that they encounter

13   either in the language or the flow.

14        Q     Do they question them then at the end

15   after the survey is complete?

16        A     They would probe to see if there was

17   anything that was an issue.  And in this case, there

18   were no issues at the end of 12 surveys, 12 pretests

19   and then again at the end of 25, the moderators

20   called me up and said that there were no issues.

21   Given our experience and expertise in running these

22   surveys we didn't encounter any issues.

23        Q     Did the moderator take any notes during

24   these interrogations or after these interrogations?

25        A     No.  They didn't take any notes.

Page 290

```
1     Partly, I guess, was driven by the fact that they

2     didn't see anything.  They are doing this routinely

3     with a lot of our surveys.  They didn't see any

4     issues.  They just called me, debriefed me, and said

5     there were no issues.

6         Q      Did you take any notes from your

7     debriefing?

8         A      There were no issues, there was nothing

9     to take a note of.

10        Q      So the answer is no?

11        A      No.

12               MS. McLAUGHLIN:  I have no further

13        questions.

14               MR. MARCHESE:  I will have a few

15        questions.

16               First I'd like to just reserve the

17        witness' right to review and sign the

18        transcript.

19   BY MR. MARCHESE:

20        Q      Good afternoon, Dr. Sukumar.

21        A      Good afternoon, Joe.

22        Q      So you conducted a survey for a

23   conjoint analysis in this case, right?

24        A      That's correct.

25        Q      Do you know what portion of your survey
```

Page 291

1    respondents resided in the seven states for which

2    class certification is being sought, specifically

3    the states of New Jersey, California, Florida,

4    Indiana, Ohio, Texas and Virginia?

5         A    So, as I mentioned this morning, that

6    we did have survey respondents from all of the 50

7    states, and the seven states that you just read out

8    are reflective of all the different parts of the

9    country, and it made sense as a result to go in that

10   way.  More importantly, as I'm thinking back, and

11   again I don't have an exact number, but about half

12   of the respondents in -- the data is available,

13   about half of the respondents I would say would be

14   from those seven states.

15        Q    So about 50 percent of the respondents

16   were from the seven states at issue?

17        A    I would say approximately.  You know,

18   the exact numbers, again, I'm going back to memory,

19   and initially I had a bit of a memory lapse and I

20   thought through it again, and I remember the

21   analysis that I did; and yes, it's about half.

22        Q    In your opinion, is 50 percent a

23   substantial portion of the universe of survey

24   respondents?

25             MS. McLAUGHLIN:  Object to form.

Page 292

1          THE WITNESS:  Well, if you look at the

2      sample that we have here, it's a fairly large

3      sample.  It's about 500-and-odd, and about

4      50 percent of that is a sizeable sample to

5      cover those specific states.

6  BY MR. MARCHESE:

7      Q      Were you finished with your answer?

8      A      I was just going to say, in my expert

9  opinion, that's a very reasonable sample to have.

10      Q      So are the survey respondents from your

11  conjoint survey representative of the class members

12  from the states at issue in this case?

13      A      In my expert opinion, I would say that

14  the survey respondents are represented --

15  representative of the class members.  We did not

16  make any efforts to exclude any class members.

17      Q      Is the price premium that you

18  calculated from your conjoint survey applicable to

19  the class members from the seven states at issue in

20  this case?

21      A      Absolutely.

22      Q      You haven't seen any evidence to the

23  contrary, right?

24      A      I haven't seen any evidence to the

25  contrary.

Page 293

1           MS. McLAUGHLIN:   Object to form.

2    BY MR. MARCHESE:

3           Q      Do you have your report handy?  I think

4    it was marked as Exhibit 1 earlier.  Could you turn

5    to page 5, please, of your report?  Do you have

6    that?

7           A      Yes, I'm on page 5.

8           Q      And do you see there in the third full

9    paragraph on page 5 the sentence that reads, By

10   comparing the value difference between two levels of

11   ENERGY STAR to the value difference between prices

12   of $300 and $500 I am able to determine the price

13   premium, if any, attributable to the ENERGY STAR

14   logo?

15                 Do you see that?

16          A      Yes, I do.

17          Q      Why did you use the price range of $300

18   to $500?

19          A      Well, if you read the sentence right

20   after that, it says, the 300 to $500 price range has

21   been used because this really encompasses the prices

22   that customers actually paid for the Maytag models,

23   washing machines at issue.  And so it was really

24   based on the retail sales data.  If you remember, we

25   talked about the retail sales data from Fry's,

Page 294

1    Lowe's, Home Depot and Sears.  It encompasses that,

2    based on all that data that was used.

3         Q     And did you incorporate that price

4    range from the retail sales data into your design

5    for your conjoint survey?

6                    MS. McLAUGHLIN:  Object to form.

7                    MR. MARCHESE:  What's the objection to

8         form there?  I asked him did he.

9                    MS. McLAUGHLIN:  The basis for it, it

10        was speculation.

11                   MR. MARCHESE:  Can you read my question

12        back to the witness, please?

13                   (At which time the following question

14        was read back by the reporter:

15                   "Question:  And did you incorporate

16        that price range from the retail sales data

17        into your design for your conjoint survey?")

18   BY MR. MARCHESE:

19        Q     You can answer the question.

20        A     Yes, because you can see that the

21   levels we tested are, you know, taking into account

22   those ranges, and the price premium is calculated

23   using the average price for -- from the retail sales

24   data during that period.

25        Q     Could you please turn to page 7 of your

Page 295

1    report?  Do you have that?

2          A       Yes, I do.

3          Q       Do you see the sentence, the second

4    sentence in Section D which reads, My recommended

5    estimate for price premium for the ENERGY STAR logo

6    is $180.39 (44.3 percent of the average clothes

7    washing machine price of $406.99) as shown in row 3

8    of Exhibit 5.

9                Do you see that?

10         A       Yes, I do.

11         Q       Why did you list out your estimate for

12   the price premium for the ENERGY STAR logo in

13   dollars and as a percentage of the average clothes

14   washing machine price of $406.99?

15         A       Well, you know, we tested a range of

16   prices, so clearly 44.3 percent is as a function of

17   the Maytag model.  The average price of the Maytag

18   model is $406.99.  So if the price were $500 is, I

19   think, if I recall correctly, some of the models may

20   have been more expensive.  So if you look at it in

21   that fashion that percentage can be applied to that

22   range.

23         Q       And so you could use the percentage for

24   the price premium estimate for the ENERGY STAR logo

25   to the washing machines at issue in this case which

Page 296

1    were sold across the range from the $300 to $500?

2         A    That's correct.

3              MR. MARCHESE:  I have no further

4         questions.

5              MS. McLAUGHLIN:  I have one question.

6    BY MS. McLAUGHLIN:

7         Q    So is it now your testimony that your

8    price premium is either $180 or 44.3 percent in

9    either as an absolute dollar amount or a percentage?

10             MR. MARCHESE:  Objection to form.

11             THE WITNESS:  Again, I've always said

12        that the $180.39 and the 44.3 percent reflect

13        the price premium, so the 44.3 percent is

14        being calculated based on the average retail

15        price that I took into account.  So that

16        percentage can be applied to the range of 300

17        to $500.

18    BY MS. McLAUGHLIN:

19        Q    I thought you said earlier today when I

20   said -- I asked is $180 the price premium for a

21   washer that sold at $300 and you said, yes, it is.

22   Are you now saying that the price premium is

23   44.3 percent for a washing machine that would sell

24   at retail for $300?

25        A    So if you -- if you think through, you

1    know, this percentage, the $180.39 is a percentage

2    of the average price.  So that percentage can be

3    applied to the entire range from $300 to $500.  I

4    think I mentioned that earlier as well.  And yes,

5    that's what I mean.

6         Q    So your opinion is that the price

7    premium is now either $180 or 44.3 percent?

8              MR. MARCHESE:  Objection to form.

9              THE WITNESS:  The answer is yes,

10        because again the $180.39 on the price of

11        $406.99 reflects that 44.3 percent.

12             MS. McLAUGHLIN:  I have no further

13        questions.

14             VIDEO OPERATOR:  Going off the record,

15        6:37 p.m.  This is the end of disc 7 and

16        concludes the deposition of Dr. Sukumar.

17

18

19

20

21

22

23

24

25

Page 298

1

2

3                    C E R T I F I C A T I O N

4

5

6           I, LISA FORLANO, a Certified Realtime

7      Reporter, Certified Court Reporter and Notary

8      Public, do hereby certify that I reported the

9      deposition in the above-captioned matter, that

10      the said witness was duly sworn by me; that

11      the foregoing is a true and correct transcript

12      of the stenographic notes of testimony taken

13      by me in the above-captioned matter.

14           I further certify that I am not an

15      attorney or counsel for any of the parties,

16      not a relative or employee of any attorney or

17      counsel connected with the action, nor

18      financially interested in the action.

19

20

21           LISA FORLANO, CRR, CCR #XI01143

22

23

24   DATED:   March 21, 2016

25

```
 1                    ERRATA SHEET
                VERITEXT LEGAL SOLUTIONS
 2                     800-567-8658
       ASSIGNMENT NO. CS2236904
 3     CASE NAME: Dzielak, Et Al. v. Whirlpool Corporation
       DATE OF DEPOSITION: 3/17/2016
 4     WITNESS' NAME: Ramamirtham Sukumar
 5
       PAGE/LINE(S)/   CHANGE            REASON
 6     ____/_____/_____/_____
       ____/_____/_____/_____
 7     ____/_____/_____/_____
       ____/_____/_____/_____
 8     ____/_____/_____/_____
       ____/_____/_____/_____
 9     ____/_____/_____/_____
       ____/_____/_____/_____
10     ____/_____/_____/_____
       ____/_____/_____/_____
11     ____/_____/_____/_____
       ____/_____/_____/_____
12     ____/_____/_____/_____
       ____/_____/_____/_____
13     ____/_____/_____/_____
       ____/_____/_____/_____
14     ____/_____/_____/_____
       ____/_____/_____/_____
15     ____/_____/_____/_____
       ____/_____/_____/_____
16     ____/_____/_____/_____
       ____/_____/_____/_____
17     ____/_____/_____/_____
       ____/_____/_____/_____
18     ____/_____/_____/_____
       ____/_____/_____/_____
19     ____/_____/_____/_____
20     _____
                Ramamirtham Sukumar
21     (Notary not required in California)
       SUBSCRIBED AND SWORN TO
22     BEFORE ME THIS_____DAY
       OF_____, 2016.
23
       _____
24         NOTARY PUBLIC
25     MY COMMISSION EXPIRES_____
```

Page 300

1              Veritext Legal Solutions

            290 W. Mt. Pleasant Ave. - Suite 3200

2              Livingston, New Jersey 07039

            Toll Free: 800-227-8440  Fax: 973-629-1287

3

4    _____, 2016

5    To:  Joseph Marchese, Esq.

6    Case Name: Dzielak, Et Al.  v. Whirlpool Corporation

7    Veritext Reference Number: 2236904

8    Witness:  Ramamirtham Sukumar       Deposition Date:  3/17/2016

9

     Dear Sir/Madam:

10

     Enclosed please find a deposition transcript.  Please have the witness

11   review the transcript and note any changes or corrections on the

     included errata sheet, indicating the page, line number, change, and

12   the reason for the change.  Have the witness' signature at the bottom

     of the sheet notarized except in California where they are signing

13   under penalty of perjury and forward the errata sheet back to us at

     the address shown above.

14

15   If the jurat is not returned within thirty days of your receipt of

16   this letter, the reading and signing will be deemed waived.

17

18

19

20   Sincerely,

21

22   Production Department

23

24   Encl.

25   cc:   Allison R. McLaughlin, Esq.

**[& - 29]**                                                                 Page 1

### &

**&**  1:14 2:3 3:11,14
3:16 4:16 5:7
109:11 196:11
198:13

### 0

**00089**  1:6 4:23
**01**  254:15
**07**  118:8,9,12
**07039**  300:2
**08**  110:4 118:22

### 1

**1**  3:10,23 11:13
32:13,16 241:2
278:19 280:1 293:4
**1,526**  132:2,15
**10**  3:22 93:12
152:11 168:14
186:18 226:25
227:9,9,11,23 230:8
243:20 244:12,16
244:18 266:25
267:3
**100**  82:6 88:5
111:23 112:11
232:17,19 247:16
247:18
**10019**  2:5
**109**  3:11
**10:06**  45:20
**10:21**  45:23
**11**  3:23 110:12
119:5 280:2,5
**118**  156:10
**11:16**  83:10
**11:26**  83:13
**12**  57:7,17 149:4,6
150:12 226:7,9,18
285:24 289:18,18
**12.8**  247:20
**12.88.**  247:16
**120**  156:6,10,23
157:11,15

**12:20**  120:2
**13**  226:18 228:11
229:22 230:16
232:2,3,4,6 239:5
242:18 243:9,24
**136**  267:15
**14**  42:5,13 68:7
72:22 74:8 143:7
144:1,5,23 145:15
145:23 146:19
155:4 204:17 239:5
239:24 250:22
251:7,18,18 252:6
253:3,9,19 254:9,23
254:25 255:2,3,9,14
255:16 256:10
257:20 260:15
**15**  188:20 206:2
232:7,9 255:21
**16**  130:6 203:25
206:17 207:6
213:11
**17**  1:15 3:16 4:13
198:14
**171**  3:13
**176**  131:1 132:1
**18**  3:15 31:20 32:3,7
108:17 196:12
200:23
**18,000**  84:20 165:19
166:16 171:9
**180**  43:8,13 55:16
82:13,16,17 153:15
153:21 154:5,11,23
155:15,21 156:18
157:24 158:9,10,21
159:9,14 160:11,22
268:19 281:6,19
282:12 283:4,18
296:8,20 297:7
**180.39**  26:24 40:10
153:12 267:6
281:12 282:23
284:4 295:6 296:12
297:1,10

**180.39.**  153:19
154:9 268:1,4
**180.87.**  268:2
**19**  24:17 25:4,8,18
29:11 30:19 66:12
86:10 168:20
184:18,20 185:4
186:18,19 187:13
187:17 212:1
213:19 221:5
229:25 242:13
243:9
**196**  3:14
**1964**  83:21
**1974**  83:22
**198**  3:16
**1:29**  120:5

### 2

**2**  3:11,16 41:4 45:24
109:12,16 118:7
127:16,16 132:24
141:4 152:11
171:20,22 198:13
226:20 228:9 244:5
278:19
**2,778**  130:7,23
**200**  20:25 42:16,19
71:8 80:24 157:2,14
157:16 159:4
**2003**  172:18
**2004**  172:19 234:8
234:14
**2008**  18:10 188:14
**2009**  6:16,19,23
12:10 14:18 15:14
16:14,22 18:7,10,17
18:25 19:6,19 20:21
21:6,25 22:7 23:3
23:14,21 55:4 57:7
57:17,21 58:1 79:3
151:11,17 161:23
162:12 182:4
**2009-2010**  12:22
13:5,16 17:15

**2010**  6:19,24 12:10
14:18 15:14 18:7
19:6,19 20:21 21:25
22:7 23:3,14 55:4
55:14,16 161:23
162:12 182:4
**2011**  182:9 183:20
**2012**  6:16 7:1 16:14
16:22 57:21 58:1
79:3 151:12
**2014**  151:7,19
**2014ish**  150:22
**2015**  3:10 8:8 17:14
17:16,17 18:12,17
18:21 19:1 21:14
32:12 56:16 150:22
151:8 188:19
**2016**  1:16 4:13
298:24 299:22
300:4
**21**  3:15 196:12
298:24
**218**  3:17
**22**  3:12 109:12
219:25 220:3 221:6
222:8
**22.64.**  268:6
**2236904**  300:7
**224**  3:18 267:15
**23**  133:3
**239**  3:19
**244-1800**  2:11
**25**  285:5,18 287:5
289:19
**252**  3:20
**26**  110:3 118:8
141:5 152:11
**2635**  241:1
**266**  3:22
**27**  119:5
**279**  3:23
**28**  3:10,12 32:12
109:12
**29**  3:22 266:24

**[290 - absence]**

**290**   3:7 300:1
**296**   3:6
**2:12**   1:6 4:23
**2:28**   162:25
**2:41**   163:5

**3**

**3**   3:13,14 83:14
  171:17,23,25 182:9
  196:11 215:15
  228:10 241:3,7
  247:13 278:19
  295:7
**3/17/2016**   299:3
  300:8
**30**   3:22 127:24
  220:3 222:9 266:25
  278:4
**300**   43:2,6,10,15,19
  71:8 73:6,22 145:18
  146:14 152:21
  155:8,15 156:4
  158:4 251:24
  293:12,17,20 296:1
  296:16,21,24 297:3
**303**   2:11
**31**   3:18 224:5
**319**   154:22
**32**   3:10
**3200**   300:1
**34**   133:2
**36**   240:21
**370**   2:10
**3:22**   191:2
**3:36**   191:5

**4**

**4**   3:11,14 32:23
  55:22 108:6 109:11
  118:9 120:6,22
  163:1 196:12,16
  199:7 214:16
  229:22 239:2
  242:20 243:10
**4,000**   240:20

**40**   127:24
**400**   42:23 55:14,16
  146:6 154:25
**401**   259:17
**403**   253:2
**406.99**   295:7,14
  297:11
**406.99.**   295:18
**407**   57:5 67:20
  80:23 81:8,19 82:24
  281:13 282:24
  284:8
**43**   117:22 119:15,19
**44.3**   57:4 181:2
  266:2 281:13
  282:23 284:4 295:6
  295:16 296:8,12,13
  296:23 297:7,11
**4500**   2:10
**48**   225:25 226:10
**4:39**   235:13
**4:45**   235:17

**5**

**5**   3:6,16,22 61:11
  70:4 133:20 163:6
  165:18 198:14,18
  202:4 213:12,13
  229:5,9 230:15
  232:1 242:20
  243:24 266:24
  293:5,7,9 295:8
**5.4**   130:8 133:18
  134:10 135:20
**50**   11:13 117:14
  131:16 138:10
  226:13 291:6,15,22
  292:4
**500**   43:3,6,10,16,19
  73:6,22 135:14
  145:18 146:14
  152:21 154:18,24
  155:8 251:24 292:3
  293:12,18,20
  295:18 296:1,17

**297:3**
**512**   132:16
**530**   133:3 225:3,8
**564**   132:21
**5:41**   271:24

**6**

**6**   3:17,18 191:6
  218:24 219:3 224:5
  235:13 239:5
**646**   2:5
**68**   226:13 227:6
**6:01**   272:2
**6:37**   297:15

**7**

**7**   3:16,18 141:5
  153:9 198:14 224:6
  224:12 235:18
  254:21 294:25
  297:15
**7.39**   247:15,21
**70**   220:3 228:8,17
**700**   42:16,19 80:24
  145:19 146:13
  157:17
**72**   229:16
**73**   230:9
**78**   230:14 232:16

**8**

**8**   3:19 154:16,16
  202:4,5,6 203:7
  240:2,6,21 241:4
  247:12
**80**   164:15 165:5
**800-227-8440**   300:2
**800-567-8658**   299:2
**80202-5647**   2:11
**837-7410**   2:5
**888**   1:15 2:4 4:16

**9**

**9**   3:20 141:5 185:16
  217:7 230:10
  252:11,15 259:19

**90**   131:4 239:1
  243:18,19
**909**   242:6
**95**   267:7,8 268:16
**96**   3:18 224:6
**973-629-1287**   300:2
**98**   125:8
**9:14**   1:16 4:14

**a**

**a.m.**   1:16 4:14 45:20
  45:23 83:10,13
**a1**   253:8,18 254:5
  254:25 255:1,5,13
**a2**   253:8,19 254:6
  254:25 255:1,5,13
**ability**   66:2 134:4
  135:5 169:12
  199:17 217:9
**able**   36:3 52:21
  57:16 62:3 73:6
  95:4 97:1 109:25
  116:17 121:5 134:7
  143:24 149:19
  150:22 161:19
  168:16 171:13
  179:6 186:24
  189:20 205:5 234:5
  263:3,9,21 270:6
  284:21 289:11
  293:12
**absence**   24:18 29:1
  39:11,24 40:12 42:4
  42:11 47:6 48:18
  49:1 52:19 57:9,24
  58:13,19 59:15
  60:20,24 66:25
  69:16 73:12,21
  74:13 80:1 85:14
  92:17 95:6 141:20
  143:1,5 144:13
  145:22 152:7,19
  162:6 182:12
  212:10 213:9 218:9
  239:14 257:1

262:21
**absent**  30:13 39:10
214:2 258:3
**absolute**  147:17
296:9
**absolutely**  68:4
82:22 83:8 112:15
123:1 285:17
292:21
**aca**  166:3
**academia**  51:21
273:17
**academic**  36:16
40:1 178:6,14 181:7
182:1 244:8,23
250:21
**academics**  68:10
250:9,14
**accept**  137:21 139:5
**accepted**  162:1
167:2 170:16,17,23
173:23
**access**  123:3 124:18
124:25 125:6,6,9
170:2 178:23
**accolades**  250:12
**accomplish**  72:10
72:14 135:15
**accomplished**
135:16
**account**  8:2 13:19
14:24 15:4,11 17:4
17:18 22:13,23 24:1
24:11 26:5 35:10,11
40:6,8 42:6,13
43:20 45:13 53:4
54:5,14,18,19 56:21
75:6,8,9,10 76:2,16
76:17,24 80:16
94:22 95:9 99:7
144:1,11,14 145:18
145:23,25 146:18
156:12 157:17
186:25 207:4
217:22 218:21

245:8 246:17
255:17 257:24
258:21,22 260:9,16
260:17 262:24
265:9 267:20 270:2
294:21 296:15
**accounted**  94:12
**accuracy**  231:9
232:10,14 233:15
265:1
**accurate**  37:20
160:23 181:17
**accurately**  237:19
238:20
**achievement**  275:17
**act**  126:9
**action**  1:5 52:7
182:18,24 183:2,24
280:10 281:14
298:17,18
**actions**  54:14,17,18
79:18 80:9 182:21
**actively**  126:12
**actual**  68:25 73:17
77:7 96:4 156:18
160:23 182:13
190:5 239:13 282:4
286:15
**adaptive**  3:13
164:12 166:4
171:15 181:14
238:20
**add**  46:16 49:24
89:14 94:20 95:25
99:15,21 101:19
199:8
**added**  94:5
**addition**  254:22
**additional**  72:12,12
132:16 161:8 216:3
221:11
**address**  277:16
283:24 300:13
**addressed**  285:14

**adequate**  153:3
208:7 218:21
**adequately**  185:19
**adhere**  178:1,15
**adhered**  178:8
**adheres**  177:4,15
**adjust**  158:17
**adjusted**  96:20
127:11,15 132:23
239:16 267:18,19
267:25
**adjusts**  97:11
**administration**
272:6,19 274:3
**advance**  123:25
**advanced**  200:6
**advertisements**
205:16,19 222:21
**adviser**  182:3
**advises**  88:4
**advisor**  83:25 87:3
87:12,17,22,24
181:23 182:10
**affect**  78:9 147:20
**affiliation**  178:11
274:19
**affixed**  219:12,18
**afternoon**  290:20,21
**age**  132:3
**aggregate**  10:15
26:21 29:3,5,19,25
30:19 48:23 49:21
50:23 55:7 59:14
72:20,21 138:16,17
138:21 139:11,21
140:10 216:12
251:11 263:23
281:9,12 282:3,20
**aggregated**  251:1,14
251:22,23 264:7
**aggregating**  251:15
**aggregation**  251:19
**agnostic**  69:10,11
**ago**  38:9 116:5
178:6 247:11 258:9

277:24 278:4
**agree**  4:8 13:14 18:6
38:11 47:19 48:1
62:15,18 138:23,25
141:2 164:4 167:1
167:23 180:24
248:2 254:5 262:25
263:15 270:13,16
270:19 271:13,15
**agreement**  179:8
**ahead**  285:20
**aimed**  89:22
**al**  1:4 4:19,20 299:3
300:6
**algorithm**  238:20
**aligned**  127:15
**allegation**  222:6
**allegations**  5:19
9:21,24 221:23
**allegedly**  8:24
**alleging**  221:19
**allison**  2:9 5:3 83:6
105:11,11 162:19
300:25
**allocate**  34:14 46:6
46:9 48:17 60:2
144:13 148:21
160:14 162:5
217:18 232:17,19
**allocated**  67:10
151:25 154:5
**allocating**  187:10
**allocation**  67:5
**allow**  10:16 104:22
108:13 142:16
148:5,9 168:22
189:19 285:11
287:21
**allowed**  7:18 117:14
**allowing**  263:12
**allows**  52:17 54:20
104:6 126:5 142:20
163:14 227:3,15
**alvin**  278:23

**american** 172:5
174:17 175:15
176:9,10,22 231:25
272:25 273:4,5
275:22 279:16
**amount** 46:13 47:4
56:24 66:20 129:16
135:16 155:15,23
180:8,17 218:20
230:6 231:10
250:13 268:9 275:4
296:9
**amounts** 216:5
272:14
**analyses** 34:6 94:11
**analysis** 12:20 13:7
26:19 30:14 33:4,6
33:9,10,10,14,17
34:17,22,25 35:2,16
36:19 37:3,19 38:10
58:9 62:16 66:3
67:8 71:24 83:17,19
87:2,13 88:9,19
90:4 91:11 113:20
127:9 130:4 159:25
164:12 166:4,5,13
167:5 170:20
173:17 174:20
181:15 182:2
246:13 248:1
250:25 258:1
273:23 290:23
291:21
**analyze** 30:5 31:6,19
172:21
**analyzed** 31:16,18
32:6
**announced** 182:24
**answer** 9:3 10:10,18
11:2,22,23 12:17
15:9,19,20,24 19:4
20:22 22:21 27:14
28:5,11,16 29:8
30:15,16,16 31:23
54:10 55:10 59:19

64:16 77:18,23 83:5
88:17,21 91:14
95:18 98:20 101:3
101:14 102:10,23
107:15 110:15
112:8 118:16 119:2
134:9 154:9 161:19
164:1 166:18 167:6
168:25 169:6
170:11 171:5,7
174:5 176:3 178:6
179:15,19,21 180:3
189:23 190:6,22,23
195:9 205:14
211:18 216:22,24
218:10 220:6
223:25 228:20
230:23,25 231:15
234:25 236:9 249:8
249:16 260:7
262:24 266:20
275:3,9,19 279:2,18
279:23 283:10,10
284:1 290:10 292:7
294:19 297:9
**answered** 9:13
20:18 31:2,12,12,15
31:25 50:12 64:6,7
89:16 99:11 100:7
100:10 132:18
142:2 164:3 171:1
212:5 222:12 261:1
275:12 283:7
**answering** 27:23
97:24 100:9 133:13
173:19 197:20
**answers** 11:9 64:20
64:24 126:12,14
128:10 161:17
181:5 215:7 224:21
239:8,11 266:7
**anybody** 250:20
**apologize** 149:1
187:18 228:1
288:17

**appealing** 154:21
**appear** 185:21
**appearances** 5:2
**appendix** 30:20
32:21,21
**appliance** 91:2
**appliances** 34:22
110:5 117:3 118:17
118:24 141:6
**applicability** 103:10
164:18 277:14
**applicable** 58:20
155:9 292:18
**application** 74:21
99:1 147:3 254:17
273:22
**applications** 68:25
274:12,15
**applied** 43:18 73:18
99:14 145:15 168:6
255:3 267:21
274:10 276:18
279:4,10 295:21
296:16 297:3
**apply** 39:19 40:3,14
41:11 42:15 43:3,5
43:8,9,15 54:9
72:22,23 74:8,10
82:13,18,20 152:21
154:23 155:4 268:1
**applying** 42:5
145:22 146:19
168:10 267:24,25
276:13
**apportion** 48:25
66:16
**apportioned** 284:7
**apportioning** 58:20
261:10
**appreciate** 133:11
133:14 231:13
**approach** 16:6
17:20 35:24 55:23
56:10,10 59:12
68:12 82:9 103:5

124:6 167:20 181:4
194:23 207:1
215:11
**approaches** 36:8
38:19 104:7 124:4
201:8,15,20 266:6
**appropriate** 27:15
33:19 88:1 95:25
97:6 166:7,10
167:16
**appropriateness**
278:8,9
**approximately** 4:14
82:6 278:5 291:17
**area** 12:2 13:8 17:5
17:18 24:2,12 36:14
272:10 278:12
283:13
**areas** 52:12 115:8
192:22 282:6
**argue** 65:14
**argument** 255:16
**array** 20:16,24
**arrive** 257:10
**article** 69:8 172:8,12
174:8 179:25 182:6
182:8 245:14
250:11,16 252:16
252:24 257:8
259:18
**articles** 172:20
249:23
**ascertaining** 48:12
**asemap** 72:3,8 83:24
84:22 86:13 97:5
127:11,13 128:4,22
128:24 129:13
133:5 149:5,6
164:10 165:1 166:7
166:9 168:20 169:5
169:22,24 170:9,12
170:15 171:12
172:9,15,21 173:2
173:11 178:18,20
179:4,7,25 180:23

181:16 182:15
183:18 197:12
225:11,14,16 226:8
227:2 230:20 240:9
240:12,18 247:13
260:18 275:24
286:2
**aside**  27:3,8 243:23
**asked**  9:18 14:22
29:21 31:11,24
32:25 33:5,7 39:2
50:11 51:9 88:16
96:2 108:13 109:9
113:13 121:4
140:18 162:9
199:25 213:14
216:20 217:3
222:11 223:6,21
225:23 230:21
237:4 243:12
260:25 283:6,12
294:8 296:20
**asking**  11:25 12:16
12:17 21:3,4 22:17
23:8 27:21,24 31:18
53:24 55:11 65:2
77:16,24 101:11
106:5 108:1 132:6
148:4 161:2 171:7
174:6 175:9 179:14
204:2,19 205:15
214:3 215:2 218:11
232:16,19 283:16
283:23 284:23
288:22
**asks**  110:4,7 163:16
**aspect**  76:21 77:22
127:2,10,10 129:8
129:12 184:12
**aspects**  45:2 75:10
77:8 81:3,3 276:5
289:5
**assess**  264:13,18
**assessment**  8:5

**assigned**  143:5
224:25
**assignment**  7:17
8:16 10:12 11:18
12:14 13:1,2,3,6
21:12 25:14 28:24
30:11 32:24 38:22
38:23 52:14 210:3
221:7 281:23
282:16,17,18
283:11 299:2
**associated**  10:13
36:21 37:14 39:3,16
40:17 41:13 69:4
90:7,13 92:16 160:6
183:1,9,12 184:12
210:4 212:23
217:13,23 218:22
**association**  174:18
175:16 176:10,11
176:22 231:25
273:1,4,6 275:23
276:3
**association's**  172:6
**assume**  50:18
261:25
**assumed**  259:21
**assumes**  48:20
165:8
**assuming**  62:14,21
66:1 101:18 262:2
**assumption**  62:19
64:22 106:24 139:5
**assumptions**  44:8
44:17,22,23,24 49:7
49:10,25 64:25
77:22 80:5 107:4
161:7,8,17 175:8
283:24,25
**assurance**  180:6,15
**attachments**  248:17
**attempt**  96:9 217:12
**attempted**  37:6
**attend**  192:9,12

**attended**  200:12,14
**attending**  274:11
**attorney**  298:15,16
**attorneys**  2:7,12
224:10
**attributable**  33:1
38:25 47:5 55:9
57:18 73:7 293:13
**attribute**  3:13,21
13:8 16:5 17:19
26:16,20 27:10
29:15 30:2,18 34:5
34:10 35:3,4 39:6
43:24 54:24 57:16
58:10 62:6 66:9
67:11 69:12,19 70:7
70:18,23 71:10 72:4
72:7,8 74:2,4 75:15
75:25 76:1,7 86:16
168:11 169:4
171:16 185:5
186:16 200:3
206:16,17 208:15
208:24 209:19
210:2 211:25
212:18 213:7
214:19 215:3,15
216:1,10 220:1,20
220:22 221:2
222:20,25 223:8,12
226:15 227:4
229:18 231:6
232:14,22,23
233:12,13,16
235:23 237:6,13,21
237:22 238:4,5,13
238:21,21,23
239:13,14 241:14
241:16,20,23 242:4
242:12 243:4
244:21 246:6,7,9,12
246:16,18 247:4,17
247:18,19,23,24,25
248:12,14 251:16
252:11,19 256:24

256:25 257:3,13,14
258:3,12 259:11,21
261:11 262:5,6,6,8
262:9 271:3
**attributed**  55:17
57:8 66:19,19 67:22
**attributes**  3:14 13:9
16:4 17:5,18,19
18:3,16,24,25 23:19
24:5,5,9,10,14,16,19
24:22 25:2,5,6,8,22
25:25 26:5,6,8,15
27:4,12 28:1,17
29:10,11 30:5,8,10
30:20,23 31:7,10,16
31:19,21 32:3,7
34:8 35:7,8,12,14
35:14 39:14 40:3
41:7,8 42:1 61:23
62:1 66:11 67:5,6
69:6,12 72:11,17
85:13 86:1,3,6,10
86:10 148:16,17,19
150:6 162:4 163:14
163:16,21,22 164:9
164:20,25 165:14
166:2,2,7 167:18
168:14,18,19,20,24
184:18,20 185:4,14
186:1,6,8,14 187:4
187:7,8 188:20,24
190:11,14,17
192:15 193:8,21
194:12 196:1,11,17
197:14,23 199:8,10
203:6 204:16 205:7
206:21 207:4,22
208:13,18,23 209:2
209:6,20 210:7
211:6 212:1 213:19
213:25 214:2,5,9,13
214:17 215:13
221:5 227:16
229:25 231:2,7,9
232:20 233:2 237:3

237:17 241:9
242:13,17,25 243:3
243:12 246:9 247:3
247:5
**attributing** 57:23
**audience** 132:14
**audio** 4:7 193:13
**authors** 250:8
**automated** 85:15
**automatic** 187:11
**automatically** 78:16
115:18 146:16
**automobile** 222:15
**availability** 62:9
77:19 78:15
**available** 12:9 13:16
14:18 15:13 16:22
18:17,17 19:6,18
20:20 21:21 22:7
23:2,13,18 35:17
59:20 77:10 78:7,19
78:20 79:8 88:20
89:4 157:20 161:23
188:2 192:4 291:12
**ave** 300:1
**avenue** 1:15 2:4
4:16
**average** 42:21,22
55:14 57:6 59:17
67:20 73:18 74:12
80:16,18,22 81:4,13
81:17,19,24,25
82:24 130:3 133:2
141:18 144:24
146:6 151:4 154:24
162:12 253:4,5
255:12,25 256:1,2
258:13 263:9,10
284:8 294:23 295:6
295:13,17 296:14
297:2
**averages** 252:24
256:11 269:6,12,16
270:4,13,23

**averaging** 266:14
**award** 68:10,11,11
170:18 275:23
276:1
**awards** 97:7 172:7
173:14 275:22
**aware** 59:3 67:25
68:18 136:12 137:6
137:13 146:22
148:4 219:11
**awareness** 215:22
215:25

**b**

**b** 3:9 217:8 262:13
262:14,16
**b0** 239:21
**b1** 239:22,22 263:5
263:7,8,10,24 264:9
**back** 18:10 21:6
30:22 31:2,5 36:24
37:1 38:22 42:4
44:15 45:22 55:4,21
57:14 64:23 66:7
70:4,21 83:4,12
88:15 97:9 102:18
108:13 111:25
112:2 117:11 118:5
120:4 122:18 128:7
128:14,18,21
131:17 133:11
134:19 137:9,12
138:9 141:4 152:10
153:8 158:24 163:4
177:10,12 180:2,11
180:13 181:11
188:13 191:4
193:16 213:11,19
214:16 220:7 226:7
228:7 235:16
239:25 243:10
250:6 252:6 253:13
253:16 269:8,10
272:1 282:16
291:10,18 294:12

294:14 300:13
**background** 231:5
**backgrounds**
192:17
**backward** 89:17
96:21 183:14 261:7
262:5
**backwards** 95:5
265:2
**bake** 95:2
**baked** 13:23 14:2,8
45:5 77:11,12 78:6
80:11
**balance** 267:21
**balanced** 122:6
136:10,24
**balancing** 136:9
**bandwidth** 265:14
**bar** 237:6,12 241:12
242:2,25 246:7
**barbara** 191:15
**bars** 236:10
**base** 166:15
**based** 8:6 25:9,12
26:10 31:20 42:21
51:20 62:7 66:23
71:13 72:10 78:5
80:20 86:11 95:22
96:15,19 102:8
106:24 110:15
157:19 162:8 163:9
163:11,18 164:4,7
164:15,18 165:6,12
165:22,24 166:12
166:16,19 167:1,4,9
167:9,10,15 178:13
180:21 182:3
199:21 202:7 232:8
241:13 245:18
246:20 251:4
254:15 255:22
256:6,7,21 266:10
284:8 293:24 294:2
296:14

**basic** 61:13
**basically** 71:2 75:14
196:22
**basing** 45:1 245:12
**basis** 7:20 29:24
39:25 72:2,16 101:2
110:24 181:3
203:25 294:9
**bathroom** 83:7
**bayesian** 72:13
167:10,12,20,23
168:5 274:13
**began** 84:5
**beginning** 45:24
83:14 120:5 163:6
191:5 235:17 254:4
**behave** 85:2,9
**behavior** 245:7
**behaviors** 85:12
245:9
**believe** 26:9 31:2
35:16 36:13 55:2
63:18,19 111:3
112:7 119:16 124:3
131:6,6 135:3
141:20 149:7,21
150:4 166:9 171:25
177:2,14 178:12
182:10 189:15
202:9,12 214:16
215:12 217:5 254:4
**belonged** 109:10
**beneficial** 212:16
**benefit** 71:9
**benefits** 212:13,22
**best** 38:10,12 104:4
284:23
**better** 102:23
154:14 159:23
160:10 180:4
**beyond** 29:7 96:2
207:13 284:20
**bias** 134:14,15,16,23
135:2,4,9,24 187:5

**biased**  214:14
    267:17,19,25
**big**  135:16 187:25
    248:1,15
**bills**  140:5,6
**bio**  190:20
**bit**  66:8 79:2 82:4
    94:16 97:18 113:17
    119:12 136:8
    154:14 155:12
    177:20 204:18
    207:15 246:25
    278:11 291:19
**blanket**  27:14 101:3
**blast**  135:9
**board**  178:10
**body**  245:12,15,25
    249:10,22
**boes**  268:25 269:1
    270:6,22,24 271:6
    271:12
**book**  269:5,12
    270:25
**bottom**  70:9,10
    118:8 152:11 202:6
    212:1,19 213:12
    225:25 230:9
    236:15,16,19
    238:14 241:7 242:6
    243:4,8 300:12
**bought**  55:13,15
    66:18 110:19 146:4
    150:21 151:10
    153:21 154:4
    155:14 204:9
    282:21
**bound**  267:7,8
    268:14,14,18,20,22
**box**  241:9
**boxes**  126:15
**boy**  107:19
**brackets**  118:25
    119:6
**brand**  19:18 24:20
    76:1,16 152:12

153:5 166:2 204:19
    205:1 206:4 243:13
    243:18
**brands**  13:19 23:25
    152:14 153:1,2
    259:12 260:17
**break**  45:17 78:2
    83:7 119:23,25
    128:14,17,18
    162:21 190:20,25
    191:8 235:4 271:18
    271:21
**breakdown**  93:6
**brief**  45:21 83:11
    120:3 163:3 191:3
    235:15 271:25
    284:3
**briefs**  190:17
**bring**  201:13 264:8
    287:21
**bringing**  87:25
**broad**  34:4 35:9
    43:5,18 101:11,15
    102:10 168:9
    179:13,22 200:2
    204:15
**broader**  104:23
**broadly**  124:6
**brought**  84:1 87:4
    173:16 286:19
**bucket**  230:3,3,4
**budgets**  144:19
**build**  193:22
**built**  17:2 240:11
    244:25
**bursor**  1:14 2:3 4:15
    5:7
**bursor.com**  2:6,6
**business**  35:6,6 84:6
    86:22 89:16 272:6
    272:17,19 274:3,3,5
    274:18,20 277:9
**buy**  48:13 117:3
    143:8 156:25
    161:12,14 188:9

**buyer**  147:2
**buyers**  27:11 143:23
    144:16,16,22
    146:21 147:3
    148:14 153:18
**buying**  146:8,13
    154:6 188:14,19
    223:10 281:15
    284:6

**c**

**c**  2:1 298:3,3
**c6**  5:23 42:23 67:20
    81:23 82:8,10
**c7**  5:23 82:2,19
**c7s**  82:5,14
**calculate**  66:3 155:3
    168:9 214:15
    239:15 251:22,23
    267:24 268:24
**calculated**  15:7
    42:19 43:18 55:5
    181:3 249:12,17
    250:5 254:22
    292:18 294:22
    296:14
**calculating**  42:9
    47:7 50:16 52:15
    54:20 57:3 67:13
    141:23 175:20
    258:2
**calculation**  14:3
    42:12 47:9 61:2
    127:15 145:24
    236:19 239:9
    248:23 249:4
    258:25 267:13
**calculations**  38:5
    42:8 239:24 240:11
    240:16 285:3
**california**  7:6
    105:12 131:11
    138:12,23,25
    139:12,23 140:16
    202:8,20,21,22

291:3 299:21
    300:12
**call**  93:4 122:19,22
    193:19 242:9
    262:12
**called**  86:4 106:13
    113:19 120:12
    127:11 163:13
    179:11,18 189:4
    249:21 250:6 251:9
    252:18 254:13
    289:20 290:4
**calling**  66:17
**calls**  281:21 282:13
**cancer**  86:25
**cap**  232:6
**capabilities**  99:21
    99:23
**capacity**  182:5
    247:15,20
**caption**  4:18
**captioned**  298:9,13
**capture**  80:16
    200:22 287:16
**captured**  196:23
    198:4 240:10,11,18
**car**  223:9
**care**  139:12
**career**  86:19 87:1
    100:15
**careful**  81:22 99:17
    147:19
**carefully**  65:1
**caring**  146:7
**carries**  147:18
**carry**  147:19 161:16
    279:13
**case**  4:19,21,22 5:19
    6:8 7:11,13 8:13
    10:20 26:11 28:8
    35:18 36:5 38:20
    46:7 57:4 62:23
    63:15 64:5,8 65:10
    66:11 69:15 88:3,14
    94:24 96:24 101:2,2

[case - class]                                                                                      Page 8

101:25 105:7 106:3
106:6,12 107:1
113:8,16 116:21
137:1 182:7 184:3,5
184:11 201:9 213:5
219:10,20 221:19
229:9 234:9 236:22
237:6 256:25 262:6
270:4 271:3,8
276:20 280:10,12
280:13,25 281:2,5
284:13 285:17
289:17 290:23
292:12,20 295:25
299:3 300:6
**cases**  33:21 68:21
71:15 88:14 89:2
93:20,22 95:18 97:5
101:25 170:15,17
183:21 197:9
254:19 280:20
**categorization**
228:9 237:9
**category**  121:19
**cc**  300:25
**ccr**  1:13 298:21
**cellphones**  4:5
**census**  108:15
113:11,16,25 114:3
114:6,15,15,17
115:4,11,20,21
116:1,7,15,19,22,25
120:21 121:5,6,9
130:17 132:10
134:9 136:3,7 137:1
137:4 267:23
**centennial**  5:21 9:6
11:4 13:5 14:13,20
16:20 25:6,18 26:1
26:9,23 27:5,11,15
29:22 33:2 46:23
48:14,24 50:4,24
52:16 53:15 54:21
56:13 58:1,21,25
59:5 63:17 77:6

78:13 79:5,8,13
80:3 143:14 144:7
145:9,17,25 147:23
149:9 153:18,21
154:4 155:19
157:22 158:22
159:13,15 282:11
283:4
**ceo**  34:20 36:17
63:19
**certain**  7:4 10:24
34:8 35:13 56:1
61:21,21 66:20
67:11 71:16 74:11
85:15 89:10,15
90:22 92:10 96:14
99:23 100:21
106:22 107:8
108:17 124:4
125:22 127:13
137:24 160:8
161:16 166:19
181:18,19 186:21
186:22 187:23
206:13 212:13,22
268:15,15
**certainly**  68:4 71:19
233:25
**certification**  9:25
291:2
**certified**  6:5 298:6,7
**certify**  298:8,14
**cetera**  71:9 104:11
114:10 189:22
196:5 213:4 245:19
**chance**  105:2,25
106:15,16 108:11
109:1
**change**  11:15 53:6
75:25 97:13 100:17
100:24 147:11
155:12 162:7,8,15
171:4 197:7 199:20
203:2,4 207:1,2,20
227:14 243:13,14

299:5 300:11,12
**changed**  162:17
**changes**  52:4 228:24
229:18 232:17,18
232:20 233:6,9,11
300:11
**channel**  98:19
**characterizing**
102:22
**charge**  65:20 94:5
94:20 100:22
158:10 259:20
**charged**  89:23 95:1
158:7 261:8
**charlene**  1:4 4:19
**chart**  241:8
**charts**  188:21
**cheat**  242:8
**check**  131:3 225:23
225:24 227:24
253:9,19
**chief**  83:24 87:3,11
87:17,22,24 93:19
181:23 182:2,10
**choice**  24:6 72:10
86:11 163:9,11,18
163:22 164:4,7,15
164:18 165:6,12,15
165:22,24,25
166:12,15,16,19
167:1,4,9,15 169:15
**choices**  8:21 28:20
62:4
**choose**  33:13 98:13
111:14 160:9
163:17,17
**chooses**  118:24
**choosing**  206:3
**chose**  33:10 86:13
111:5 260:11
**chosen**  95:12,24
96:14
**circles**  250:21
**circumstance**  98:21

**circumstances**  64:8
97:25
**city**  4:17
**civil**  1:5
**claim**  6:4 10:20 12:3
63:20 92:25 208:24
222:6
**claims**  35:23 69:6
84:16 92:24 183:13
183:14
**clarification**  168:1
176:7
**clarify**  67:7 81:7,15
94:15 97:17 148:3
200:13
**class**  5:20 7:2 10:15
13:20 21:22 26:21
27:13 28:19,22,23
29:3,4,9,16,16,25
30:2,18,23 32:4
34:3,4 35:1,9 46:22
48:23 49:20 50:19
50:22 51:12 55:6
57:6 58:10 59:13,17
66:13 67:22 69:13
72:21,25 104:20
106:15 108:16
109:7,25 110:17,18
111:6,10,14,16,20
111:24 112:1,6,11
112:12,12,15,19,20
112:23 113:2,5,7
114:19,23 115:8,10
115:15 116:2,9,21
117:1,8,9,19 119:21
131:21,23 138:18
139:22 141:24
144:25 149:8
151:10 152:3
157:21 182:18,21
182:24 183:2,24
184:6 274:6,12
280:10,24 281:6,9
281:11,14,14,18
282:2,10,20 283:3

283:17 284:5 291:2
292:11,15,16,19
**classification** 91:19
93:3
**classificatory** 92:13
**clean** 130:1 217:10
**cleaning** 129:25
**clear** 18:23 19:21
26:18 50:2 53:19
149:11 160:12
234:21 249:3
255:15
**clearly** 12:2 20:8
24:20 26:16,23
28:25 29:24 32:2
38:16,18 42:8 49:22
65:15 69:10 77:5
79:3 103:25 117:8
118:11 127:24
129:10 131:21
133:4 134:24 141:1
147:5 148:13 153:5
156:17 167:7
204:11 207:2 210:1
212:14 213:4
214:24 215:24
221:9 256:10
295:16
**clicked** 130:23,25
132:8,18
**clicking** 126:15
**client** 94:5,20 98:1
101:6,21
**clients** 95:12 96:5,6
96:13 97:3 99:6
101:16 102:7
**close** 63:18 84:19
85:2,9 157:15 238:8
266:3
**closely** 273:7
**closer** 184:14
**clothes** 5:21 17:23
20:13 21:1 25:11,23
30:25 39:12 40:13
41:2,12,19 46:6

56:1,24 85:16 110:8
110:10 114:9 117:5
118:15,19 132:3
141:8,15 142:1
143:22 149:9
152:12 154:21
165:15 185:23
189:7 200:24,25
217:11 218:7
232:24 239:3
247:15,20 295:6,13
**coaching** 88:7
**coast** 131:11 202:25
202:25 203:4,4
**code** 178:20,23
**coefficient** 239:21
239:22,22 263:6,7,8
263:10 264:9
266:14
**coin** 144:2
**colleague** 5:7
**colleagues** 173:15
**collect** 135:19
**collected** 135:18
167:22
**collects** 225:16
**college** 272:18
**color** 232:24 233:7
**colorado** 2:11
**column** 241:15,19
241:22 242:6
**columns** 241:9
**combination** 162:3
163:14
**combinations**
163:15
**come** 65:2 72:25
95:11 118:5 128:7
128:14,18,21
172:16 181:11
185:13 189:20
190:6 203:5 206:15
207:19 208:6
222:19 227:17
269:21 277:11

288:21
**comes** 36:15 57:2
75:1 131:17 240:8
240:17 257:20
266:21 271:4
**comfortable** 205:18
205:22,23 288:1
**coming** 42:14 65:5
75:10 77:24 79:2
81:18 107:24
123:21 140:2
148:21 156:13
188:17 199:18
244:22 252:23
**commencing** 1:16
**comment** 111:18
147:4,17 181:12
219:16 284:15,21
**commented** 53:2
**commercial** 33:21
84:24 88:3 92:3,20
92:22 93:2,6,14,21
**commission** 299:25
**commissions** 98:18
99:12 100:3
**commit** 126:21,22
**committee** 276:23
**common** 123:12
134:11,13 136:22
192:11 194:3,10
264:8 277:13
**commonly** 107:14
164:5,9 166:12,20
166:23 245:3 255:7
255:24 256:4,5
**community** 167:3
**companies** 86:25
**company** 65:19,23
83:25 87:8,21
120:12,15,24
122:11 124:1
163:12 170:1,5,13
170:24 171:3 174:2
183:22 201:4,5
275:20 276:1 287:1

**comparable** 13:4,15
14:12,14,17,19
38:13,14 115:23
143:13,18,19
159:12 161:22
162:11
**compare** 34:11
73:15,21 74:5 75:14
86:2 114:16 115:5
115:22 116:12
150:10 163:15
181:4 243:13 263:1
263:4,22 264:4
266:2
**compared** 13:12
15:8 35:14 39:13
41:8 52:19 58:15
59:15 67:24 72:7
73:12,21 86:11
168:19 169:5 211:5
216:11 231:6
236:17 237:21
238:3,9 239:17
241:16 244:13
246:6,10,12,17
247:18,23 248:22
263:16 264:3 282:1
**comparing** 73:4
137:2 235:21
265:25 293:10
**comparison** 146:15
218:8 231:14,16
233:19 236:5,12,23
237:11,24 238:17
243:7,11 257:11
**comparisons** 232:3
233:3 237:13
242:20 263:12
**compensated**
125:24
**compensations**
98:17
**competition** 13:24
52:4 54:18 79:23
258:21 259:3,7,12

**competitive** 13:25
23:17,25 54:14,17
**competitor** 42:13
79:15,17,17 80:7
260:10
**competitors** 17:9
53:4 79:12 80:10
**complaint** 7:12,21
8:14,17 21:14
221:24 222:2
**complaints** 222:1
**complete** 20:14
104:24,25 120:18
127:4,7 128:19,24
132:17 190:12
196:6 289:4,15
**completed** 109:4
114:4 115:2 116:10
116:13 130:24
132:8 134:19 136:6
189:14 190:1
285:19 286:20
287:18
**completely** 114:11
175:7 229:8 267:23
**completing** 104:9
126:6
**compliant** 60:6,14
**complicated** 231:20
**component** 80:17
**compound** 12:11
215:20 256:15
**comprehensive**
186:24 207:3,22
213:25 214:6,22,25
215:10,13
**comprise** 114:23
**computation** 74:24
75:14 254:5 256:20
257:6
**compute** 106:19
236:24 237:25
251:3,7 256:1,11,12
256:17 258:15,20
263:5 268:13 270:6

270:9
**computed** 238:10,11
241:14 242:1,3
262:22 266:18
**computer** 125:1
178:20 187:24
240:16 288:3
**computers** 83:22
**computes** 248:12
256:23
**computing** 74:17
216:13,14 253:8,18
255:12
**con** 30:4
**concern** 135:2
139:14
**concerned** 134:23
139:24 140:1,4,5
215:5
**concerns** 288:24
**concludes** 297:16
**conclusion** 65:2
258:1 281:22
282:14
**conclusions** 65:5
162:16,17 174:21
**conclusive** 190:16
192:14 193:4,6,6
194:4,8,23 206:16
209:4 286:14
**conduct** 8:19 33:5
106:19 150:16
183:23 189:8
**conducted** 32:20
36:20 37:2,13,17
56:4 88:9,18 90:6
90:12 91:10 93:23
171:10 191:9,18
285:5 290:22
**conducting** 89:8
184:23 278:1,10
287:3
**confidence** 107:7,9
107:11,17 168:7
265:3,5,13,20

266:17,18 267:5,7,8
268:16 270:10
**confidences** 183:3
**confident** 268:16
286:4
**confidential** 92:12
96:25 179:2
**confidentiality**
179:8 182:20 183:1
184:15
**configurations**
187:24
**confirm** 119:17
**confuse** 233:21
**confused** 261:16
**confusing** 233:24,25
234:11
**conjoint** 13:7 15:5,6
16:5 17:6,17,24
19:23,25 20:15,24
22:12,25 24:1,21
25:13,20 29:24
32:20 33:4,6,9,9,10
33:17 34:6,17,22,25
35:1,15,16,21,24,25
36:8,15,19 37:3,18
38:3,10,16,17 39:5
41:24 45:2 47:15
52:17 53:12 54:4
56:14 58:8 60:1
61:20 62:15,22
63:25 64:9 65:15,19
66:3,8,22 67:2,8
68:1 69:3,5,21
71:21,23 72:1,10
76:4 77:14 83:17,19
84:1,5,20,23 85:1,8
85:10,19,25 86:11
86:18,24 87:1,4,13
88:9,18 90:6,12
91:11,23 92:6,23
93:1,23 94:19 95:3
96:22 105:17
109:22 116:10
125:4 140:7 148:13

148:15 158:8
159:17,25 160:3,9
162:1 163:10,11
164:5,7,12,15,19
165:5,19,23,25
166:4,5,13,17,19
167:2,5,9,15 168:12
168:13,18,22 169:2
169:9,22 170:6,20
171:10 172:25
173:17 175:21
181:15 182:2 183:6
183:11,23 185:15
186:25 193:23
196:19 197:12
211:4,22 212:14
213:6,24 215:4
239:13 244:10
245:1,2,6 247:25
249:12 250:4 258:1
260:18 266:11,16
273:23 274:13
275:25 276:4
281:10 282:7,21
284:9 285:2 290:23
292:11,18 294:5,17
**conjoints** 138:5
163:18 165:12
**connected** 298:17
**conservative** 82:9
82:18 146:11,12
268:3
**consider** 11:17 15:1
16:4 17:22 18:24
19:2,17 20:19 23:25
48:11 54:2 80:11
133:20 176:15,23
186:14 193:8 205:6
205:7 209:7 214:6
220:10,16 259:3,7
**consideration** 8:5
14:1,9,12 17:1
24:11,21 74:11
103:22 148:2 166:3
261:5

considerations 14:2
45:12 53:8 76:3,17
76:18 78:5,21 98:24
99:19,20 100:1,19
considered 7:22
13:20 20:9,10,23
30:6 31:8 108:2
165:16 170:19
173:16 182:1
185:22 188:14
189:21 192:15
193:21 195:7
203:13 204:6 206:1
206:13 210:14,16
212:18 216:2,9
220:8 231:3
considering 188:8
221:13
considers 98:1
consisted 146:3
consistency 180:25
181:1,6,20
consistent 167:24,25
180:1,3,23
constant 18:4 58:13
58:18 66:2 259:22
constantly 87:25
consulting 45:9
consumer 8:8 15:3
16:3 17:2,13,15
18:7,10,13 19:15
21:15 48:12 51:18
69:20 72:2,2,9
85:21 86:5 90:8,13
95:22 161:11
184:22 188:6,13,14
188:19 189:2 196:4
213:21 214:7,21
220:8 245:7 286:7
consumer's 60:19
71:24
consumers 14:25
17:22 18:12,24
25:11 34:3,7 35:4
35:13 39:12 41:7

42:3 46:5 50:19
51:12 54:6 55:3
61:4,25 62:3,12
64:3 67:23 68:14
69:13 72:21 75:3,11
76:6,15,19 85:2,9
85:12 86:15 98:14
138:12 149:8 160:5
186:12,23 188:1,8
189:5 192:22 211:4
218:18 220:11,20
223:18 234:10,15
234:20 245:8
consumption 217:10
context 35:6 54:8
56:8,20 64:25 65:8
77:19 82:10 89:7
90:3,8,11 92:20,20
92:22 99:16 101:1
103:7 113:19
136:18,19 138:1
164:21 165:11,13
165:22 166:5,19,24
167:8 174:2 187:6
233:17 252:6
contingency 36:6
contingent 36:12,20
37:6,13,19 38:2,14
146:23 147:3 266:1
continue 4:8 28:8
172:2
continued 155:19
contrary 292:23,25
contributing 89:19
control 13:9 15:8
26:5 41:25 148:20
200:7
controlling 58:17
controls 22:14
convenience 103:23
107:18,21,22,25
108:2,9,25
conversation 7:17
8:18

conversations 4:4
copies 224:7
copy 16:12 224:15
280:6
core 7:15
corporate 4:11
68:22
corporation 1:8
4:20 299:3 300:6
correct 22:19 27:16
32:8 33:15 43:10
55:19 68:17 72:18
73:25 74:6 76:11
77:1 78:25 80:25
85:21,23 95:3
101:19 111:19
113:18,25 119:4
120:13 126:12
129:19,20 139:8,9
141:9,10,13 149:13
149:24,25 150:24
153:12,13 155:16
155:17 157:4,8
171:12,24 172:9
173:3,4,8,9 174:3,9
174:10 179:4,5
184:4 188:15
191:19 195:3
197:25 204:10
218:16 219:16
226:12,19 228:12
229:3,15,15,19,20
229:23 230:1,11,17
238:1 239:6,11
241:6 242:15
243:16,22 252:17
252:21,25 253:1,6
254:6,7 260:24
269:4,13 274:18
281:1 288:17
290:24 296:2
298:11
corrections 300:11
correctly 16:15 57:5
63:9 72:24 74:10,22

83:20 87:15,15
88:17 121:22
146:19 150:13
168:6 169:13 195:1
231:14 241:24
242:11,14 254:18
254:20 295:19
correlation 242:5
correspond 226:9
226:17 228:10
229:21 230:15
239:4
corresponded 226:5
correspondingly
242:4
cost 44:24 45:4,11
178:24 219:25
220:15 222:8,9
257:12 260:10
costly 44:11,20
costs 41:4 219:24
220:2,22 221:21
258:22 259:11
counsel 4:18 5:1
7:17,21 8:14 32:25
33:16 105:11
298:15,17
count 89:6 90:19
182:17
counted 123:16
countries 84:22
country 7:3 291:9
couple 153:25 157:5
191:14
course 147:12 278:7
courses 272:7
273:12,13,14,19,24
274:16 277:2,3,19
277:21 278:1,3,5,7
278:9,12,16,19,23
court 1:1 4:22 5:9
32:15 109:15,18
171:19 196:15
198:17 219:2 240:5
252:14 267:2 280:4

courts   173:24
cover   138:10 292:5
cq   254:15
craft   200:10
crafting   195:25
create   107:11
  213:24
created   70:14 83:23
  87:4 170:19 190:9
  197:2 221:9 223:11
  242:1
creating   199:19
  220:24 266:13
criteria   108:17,18
  108:20 112:2
  116:11 121:16
  124:14 131:5
  132:12,16 133:1
  150:3,15 198:21
  200:20 201:2
critical   59:25
  193:22 211:3
  221:16 239:23
criticism   137:6,14
crr   1:13 298:21
cs2236904   1:25
  299:2
cumbersome   163:23
curious   49:6,11
current   34:20 56:2,3
  56:4 57:5,12,14,20
currently   154:18
customer   95:22
  259:13
customer's   100:23
customers   35:5
  98:14 149:20
  293:22
cut   130:5 235:7
cutting   28:5,6,13
cv   1:6 3:23 4:23
  280:1,6

**d**

d   3:2 149:5 295:4
damages   281:6
  282:4,5 284:25
  285:3
data   8:3 13:22 15:2
  15:15,17 16:2,8,9
  16:14,15,20,25 17:8
  19:21 20:4,10 21:7
  21:8,14 22:24 24:23
  29:19 31:20 32:6
  39:25 41:1 42:22
  44:25 45:6,14 50:2
  54:3 56:11,12 57:7
  57:15,21,25 59:9
  77:5 78:12,17,22,25
  79:3,4,6,11,16,17
  80:1,2,4,8,14,20
  81:4,10,13,16 82:4
  82:11,23 83:5 94:25
  95:10,10,10 96:21
  114:15 115:21
  117:8 122:7,12
  123:19,20 127:1,21
  129:1,25 134:25
  135:18 140:14,18
  140:24,25 143:2
  160:23 167:22
  180:8,17 184:25
  185:1,3 225:10,15
  240:10,17 247:12
  251:4 260:16 261:9
  262:3,18 266:11,21
  270:17 271:5,14
  272:8 277:6,6 284:9
  286:6,14,15 291:12
  293:24,25 294:2,4
  294:16,24
database   120:23
date   4:13 172:18
  181:24 182:11
  189:9 280:7 299:3
  300:8

dated   3:10 32:12
  298:24
dates   172:12
day   5:5 15:5 141:18
  187:19 191:25
  192:2,3 195:20
  288:18 299:22
days   131:4 133:23
  300:15
deal   114:8
deals   205:20
dear   300:9
debrief   193:7,9,24
  194:10,11,15
  195:16 196:23
  285:16 287:6
  288:22
debriefed   192:14
  193:16 194:19,24
  285:21,23,25 287:2
  290:4
debriefing   195:22
  197:2 198:8 206:20
  206:20 290:7
december   3:10
  32:12 183:17
decide   53:5,5 98:10
  107:22 156:16
  158:5
decided   54:16
  128:18 135:11
  159:6 167:16
decides   97:11
  156:17 161:9
deciding   97:13 99:7
  172:9 257:13
decision   18:4 30:24
  69:14,20 85:21 98:6
  100:16 110:4,6
  111:9 117:3,5
  118:23 156:21
  158:14 186:10
  205:25 210:15
  216:10 221:14

decisions   8:21 26:21
  34:3 61:25 86:17
  96:23 99:2 100:4
  150:7 160:8 211:22
  220:17
deckant   2:4 5:8
declaration   3:10
  32:11
declared   280:18
deemed   300:16
defendants   1:9 2:12
  4:18 5:4
define   53:22 68:6
  73:9 124:6 180:4,5
  268:6
defined   49:22
  129:18 154:7
defines   103:6
defining   81:4,13
  217:11
definitely   111:5
  273:20
definition   46:3
  47:19 48:2,9,20,21
  49:5,14,18 50:9,21
  51:10,11,19 52:3,22
  53:11,20 63:6,13
  69:11 105:4 127:6
  140:6 144:9 166:22
  180:21 181:10,21
  216:3,4,21 259:23
  260:8,22 264:23
definitions   49:10
definitive   161:19
definitively   29:23
degree   51:23 237:14
  268:15 278:15
deliberate   108:25
deliberately   105:21
deliberation   105:14
deliver   221:20
delivered   160:15
demand   14:1 40:5
  53:8 76:2,18,25
  144:15,21 146:18

**demand** 148:2 149:18
156:12
**demands** 54:19
**demographic**
113:13 115:10
132:7 200:22
**demographics**
108:12 114:5,23
116:3,14,15 128:10
136:6
**demonstrate** 181:11
257:19
**demonstrates**
181:13
**demonstration**
207:3
**dennis** 36:7 38:15
63:18 146:22 181:5
266:3
**denominator** 255:4
258:10,12 269:20
271:5
**denver** 2:11
**department** 178:12
272:16,17,19,23
273:25 274:11
276:15,22 277:4,11
278:20 300:22
**depend** 29:9 40:18
**depending** 49:10
53:22 79:5 142:3,4
144:18 158:14
192:3 228:19 231:2
235:25
**depends** 29:16 63:4
98:21 101:23
107:16 236:7,9
238:19
**deposed** 280:13,15
280:16
**deposition** 1:12 4:7
4:15 45:25 83:15
120:6 152:10 163:2
163:7 191:6 199:7
235:14,18 252:15

**demand** 276:8 280:19
297:16 298:9 299:3
300:8,10
**depot** 8:4 16:16
20:11 78:15 185:1,8
294:1
**depth** 192:21
**derived** 261:3
**deriving** 257:23
258:23 259:5
**describe** 67:18
204:5 213:22 219:7
222:1 245:11
**described** 8:9 20:23
25:10 43:24 71:20
72:6 188:4,6 189:1
190:11 231:20
232:21 233:10
246:15 247:1
251:12 252:8
257:25 263:6
271:12
**describing** 215:14
228:4
**description** 252:2
255:2 257:18
**descriptions** 214:10
214:22
**design** 26:13 58:18
62:16 75:7 168:15
168:16 185:14,17
194:20,21 196:6
217:8 294:4,17
**designed** 24:16,22
25:13,21 35:15
45:15 107:3 113:14
206:11,12 234:14
**designing** 7:16 8:21
20:15 21:10 22:22
22:25 23:23 25:2
54:4 56:14,17 76:3
84:8 90:2 95:2
104:8 107:17 207:4
286:8,8

**designs** 95:11
278:10
**desirability** 226:21
226:24 227:3
229:14 237:5 238:2
241:2 244:5,7,8,14
244:15,20 245:2,10
248:3,8 249:4,7,13
**desirable** 227:6,9
229:1,2 233:17,18
238:3 244:12,16,17
**desire** 222:7
**detailed** 174:20
241:11
**details** 10:11,25
16:13,18 17:11
22:21 23:15 30:17
32:21 45:11,11
87:18 92:11 136:17
182:13,19 192:24
202:3 212:12
218:19 227:25
230:25 236:8,18,20
237:17 242:10
246:25 247:8 252:7
268:10 284:16
**determine** 37:3,4
67:4,10 73:6 92:15
113:9 116:25
129:21 140:15
214:4 217:12,17
228:25 230:21
255:24 293:12
**determining** 113:23
199:10 250:23
**develop** 193:22
**developed** 83:21
173:2 272:15
**developing** 84:9
**deviation** 268:8
**device** 125:2
**devices** 124:22
**devising** 7:22
111:13

**devoted** 51:1
**diatribe** 133:25
223:8 234:9
**dictate** 231:15
**difference** 47:20
48:3 73:4,5,9,13,13
74:12 76:23 229:11
251:11,14 253:10
253:20 258:5
262:17 267:16
293:10,11
**differences** 38:19
138:19
**different** 14:23
16:21 20:17 25:21
27:13 35:11 37:22
39:17,17,19 40:2,5
40:8 41:18,19,21
49:9,25 54:14 59:2
62:5 64:20,24,25
65:1,4,5,11,13
66:11 71:8,25 75:1
75:10 78:16 79:16
84:8,13,21,22 85:22
85:24 88:2 95:1
99:16 101:3 102:5
103:7 116:3 121:12
132:15 134:20
136:19 137:25
138:2,13 144:17
145:7,14 146:25
147:1 150:2,3,6
155:11 160:17,18
161:4 163:15
165:13 168:23
169:9 170:1,3
173:22 181:4,14
188:20,25 192:3
193:8 201:8,15
202:11 203:5
208:13,18 212:21
215:24 216:15
218:15 223:22
225:16 228:14,15
228:18,22 229:8,14

| | | | e |
|---|---|---|---|

232:18 233:23 244:6,10 245:9 254:12,19,24 260:17 261:22 262:1 263:23 265:12,25 266:6,6 267:10 276:5 286:3 287:9,11 291:8

**differently** 53:22 189:1

**dimensions** 233:23

**direct** 98:18

**directly** 86:25 218:1 228:3

**disagree** 164:17 165:7,10 248:25 249:6

**disagreeing** 166:11 264:2

**disc** 45:24 83:14 120:6 163:1,6 191:6 235:13,18 297:15

**disclosed** 183:25 184:1 280:10,12

**discount** 157:3

**discounted** 46:12

**discrepancy** 202:11

**discrete** 165:25

**discretion** 33:13

**discussed** 184:19 190:18 192:16 194:12 197:14,23 206:21 208:2 213:14 236:21 269:19

**discussing** 120:11 190:22 191:9 205:9

**discussion** 3:16 156:20 189:17,19 193:19 195:5 198:14,22,25 199:13,15,23

**discussions** 7:21 8:14 197:16 206:23 208:6 256:8

**displayed** 9:7,19,22 10:8

**displaying** 56:2

**dissertation** 272:13 276:23

**distribution** 78:8,11 129:23 268:21 270:7 271:10

**distributions** 106:10 107:11

**distributor** 95:25

**district** 1:1,2 4:21 4:22

**divide** 74:6 251:25

**divided** 253:4,8,18 254:6,25 255:1 256:2

**dividing** 74:19 255:13

**divulge** 183:10

**divulging** 183:3

**doctorate** 277:21

**document** 3:19 32:17 109:17,24 110:2 196:8 197:15 197:25 198:2,6,7 209:25 224:11 240:2,20

**doing** 17:17 21:16 38:4 47:11 52:16 55:12 59:11 60:1 62:2 74:17 75:21 80:6 90:4 92:6 96:3 102:25 104:13 119:22 128:4 129:5 129:25 133:1 137:3 141:23 204:23 237:8 241:21 257:6 261:5 274:7 279:24 285:6 290:2

**dollar** 34:11 42:18 43:2,17 47:18 52:20 73:22 93:13 146:13 146:14 155:2,7,11 251:16,24,25 256:2

258:13 296:9

**dollars** 42:24 145:20 249:19 295:13

**door** 133:24,24 134:17,17

**double** 123:16

**downstairs** 107:23

**dozen** 209:18

**dozens** 168:23 169:9

**dr** 1:12 3:5,10,23 4:25 5:16 32:12 36:7 38:15 45:25 46:2 63:18 83:15 120:6,8 146:22 163:2,7,9 172:2 173:2,10 181:5,22 182:8 191:6,8 198:17 224:11 235:14,18,20 245:13 266:3 272:4 280:1 290:20 297:16

**draft** 189:13,25 190:9 199:16

**drafted** 198:23

**drive** 85:17

**driven** 135:10 156:15 290:1

**driver** 70:1,3 211:21 212:17 222:23

**drives** 69:13 85:11

**driving** 26:20 69:20 86:16

**drop** 50:14 128:7

**dropped** 132:1 154:19 156:6

**drought** 138:24,25 139:15,25 140:1,4

**drove** 150:6 205:25 207:5

**due** 66:1 132:15 144:13 182:19

**duly** 5:13 298:10

**dzielak** 1:4 4:19 299:3 300:6

**e** 2:1,1 3:2,9 105:16 114:13 130:18,21 134:4 135:5,6,9 298:3

**earlier** 51:9 130:20 144:9 156:20 178:18 192:13 208:21 257:21 265:10 267:22 282:4 293:4 296:19 297:4

**early** 134:2 150:18

**easily** 210:9 225:12

**east** 202:24 203:4

**easy** 124:23 135:7 279:20

**econometric** 278:17

**econometrics** 47:13 273:8 278:19 279:4 279:10

**economic** 175:16,17 176:9,18 278:20 279:17

**economics** 47:8,10 47:13 51:16,22 175:12 176:3,8,15 176:20,24 278:15 278:16,23 279:1,9 279:14

**economist** 51:5,14 278:13,24

**economists** 52:3 53:21,22 175:16 176:12,19 279:5,7

**economy** 279:22

**edit** 196:5

**edited** 196:2,24

**editorial** 178:10

**edits** 197:10

**effectively** 13:7 34:12 87:5 233:12

**effects** 140:2 260:10

**efficiency** 139:8,13
142:11,14,17 145:6
146:4 147:8,23
148:6,10 207:14,16
218:15,16,20,23
**efficient** 6:6 43:22
44:10,19 91:17
217:14 218:2,3,8,12
**efficiently** 217:20
**efforts** 292:16
**eight** 36:17 86:22
275:5
**either** 63:22 132:2
163:17 192:9
193:18 211:23
289:13 296:8,9
297:7
**elected** 274:24
275:10,13
**electricity** 10:25
140:5 213:3 217:10
217:20
**electronic** 91:20
**element** 51:16
**elements** 76:4
**elicited** 150:13
**emphasis** 34:7
152:18
**employee** 88:6
298:16
**employees** 88:5
**encl** 300:24
**enclosed** 300:10
**encompass** 16:11,21
**encompasses** 293:21
294:1
**encounter** 286:10
289:12,22
**encountered** 285:18
285:19 286:1
**encourage** 277:13
**energy** 3:17 5:24 6:1
6:3,5 8:25 9:7,8,22
10:7,14,17,21,23
11:5,14 12:4 13:12

13:13 15:7 18:1,2
19:19 20:2,6,20,25
21:2,5,21 22:6,18
23:2,12 24:17 26:4
26:17,19,25 27:3,8
28:1,25 29:6 30:1,7
30:12 31:9,18 33:2
34:10,14,15 37:24
38:25 39:4,9,11,16
39:18 40:11,18 41:9
41:22 42:1,3,11
43:21,25 44:6,7,10
44:19 46:9,13,17
47:5,17,22 48:4,14
48:18 49:2 51:2
52:18 53:14 54:25
55:4,10,17 56:25
57:1,9,18,24 58:12
58:15,19 59:6,14,21
60:6,14,17 63:16,21
64:5 66:20,25 67:24
69:16,19,25 73:5,7
73:12,14,20 74:13
74:18 85:13 91:12
91:16,17,18,21
139:7,8,12,19 140:6
140:8 142:9,15,21
143:5 144:14 145:7
145:22 146:7
148:25 149:1
153:12,15,18,22
154:9,17,20 155:5
156:3 158:4,6,18
159:3,5,7 160:5,15
161:23 162:6,11
186:1,7,9 187:1,5
207:6,9,11,13,16,25
208:3,6,14,16,24
209:10,19,21 210:8
210:13,21 211:1,8
211:14 212:6,10,12
212:23 213:8,9
214:1,14 215:16,16
215:17,18,22 216:7
217:14,19,24 218:2

218:3,5,6,8,20,22,24
219:9,12,22 220:14
221:8,12,15 227:19
229:7 232:21,22,23
233:6,22,22 234:4
235:22,25 236:6,12
236:23,24 237:1,24
238:8,13,16 241:3,4
242:12,13,21 243:3
246:23 248:17,18
251:13,13,22 257:2
257:2 262:7,14,15
262:16 281:25
282:1 293:11,13
295:5,12,24
**engage** 123:11
124:13 125:21
**engaged** 121:3,21
126:5,23 127:20,25
128:8,21 133:4,8
134:18
**engagement** 125:20
126:2,17 230:12
286:25 288:14
**engagements** 170:1
170:4 173:23,23
286:3
**engaging** 133:6
234:21
**engineering** 9:2
99:23
**english** 231:11
**ensure** 120:25 121:7
123:13,15,16
125:16 126:9,11,13
126:24 136:10,24
148:15
**ensures** 125:15,19
126:2,3,10,19,21
**ensuring** 18:2 58:11
121:23 132:23
**enter** 195:23
**entire** 13:8,25 17:1
40:25 52:10 55:6
56:8 66:15 72:25

73:18 131:7,8,16
138:4 143:4,10,24
240:22 260:15
262:18 297:3
**entitled** 226:1
**equal** 105:2,24
106:15,16 108:10
109:1 118:9
**equilibrium** 51:25
52:1,6,9,11,22 53:2
53:3,11,18 54:6
256:13
**era** 57:7,17
**errata** 299:1 300:11
300:13
**error** 106:19,23
107:7 265:22 268:5
268:6,7,17,20,24
270:1
**errors** 107:3
**especially** 19:25
**esq** 300:5,25
**esquire** 2:3,4,9
**essence** 67:15
**essentially** 18:2,8
22:12 58:11 64:14
64:17 74:6 89:14
104:17 105:1,22
127:8,17 138:19
142:7 150:20
181:16 194:5,16
234:11,20 256:21
258:5 267:20
**establish** 37:19
179:25 180:22
**established** 23:11
90:21 270:14
**establishments**
50:20
**estimate** 32:25 33:7
34:9 47:17 51:5
82:18 106:24
143:20,25 153:11
157:15 167:21
171:13 210:3,4

230:7 239:19
258:14 265:5,20
266:4,8,9,10,19
268:3 295:5,11,24
**estimated** 219:23,24
220:2,14,22 221:20
227:17 246:19
258:11,12
**estimates** 61:5 93:10
168:9 264:13,19
265:3 267:5 269:16
270:23
**estimating** 33:11
55:7 231:5
**estimation** 62:6
239:12 266:5
**et** 1:4 4:19,20 71:9
104:11 114:9
189:22 196:5 213:3
245:19 299:3 300:6
**european** 276:2
**evaluation** 8:6 18:14
**eventually** 180:7,16
**everybody** 108:25
125:24
**evidence** 165:9
181:1 190:16 194:8
206:16 209:5
292:22,24
**exact** 5:22 6:10
12:12,25 22:20
23:15 24:18 27:10
30:21 31:12 39:8
42:14,24 45:10,11
59:23 62:20 68:11
69:8 73:17 82:7
83:5 89:5 90:17
92:2 93:8 102:10
111:4 112:12 117:6
122:2 123:8 124:7
127:6 129:16
136:16 145:3
172:18 181:24
182:17 189:9
191:13,16 192:23

201:25 202:3
203:13 218:19
228:5 231:19
238:18 263:19
271:1,10 278:7
287:12 291:11,18
**exactly** 6:14 14:4
16:24 21:9 26:15
34:25 44:1 67:12
77:24 78:24 79:6
80:13 81:15 83:3
88:23 97:18 98:4
136:7 137:20 143:3
144:18 172:25
181:8 188:22 190:8
192:1 219:5 225:13
228:16 242:7 254:8
259:15 262:22
263:24 264:20
287:14
**examined** 5:13
**example** 8:3 15:16
30:1 37:23,25 63:14
64:13,16 70:6,18,23
71:3 75:23 81:9,9
85:13 89:10,12
90:20,20 94:25
95:21 96:13 98:12
99:11 100:12 101:1
103:22 106:23
118:7 127:1 154:15
161:5 164:19
165:25 181:6
199:25 200:5,9
201:9 207:14
222:23 224:17,19
225:1,6 240:25
243:17 248:15
250:12 254:13
265:1 280:9
**examples** 96:13
222:15 264:22
**excel** 195:24 199:6
225:12 248:15

**excellent** 168:2
**exception** 59:6
**exclude** 110:14,24
111:5,10,14,16,23
112:1,14,22 117:7
117:22 119:15,18
119:21 127:23
128:2 131:21
138:18 142:22
143:10 148:12,13
151:9,16 292:16
**excluded** 82:2
115:13,15 116:8
117:19 132:16
141:12 149:16,22
**exclusively** 148:22
**excuse** 70:10 72:11
141:5 156:10
**execute** 96:8
**executed** 105:4
**executing** 96:10
**execution** 96:4
**executive** 93:19
**exercise** 56:8 72:14
126:11 128:4 129:9
129:11 133:5
230:13 237:8,9,11
241:21 242:16
**exhibit** 3:11,14,16
3:18,22,23 30:20,22
32:1,16 39:8 109:11
109:16 118:7 141:4
152:10 171:20
182:9 195:24
196:11,16 198:3,13
199:7 202:4 204:17
214:16 219:3 224:5
226:1,11,14 228:8
230:15 239:2 240:6
240:21 243:23
247:12 252:15,15
253:2 265:16
266:24 267:3,4
280:1,5 293:4 295:8

**exhibits** 32:22 39:6
44:1 107:1,3 108:19
109:8 189:19 196:2
265:19
**exist** 15:3 147:15,16
197:25 198:8,10
**existing** 89:25
**exists** 134:25
**expansion** 259:13
**expect** 39:15 41:18
124:16 138:11,19
151:8 155:13
157:20,23 158:20
159:11
**expectation** 158:12
**expected** 96:17
**expecting** 286:9
**expend** 222:17
**expensive** 158:21
295:20
**experience** 86:12
100:23 135:21
136:23 172:11
245:19 255:23
289:21
**experiences** 61:5
256:9
**experimental**
168:16 278:10
**expert** 3:10 8:18 9:1
10:11 18:9,19 32:11
32:19 33:9,18 35:25
36:9,14 37:16,18
38:3,17 45:7 53:10
71:22 87:2 142:13
147:5 178:13 182:1
182:25 183:22,25
184:1 189:17
190:15,17 191:10
198:24 208:8
214:20 219:14
222:2,13 275:1
280:8,15,18 281:3,5
282:5,6,10,23 283:3
283:17 284:4,12,15

284:22,24 285:2,10
286:20 287:13
288:13 292:8,13
**expertise**  11:9,23
12:1 40:1 61:21,22
86:13 135:22
136:23 138:3 256:9
283:14 289:21
**experts**  136:12
167:4 245:17
**expires**  299:25
**explain**  7:25 9:10
15:22 27:19 46:11
49:11 130:14 144:4
154:13 215:18
228:6 264:15
**explaining**  56:10
73:16 133:15
136:20
**explains**  55:11
**explanation**  133:12
158:2 216:21
**explicated**  244:9
245:2,17
**explicating**  248:10
**explication**  3:13
171:15 172:24
**explicitly**  61:6
259:14
**exploratory**  194:8
200:20 203:1,14
**explore**  204:15
**expose**  168:16
**exposed**  235:24
236:3 237:2
**exposure**  232:13
**express**  244:19
**expressed**  186:23
**expression**  231:12
**extant**  249:10,22
263:17
**extensive**  220:7
272:9
**extensively**  35:22
38:4,7 64:1 68:20

69:1 84:12,25 93:1
122:9 169:25 170:3
170:6,10,25 216:2
255:15 277:5 286:3
**extent**  24:3 55:10
**extra**  46:15
**extremely**  97:2
187:21 244:17
**ez**  146:16 148:22,24
151:25 152:7,19
184:6,7 280:10,22

---

**f**

**f**  206:2 298:3
**facilitate**  199:3
**facilities**  192:3
**facility**  201:9,11
202:1,13,16,17
286:18 287:21
**fact**  60:5,6,7,13
96:19 102:8 109:9
112:20 138:17
148:4 166:12
170:22 173:21
178:9 208:2 214:13
221:1 258:24
275:21 288:22
290:1
**factor**  217:11
268:18
**factors**  75:9 76:25
77:4,12 78:8 94:11
94:22 95:9 97:12
98:5,10,11 99:4,5
100:6,14,15 144:15
144:15,21 146:18
148:2,21 156:12,15
161:13 206:3
255:17 257:24
260:11 261:4
**facts**  7:11,13 8:13
165:8 166:14
**factual**  128:20
**faculty**  170:19
173:14 175:5

278:22
**fail**  12:4
**failed**  11:4,13
**fair**  137:23 148:14
**fairly**  122:9 131:15
131:20 188:23
195:16 215:12
292:2
**fall**  214:5
**falling**  205:16
**falsely**  5:24 6:2,4
**familiar**  124:8
142:11 147:7,8,10
170:7 284:12
**familiarize**  7:10
**family**  108:23
**far**  86:5 87:1 114:16
115:18 215:4
**fashion**  49:23
101:15 141:1 230:4
295:21
**father**  87:12 170:20
182:2
**fatigue**  121:14
232:10
**fax**  300:2
**feature**  47:22 62:13
64:4 65:20,24 66:1
66:17 68:2 72:17
89:19 94:6,8,20,21
95:7,13 99:15,21
100:20 101:19,19
226:22,24 244:6
256:2
**featured**  185:18
**features**  14:14,18,23
14:25 15:3,9 18:16
19:5 61:15 62:10,11
66:11 71:25 85:15
89:11,15,15 90:1,23
91:16 96:14,18
168:24 169:10
185:18,19,21
187:16,21 188:4,5
188:10,18 190:18

194:12 206:5,9
**february**  182:9
**federal**  219:11,14
222:2
**feedback**  234:15
289:12
**feel**  100:8 107:19
118:2 234:22 286:4
288:1
**fellow**  274:24 275:2
275:10,14
**felt**  210:16
**fewer**  72:11 82:7
166:1
**field**  84:2 86:13 96:4
104:3 256:4,6 273:9
275:2
**figure**  80:22,24
246:21
**file**  225:11,12
240:14,17 250:15
**fill**  285:12
**filled**  224:16,21
**final**  99:1 189:11
196:25 197:4,10
198:2,5 199:19,20
200:10
**finally**  56:22
**finance**  276:19
**financially**  298:18
**find**  150:9 201:3
213:15 233:20
265:12 300:10
**fine**  28:3 93:10
222:16 225:20
271:21
**finish**  15:24 119:24
190:21 232:24
271:19
**finished**  15:19,19
28:10,12 190:22,23
278:4 292:7
**firm**  36:18 86:20
87:10 88:5 93:16,18
93:19,20 179:3

256:5 259:20
**firm's** 87:3 90:18
**firms** 259:4,8
**first** 42:9 55:22,25
  56:9 61:12 73:3
  83:17,21 84:5 96:8
  132:12 163:12
  167:22 172:16,17
  183:18 199:9 202:5
  217:8 228:20 230:2
  231:1 237:2 241:1
  241:14 243:17
  246:16 250:24
  251:3 255:22 257:7
  260:4 266:12
  290:16
**fishbein** 250:7
**fisher** 1:14 2:3 4:16
  5:7
**fitting** 70:13
**five** 86:4 130:1
  151:3 163:21 164:8
  164:20 166:2
  182:16 187:4
  190:25 203:8,9
  213:15,20 227:21
  235:9 288:25
**flagship** 250:20
**flashback** 79:2
**flat** 225:11 240:14
**flaw** 62:21 63:5,6,8
**flawed** 62:16
**flip** 32:17
**flipping** 226:3
**florida** 131:13 291:3
**flow** 287:25 289:13
**flowing** 198:25
**flyers** 185:9,12
  220:9 221:3 222:22
**focal** 210:2
**focus** 3:16 13:10
  14:22,24 18:11
  21:16 24:24 36:8
  50:14 61:24 69:18
  133:13,15 146:20

184:23 186:12,23
  188:4 189:4,8,14,20
  190:1,4,5,10,16,18
  191:9,17,24 192:9
  192:12,13,20 193:2
  193:3,10,12,16
  194:1,4,9 195:3,6
  195:15,20 197:14
  197:23 198:13,22
  198:24 199:3,9,13
  199:21,22 200:12
  200:16,19 201:14
  201:22 202:10,21
  203:19 204:24
  205:11,23 206:5,8
  206:10,11 208:2,12
  208:16,17 209:21
  209:21 213:16
  215:25 220:11,21
  221:4 222:18
  223:10 244:4 286:5
  286:17 287:8
  288:14,15
**focused** 30:11,13
  38:24 43:22,25
  79:12 83:3 146:23
  155:7 187:3 206:22
**follow** 123:9,9
  189:16,16 197:8,9
**followed** 63:7
  225:17 286:5
**following** 31:4 36:25
  44:14 64:2 102:17
  118:16 137:11
  177:11 180:12
  199:12 253:15
  255:8 269:9 294:13
**follows** 5:14 63:7
**followup** 164:1
**force** 98:19
**forces** 19:22
**foregoing** 298:11
**foremost** 42:10
  266:12

**forget** 195:14
**forgive** 149:1 234:9
**forgot** 127:6
**forlano** 1:13 5:10
  298:6,21
**form** 7:24 8:15 10:1
  11:20 13:17 18:18
  19:7,12 21:23 22:1
  22:8 23:22 25:7
  31:22 35:19 37:21
  39:21 42:17 46:20
  48:7 60:8 63:2 65:6
  85:4 94:14 101:9
  117:16 137:16
  140:19 143:15
  145:2 151:13
  153:23 157:25
  158:23 159:16
  160:1,25 162:14
  164:6 169:18
  172:10 174:13
  175:2,13 176:5,17
  177:6,18 178:3
  179:12,20 183:5
  194:17 196:25
  198:5,7 199:19,20
  204:22 208:19
  212:7 216:23
  217:15 218:17
  220:5,25 222:12
  234:6 248:5 255:10
  256:14 258:18
  260:5 261:15 263:2
  264:5,8 269:17
  270:18 271:16
  281:7 291:25 293:1
  294:6,8 296:10
  297:8
**format** 199:2
**former** 178:14
**forming** 269:20
**formula** 42:5,13
  68:7 72:22 73:17
  74:8,22 143:7 144:1
  144:5,23 145:15,23

146:19 155:4
  239:24 251:7,18,18
  252:6 253:3,9,19
  254:9,17,23,25
  255:2,3,9,13,16
  256:10 257:20,23
  258:23 259:4,5,19
  260:14,15 261:3
  268:24 269:5,11
  270:5,9,22,24 271:1
  271:7,11
**forward** 67:6
  300:13
**found** 21:4 39:19
  43:9 184:11 206:13
  233:17,24
**foundation** 11:7
  39:22 40:24 94:14
  95:16 97:16 98:8
  99:9 103:15 136:15
  139:3,17 143:16
  145:12 158:1 175:3
  212:25
**founder** 87:13
**four** 118:15 164:20
  168:14 182:16
  227:7,8 238:16
  262:15,20
**fourth** 237:10
**frame** 104:18,22
  105:5,25 106:14
  120:19,19 136:25
**framework** 259:15
  269:22
**frameworks** 9:2
**fraud** 123:17
**free** 118:2 198:25
  300:2
**friends** 108:23
**front** 13:10 16:13,25
  30:21 39:7 41:21
  59:9 70:18,24 71:11
  79:6 80:1 82:5
  107:2 129:2 142:12
  142:17,24 143:2,12

144:5,25 146:4
148:17,18 198:2
203:20 204:21
**fry's**  8:3 13:22
16:15 78:14 184:25
293:25
**full**  61:12 70:5
166:4 255:22 293:8
**fully**  261:19
**function**  255:25
295:16
**fundamentally**
96:21
**funnel**  132:4
**funneling**  133:19
**further**  290:12
296:3 297:12
298:14
**future**  89:24 90:3
**fuzzy**  112:17

**g**

**gadgets**  118:17,25
141:6
**game**  278:20
**gaming**  92:9
**gasoline**  222:17
**general**  40:18 49:8
64:11 73:15 115:25
203:22 231:11,18
250:11
**generally**  85:20 89:8
92:5 146:5 219:18
**generated**  105:15
**generates**  86:7,7
**generic**  77:17
166:23
**getting**  28:16 83:20
90:24 112:16
121:14 125:22
126:8,21,25 181:5
184:14,23 186:2
187:19 241:17
246:24 268:10
288:18

**give**  10:9 26:15
27:14 29:22 30:17
43:25 49:9 51:20
52:22 54:9,10 63:14
64:12,15,19 70:6
71:3,10 77:18 83:5
90:17 93:8 95:17
96:12 98:18 102:6
108:19 109:8 111:1
122:19 124:7
125:25,25 126:12
128:13 154:15
161:19 168:1,9
178:5 180:25
195:16 225:6
230:19 248:17
249:8 255:1 258:14
262:20 268:9
277:25 287:22
288:8
**given**  33:13 42:20
45:11 55:8 57:7
97:10 99:12 130:16
132:11 150:4 151:6
161:12 202:16
214:11 225:11,15
233:3,5 247:8,14
248:16 265:3
280:19 283:10
285:3,20 289:21
**gives**  39:8 50:2 72:4
72:8 73:14 125:14
240:14,14 265:21
267:5,6
**giving**  48:9 49:6
52:8,9 123:11
125:15 126:14,18
127:20,21 128:9
133:12 163:13
200:8 216:3 228:24
241:19 260:21
266:7 284:1 286:14
286:14
**go**  4:8 9:3 18:3,10
30:22 42:4 46:10,10

52:11 58:3 61:23
64:23 66:7 68:5
71:19,23 74:8 76:4
83:4 86:6 88:15
90:18 92:10 96:10
98:5,10 100:16
104:22 105:6,10
107:22 111:24
113:10 116:13
126:10 129:4,10
130:17 131:23
132:19,22 135:12
141:22 153:6,8
163:20 184:15,19
197:11 201:4,24
213:18 214:7,8
227:10 230:12
232:7,9 239:9,12
247:9 248:22 249:4
252:6 257:19
258:25 259:5
267:10 270:25
276:15 278:24
285:20 287:4 289:4
291:9
**goal**  185:17 186:15
**goes**  115:11 136:1
143:25 144:22
197:19 232:14
263:20 289:8
**going**  14:21 15:21
38:22 45:22 62:2
77:18 83:12 91:13
97:9 105:20 108:21
111:22 114:10,19
115:22 117:11
120:4 124:5 127:18
129:4 132:5 133:16
133:25 136:5 138:9
139:22 140:1
144:12 149:19
158:24 159:2 161:5
161:7,13 162:20,24
163:4 165:2 180:2
182:19 191:4

206:14 207:18,19
208:14 211:18
216:19 220:7 223:2
226:2 231:16 235:2
235:12,16 249:8
250:5 257:22 262:9
264:21 268:9 270:8
277:25 279:3
291:18 292:8
297:14
**gold**  115:4,21
136:25
**good**  4:1 5:16,17
7:13 36:22 37:15
41:17 67:7 68:3,16
81:9,9 88:9,19
125:11 126:15
181:6 188:23 221:4
233:14 250:11
290:20,21
**google**  280:14 281:2
**gotten**  234:15 238:2
**government**  6:5
11:14 219:15
**grass**  184:10,12
**gray**  232:25
**graybill**  268:25
270:5,22,24 271:6
271:12
**great**  96:9 162:23
235:11 275:20
**greater**  132:24
238:22
**green**  83:25 250:2
263:18
**group**  3:16 34:20
36:18 50:18 61:24
73:19 86:20 122:19
143:10,24 149:15
170:24 186:23
188:5 189:14,20
190:1,5,10 193:2
194:2 195:3,6,15
197:15,23 198:13
198:22 199:9,13,21

200:19 201:22
202:10,21 203:19
204:24 205:11
206:5,8,10,11 208:2
208:12,17 209:21
213:16 216:1 221:4
273:18 287:9
**groups**  14:25 18:12
21:17 24:24 69:18
149:20 184:23
186:12 189:4,8
190:16,19 191:9,17
191:24 192:10,12
192:13,20 193:3,10
193:12,17 194:4,9
195:20 198:25
199:4,22 200:12,16
201:14 205:23
220:11,21 222:18
223:10 286:5,18
288:14,15
**guess**  57:11 255:20
290:1
**guessing**  228:13
**guidance**  21:17 87:6
88:6
**guide**  3:16,17 8:8
188:14,20 189:17
195:5 198:14,22,25
199:2,13,15 218:24
219:9,12,22
**guides**  103:6 104:6
**guiding**  104:6,13

**h**

**h**  3:9
**half**  209:18 228:20
285:15 287:5
291:11,13,21
**halfway**  285:23
**hand**  129:24 288:24
**handed**  109:15
171:19 196:15
198:18 224:11
240:5 252:14 267:2

280:4
**handing**  32:15
219:2
**handle**  93:21
**handled**  104:11
**hands**  287:25 288:2
**handy**  293:3
**happen**  68:24 95:5
**happened**  6:16
133:9 226:6
**happening**  66:21
80:5 226:10
**happens**  130:14
131:25 160:7
201:12 228:3 229:4
265:11 277:12
**happy**  5:5
**hard**  93:8 192:24
228:5
**harder**  114:20
**hauser**  181:16
**head**  91:15 242:10
**hear**  205:24 269:7
**heard**  102:16 103:8
103:9 133:6 188:3
193:7,20
**heavily**  250:14
276:20
**heavy**  131:20
**held**  4:15,21 18:4
66:2
**help**  16:19 94:15
102:9,21 122:15
167:21 177:19
190:13 199:2
200:10 201:5
206:12 216:15
224:23 233:11
276:4
**helped**  190:10
249:14
**helpful**  233:18
**helping**  68:6,12
81:13

**helps**  81:10 234:12
**heterogeneity**
259:13
**hiccup**  288:3
**hierarchy**  72:13
**high**  122:12 123:2
123:14,21,22 124:9
124:20 125:7,12
126:25 127:21
129:2 142:11,14,17
145:6,19 146:4,20
147:8,23 148:6,10
163:22 207:14,16
215:21,25
**higher**  82:6,16,17
95:13 97:11 98:2
127:16 155:10
161:15 187:11
**highest**  178:8,15
**highlighted**  189:3
**highly**  122:11
124:10 210:11
214:13
**historical**  17:14
56:12 90:25
**history**  250:6
**hold**  15:18 27:22
259:22 260:1
**holding**  58:13
154:18
**holistic**  218:22
**home**  8:4 16:15
20:11 78:14 91:2
184:25 185:8 294:1
**hoping**  224:4
**hour**  162:20 235:3
**household**  34:21
110:5,8 118:17,18
118:24,25 141:6
152:13
**households**  122:5
125:8
**houston**  274:9
**huge**  108:21 126:4
272:14

**hundred**  86:21
**hundreds**  33:8
84:23
**hung**  56:5
**hurriedly**  127:18
**hypothetical**  161:2
161:3,6,18

**i**

**i.e.**  206:9
**idea**  26:2 61:19 66:8
68:13 209:8 210:5
245:17 248:10
**identical**  58:24 59:5
59:21 136:7
**identification**  32:13
109:13 171:17
196:13 198:15
218:25 224:6 240:3
252:12 266:25
280:2
**identified**  43:14
55:3 108:7 188:1
230:2
**identify**  35:17 36:3
36:21 37:14 39:2
61:22 90:7,12 91:11
104:23 105:14
141:21
**imbalance**  113:17
**immaterial**  205:13
**immediate**  181:1
**impact**  61:16 67:16
147:20 148:1 190:4
201:24
**impacts**  12:20 13:1
**implement**  96:7
97:14 101:21
**implications**  45:4
**importance**  32:3
41:8 59:25 211:25
223:9 235:22 236:1
237:7,11,14,18,20
238:4,12,22,24
241:13,17,18

242:17,23 244:4
246:3,5,6,12,18,20
246:22 247:3,10,14
247:22,23 248:3,8
249:1,4,14 262:23
**importances** 30:18
241:8 242:1 247:13
**important** 13:3,14
14:11,16 18:15,22
19:5,10,11,14 22:11
23:16,20 24:3,5
25:9,23 26:17,20
27:4,11,13,14 28:17
28:17,21,23 29:1,3
29:12,12,15,18 30:2
30:6,10,23 31:8,16
31:19 47:16 62:11
69:17,19 70:1,2
113:6 134:2,22
150:9,10 166:3,25
185:24,24 186:7,8
186:17,18,21 187:7
187:8,15 206:3,6,9
206:9,10,14,17,22
208:23,25 209:12
209:13,14 210:17
210:17 211:5,21
212:17 213:7 214:1
214:3 217:11
222:20 227:15
231:3,6,7,9 233:8
233:15 234:13
236:16 238:5,6,7,21
241:15 243:1,3
245:8 246:9,16
247:4,17
**importantly** 47:14
151:19 199:16
275:3 291:10
**imposed** 177:4,16
178:1
**impressions** 194:1
194:15
**improper** 194:14

**improve** 100:23
**improvement** 3:21
75:4 76:7 252:10,19
256:25 257:1,5,13
257:14 259:11,20
260:14
**improving** 76:20,20
**incentive** 126:2,2,3
126:4,4,9
**incentives** 123:11
125:14,16
**incentivized** 125:24
**include** 19:25 20:16
76:1 118:18,19
143:9,22 144:22
152:25 159:6
185:18,21 186:5,13
187:15 188:10,20
199:10 210:19
214:18,23 215:2
216:21,25 217:4
222:24 223:21
239:23 260:11
**included** 17:8 20:5
24:10 65:24 79:11
80:10 92:14 110:21
110:21 111:7
117:13 152:23
184:18 185:2
187:22 188:24
189:2,18 196:18
203:13,16 209:22
214:9,10,22 223:7
254:14 255:18
300:11
**includes** 149:12
215:1
**including** 24:4,17
34:21 56:16 185:25
236:5 246:1
**incoming** 114:12,13
**inconclusive** 203:24
**inconsistency**
181:10

**inconsistent** 179:11
179:18 180:3,6,14
**incorporate** 17:6
62:1 80:13 294:3,15
**incorporated**
254:16
**incorrect** 169:15
**incorrectly** 125:19
**increase** 96:2
**increasing** 159:9
**incremental** 257:12
259:11,19
**incurred** 281:6
**independent** 286:18
**indiana** 7:8 291:4
**indicate** 129:2
135:23 152:12
185:3 213:12 237:5
**indicated** 95:14
110:7,23 130:15
237:14 241:3
**indicating** 246:8
300:11
**indication** 119:7
159:23
**indicator** 160:24
**individual** 29:16
61:15 62:13 72:16
77:8 98:21 105:15
114:17 140:12,12
250:25 251:6
263:16 264:3
**individually** 29:18
**individuals** 116:11
120:22 125:8 134:5
**industries** 40:2
**industry** 92:9
122:10,10 123:13
123:22 124:10
136:5,21 138:3,4
255:23
**inexpensive** 135:7
**infinite** 180:8,17
**infinitesimal** 259:21

**influence** 87:14
**influenced** 96:23
**information** 8:2
20:9 22:24 24:2,12
26:12 45:3 53:7
54:15,16 79:15 86:5
95:2,24 96:25 97:14
98:1 101:17 163:24
176:23 196:3 198:5
200:23 205:13
221:10 230:6
**infringement** 89:2
**initial** 199:16
202:15
**initially** 71:7 84:7
133:19 291:19
**inject** 289:7
**input** 7:16 11:16
20:15 77:14 142:21
162:1 184:24
196:18 197:19
203:2
**inputs** 21:11,12,19
25:9,21 45:15 56:16
56:16 190:6,9
196:25 197:11
198:3 199:18
200:11 201:24
203:5,15,17 208:9
213:23 220:7 286:8
**inside** 287:1
**inspect** 178:19
**instance** 70:6 86:8
163:19 207:19
**instances** 89:5 98:24
170:25 201:11
285:25
**instantly** 106:13
108:5 120:12,21
121:7,24 122:19
123:7,24 124:2
125:14 126:18
130:12,15
**instantly's** 122:17
122:24 124:19

130:11,12
**instruct** 129:10
**instruction** 119:10
  226:1
**instructions** 111:5
  130:16 287:23
**intent** 161:10
**interaction** 277:12
**intercept** 107:24
  201:12
**interchangeably**
  73:24 74:1
**interdisciplinary**
  277:12 279:12
**interest** 185:20
**interested** 49:13
  162:10 197:22
  208:17 298:18
**interesting** 162:13
**interface** 234:16
**interfere** 4:6
**interior** 52:10
**internal** 99:20,25
**internet** 123:4
  124:19,21,21,25
  125:7,9
**interpolation**
  237:20 247:7
**interrogated** 288:11
  288:12
**interrogations**
  289:24,24
**interval** 107:7 265:3
  265:5,14,20 266:17
  266:19 267:5,7,8
**intervals** 107:9,12
  107:17 168:7
  270:10
**interviews** 192:21
  192:21
**introduce** 265:18
**introduced** 83:18
**introduction** 269:2
**intuitive** 234:1

**inventory** 78:7,18
**invitation** 105:16
  109:3 130:13 202:7
**invitations** 113:12
  113:15 114:3,25
  115:2,15,19 116:5
  116:13 130:21
  135:6
**invited** 108:8,12
  130:23
**invitees** 130:7,10
**inviting** 124:4
**involve** 273:16
**involved** 91:8 123:7
  126:13 247:1
  272:14,21 273:7
**involvement** 163:22
**involves** 272:8,8,22
**ipads** 124:23
**iphone** 125:1
**irrespective** 139:21
**isolate** 68:2 69:3
**isolating** 68:15
**issue** 9:6 10:22
  14:14 40:19 41:23
  59:5 60:22 83:1
  117:11,23 127:22
  143:14 144:7
  145:10 147:23
  151:10 157:24
  182:23 218:22
  219:10 282:12
  289:17 291:16
  292:12,19 293:23
  295:25
**issued** 6:8 184:2
**issues** 40:6,7 86:7
  167:6 184:15
  285:13,17,18,19,22
  286:1,10 287:4,4,6
  287:7,15 288:2,5,9
  288:24 289:12,18
  289:20,22 290:4,5,8
**items** 110:5 118:17
  118:25 141:6

228:25

## j

**j** 2:4 36:7
**january** 280:12,16
**jasa** 273:3
**jersey** 1:2 4:12,22
  7:6 140:17 202:2,8
  202:14,19,23 291:3
  300:2
**jim** 4:10
**jmarchese** 2:6
**job** 1:25 233:14
**joe** 290:21
**johnson** 191:15
**joined** 5:7 182:5
**joseph** 2:3 5:6 300:5
**journal** 68:9 169:25
  172:4 174:9,12,15
  174:15,24 175:1,6
  175:11,12,14,17,18
  175:23 176:4,8,13
  176:16,24 177:3,15
  177:23,25 178:8
  230:24 231:24
  234:18 241:10
  250:19,20 251:9
  272:25,25 273:3,3
  279:4,5,10,21
**journals** 68:24
  104:2 176:21 273:6
  279:1,9,10,15
**judgment** 8:19
  178:13
**jurat** 300:15

## k

**keep** 23:7 56:23
  90:23 135:11
  150:25 151:3,22
  155:22 156:4
  158:13 159:7 192:5
  197:3 235:9 252:16
  288:5 289:8
**keeping** 89:20 159:1

**kept** 131:15 135:10
  194:6
**key** 24:10,16 25:6
  25:16,18 27:25
  80:17 81:2 121:12
  186:16 257:13
**kick** 128:23
**kilograms** 249:20
**kind** 16:17 20:17
  34:23 39:17 45:1
  48:9 53:1,6 61:23
  62:1 74:7 78:2
  84:17 90:18,25 92:6
  92:25 94:10 102:22
  123:17 124:15
  126:1 133:13,15
  134:13 135:24
  182:23 184:14
  192:15,24 193:22
  200:3 205:4 226:2
  234:23 250:12
  255:20
**kinds** 79:8 84:13
  89:2 91:18 92:24
  99:18 124:16
  144:17 200:9
**km** 1:6
**knew** 208:14
**know** 6:7,12,14,15
  6:18 7:2,7,15,18
  8:24 9:1,11 10:9,17
  10:19 11:3,12,17,19
  12:3,5,6,8,12,17,18
  12:19,21,25 13:4
  16:1 17:3,21 20:4,5
  20:9,10 21:16,20
  22:5,17,19,20,21
  23:1,5,5,9,9,11,12
  23:24 24:2,24 25:12
  26:14,16,22 27:2,3
  27:4,17 28:15 30:2
  30:6 31:8 34:1 35:3
  35:21,25 36:6,17
  38:1,3 41:2,6 44:21
  44:25 45:1,5 48:15

48:18 49:5,9,13,17
50:13,17,20 51:7,13
51:21 52:1,2,3
53:10 54:1,5,8,12
54:17 55:8 56:9,15
58:17,20,23 59:3,19
59:22,24 61:3 62:8
63:5 64:8,12,17
65:15,22 66:14
68:13,19,19 69:1,1
69:7,10 70:23 71:7
71:8,10,18 75:4,25
76:13 77:11,23 78:5
78:17 79:1,2,7 81:2
81:3 82:7 83:2 84:8
84:10,14,21 85:15
86:2,6,12 87:14,17
87:25 88:5,23,24
89:3,10,17 90:2,4
90:21 91:13,19
93:18 94:24 95:2,5
95:19,21 96:12,17
96:19 97:6,24 98:13
99:10,14,18 100:10
100:14,24 101:2,4
101:10 103:9,16,18
103:22 104:1,19
105:16,20 106:8
108:22,24 110:3
111:22,24 112:11
112:18,19 113:1,1
114:8,17 115:5,20
115:25 116:2,4,20
117:8 120:16 121:3
121:10,15 122:5,18
122:21 123:2,3,15
123:16 124:3 125:7
127:3,5 128:11,13
129:7,15 130:15
131:5,10,14 133:9
134:24 135:8,21,23
136:16,18 137:17
138:24 139:18
140:9,24 142:23
143:3,6 144:17,17

144:19,24 146:17
147:10,18 148:3,20
150:2,4,13 151:15
151:19,20 152:1,2
152:18 153:3 154:8
155:10 156:11,15
156:18,21 158:13
159:1 160:11 161:3
161:21 162:3
163:15 165:13
166:11,15,24 168:5
168:10 169:19
170:11,14,24 171:2
171:4,6,11 172:6
173:13 174:1,5,6,20
175:5,19 177:22
178:2,13 179:17,24
180:25 181:7,14,18
182:13 183:13
184:21 186:6,23,24
187:1,6,22 190:3
191:14 192:12,19
192:23,24 194:3,9
195:7,19 196:2,4,22
197:14 198:20
199:11,17,25 200:1
200:5,17 201:17,23
203:10 204:11
205:11,14,25 207:1
207:15,16,24 208:1
208:21 209:3,12
210:1,13,23 213:2,4
215:10,23 216:7,14
217:19 219:6,15
220:9 222:15
225:18,21,24 228:2
230:5 233:10 234:7
236:7 238:3,18
239:16,19 240:6,15
241:24 243:25
245:18,20 247:9
249:18 250:10,11
251:18 254:11
256:3,7,24 257:4,21
258:22 259:9 260:9

261:7 264:17,20
265:8 266:12
269:18,22 272:9
273:8 275:1,12,18
275:25 276:20
278:2,18 279:2,3,24
280:17 282:15
283:8 284:2 285:13
286:2 287:3,5,14,25
288:1,2,3,4 289:3
290:25 291:17
294:21 295:15
297:1
**knowing**   162:10
**knowledge**   47:8,10
47:13 104:5 105:9
107:20
**knowledgeable**
250:15
**known**   167:24
181:25

---
**l**
---

**label**   219:6,9,12,23
**labeled**   60:13 61:1,4
156:3 224:12
273:15
**labeling**   60:22,22
278:24
**labels**   219:6
**lack**   169:12
**lacks**   11:6 39:21
40:23 94:13 95:15
97:15 98:7 99:8
103:14 136:14
139:2,16 143:15
145:11 157:25
175:2 212:24
**laid**   199:8
**language**   39:8 200:3
285:12 287:24
289:13
**languages**   84:22
**lapse**   291:19

**laptops**   118:14
**large**   17:18 106:14
108:6 115:14
120:22 122:9
130:18,22 134:4
135:5,6,8 166:6
168:8,17 274:9
292:2
**largely**   13:11 52:15
167:2
**larger**   122:14,25
164:25 256:6
**lass**   138:17
**lastly**   117:6
**late**   7:1 151:7
187:19 284:2
**launch**   285:20 287:7
**launched**   189:12
288:6
**law**   219:11
**lawnmowers**   88:25
90:21
**lawsuit**   281:20
**lawsuits**   182:18
**lawyer**   164:2
**leading**   68:9 176:21
251:9
**leads**   86:4 230:11
**learn**   15:12 23:17
**learned**   199:21
**learning**   208:18
**leave**   186:20,22
**led**   8:20 26:22
**left**   70:20 71:6
132:20 271:18
**legal**   35:23 170:17
170:23 173:23
197:9 281:22 282:6
282:14 299:1 300:1
**length**   128:15
**lesser**   231:9,10
238:23,24
**letter**   300:16
**level**   72:6,7 74:2
75:4,5 78:7 95:23

116:19,22 132:22
156:1 158:15,15
200:1,2,5 214:18,24
215:2,3 220:2
226:23,25 237:13
238:3 243:14
244:12,13,17,20
248:14 251:1 257:5
257:5 273:12,13,14
273:19,20,20,21
274:1,4 277:2,3,7,8
277:21 278:1
**levels** 3:14 25:3 35:7
44:5 70:19,25 71:8
71:25 73:4 126:18
178:8 185:14
190:11,14 196:1,12
196:17 215:13,16
218:16 220:23
223:12 226:22
227:4 233:3 237:3,5
244:6,11,19 257:4
278:18 293:10
294:21
**liability** 283:20
**license** 178:22,24
179:4
**life** 34:19 87:1 151:4
182:1
**lightbulb** 39:18 40:3
40:4,8 41:4,5,9
**lightbulbs** 40:14
**likelihood** 42:7
239:3
**limitation** 150:1
**limited** 8:13 86:1
164:19 227:7,9
**line** 61:5 161:10
299:5 300:11
**linearly** 226:22
**lines** 257:9
**link** 130:24,25
**linking** 228:9
**lisa** 1:13 5:10 298:6
298:21

**list** 3:14 24:19 25:24
104:23 105:6,9
108:7,22,22,23
120:20,23,24,25
148:17 152:14
153:1 185:14
186:11 188:17
193:20 194:11
196:11,17 199:8
203:6 207:22
208:22 209:18
213:13,16,24 214:4
214:6,12,17,22,23
214:25 215:11,13
226:4 295:11
**listed** 153:2 200:20
208:3 280:11
**lists** 33:3
**literally** 168:23
195:19 240:12
288:14
**literature** 68:1 69:2
137:19,20,22 181:7
244:8,23,23 245:3,6
248:1,9 249:10,23
263:17
**literatures** 273:8
**litigation** 84:6,13,14
84:17,18,25 88:4
89:1,7 90:8,11 92:4
92:19,23 93:7,7,13
93:20 170:15
182:15 183:19,24
**litigations** 93:2
**little** 55:15 66:8
70:12 77:18 79:1
81:7 82:4,15,17
83:20 94:16 97:18
97:23 98:2 100:8
102:23 112:16
113:17 116:4
119:12 136:8
154:13 155:12
169:1 177:20
183:10 187:7

204:18 207:15
226:3 247:11 258:9
261:16 268:2
**live** 110:13,15
**lived** 110:25
**lives** 105:11,11
**living** 36:10
**livingston** 4:11
300:2
**llp** 2:9
**load** 70:18,19,24,25
71:11,12
**loaded** 13:10,10
**loading** 12:9,21
19:18 21:21 22:6,18
23:2,12 41:21 70:24
71:11 142:12,17,24
143:12 144:5,6,25
145:8 146:4,9,24
147:8,24 148:6,10
148:18,18 161:22
203:20,20 204:9,21
204:21 205:12
247:16,19
**locate** 201:6
**located** 4:16
**location** 202:1
**lodge** 260:3
**logic** 156:7
**logistic** 239:20
241:12 246:19
**logo** 3:17 5:24 6:1,4
6:6 9:7,19,22 10:8
10:14,24 13:12,13
15:7 18:1,2 20:2
21:2 24:17 26:4,17
26:20,25 27:3 29:1
29:6 30:1,12 33:2
34:10,15,15 37:24
38:25 39:3,9,11,16
40:11,18 41:9 42:2
42:4,11 43:23,25
44:6,7 46:9,14,17
47:6,18,22,24 48:4
48:6,14,15,19 49:2

51:2 52:18 53:15
54:25 55:4,10,17
56:2 57:1,1,10,19
57:24 58:12,15,19
58:25 59:7,15,21
60:18,18 61:9,9
63:17,22 64:5 66:20
66:25 67:24 69:4,16
69:19,25 73:8,12,14
73:21 74:13,18
85:14 91:12,19,21
92:16,25 99:22
139:7,20 140:8
141:20 142:9,22
143:6 144:14 145:8
145:22 146:16
148:22 149:1,1
151:25 152:8,19
153:12,15,19,22
154:6,9,18,20 155:5
155:20 156:6
157:22 158:5,6,18
158:21,22 159:3,5,7
159:12 160:5,15,19
160:24 161:23
162:7 183:9 186:7,9
187:1,5 208:24
210:14 211:1,2,8,15
212:6,10,13,23
213:5,8,9 214:1,14
215:17,17,19,22
216:8 217:19,24
218:5,6,9,10,13,14
218:21,24 220:15
221:8,12,15 227:21
227:21,22,23 229:7
232:22,23 233:6,22
233:22 234:5
235:22,25 236:6
237:2,24 238:8,13
238:16 239:20
241:4,4 246:23
248:18,18 251:23
251:25 257:1,2,3
262:7,14,15,16

[logo - machine]                                                    Page 25

282:1,2 293:14
295:5,12,24
**logos**   69:7 91:18,24
92:2,13,18 93:3
**long**   27:1 69:12
115:10 127:23
128:1,16,23 129:15
130:3 133:12
135:10 136:24
150:25 169:1
181:22 188:3,5
223:8 234:25 235:6
240:20 264:7
**longer**   88:10,20 89:1
89:3 134:5 135:17
150:14
**look**   7:19 13:7 14:21
17:22 18:6,10,13,16
19:5,20,23 21:6
25:21,24 30:7 31:9
32:23 33:17 39:7
41:24 44:24,25
45:14 48:13 50:22
53:12,13 54:12,20
55:21 56:11,14 58:8
59:11 61:11 63:22
64:23 65:1,10,22
66:15 68:4,6 69:24
72:16,19,20 78:5,12
80:19 81:4 82:5,10
83:4 84:14 86:9,21
90:25 94:24 95:9
97:13 98:16,23,25
100:11 101:5 107:1
107:2 108:13
110:12 112:2 117:2
118:7,21 121:10
124:11 127:14
129:23 130:2
131:25 135:19,21
135:22 136:20
138:2,20 139:19
140:9,11 141:1,4
143:4,6 144:8,16
145:14 146:15

147:2 150:11
151:15,25 152:20
155:2,4,6 159:8
163:23 167:17,18
169:3 170:14 178:9
181:1 185:16 188:9
188:25 193:3,5
199:12 206:7 208:8
210:6 211:24
213:21,22 215:15
216:12 219:22
220:10 221:10,14
222:14,18 226:13
227:16 231:16
236:17 240:13,25
242:11,19 243:10
243:11 246:8
251:12,15 256:24
257:7 258:24
259:10,10 261:2
262:2,18 265:15
267:11 275:4 279:6
281:24 292:1
295:20
**looked**   13:21 15:2,2
16:2,3,9,10 17:13
17:16 20:5,11 42:20
43:2 44:5 66:12
73:17 75:20 77:5
79:11 82:23 101:2
110:19,20 113:12
115:18 117:3
145:20 183:7 185:9
214:21 242:17
262:3 269:25
281:15 284:14
**looking**   8:6,8,17
13:21 17:2 21:13,14
21:15 23:24 24:23
24:24 26:18 30:11
34:2,2,12 42:2
46:23 48:11 49:11
49:19,19 50:5 54:22
55:6 57:20,21 58:12
63:4,16 67:6 76:19

77:6,7 78:13,24
79:15 80:12,18 81:1
81:5,16,17,25 82:11
82:25,25 89:12,14
89:17,17,25 90:2,5
95:5 96:21,22 97:19
99:11,13,14 102:23
113:24 114:2 127:3
135:15 138:15,16
139:20 140:10
141:18 142:8
144:20 145:21
147:13 149:4 150:4
156:16,16 161:11
161:14 164:21
175:20 183:13
184:22,24,24
185:11 188:17
208:22 211:3
212:15 213:7
216:13,16 218:14
221:7,12 227:12
234:16 241:1
246:11 257:4 258:8
259:18 261:6 262:5
265:2,5 266:12
279:3
**looks**   121:6 126:15
163:13 228:14,16
246:14,16 263:20
**loosely**   50:18
**lose**   232:10
**lost**   100:8 133:2
**lot**   8:1 24:22 25:1
48:21 49:24 84:8
86:7,9,23 87:1,7
88:6,6 93:21 96:23
102:5 103:18,19
121:11,19 122:4
128:19 137:19
146:5,10,12,15,19
157:5 164:23
173:13 175:22
190:6 203:1 205:23
210:7 214:8 230:11

231:8,8,19 234:14
236:8 243:1 251:19
255:17 272:21
273:6,16 274:12
275:20 277:5,14
286:3 288:14 290:3
**love**   53:19 235:7
**low**   20:25 133:20
134:13 135:1
157:18 161:11,12
**lowe's**   8:4 13:22
16:16 20:11 78:15
185:1,8 294:1
**lower**   95:13 97:12
101:7,22 135:23
146:20 157:1
159:14 236:1
237:13,14 242:23
247:3 265:8 267:7
268:13,18,19
**lowered**   79:24
**lowers**   156:14
**lowest**   247:4
**lug**   240:23
**lunch**   120:11

**m**

**ma'am**   60:10
**machine**   5:22 9:3
17:23 18:16 19:18
25:12,19,24 29:22
30:24,25 39:12 40:9
41:14 42:8,16 43:9
43:15 46:6 47:22,23
48:4,5,14 49:22
55:13,15,16 59:4
63:17 66:10 85:16
90:14 91:2 110:8,11
114:9 117:6 118:19
132:4 141:9,12,15
142:1,4 143:23
144:25 145:9 146:1
146:9,13 149:12,22
150:21 151:7
152:13 154:4,12,21

155:14 156:3,3,6,9
156:23,25 157:7,20
158:3 162:11
165:15,16 185:23
200:7,25 201:1
204:19 205:12
206:3 218:7,13,15
222:7,8 232:24
239:3 247:15,21
283:18 295:7,14
296:23
**machines** 6:4 7:4
12:9 14:20 16:22
20:1,14,16 21:1
23:2,13 26:1,10,23
27:12,15 33:3 40:13
41:2,19,20,23 42:23
44:10,11,18,19
48:25 50:4,24 52:16
53:15 55:7 56:1,25
58:1,21,24 60:17,25
61:3,8 77:6 78:13
79:5,12 80:7,7 86:9
110:20 118:15
141:24 142:12,15
142:17,25 143:8,13
144:7,12 145:17
147:9,13,24 148:6
148:10 149:10
151:1,3,10,11
154:17 157:1,10,24
160:18,19 161:22
187:25 188:21
189:7 203:20,21
204:9 205:16 213:5
219:7,10,18 221:20
293:23 295:25
**macroeconomics**
278:17
**madam** 300:9
**mail** 105:16 130:21
134:17,19 135:6,9
**mails** 114:13 130:18
134:4 135:5

**main** 24:4
**maintain** 46:13,16
**major** 272:6,12
276:12,13,14,21
278:25
**majority** 6:23 81:22
214:9
**maker** 110:4,6
118:23
**makers** 117:3
**makeup** 115:10
**making** 8:7,20 21:16
25:23 30:24 53:7
62:20 69:20 77:21
78:19 87:14 122:5
154:20 184:22
193:5 195:8 204:6
220:17 234:23
**mall** 103:25 201:12
201:13
**manage** 121:20
**managed** 121:1
**management** 279:6
279:11
**manages** 120:25
**manner** 108:13
263:22
**manufactured** 6:13
6:15
**manufacturer** 89:13
93:24 94:1 95:21
97:10 156:14,17
158:15 159:6
**manufacturer's**
98:6 100:16
**manufacturers**
78:19 99:6
**manufacturing** 45:8
45:9
**march** 1:15 4:13
298:24
**marchese** 2:3 3:7
5:5,6 7:24 8:15 9:9
10:1 11:6,20 12:11
13:17 15:18,23

18:18 19:7,12 21:23
22:1,8 23:22 25:7
27:6,22 28:4,10,13
31:11,22 35:19
36:23 37:8,21 39:21
40:20,23 42:17
45:18 46:20 48:7
49:15 50:11 51:6
52:24 60:8 63:2
65:6 75:17 83:6
85:4 94:13 95:15
97:15 98:7 99:8
101:9 102:14
103:14 111:11
114:1 117:16
136:14 137:9,16
139:2,16 140:19
143:15 145:2,11
148:23 151:13
153:23 157:25
158:23 159:16
160:1,25 162:14,19
164:6 165:8 169:18
171:22 172:10
174:13 175:2,13
176:5,17 177:6,18
178:3 179:12,20
180:18 183:5
187:17 192:5
194:17 204:22
208:19 209:24
211:10,16 212:7,24
215:20 216:23
217:15 218:17
220:5,25 221:23
222:11 223:4,13,18
223:23 224:1 234:2
234:6 235:2,8 248:5
255:10 256:14
258:18 260:1,25
261:15 263:2 264:5
269:7,17 270:18
271:16,20 281:7,21
282:13 283:6,19
290:14,19 292:6

293:2 294:7,11,18
296:3,10 297:8
300:5
**margin** 106:23
**margins** 99:13
**mark** 32:9 98:13
100:4 157:15
**marked** 32:13,16
109:12,16 171:16
171:20 196:12,16
198:14,18 218:24
219:3 224:6 240:2,6
252:11 266:25
280:1,5 293:4
**marker** 243:19
**market** 3:21 16:22
19:17,22 20:19 21:4
47:21,23 48:3,5,8
49:4,8,14,16,24
50:9,10,14,17 51:5
51:10,17,19 53:17
54:6 61:16 67:16,17
78:10 88:11 89:21
122:10 123:12
136:21 138:4
154:21 157:7
160:23 252:10,19
255:7,23 256:13,21
257:11,15,16 258:4
258:5 259:13,22
261:14,18,18,22,22
261:24,25 272:8
273:9 274:8 276:2
**marketer's** 60:21
**marketing** 34:18
47:12 51:16,17
52:13 68:8 84:2,6
87:5 166:21 167:2
172:5,5 173:17
174:9,16,18,24
175:11,15 176:11
176:22 177:3,15,23
177:25 230:24
231:24,25 234:18
241:10 250:19

251:9 252:20
272:12,19 273:10
273:15,22 274:14
275:23 276:9,13,19
276:21 277:15,18
279:11,15
**marketplace**   13:16
15:13 23:3,13,21,21
36:22 37:4,15 59:20
67:4,9 88:20 156:25
159:25 160:7,21
**marks**   93:3
**markup**   95:25
**mask**   185:19 186:2
186:15
**master's**   273:12,13
273:20 274:1,5
277:2,7
**match**   116:15
240:14
**material**   134:6,6
**materials**   20:12
215:24 249:24
286:7
**math**   86:23 232:9
**mathematics**   242:2
**matrix**   241:2
**matter**   53:25 60:4,7
60:12 61:1 115:9
138:5 143:19
154:11 170:21
190:8 192:2 203:11
203:18 204:3,4,14
204:20 211:9,13,19
275:19 279:19
298:9,13
**mattered**   189:7,22
209:11
**matters**   204:5
**max**   242:7
**maxdiff**   164:12
**maximum**   75:2,2,11
75:24 76:6,15,19
260:12

**maytag**   5:21 9:6
11:4 13:4 14:13,20
16:20 19:18 20:20
25:6,18 26:1,9,23
27:5,11,15 29:21
31:17 33:2 42:7,23
46:7,22 48:13,24
49:21 50:4,23 52:16
53:15 54:21 55:7
56:13 58:1,21,23,24
59:4,5 60:17 63:17
63:19 77:6 78:13
79:4,8,13,19 80:3,7
141:24 143:8,14
144:6,12 145:9,25
147:22 149:9
152:20 153:17,21
154:4,19 155:19
157:22 158:22
159:13,14 203:8,9
203:12 282:11,21
282:25 283:4 284:6
293:22 295:17,17
**maytag's**   79:16
**mba**   273:19,20
**mclaughlin**   2:9,12
3:6 5:3,3,15 8:11,23
9:16 10:4 11:11,24
12:15 14:6 16:7
19:3,8,16 21:24
22:4,15 24:13 25:15
27:7,23 28:7 29:14
31:1,14 32:5,9,14
36:2 37:5,10,12
38:8 40:16,21 41:10
43:7 44:13 45:16
46:1 47:1 49:3 50:6
51:3,24 53:16 60:11
63:11 65:17 76:8
83:8,16 85:7 94:17
97:8,20 99:3 100:2
101:12 103:1
104:15 109:14,19
109:23 111:12
114:21 117:20

120:7 137:5 138:8
139:6 140:13,22
144:3 145:5 146:2
149:3 152:9 154:2
158:19 159:10,20
160:16 161:20
162:22 163:8
164:13 165:17
169:21 171:18,24
172:1,14 174:23
175:10 176:1,14
177:1,9,21 178:17
179:16,23 180:10
180:20 183:8
187:18 188:12
191:7 192:8 194:25
196:14 198:16
205:10 209:16
210:20 211:11
212:3,20 213:10
216:18 217:1,25
219:1 220:18
221:17 222:4 223:1
223:6,16,20,24
224:3,8 234:3 235:5
235:10,19 240:4
248:24 252:13
253:13,24 255:19
256:19 259:2 260:6
261:12,20 263:14
264:11 267:1
269:14 270:11,21
271:17,22 272:3
280:3 281:17 282:9
283:1,15,21 284:11
290:12 291:25
293:1 294:6,9 296:5
296:6,18 297:12
300:25
**mean**   9:11 15:10
32:22 39:1,1 46:18
47:2 52:24 53:14
54:7,8 56:3,6 58:6
61:17 62:12 63:12
64:10,20 65:18 66:5

67:1,15,16 77:2
78:3 81:11 91:5,17
95:8 98:17 105:22
118:10 119:1 123:1
125:23 126:9
132:11 137:18
149:14,15 159:1
160:22 167:25
168:4 174:15 176:7
179:10 183:10
187:20 221:5,25
223:15 227:1 232:4
241:9 244:7 246:3
251:2 256:17
257:15 259:10
261:13 262:16
264:15,21 297:5
**meaning**   74:6
104:18 168:8
232:10 258:5
**means**   58:22 127:12
179:17 180:6,14
210:22 211:8,15
212:6 216:8 220:14
**meant**   57:12 81:14
192:13 199:2
200:13,18 205:8
206:15 207:13
224:9 227:13 271:7
**measure**   138:16,21
237:19 238:24
247:4 252:22
257:10,12 258:16
258:20 265:21,24
**measured**   237:19
238:6 247:5,6 248:3
249:1,7
**measurement**   13:9
231:10 243:2
247:25 248:11
**measurements**
236:16 237:16
238:23 271:4
**measures**   71:24
72:2 217:20 265:23

measuring  231:8
233:15 238:20
252:24
mechanical  9:2
mechanics  9:2
median  130:4
meet  8:25 9:24 10:7
11:5,14 12:1,1,4
132:3 193:18
200:20
member  29:9,16,17
111:21 124:1
170:19 273:5
281:19 283:17
members  27:13
28:19,22,23 29:4,5
30:3,18,23 32:4
46:22 49:20 66:13
98:19 108:16 109:7
110:1,17,18 111:6
111:10,14,16,24
112:1,6,12,12,13,15
112:19,21,23 113:2
113:4,5 117:9
131:22 225:4 281:6
281:14 282:11
283:4 284:5 292:11
292:15,16,19
memories  91:8
memory  59:24 79:2
112:16 117:25
119:10,14 131:17
199:24 241:24
277:25 291:18,19
mention  232:2
mentioned  15:15
63:3 73:10 76:14
78:1 81:8 100:3
109:6 125:13
127:22 135:25
143:21 155:1 161:4
173:16 176:11
189:5 191:10 210:2
221:4 244:22
249:22 280:20

291:5 297:4
mentioning  196:21
mentions  184:18
285:5
merely  41:4
met  116:11 132:12
201:1
metallic  232:25
method  33:14 35:17
35:21 36:6 38:5,6
38:11,13,14 65:9,16
66:4 68:20 72:4
83:24 97:4 104:12
146:25 147:1,1,4
162:7,8 163:20
164:11 166:13
167:3 169:23 170:6
171:12 173:12,22
181:15 233:25
255:7,24 266:1
methodologies
58:10 85:25 88:1
methodology  62:5
62:16 63:25 72:3
85:25 86:14 102:8
103:6,10 148:13,15
169:16 181:21
183:22 194:5,21,23
204:4 207:1,23
215:5 236:2 274:13
276:4
methods  35:20 36:3
37:23 38:2,14 62:5
63:23 64:15,19,21
65:11,13 123:17
164:10 167:23
172:25 181:14
265:25 266:6 274:7
277:22
metrics  122:7
michael  36:7
microeconomics
278:17
microphones  4:3,6

microwave  118:14
middle  70:6 161:14
229:6
midwest  131:12
miles  249:20
million  108:6
120:22
mimic  85:20 288:7
min  242:7
mind  53:20,24 54:1
54:1 69:8,24 90:20
111:8 151:22 181:9
288:5 289:8
mindset  204:25
mine  63:19
minor  272:5,9,13,22
276:11,12,17,21
minus  242:7
minute  190:25
260:1,2
minutes  38:9 127:7
127:24 129:19
130:1 133:3 235:9
288:25
mirror  280:13,14,16
mislabeled  60:5
misspoke  148:24
misstates  52:25
75:17 209:25
mistake  60:21
mitigate  123:17
mobile  124:22 125:2
mode  124:6
model  5:22,23 6:10
17:20 33:3 46:8
59:21 81:20 122:8
152:12,23,25 153:5
153:7 159:4 161:12
204:19,20 205:2
206:4 249:13
295:17,18
modeled  259:14
modeling  277:6
models  5:25 6:7,10
6:13,16 12:8 14:5

15:1 20:13 23:17
34:5 43:4 46:23
50:5 54:21 55:8
56:13 67:19,20 79:5
79:8,16,19 80:3
81:20,20,23,25 82:8
82:11 88:25 95:1
152:15,17 157:17
161:9,16 174:21
188:25 245:9
248:11 249:12
272:15 273:15,23
277:6 281:15 282:3
282:21,25 284:6
293:22 295:19
moderator  189:18
190:10,15,17
191:11,20,23
192:14 193:25
195:2 196:24
198:24,24 208:9
210:12,24 285:16
287:2,8,9 289:9,23
moderator's  199:3
moderators  191:12
192:18 193:1,4,18
194:9,11,19,24
198:23 202:16
285:10 286:20
287:13,18 288:10
288:13 289:19
moment  32:16
money  179:3
month  121:2 150:17
months  135:12
150:12
mood  268:25 269:5
269:12 270:5,22,24
271:6,12
morning  4:1 5:16,17
265:10 278:15
291:5
morphed  198:9
199:17 200:4

**move** 165:2 216:19
223:2,3 224:1
229:10
**moved** 242:18 243:8
**moving** 73:2
**mt** 300:1
**multi** 3:13 13:8 16:5
17:19 34:5 35:3,4
58:10 62:6 72:4
124:6 171:16
247:25 248:12
**multinomial** 259:15
**multiple** 63:22
64:15,19 97:22 98:9
99:4 161:9 170:15
236:3 283:9
**multiplied** 244:4
**multiplier** 263:24
**multiply** 263:8
268:17,21
**multiplying** 264:9
266:14
**mvai** 259:19 260:21
261:13,18,22,23

**n**

**n** 2:1 3:2 298:3
**name** 4:10,24 5:6
184:5 278:7 299:3,4
300:6
**names** 191:16
**national** 52:11
**nationwide** 82:25
108:7
**nature** 62:21 183:3
238:19
**ndeckant** 2:6
**neal** 2:4 5:8
**necessarily** 24:9
211:2 214:23
220:12,13 275:2
**necessary** 8:20
11:16 14:3 17:5
24:8 114:24 141:17
143:3,9 195:11

197:17 208:7 216:4
217:5 222:24
226:23
**necessity** 187:15
**need** 14:4 16:4 18:9
19:14 51:4,22 59:10
72:12 80:18 83:4
103:7 104:14 107:6
109:24 111:2,7,24
112:1,7 115:7
117:25 118:3
119:12,12,16
120:19 124:18,25
138:20 141:20
144:11,21 148:3
149:17 154:22
156:5 168:15
178:21 186:18
187:22 188:3
194:20 197:18,21
203:8 212:11
214:23 215:5
216:25 227:24
232:7 237:18
238:24 251:10
255:18 262:18,23
266:17 271:11
275:15 285:13
**needed** 7:19 19:2
21:11,18,19 44:9,18
56:23 73:18 96:20
135:18 150:7
155:20 208:8,9
217:2,6 222:17
**needs** 14:23 125:5
144:1 165:16
167:16 254:14
280:9
**negative** 248:19
**neither** 248:2
**net** 74:14
**netzer** 164:24 169:3
172:4 179:24
180:22 231:23
246:15 247:2

250:18
**never** 103:8 136:5
156:24 210:12
222:19 225:23
**new** 1:2,15,15 2:5,5
4:11,16,17,22 7:6
37:9 65:20 75:7
84:9,9 88:1 90:2
94:5 95:13 101:18
140:17 157:10
202:2,8,14,19,23
267:13,14 291:3
300:2
**news** 222:21
**newspapers** 20:13
185:10
**nine** 187:18
**ninth** 242:13,15
**nobel** 278:21
**noise** 200:1,2,5,6
221:11 223:19
243:14
**non** 20:6,20 21:5,21
22:6,18 89:7 90:8
90:11 93:7 107:14
112:12 162:11
223:3
**nonresponsive**
165:3 216:20 223:5
**northeast** 131:14
**notarized** 300:12
**notary** 298:7 299:21
299:24
**note** 4:2 70:20
202:15 290:9
300:11
**notes** 193:1,5,15,25
194:6,15,18 195:2
195:10,12,21,25
197:24 199:6
289:23,25 290:6
298:12
**notice** 118:6
**notion** 58:16 61:7

**november** 150:19
150:22,22
**number** 12:13,25
14:4,22 17:19 18:23
25:21 35:11 42:25
56:1 63:18 79:21
81:8 82:7 89:5
90:17 93:9 108:6
120:22 130:18,22
134:4 135:5 145:4
156:4 158:13 159:2
159:8 160:21 161:4
163:22 164:25
166:6 167:18
168:17 170:1,3,25
187:11,11 188:23
202:6 203:10,14
213:12 215:15
226:8,18 228:10
229:14,22 230:15
238:12 239:5
242:18 248:19,19
251:5,6 262:20
268:3,15 285:15
291:11 300:7,11
**numbering** 118:13
**numberings** 119:9
**numbers** 5:22,23
6:10 30:21 33:3
46:8 64:13 146:17
224:25 232:8
248:17 291:18
**numerator** 255:4
258:10,11 269:20

**o**

**o** 298:3
**o'donnell** 2:9
**oath** 120:9
**object** 218:17
291:25 293:1 294:6
**objection** 7:24 8:15
9:9 10:1 11:6,20
12:11 13:17 18:18
19:7,12 21:23 22:1

22:8 23:22 25:7
27:6 31:11,22 35:19
37:21 39:21 40:20
40:23 42:17 46:20
48:7 49:15 50:11
51:6 52:24 60:8
63:2 65:6 75:17
85:4 94:13,14 95:15
97:15 98:7 99:8
101:9 103:14
111:11 114:1
117:16 136:14
137:16 139:2,16
140:19 143:15
145:2,11 151:13
153:23 157:25
158:23 159:16
160:1,25 162:14
164:6 165:8 169:18
172:10 174:13
175:2,13 176:5,17
177:6,18 178:3
179:12,20 183:5
194:17 204:22
208:19 209:24
211:10,16 212:7,24
215:20 216:23
217:15 220:5,25
221:23 222:11,12
234:2,6 248:5
255:10 256:14
258:18 260:3,5,25
261:15 263:2 264:5
269:17 270:18
271:16 281:7,21
282:13 283:6 294:7
296:10 297:8
**obtained**  123:14
244:5 276:1
**obtaining**  167:13
**obviously**  7:16
52:12 56:9 59:9
84:8 92:22 98:11
104:19 108:15
121:13 125:21

156:11 170:2
183:12 186:5
208:14 240:10
272:7,20 273:2
**occurred**  201:18
**occurs**  159:24
**october**  189:10
**odd**  70:12 232:7
292:3
**odds**  239:20
**ofek**  3:20 42:6 68:5
72:23 231:23 247:1
251:8 252:9,16,23
256:12,20 257:8
258:15,19 259:18
**offer**  77:9
**offered**  278:19
284:24
**office**  240:24
**officer**  93:20
**offices**  1:14
**oftentimes**  168:7
**ohio**  7:9 291:4
**okay**  12:7 14:10
16:8 54:20 111:17
128:19 133:11
139:7 171:8 180:5
186:4 202:24
204:18 254:2
265:17 270:16
**oklahoma**  140:17
**old**  133:23
**older**  108:18 200:23
**once**  167:21 229:25
**ones**  24:7 79:9 150:8
150:9 209:11
213:17 230:2,3
**online**  17:4 105:8,8
105:18 106:13
108:5 109:22
120:18,18 123:1
125:4,6 134:3,12
135:22 184:24
185:6 189:11
194:21,22 288:6

289:8
**open**  135:10,11,18
**operating**  219:23,24
220:2,15,22 221:20
**operator**  4:1 5:9
45:19,22 83:9,12
120:1,4 162:24
163:4 191:1,4
235:12,16 271:23
272:1 297:14
**opine**  27:17
**opinion**  8:18 9:15
9:18 18:9,20 24:15
25:4,18 26:14 27:5
27:25 28:3 29:20,21
29:23 33:18 37:18
38:10 39:23 40:10
51:7,20 52:8,9 54:7
54:25 55:18,20 82:8
140:8 143:20
147:20 153:14,16
153:20 154:3
155:18 175:20
214:20 222:14
280:14 281:5,8,18
282:10,22 283:3,17
284:4,13,24 285:3
291:22 292:9,13
297:6
**opinions**  11:15
126:1 153:10
162:17 283:12,13
284:18
**opportunity**  128:13
288:8
**opposed**  23:9 39:3
93:16 126:14
209:22 234:4
245:13
**opposing**  182:25
**optimal**  34:20 36:18
86:20 170:24
273:18
**option**  85:23 220:4

**options**  85:22
**order**  17:21 46:12
72:14,25 73:19
74:14 86:14 95:11
100:23 120:17
123:13 136:8
143:24 144:20
158:12,16,17 159:7
168:16 185:14
203:5 227:17
241:22 242:3,5
257:19 262:24
266:18 268:18
271:10
**ordered**  241:20
**ordering**  228:22
241:21 242:16
**ought**  106:9
**outdated**  83:20
**outflow**  121:5
**outgoing**  114:13
**outlined**  26:24
**outlines**  32:2
**outside**  11:9 107:23
107:25 108:9 170:5
170:12 171:3 174:2
186:1 211:16 212:8
225:11 282:14
289:11
**ovens**  118:14
**overall**  89:19 185:20
**overload**  86:5
163:24
**overlooked**  70:17
**owned**  141:8,16
142:1,4,5,24 205:12
**owner**  200:25
**owners**  146:23
202:17 203:8,9,12
**owns**  173:5,8

| p |
| --- |

**p**  2:1,1
**p.a.**  1:14 2:3

**p.m.** 120:2,5 163:5
191:2,5 235:13,17
271:24 272:2
297:15
**page** 3:4 32:23
55:22 61:11 70:4
110:3 118:8 119:5
130:6 141:5 149:4,5
152:11 153:9
154:16,16 165:18
185:16 187:13,17
202:4,5 204:17
206:2 207:6 213:11
217:7 225:25 226:1
226:7,9,10 227:5
228:8,10,11,14,17
229:16,22 230:9,14
230:16 232:2,16
239:1 240:21 241:2
241:7 242:5,19,19
242:20 243:10,24
247:13 250:22
253:2 254:21
255:21 257:7
259:17 293:5,7,9
294:25 299:5
300:11
**pages** 226:13,17,18
239:5 240:20
**paid** 46:22 47:5
48:24 49:21,23 50:3
50:23 51:1,12 55:4
57:6 58:22 59:17
87:16,20 151:24
153:21 187:10
281:16 282:12
283:4,17 284:7
293:22
**pair** 237:11,12
242:20
**paired** 232:3
**pairs** 231:1 232:8
**pallet** 222:15
**panel** 106:14 108:5
120:12,15,24 121:8

121:20 122:9,11
123:4 124:9 126:20
135:7
**panelist** 106:13
122:22,23
**panelists** 121:13,25
122:25 123:15,24
125:10,17
**paper** 3:13,20 42:6
68:5,7,8 72:23
164:24,24 169:2
171:16 172:3
173:13 174:22
181:9,13 227:25
230:24 231:21,22
233:11 234:19
236:20 237:17
241:11 245:21,24
246:15 247:2,8
250:18 251:8 252:7
252:9 257:10 265:4
**papers** 36:16 69:9
84:2 172:23 174:19
176:12 245:25
250:1,7 273:16
**paragraph** 38:23
61:12 70:5 73:2,3
149:5 217:9 244:1
250:24 255:22
257:8 293:9
**paragraphs** 71:16
71:22
**parameters** 116:21
116:24 180:8,16
**parametric** 107:10
107:14
**parenthesis** 241:22
**part** 14:22 16:16,16
17:16 28:24 34:16
46:5,8 48:17,23
50:25 70:14 72:6
73:11 74:1,17,18
75:15,15 93:19
97:24 110:21
116:14 117:9,19

119:21 120:23
124:19 128:5 132:8
150:19 152:3
153:17 167:13,21
187:10 189:18
195:24 196:1
197:11 201:12
202:23 203:15
204:3 227:18
230:12 236:24
237:25 238:10
240:15 241:25
244:9 248:7,13,16
248:23 249:5,11,14
249:16 251:3,12
252:25 253:4,5
262:13,14,19 263:1
263:4 264:14,19
266:15,15 269:19
270:13 271:3 275:7
275:13 276:23
277:18 278:3
**partial** 168:12,13,18
168:18,19,22 169:1
169:8
**participant** 141:15
224:17 225:20
228:14,15,19
230:22 236:22
288:21
**participants** 114:14
121:21 122:13
124:12 130:22
133:7 189:20 195:6
198:21 200:15
203:19,22 205:12
206:6,18 213:15
225:3,8 229:13,17
235:20 237:1
238:15 286:12,13
288:11
**participate** 105:13
105:17,20,21
106:17 108:1,8
109:3 117:15

123:10 124:4
125:25 130:23
142:18 148:7,11
150:23 200:16
201:14 266:22
287:1
**participated** 115:17
131:2,3 142:24
269:23
**participating**
104:10 108:11
109:1 125:22 126:6
**participation**
125:20
**particular** 50:20
52:5 62:23 64:4
66:1,16 86:8 89:19
99:21 100:20
106:12 108:7 125:5
168:11 175:23
176:13 178:7
185:20 188:10
198:3 219:5 227:4
228:3 239:18
241:20 242:4
244:17,20 248:14
248:14 250:11
253:2 254:17
261:10 262:8,10
271:8 272:20
**particularly** 37:23
38:15 42:20 65:10
134:21 260:9
**parties** 4:8 298:15
**partly** 92:7 236:14
290:1
**parts** 59:2 97:22
109:4 127:13 178:5
227:8,10 269:25
283:9 291:8
**party** 201:5
**patent** 84:17 89:2
93:1
**patents** 89:3

[path - pointed]                                                    Page 32

path  107:16
patrick's  5:5
paul  83:25 250:2
  263:18
pay  10:15 29:5 46:5
  48:16 51:12 54:6
  68:14 74:23,25 75:3
  75:12,13,16,21,23
  75:24 76:5,7,9,16
  76:20,23 98:14
  164:22 179:7
  258:16 259:24
  260:13,19,22
paying  187:2
pays  179:3
peer  67:25 68:7,9
  69:2,22 104:1
  169:25 173:14
  174:16 245:20,24
  245:25 246:2
  249:24 250:10,14
peers  256:8
penalty  300:13
pending  180:19
penetration  123:3
  124:20 125:6
pennsylvania  84:1
  202:10,13,18 203:3
  250:3 263:19
people  7:3 35:12
  50:17 103:12,17
  104:10,23 105:10
  105:17,21 107:24
  108:1,6 110:10,19
  110:21 112:5 114:4
  114:22 115:17
  116:2 117:13,23
  119:15,18 120:20
  120:25 121:17
  122:19 123:6,10
  124:4,14 125:21
  126:3,21 127:3,12
  127:23 128:2,11
  130:3,7 133:18
  134:18 135:6,16

136:6 137:18
138:10 139:11,13
139:24 140:15,16
140:17 142:23
146:4,7 149:12,15
150:20,25 151:3,6,9
151:17 153:4 166:1
178:10 186:14
187:2 201:3,4,6,13
202:14,18 204:9,24
205:1,1,18,19,20
206:12 207:17,24
209:9,13 210:9,13
210:21,25 212:5,9
212:21 213:19
216:15 218:3
220:10 221:10
227:12 232:16
233:20 236:11
239:16 276:15
279:13 282:20
286:19 287:9,12,13
287:21 288:6
people's  203:17
207:5 222:7
percent  11:13,13
93:12 112:11 125:8
130:8 133:18,20
134:10 135:20
164:15 165:5 181:2
247:20,21 266:2
267:7,8 268:16
281:13 282:24
284:4 291:15,22
292:4 295:6,16
296:8,12,13,23
297:7,11
percentage  39:19
40:14 57:4,8,17
67:21 112:5 241:17
247:22 266:4
295:13,21,23 296:9
296:16 297:1,1,2
perception  221:9

perform  94:10
  169:4
performed  94:18
period  12:23 17:15
  20:21 21:22,25 22:7
  23:18 56:12 81:18
  145:1 150:15
  151:12 157:21
  294:24
perjury  300:13
person  87:4,20
  118:20 141:8 146:8
  153:20 173:16
  191:13 193:19
  236:25 237:23,25
  241:1,3 242:12,20
  278:21 287:13
person's  85:11
personally  88:8 91:6
  91:7,23 108:22
  140:20
perspective  48:12
  62:9 93:13 149:18
pertain  278:1,2
pertains  42:1 86:16
  89:20,25 90:1 116:9
pertinent  26:1,9,13
ph.d.  5:12 34:18
  47:11,12 51:15
  52:13 245:19 272:5
  272:11,13,16,18
  273:11,14,19,21,25
  274:5,6,9 276:9,10
  276:12 277:3,8,9,10
  277:18 278:1,3,4,16
  278:18 279:13,14
ph.d.s  276:16,16
pharmaceutical
  276:2
phase  287:5
phrase  46:19 47:3
  58:6
pick  4:3 244:19
picking  228:21

piece  125:5 137:22
  174:4 272:21
pieces  102:5 175:22
  245:1
pile  212:19 243:5
pinpointing  245:14
pittsburgh  278:22
place  4:5 34:7,8,9
  35:6,7,13 41:7 42:3
  62:13 64:4 85:12,17
  99:19 145:7 152:7
  160:5 218:3
placed  66:24
placeholder  71:3
places  13:23
plaintiff's  9:21
plaintiffs  1:5 2:7 5:8
  10:19 12:3 32:25
  97:6 221:19 280:25
  281:4
plan  99:15 203:8
planning  202:23
plausibly  185:22
play  61:8
pleasant  300:1
please  4:2,4 5:1,10
  6:21 15:25 16:19
  28:9,14 32:23
  102:15 111:1 137:9
  152:12 180:11
  192:6 207:6 213:12
  269:8 287:24 293:5
  294:12,25 300:10
  300:10
plenty  139:14
plus  120:22 135:15
point  52:5 69:8
  74:15 82:17 96:1
  109:9 126:20 135:7
  142:6 152:4,4
  155:10 173:20
  219:18 228:13
  279:8 288:12
pointed  155:23
  158:11 192:13

243:1 245:24
**pointing**  55:23
137:21 245:4
**points**  20:25 21:18
22:14 123:11
124:15 125:14,16
126:5,19,21 232:17
232:20 247:17,19
**political**  279:21
**pool**  201:4,11
**poorly**  169:5
**pop**  209:2 210:10
**population**  31:17
104:19,21 111:20
115:25 116:7 121:8
123:5
**portion**  34:13 46:4
54:24 55:9 66:17,18
67:10 116:25
128:24 151:24
154:8,8 225:14
262:4 290:25
291:23
**portions**  128:9
**position**  29:22 87:16
276:24
**positive**  111:23,25
112:15,22 113:4
248:19
**possibility**  225:21
**possible**  65:3 71:16
85:3,9 100:22
106:18 139:11
199:8,15 214:18
215:3 225:19 254:3
**possibly**  11:12
**post**  114:6 116:19
132:11 172:22
**potential**  49:25
259:12
**potentially**  157:2
**powerful**  102:8
**practical**  68:12
**practice**  123:12
136:4,11,22 138:3,7

192:11 194:3
205:22 285:8
286:25
**practices**  222:3
287:19,19,20
**precise**  261:24
**predicably**  181:17
**predict**  65:16,19
94:4,19 169:12
**predicting**  66:23
89:23 169:4
**prediction**  66:21
**predictive**  265:1
**predictor**  61:15
63:15 64:3,10,14,18
66:6,6 67:1
**prefer**  85:23 106:1,6
169:20 184:15
233:22 234:5
**preference**  13:8
16:5 17:20 29:25
34:5 35:4 58:10
62:6 66:9 72:4
152:20 247:25
249:12 259:14
**preferences**  3:13
25:11 28:20 48:13
128:5 150:5,12
151:21 152:6
171:16 181:3,19
248:12
**preferred**  226:23,25
233:1,1
**premium**  3:22 10:13
13:11 14:3 15:6
18:1 26:3,7,22,24
29:6 30:12 33:1,8
33:12,15,20,23,25
34:24 35:18 36:4,21
37:3,14,20,24 38:4
38:19,24 39:2,4,15
40:10,12,17 41:3,11
41:21 42:9,12,14,15
42:20 43:3,9,13
46:3,4,11,17,19

47:2,3,7,9,20 48:2
48:11 50:16,25
52:15 53:12,13
54:21 55:3,5 56:23
57:3 58:4 59:12
60:2,3,24 61:2
63:16,21 66:1,3
67:14 68:2,14,16
69:4 72:19,20 73:1
73:7 76:10 80:12
81:5,11,18 82:1,10
82:13 84:10,11
89:11,13 90:4,7,13
90:24 91:1,11 92:8
92:16 95:7 100:22
101:7 138:11,13,16
138:20 139:19
140:11,15 141:19
141:23 144:10,10
145:24 146:17
148:22 153:11,17
153:18 154:7 155:3
155:8,12,15,24
156:13,18 158:3,7,9
158:25 159:18,24
160:6,24 162:2,5
175:21 181:2 183:7
184:12 187:2,5,9
203:25 210:4
211:24 212:15
214:15 216:13,17
217:13,17,23 218:3
221:6,8,15 239:9,23
239:24 251:7
252:22 254:22
255:24 256:1,23
257:17 258:2,8,14
258:20 259:1 260:8
260:19 261:6 265:4
265:6,21 266:8,10
266:19,20,24 267:6
267:9,12,17,18,20
268:9,13 269:15
270:12,17 271:9,13
281:10,24,25

282:19,24 284:5,6
284:20 292:17
293:13 294:22
295:5,12,24 296:8
296:13,20,22 297:7
**premiums**  41:20
73:16 250:23
**preparing**  157:6
**presence**  10:14
13:12 15:7 24:18
29:1 39:11 40:11
42:3,11 46:9 47:6
48:18 49:1 52:19
57:9,24 58:13,18
59:14 60:20,24
66:24 67:23 69:15
69:18 73:11,20
85:14 92:17 95:6
123:2 141:19 143:5
144:13 145:21
152:7,19 162:6
212:10 213:8 218:6
218:9 239:14 257:2
262:21
**present**  14:5,5 15:8
30:13 39:10 57:19
58:15,16 155:5,6
208:5 214:2 216:5,6
258:3 262:9,10
286:22
**presented**  147:21
**presenting**  233:8
**pretest**  285:5,7
286:11,13,23
287:14 288:16
**pretests**  287:18
288:15 289:18
**pretty**  111:25
286:25
**previous**  88:15
180:2 230:1 232:2
237:15 245:5
**previously**  68:16
**price**  3:22 10:13
13:11 14:2 15:6

17:25 20:19,24 21:4
21:18 22:14 24:20
26:3,6,22,24 29:6
30:11 33:1,8,12,15
33:20,22,25 34:12
34:13,23 35:11,17
36:4,21 37:3,4,14
37:20,24 38:4,19,24
39:4,15 40:5,10,12
40:17 41:3,11,20,21
42:9,12,14,15,20,21
42:22 43:1,3,8,13
46:3,4,5,5,8,11,12
46:15,17,18,19,21
47:3,4,7,9,20,21,23
48:2,3,5,8,11,16,24
49:1,4,8,14,16,18,19
49:22 50:9,10,15,15
50:16,18,23,25,25
51:5,10,11,11,12,19
51:25 52:1,4,6,9,15
52:23 53:3,9,11,12
53:13,17,18 54:3,6
54:6,13,13,21,22,23
54:24 55:3,5,8,9
56:23,23 57:3,5,6,8
57:12,14,17,18,22
57:25 58:4,5,21
59:12,16 60:2,3,23
61:2,16 63:16,21
65:25 66:3 67:10,13
67:16,17,19,21 68:2
68:13,15 69:4 70:7
72:19,20,25 73:6,16
74:14,19 75:2,11,15
75:24 76:6,10,15,19
80:11,12,16,17,18
80:22 81:5,11,16,18
81:24,25 82:1,10,13
82:24 84:10,11
89:11,13,23 90:4,7
90:13,24 91:1,11
92:7,15 94:4,12,19
95:7,10,12,23 96:20
97:11 98:4,6 99:7

100:17,21 101:7,18
101:18,22 138:11
138:13,15,20
139:19 140:10,15
141:19,23 142:20
144:9,10,12 145:16
145:24 146:6,17
148:22 151:24
152:21 153:11,16
153:17,18,22 154:5
154:7,8,21 155:3,8
155:10,12,15,21,24
155:25 156:13,14
156:18,19 157:14
158:3,6,9,25 159:9
159:18,24 160:6,13
160:14,24 161:11
162:2,4,6 175:20
181:2,2 183:7
184:11 185:5 187:2
187:5,9,10 203:25
210:4 211:23
212:15 214:15
216:13,17 217:13
217:17,22 221:6,8
221:14 239:9,23,24
250:23 251:7,16,24
252:22 254:22
255:24 256:1,13,13
256:21,23 257:17
258:2,8,14,20 259:1
259:20 260:8,12,18
261:6,7,14,18,19,22
261:22,23,24,25
262:2,3,4,8 265:4,5
265:21 266:5,8,10
266:19,20,24 267:6
267:9,12,17,18,19
268:8,12 269:15
270:12,16 271:9,13
281:10,24,25
282:19,24 284:5,6,7
284:20 292:17
293:12,17,20 294:3
294:16,22,23 295:5

295:7,12,14,17,18
295:24 296:8,13,15
296:20,22 297:2,6
297:10
**priced** 43:10 65:24
71:8 154:18,24,24
159:14
**prices** 13:25 19:17
19:22,24 20:16 50:3
53:2,5,6 54:5,17
56:2,4,17,21 73:5
77:13 79:24,24
80:19 94:25 96:15
98:2,14,15 258:6
293:11,21 295:16
**pricing** 41:13
**primarily** 7:15
274:6 277:9
**primary** 110:4
118:22 272:12
274:19 279:14
**prime** 205:5
**principles** 104:7
**print** 172:13 222:16
**printing** 118:12
**prior** 86:23 149:23
182:10 245:1
280:17
**private** 4:4
**privy** 170:8
**prize** 278:21
**proactively** 123:25
**probabilities** 103:20
**probability** 106:10
268:15,21 270:7
**probably** 18:25 71:6
71:7 77:17 79:14
81:23 93:11 135:12
147:13 151:4
160:11 182:3,5
202:2 256:5 265:16
288:18
**probe** 208:3 287:14
289:16

**probed** 208:10
**probes** 199:14 207:9
207:18 208:7 209:8
209:18 210:12
288:4
**probing** 210:5
**problem** 163:18
167:19
**problems** 88:2
274:14,15 277:15
**procedure** 167:10
177:3,14,22 179:11
179:18 180:7,15
194:10 231:4
285:14
**procedures** 64:2
123:19 167:12
231:19 288:20
**proceed** 241:7
**process** 18:5 42:9
61:21,24 62:2 63:7
68:6 69:5 95:4
113:18 123:8,9
143:11 163:24
189:16,16 190:5
197:8,8 202:23
203:15 257:19,23
258:24 259:6
263:21,25 286:4,17
288:25
**produce** 37:25
44:11,20 65:13
155:25
**produced** 38:16,20
**product** 3:21 39:18
39:20 40:19 44:6
47:21 48:3 51:13
62:9,10 65:20,25
66:10,15,17 67:3,9
76:21 77:19,21 78:7
78:15,20 86:2 90:8
90:14 95:13 99:24
100:25 121:19
154:20 162:3
168:23 169:9 183:9

**183**:12,13 **184**:9
**188**:2,9 **214**:21
**252**:11,19 **259**:21
**260**:14 **261**:8
**262**:10
**production** 300:22
**products** 34:22 75:7
77:9,10 84:9,11
88:25 89:4,18 90:1
90:3,5,21,25 91:17
91:20 92:11 213:23
214:11
**profession** 177:5,17
178:2
**professional** 274:24
275:11
**professor** 83:22
84:15 86:24 87:6,9
87:11 97:4 164:23
170:7,16 172:4,24
173:15 178:21
179:1,9 181:16
183:21 244:25
245:16 246:1 250:2
274:2,19
**professors** 272:22
276:22
**profile** 166:4 168:12
168:13,18,22 169:1
169:8 239:18
**profitable** 257:14
**program** 39:4 41:9
43:21 178:19
224:13 274:10
**projects** 165:19
166:16 171:10
**promised** 221:21
**promises** 222:8,9
**promotion** 20:12
**promotional** 221:3
**promotions** 205:20
**properly** 61:1,4,14
61:17,19 64:9 74:16
113:22 121:1,1
122:6 241:5

**properties** 168:3,5
**proposed** 7:2 113:7
**proposition** 222:10
**proprietary** 170:2
173:5 178:19
**prove** 116:17 134:8
**proven** 61:14
116:16,18
**proves** 181:16
**provide** 9:15,18
11:9 46:2 124:9
142:21 284:15
289:11
**provided** 21:17
101:17 126:1
**provider** 123:23
201:9
**provides** 88:6
122:12 244:5
**providing** 28:4
**psychology** 276:18
**psychometricians**
83:21
**public** 122:14,25
298:8 299:24
**publication** 172:6
172:22 174:17
279:6,7
**publications** 68:23
68:23 69:23 104:1
173:1 176:20 178:7
178:15 279:4
**publish** 250:13
279:5,8,13,14
**published** 68:8 84:2
169:24 170:18
172:3 174:8,17,19
175:6,15,17,18,23
176:9,10,12,21
181:15 182:9
231:24 234:18
245:6,25 246:2
250:1,9,19 251:9
252:20 255:14
272:24 273:2,7

**278**:25 **279**:9,15,16
**279**:21
**publishing** 176:19
**punched** 225:13
**purchase** 13:21
17:23 18:4 25:23
26:21 30:24 34:3
40:4 42:7 61:25
69:13,20 70:1,3
85:18,21 86:16
117:5 150:7,11
153:22 154:5 195:8
204:7 205:4 210:15
211:21 216:9
220:17 221:13
222:23 239:3
**purchased** 7:3 110:9
110:10 114:9 149:9
149:22 151:6,17,18
203:19,23 282:11
**purchaser** 110:5
145:8
**purchaser's** 186:10
**purchasers** 142:16
143:12,13 144:6
145:6 148:5,9
**purchases** 118:24
204:25 207:5
**purely** 149:18 203:1
**purpose** 65:9,12
84:4 85:1,8 88:13
89:8 92:5 141:7
151:20 185:11,13
185:25 205:15
207:8 208:12,15
225:5 230:5 285:6
**purposes** 60:4,12,15
84:6,24,25 85:10
89:1 92:4,4,23
150:14 175:19
183:19 213:1
**put** 20:12 25:2
46:15 48:17 70:20
123:18 127:8
150:15 185:9 199:5

**204**:24 **220**:19
**227**:3 **229**:1 **243**:23
**248**:7
**putting** 24:22 49:7
58:17 215:11

**q**

**qualification** 207:7
207:11
**qualifications** 208:4
**qualified** 9:15 10:18
36:11,14 51:4
192:23 283:24,25
**qualify** 88:16
166:17
**qualitative** 209:4
**quality** 122:12
123:14,20,23 124:9
125:10,11,15,16
127:1,21 129:1
131:3
**quantitative** 3:11
109:11,21 207:21
274:7
**question** 6:21 9:4,13
10:2 11:10,22 14:15
15:10,25 20:19 22:3
27:21,24,24 28:2
29:7,8 31:2,3,4,6,13
36:25 37:2,9 41:15
41:17 43:11 44:12
44:14,16,22 47:25
51:8 59:1 60:10
64:7 67:7 77:16,25
85:6 88:16 90:9,22
94:16 97:23,24
98:20 100:7,9
101:11 102:9,15,17
102:19 107:15
109:9 110:3,7 112:9
117:4 118:16,22
122:15 132:18
137:10,11,13 141:7
142:3 148:8 152:22
152:24 153:25

154:10,13 161:1,2,3
161:6,18 162:8
165:4 168:25 169:7
170:21 171:2
173:19 174:5 175:8
175:9 177:8,11,13
177:20 178:25
179:14,15,22
180:12,14,18
189:24 190:7,21
197:21,22,22 205:8
206:7 209:14,17,25
211:12,12 214:4
216:20 217:3
218:10 223:7,22
224:2,22 227:20
231:15,16 237:24
249:2 253:11,15,17
254:15 256:18
261:17 262:24
265:9 269:9,11
275:9,9 283:8,12,23
284:21 289:1,14
294:11,13,15,19
296:5
**questioning**  199:3
**questionnaire**  3:12
  109:12,21 200:21
**questions**  89:16
  108:12 113:13
  114:5,8 128:10,20
  128:20 132:7
  133:13 136:6 164:1
  164:2,2 189:19
  199:1 208:1,3,22
  225:10,13 230:21
  232:5 235:21 236:5
  236:9,12,23 238:16
  242:21 243:7,7,11
  246:23 285:4,12
  290:13,15 296:4
  297:13
**quick**  83:7 162:20
  235:3,5

**quicker**  133:14
**quickly**  134:20
  195:17,18
**quite**  12:24 20:18
  50:8 57:13 64:6
  70:13 84:25 133:16
  142:2 216:2 246:25
  256:18 278:11
  286:8

### r

**r**  2:1,9 3:10 32:12
  127:12,15 132:24
  239:16 242:6,7
  298:3 300:25
**raise**  96:15 287:24
  288:1,24
**raised**  79:23
**ramamirtham**  1:12
  3:5 4:25 5:12 299:4
  299:20 300:8
**random**  103:23,24
  104:16,17 105:1,9
  105:19,22 106:2,4,7
  106:9,11,12,21,25
  107:3,4,6,8,12
  108:3,4,21 109:4
  130:20 132:5
  200:18 265:10,11
  265:12,22 266:21
  267:11,14 269:21
  270:4,8 271:2,4,6,8
  271:9,11
**randomized**  228:19
**randomly**  104:23
  105:7,15 109:2
  130:18,21 269:22
**randomness**  104:10
  132:13
**range**  19:24 20:8
  21:12 22:13 42:16
  42:19 43:5,6,10,16
  43:18,19 56:17
  73:22 80:24 142:20
  143:4 145:16,18,19

146:14 152:21
155:8,9,13 157:1,2
157:11,14,16
185:23 186:13
203:23 204:15
209:6 210:18
216:14 251:24
265:6 267:14
268:18,20 293:17
293:20 294:4,16
295:15,22 296:1,16
297:3
**ranged**  184:21
**ranges**  80:19,24
  294:22
**ranging**  21:13
**rank**  213:19 228:22
  229:18,24 241:21
  242:3,5,16
**ranked**  230:4
  236:15 242:12,15
**ranking**  237:10
**rapidly**  129:5
**rate**  133:21 134:5,11
  134:13 135:1,12,20
  135:23 233:7
**rated**  41:22 123:22
  124:10 226:16
**rates**  133:23 134:1,2
  267:21,24,24,25
**rating**  113:19 146:8
  226:24,25 244:11
  244:15
**ratings**  223:9
  226:21
**ratio**  239:20 253:8
  253:19 254:6,8,25
  256:11 269:6,12,15
  270:3,13,23 271:2,7
  271:10,14
**ratios**  252:24 258:13
  266:17 270:7
**raw**  240:17,17
  247:12

**reach**  178:21 203:25
**reached**  77:9
**reaching**  53:8
  257:25
**react**  140:7 234:16
  239:18
**reaction**  52:7 95:22
**read**  7:12 31:1,5
  36:23 37:1 44:1,15
  56:22 58:4 69:9
  102:18 117:4 137:9
  137:12 163:23
  177:9,12 180:10,13
  187:14 199:1
  233:20 242:11
  243:15 246:4
  253:13,14,16 259:9
  260:3,23 269:10
  273:6 291:7 293:19
  294:11,14
**readable**  225:12
**reader**  71:10
**reading**  70:21 86:5
  131:6 241:5 242:14
  243:21 255:21
  300:16
**reads**  293:9 295:4
**real**  61:10 161:11
  187:11 234:24
**realistically**  131:14
  210:18
**really**  10:10,11 11:8
  11:21 19:2 21:11,19
  22:11 35:15 36:9
  45:10 48:10 50:22
  51:13 54:25 55:6,11
  57:2 58:22 59:12
  60:16,19,23 61:7
  62:8 66:25 69:21
  70:22,25 75:1,6
  76:18 77:20 78:13
  80:8,17 85:11 90:4
  90:22 95:23 101:24
  107:16 115:7
  126:13 127:25,25

128:16 132:20
133:9 134:6 137:24
144:11 151:14
152:4 159:1 161:18
164:20 170:22
189:6 192:2 194:20
195:11,25 201:23
203:2 204:4,15
205:7 206:11,15
209:9 211:19 216:5
216:16 219:15
221:11 227:12
229:11 233:2,13
234:12 258:7 271:1
293:21,23
**realm** 165:22
**realtime** 298:6
**reason** 84:11 119:22
135:3 146:11
164:16 177:2,13
205:17 207:23
299:5 300:12
**reasonable** 135:20
292:9
**reasoning** 98:5
**reasons** 76:13 101:4
131:9 161:15 186:3
186:4
**recall** 16:14,24 17:7
17:10 21:9 57:4
78:24 79:10 81:23
82:3 83:3,19 91:4
91:13 102:3 117:12
123:8 129:16 145:3
148:19 157:12
161:24 172:23
181:8,24 190:8
191:13 192:1
199:24 201:19
206:19,20,23,24,25
207:15 210:23
241:23 274:8
295:19
**receipt** 300:15

**receive** 228:15
235:21 236:4,11,23
242:21 281:19
**received** 68:10,11
170:18 172:7
173:13 201:24
224:16 225:7,20
240:20 275:22,23
276:1 278:21
**receives** 228:14
**recess** 45:21 83:11
120:3 163:3 191:3
235:15 271:25
**recognize** 220:16
**recognized** 170:17
170:22 174:11,25
175:12 176:3,8
275:16
**recollection** 81:21
118:3 138:9
**recollections** 195:13
**recommend** 97:12
**recommendation**
95:20 96:4 99:1
101:7
**recommendations**
95:20 96:6,8,10,11
96:16 97:2 98:25
102:6
**recommended**
100:5 101:8 153:11
295:4
**record** 4:2,9 5:2
45:19,23 83:9,13
120:1,5 162:24
163:5 191:1,5
193:10,12 194:1,6
194:14 235:13,17
271:23 272:1
297:14
**recording** 4:7
193:13 195:14
**records** 90:18
**recover** 180:7,16

**recovering** 181:19
**recruit** 123:9 124:12
198:21 201:15
285:9 286:15
287:20
**recruited** 200:18
202:14,18 286:19
**recruiter** 201:11
**recruiting** 201:10
201:17 202:7
**recruitment** 115:6
**reduce** 155:24 156:5
217:9
**reduced** 154:22
155:20
**reduction** 56:23
58:5
**refer** 103:12 253:7
253:17
**reference** 137:1
263:20 300:7
**referred** 34:5
107:10,13
**referring** 70:8
244:24 245:18,21
245:23 249:24,25
250:17 252:16
255:8,11 258:4,7
**reflect** 60:1 69:12
79:7 95:8 96:1
134:2 137:3 158:17
192:25 196:24
296:12
**reflected** 78:17,22
79:18 116:1 281:12
**reflecting** 80:2
**reflection** 80:9,15
160:4,8,10 218:5,7
256:10 263:11
268:7
**reflective** 24:6 79:22
98:15 114:10 121:6
131:23 132:14
137:24 186:11
189:6 291:8

**reflects** 46:11 70:22
115:20 260:18
297:11
**refresh** 117:25
118:3
**refreshed** 121:1
122:1
**refrigerator** 91:3
**regarded** 122:11
**regarding** 277:22
**regardless** 154:11
**regression** 239:21
241:12 246:19
**regulations** 222:3
**related** 10:24 35:23
91:21 93:14 176:20
181:12 200:5
**relates** 57:14 77:20
**relationship** 284:17
**relative** 235:21
241:18 246:5,18,20
247:14,22 249:20
262:22 298:16
**relatively** 217:13
238:8
**relevance** 188:16
**relevant** 12:14,17
22:17,22 23:6,8,10
24:8 26:13 28:18,18
41:3 69:25 187:15
277:20 279:24
**reliability** 64:17
106:20 173:11
264:13,16,18,21,24
264:25 265:23,24
266:5
**reliable** 38:6 61:15
63:13,13,14,24 64:3
64:7,9,10,11,14,18
64:21 65:15,18,21
66:4
**reliably** 65:4
**rely** 62:17 172:8
**remaining** 57:2 58:7

**remember** 5:22 6:10
7:8 20:8 22:10,20
23:15 24:18 42:24
68:11,19 69:23
88:23 91:22 92:2
117:17 118:1,4
122:2 130:19
150:18 153:4,5
155:3 172:18,25
173:21 182:17
188:22 189:9 190:2
191:16 201:25
202:3 205:1,2 242:9
246:7 263:19
267:21 278:6
287:12 291:20
293:24
**remind** 163:25
**removal** 158:17
**remove** 89:15
**rep** 121:11
**repeat** 6:21 10:2,5
14:15 22:2 41:15
43:11 44:12,13
47:25 59:1 60:9
85:5 90:9 102:14
148:8 153:24 177:7
180:9 253:11
**repeated** 213:18
**repeatedly** 129:6
**repeating** 23:5
**repetitive** 249:9
284:3
**rephrase** 41:16
122:15 177:20
**report** 3:10 6:11
8:10 9:13 11:16
16:12,17 17:12
24:19 25:3,5 26:18
26:24 29:2 30:9,13
30:17 32:1,2,8,10
32:11,19 38:15,23
39:7 42:25 55:1,21
61:12 62:7 70:5,13
71:13,17 74:9 84:19

106:23 110:16
127:2 130:6 136:1
143:20 151:2 153:8
153:9 154:16
160:12,12 162:18
165:18 171:9
175:19 184:2
185:16 196:18
202:9 217:7 226:3,4
226:7,9,18 228:11
229:22 230:16
232:2 239:5,7
243:24 250:23
253:7,17 254:21
255:6 263:6 265:15
267:4 268:23 276:8
281:13 282:23
284:14,15,16,20,22
285:5 287:17
288:10 293:3,5
295:1
**reported** 239:19
298:8
**reporter** 5:9 31:5
32:15 37:1 44:15
102:18 109:15,18
137:12 171:19
177:12 180:13
196:15 198:17
219:2 240:5 252:14
253:16 267:2
269:10 280:4
294:14 298:7,7
**reports** 8:8 15:3
16:3 17:3,14,15
18:7,11,13 21:15
71:14 184:22 188:6
188:13,14,19 189:2
196:4 213:21 214:7
214:21 220:9 286:7
**represent** 219:8
240:19 280:23
281:3
**representation**
113:15,18 115:8,16

115:19,23 116:6,12
116:16,17,18 123:3
131:19 132:12
134:3,7,8,21,24
136:9 148:14
149:15
**representative**
108:14 113:7,23,24
114:6,7,12,14 115:3
115:6 116:20 117:1
120:20 121:4,8
122:14,25 123:4
131:15 132:9 137:8
137:15 149:8
240:22 267:23
292:11,15
**representativeness**
113:10 114:18
**represented** 116:22
116:23 122:6
131:20 149:16
280:24 281:4
292:14
**representing** 4:10
197:15 260:12
**reputable** 122:8
126:25
**require** 47:8,10
51:14,15 106:20
111:20 144:5 203:9
229:13
**required** 107:8
299:21
**requirement** 278:5
**requirements** 8:25
11:5 12:4
**requires** 11:14
61:20,21,22 219:11
219:15
**rescale** 227:10
**rescaled** 226:22
227:22
**rescaling** 228:3
**research** 26:10
47:14 51:17,18

83:24 87:3,12,17,22
87:24 114:22
123:13 136:21
138:4 157:6 167:3
172:5 174:9,16,24
175:11 177:4,15,23
178:1 181:23 182:3
182:10 230:24
231:24 232:2
234:19 241:10
250:19 255:7,23
272:8 273:10 276:2
**researcher** 250:6
**researchers** 150:3
150:14 166:21
**resembled** 136:2
**reserve** 290:16
**resided** 291:1
**respectable** 167:3
**respond** 127:13
134:21 135:17
223:10 288:8
**responded** 130:7
133:19
**respondent** 3:19
72:17 73:19 105:2
163:16 185:21
225:17 232:4 240:2
240:13,13 241:1,15
250:25 251:5,6
262:12,13,13,14,16
262:17
**respondents** 105:7
112:20 120:18
125:15,20 126:19
127:20 129:24
132:21,23 133:2,3
138:12,13 149:7
168:17,21 251:14
251:17 262:11
263:1,4,13,23,24
266:22 269:23
285:6,9 291:1,6,12
291:13,15,24
292:10,14

**responders** 234:19
**response** 27:1
133:20,22 134:1,2,5
134:11,13,14,15,16
134:23 135:1,2,4,9
135:12,20,23,24
**responsive** 223:3
**rest** 80:5 114:7
132:13,19
**restate** 101:13
**restaurant** 107:23
**restrict** 131:8
141:14 204:8,11
**restricted** 145:16
285:1
**result** 79:24 128:12
281:19 291:9
**results** 38:1,16,21
62:17,23 63:1,9
65:14 127:9 146:7
146:10,12 147:11
147:21 153:10
157:19 159:18
162:7 207:2 234:17
265:13
**resume** 84:14
**retail** 6:15 8:3 13:22
15:2,15,17 16:2,14
16:15,20 17:8 19:20
20:4,9 22:24 24:23
42:22 44:25 45:6,13
49:19 50:2,3,20
51:11 54:3,13,13,22
54:23,24 57:7,15,17
57:25 59:9 67:19
77:5,7,12,13 78:6
78:10,12,17,25 79:4
79:11,18 80:2,20
81:10,16 82:24
94:24 95:23 98:15
147:12 155:25
158:15 184:25
185:1,3 214:8 220:9
260:16 261:9,23
262:2,3 284:8 286:6

293:24,25 294:4,16
294:23 296:14,24
**retailed** 144:25
**retailer** 21:15 24:25
54:16 77:21 78:16
79:7,22 80:6 93:24
94:1 156:16 160:9
161:9
**retailers** 8:6 16:23
54:14 77:8 157:2
184:24 185:6
213:22
**retails** 146:5
**retested** 145:19
**returned** 300:15
**revenue** 93:13
**review** 69:2 279:17
286:5,6 290:17
300:11
**reviewed** 67:25 68:7
68:9 69:22 104:1
169:25 173:14
174:16 196:3
245:20,24,25 246:2
249:24 250:10,14
**reviewing** 243:25
**ridden** 138:24
**right** 16:25 17:10
21:8 22:16 33:11,22
33:24 37:23 55:22
56:8,12 57:16 59:11
61:23 62:1,3,4,22
62:25 64:1,16,24
65:12 66:9 70:19
73:12 74:2,20 76:25
77:20 80:10 81:16
82:16 86:14 96:3
100:11 102:2,16
103:5 104:8,9,21
109:7 112:17 114:5
116:7 117:21 118:1
119:11,22 121:21
126:14 129:2 130:8
131:1 138:24
140:21 141:2

145:17 147:5,6,19
150:8 156:8 161:24
163:20 165:1
178:19 179:3 181:8
189:15,16 190:24
191:18 192:25
198:2,7 200:19
204:1,12 206:7,18
223:2,23 229:25
231:17 232:18,21
234:23 235:8,10
236:14 239:10
241:25 243:15,21
245:13,20 247:14
252:1 261:24 262:7
265:2 266:13 268:3
269:3 270:15
282:17 290:17,23
292:23 293:19
**rigorous** 215:10
**rmr** 1:14
**road** 289:1
**roberts** 4:10
**robotics** 123:18
**robust** 286:9
**role** 34:20 87:9
**roth** 278:23
**routine** 285:14
**routinely** 34:16
288:11 290:2
**row** 295:7
**rs** 3:10,11,13,14,16
3:17,18,19,20,22,23
32:13,16 109:12,18
109:19 171:17,20
171:22,23,25
196:12 198:14,18
218:24 219:3 224:6
224:12 240:2
252:11 266:25
280:2
**rule** 127:17
**rules** 129:25
**run** 239:21

**running** 231:5 235:6
273:18 289:21

**s**

**s** 2:1 3:9 299:5
**sale** 12:9 157:20
219:19
**sales** 6:15 8:3 13:22
15:2,15,17 16:2,8,9
16:14,15,20 17:8
19:21 20:4,10 21:13
22:24 24:23 44:25
45:6,13 46:13,16
50:2 56:11,24 57:7
57:15,21,25 59:9
77:5,7,12 78:6,10
78:12,17,22,25 79:4
79:11,16,18 80:2,8
80:14,20 81:10,22
94:24 95:5,10 96:16
98:19 155:23
184:25 185:1,3
259:22 260:16
261:9 262:3 284:9
286:6 293:24,25
294:4,16,23
**salespeople** 99:13
**sample** 103:13
104:9,16,17 105:19
105:22 106:2,4,9,11
106:12,21,21,25,25
107:4,6,8,18,21,22
108:2,3,3,4,4,14,20
108:21,21 109:5
111:19 112:5,11,19
113:6,23 115:11,14
120:17 121:4 122:8
123:23 125:11
130:2 131:14,20,22
132:6,8,13 135:14
136:2,5,10,24 137:2
137:8,15 149:17
200:19 202:5 203:7
225:2 240:22
265:11,12 266:22

267:10,12,13,14,21
267:22 269:6,12,22
271:14 292:2,3,4,9
**samples**  106:7
107:12
**sampling**  102:12,20
102:24 103:2,4,6,8
103:10,20,23,23,24
103:24 104:2,4,12
104:18,22 105:1,5,6
105:25 106:14
107:3 120:17,19,19
130:20 136:13
168:2,5 265:10,22
269:21 270:1
277:17,19,23 278:2
278:8
**saved**  197:5,6
**savings**  213:3
**saw**  131:18 188:5
237:1,3,7,9 251:4
274:12 286:16
**sawtooth**  163:13
164:14 165:4
**saying**  18:8 27:19
27:20 29:17 43:14
54:23 67:21 71:4
72:1,15 85:22 89:18
91:25 99:17 106:6
115:12 136:17
165:21 198:1
202:24 212:4
247:17 249:3 261:9
262:4 264:1,4,6
265:6 266:1 267:9
283:2 296:22
**says**  32:24 38:23,24
61:13 70:6 105:1
107:21 118:9,23
119:1 130:6 149:7
152:11 154:17
181:9 202:5,6,22
203:8 213:12
227:20 228:8 241:8
241:22,25 244:4

248:18 250:24
253:2 255:22
259:19 288:10
293:20
**scale**  244:9,16,18
245:10 246:8,21,23
247:7,21 249:18,21
249:21 263:13,22
264:8
**scales**  242:2,25
245:3 263:11,15
264:2,4,7
**scheme**  187:25
**school**  248:1,9 274:3
274:4,5,18,20 277:9
**schools**  137:18
**science**  68:8 102:12
102:19 103:2,5,8,9
104:3,5 105:23
252:20 257:21,22
279:11
**sciences**  178:9,16
251:10 279:6,11
**scientific**  177:4,16
178:1
**scientists**  264:12
**scm**  1:6
**scope**  12:14 211:17
212:8 282:14
**score**  227:3 268:21
268:22
**scores**  238:2 244:5
**scotts**  184:6,7
280:10
**scratch**  91:14
**screen**  109:25
121:17 127:4
141:25 142:3
224:14,24 225:1,6,7
225:19 226:2,10,14
228:7,21 229:16
230:9,14 232:15
239:2 240:9,18
**screened**  108:15
109:6 110:6,17,18

131:1 132:2,15,20
**screener**  3:11,16
109:11,21 113:13
198:13 286:16
**screening**  117:4
121:16 198:20
200:21
**screenouts**  115:1,1
**screenshots**  3:18
224:5
**sears**  78:14 184:25
294:1
**second**  61:13 70:5
80:23 90:10 111:1
217:9 226:21 230:3
230:25 232:23
241:19 247:19
250:24 257:9 287:5
295:3
**section**  32:24,24
113:20 118:8
129:13 149:5,6
153:10 206:2 217:8
226:9,15 227:14
228:9 229:2,17,21
232:15 236:13
238:17 239:2,4,8,8
239:12,15,17 295:4
**security**  124:16
**see**  26:19 29:4 30:5
30:22 31:7 33:14
37:25 55:23 61:6
62:3 70:8 72:17
110:3,16 111:3
131:1 133:4,4
134:13 135:12
136:5 138:6,19
139:23 140:2
142:19 143:24
147:13 152:14
157:10,12,13
164:23 189:1
199:14 203:7
207:12,21 208:8
210:10 211:2,2

214:11 215:12
221:2,3 222:13,16
222:19,21 225:19
228:21 229:6,9,11
234:17 237:15
239:18 252:7 253:1
255:3,14 256:10
260:2 271:18
272:20 279:7,12,13
281:10 282:19
285:13 289:16
290:2,3 293:8,15
294:20 295:3,9
**seed**  184:6,7,10,13
280:11,22
**seeing**  197:22 200:4
213:4
**seen**  38:15 96:14,16
99:5 100:6,15
142:14 152:2 156:9
156:22 215:23
219:4,5,6 224:18,20
232:6 284:9 292:22
292:24
**segment**  130:12
**select**  62:4 104:24
286:11
**selected**  105:3,25
106:17 109:2
168:15 185:4
200:15
**selecting**  105:21
184:20 185:22
**selection**  45:1
114:12 185:18
**self**  3:13 171:15
172:24 244:9 245:2
245:17 248:10
**sell**  21:6 79:22
160:20,21,22
296:23
**selling**  155:19 156:2
158:4
**seminal**  174:4
175:22

**send**  105:7 121:5
130:17,21 134:4
**sending**  135:5,8
**sense**  69:7 77:17
79:17 131:22
135:19 217:21
266:12 291:9
**sensitive**  4:3
**sent**  105:8,16,16
109:2 115:16
134:19 178:7
**sentence**  55:22,25
56:9,19,22 57:12
58:3 61:13 63:12
65:23 67:17 70:12
70:16 71:23 73:3
74:6 125:19 149:6
185:17 187:14
217:9 226:21 244:3
246:4 250:24
255:21 257:10,18
260:23 293:9,19
295:3,4
**sentences**  70:9,9
**seriously**  96:7 97:2
98:2 102:7
**serve**  119:11
**serves**  241:24
**service**  134:17,17
175:21
**services**  4:11 84:9
84:12
**set**  21:16 54:17
61:20 86:1 120:17
168:17,19 199:1
206:13 212:13,22
231:1,18 232:11
285:9
**setting**  35:23 80:18
128:6 129:3 268:14
**settings**  170:23
**settle**  52:5
**seven**  7:6 83:1,4
104:20 106:16
110:22 117:13

127:7 129:19
131:10,19 147:18
163:14 273:17
291:1,7,14,16
292:19
**seventeenth**  2:10
**seventh**  1:15 2:4
4:16
**shannon**  191:15
**shape**  190:10,13
198:2
**share**  97:1 179:2,6
259:22
**shared**  98:12
**shares**  96:17
**sheet**  242:8 299:1
300:11,12,13
**shelf**  157:13
**shoppers**  189:7
**shopping**  20:10
24:25 25:1
**shops**  214:8
**short**  190:20
**shorter**  214:12
**shorthand**  254:9,11
**shot**  224:14 225:1,6
225:7,19
**shots**  224:24 226:10
226:14 228:7
229:16 230:14
232:16 239:2 240:9
240:18
**show**  86:1 109:25
117:8 168:14
181:20
**showed**  172:13
**showing**  68:1 69:3
85:22 233:16
243:12
**shown**  69:17 70:2
116:8 134:25
136:13 168:20
169:2 170:23
228:16 231:2 232:3
232:8 244:11 295:7

300:13
**shows**  181:17
219:23 224:14
248:11
**side**  14:1,1 40:5,7
45:12 53:8 76:3,18
76:25,25 77:3,4,11
78:1,4,21 88:3,4
93:2 94:11,22
121:11 144:15,15
144:21 146:18
148:2 280:22
**sides**  144:2
**sign**  64:15 123:25
290:17
**signature**  300:12
**signed**  130:11
**signing**  300:12,16
**similar**  18:25 21:20
22:6,9,18 38:1,16
38:20 65:14 92:24
92:25 94:23 121:19
157:21 166:1 181:6
182:18,21 255:4
266:7
**simple**  19:9 27:21
27:24 28:2 52:2
171:7 215:7,8
216:20 217:3,6
223:6,25 228:4
230:23,25 252:2
268:10 275:9,9
**simplified**  230:19
**simply**  152:23
167:20 187:5
265:24
**simulate**  289:10
**sincerely**  300:20
**single**  95:18 128:6
129:3 214:23,24
224:16
**sir**  300:9
**sit**  78:23 90:18
129:9

**sitting**  17:7 20:7
52:21 59:23 101:24
102:3 112:10 113:1
117:12 129:11
143:1,17 173:20
**situation**  101:23
**situations**  97:9
137:25
**six**  86:4 130:1
163:14,21 164:8
166:2
**sizeable**  292:4
**skalski**  191:15
**skew**  146:6
**slid**  243:18
**sliding**  236:10 237:6
237:12 241:12
242:2,25 246:7,21
246:22
**slighter**  236:5
**slightly**  74:25
**small**  126:4 187:21
211:24 222:16
238:11,13 285:9
**smaller**  24:7 81:3
114:11
**smartphones**  124:23
**societies**  275:22
**society**  274:24
275:11
**software**  163:12,13
164:14 165:5 170:2
173:5,8 227:2
230:20 234:8,14
240:9,12
**sold**  6:19,23 7:1
13:5 37:15 42:16
43:15 56:1 57:22
58:23 59:4 68:3,16
68:16 82:7 88:10,19
151:11 154:12
156:5,10,23 157:11
157:23 159:13
162:11 219:13
296:1,21

solely  43:22 79:12
solutions  299:1
  300:1
solving  88:2
sooner  235:7
sorry  14:7 36:24
  83:7 90:19 133:24
  148:25 171:22
  228:2 234:25
  245:22 250:16
  254:1 288:15
sort  52:6 70:14 71:3
  74:3 126:8 128:22
  194:14 202:15
  231:11 246:11
sorting  237:8,9
sought  291:2
sound  194:5 207:23
  249:9 284:2
source  104:24
sources  65:4 200:11
southern  131:12
space  80:6
speak  121:11 132:14
  195:6 221:24
speaking  90:11
  238:9
speaks  29:20
specific  11:18 12:20
  26:12 27:12 35:7
  41:12 48:22 50:21
  61:7 89:16 96:24
  105:14,15 114:19
  116:20 122:21
  123:17 152:15,16
  210:9 227:8,10
  245:5,14,20,23
  263:16 264:3 292:5
specifically  10:12
  16:10 33:5 43:4,5
  45:7 46:7 56:13
  91:21 93:17 124:11
  141:24 143:7
  145:25 205:24
  207:13 220:13

249:23,25 278:6
  291:2
specifications  10:16
  10:24 11:1 100:25
  271:1
specifics  92:2 122:2
  124:7,8 251:19
specified  177:3,14
  177:23
specify  153:6,7
  229:13
spectrum  147:2
  275:23
speculation  294:10
speedster  127:5,5,22
  129:18
speedsters  132:25
spending  125:23
  147:12
spoke  253:14
spread  127:12,15
  132:24 239:16
spreadsheet  195:24
  196:20 197:2,24
  199:6 248:16
sq  110:3,12 118:7,9
  118:12,22 119:5
  141:4,5 152:11
  203:7
sr  109:16
srinivasan  3:20 42:6
  72:23 83:23 84:15
  87:6,11 97:4 164:24
  169:2 170:8,16
  172:4,24 173:2,10
  173:15 178:22
  179:1,9,24 180:22
  181:22 183:21
  231:23 244:25
  245:13,16 246:1,15
  247:2 250:2,18
  251:8 252:9,16,23
  256:12 257:8
  258:15,19 259:18

srinivasan's  87:9
  164:24 182:8
  256:20
srinivasin's  68:5
st  5:5
stack  209:2
staff  191:12 224:23
  225:4
stage  141:21 229:11
  233:14
stand  107:22 108:9
standard  106:19
  107:7 115:4,21
  134:11 136:4,11,25
  138:7 205:22 227:6
  247:24 268:5,6,7,8
  268:17,20,24 285:8
  286:24 287:19,19
  287:20
standardizing
  263:11
standards  10:7 11:1
  11:14 123:22 177:4
  177:16 178:1
standing  107:25
stands  28:25
stanford  83:23
star  5:24 6:1,4,6
  8:25 9:7 10:7,14,17
  10:24 11:5,14 12:4
  13:12,13 15:7 18:1
  18:2 19:19 20:2,6
  20:20,25 21:2,5,21
  22:6,18 23:2,12
  24:17 26:4,17,20,25
  27:3,8 28:1,25 29:6
  30:1,7,12 31:9,18
  33:2 34:10,15,15
  37:24 38:25 39:4,9
  39:11,16,18 40:11
  40:18 41:9,22 42:2
  42:3,11 43:21,25
  44:6,7 46:9,13,17
  47:5,17,22 48:4,14
  48:19 49:2 51:2

52:18 53:15 54:25
  55:4,10,17 57:1,1,9
  57:18,24 58:12,15
  58:19 59:6,14,21
  60:6,14,17,18 63:17
  63:21 64:5 66:20,25
  67:24 69:16,19,25
  73:5,7,12,14,20
  74:13,18 85:14
  91:12,18,21 139:7
  139:20 140:8 142:9
  142:21 143:6
  144:14 145:7,22
  146:7,16 148:22,24
  148:25 149:1
  151:25 152:8,19
  153:12,15,19,22
  154:9,18,20 155:5
  156:3 158:5,6,18
  159:3,5,7 160:5,15
  161:23 162:7,11
  186:1,7,9 187:1,5
  207:6,9,11,13,25
  208:3,6,14,16,24
  209:10,19,21 210:8
  210:13,22 211:1,8
  211:15 212:6,10,12
  212:23 213:8,9
  214:1,14 215:16,17
  215:17,18,22 216:8
  217:19,24 218:5,6
  221:8,12,15 227:19
  229:7 232:21,22,23
  233:6,22,22 234:5
  235:22,25 236:6,12
  236:23,25 237:1,24
  238:8,13,16 241:3,4
  242:12,13,21 243:4
  246:23 248:18,18
  251:13,13,23 257:2
  257:3 262:7,14,15
  262:16 282:1,2
  293:11,13 295:5,12
  295:24

**starbucks** 107:23,24
  108:10
**start** 62:10 63:22
  90:19 105:5 113:22
  177:24 205:3
  232:10 287:22
**started** 8:17 118:13
  128:17 132:21
  199:5 234:8
**starting** 58:4 132:5
**starts** 232:10
**state** 5:1 105:12
  109:10 110:13,15
  110:25 114:17
  131:11,12 138:24
  139:13
**stated** 16:17 151:2
**statement** 63:20
  73:16 166:23
  248:25 264:2
**statements** 53:21
**states** 1:1 7:4,6,7
  83:1,4 104:20
  106:16 110:20,22
  117:6,11,13,14,22
  117:23 119:15,19
  125:9 131:8,10,12
  131:13,16,19
  138:11,21 139:22
  140:3 147:18
  202:11 291:1,3,7,7
  291:14,16 292:5,12
  292:19
**statistic** 266:13
**statistical** 72:13
  103:4 107:10,14
  167:10,20 174:20
  174:21,25 178:9,15
  179:10,18 230:25
  231:4,19 246:13
  264:13,16,18
  265:13,22,23,24
  266:9,17,20 272:14
  272:25 273:3,4,5,16
  275:24 276:14

277:22
**statistician** 106:18
  272:4 276:25 277:1
**statisticians** 103:13
  106:1,6,8 174:25
  175:4 178:11
  264:12,18 274:25
  275:11 279:12
**statistics** 34:19
  47:12 51:17 52:13
  103:5,9,21 104:5,13
  105:24 106:10,20
  106:22 107:10,20
  174:11,15 175:6
  177:5,16 178:2,12
  232:9 236:18
  241:11 242:3
  246:25 268:11
  269:3 270:3 272:5,7
  272:9,11,13,17,21
  272:23,24 273:9,12
  273:14,21,22,24,25
  274:11,11,15 275:6
  275:17,21,21 276:9
  276:10,11,15,17,18
  276:19,21,22 277:2
  277:3,4,4,6,11,14
**stay** 126:5
**staying** 126:19
**stenographic** 298:12
**step** 167:14,14,17,22
  199:9 226:5,8,17,20
  227:12 228:3
  229:22 230:1,15
  232:1 237:2,4,7,10
  239:4 241:13
  243:24 244:5 263:5
**steps** 225:17 226:4
  237:15 255:2
**sticks** 90:20
**stipulating** 283:19
**stop** 140:9
**store** 8:7 17:3 77:20
  78:14 107:24,25
  108:10 147:17

161:25 184:22
  188:7 196:5 220:11
**stored** 197:10
**stores** 147:13 157:5
**straight** 260:21
**strategix** 34:20
  36:18 86:20 170:24
  273:18
**street** 2:10
**strength** 246:11
**strictly** 39:25
**strike** 165:2 216:19
  223:2
**strikes** 70:12
**strong** 127:10
**strongly** 215:12
**struck** 91:8 233:25
**structures** 259:14
**students** 274:5,6,7
  274:10 277:7,8,9,10
**studied** 277:22
**studies** 18:21 34:21
  68:1,18 70:2 71:21
  84:20,23 89:22
  91:24
**study** 7:16 69:17
  84:19 85:10 90:7,12
  91:2 92:6 96:24
  157:6 167:19
  267:11
**studying** 276:5
**stuff** 90:19
**submission** 280:17
**subscribed** 299:21
**subsequent** 240:16
**subsequently** 74:9
  250:8
**subset** 114:11
**substantial** 291:23
**subtract** 101:19
  268:19
**sufficient** 232:3
**suggest** 45:6 98:4
  100:21 159:19
  188:7,8 227:5

**suggested** 98:3
  101:22 210:25
**suggesting** 53:3
  102:1 206:8 211:23
**suggestion** 63:24
**suggestions** 102:4
**suggestive** 199:14
**suggests** 104:18
  212:13 237:17
**suite** 2:10 300:1
**sukumar** 1:13 3:5
  3:10,23 4:25 5:12
  5:16 32:12 45:25
  46:2 83:15 120:6,8
  163:2,7,9 172:2
  191:6,8 198:17
  224:11 235:14,18
  235:20 272:4 280:1
  290:20 297:16
  299:4,20 300:8
**sum** 7:22 248:20
**summary** 153:9
  266:13 270:3
**summer** 182:4
**superior** 122:12
**supplied** 77:21
**supply** 14:1 40:7
  45:12 76:3,18,25
  77:3,4,11,15,17,22
  78:1,3,4,10,21
  94:11,22 144:15
**suppose** 262:11
**supposed** 10:21
  154:17,19
**supposedly** 11:4
**sure** 6:22 9:17 10:5
  12:24 14:16 18:22
  23:4 24:4 43:13
  45:18 46:4 48:1
  50:7 57:13 59:3
  63:5 69:22 73:10
  74:16 79:10 87:14
  87:19 88:16 94:18
  97:21 102:15
  108:23 110:9 111:6

111:8,15 112:18
113:21 119:9,14
121:13,16,20,25
122:5,17 123:20
125:18 126:15
127:19 132:7
133:25 136:9
137:20 141:8
147:11,16 154:3,15
166:18 174:14
175:7 179:14
186:11 190:24
192:7 195:1 196:7
200:24 203:11,16
205:21 207:10,17
209:5 226:5 230:5
235:1 252:4 253:23
253:25 256:17
260:20 261:19
**surprise** 164:16
**surrounding** 223:19
**survey** 3:18 7:20,23
8:1,20,22 13:15,18
14:16 15:5,6 16:5
17:2,6,17,20,25
18:21 19:15,24,25
20:15,24 21:4 22:12
22:23,25 23:17,19
23:24 24:1,21 25:5
25:13 26:13 29:24
30:5 31:7,17,20
32:20 33:14 35:2
40:25 41:25 43:20
45:3,14 47:14,15
53:13 54:4 55:2
56:5,15,18 58:9
60:1,5,7,13,15 61:6
61:7 62:22 67:2
69:21 72:22 76:5
77:14 80:14,25 84:5
85:1,3,8 89:8 93:24
95:3,14 100:17
102:12,19 103:2,8
104:4,9,12 105:5,6

105:13,17,18
106:17 108:2,8,11
109:1,3,4,22,22
111:4,13 112:20
113:3,5 115:2,17
116:6,10,14 117:10
118:20 119:3,10
120:19 121:17
123:13,18,18 125:4
126:6,7,14,20 127:4
127:7,13,24 128:1,6
128:9,15,17,25
130:1,5,25 131:3
132:9,17 133:8
134:19 135:10,11
135:17 136:12
138:10 140:7,14
141:12 142:18,22
142:24 146:3,23
148:7,11 149:4,11
149:21,23 150:2,13
150:16,23 151:20
157:19 158:8
159:18,25 160:4,10
162:16 163:10,11
164:5 169:23
173:11 183:4,6,15
183:16,23 184:17
184:17 185:15,17
185:20,21 186:2,25
189:11,13,25
190:12,14 191:10
191:18 193:23
194:21,22 196:6,19
197:12,19 207:21
208:15 209:23
211:4,22 212:15
213:2,6,24 215:4,17
217:8,12,16 220:24
224:5,13,14,15,22
225:2,3,14 226:6
234:10,19 244:10
254:16 260:18
262:12 266:11,16
266:23 269:23

271:5 277:17,19
281:11 284:10,17
285:2,10,12,19
286:8 287:22 288:6
289:5,15 290:22,25
291:6,23 292:10,11
292:14,18 294:5,17
**surveyed** 28:19
30:19 32:4 66:14
67:23
**surveying** 117:23
**surveys** 17:4 25:20
35:15 36:15,19
37:17 38:3,17 66:8
85:19 86:18 94:19
102:25 103:4,11
104:11,25 105:8,8
116:6 121:2,14,24
122:20 123:14
124:5,14,19 125:3
126:23 133:23
134:3,12 135:22
138:6 164:15 165:5
201:25 203:25
278:2,10 282:7,22
285:24 288:23
289:18,22 290:3
**swear** 5:11
**switched** 56:25
**sworn** 5:13 298:10
299:21

---

**t**

**t** 3:9 298:3,3
**table** 3:22 266:24
**tail** 237:18 238:7
**take** 13:18 16:8 24:1
26:4 32:16 35:10,10
40:6,7 42:6,13
43:20 45:16 54:5,13
63:15 72:24 73:13
73:20 74:10 75:5,5
75:8,9,9 76:2,16,17
80:1 82:9 83:6 86:3
90:23 94:20,22

95:24 96:6 98:25
99:6,18 100:16
101:16 103:21
104:18,19 107:16
111:2 118:2 119:23
119:25 121:18,24
124:15 126:22
127:23 128:1,1,6,15
128:18 129:3,11
130:3 139:21,22
140:14 142:20
143:21 144:1,11,21
145:23,24 147:1
148:1 150:14
156:12 157:17
158:5 159:3 160:13
162:20 179:1
186:25 190:20,24
193:1,5,15 195:2,9
195:12,14,21
199:18 213:23
217:21 232:16
235:3 236:17
240:25 245:8
247:16 257:3
258:21,21 260:2,9
262:11,23 268:17
268:20 270:2,2
271:17,20 274:16
282:16 285:10,11
288:23 289:10,23
289:25 290:6,9
**taken** 1:13 4:17 8:2
8:4 14:9,24 15:4,11
17:1 22:23 24:20
45:13 46:14 49:18
54:18,19 56:7,11,19
64:2 77:11 80:9
95:9 96:18 97:2
101:6 102:7 104:8
121:17 128:16
129:24 133:3
158:16 240:9 243:2
252:5 255:2 258:13
260:16,17 261:4

268:2 272:6 277:2
277:25 278:12,16
278:20,23 298:12
**takers** 234:10,20
**takes** 22:12 53:4
97:10 127:24
128:23 129:18
218:21 248:10
250:13 255:17
**talk** 53:23 74:9
104:2 122:4 124:11
126:17 127:1
134:22 148:16,18
195:7 205:6,18,19
205:20 206:14
207:12 220:12
245:10 248:6 250:3
**talked** 57:15 62:7
120:16 130:19,20
132:24 133:1 144:8
207:16 208:21
247:11,13 257:21
258:9 265:9 267:22
278:14 282:3
293:25
**talking** 66:7 93:16
104:20 138:1,22
141:25 157:16
196:8 205:3,4,8,24
209:7 245:4 249:15
257:17 263:25
278:11 282:18
**talks** 30:9 241:11
247:2 249:10
265:20
**target** 105:16
135:14
**taught** 34:19 273:11
273:13,14,19,24
274:8,18 277:5
**teach** 278:6,8,9
**teaching** 273:19
274:4
**teasing** 58:12

**technical** 10:10,16
100:11,19,24
142:13 212:12
216:3 218:19
225:22 227:25
230:19 236:8,20
237:16 242:8
246:25
**technicality** 228:5
**technically** 9:14
**technique** 33:10,19
33:22,24 35:2 52:17
58:9 66:22,22 68:25
69:21 86:12 104:12
162:2 165:1 166:7
167:20 173:25
**techniques** 33:18
35:9 61:14,20 72:9
72:13 102:24 103:3
103:20 104:2
107:13,14 164:11
165:24 168:6 250:4
274:14 276:14
277:7
**technology** 44:9,17
44:23 45:4,8,10
**telephone** 202:7
**television** 118:13
**tell** 16:9 21:9,10
32:17 42:25 45:10
51:18 69:9 96:24
101:25 108:19
128:11 130:5 167:5
170:9 187:19
192:22 196:10
198:19 204:18
206:8 207:24 215:9
238:2 242:7 264:21
**telling** 23:7 128:5
241:23 289:9
**tells** 265:14
**template** 70:15
71:14
**templates** 71:18

**ten** 213:17 288:25
**tend** 68:23 279:12
**tends** 93:12,13
**term** 49:8,16 122:20
122:22 180:3
254:13 264:25
265:2 268:10 270:4
**terminate** 118:9
119:1,6
**terminated** 119:3
**terms** 8:19 13:24
14:18 15:3 20:13
26:18 29:2 49:23
60:2,21 62:12,20
63:4 76:14 77:24
81:4 86:15 103:19
107:17 114:23
117:4 119:11
158:25 162:5
181:18,18 186:9
188:17 190:4,17
203:12 214:14
216:16 227:13
231:18 233:5,8
254:12 258:9,23
282:4 288:4
**test** 21:18 80:19
157:13 218:1,12,20
286:21
**tested** 29:11 39:5,10
43:4 93:5 98:14
222:6,10 294:21
295:15
**testified** 5:13 84:16
97:4,5 183:21
**testifying** 53:10
**testimony** 52:25
75:18 76:22 280:19
296:7 298:12
**testing** 20:15 61:8
107:19 213:2 221:6
221:7 222:3
**tests** 20:24
**texas** 7:6 131:13
138:14 291:4

**texts** 277:21
**thank** 12:7 14:10
23:16 109:19
122:23 171:25
198:12 204:13
232:1 235:11
**theoretical** 105:3
**theories** 175:17
**theory** 269:2 278:20
**thesis** 272:14
**theta** 254:13,14,15
**thing** 28:24 53:25
54:2 86:15 121:12
140:3,21 141:2
206:18 222:22
225:22 227:24
228:24,25
**things** 8:9 15:10
17:21 24:4 48:21
52:11 54:7 71:20
74:11 75:20 78:9
92:10,12 100:11
121:12,20 122:4
124:16 129:7
131:18 137:23,24
153:25 161:4
186:13,21,22
187:25 189:6,21
199:14,24,25 200:9
204:6 205:9 206:1
206:14 209:9,10,12
210:6,10,15,18
227:14 238:9
274:13 289:6
**think** 7:18 10:17
17:11 18:15 19:4,10
19:13 20:18 22:16
22:19 23:10,11
25:17 27:1 28:7
31:15 34:1 37:5,25
38:9,12 41:17 50:10
53:1 55:14 57:4
62:6,19 64:6 79:14
80:1,23 81:21 82:3
83:3 91:15 92:8

**[think - type]**                                                                 Page 46

99:25 100:7 101:24
114:24 117:18
118:9 119:1,6,13
121:25 128:3
129:17 131:5,9,16
132:4 133:16,22
141:17 142:2,19
148:23 151:15
154:15 155:1
156:19 180:24
190:3 194:14 196:9
201:19 206:25
208:20 209:9 211:3
212:4 215:22
222:14 223:16
224:9 233:21
240:21 249:2 252:7
254:15 265:15,17
270:14 278:14
280:8 284:23 293:3
295:19 296:25
297:4
**thinking** 291:10
**third** 201:5 237:7
293:8
**thirty** 300:15
**thought** 19:10 20:3
24:23 25:2 100:13
137:18 291:20
296:19
**three** 6:9 16:23
24:14 46:7 50:4
67:19 70:9 79:5
81:17,20 118:14
227:20 238:16
257:4 278:18
**threshold** 129:22
132:3 227:11
**thresholds** 227:13
**throw** 129:7 161:7
**time** 4:14 12:22
17:15 20:7,21 21:25
22:7 23:18 31:4
36:25 38:18 44:4,14
57:6 83:22 84:3

85:20 89:9 102:17
111:2 118:2 119:13
125:23,25 126:22
127:3 128:16
129:21,22,23 133:2
137:11 147:12
151:12 152:3
177:11 180:12
183:18 246:9,14
250:6,13 253:15
269:9 276:6 289:6,7
289:11 294:13
**timeframe** 6:17,20
58:2 59:18 152:1
**timeout** 128:22
129:8,12
**times** 78:2 88:22,24
90:16 118:6 135:25
166:15,16 182:14
182:16 184:19
206:16 236:3 276:7
**titled** 226:15
**today** 5:7 17:8 26:15
52:22 57:22 78:23
101:24 102:3
112:10 117:12
123:2 134:3,22
144:9 156:20
184:19 228:6
232:12 240:24
276:8 282:4 296:19
**today's** 4:13
**token** 72:19 276:14
**told** 220:20 234:7
**toll** 300:2
**tools** 88:1
**top** 12:9,21 13:10
19:18 21:21 22:6,18
23:2,12 69:7,23
70:18,25 71:11
111:8 132:5 144:6
145:8 146:9,24
147:8,24 148:6,10
148:18 154:16
161:22 181:8

203:20 204:9,21
205:12 213:13,15
213:17,20 226:15
228:9 230:8 236:17
242:10 257:9
**topic** 250:7
**total** 7:22 154:12
285:18
**totality** 99:25
**totally** 99:16 181:4
**track** 122:7
**trade** 34:4 35:8
39:13 68:24 233:12
242:24
**trademarks** 93:4
**tradeoff** 34:6 35:9
66:22,23 233:2
**tradeoffs** 35:12
127:14 129:6 150:8
234:23
**traditional** 138:6
145:8 146:8
**trained** 34:18 52:12
191:13 192:19
276:25 277:1,17,19
**training** 88:7 245:19
**transcript** 290:18
298:11 300:10,11
**transfer** 59:16
**translate** 263:21
**tremendous** 87:13
275:4
**trial** 254:19
**triangulate** 63:23
**trigg** 2:9
**triggers** 127:19
**trip** 8:7 20:11 21:16
**trips** 24:25 25:1
161:25
**true** 100:20 116:17
116:18 160:4 180:7
180:16,21 298:11
**truly** 132:9,13
**truth** 113:10 134:8

**try** 85:20 95:6 203:1
**trying** 9:23 10:6
17:11,25 25:17,22
26:3 64:12 65:23
66:12 75:7 77:23
79:25 91:14 92:8,15
110:17 126:12
151:20,22,23
167:19 186:16
195:6 203:24
204:15 210:3
277:15
**turn** 4:5 32:23 54:19
70:4 119:5 152:10
153:8 204:17 206:2
207:6 214:16 217:7
217:19 225:25
226:6 228:7,8
229:16 230:14
239:1,25 243:24
250:22 259:17
293:4 294:25
**turned** 194:6
**turning** 213:11
**two** 37:22 70:9,25
73:4 80:21 81:2,20
81:23,24 118:14
126:18 127:14
132:12 135:11
160:17,18 163:15
187:6,8 191:17
201:20 206:16
215:16 224:7
226:18 227:7
228:25 232:18,20
238:15 243:12
246:8 248:20,22
253:10,21 254:24
256:11 257:9
262:11,13,20 266:6
266:6,17 270:3,4,7
271:2,7,11 280:20
293:10
**type** 41:12 70:24
71:11 103:6 141:15

142:4 164:5 193:25
195:13 247:16,19
**typed**   71:7
**types**   41:18 85:24
91:24 92:1 107:9
160:18 165:23
187:24
**typically**   130:4
191:22 193:7,9,24
195:4,16,23 232:7
278:18 285:15
286:24
**typo**   118:12 152:24

**u**

**u.s.**   108:14 113:11
113:16,24 114:3,6
114:14,15 115:3,20
115:21 116:1,7,7,15
116:18,22 120:21
120:23 121:5,6,9
130:17 131:7,8
132:6,9 134:9 136:2
136:7 137:1 267:23
**ul**   91:19 92:13
**ultimately**   46:24
52:5 100:17
**unadjusted**   267:17
268:1
**understand**   5:20 6:9
7:19 9:17,23,24
10:6,22,23 11:25
12:16 14:4,7,17,25
16:3,19 17:21,25
22:16 23:8,10,20
25:17,22 26:3 27:9
27:20 31:23 33:16
33:20,22,25 34:2,13
35:3 36:5 41:6
47:16 49:6 50:7,8
52:18 57:11,13
59:13 62:8,11 65:8
65:24,25 66:13
68:13 74:16 75:13
76:22 80:22 81:6,14

85:11,19 86:14 89:9
92:7 94:25 95:4,6
96:9 110:17 112:24
115:7 117:21 120:8
121:16 126:10
134:1 142:10
147:15,22,25
149:18,19 150:5
151:21,23 152:5,6
152:22 162:2,2,4
166:9,10,18,20
168:4 169:1 173:18
175:7 176:2 194:13
196:7 197:13 204:2
206:12 208:13
209:17 210:21
211:4,20 212:9,11
218:19 219:17,20
220:13 221:18
222:5 223:19
227:11,13,15
228:23 231:14
233:11 234:12
239:7 244:12
251:21 256:4,18
261:19 275:8 276:4
284:19 287:24
289:2
**understanding**   5:18
6:2,3,18,22,25 7:5
7:13 8:13 9:5,20
10:13 13:2 18:23
19:21 25:10 26:6
34:7,23 40:22 48:22
50:3,24 58:14 60:16
60:19,23 61:24
81:10 84:10 89:13
112:4 113:14,21
114:18 142:8
152:17 164:22
165:14 208:11
211:8,14 212:6,22
217:22 245:7 254:3
256:22 261:21
287:15

**understandings**
10:6
**understands**   42:10
**understood**   167:7
182:14 210:9,25
211:1,13
**unit**   56:24 155:23
244:15 249:1
257:12 258:22
259:20 260:10
**united**   1:1 125:9
138:10
**units**   79:21 82:8
156:5 158:13 159:2
159:8 160:21
244:14 247:10
248:4 249:7
**universal**   113:10
134:8
**universe**   122:13,17
122:24 130:13
143:22 240:23
291:23
**universities**   277:13
**university**   83:23
84:1 250:3 263:18
274:9 278:22
**unrepresentative**
137:7,15
**updated**   280:9
**upper**   265:7 267:8
268:14,22
**upward**   187:4
214:14
**use**   5:23 10:21 33:4
33:14,19,22,24
50:17 65:21 71:14
72:3,11,12 75:7
82:24 86:14 87:14
88:2 100:1,18 102:9
103:7,11 106:1,6
107:6 108:5 122:8
122:21 150:3
163:20 165:1,24
166:8 167:4 168:23

169:8,9,11,20 170:3
170:9,9,24 172:9
175:21 179:7
191:22 196:6 201:5
201:8 213:16 251:7
251:17 252:22
255:16,25 256:8
264:25 265:1,2
266:21 271:11
273:21 275:24
278:3 293:17
295:23
**uses**   170:21 181:14
181:15 189:18
**usually**   150:25
**utilities**   74:12 75:22
167:13,21 168:8
240:15 241:25
249:11 250:4 251:4
255:12 262:19
263:21 269:19,25
275:25
**utility**   72:5,6 73:11
73:23 74:1,2,12
238:10 248:4,7,7,13
248:21,23 249:1,5,5
249:7,14,16,17,18
249:21 251:11,13
255:25 258:11
263:8,13,15 264:2,4
264:6 271:3

**v**

**v**   299:3 300:6
**vague**   22:8 48:10
49:15
**valid**   38:5 62:24
63:1,10 134:16
173:24
**validated**   87:25
164:10 211:3,23
212:14
**validations**   181:20
**valuation**   36:6,12
36:21 37:6,14,19

38:2,14 146:23
147:4 266:1
**value**  3:21 34:8,9,11
34:14 35:7,13 42:2
42:10,18 43:1,17
47:17,17,18 52:18
52:19 57:23 58:14
58:18 59:13,16
60:16,20 61:4,10,15
62:13 63:15 64:3,4
64:4,15 65:16 66:6
66:15,16,19,24 67:5
67:22 72:2,5,9,21
72:24 73:4,5,9,14
73:20,22,23 74:3,4
75:2 85:12,16,17
86:15 89:10,19
96:14 100:20
125:22 141:19
142:8,21 143:4,25
143:25 144:18
145:7,20,21 146:12
146:14,16 152:6,17
152:18 153:14
155:2,4,6,7,10,24
160:4,14 162:3
168:10 169:4,12
187:1 216:11,12,15
217:23 222:7
227:18 230:7
232:14 236:25
239:13,17 251:15
251:16,22,24
252:10,19 254:15
255:25 256:1,2
257:11,15,16 258:4
258:11,13 265:7,8
266:15,15,21
293:10,11
**values**  23:19 71:24
72:16 243:17 244:6
262:16
**variability**  268:11
268:12

**variable**  271:4,6,9
**variables**  270:8
271:2,8,11
**variance**  268:12
**varies**  95:18,19
**variety**  29:10
199:23 250:4
**various**  20:13 85:13
86:25 89:2 123:15
193:21 220:23
273:22 274:14
276:5,7
**vary**  27:13 144:18
265:13,15
**verbally**  130:16
**verify**  111:7 112:8,8
**veritext**  4:11 5:10
299:1 300:1,7
**version**  197:1,4,6
200:10 230:20
231:11 254:14
**versus**  4:19 18:1,17
34:15 40:12 41:22
42:4 44:6 60:18
61:9 70:18 74:13
86:2 93:7 103:23,24
140:16 145:20
148:18 155:5 184:6
204:21 213:3,8
218:2,9 222:9
232:22 233:12,16
233:18 251:13
262:21 280:14,14
**vibration**  200:6
**vibrations**  200:6
243:14,19
**video**  4:1 5:9 45:19
45:22 83:9,12 120:1
120:4 162:24 163:4
191:1,4 193:13
235:12,16 271:23
272:1 297:14
**videotaped**  1:12
**view**  82:17 126:21
135:8 279:8

**virginia**  7:9 291:4
**visit**  185:7
**visited**  185:8
**visits**  17:3 184:22
196:5
**voice**  192:5
**voices**  203:12
**vs**  1:6

**w**

**w**  300:1
**waived**  300:16
**walk**  220:10
**want**  10:11 11:2,21
23:11 26:4,5,14
33:17 37:8 40:6,7
46:15 48:10 50:1
54:1 64:8 70:4 78:2
79:14 81:22 88:16
93:4 99:16 100:4
102:15 105:12
110:9 119:20,23
121:18 125:7 126:1
126:17 128:6,7,8
129:9 130:1,16
132:14 133:25
139:5 141:1 147:4
147:16,19 148:14
149:19 153:6,8
158:5 166:11,17
182:3,12 183:20
186:5,17,20,22,24
188:10 189:10
194:7 196:7,9
202:24 204:24
205:2,18 209:1,1,5
209:7 210:10
213:24 214:6 215:7
225:18,21 226:3,4
229:11 233:13
234:9 240:23 242:9
249:19 252:3,5
260:2,2 264:17
268:16 271:17,20
275:8 279:20

282:15 283:9 284:2
288:7,17 289:6,7,9
**wanted**  23:25 71:9
131:23 155:22
156:4 186:10 189:6
197:13 203:11,14
205:3,21 207:10,11
207:17 210:18
223:24 234:25
249:9
**wanting**  54:9 100:14
244:3
**wants**  106:19
107:16 125:24
156:16
**warranty**  227:6,7,9
**washer**  6:13 14:12
14:20 25:6 41:12
43:22 153:21
154:23 159:12
217:14 218:2,3,7
219:13,24 296:21
**washers**  6:23 8:24
9:6 10:7,20 11:4
12:22 13:4,5,15
14:13,14,17,19
15:13 16:20 17:8
20:6,20 21:6,21
22:6,18 59:5 60:5
60:13 79:13 143:14
144:6 145:7,9 146:5
146:24 147:23
155:19 157:22
158:20 159:15
282:12 283:5
**washing**  5:21 9:3
12:9 16:21 17:23
18:16 20:1,14 21:1
23:2,13 25:11,19,24
26:10 27:12 30:24
30:25 33:2 39:12
40:9,13 41:2,13,19
41:20,22 42:16 43:9
43:15 44:9,18 46:6
47:21 48:4 49:21

55:13,15,16 56:1,25
58:23 59:4 60:25
66:10 85:16 86:9
90:14 91:2 110:8,10
110:20 114:9 117:6
118:15,19 132:4
141:8,11,15 142:1,4
142:12,17,25
143:13,22 145:17
146:9 147:8,24
148:6,10 149:9,12
149:22 150:21,25
151:3,7,10,11
152:12 154:4,12,17
155:14 156:2,3,5,9
156:22,25 157:1,7
157:10,20,24
160:18,18 161:22
162:11 165:15,16
185:23 187:24
188:21 189:7 200:7
200:25,25 203:20
203:21 204:9,18
205:12,16 206:3
218:7,15 219:7,9,18
222:7,8 232:24
239:3 247:15,21
283:18 293:23
295:7,14,25 296:23
**water** 9:23 10:21,25
44:10,19 139:8,12
139:14 213:3
217:10,21
**way** 6:1 17:24 20:22
25:20 46:14 54:15
65:21 80:23 95:3
96:18 105:4 113:9
113:11 129:6 147:5
147:6 157:14
160:12 190:11,13
193:11 231:15
236:2 238:13 240:1
243:15,18 251:10
251:21 268:13
283:2 291:10

**ways** 80:21 123:15
126:24 229:8
254:24
**we've** 23:11 69:17
84:15,17,23 102:8
106:3 113:19 116:8
116:8 133:7 162:19
225:15 232:6 235:2
240:9 249:13 268:2
275:21
**website** 122:3
124:11
**websites** 8:7 21:15
**weighted** 136:2
**weighting** 136:10,13
136:23 137:3,7,14
138:7
**weir's** 284:12,18
**went** 21:13 45:2
59:25 70:21 113:12
113:15 114:3 115:3
115:19 122:3 131:7
131:8 155:9 157:5
196:19 202:15
214:12 243:4,19
**west** 131:11 202:25
203:4
**whatnot** 126:16
**whatsoever** 149:13
**wheeler** 2:9
**whirlpool** 1:8 4:20
12:22 59:4 155:18
156:2 299:3 300:6
**whirlpool's** 17:9
**whispering** 4:4
**white** 233:1,7
**wholesalers** 77:20
78:20
**wide** 17:18 18:23
19:24 20:8,16,23
21:12 22:13 24:2,11
56:17 209:6 250:3
**widely** 167:7 169:22
170:12,22 171:2

**willing** 29:5 75:3,11
75:24 76:7,15,20
201:13 260:13
**willingness** 74:23,25
75:13,16,21,22 76:5
76:9,23 164:22
258:16 259:23
260:19,22
**win** 124:16
**wise** 237:11,12
**wish** 247:9
**withdraw** 37:8,10
**witness** 3:4 4:24
5:11 7:25 8:16 9:10
11:8,21 12:12 13:18
15:21,24 16:1 18:19
19:13 22:2,10 23:23
25:8 28:12,15 31:25
35:20 37:22 39:23
40:25 42:18 44:21
46:21 48:8 49:17
50:13 51:7 53:1
60:9 63:3 65:7
75:19 85:5 94:15
95:17 97:17 98:9
99:10 101:10
102:21 103:16
109:20 114:2
117:17 136:16
137:17 139:4,18
140:20 143:17
145:3,13 148:25
151:14 153:24
158:2,24 159:17
160:2 161:1 162:15
164:7 165:10
169:19 172:11
174:14 175:4,14
176:6,18 177:7,19
178:4 179:13,21
183:6 187:20 192:7
194:18 204:23
208:20 210:1
211:18 212:9 213:1
215:21 216:24

217:16 218:18
220:6 221:1,25
222:13 224:7 234:7
248:6 253:22
255:11 256:16
258:19 261:2,16
263:3 264:6 269:13
269:18 270:19
280:8 281:8,23
282:15 283:8,22
290:17 292:1
294:12 296:11
297:9 298:10 299:4
300:8,10
**witness'** 300:12
**won** 97:6
**wondering** 12:2
152:24 209:20
**word** 22:9 25:16
46:18 47:2 49:7,24
50:14,15,15,17 56:5
69:11 74:3 78:1
107:21 122:1
152:23,25 256:22
**wording** 111:4
**words** 73:24,25
**work** 33:21 35:23
68:22 71:15 84:16
84:18 86:24 87:2,7
92:9 93:7,12,14,14
97:7 102:6 125:5
132:21 133:7
136:13 169:20
245:5,12,15 260:15
264:10 272:7,9,21
275:4,7,20,24 276:1
276:3 277:5 280:9
282:6,7 285:1
287:10
**working** 86:24
**works** 17:25 41:25
58:9 227:23 236:2
247:7
**world** 84:21 107:9
234:24

**worlds**  280:13,14,16
**worldwide**  171:10
**worried**  97:23
**worth**  72:6 73:11
  74:1,18,18 75:15,15
  167:13,21 236:24
  237:25 238:10
  240:15 241:25
  248:7,13,23 249:5
  249:11,14,16 251:3
  251:12 252:25
  253:4,5 262:13,15
  262:19 264:14,19
  266:15,15 269:19
  269:25 271:3
**worths**  263:1,4
  270:13
**write**  71:18
**writing**  71:6
**written**  3:20 36:16
  71:17 103:18,19
  137:22 172:23
  173:11 246:1 250:9
  252:9 263:18
**wrong**  157:4
**wrongly**  60:13
**wrote**  250:7 284:22
**wtotrial.com**  2:12

**x**

**x**  3:2,9 206:16
**xi01143**  298:21

**y**

**y**  206:17
**yeah**  18:9 22:5
  43:17 70:11 80:8
  81:1 92:1,18 105:23
  110:2 112:25
  115:13 119:25
  126:15 152:16
  156:8 162:22
  182:13 187:20
  190:23 196:22
  219:7,21 221:25
  224:9 265:19

**year**  81:17 84:21
  86:21 124:15
  149:23 150:1
  165:20 171:10
  183:17 222:9,9,18
  227:6,7,9
**yearly**  219:23 220:2
  220:14,22
**years**  6:12 36:1,17
  51:21 86:22 87:6
  108:18 151:4
  175:24 178:6
  181:25 200:23
  273:17 275:5
  277:24 278:4
**yep**  171:5
**yield**  168:7
**york**  1:15,15 2:5,5
  4:17,17

**z**

**z**  268:22
**zero**  226:24 227:11
  227:22 238:8
  244:11,16,18
  248:21

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.