# Exhibit N

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF NEW JERSEY
3
4    CHARLENE DZIELAK, et al.,   :
                                 :
5                                :
          Plaintiffs,           :   CIVIL ACTION NO.
6                                :2:12-cv-00089-KM-SCM
          vs.                    :
7                                :
                                 :
8    WHIRLPOOL CORPORATION,       :
                                 :
9         Defendants.            :
10
11
12            Videotaped deposition of DR. J. MICHAEL
13   DENNIS, taken by and before Lisa Forlano, CCR, CRR,
14   RMR, at the offices of Bursor & Fisher, P.A.,
15   888 Seventh Avenue, New York, New York, on Tuesday,
16   March 8, 2016, commencing at 9:20 a.m.
17
18
19
20   Job No. CS 2236907
21
22
23
24
25

Page 2

```
 1   A P P E A R A N C E S:

 2

 3            BURSOR & FISHER, P.A.
              BY:  JOSEPH I. MARCHESE, ESQUIRE
 4            888 SEVENTH AVENUE
              NEW YORK, NEW YORK  10019
 5            (646) 837-7410
              jmarchese@bursor.com
 6            ATTORNEYS FOR PLAINTIFFS

 7

 8            WHEELER TRIGG O'DONNELL LLP
              BY:  GALEN D. BELLAMY, ESQUIRE
 9            370 SEVENTEENTH STREET
              SUITE 4500
10            DENVER, COLORADO  80202-5647
              (303) 244-1800
11            bellamy@wtotrial.com
              ATTORNEYS FOR DEFENDANTS
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1

2                    I N D E X

3

4    WITNESS                              PAGE

5    DR. J. MICHAEL DENNIS

6      By Mr. Bellamy                        4

7

8

9              E X H I B I T S

10   Dennis-1  Declaration and Expert Report of    40
     J. Michael Dennis, Ph.D.

11

     Dennis-2  Attachment E, Survey Questionnaire  127
12   for the Main Study

13   Dennis-3  Attachment F, Online Screen Captures 127
     for the Main Study Survey Questionnaire

14

     Dennis-4  Attachment H, Statistical Frequencies 128
15   for the Main Study Survey Results

16   Dennis-5  Letter dated 5/15/09 to Sales        214
     Development Managers/Sales Market Representatives

17   Retail from Andy Sinclair, WDZ0014657

18   Dennis-6  Energy Star Matters to Both Consumers 255
     and Whirlpool Corporation document WDZ0000208 -

19   WDZ0000215

20   Dennis-7  The Value of the Energy Star Market   259
     document, WDZ0000204 - WDZ0000207

21

     Dennis-8  The Value of the Energy Star Market   264
22   document, WDZ0000204 - WDZ0000207

23   Dennis-9  The Value of the Energy Star Market   266
     document

24

25

```
                                            Page 4

 1              VIDEO OPERATOR:  We're now on the
 2       record at approximately 9:20 a.m.  This is the
 3       beginning of File Number 1.
 4              My name is Kevin Gallagher,
 5       representing Veritext Corporate Services,
 6       New York.
 7              The date today is March 8, 2016.  The
 8       deposition is being held at Bursor & Fisher,
 9       located at 888 Seventh Avenue in New York
10       City, and it is being taken by counsel for the
11       defendant.
12              The caption of the case is
13       Charlene Dzielak versus Whirlpool Defendants,
14       et al., versus Whirlpool Corporation, et al.
15       The case is filed in the U.S. District Court,
16       District of New Jersey.  The case number is
17       2:12-cv-00089 (KM)(JBC).
18               The name of the witness is
19       Dr. J. Michael Dennis.
20              At this time, the attorneys in the room
21       will identify themselves for the record.
22              MR. BELLAMY:  Galen Bellamy for the
23       Defendants.
24              MR. MARCHESE:  Good morning, everyone.
25       Joseph Marchese of Bursor & Fisher for the
```

Page 5

1       Plaintiffs.

2               VIDEO OPERATOR:  The court reporter is

3       Lisa Forlano, also of Veritext Corporate

4       Services.  She will now swear the witness and

5       we can proceed.

6               DR. J. MICHAEL DENNIS, having been duly

7       sworn, was examined and testified as follows:

8  BY MR. BELLAMY:

9       Q       Good morning, Dr. Dennis.

10      A       Good morning.

11      Q       What is your understanding of the

12 allegations in this case?

13      A       My understanding is that the Plaintiffs

14 alleged that the purchasers of the Maytag Centennial

15 washing machines were harmed or damaged because of a

16 misleading advertising and particularly the

17 misleading labeling of those washing machines

18 containing the Energy Star logo when, in point of

19 fact, at least according to the federal government,

20 they should not have had the Energy Star logo

21 affixed to those washing machines.

22      Q       And what time period were the Maytag

23 Centennial washers manufactured?

24      A       The dates of their manufacture, as best

25 I can recall, were 2009 through -- I can't speak

1   authoritatively to manufacturing dates.  I know

2   there's sales data for the actual transactions for

3   2009 through 2012.

4        Q     2012?

5        A     I understand there's some sales in

6   2012.  It was starting to -- the sales were trailing

7   off by 2012.  I think most of the transactions were

8   in the 2009/2010 period and then less in 2011 and

9   even less in 2012.

10       Q     What did you do to familiarize yourself

11  with the facts of this case?

12       A     The materials that I listed in my

13  attachment, list of considered materials, I looked

14  at those.

15             So the Second Amended Complaint filed

16  by the Plaintiffs would be the first document that I

17  looked at.  I also looked at the sales, the retail

18  sales transaction data made available to me from

19  several retailers, including Home Depot and others.

20  I looked at the advertising that was used by Maytag.

21  I looked at advertising circulars, for instance, to

22  try to understand how the Energy Star logo was used.

23  I think my list of considered materials also

24  includes documents such as the user manual provided

25  to purchasers and then other documents that I'm

1   failing to remember at the moment but which are

2   listed in my attachment.

3          Q      And you mentioned retail sales

4   transaction data.

5                 Did you look at retail sales

6   transaction data nationwide, or for some select

7   states?

8          A      I did both.

9          Q      And do you understand that there's more

10  than one model of Maytag Centennial washer that was

11  sold during the class period?

12         A      I do.

13         Q      And did you look at the retail sales

14  price for all of those models?

15         A      I believe I did.

16         Q      And you calculated an average retail

17  sales price based on that data?

18         A      I did.  I calculated an average for the

19  various sources of data that were provided to me.

20         Q      And that average was limited to a

21  subset of the retailer data?

22                In other words, did you consider all of

23  the retailer sales data when you created your

24  average?

25                MR. MARCHESE:  Objection to form.

Page 8

1          THE WITNESS:  No, I did not.

2    BY MR. BELLAMY:

3          Q      Which retailer sales data did you look

4    at?

5          A      I looked at Home Depot, Lowe's, Fry's,

6    and also the Sears retail transactions.

7                 The reason I answered no to your

8    previous question was because I isolated the years.

9    So if the retail transactions included years before

10   2009, I excluded those and focused on the 2009 and

11   2010 period.

12         Q      So you testified earlier that you

13   understood sales continued into 2011 and 2012.

14                Did I understand you to say that your

15   average retail price was based on retail sales in

16   2009 and 2010 only?

17         A      No.  I looked at all the data.  I

18   looked at the 2011 and 2012 data as well.  I

19   calculated several averages because there are

20   several data sets made available to me.

21         Q      Okay.  The average that you ultimately

22   used in your survey and that you cite in your

23   report, is that based on retail sales data for 2009

24   through 2012?

25         A      It's based on that time period.  That's

Page 9

1    correct.

2           Q      So you excluded that were prior to

3    2009, but not any sales thereafter?

4           A      That's accurate.  However, to be clear,

5    I looked at the data several different ways.  So I

6    looked at the 2009 and 2010 on its own and looked at

7    the average for 2009 and 2010 as a grouping.  I also

8    looked at it including 2011.

9                  I looked at the Whirlpool transactions

10   from the Whirlpool data set.  That had data going

11   more recently, going beyond 2010, including 2011 and

12   2012.  In that instance, I looked at all the

13   retail -- I looked at all the transaction data that

14   were available in that data set.

15          Q      Did you understand I'm asking -- the

16   question I was asking you was for the average retail

17   price that you used to calculate the 400-dollar

18   amount that you included in your survey?

19          A      Yes, I understand your question.

20          Q      And in calculating that average retail

21   price, did you combine the retail prices of the

22   different models of Maytag Centennial washer that

23   were sold?

24          A      No.  I looked at them in isolation.  So

25   I looked at the C6 -- if I could use the shorthand

Page 10

1    for me --

2          Q      Sure.

3          A      -- the C6 versus the C7 models.  I

4    looked at them separately.

5          Q      The 400-dollar average retail price

6    that you used in your survey, was that based on the

7    average retail price of the C6, or the C7?

8          A      It was based on the C6.

9          Q      And do you know how the average retail

10   price of the C6 and C7 differ, if at all?

11         A      As I recall, when I looked at the

12   averages -- and I'm not going to get the number

13   exactly right -- but I was observing about a

14   hundred-dollar difference, where the C7 was about

15   $100 more.  That's what I can recollect, sitting

16   here today.

17         Q      And why did you choose to focus on the

18   average retail price of the C6 as opposed to the C7?

19         A      My understanding is that the vast

20   majority of the actual transactions involve sales of

21   the C6, so I focused on the C6 model for my analysis

22   and ultimately the use of the 400-dollar average in

23   my survey.

24         Q      Do your opinions in this case apply

25   equally to the C7 model as they do the C6 model?

1        A       They do.

2        Q       So the 100-dollar retail price

3    difference that you identified is not material to

4    your opinions in this case?

5                (Brief recess.)

6                VIDEO OPERATOR:  After a power outage,

7         we're now back on the record at approximately

8         9:30 a.m.

9    BY MR. BELLAMY:

10       Q       Before we went off the record, I asked

11   you -- and I will do my best to recreate the

12   question -- well, let's back up a step.

13               You testified, as I understood, that

14   the average retail sales price of the C7 was

15   approximately $100 more than the C6?

16       A       As best I can recall.

17       Q       Okay.  Do you know why the average

18   retail price of the C7 was more than the C6?

19       A       I understood the C7 had an additional

20   feature involving the use of glass.  I believe it

21   was on the top of the washing machine.  Otherwise, I

22   understand the materials and technology were very

23   similar to the C6.

24       Q       So the only difference that you're

25   aware of is the glass lid on the C7?

1        A       That is the difference I'm aware of.

2        Q       And I believe you testified that you

3   didn't think the hundred-dollar difference in

4   average retail price between the C6 and C7 was

5   material to your opinion about the price premium in

6   this case?

7                MR. GUZZARDO:  Can I hear that back?

8                (At which time the following question

9         was read back by the reporter:

10               "QUESTION:  And I believe you testified

11        that you didn't think the hundred-dollar

12        difference in average retail price between the

13        C6 and C7 was material to your opinion about

14        the price premium in this case?")

15               MR. MARCHESE:  Objection.

16               THE WITNESS:  I'm not sure exactly what

17        you mean by "material."  I can tell you that I

18        did consider that price differential in

19        designing the survey, so I did consider all

20        the sales transaction data made available to

21        me for the C6 and the C7 model.

22               My expert opinion is that my actual

23        discount numbers -- this is the price premium

24        paid estimate in my survey -- applies to both

25        the C6 and the C7 models.

1    BY MR. BELLAMY:

2        Q       Do you know why the at-issue Maytag

3    Centennial washers allegedly did not comply with

4    Energy Star?

5        A       I missed the early part of your

6    question, sir.

7        Q       Do you know why the at-issue Maytag

8    centennial washers allegedly did not comply with

9    Energy Star?

10       A       From an energy perspective, or I should

11   say an engineering perspective, I do not understand

12   or have information on why it did not comply.

13       Q       Do you have -- are you aware of any

14   facts related to why they were disqualified from the

15   Energy Star program?

16       A       The facts that I'm aware of involve at

17   least two series of tests that the federal

18   government conducted on the washing machines at

19   issue in this case.  I believe the Department of

20   Energy conducted two independent tests of those

21   washing machines.

22       Q       And do you understand whether those

23   tests revealed that the washing machines used too

24   much energy or too much water?

25       A       My understanding is that both tests

1    were run involving using too much energy and too

2    much water.

3              My understanding is that the washing

4    machines failed the test on both measures.

5         Q    Is it your understanding that the

6    Maytag Centennial washers should not have displayed

7    the Energy Star label because they used too much

8    energy and too much water?

9         A    Are you asking for my expert opinion at

10   this point?

11        Q    I'm actually asking what you understand

12   the allegations in this case to be.

13        A    My understanding of the allegations in

14   the case is that Plaintiffs allege that the

15   Energy Star logo as affixed to the Maytag Centennial

16   washing machine was misleading because the

17   Energy Star logo did not merit being on these

18   machines according to the U.S. Federal Government

19   tests.

20        Q    And did you understand that they did

21   not merit being on the machine because they used

22   more energy than the Energy Star program would

23   allow, for example?

24        A    As an example, energy.  Another example

25   is, of course, the water conservation.

1      Q      Are you aware of any other reason why

2   the Energy Star label that was affixed to the

3   machines is alleged to have been misleading?

4      A      My understanding is that there are two

5   issues that led to it being misleading.  The first

6   one involves energy use, and the second one is water

7   use.  Those are the two that I'm aware of.

8      Q      Do you know how much energy a

9   top-loading washer was allowed to use in 2009 and

10  2010 and still be compliant with Energy Star?

11                 MR. MARCHESE:  Objection, lacks

12            foundation.

13                 THE WITNESS:  My understanding, if

14            memory serves, is that the Energy

15            Star-compliant washing machine needs to use at

16            least 37 percent less energy than the minimum

17            standards set for washing machines, and that

18            is the extent of my knowledge on that.  I

19            think I recall reading that in one of the

20            materials in my list of considered materials.

21  BY MR. BELLAMY:

22      Q      And you anticipated my next question.

23                 Do you recall specifically where that

24  37 percent figure came from?

25      A      I do not at this point in time.

Page 16

```
 1        Q       And you referenced a "minimum
 2   standard."
 3                Is that a federal minimum standard for
 4   energy use for washing machines?
 5        A       Yes, that is my understanding.
 6        Q       And do you know what that minimum
 7   standard was in 2009 and 2010?
 8        A       No, I do not have knowledge of that.
 9        Q       Do you know by how much the Maytag
10   Centennial washers are alleged to have not complied
11   with Energy Star?
12        A       I do not have information on that.
13        Q       Do you know how much more energy they
14   use than allowed by the Energy Star program in 2009
15   and 2010?
16        A       My understanding is that the units
17   failed the tests; but by how much, I do not have
18   information.
19        Q       And the same question with respect to
20   how much more water they're alleged to have used
21   than allowed by Energy Star?
22        A       My answer is the same.  I have
23   knowledge that it failed the tests with respect to
24   water use; but by how much, I do not have that
25   information.
```

Page 17

1       Q       And a similar question for -- in terms

2   of percentage.

3               Do you understand by what percent they

4   missed the Energy Star minimum standards?

5       A       I believe you're referring, for

6   instance, to the 37 percent-type number that I

7   mentioned earlier.

8       Q       Actually, it was a poorly-worded

9   question, so I'll rephrase.

10              I understand that you wouldn't know how

11  much energy in terms of kilowatt hours or water in

12  terms of gallons that the washers used beyond what

13  Energy Star allow; is that right?

14      A       That's correct.

15      Q       And now I'm asking the same question in

16  terms of percentage.

17              What percentage more energy do the

18  washers use than Energy Star would allow?

19      A       My understanding of the way the Energy

20  Star program is that the way the Energy Star program

21  operates is that it's not material whether a washing

22  machine fails by a certain percentage by simply

23  failing on its own terms, whether it's 1 percent or

24  100 percent.  That's enough to disqualify that

25  washing machine.  So I did not actually research by

1   how much or by what percentage the machines failed

2   these tests.

3          Q      So you don't know by how much, what

4   percentage the machines are alleged to have failed

5   the Energy Star test?

6          A      That's correct, and I explained why I

7   did not research that.

8          Q      Do you know how much money a consumer

9   could save per year by purchasing an Energy Star

10  top-loading washer in 2009 as compared to a

11  top-loading washer that complied with federal

12  minimum standards?

13         A      No.  I would give the same answer.

14  That was not germane to my scope of my assignment,

15  to design a survey measuring the price premium, so I

16  did not research that.

17         Q      Do you know how much less water an

18  Energy Star washer used to wash clothes compared to

19  a washer that met federal minimum standards?

20         A      My answer is the same as for energy and

21  for water.

22         Q      And the answer is you don't know?

23         A      I did not research that for reasons

24  I've specified.  It was not material to my

25  assignment.

Page 19

```
 1       Q      Do you know how much it costs on an

 2   annual basis in water and energy costs to operate a

 3   Maytag Centennial washer?

 4              MR. MARCHESE:  Objection to form.

 5              THE WITNESS:  I believe at some point,

 6         I would have seen the energy guide that had

 7         that information or an estimate of that

 8         information, but I do not recall that number

 9         right now.

10   BY MR. BELLAMY:

11       Q      What is the energy guide that you

12   referred to?

13       A      The energy guide is, as I understand

14   it, required to be affixed to the washing machines

15   and other appliances that are part of the

16   Energy Star program.  And it includes the Energy

17   Star logo itself; it includes a statement of the

18   average annual yearly costs, I believe, energy costs

19   of operating the appliance; and I believe it also

20   compares it to other products in that space.

21       Q      And just to be clear, is it your

22   understanding that the energy guide label is

23   required to be affixed only on Energy Star

24   appliances?

25       A      That is my understanding.
```

Page 20

1        Q       How many other models of top-loading

2    washers were available in the market in 2009 and

3    2010?

4        A       How many other models besides Maytags?

5        Q       Correct.

6        A       I know that there were products made

7    available through GE, Frigidaire.  I believe

8    Hotpoint had models out there at the same time.  LG,

9    Samsung.  I cannot specify how many additional

10   models there were, but there were a number of

11   manufacturers in this space.

12       Q       And specifically, you are talking about

13   top-loading washers that were available in 2009?

14       A       I am.

15       Q       And did you consider materials relevant

16   to those other top-loading washers?

17       A       I believe I did.

18       Q       And what materials were those?

19       A       I examined, in particular, the sales

20   transaction data for the retail sales of the Maytag

21   Centennial washing machines.  That is relevant

22   because of the actual market transactions showing

23   what consumers were willing to pay and what

24   retailers were willing to price these products.

25               And because it's a competitive

Page 21

```
 1   marketplace, my assumption is that those retail
 2   transactions and the prices that these units are
 3   being sold for reflects the competitive landscape of
 4   what other similarly featured products are also
 5   selling for in the marketplace.
 6        Q     And I just want to make sure.  I may
 7   have misunderstood you.
 8             When I asked you about whether you
 9   considered information about the other top-loading
10   washers, was your response that you considered the
11   retail sales data for the Maytag Centennial washers
12   in particular?
13        A     I did.
14        Q     Did you consider retail sales data for
15   the other top-loading washers whose manufacturers or
16   brands you just listed?
17             MR. MARCHESE:  Objection, asked and
18        answered.
19             THE WITNESS:  I did not look at it
20        specifically.  I looked at it in light of what
21        the price positioning was for Maytag itself
22        and pricing the Maytag Centennial washing
23        machines in a competitive marketplace.
24   BY MR. BELLAMY:
25        Q     And I understand you looked at the
```

Page 22

1    retail price of the Maytag Centennial washers, but

2    I'm still confused whether you considered the retail

3    sales price of the other top-loading washing

4    machines that are not Maytag Centennial washers.

5         A       I did look at other pricing.  I looked

6    at pricing of other washing machines that are

7    available in the marketplace.  As part of my design

8    of the survey questionnaire, I thought it was

9    important to look at actual market prices.

10              I did not look at actual transaction

11   data.  The transaction data for retail sales are

12   listed in my list of considered materials; but I did

13   look at advertising, as I saw it, of other products

14   that were top-loading machines.

15        Q       So what specifically did you rely on to

16   identify pricing of other non-Centennial washer

17   top-loading washers?

18        A       The question is about which materials I

19   relied on?

20        Q       Correct.

21        A       I did look at the Home Depot website

22   and other retailer websites.

23        Q       And did you list those websites in your

24   appendix of reviewed materials?

25        A       I would have to look at it.  I believe

Page 23

1    I list the Homedepot.com website on my list.

2         Q       Did you take any screen captures of the

3    information you saw on those websites?

4         A       I may have.  I don't remember right

5    now.

6         Q       Did you produce those documents to us?

7                 MR. MARCHESE:  Objection.  He just says

8         he doesn't know if they exist.

9                 THE WITNESS:  I didn't produce

10        anything.  I'm not sure if I have such

11        documents.

12   BY MR. BELLAMY:

13        Q       Is there any reason you wouldn't have

14   provided those documents?

15        A       No reason.

16        Q       Were they -- were the websites you

17   considered, did they list prices of other

18   top-loading washers available in the market at the

19   time you looked at them?

20        A       Could you repeat the question, please?

21        Q       You said, for example, that you recall

22   going to Homedepot.com.

23        A       Correct.

24        Q       And while you were on Homedepot.com,

25   you looked at advertised pricing for other kinds of

Page 24

1    top-loaders?

2        A     I did.

3        Q     And were those advertised prices on

4    those top-loaders that were available for sale at

5    the time you looked at the machine -- at the time

6    you looked at the website, sir?

7        A     So, to be clear, I was looking at

8    current websites.  I was not looking at archived

9    websites.  I was looking at the products available

10   for sale at the time that I visited the

11   Homedepot.com website.

12       Q     Did you consider, whether it's a

13   website or otherwise, any materials or data showing

14   what prices other kinds of top-loading washers were

15   available for in 2009?

16       A     Again, in this case, I relied on the

17   actual retail sales transaction data I had from

18   Whirlpool and the major retailers for the Maytag

19   Centennial products.

20       Q     I'm not sure that answers my question

21   directly.  I understand you looked at the Maytag

22   Centennial pricing.  We've covered that.  I'm asking

23   a different question.

24             Did you look at the -- any pricing data

25   for models other than the Maytag Centennial washers

1  that were available for sale in 2009?

2      A      I did not specifically research the

3  other models for 2009, 2010.  I did rely on the

4  pricing data made available to me for the Maytag

5  Centennial washing machines, which I believe

6  provided a reliable source of information for me to

7  have a sense of what market pricing was in 2009 and

8  2010.

9      Q      Did you consider the features that were

10  available on other top-loading washers other than

11  the Maytag Centennial washer that were sold in 2009

12  and 2010?

13      A      With respect to 2009 and 2010, I did

14  not do the analysis you just mentioned.  In looking

15  at the realtime websites, I did look at the

16  top-loading features and other features of

17  comparable products to the Maytag Centennial washing

18  machine.

19      Q      When you say "realtime websites," what

20  are you referring to?

21      A      At the time that I searched on

22  Homedepot.com, the information that was available to

23  me.

24      Q      So you considered the features that are

25  available in 2015 or 201t, whenever visited the

Page 26

```
 1   site, on other top-loading washers sold at that
 2   time?
 3        A      In 2015, correct.
 4        Q      When, approximately, in 2015 was this?
 5        A      I believe the timeline on this project
 6   for me was October was the month where I designed
 7   the survey questionnaire.  That's October 2015.  So
 8   it would be sometime in that time frame.
 9        Q      And you mentioned Homedepot.com, what
10   can you tell me about the website that you visited?
11             MR. MARCHESE:  Objection, form.
12             THE WITNESS:  It is the Homedepot.com
13        website, so you have the ability to apply
14        filters and sort the available washing
15        machines by top-loading versus front-loading,
16        for instance.  I recall using that filter just
17        to make my search more efficient for washing
18        machines relevant to this case.
19   BY MR. BELLAMY:
20        Q      So you used the filter to sort
21   top-loading washing machines available on
22   Homedepot.com?
23        A      I did.
24        Q      And you said, I believe, "washing
25   machines relevant to this case."
```

Page 27

1                How would you define that?

2      A      I think the important part is the

3  top-loading feature.

4                Also, I looked at the cubic footage of

5  the capacity.  I was particularly interested in

6  washing machines that either had the 4.0 cubic foot

7  capacity or something close to it that would be

8  comparable.  Those are two of the features that

9  stand out for me today.

10     Q      So if I understand your testimony, and

11  please correct me if I'm wrong, you sorted for

12  top-loading.

13               Did you further sort for capacity?

14     A      I did.

15     Q      Did you sort for any other feature that

16  you can remember?

17     A      Thanks for asking the question because

18  I did sort on Energy Star.  I recall that.  There

19  was a filter there for being able to sort on

20  Energy Star-compliant.

21               So I was interested in looking at all

22  the products that fit the first description of the

23  4.0 cubic foot that had the top-loading feature and

24  then also furthermore by the Energy Star label.

25     Q      And your recollection is that you were

1    able to sort top-loading washers specifically by

2    capacity and then again by Energy Star?

3         A    As I sit here today, I'm confident that

4    the Home Depot website had that capacity where you

5    could apply those filters.

6         Q    Do you recall how many top-loading,

7    4-cubic-foot-capacity washers came up from your

8    search of the Home Depot website?

9         A    I don't remember how many, but I

10   remember I had to broaden my search in order to get

11   a reasonable number of washing machines.

12            I saw some that were in the 3.8 to

13   4.2 cubic foot range.  So I do recall broadening my

14   search slightly so that I could have a larger number

15   of products to examine.

16        Q    And by "broadening," do you mean you

17   expanded the size of the cubic-feet capacity that

18   would be responsive to your request?

19        A    That is correct.

20        Q    And you said you were hoping to get "a

21   reasonable number."

22            "Reasonable" for what purpose?

23        A    This was all done in the way of

24   background research for me to design a reliable

25   questionnaire, so I did not have a set number

Page 29

1  a priori for washing machine units I wanted to look

2  at.

3            I was doing, if you would, a market

4  scan of the washing machines that are available so

5  that I could become educated on competitor products,

6  the different features, so ultimately I could design

7  a survey questionnaire that would be well understood

8  by the respondents and reliable.

9       Q     What different features did you

10  identify from your review of competitive washing

11  machines?

12       A     I think my questionnaire reflects this.

13  There's at least one screen in my survey

14  questionnaire where I list various features of

15  washing machines.  And as memory serves -- and my

16  questionnaire is the ultimate document that's

17  produced from this exercise -- I looked at

18  appearance, style; obviously, top-loading versus

19  front-loading.  There's also cycles, standard cycles

20  available.  And those are just examples.

21       Q     And why specifically were you

22  considering these features in the competitive

23  washers that are available in the marketplace in

24  2015?

25       A     It was important for me to be able to

1    understand washing machines from all the

2    manufacturers so that I could describe them well and

3    describe the features accurately and reliably in my

4    survey.

5         Q      For the top-loading washing machines

6    that had the cubic foot capacity that you were

7    focused on, what was the price range of those

8    washing machines?

9         A      Among the competitor models?

10        Q      Correct.

11        A      As I sit here today, I don't remember

12   the price range.

13        Q      Do you remember if it was more or less

14   than $400?

15             MR. MARCHESE:  Objection.

16             THE WITNESS:  I don't remember the

17        price range or if it was at $400 or more.

18   BY MR. BELLAMY:

19        Q      Did you not consider -- let me back up.

20   Let me strike that.

21             Was price one of the features of

22   competitive models that you thought was relevant to

23   constructing your survey?

24        A      Yes, and that's why I relied on the

25   retail transaction data I mentioned before.  That

1    was made available to me by counsel, and this had

2    the retail transaction data for the Maytag units.

3         Q     Did you think the price of competitive

4    models of top-loading washers was a relevant feature

5    for designing your survey?

6              MR. MARCHESE:  Objection, asked and

7         answered.

8              THE WITNESS:  Was a relevant feature?

9    BY MR. BELLAMY:

10        Q     Correct.

11        A     Yes, I previously testified I thought

12   that's a relevant feature, and that's why I

13   conducted the research I did on this point.

14        Q     So you identified as examples of

15   features of competitive washers that you thought

16   were important to your survey, style, top-loading

17   configuration, and cycles.

18             And just to be clear, I'm asking:  Is

19   price also one of those features you considered

20   relevant to designing your survey?

21        A     It was.

22        Q     But you don't remember as you sit here

23   today anything about the prices of the competitive

24   washers?

25        A     Again, on the record, having spoken

1    this morning thus far, I did not look at the 2009,

2    2010 prices on the Home Depot website.  I only

3    looked at the current information available on the

4    Home Depot website for these products.  So I did not

5    look at the actual data from 2009, 2010 for the

6    competitor products, but I did rely on what I

7    considered to be very reliable data on the Maytag

8    retail transactions, which gives me insight to what

9    the marketplace was tolerating for a price point for

10   these models.

11            MR. BELLAMY:  I'm going to move to

12        strike that answer as nonresponsive.

13   BY MR. BELLAMY:

14        Q    I skipped the instructions part of this

15   deposition because I know you've been deposed quite

16   a few times.

17        A    Uh-huh.

18        Q    In addition to being required to answer

19   my question truthfully, you are required to answer

20   my question.

21            We're going to have some dispute about

22   whether that's the case or not, so I need to build a

23   record that shows when I don't think you've answered

24   my question.

25            The question I asked you was whether

1   you considered the price of the competitive washers

2   you looked at on Homedepot.com to be a relevant

3   feature in the same way you thought style,

4   top-loading configuration, and cycles were relevant

5   features.

6       A      I understand your question.  Thanks for

7   repeating it.

8              I would say that my emphasis in

9   examining the Home Depot website was less about

10  collecting any price information about competitors.

11  I felt that I already had very good price

12  information to use from the sources I've mentioned

13  already for the 2009, 2010 period.

14             So my emphasis on the Homedepot.com

15  website when I visited that was to get a sense of

16  the other features, nonprice features that I should

17  be putting in my survey so that respondents would

18  have a good experience in taking -- in answering my

19  survey questions.

20      Q      You said "nonprice features."  So

21  you -- when you looked at the Home Depot website,

22  you were not interested in the price at which the

23  competitive models were selling for?

24      A      I would not say "not interested,"

25  excuse the double negatives.  I was interested.  I

 1   just -- my emphasis was on learning about the other

 2   features.

 3            In designing a contingent valuation

 4   survey, it's important to have a credible

 5   information provision to the respondents so that

 6   they will recognize the product that's being

 7   presented to them.

 8            So visiting a Homedepot.com website was

 9   useful for me so that I could describe these

10   products fairly and based on objective information

11   about how people think about these top-loading

12   washing machines.

13       Q     But you didn't -- in creating the

14   credible presentation, I believe was the phrase you

15   used, you didn't limit your analysis to just the

16   features that were on the at-issue Maytag Centennial

17   washers; you also considered competitive washers

18   that were available for sale?

19       A     I did consider these competitor washing

20   machines.

21       Q     But you did not consider the cost of

22   the competitive washing machines in creating the

23   credible presentation to survey respondents?

24            MR. MARCHESE:  Objection, misstates

25       testimony.

Page 35

1              THE WITNESS:  I think a more accurate

2         description of what I did is that I relied on

3         the Maytag retail transaction data that I

4         mentioned before for establishing the

5         400-dollar price point I put in my survey.

6         That was the data that I relied on for that

7         exercise.  I did not rely on my inspection of

8         the Home Depot website for that purpose.

9    BY MR. BELLAMY:

10        Q      What was the least expensive

11   top-loading washer available for sale in 2009?

12        A      I think I answered already that I did

13   not look at the 2009 and 2010 pricing specifically

14   for the competitor products.  I relied on the Maytag

15   data to give me a sense of what the marketplace was

16   willing to pay.

17        Q      So is it fair to say that you also

18   don't know what the most expensive top-loading

19   washer was available on the market in 2009?

20        A      Well, I know for the C7, if I'm

21   remembering correctly, the one with the glass lid

22   for Maytag, that had a price point that was at least

23   $100 more as I understand it.  So that is one data

24   point I took into account.

25        Q      Are there any other data points about

Page 36

1  the high end of the price range for top-loading

2  washers available for sale in 2009?

3       A     Could I trouble you to repeat that

4  question?

5       Q     Sure.

6            I asked what was the highest price

7  point was for top-loading washers in 2009, and you

8  mentioned that the C7 had sold for $100 more.

9            Are you aware of any other price points

10 at the high end of the top-loading market in 2009?

11      A     As I sit here today, I'm not aware of

12 higher price points.  I would assume that there

13 would be.

14           I would say that in examining, for

15 instance, Dr. Sukomar's report, he used a wide range

16 of price points in his survey.  I think he had a

17 price point in his survey up to $700, if memory

18 serves.  So I would assume, for instance, that that

19 price point in his survey would be established

20 through a market review that would be based on what

21 prices were available for top-loading machines in

22 2009 and 2010.

23      Q     Did you rely on Dr. Sukomar's report in

24 formulating your survey questions?

25      A     No, I did not.

Page 37

1        Q       Do you know whether the 400-dollar

2    average retail price you used in your survey would

3    have been an inexpensive top-loading washer in 2009,

4    an average cost, or an expensive top-loading washer

5    in 2009?

6                    MR. MARCHESE:   Objection to form.

7                    THE WITNESS:   I did not have direct

8            information that point.   I would assume

9            that -- or my belief is that the retail

10           transaction data that was made available to me

11           was an accurate measurement of the competitive

12           landscape in 2009 and 2010 for washing

13           machines with features comparable to the

14           Maytag Centennial washing machine.

15   BY MR. BELLAMY:

16       Q       And just so we're clear, the

17   information that you're referring to, the retail

18   transaction data, was limited to Maytag Centennial

19   top-loading washers, correct?

20                   MR. MARCHESE:   Objection to form.

21                   THE WITNESS:   The data -- also to be

22           clear, all the retail sales transaction data

23           made available to me was for the Maytag

24           Centennial washing machines.

25

Page 38

1    BY MR. BELLAMY:

2         Q      And so based on the average retail

3    price of the Maytag Centennial washers, you

4    concluded that -- you concluded what about

5    non-Maytag Centennial top-loading washer prices?

6              MR. MARCHESE:  Objection to form.

7              THE WITNESS:  My expert opinion is that

8         the Maytag price point -- and the price point

9         is established through actual historic retail

10        transactions -- reflects Maytag's own analysis

11        of what other manufacturers are using for a

12        price point for their washing machines.

13             So my reliance on that data from

14        Maytag, one of the data sources, obviously, I

15        use is from Whirlpool directly for

16        transactions.  The other was retail sales

17        transactions from the major retailers I

18        mentioned earlier.

19             My expert opinion is that these price

20        points reflect a number of factors, including

21        Maytag's own analysis and the retailers'

22        analysis of what other competitor products are

23        priced.

24    BY MR. BELLAMY:

25        Q      You mentioned other factors that could

```
 1    influence the price, and you identified Maytag's own

 2    analysis of what competitors are pricing their

 3    top-loaders at.

 4               Is that one of the factors?

 5        A     It is.

 6        Q     You also identified the retailers'

 7    analysis of what their competitors are pricing

 8    top-loading washers at.

 9               Is that a factor?

10        A     I did.  I said that.

11        Q     What other factors affecting price can

12    you identify?

13        A     There are other supply-side-type

14    factors that come into play for a business such as

15    Maytag in establishing a price point for its

16    products.

17               For instance, there's research and

18    development costs that Maytag would incur in

19    developing these Maytag Centennial washing machines.

20    They would have cost of goods, the actual materials

21    that are used in the manufacturing of the Maytag

22    Centennial washing machines.

23               In addition, there's logistics and

24    distribution of the washing machines for

25    transportation, warehousing, for the actual products
```

1    as shipped to the retailers.

2              In addition, there are other kinds of

3    cost for marketing, advertising, and any executive

4    costs for strategy and business development.

5              So those strike me as the main

6    categories for describing the supply-side factors in

7    addition to what I've talked about already about

8    examining competitor pricing for those products.

9        Q    Are you aware of whether there were any

10   other Maytag brand top-loading washers in 2009?

11       A    As I sit here today, I'm not aware of

12   other Maytag units as you've described.  I was not

13   asked to do a survey on other Maytag units, but to

14   estimate the price premium paid with respect to the

15   Energy Star logo for the Maytag Centennial machines.

16              (Declaration and Expert Report of

17        J. Michael Dennis, Ph.D. was marked Dennis-1

18        for identification.)

19   BY MR. BELLAMY:

20       Q    Dr. Dennis, I'm handing you what's been

21   marked as Exhibit 1 for your deposition.

22              Take a moment to flip through that

23   document and tell me what it is.

24       A    This is the expert report that I wrote

25   in this matter.  It doesn't include the attachments,

Page 41

1   but it does include the declaration expert report

2   where my opinions are stated.

3        Q     If you could turn to page 8 of your

4   report, please.

5               I'm sorry, Paragraph 8.  That's on

6   page 3.

7               The first sentence of your report says,

8   "I was asked to design, conduct, and report the

9   results of a contingent valuation survey to measure

10  the price premium, if any, attributable to the

11  Energy Star label on Maytag Centennial washing

12  machines."  And then you list the models.

13              Did I read that correctly?

14       A     You did.

15       Q     Sir, were you asked specifically to

16  conduct a contingent valuation survey?

17       A     I believe I was asked to design a study

18  that would measure the price premium attributable to

19  the Energy Star logo on the Maytag washing machines.

20              I believe that it was my opinion

21  instantly that it should be a contingent valuation

22  survey.  I believe counsel also had the same opinion

23  when I was initially given this assignment.

24              So as I sit here today, I cannot

25  remember who first had the thought that it should be

Page 42

 1    a contingent valuation survey.  I think it was

 2    mutually shared.

 3        Q     And so I'm just a little hung up on the

 4    language, and I want to make sure I understand.

 5             The first sentence of the scope of your

 6    declaration says you were asked to design, conduct,

 7    and report the results of a contingent valuation

 8    survey.  It doesn't say you were asked to measure

 9    the price premium, and you decided to conduct a

10    contingent valuation survey.

11             And so my question is:  Were you asked

12    to conduct a contingent valuation survey, or not?

13        A     As I sit here today, I think that's

14    accurate, that I was asked to do a contingent

15    valuation survey; that the methodology I've used

16    before has been shown to be reliable.  So I'll stand

17    by what I've said here in my report that I was asked

18    to do a contingent valuation survey.

19        Q     So you were not asked to identify a

20    price premium generally and given discretion to

21    choose the method; you were asked specifically to

22    conduct a contingent valuation survey?

23             MR. MARCHESE:  Objection to form.

24             THE WITNESS:  Again, I think it was

25         mutually shared; that contingent valuation is

Page 43

1          an approach where I have expertise; that it is
2          a logical expectation that I would design a
3          contingent valuation survey to measure the
4          price premium.
5                  My recollection is that counsel did ask
6          me to design a contingent valuation survey.  I
7          have a history of doing contingent valuation
8          surveys; so therefore, that's what I did in
9          this case.
10     BY MR. BELLAMY:
11          Q      And you were specifically asked to
12     conduct a contingent valuation to measure the price
13     premium?
14          A      If any attributable, correct.
15          Q      And what does "price premium" mean?
16          A      "Price premium" is a concept that is
17     looking at the difference in value for consumers
18     between, in this case, a washing machine with and
19     without the Energy Star label.
20          Q      And what does price in the phrase
21     "price premium" specifically refer to?
22          A      The price paid by the actual consumers
23     for the product.  The price premium analysis
24     involves isolating the value or that part of the
25     price that the consumers place on this particular

Page 44

1    attribute of the Energy Star label.

2         Q       So to make sure I understood, when you

3    referred to "value," you said that part of the

4    actual price that a consumer paid?

5         A       That is correct.

6         Q       Do you believe that a contingent

7    valuation method is the only method available to

8    measure the price premium in this case?

9         A       No.

10        Q       What other methods are available?

11        A       I think the conjoint or discrete choice

12   methodology as it's sometimes called is also an

13   alternative approach.

14        Q       Are there any others?

15        A       Those are the two most reliable in my

16   opinion.

17        Q       Are you qualified to conduct a conjoint

18   or a discrete choice analysis yourself?

19        A       I am qualified to conduct conjoint

20   surveys.

21        Q       Did you consider using a conjoint

22   analysis instead of a contingent valuation in this

23   case?

24        A       No.  I considered the contingent

25   valuation methodology for my purposes.

1      Q      Is there any reason why you didn't

2  consider a conjoint analysis for your purposes?

3      A      I had the opinion that contingent

4  valuation methodology is a reliable tool,

5  particularly in this situation where the attribute

6  in question, the Energy Star label, has a binary

7  character, a pass/fail-type character with respect

8  to whether it should or should not be on the

9  product.  I think in those circumstances, contingent

10 valuation is a particularly strong approach.

11           Having said that, very similar logic

12 and justification could be made for conducting a

13 conjoint survey with a binary attribute such as the

14 Energy Star label.

15     Q      You used the word "reliable" in

16 describing the contingent valuation method.

17           What do you mean by "reliable"?

18     A      I mean "reliable" in two senses of the

19 word.  The first is what I understand to be the

20 legal definition of "reliable"; that the survey

21 results and the estimates are trustworthy, that

22 they're accurate, that they can be relied upon for

23 drawing conclusions of facts.

24           The other definition that I used for

25 "reliable" is the one that is more common to my

1    field of survey research, which is that the survey

2    is reproducible; that the survey is reliable in the

3    sense that it could be replicated by other

4    researchers if they were to follow my protocol.

5         Q      Focusing on the first of the two

6    sentences of "reliable," you said the survey results

7    would be an accurate estimate; is that right?

8              Did I understand that?

9         A      I believe I may have said "reliable and

10   accurate," if I remember correctly.

11        Q      And what do you mean by "accurate"

12   there?

13        A      Accurate in the sense of what survey

14   researchers call "valid," meaning that the survey

15   provides an accurate rendering or measurement of the

16   population.

17        Q      Can you explain more what that means?

18        A      The distinction is between population

19   and sample.  The population consists of the universe

20   of households or persons for which you are

21   attempting to estimate some characteristics; in this

22   case, the price premium paid by these purchasers for

23   this product that is attributable to the Energy Star

24   label.

25              The term "sample" is different from

1  "population."  You draw samples from the population

2  in order to make accurate projections or estimates

3  of population characteristics.

4       Q     So does "accurate" in the sense you're

5  using it here mean that the price premium identified

6  is the actual price paid by consumers?

7       A     No.

8       Q     Well, let's back up.

9             What are the characteristics of the

10  population that you were testing for in the

11  contingent value survey?

12       A     Instead of the word "testing," I would

13  simply insert the word "measuring"instead.

14       Q     Okay.

15       A     I was attempting to measure the price

16  premium paid by class members as a result of the

17  mislabeled washing machines.

18             So, in short, what was the price

19  premium paid by the purchasers that could be

20  attributable or is a result of the fact that these

21  Maytag Centennial washing machines had affixed to

22  them an Energy Star label?

23       Q     And was the price premium that you

24  identified through your contingent valuation survey

25  accurate in the sense you defined before?

1              MR. MARCHESE:  Objection to form.

2              THE WITNESS:  Yes.  And to make sure

3         the record is clear, I'm referring to accuracy

4         with respect to the survey producing valid

5         survey estimates that are an accurate

6         measurement of the population characteristic

7         which is clear from my Paragraph 8 is the

8         measurement of the price premium paid

9         attributable to the Energy Star logo on these

10        washing machines.

11   BY MR. BELLAMY:

12        Q     Is the price premium your survey

13   identified, does it directly correlate to actual

14   prices paid by consumers for these washing machines?

15        A     The answer to your question is that

16   instead of projecting to the actual price paid by

17   the respondents, it is an accurate result for the

18   percentage of the price paid; that part of the price

19   paid that is attributable to the fact that the

20   Energy Star label was affixed to these washing

21   machines.

22        Q     So the price premium you identified for

23   the washers that were the subject of your survey

24   should be understood in terms of a percentage of the

25   price paid at retail?

Page 49

1      A      I'm going to ask you to repeat the

2   question, please.

3      Q      Sure.

4             I believe the price premium you

5   identified was in the neighborhood of $205.

6             Does that sound right to you?

7      A      No.

8      Q      Okay.  Do you recall what the price

9   premium was you identified?

10     A      As a percentage, it was 48.5 percent.

11     Q      48.5 percent of what?

12     A      Of the price paid by the actual

13  purchaser.

14     Q      So is it your expert opinion that that

15  48.5 percent is the price premium actually paid by

16  consumers in this case?

17     A      48.5 percent multiplied by the price

18  paid.  And that is the accurate description, in my

19  opinion, of what I've provided the economist in this

20  case for the damages calculation.

21     Q      So whatever dollar amount a class

22  member paid for their Maytag Centennial washer, it

23  is your opinion that 48.5 percent of that price is

24  attributable to the price premium for the

25  Energy Star logo?

1        A       Your statement/question, in my view,

2    needs to be modified slightly, if I could --

3        Q       Please.

4        A       -- to take into account that my survey

5    is not a measurement of individual or person-level

6    discounts.  It is a measurement in the aggregate for

7    class members in terms of the average discount

8    needed; or put differently, the average price

9    premium paid as a share of the price that they

10   actually paid.

11              The clarification that I'm attempting

12   to put on the record is that, and I thought I sensed

13   or understood your question to possibly have an

14   individual-level component or person-level

15   component.  If not, then my answer is not necessary

16   here, but I wanted to be clear that my survey is

17   intended to be an analysis in the aggregate or the

18   average across the class.

19              MR. MARCHESE:  Can we take a bathroom

20         break?  We've been going for about an hour.

21              MR. BELLAMY:  Two more questions, and

22         then --

23              MR. MARCHESE:  Okay.

24              MR. BELLAMY:  -- actually, no.  This is

25         a good time.

```
                                           Page 51

 1              VIDEO OPERATOR:  We're now going off

 2        the record at approximately 10:23 a.m.

 3              End of Video 1.

 4              (Brief recess.)

 5              VIDEO OPERATOR:  This is the beginning

 6        of File 3.

 7              We are going back on the record at

 8        approximately 10:37 a.m.

 9   BY MR. BELLAMY:

10        Q     Just a couple of quick follow-up

11   points.

12              We discussed when you visited

13   Homedepot.com.

14              Can you remember any other websites you

15   visited when doing the research into competitive

16   machines?

17        A     No, I can't remember any other ones.

18        Q     You referred to Energy Star as a

19   "binary choice."

20              What is your basis for that statement?

21        A     I think I said "binary attribute," if

22   I'm not mistaken.

23        Q     Well, why don't we start with what do

24   you mean by "binary attribute"?

25        A     By "binary attribute," I'm referring to
```

Page 52

1    the dichotomous nature of the Energy Star label.  It

2    is either on the products and affixed to the

3    products, or it's not affixed to the products.

4         Q       You mentioned before that your

5    understanding was that an Energy Star washer in 2009

6    had to be something like 37 percent more efficient,

7    energy efficient, than the federal minimum standards

8    would allow?

9         A       That's what I recall, yes.

10        Q       Okay.  So if a washer was 36 percent

11   more efficient than Energy Star would allow, would

12   you agree that a consumer got most of the energy

13   efficiency implied by Energy Star compliance?

14              MR. MARCHESE:  Objection to form, lacks

15         foundation.

16              THE WITNESS:  I don't have an opinion

17         on that.  I think that's outside the scope of

18         my assignment in this project.

19   BY MR. BELLAMY:

20        Q       It doesn't matter whether you think

21   it's outside the scope.

22              Would you agree that a consumer who

23   purchased a washing machine that was 36 percent more

24   efficient than the federal minimum standards got

25   most of the benefits of energy efficiency implied by

Page 53

1    Energy Star compliance?

2                    MR. MARCHESE:  Objection to form, lacks

3            foundation.

4                    THE WITNESS:  Again, I don't have an

5            opinion on that.  If they bought the product

6            as a result of the Energy Star label on there

7            and it did not deserve to be on there, then,

8            in my opinion, they paid a price premium for

9            having that Energy Star label there.

10   BY MR. BELLAMY:

11        Q     And I'm not asking you about price

12   premium.  I'm asking you about the energy efficiency

13   implied by Energy Star.

14                    But let's back up.

15                    Do you agree that the Energy Star label

16   impliedly represents that a labeled washer will use

17   less energy than a nonlabeled washer?

18        A     That is my understanding.

19        Q     And your understanding is that in order

20   to properly bear the label, the washing machine had

21   to use 37 percent less energy than federal minimum

22   standards?

23        A     And also the water part, too.  There's

24   energy in water.

25        Q     We're focused on energy right now.  So

1    would you agree, then, that a consumer who purchased

2    a washer that delivered 36 percent more energy

3    efficiency got most of the energy efficiency implied

4    by the Energy Star label?

5         A     Again, I'm not an expert on that.  I

6    would also mention that there are other benefits of

7    the Energy Star label as I understand them from the

8    market research that's been done.

9              Some people have a nonmonetary benefit

10   from purchasing an Energy Star-labeled product,

11   knowing that there is an environmental benefit, less

12   energy being used, less water being used.

13             My understanding is that there is a

14   nonmonetary benefit that some consumers feel that

15   they receive by buying a product with the

16   Energy Star label.

17        Q     So my question, though, was:  Focusing

18   on the energy efficiency, a consumer who purchased a

19   washing machine that was 36 percent more energy

20   efficient than federal minimum standards, did they

21   receive most of the energy efficiency benefits

22   implied by the Energy Star label?

23             MR. MARCHESE:  Objection to form.

24             THE WITNESS:  Again, I don't have an

25        opinion on that.

Page 55

1    BY MR. BELLAMY:

2         Q     Why not?

3         A     I'm not an expert in how consumers --

4    or, for that matter, the engineering aspects of

5    washing machines and energy use.  I don't have the

6    technical background to evaluate that statement.

7         Q     Do you require a technical background

8    to tell the difference between 36 percent and

9    37 percent?

10              MR. MARCHESE:  Objection,

11        argumentative.

12              THE WITNESS:  No.  I think that would

13        just require basic knowledge of statistics.

14   BY MR. BELLAMY:

15        Q     Well, do you have a basic knowledge of

16   statistics?

17        A     I do.

18        Q     All right.  Is 36 percent almost as

19   much as 37 percent?

20              MR. MARCHESE:  Objection to form.

21              THE WITNESS:  As a matter of fact, of

22        course, those two numbers are very similar.

23   BY MR. BELLAMY:

24        Q     So if a consumer bought a washing

25   machine that was 36 percent more than federal

Page 56

1    minimum standards as opposed to 37 percent, would

2    they have received most of the benefits of energy

3    efficiency implied by the Energy Star label?

4              MR. MARCHESE:  Objection to form.

5              THE WITNESS:  Again, there's other

6         kinds of benefits that the purchasers might be

7         receiving here.

8    BY MR. BELLAMY:

9         Q    I didn't ask you about other kinds of

10   benefits.

11             MR. MARCHESE:  Is there a question

12        pending?

13             MR. BELLAMY:  Yes.  I'm waiting for an

14        answer to my question.

15             THE WITNESS:  What's the question?

16             MR. BELLAMY:  Can you read back my

17        question, please?

18             (At which time the following question

19        was read back by the reporter:

20             "QUESTION:  So if a consumer bought a

21        washing machine that was 36 percent more than

22        federal minimum standards as opposed to

23        37 percent, would they have received most of

24        the benefits of energy efficiency implied by

25        the Energy Star label?")

Page 57

1              MR. MARCHESE:  Objection to form.

2              THE WITNESS:  My opinion is that

3         clearly, 36 percent and 37 percent are

4         statistically close to each other.  There's

5         only a 1 percentage point difference.  So

6         there was only -- there is that difference

7         that you just pointed out in terms of energy

8         efficiency differences between 36 and

9         37 percent, so I think your question answers

10        itself.

11   BY MR. BELLAMY:

12        Q     What is "contingent valuation"?

13        A     "Contingent valuation" is a research

14   tool that uses surveys to measure how much value

15   people place on nonmarket goods.  That's essentially

16   what it is.

17        Q     What do you mean by "nonmarket goods"?

18        A     "Nonmarket goods" meaning goods that

19   are not available in the common marketplace.

20        Q     Sorry, another definitional question:

21   What do you mean by "common marketplace"?

22        A     The marketplace available for buying

23   and selling on the marketplace.

24        Q     And what does the word "contingent" in

25   "contingent valuation" refer to?

1      A      It's in reference to the valuation

2  that's essentially the value that consumers or

3  citizens or whatever the population that's being

4  studied place on a product contingent on its

5  availability; contingent that the product is

6  actually made available to them.

7      Q      For products that are sold in a common

8  marketplace, is contingent valuation a reliable

9  method for identifying a price premium associated

10  with those products?

11      A      The question is -- requires a more

12  complicated answer than may seem necessary for your

13  question.

14      Q      Well, let me see if I can break it

15  down.

16              You mentioned that contingent valuation

17  is used to measure the value placed on nonmarket

18  goods; is that right?

19      A      That is correct.

20      Q      Is contingent valuation also used to

21  measure value placed on market goods?

22      A      I believe there are -- I believe there

23  is literature where contingent valuation research is

24  used on market goods with the explicit purpose of

25  testing whether existing products should be changed

Page 59

```
 1   or have features added or subtracted in order to

 2   estimate whether there's going to be a market for

 3   that good.

 4        Q       For goods that are market goods that

 5   are available in the common marketplace, what is the

 6   best indication of their value?

 7                 MR. MARCHESE:  Objection to form.

 8                 THE WITNESS:  It's a very broad

 9        question.

10   BY MR. BELLAMY:

11        Q       What is the best indication of their

12   price?

13        A       The price would be, for example, retail

14   sales transaction data that I looked at in this

15   case.  So looking at actual transaction data is an

16   indicator of how much value people place on actual

17   products in the market.

18        Q       For market goods that are available in

19   the marketplace, is the retail price the most

20   reliable indicator of the value people place on that

21   product?

22                 MR. MARCHESE:  Objection to form, lacks

23        foundation.

24                 THE WITNESS:  The problem with the

25        question, if I could put it that way, is that
```

Page 60

1          one has to be very careful in defining what

2          product exactly is on the marketplace.

3                   For products that are actually on the

4          marketplace -- and this is where I need to be

5          clear -- a Maytag Centennial washing machine

6          without the Energy Star logo or label was not

7          available in the marketplace in that 2009,

8          2010 time frame, so that is a product that was

9          not on the marketplace.

10                  The product that was in the marketplace

11         was the Maytag Centennial washing machine with

12         the Energy Star label on it.

13                  I wanted to make sure that my answer to

14         your question is in the right context because

15         when it comes to examining how much people

16         value products that are actually on the

17         marketplace, it needs to be understood in

18         light of what information they have about

19         those products.

20                  And in this case, the consumers did not

21         have information that the Energy Star label

22         should not have been on those products.

23                  MR. BELLAMY:  I'm going to move to

24         strike as unresponsive.

25

Page 61

1    BY MR. BELLAMY:

2         Q      My question was about products that are

3    available in the marketplace and whether or not the

4    retail price is the best indication of value for

5    products that are actually available in the

6    marketplace.

7         A      I was attempting to be responsive to

8    your question.  I did not want to be misunderstood;

9    that my answer of yes, that is a reliable way to

10   measure consumers' valuation of products, I do not

11   want that to be misunderstood to be a statement that

12   I agree that's a reliable methodology for estimating

13   the value that consumers place on these washing

14   machines without the Energy Star label.

15        Q      Did I ask you about these washers in my

16   question?

17        A      You asked about products that are on

18   the market.

19        Q      Correct.

20        A      And I am simply --

21        Q      Providing information that helps --

22        A      I'm carving out that my answer is not

23   responsive to a product without the Energy Star

24   logo.

25        Q      I think we've established your view on

Page 62

1    that point.

2              For products that are available in the

3    marketplace, is price the best indicator of their

4    value?

5              MR. MARCHESE:  Objection, lacks

6         foundation.

7              THE WITNESS:  I am not an economist.

8         It's not something that I am an expert in, but

9         I would believe that most economists would

10        agree with that statement, and I would agree

11        with that statement as a noneconomist.

12   BY MR. BELLAMY:

13        Q    And as somebody who is an expert in

14   contingent valuation, which I would assume that's

15   your expertise --

16        A    Yes.

17        Q    -- would you agree that for products

18   that are available in the marketplace, retail price

19   is a more accurate indicator of value than a

20   contingent valuation survey?

21        A    Again, you have to be careful and

22   specify exactly what the product is that we're

23   talking about that applies to this statement.

24        Q    I said "products that are actually

25   available in the marketplace," and I understand that

Page 63

1    you believe these products were not.

2              So take it as a given that it is a

3    product actually available in the marketplace.

4              Do you agree that the market price is a

5    better indication of value than a contingent

6    valuation survey?

7              MR. MARCHESE:  Objection to form.

8              THE WITNESS:  In my expert opinion, if

9         a product is available in the marketplace,

10        that means that there's going to be actual

11        market transaction data for that product,

12        which means that the contingent valuation

13        approach, in my expert opinion, is not

14        applicable.

15             So, in short, the contingent valuation

16        approach would not be used in the circumstance

17        you're describing where there's an existing

18        product in the marketplace.

19             Now, if there's consideration for

20        changing that product, for adding new features

21        or changing some of the existing features of

22        that product, that product is clearly in the

23        marketplace.  However, the designer or the

24        business may be interested in collecting data

25        on what consumers might want in changes in

1          that product, in which case a contingent

2          valuation approach could be used.

3     BY MR. BELLAMY:

4          Q      And in that circumstance, the

5     contingency would be the feature that they may want

6     to add or change about the product because that

7     feature doesn't yet exist in the marketplace; is

8     that right?

9               MR. MARCHESE:  Objection to form.

10              THE WITNESS:  That's correct.

11    BY MR. BELLAMY:

12         Q      You mentioned earlier this morning

13    that -- in connection with our discussion about

14    whether you were retained to do a contingent

15    valuation analysis or whether or not you decided

16    that a contingent valuation was the most appropriate

17    method here, I believe you said that you almost

18    instantly recognized that contingent valuation was

19    the method you preferred.

20              Did I understand that correctly?

21         A      I came to my own independent conclusion

22    that a contingent valuation approach would be a

23    reliable methodology for this project.

24         Q      And did you reach that conclusion right

25    away?

Page 65

1          MR. MARCHESE:  Objection to form.

2          THE WITNESS:  I don't recall how much

3     time I spent on it, but when the issues -- and

4     I read the Complaint, it made clear sense to

5     me that contingent valuation would be a

6     reliable tool for this project.

7  BY MR. BELLAMY:

8     Q     Did you base your -- did you reach the

9  decision to implement a contingent valuation survey

10 only after reading the Complaint?

11    A     I don't remember the precise moment

12 when I made that decision.

13    Q     What data had you reviewed, if any, in

14 addition to the Complaint when you decided that a

15 contingent valuation would be the appropriate method

16 to use here?

17    A     Again, don't remember when I made the

18 decision to use contingent valuation.  I know that

19 it was early on; very early in the process for me.

20 It is my expertise.  The issues were described to

21 me, and I read in the Complaint about the binary

22 nature of the Energy Star program and the label.  I

23 saw value in using the contingent valuation approach

24 very early in the process.  When it happened and

25 what steps, I don't exactly remember.

Page 66

1      Q     I'm not asking when.  To be clear, I'm

2  asking what information you based that decision on.

3            You identified the Complaint as one

4  possible source of information.

5            Was there any other source of

6  information that you relied on in reaching the

7  conclusion that contingent valuation was the

8  appropriate method here?

9      A     I think I would have looked at, and I'm

10  reasonably confident that I looked at, the Energy

11  Star label itself and looked at how the label was

12  affixed to the Maytag Centennial washing machine

13  itself to determine that the label was actually

14  used.

15            So there's some primary background

16  information that I would have looked at to

17  understand the issues in this case, using documents

18  in addition to the Complaint.

19      Q     Did you take any steps to determine

20  whether or not a non-Energy Star version of the

21  Maytag Centennial washer existed in the marketplace

22  in 2009?

23      A     I think we addressed this a little bit

24  earlier.  I was asked to look at the price premium

25  paid, if any, attributable to the Energy Star label

Page 67

1     on specific washing machines.

2               I did not see it in my scope to look at

3     Maytag's other products, so I did not research that.

4          Q     Well, if a version of the Maytag

5     Centennial washer that was not Energy Star existed,

6     would contingent valuation still be the right

7     approach?

8               MR. MARCHESE:  Can I just hear that

9          back?  I'm sorry.

10               (At which time the following question

11          was read back by the reporter:

12               "QUESTION:  Well, if a version of the

13          Maytag Centennial washer that was not Energy

14          Star existed, would contingent valuation still

15          be the right approach?")

16               MR. MARCHESE:  Objection, form.

17               THE WITNESS:  I would need to think

18          about it and see all the evidence that's

19          presented.  My opinion right now is that the

20          CV or contingent valuation approach would

21          still be a reliable tool.

22     BY MR. BELLAMY:

23          Q     Why?

24          A     Because the contingent valuation

25     approach has a powerful ability to isolate the value

Page 68

1   that consumers and purchasers place on particular

2   attributes, and that is exactly what the scope of my

3   assignment was in this case.

4        Q      Would it be possible to test the

5   reliability of the conclusions you reached from the

6   contingent valuation survey?

7        A      With respect to what you mean by

8   "reliability" in your question, reliability could be

9   established by conducting the survey a second time

10  to assure that the results for the first survey are

11  reproducible in the second survey.

12              That's how I understood you to mean the

13  word "reliable" in your question.

14       Q      I believe you gave me another

15  definition of "reliable" earlier.  I may be mistaken

16  about that.

17       A      I articulated two interpretations of

18  the word.

19       Q      Okay.  So I think you just answered,

20  and consistent with the second definition, that it

21  was reproducible.

22              Is there a way to test whether the

23  conclusions reached from the contingent valuation

24  survey are reliable in the other sense of the word?

25       A      In the other sense, we're talking about

Page 69

1    accuracy and rejectability of the results to the

2    population of interest.

3              The answer is yes, there are various

4    alternative ways to establish reliability of the

5    contingent valuation survey as presently defined in

6    your question.

7         Q    Can identify some of those?

8         A    One would be to compare the results of

9    the contingent valuation survey to alternative

10   survey-based approaches or other approaches

11   potentially available to the researcher to see if

12   the discount values or the price premium paid

13   estimates from the contingent valuation survey are

14   consistent with alternative methodologies.  That is

15   one approach.

16             Another approach is to examine the

17   contingent valuation survey itself to identify

18   whether the survey itself is well-designed, whether

19   the protocol for gaining cooperation and conducting

20   the data collection has integrity, so there's

21   process-based measures of examining how the

22   contingent valuation survey was executed.

23             Thirdly, I'll mention there are

24   statistical tests that can be conducted to examine

25   the results from the contingent valuation survey

Page 70

1    from a quality control perspective to test and

2    assure that the contingent valuation survey results

3    are not subject error; error resulting from

4    survey-related sources.

5            Q      The first of the three measures you

6    mentioned was to compare the results of the

7    contingent valuation to other survey-based

8    approaches; is that right?

9            A      That's a possibility, yes.

10           Q      Are there other sources external to the

11   survey itself that you could consult to evaluate the

12   reliability of your contingent valuation survey?

13                  MR. MARCHESE:  Objection, form.

14                  THE WITNESS:  External to survey-based

15           approaches generally?

16   BY MR. BELLAMY:

17           Q      Sure.

18                  MR. MARCHESE:  Objection to form.

19                  THE WITNESS:  I'll leave it to

20           economists to explore alternative

21           nonsurvey-based alternatives available.

22   BY MR. BELLAMY:

23           Q      What about if they were actual market

24   prices for comparable non-Energy Star washers?

25                  MR. MARCHESE:  Objection, lacks

Page 71

1      foundation.

2              THE WITNESS:  That's outside the scope

3      of my expertise as well as my assignment to

4      have an opinion on that.

5   BY MR. BELLAMY:

6      Q      If there were comparable non-Energy

7   Star versions of these washers available, would it

8   be within the scope of your expertise to determine

9   whether contingent valuation was an appropriate

10  method or not?

11     A      With respect to deciding whether

12  contingent valuation methodology is the appropriate

13  tool or one of several appropriate tools for this

14  study, in my opinion, it was not necessary to have

15  information about whether there are other products

16  comparable to the Maytag Centennial products without

17  the Energy Star logo.

18     Q      Why not?

19     A      Because the contingent valuation survey

20  approach has value independently of the existence of

21  other products in the marketplace.

22              This study uses the contingent

23  valuation approach to isolate a particular instance

24  with a particular price point, for instance, that I

25  established in my survey of $400 that made this

1    contingent valuation survey an accurate tool for

2    estimating the price premium paid for these specific

3    washing machines that I examined.

4         Q     Is it relevant to the question I just

5    asked about whether contingent valuation was the

6    right tool, assuming there were comparable

7    non-Energy Star products available, to the degree to

8    which the other products were comparable?

9         A     That could be relevant, yes.

10        Q     How would it be relevant?

11        A     It would take significant research to

12   analyze the research situation.  However, the more

13   similar the products are, then potentially the

14   economist or others who look at this at those

15   transaction data could potentially find value in

16   them.  That's outside the scope of my expertise.

17        Q     You testified earlier that contingent

18   valuation is used to value nonmarket goods.

19        A     I did.

20        Q     Okay.  And so if the comparable

21   products were so similar that there was, in fact, a

22   market good, would that affect your decision whether

23   or not to use contingent valuation here?

24             MR. MARCHESE:  Objection to form.

25             THE WITNESS:  My opinion is that the

1           contingent valuation approach has value in

2           providing a price-premium-paid estimate that

3           can be used by others, including the

4           economists in this case, as one of the

5           potentially several data points to analyze in

6           forming an opinion on what damages should be

7           or whether the class was harmed.

8      BY MR. BELLAMY:

9           Q       Are you aware of any peer-reviewed

10     publication or study applying contingent valuation

11     to estimate the price premium associated with a

12     market good?

13          A       I think I previously established that,

14     and it took me a long time, you'll recall, to

15     articulate the response to this question earlier

16     because I needed to be very careful not to be

17     misunderstood by what a market good is.

18          Q       I understand your position that these

19     are not market goods.  Take that as a given.

20          A       In which case I've answered this

21     question before.  Contingent valuation approach is

22     not an appropriate tool.  It was never designed to

23     be a tool for evaluating or estimating the value

24     that consumers place on actual market goods.  It was

25     designed for the explicit scenario of measuring the

Page 74

1    value that consumers and others place on nonmarket

2    goods.

3         Q     And I just want to be clear I get an

4    answer to my question.

5               Are you aware of any peer-reviewed

6    studies or publications suggesting that contingent

7    valuation can be used to value market goods?

8         A     My answer is no in the full context of

9    my answers to your previous questions that relate to

10   this point.

11        Q     If you could turn back to Exhibit 1,

12   Paragraph 8.

13              The last two sentences of Paragraph 8,

14   you refer to identifying a price premium

15   attributable to the Energy Star label.  That's the

16   phrase you use, "Energy Star label."

17              Does that mean you were asked to

18   identify the price premium associated with the label

19   only as opposed to the Energy Star program

20   generally?

21        A     The answer to your question is that I

22   was asked to estimate the price premium approach to

23   the Energy Star label itself.

24        Q     Was the price premium you identified

25   specific to the label as it appeared on these

Page 75

1   washers?

2        A     The price premium I measured relates to

3   the Energy Star label as affixed to the washing

4   machines in this case.

5        Q     Would you expect that the price premium

6   associated with the Energy Star label on different

7   kinds of products like lightbulbs, for example, to

8   be different than the price premium you identified

9   here?

10              MR. MARCHESE:  Objection, lacks

11        foundation.

12              THE WITNESS:  It's a broad statement.

13        I would expect some differences, but I'm not

14        an expert on that.

15   BY MR. BELLAMY:

16        Q     And I'm asking you in your expertise of

17   somebody who conducts contingent valuation surveys,

18   so we're clear, why would you expect, for example,

19   the price premium associated with an Energy Star

20   label on a lightbulb to be different from the

21   Energy Star label on a washing machine?

22              MR. MARCHESE:  Objection, lacks

23        foundation.

24              THE WITNESS:  I think literally you

25        just asked me would the Energy Star label be

Page 76

```
 1        different.
 2    BY MR. BELLAMY:
 3        Q      I didn't mean to, if I did.
 4               Let me back up a couple of steps.
 5               Do you believe that the price premium
 6    associated with an Energy Star label on a washing
 7    machine, like in this case, would be different than
 8    the price premium associated with the Energy Star
 9    label on a lightbulb?
10               MR. MARCHESE:  Objection to form, lacks
11          foundation.
12               THE WITNESS:  That's outside the scope
13          of my expertise.
14    BY MR. BELLAMY:
15        Q      You are unable to formulate an opinion
16    as an expert in contingent valuation whether a price
17    premium associated with a lightbulb with an Energy
18    Star label on a lightbulb would be different from
19    that on a washing machine?
20               MR. MARCHESE:  Objection to form.
21               THE WITNESS:  To be clear, we would be
22          talking about price premium shares or
23          percentages.  So a lightbulb might cost a
24          dollar, a washing machine might cost $400.  A
25          contingent valuation approach would attempt to
```

Page 77

```
 1        measure the percentage of the price paid
 2        that's attributable to the Energy Star label.
 3              So that would be a research project I
 4        could conduct and derive an answer to.
 5   BY MR. BELLAMY:
 6        Q     Okay.  Well, let me reformulate the
 7   question in light of your answer.
 8              You would expect that the percentage of
 9   a price paid for a product labeled as Energy Star --
10   strike that.
11              Stated as a percentage, would the price
12   premium associated with the Energy Star label change
13   depending on the type of product it was affixed to?
14              MR. MARCHESE:  Objection, lacks
15        foundation.
16              THE WITNESS:  I think your question
17        requires me to speculate.  I would reserve the
18        right to do research on the topic before
19        forming an opinion.
20   BY MR. BELLAMY:
21        Q     And so we're clear, I'm not asking you
22   what the price premium on Energy Star for a
23   lightbulb is.
24              What I'm trying to get at is whether
25   there are attributes of a product that could impact
```

Page 78

```
 1    the value of the price premium associated with the
 2    Energy Star label.
 3                   MR. MARCHESE:  Is that a question?
 4                   MR. BELLAMY:  It is.
 5                   MR. MARCHESE:  Objection to form, lacks
 6           foundation.
 7                   THE WITNESS:  In your question, are you
 8           referring to attributes besides the Energy
 9           Star label?
10    BY MR. BELLAMY:
11        Q      Correct.  For example, in the
12    hypothetical I gave you, did you expect the
13    percentage of the purchase price attributable to the
14    price premium paid for an Energy Star lightbulb to
15    be different than the percentage of the purchase
16    price associated with the Energy Star label on a
17    washing machine?
18                   MR. MARCHESE:  Objection, lacks
19           foundation.
20                   THE WITNESS:  I think my answer is the
21           same.  It would require research to identify
22           whether the price premium percentages would be
23           less, the same, or more.
24    BY MR. BELLAMY:
25        Q      Okay.  So you're unable to formulate an
```

Page 79

1    opinion on that question without conducting

2    research?

3        A      That's correct.

4        Q      As you sit here today, can you envision

5    differences in a product that could impact the

6    amount of the price premium associated with an

7    Energy Star label?

8             MR. MARCHESE:  Objection, asked and

9        answered, lacks foundation.

10            THE WITNESS:  I would have a lay

11       opinion only.  I'm not a consumer specialist

12       in how people perceive the Energy Star label

13       per se.

14            I've certainly reviewed that

15       literature, and I've documented some of that

16       literature in my report.  But hypothetically,

17       from a common sense point of view, some

18       products are more energy intensive than

19       others, some products are more water-intensive

20       than others.  So from a lay perspective, one

21       would expect some correlation between value

22       placed on the Energy Star label and the total

23       cost of use of a product over some period of

24       time with respect to energy use and water use.

25

                                                        Page 80

1   BY MR. BELLAMY:

2        Q        Returning back to Paragraph 8, you said

3   you designed your survey to measure the amount

4   consumers would pay for a top-loading washing

5   machine with the same key features as the Maytag

6   washing machine.

7                 What did you mean by "key features"

8   there?

9        A        The key feature is the top-loading

10  washing machine, the top-loading feature.

11                Also, my survey and the actual

12  questionnaire does list out other features.  I

13  believe it does list out the 4.0 cubic foot capacity

14  and then some other features that are part of the

15  Maytag Centennial washing machine.

16       Q        Do you consider all of the features you

17  identified in your survey to be "key features" as

18  you used that phrase in your report?

19       A        That was the intent of my meaning in

20  saying "key features."  It's the features that I

21  described in my actual survey.

22       Q        And what makes them key features?

23       A        Key in the sense that these are

24  features that, in my research, consumers tend to

25  want to know about.

Page 81

1      Q      And we've discussed the retail

2   transaction data for the Maytag Centennial washers

3   and the websites you visited.  What other sources

4   did you rely on to identify the key features?

5      A      They would be listed in my list of

6   considered materials.  I looked at advertising

7   circulars.  I looked at the user manual for the

8   Maytag Centennial washing machine.  There are a

9   number of materials listed in my report that speak

10  to these issues.

11     Q      Do you have an opinion about which of

12  the key features of the Maytag washers could impact

13  the existence or amount of the price premium

14  associated with Energy Star?

15                 MR. MARCHESE:  Objection, lacks

16        foundation.

17                 THE WITNESS:  Could I have the question

18        reread, please.

19  BY MR. BELLAMY:

20     Q      Do you have an opinion about which of

21  the key features of the Maytag washers could impact

22  the existence or amount of the price premium

23  associated with Energy Star?

24                 MR. MARCHESE:  Objection to form.

25                 THE WITNESS:  I think your question has

1        an assumption in it that doesn't apply to

2        contingent valuation methodology.  The survey

3        I designed provides information to the

4        respondents asking them to assume that all

5        features in the washing machines that I've

6        asked them to consider have the same features

7        with the exception of the Energy Star label.

8  BY MR. BELLAMY:

9        Q      So you asked them to assume they had

10  the same features, but you also identified those

11  features; is that right?

12       A      I did identify those features.

13       Q      Another way of getting at my question,

14  if you were to leave off the list one of the

15  features that you did identify, do you expect that

16  would impact the amount of the price premium survey

17  respondents would say they would pay for

18  Energy Star?

19       A      It's a hard question to answer.  It

20  requires speculation on my part on how respondents

21  would react to the survey that I programmed and

22  designed.

23       Q      In Paragraph 9 of the first -- sorry,

24  the second sentence, you refer to the "study target

25  population."

Page 83

1          What does that refer to?

2     A     The "study target population," meaning

3     the population of individuals that had purchased the

4     Centennial washing machines and therefore would be

5     class members.

6     Q     Did you do any research into the people

7     who comprised the study target population in terms

8     of gender, age, income, any attribute like that?

9     A     I was not aware of any information that

10    could give me a demographic read or breakout of the

11    class members.  So I did not actually look at that

12    because, to my knowledge, that information is not

13    available.

14    Q     If it were available, would you have

15    considered it?

16    A     I would consider that.

17    Q     Would it help refine the contingent

18    valuation survey if you had information about the

19    demographic makeup of your study target population?

20         MR. MARCHESE:  Objection, lacks

21         foundation.

22         THE WITNESS:  Potentially, it would be

23         useful.

24    BY MR. BELLAMY:

25    Q     And how might it be useful?

1        A       It would be information I could use to

2   help me think through the sample design for the

3   study.

4        Q       And what does "sample design" in that

5   answer refer to?

6        A       How I design the actual protocol for

7   identifying the right respondents for this survey.

8        Q       If you had information about the

9   demographic makeup of the study target population,

10  would you attempt to design a protocol that would

11  identify respondents who would mimic that

12  demographic?

13       A       I would not attempt to mimic the

14  demographic information provided to me.  It all

15  depends on how reliable and trustworthy and accurate

16  this demographic information is and whether, in my

17  expert opinion, it is something that I can or cannot

18  rely on.  If I identify a lot of missing data or

19  other reasons to give me suspicions that the data

20  are not accurate, then potentially I would not use

21  it at all to design my sample.

22       Q       Understood.  Assuming there were no

23  problems with the data and you had some sense of

24  what the composition of your study target population

25  is, as an expert in contingent valuation, would you

Page 85

1    want your sample design to approximate that

2    demographic information?

3         A      It is a very significant obstacle to

4    collect the kind of information that you're talking

5    about.  If in a best-case scenario that information

6    were made available to me and it were accurate and

7    it were reliable, I would certainly consider it for

8    targeting my survey sample appropriately.  However,

9    my expert opinion, this is a very rare circumstance

10   where that kind of information is actually made

11   available or is available.

12        Q      Have you ever had occasion to look into

13   the existence of demographic information for major

14   home appliance buyers?

15        A      I can't think of anything off the top

16   of my head on this point.  I certainly have

17   conducted research in the past involving home

18   appliances.  However, I would not consider that

19   information to be transportable or reliable for

20   informing what the demographic profile should be for

21   this specific sample of purchasers of Maytag

22   Centennial washing machines.

23        Q      Have you conducted a contingent

24   valuation with respect to home appliances outside of

25   the context of this litigation?

1      A      I have.

2      Q      Can you tell me about that?

3             MR. MARCHESE:  I just want to -- I just

4      want to caution the witness that, you know, if

5      there are any confidentiality agreements or

6      anything like that that, you know, you might

7      be bound by and you're unsure of, whether

8      you're at liberty to divulge the specific --

9      the specifics to answer that question, you

10     know, just consider that for your answer.

11            THE WITNESS:  The situation is that the

12     one study that I can think of now that applies

13     to your question is considered confidential,

14     and I am not -- or do not have permission to

15     talk about that particular research study.

16 BY MR. BELLAMY:

17     Q      When you say "confidential," what do

18 you mean?

19     A      My understanding is that the two

20 parties in the case have reached an agreement, and

21 part of that agreement involves individuals such as

22 myself as an expert on the case are not permitted to

23 disclose any information related to the work that we

24 did.

25     Q      Did you review the terms of any

1    agreement or consult with anybody about the scope of

2    the confidentiality that might apply before this

3    deposition?

4         A     I did not see a need to consult before

5    this deposition on this point.

6         Q     So the only other time you've conducted

7    a contingent valuation for the same kind of product

8    at issue in this case, you didn't think that was

9    going to come up today?

10              MR. MARCHESE:  Objection.  That's

11         argumentative.  You asked him whether he

12         conducted some work for a contingent valuation

13         survey.  He said he did, and he said he's not

14         at liberty to discuss the details of it

15         because of the confidentiality agreement.

16              I mean, what's your problem?  What's

17         your problem with that?

18              MR. BELLAMY:  My problem is that, A,

19         it's not how confidentiality works.  He can't

20         just say nothing about it.  So we're going to

21         get into the details, and so I'm asking him if

22         he knows the scope of the confidential

23         protections he's under because if he came to

24         this deposition without preparing in that

25         regard, that's a failing on both of your

Page 88

```
 1        parts.
 2              MR. MARCHESE:  What are you even
 3        talking about?
 4   BY MR. BELLAMY:
 5        Q     What was the product at issue?
 6        A     I have been given a --
 7              MR. MARCHESE:  You could just say in
 8        general what the product was, not specifics as
 9        to, you know, any make or model or anything
10        like that.
11              THE WITNESS:  A large kitchen
12        appliance.
13   BY MR. BELLAMY:
14        Q     And you conducted a contingent
15   valuation with respect to the large kitchen
16   appliance?
17        A     I did.
18        Q     And was the purpose of that to identify
19   a price premium?
20        A     It was.
21        Q     Was it to identify a price premium
22   associated with Energy Star?
23              THE WITNESS:  Counsel, am I at liberty?
24              I feel that -- if I could just -- I've
25        been given by counsel an understanding that
```

Page 89

1        the settlement in this case is a strict one

2        and that the concern I have is that we're

3        going down a road of a series of questions

4        that will allow for the identification of not

5        only the case parties and exactly which

6        products are in question.

7   BY MR. BELLAMY:

8        Q     That's not my goal.  Your attorney here

9   will keep me from doing that.  I'm just trying to

10  see how applicable your prior experience is to what

11  you did in this case, and I'm trying to do that

12  without you divulging any specific identifying

13  information.

14            So I'll repeat my question.

15            Was your contingent valuation designed

16  to identify the price premium associated with

17  Energy Star for this kitchen appliance?

18            MR. MARCHESE:  You can answer yes or

19     no.

20            THE WITNESS:  As best I recall, yes.

21  BY MR. BELLAMY:

22        Q     Have you conducted any other contingent

23  valuation studies for any other major home

24  appliances, inside or outside the context of

25  litigation?

Page 90

```
 1      A      Allow me to think for a moment, please.
 2             Your question is about outside
 3  litigation as well as inside, correct?
 4      Q      Yes.
 5      A      I can't think of any others as I sit
 6  here today.
 7      Q      Have you conducted other contingent
 8  valuation studies inside or outside of the context
 9  of litigation to identify the price premium for
10  Energy Star?
11      A      Outside the one that you and I just
12  previously established?
13      Q      Correct.
14      A      No.
15      Q      And without telling me the amount at
16  issue in the other case, was the price premium you
17  identified the same as the price premium here?
18             Do you mean --
19             MR. MARCHESE:  Objection, form.
20             THE WITNESS:  If I could ask a
21        clarifying question:  Are you referring to the
22        actual discount value, or price premium share
23        percentage?
24  BY MR. BELLAMY:
25      Q      Here you identified 48.5 percent; is
```

Page 91

1   that right?

2        A      Correct.

3        Q      And that's the share percentage?

4        A      Yes.

5        Q      Okay.  So, yes, in terms of the share

6   percentage, are they the same?

7        A      I don't remember the exact number.

8        Q      Do you remember if it was the same?

9        A      I don't remember the exact number.

10       Q      Do you remember if it was higher or

11  lower?

12              MR. MARCHESE:  Objection.

13  BY MR. BELLAMY:

14       Q      Than the one here?

15              MR. MARCHESE:  Objection, asked and

16       answered.

17              THE WITNESS:  I don't remember how

18       close or distinct it was from it.

19  BY MR. BELLAMY:

20       Q      How long ago was the contingent

21  valuation you performed in this other matter?

22       A      I would estimate approximately a year

23  before this study was done.

24       Q      Were you deposed in that case?

25       A      I was.

Page 92

1        Q       And did that appear on your list of

2    prior depositions that you produced to us?

3        A       I would have to look at it to confirm.

4        Q       I mean, would you have left it off

5    because it was subject to a confidentiality order?

6        A       I don't recall counsel telling me I

7    needed to take case off my record.  My assumption is

8    that it would be on there.

9                If I could, sir, interject at this

10   point in time because it may be an appropriate

11   moment to mention it, since I wrote --

12               Is it possible that I could see my CV?

13       Q       Sure.  I mean, I'm going to introduce

14   it in time.

15       A       We'll get to that, then.

16       Q       Okay.  If you could turn to page 23 of

17   your report.

18               Paragraph 36 refers to an online panel

19   sample owned and operated by Survey Sampling, Inc.

20               What is an "online panel sample"?

21       A       In this case, it is a prerecruited

22   sample of U.S. households with Internet access who

23   have agreed to participate in online marketing

24   surveys.

25       Q       Are they paid for participating in

Page 93

1    online marketing surveys?

2         A       I'm not sure if the respondents

3    received any compensation at all for this study.

4         Q       Do you know if they are paid generally

5    to be members of the online panel sample?

6         A       They generally receive token

7    incentives, very small amounts of money.  Sometimes

8    they're enrolled in sweepstakes programs for

9    give-aways of different kinds; a very modest level

10   of incentives used.

11        Q       You mentioned that the sample is owned

12   and operated by SSI.

13                What does that mean?

14        A       That is a company, Survey Sampling,

15   Inc., and they own this panel.

16        Q       And how does SSI recruit its panel

17   samples?

18        A       They recruit their panel samples very

19   much like other firms in their space.  They recruit

20   individuals who sometimes respond to online

21   advertising, asking if individuals are interested in

22   participating in research or households that

23   approach them, understood in participating in

24   research.  A variety of means of soliciting

25   households that would participate in projects

Page 94

1    online.

2         Q      And you mentioned that the pool of

3    survey participants is limited to people who had

4    access to the Internet?

5         A      In one form or another.

6         Q      What does that mean?

7         A      There's many different ways to have

8    Internet access.  You can have it through work,

9    through your household, through your smartphone.  So

10   they need to have some form of Internet access by

11   whatever means.

12        Q      Do you know if SSI provided them access

13   to the Internet in any instance?

14        A      I know they did not.

15        Q      You state in Paragraph 35 that you

16   recruited a "U.S. nationally represented sample."

17               How are they nationally representative?

18        A      It was a sample designed to mimic or

19   represent the major demographic groups in the

20   United States across all 50 states and the District

21   of Columbia.

22        Q      And what do you mean by "major

23   demographic groups"?

24        A      Survey Sampling, Inc. has a selection

25   routine.  When they draw a sample from their pool,

Page 95

```
 1    the pool consists of many, many households that draw
 2    a sample representing a small cross-section of that
 3    larger pool, and they attempt to have that sample be
 4    balanced per the U.S. census demographics for age,
 5    gender, and other categories.
 6              MR. MARCHESE:  Hey, Galen, just
 7         whenever you have a good breaking point, I
 8         would just appreciate another quick break.
 9              MR. BELLAMY:  We can do it now.
10              VIDEO OPERATOR:  We're off the record
11         at 11:37.
12              (Brief recess.)
13              VIDEO OPERATOR:  This is the beginning
14         of File 4.  We're going back on the record at
15         approximately 11:48 a.m.
16    BY MR. BELLAMY:
17         Q     Dr. Dennis, if you could look at the
18    three bullet points under Paragraph 35 of your
19    report.
20              The first paragraph down indicates that
21    you recruited consumers who had purchased a
22    top-loading washer since 2005 that is comparable to
23    the at-issue Maytag washers; is that right?
24         A     I see that.
25         Q     In what way were the washers the survey
```

Page 96

1  respondents purchased comparable?

2      A      That refers to the top-loading feature.

3      Q      Any other features?

4      A      I believe my survey only asks about

5  that feature.  It asks about top-loading and

6  front-loading to distinguish those two different

7  types of washing machines.

8      Q      And why did your survey focus on only

9  the top-loading feature as opposed to other features

10  of washing machines?

11      A      I believe that's one of the main

12  distinguishing features of the Centennial washing

13  machines, is the top-loading feature.

14      Q      Would you have been concerned if you

15  included purchasers of front-loaders that it could

16  have skewed the results in some way?

17      A      My concern was that respondents may

18  have trouble understanding my survey questions if

19  addressed toward a front-loading machine.

20      Q      And could you elaborate on that?

21      A      Because front-loading machines strike

22  me as very different.  They typically cost more.

23  They, as I just mentioned, have a higher price

24  point.  I wanted to have washing machines that would

25  have, at least on this key feature, resemble the one

Page 97

1   that they actually purchased.

2        Q     Did you consider limiting purchases of

3   top-loaders to top-loaders with comparable price

4   points to the Maytag washers at issue?

5        A     No, I did not consider that.

6        Q     Are you familiar with high-efficiency

7   top-loading washers?

8        A     Yes, I have seen those.

9        Q     Do you understand that their price

10  point is comparable to front-loading washers?

11            MR. MARCHESE:  Objection, lacks

12       foundation.

13            THE WITNESS:  I'm not an expert in

14       that, but I'm not surprised that they would be

15       more expensive than other kinds of

16       front-loading machines.

17  BY MR. BELLAMY:

18       Q     Are you concerned that any of your

19  survey respondents who may have owned

20  higher-price-point, high-efficiency top-loading

21  washers would have been confused by your questions?

22       A     No.  I think the survey stands on its

23  own.  It's a very clear presentation of the

24  information to the respondents, and the qualitative

25  research I did with respondents indicated that my

1    respondents were understanding the questionnaire

2    very well.

3         Q       Did you interview any respondents who

4    owned a high-efficiency top-loading washer?

5         A       I would have to look at the notes that

6    are part of my report to have a comment on that.  As

7    I sit here today, I don't recall any respondents

8    volunteering that information.  That doesn't mean

9    that I did not have any of those high-efficiency

10   washing machine owners in my sample, but I don't

11   recall that information being volunteered to me.

12        Q       So I understood your reason for

13   excluding purchasers of front-loading washers was

14   because front-loading washers have a higher price

15   point than top-loaders.

16                Is there any other reason?

17        A       It's a different experience.  Also, the

18   Centennial washing machines are clearly top-loading

19   machines, and those three washing machines that are

20   a part of my study all have that in common.  So I

21   thought it was a common sense thing to do for my

22   survey.

23        Q       When you say "different experience,"

24   what experience is different?

25        A       From a user perspective, using a

1    top-loading machine versus a front-loading machine.

2         Q       And did your survey ask questions about

3    using the washing machines at issue?

4         A       About using them?  About the user

5    experience?

6         Q       Whatever you just said, that the

7    experience was different.  And I asked you what, and

8    I thought you said that using them was different.

9                 So how is that relevant to your survey

10   if you didn't ask them about using the washers?

11        A       As a survey designer, you take into

12   account a lot of information, and you make

13   decisions.  You don't necessarily ask survey

14   questions about every single issue you think about.

15        Q       Do you know if the user experience for

16   high-efficiency top-loading washers is different

17   than a conventional top-loading washer?

18        A       I have no opinion on that or

19   information on that.  It's not germane to my

20   assignment or the design of the survey.

21        Q       So including potential purchasers of

22   high-efficiency top-loading washers with higher

23   price points that may have had a different user

24   experience would not be germane to your assignment?

25        A       Did you -- and this is just a question

Page 100

1    of clarification -- did you use the word "potential"

2    in your question?

3         Q    Yes, because we didn't know whether

4    people in your survey in fact owned high-efficiency

5    top-loaders or not.  That's why I said "potential."

6         A    I think I have a very representative

7    sample here that projects to the seven states that

8    are the focus of the litigation.

9              The results as I analyze the data

10   indicate to me, as well as the qualitative research,

11   that these are very robust findings, so the answer

12   to your question is no.

13        Q    Was it important to the reliability of

14   your survey that respondents be truthful in their

15   answers?

16        A    I did put a requirement for them in the

17   survey about that.

18        Q    And what was the requirement?

19        A    It's -- I would have to look at my

20   questionnaire.  I know I have a screen in there

21   about their promising to take the survey by

22   themselves.  I recall that in the survey.  I was

23   just trying to remember my exact wording on that

24   screen, whether I said "truthful" as well.  I don't

25   recall right now.

Page 101

1      Q      Would it be important to you whether
2  you instructed them to be truthful or not?
3      A      Actually, it's not necessary to
4  instruct the respondents to be truthful.  These are
5  statistical surveys of public opinion and consumers.
6  It's actually very unusual in my field for survey
7  usage experts to make an assumption or make a
8  statement to their respondents that their answers
9  must be truthful.
10     Q      But you thought for a moment that you
11  maybe did include that instruction, even though it
12  would be unusual to do that?
13     A      I was trying to remember exactly what I
14  put in that screen, whether I included the
15  "truthful."  As I mentioned, it's a rare occurrence
16  to tell respondents to be truthful.
17            There is a relationship between the
18  panel household and the panel company.  There's
19  procedures that companies use to assure the
20  panelists that their information is confidential,
21  that their anonymity is going to be protected, and
22  that relationship helps assure that the respondents
23  are giving truthful responses to the survey
24  questions.
25     Q      Was there any reason, given its rarity,

Page 102

1   that you thought you might have instructed consumers

2   here or respondents here to be truthful?

3        A     No.

4        Q     Nothing about this survey in particular

5   that would suggest to you that you would have

6   instructed them to be truthful?

7        A     Nothing at all.

8        Q     I take it they're not required to take

9   any oath like you took today at the beginning of the

10  deposition?

11       A     That also would be very unusual in a

12  survey.

13       Q     And you mentioned they were anonymous?

14       A     The respondents were anonymous unless

15  they provided consent for me to contact them as part

16  of the qualitative interviews I did.

17       Q     So that was the 10 people who you

18  conducted qualitative interviews for?

19       A     That's correct.  I was given their

20  contact information, so I had their name and

21  telephone number.

22       Q     So everybody else was anonymous,

23  though?

24       A     To be clear, those are the 10 people I

25  actually talked to and interviewed.  There were

Page 103

1    additional respondents in the pretest who provided

2    consent.

3         Q      Other than those people, were the

4    identities of the survey respondents anonymous?

5         A      All other respondents were anonymous.

6         Q      Was there any consequence to the

7    respondents if they didn't tell the truth?

8         A      Surveys are done in the United States.

9    As I mentioned before, we use our best practices to

10   respect our respondents and encourage them to take

11   all our survey questionnaires very seriously.

12              Your question is, are there

13   consequences to not telling the truth?  I will

14   attempt to respond to that question by saying if

15   respondents falsify data, if the panel company

16   detects that respondents are not taking the survey

17   seriously, then they are no longer part of the

18   panel.  They are removed from the panel.

19        Q      And how would the sponsoring company

20   detect that they were not taking the survey

21   seriously?

22        A      There are various techniques used, and

23   it varies from panel company to panel company.  I

24   would not say that there's one standard way, but

25   there are techniques for statistically analyzing the

Page 104

1   survey data to see if respondents are spending too

2   little time on each survey question; if, for

3   instance, they are engaged in behaviors that

4   indicate that they're responding the same way for

5   each question, for example, always picking the

6   "strongly agreed" point on a five-point agreement

7   versus disagreement scale.

8            So there's different statistical

9   techniques to identify respondents that simply don't

10  provide reliable data.  And that's one of the main

11  reasons I use SSI is that they have, in my view, a

12  more mature and sophisticated panel management

13  program than other panels.

14       Q    Did you report any of the survey

15  respondents to SSI as having not taken this survey

16  seriously?

17       A    I don't need to do that.  They have

18  their own cleaning procedures.  So they analyze and

19  have the ability to analyze data as well.

20       Q    So did you not report any respondents

21  to this survey as having not taken the survey

22  seriously?

23       A    It would not be my job.  There's no

24  expectation that I would do that.  It's SSI's job to

25  manage their own panel, not mine.

Page 105

1      Q      Did the survey respondents pay any

2    actual money for the washing machines identified in

3    the survey?

4      A      To make sure I understand your

5    question, I have a choice exercise for the

6    respondents.  They choose between two washing

7    machines.

8      Q      Correct.

9      A      And you're asking if they use their own

10   money?

11     Q      Correct.

12     A      No, they would not use their own money.

13   That would not be a normal practice in surveys.

14     Q      You mentioned just a moment ago -- if

15   you could turn to Paragraph 13, and then the actual

16   statement is excerpted on page 7 -- it says, "To

17   participate in the survey, you must agree to answer

18   the questions by yourself and without asking anybody

19   else in your household for help."

20              Is that what you were thinking of

21   earlier?

22     A      It is.

23     Q      Why is it important that respondents

24   not receive help from someone else in their

25   household?

Page 106

1        A      We want their opinions to be their own.

2        Q      What about help from other sources

3    other than other people, like Internet searches?

4        A       Internet searches.  There's -- the

5    answer to your question is it depends on the design

6    of the survey or the research objectives of the

7    survey.  There's some studies whose research

8    objectives were -- that would be a concern, and the

9    questionnaire designer would take steps to mitigate

10   that possibility.

11       Q      And for purposes of the survey you

12   conducted, were you indifferent to whether consumers

13   conducted independent research when answering the

14   survey?

15              MR. MARCHESE:  Objection to form.

16              THE WITNESS:  It was not something I

17          considered.  It was not something even today,

18          as I sit here today, I'm concerned about.

19              I can look at the amount of time spent

20          by the respondents on the surveys, and my

21          report already documents that the respondents

22          that spent relatively little time versus a lot

23          of time on the survey had the same valuation

24          estimates.  So there is a statistical way to

25          check whether what you're talking about has

Page 107

1          any impact or not.

2     BY MR. BELLAMY:

3          Q     Did you do a statistical analysis of

4     the consumers who took considerably longer to answer

5     the survey as opposed to those who answered it

6     quickly?

7          A     No, I did not.  I looked at the people

8     who had relatively short interviewing times and

9     compared that to the rest.

10          Q     Do you think people who would be

11     conducting independent research would take more time

12     or less time to answer the survey?

13          A     There's no reason for a respondent to

14     do any independent research at all in participating

15     in this survey research project.

16          Q     But there is no reason they couldn't,

17     either, right?

18          A     There is no motivation.  I've done

19     hundreds of surveys.  At last count, I'm up to

20     around 1500 online surveys that I've designed and

21     managed, and many of those involve qualitative

22     research and validation studies with the

23     respondents.

24               Respondents simply don't take enough

25     initiative.  They're not that interested in the

Page 108

1   research studies to engage in conducting their own

2   research while participating in the survey you

3   design.

4        Q      Would it be relevant to your survey if

5   some consumers did research on what "Energy Star"

6   meant in answering the question?

7        A      My response to that would be I would be

8   very surprised that they would take that initiative,

9   mostly because the market research data indicates

10  that over 90 percent of U.S. consumers already know

11  about the Energy Star program, and it's a documented

12  market research finding that the vast majority of

13  American consumers are actually influenced by the

14  Energy Star brand and label.  So I cannot put

15  together a compelling reason why a respondent would

16  make an effort to do research on the Energy Star

17  brand.

18             MR. BELLAMY:  I move to strike as

19        nonresponsive.  That was obviously not my

20        question.

21  BY MR. BELLAMY:

22        Q      Would it be relevant to your survey if

23  respondents did conduct research into Energy Star in

24  answering your survey?

25        A      I think I just explained why, in my

Page 109

1    opinion, consumers are not going to engage in the

2    behavior that you just described.

3         Q     And I didn't ask you whether they were;

4    I asked you whether it would be relevant if they

5    did.

6         A     I'm explaining why it's not relevant

7    whether they did because I see no motivation on

8    their part to engage in that behavior whatsoever.

9         Q     Okay.  So the answer to the question is

10   you don't think it's relevant if they did conduct

11   independent research into Energy Star?

12              MR. MARCHESE:  Objection, asked and

13        answered.

14              THE WITNESS:  Your question, of course,

15        has an "if" statement, and I'm denying that

16        the "if" actually happens.

17   BY MR. BELLAMY:

18        Q     Well, that's the point of my moving to

19   strike your past response.  I get that you're saying

20   it doesn't happen.  That's not the question.

21              If it did happen, would that be

22   relevant to your survey?

23        A     No.

24        Q     The question that's excerpted on

25   page 6, it says, "In the past 10 years since 2005,

Page 110

1    have you purchased a new washing machine or dryer?"

2            Why did you ask whether they purchased

3    a washing machine or a dryer?

4        A    I asked that question intentionally so

5    that -- let me back up.

6            The first consideration there is that I

7    wanted to be vague about the criteria I was using to

8    select the respondents for the contingent valuation

9    survey.

10           In my opinion, it would have looked

11   potentially odd to the respondents if I asked about

12   washing machines exclusively there.  And

13   potentially, respondents could have discerned that I

14   was interested in washing machine purchasers in my

15   study, so this was an attempt to disguise my

16   selection criteria.

17       Q    Why would it matter at this stage of

18   the survey whether respondents surmised that you

19   were interested in washing machines?

20       A    I just answered that question.

21       Q    I meant, the slight variation on the

22   question was, why at this point in the survey was it

23   important?

24       A    I'll just elaborate on my prior

25   response.  This is the screening section of the

Page 111

1   survey.  The screening section of the survey is

2   where the selection criteria potentially could be

3   discerned by the respondents.  So in the screening

4   section of the survey, survey designers like myself,

5   if they're competent, will attempt to disguise the

6   selection criteria.  So this is the stage in a

7   survey where potentially respondents could figure

8   out what the selection criteria are.

9        Q      And that's relevant at the screening

10  stage, but not once they have been selected to

11  participate in the survey?

12       A      That is correct.

13       Q      Back to the point about independent

14  research of Energy Star, I understood that you

15  testified that you didn't think it would be relevant

16  to your survey whether or not respondents were

17  conducting independent research into Energy Star,

18  right?

19       A      Yes.

20       Q      Okay.  And as I understood, part of

21  your reasoning for that was because you understand

22  that most consumers are already familiar with

23  Energy Star.

24              Is that right, or is there something

25  I'm missing?

Page 112

1     A     That is in the market research

2    literature.  That's correct.

3     Q     Would it be relevant to your survey if

4    a consumer learned additional details about

5    Energy Star than what would have been presented to

6    them by simply looking at the Energy Star label in

7    your survey?

8     A     Could you restate or simply say your

9    question one more time, please?

10     Q     Sure.  Let me rephrase it.

11          The market research you identified,

12    what specifically did it state about familiarity

13    with Energy Star?

14     A     I put my findings in my report.  It

15    showed that over 90 percent of the respondents -- or

16    consumers, rather -- rely on Energy Star.  I believe

17    that it was the second-rated most influential label

18    after Good Housekeeping as a brand.

19     Q     So did the consumer research you're

20    referring to say anything about whether purchasers

21    of top-loading washing machines understand how much

22    energy an Energy Star washing machine is supposed to

23    use?

24     A     I did not examine research on the point

25    you just brought up.

Page 113

1      Q      Have you seen any research saying that

2  consumers of top-loading washing machines know that

3  Energy Star implies a certain annual operating cost

4  for their washing machine?

5      A      All the research I've done on this

6  indicates that respondents understand the

7  Energy Star label as a grade of pass; that the

8  machine or the product in question has passed the

9  Energy Star program guidelines, and they understand

10  it as an outcome of this is approved by the federal

11  program.  That's my understanding of what the

12  consumer market research indicates about the

13  Energy Star program.

14      Q      What consumer market research can you

15  point to that said that consumers understand that

16  "Energy Star" means it's been approved by the

17  federal government?

18      A      I think in my list of considered

19  materials, there are -- there are citations to this

20  effect.

21      Q      That "Energy Star" means it's been

22  approved by the federal government in consumers'

23  minds?

24      A      And that it is a good seal of approval

25  by federal reviewers.

Page 114

1     Q     So getting back to the original

2   question that I still don't think I have an answer

3   to, did you see any consumer research indicating

4   that consumers understand "Energy Star" to imply a

5   certain annual operating cost for washing machines?

6     A     I'm not aware of research on that.  And

7   if it were available, I would look at it potentially

8   to see what they understand, but it's not material

9   to the design of my survey.

10     Q     So consumers who did independent

11   research into information about Energy Star beyond

12   what the consumer marketing research suggests

13   consumers generally know, would that be relevant to

14   your survey?

15               MR. MARCHESE:  Objection, calls for

16         speculation.

17               THE WITNESS:  Could you or the court

18         reporter replay the question.

19   BY MR. BELLAMY:

20     Q     If consumers who were responding to

21   your survey did research into aspects of Energy Star

22   beyond what the consumer research you referenced

23   indicates consumers generally know about Energy

24   Star, could that be relevant to your survey?

25     A     No.

Page 115

1    Q    Why not?

2    A    The scope of my assignment is and

3  continues to be to measure the price premium paid

4  that is attributable to the Energy Star label.  I

5  had a very simple assignment, and I designed the

6  survey with a similar simplicity to isolate the

7  value that consumers place on this Energy Star

8  label.

9           It's not within my scope to take on

10  additional measurements of people's opinions,

11  attitudes, perceptions of the Energy Star program or

12  the label.  My focus is very narrow on isolating,

13  measuring that price premium paid.

14    Q    And that wasn't important in trying to

15  isolate that price premium, that you control the

16  amount of information about Energy Star that you

17  included in your survey?

18    A    It was important for me to show, in my

19  view, the Energy Star label, which I did in my

20  survey.  So when you phrase the question, was it

21  important to me to control this information, the

22  answer is yes, I controlled the information in

23  exactly the way I wanted to.

24    Q    And so -- but your view is that it's

25  irrelevant whether respondents went out on their own

Page 116

1   and learned additional information about Energy Star

2   than was presented in your survey when responding to

3   your survey?

4        A      I believe my survey is reliable and

5   accurate, even if some respondents -- and I deny

6   that's anything that could have happened with any

7   frequency -- but if there were some respondents that

8   went online during my survey to learn more about the

9   Energy Star program, I think that had no impact on

10  my survey results.

11       Q      Were survey respondents allowed to ask

12  questions during the survey?

13       A      Maybe there's a mischaracterization of

14  my survey.  This is an online survey.  Respondents

15  are taking a survey online using their computer,

16  typically, or tablet, so it's a self-administered

17  survey where they are the ones answering the

18  questions.

19       Q      So they couldn't type in to anybody and

20  say, "Hey, I have a question about this question I'm

21  being asked"?

22       A      That's correct.  That would be a very

23  unusual feature in an online survey.

24       Q      Why did you screen for consumers who

25  had purchased a top-loading washing machine in the

Page 117

1    past 10 years?  Why that period of time?

2         A      I wanted to cast a broad,

3    representative net of respondents.  I wanted to also

4    disguise the screening criteria, which I mentioned

5    before is very important for a survey designer.

6              I thought that it would have looked odd

7    to the respondents if I chose a year such as 2009.

8    That's a very specific response category.  I think

9    it could have caused respondents to think harder

10   than I wanted them to about the selection criteria.

11   The 2005-to-present way of looking at it, I think,

12   struck the respondents as making sense.  These are a

13   broad 10-year period.  So it was an intentional

14   design element for me.

15             The other part is that I knew that I

16   was going to be asking respondents about their most

17   recent purchases, so it's possible that someone said

18   they purchased a washing machine at 2005, in which

19   case, of course, they get further into the survey,

20   but it's possible that they also purchased and

21   replaced that washing machine in 2010 or later.

22             So those are some of the considerations

23   I had in using that time window.

24        Q      So if the most recent purchase a

25   respondent had was in 2005, was their 10-year-old

Page 118

1    purchase of a top-loading washers, would that

2    experience be relevant to your -- to the washing

3    machine market today?

4              MR. MARCHESE:  Objection to form.

5              THE WITNESS:  Relevant to the market

6         experience today?

7              The answer to your question is, I'm not

8         doing a market experience survey.  My research

9         objective was to measure the price premium

10        paid, not to do a study of market experiences.

11   BY MR. BELLAMY:

12        Q    So is it irrelevant that a survey

13   respondent's last personal exposure to the washing

14   machine market might have been 10 years before they

15   answered the survey you provided?

16             MR. MARCHESE:  Can I just hear that

17        back, please?

18             (At which time the following question

19        was read back by the reporter:

20             "QUESTION:  So is it irrelevant that a

21        survey respondent's last personal exposure to

22        the washing machine market might have been 10

23        years before they answered the survey you

24        provided?")

25             MR. MARCHESE:  Objection to form.

Page 119

1           THE WITNESS:  As I understand your
2       question, it is not relevant.  The purchasers
3       from 2005 provided reliable and valid survey
4       situated survey responses.  And, in fact, if
5       one were to examine the survey data that I
6       provided for this case, a very simple analysis
7       shows that the refrigerator purchasers from
8       that 2005-2008 time period, they had the same
9       valuations of the Energy Star label as the
10      other groups.  So just looking at the data
11      indicates that those respondents are a
12      representative sample of the whole.
13          MR. MARCHESE:  I think you may have
14      misspoken, by the way.  I think you said the
15      word "refrigerator" purchasers?
16          MR. BELLAMY:  I thought we won the
17      case.  This is about washing machines.
18          THE WITNESS:  The washing machines,
19      obviously.
20  BY MR. BELLAMY:
21      Q     Yes, of course.
22          Do you think survey respondents were
23  answering survey questions based on their current
24  knowledge and experience of Energy Star?
25      A     I did ask the respondents to consider

Page 120

1   what was important to them during the time that they

2   made their last purchase of a washing machine.  So

3   respondents, to the extent they took that

4   instruction very seriously, I was asking them to

5   think about that point in time when they bought

6   their last washing machine.

7              So it's -- respondents were bringing

8   their current state of knowledge to this as well as

9   shown in my qualitative research that I did with

10  those 10 respondents.

11      Q     Did you ask respondents, based on their

12  historical top-loading purchase, whether they had

13  purchased an Energy Star washer?

14      A     I don't believe I had any questions

15  about whether they've ever purchased an Energy Star

16  washing machine.

17      Q     Are you aware of any differences in the

18  competitive environment between 2005 and today that

19  could impact the value of an Energy Star rating?

20              MR. MARCHESE:  Objection, lacks

21         foundation.

22              THE WITNESS:  I personally have not

23         done historical research on the Energy Star

24         program, so I don't have a comment or an

25         opinion on that.

Page 121

1   BY MR. BELLAMY:

2        Q      Do you have an opinion about whether

3   the price premium associated with the Energy Star

4   label on these washers could change over the passage

5   of time?

6        A      Your question is whether the label

7   itself has changed over time?

8        Q      No, whether the price premium

9   associated with the label would change over the

10  passage of time.

11            MR. MARCHESE:  Objection to form.

12            THE WITNESS:  That would require

13       speculation on my part.

14  BY MR. BELLAMY:

15       Q      So are you speculating that the price

16  premium associated with the washer sold in 2009 was

17  the same as the respondents in 2015 identified?

18       A      My testimony is that my survey provides

19  a reliable and valid measurement of the price

20  premium of these purchasers, irrespective of when

21  they made the purchase in this 2005-2015 time frame.

22       Q      I understood you to say that you would

23  have to speculate as to whether the passage of time

24  would have an impact on the price premium associated

25  with the Energy Star label.

1          MR. MARCHESE:  Is that a question?

2          MR. BELLAMY:  Yes.

3          MR. MARCHESE:  Objection to form.

4          I wasn't sure what the exact question

5     was.

6  BY MR. BELLAMY:

7     Q     Was I correct that you testified that

8  you would have to speculate as to whether the

9  passage of time could have an impact on the price

10 premium associated with Energy Star?

11    A     I did say that earlier in the context

12 that I'm not an expert in the history of the

13 Energy Star program.

14    Q     So what is your basis other than

15 speculation for stating that the six years that

16 passed between 2009 and 2015 did not impact the

17 price premium attributable to the Energy Star label

18 on these washing machines?

19    A     The basis for my opinion is the

20 consumer market research that I put forward in my

21 report that shows the enduring value of the

22 Energy Star label to consumers.

23          Many of the citations in my report come

24 from this time period -- not very recently, but

25 going back to 2009, 2010 -- demonstrating that

Page 123

1   consumers back then did place a large value on the

2   Energy Star label.

3        Q       Did any of those market research

4   studies quantify the value?  Did they identify a

5   price premium?

6                 MR. MARCHESE:  Objection to form.

7                 THE WITNESS:  No, of course not.

8   BY MR. BELLAMY:

9        Q       So other than speculation, what basis

10  do you have for concluding that the amount of the

11  price premium did not change between 2009 and 2015?

12                MR. MARCHESE:  Objection to form.

13                THE WITNESS:  My professional opinion,

14       based on having done literally thousands of

15       surveys at this point, is that the Energy Star

16       label has such a remarkable hold on the

17       consumer mind -- and it's been that way for a

18       significant period of time, including the

19       2009, 2010 time period -- that it is very

20       reasonable to draw the conclusion that the

21       consumers value this Energy Star label to such

22       a great deal that the price premium paid

23       estimates in my survey are projectable to the

24       2009, 2010 period when the class members

25       purchased these washing machines.

Page 124

1    BY MR. BELLAMY:

2        Q       You've conducted, I think you said, one

3    contingent valuation related to Energy Star; is that

4    right?

5        A       I did mention that earlier.

6        Q       What was the year that the products in

7    question were being sold, or years?

8                MR. MARCHESE:  We're not going to get

9          into that because this just gets into the

10         details of confidential information.

11               MR. BELLAMY:  So you're not going to

12         let him answer the question of the years they

13         were sold?

14               MR. MARCHESE:  It's confidential.

15               MR. BELLAMY:  So are you instructing

16         him not to answer?  You have to instruct him

17         not to answer, or he has to answer.

18               MR. MARCHESE:  I just did.

19               (Witness instructed not to answer the

20         question.)

21               MR. BELLAMY:  So do it.

22               MR. MARCHESE:  I just did.  Why am I

23         going to do it again?

24               MR. BELLAMY:  If you are confident that

25         you can instruct the witness not to answer

Page 125

```
 1          what year the products he conducted the
 2          contingent valuation were sold --
 3                  MR. MARCHESE:  If you have a problem,
 4          we can call the judge and get it sorted out.
 5                  MR. BELLAMY:  We might get it sorted
 6          out.  I'm trying to explore --
 7                  MR. MARCHESE:  We can do it right now.
 8          We can call the judge right now.
 9                  MR. BELLAMY:  It's a kitchen appliance.
10          What difference does it make what year it was
11          sold?  How could it possibly be confidential
12          what year they were sold?
13                  MR. MARCHESE:  I'm not the witness.
14                  MR. BELLAMY:  I'm taking a position.
15                  MR. MARCHESE:  I understand.  The
16          position's taken.  It's confidential.
17                  MR. BELLAMY:  I'm asking you to explain
18          it.
19                  Why is the year these kitchen
20          appliances were manufactured confidential?
21                  MR. MARCHESE:  Because it is.
22                  MR. BELLAMY:  Because it is.
23                  MR. MARCHESE:  According to the terms
24          of the agreement.
25                  So, you know, move on.
```

Page 126

1    BY MR. BELLAMY:

2         Q       Have you had occasion in any context to

3    study the impact that the passage of time has on the

4    price premium associated with the Energy Star label?

5         A       I think I gave my best answer to that

6    in my prior response and with respect to my

7    examination of the consumer market research on the

8    public's perceptions of the Energy Star label.

9                 Beyond that, that's the research that

10   I've done.

11        Q       Are you a marketing expert?

12        A       I'm not technically a market research

13   expert.  I'm a survey research expert.  I believe

14   I'm competent to analyze market research articles

15   and publications and report on them, but I am an

16   expert first and foremost in survey research.

17        Q       Have you read market research or

18   publications about the Energy Star label?

19        A       I have.

20        Q       Can you identify those?

21        A       There was -- I cannot tell you the name

22   of the article.  I read an interesting article that

23   used a conjoint design of the Energy Star label that

24   quantified the percentage share of the value -- in

25   that case, it was a study about refrigerators --

Page 127

1    that could be attributable to the Energy Star label.

2         Q      Did you rely on that study in forming

3    your opinions in this case?

4         A      I took it in as background information.

5    I don't think I relied on it in any way here.  My

6    opinions stand what they are without having looked

7    at that article.

8         Q      And just so I understand it, that

9    article concerns a contingent valuation of the price

10   premium associated with Energy Star?

11        A      Not contingent valuation.  I think that

12   was a conjoint survey.

13               MR. BELLAMY:  Do you want to break for

14        lunch?

15               MR. MARCHESE:  Sure.

16               VIDEO OPERATOR:  We are off the record

17        at 12:29 p.m.

18               (Lunch recess.)

19               (Attachment E, Survey Questionnaire for

20        the Main Study was marked Dennis-2 for

21        identification.

22               (Attachment F, Online Screen Captures

23        for the Main Study Survey Questionnaire was

24        marked Dennis-3 for identification.)

25               (Attachment H, Statistical Frequencies

Page 128

1         for the Main Study Survey Results were marked

2         Dennis-4 for identification.)

3             VIDEO OPERATOR:  This is the beginning

4         of File Number 5.

5             We are going back on the record at

6         approximately 1:18 p.m.

7    BY MR. BELLAMY:

8         Q    Dr. Dennis, I'm handing you an exhibit

9    that's been marked Number 2 for your deposition.

10            Can you tell me what this document is?

11        A    This is an attachment to my Declaration

12   and Expert Report, Attachment E, Survey

13   Questionnaire for the Main Study.

14        Q    And does this document include every

15   question that was asked to survey respondents?

16        A    Let me do a brief scan.

17            Yes, this is complete.

18        Q    If you could please turn to page 3.

19            I notice in what I'll call the sort of

20   the middle box there, there's a statement in all

21   caps in brackets:  "Terminate if respondent had not

22   purchased a washing machine or dryer."

23            What are the significance of statements

24   in all caps and brackets?

25        A    All caps indicates those are

Page 129

1    instructions for the programmer of the survey.

2         Q     Okay.  So this script would have been

3    provided to the programmer of the survey?

4         A     Yes.  What this is, actually, it's the

5    same questionnaire that I provide the programmer for

6    programming.

7         Q     And then at the very bottom of the page

8    in all caps and brackets, it says, "Terminate if

9    wash_no equals none."

10             Can you tell into what that means?

11        A     That means there's a variable called

12   "wash_no," and that corresponds to the column just

13   above that where it says "Washing Machines."

14             So if a respondent selects "None," then

15   the survey automatically takes the respondent to the

16   final thank you screen of the survey.

17        Q     And by answering "None" for washing

18   machines, that would exclude anybody who had only

19   bought a dryer, for example?

20        A     That's correct.

21        Q     I'm handing you a document marked

22   Exhibit 3.

23             Take a moment to review that, please.

24        A     Okay.

25        Q     Can you tell me what that is?

Page 130

1       A       This is Attachment F to my Declaration

2    and Expert Report, "Online screen captures for the

3    main study survey questionnaire."

4       Q       There are no numbered pages, but I

5    notice at the top of each page, there's a line with

6    a percentage on it.

7               What does that correspond to?

8       A       The line that you're referencing is

9    intended to give respondent feedback on how far

10   they've completed the survey.

11      Q       Okay.  Could you turn to the page that

12   has "28 percent" on that line?

13      A       Yes.  I'm there.

14      Q       Okay.  And this question asks the

15   consumer to finish populating the last two digits of

16   the year they purchased a top-loading washer; is

17   that right?

18      A       That's correct.

19      Q       And the way this question would have

20   been phrased in any individual respondent's survey

21   would have depended on how they answered the prior

22   question in terms of whether they identified one,

23   two, or three washing machines?

24      A       That's correct.

25      Q       If you could turn back to Exhibit 2, I

Page 131

1    just want to make sure I'm reading this correctly.

2              The page we were just looking at on

3    Exhibit 3 would correspond to the question on page 4

4    of Exhibit 2; am I correct?

5         A    I have to go back to the 28 percent.  I

6    moved off that page, unfortunately.

7              On page 4 of Exhibit 2 you said, right?

8         Q    Yes.

9         A    That's correct.

10        Q    Okay.  I notice that the statement

11   towards the bottom in brackets "Range check 05

12   through 15" is not in all caps.

13             What is the significance of no capitals

14   versus all caps?

15        A    In that case, that should have been in

16   all caps.  It was a programming instruction.

17        Q    Okay.  Is that true also with respect

18   to the next line that begins "If out of range"?

19        A    That is true, yes.

20        Q    And that line that says "If out of

21   range value entered, display prompt "Valid years are

22   2005 through 2015.'"

23             Explain how that would have worked from

24   the respondent's -- survey respondent's point of

25   view.

1        A       For instance, if a respondent had typed

2    in "04" for 2004, then this message would have been

3    displayed in a pop-up box, and the pop-up box would

4    read exactly this message, "Valid years are 2005 to

5    2015."

6        Q       Because they had previously identified

7    themselves as having purchased a washer within the

8    last 10 years?

9        A       That's correct.

10       Q       Did you consider terminating the survey

11   based on an initial incorrect response as opposed to

12   providing them a prompt?

13       A       No.

14       Q       Did you give consideration to whether

15   entering a number outside of the 10-year range would

16   suggest they did not in fact buy a washer within the

17   10-year range?

18       A       I had no reason to think that that was

19   the case.  They had already told me that they had

20   bought the washing machine in the previous 10 years.

21               I expect for survey questions like

22   this, there's always the potential for data entry

23   error like this because they're punching in a

24   number; they're not picking a closed-end response.

25   So there's more risk for data entry there.  That's

Page 133

1    why I put in the valid range check.

2         Q      And would that pop up in response to

3    one out-of-range entry, or more than one?

4         A      It would pop up -- it would pop up

5    for -- I'm not sure how that worked.  I'm not sure

6    if it popped up once for each entry error, or did it

7    just pop up once to cover all three.  I don't

8    remember that.

9         Q      I'm handing you what's been marked as

10   Exhibit 4 for your deposition.  Please take a moment

11   to review it and let me know when you're finished.

12        A      Yes, I looked at it.

13        Q      Can you tell me what Exhibit 4 is?

14        A      This is my Attachment H to my expert

15   report.  The name is "Statistical frequencies for

16   the main study survey results."

17        Q      Okay.  I'd like to turn your attention

18   to the first page of Exhibit 4 and make sure I

19   understand what these various entries mean.

20               On the far left-hand column, the word

21   "valid" appears.

22               What does "valid" correspond to?

23        A      "Valid" are simply the valid response

24   options.

25        Q      So in this case, it's any one of the 50

Page 134

1    states that are listed as a valid response option?

2         A      Plus Washington, D.C., I believe.

3         Q      And then the next column over,

4    "Frequency," what does that refer to?

5         A      "Frequency" is just the raw counts of

6    respondents that selected that response option.

7         Q      So out of the total number of

8    respondents, 47 people indicated they're from

9    Alabama?

10        A      That's correct.

11        Q      And then "Percent," does that

12   correspond to the percentage of the total that the

13   raw number is?

14        A      If I could --

15        Q      Yes.

16        A      -- the nuance there is that denominator

17   is fixed to the 3,498, which corresponds to the

18   number of cases that started the screening survey.

19        Q      And some of those people were screened

20   out, for example, because they didn't purchase a

21   top-loading washer?

22        A      That is correct.

23        Q      Okay.  So can you explain to me why you

24   continue to tie the denominator to the total number

25   of people who started the survey?

Page 135

1      A      It's simply an industry standard.  It's

2  what people in my field typically do.

3      Q      And what does "Valid percent" mean?

4      A      "Valid percent" has a denominator that

5  is equal to the number of respondents that actually

6  answered the survey question.

7      Q      And "Cumulative percent"?

8      A      "Cumulative percent" is just like it

9  reads.  It's a cumulative percent.  So starting at

10  the top and working your way to the bottom, it

11  simply adds up the percent numbers.

12      Q      And then if you turn to the next page,

13  there are -- there are two words towards the bottom

14  that are "Totals" with two different numbers.

15             Can you explain what each of those

16  refers to?

17      A      Yes.  On page 2, there is a total there

18  that corresponds to the valid response options.  So

19  there's 3,377 respondents there who provided a valid

20  response for the state question.  As you can see,

21  there are 121 cases that did not provide a valid

22  response.  So the grand total that you see at the

23  bottom there is the valid total plus the system

24  missing total.

25      Q      And so "system missing," does that just

Page 136

1    mean somebody didn't answer it, or they somehow

2    answered incorrectly?  What does that mean?

3        A    In this case, it would mean they didn't

4    answer the question because this survey question is

5    simply a dropdown box.  So it means they did not

6    select an option from the dropdown box.

7        Q    And if that were to happen, are they

8    able to move on to the next question, or does the

9    survey terminate?

10       A    I believe it terminates them.  If you

11   look at the following screen at the top of page 3,

12   you'll see the "system missing" is 132, which makes

13   sense.  It's the 121 cases being carried forward to

14   the missing at the question at the top of page 3.

15       Q    And so should the number of missing be

16   increasing with every response, or at least not

17   decreasing?

18       A    That's the way it should work.

19       Q    Okay.  If you turn to page 5 of

20   Exhibit 4, does the second question on page 5

21   correspond to the questions we were looking at on

22   Exhibits 2 and 3 just a moment ago?

23       A    Are you talking about the 28 percent

24   one, or something else?

25       Q    The one that asked how many washing

Page 137

1   machines they purchased -- and what year, rather?

2        A     The 25 percent one; is that right?

3        Q     Oh.  That's what you're referring to.

4              You're right, the 28 percent.

5        A     Yes.  Those two correspond.

6        Q     And I notice that the beginning of the

7   text there, it says, "Q wash year_1," and then there

8   are two more boxes that follow on the next page that

9   say "Q wash year_2" and "Q wash year_ 3."

10             Do those three correspond to how many

11  washers they had identified in response to the

12  previous question?

13       A     That's correct.

14       Q     So there under "Q wash year_1," under

15  "Valid frequency," the first number is 1443.

16             Sorry, under "Frequency," what does

17  1443 correspond to?

18       A     I think those are missing.  If I'm not

19  mistaken, those would be respondents not asked the

20  question.

21       Q     Okay.  Is that the same convention

22  going forward, or sometimes is the nomenclature

23  missing, and sometimes it didn't?

24       A     Usually -- this is a different question

25  type at this point, so the programming is different,

Page 138

1    the questionnaire programming is different.

2              So the programmer in this case, in

3    reference to the variable Q wash year_1, they chose

4    to record the system missing cases in that row where

5    it's blank next to the word "valid."  And then in

6    other places where you have a typical close-ended

7    question, if it's helpful, I'll just explain that.

8              The question that corresponds to Q wash

9    year_1, that requires a numeric text entry which is

10   different from picking an option from a close-ended

11   response list.

12             So I think the way it works in that

13   survey system it has a different way of treating

14   missing data.

15        Q     Okay.  Thank you.

16             And then if you could turn to page 8 of

17   Exhibit 4.

18             How does on the box at the top, "Q wash

19   year counter," correspond to the question we were

20   just discussing?

21        A     I'm not sure.  I would have to look at

22   that.  That's not an actual survey question.  That's

23   a programming code.

24             So you're talking about "Q wash year

25   counter"?

Page 139

1      Q      Correct.  I guess I'm wondering what

2  the frequency of 44 corresponds to in that box.

3      A      I'm not sure as I sit here today.

4      Q      Could that be the number of people who

5  failed to enter a valid range?

6      A      I would -- I would take a few minutes.

7  If I looked at the actual program survey, I could

8  answer that question.  It's a reasonable hypothesis.

9           The point here is that this is not a

10 survey question.  This was something that the

11 programmers put in for their own logic checks on the

12 survey.

13     Q      Okay.  Turn back to page 7 of your

14 report.  Paragraph 14 refers to "Warm-up questions."

15           Can you explain the idea behind

16 "warm-up questions"?

17     A      Yes.  Warm-up questions are used in

18 discrete choice surveys, in contingent valuation

19 surveys to do exactly what my report says they're

20 intended to do, which is to help the respondent

21 mentally get into the appropriate frame of mind to

22 answer questions on a given topic because contingent

23 valuation involves eliciting from the respondent a

24 considered response where we're attempting to elicit

25 their value and make a considered choice between two

Page 140

1    products.

2              So therefore, it's advisable to ask a

3    couple of questions or more to help the respondent

4    think about the topic before you just go straight

5    into the choice questions.

6         Q     And how did you select the type of

7    warm-up questions that you asked in this survey?

8         A     Based on my past experience in

9    designing these surveys, I wanted to do something

10   relatively short.  I did not want a lot of warm-up

11   questions.

12             In my expert opinion, this is a topic

13   matter that is relatively simple.  It involves a

14   durable good, a washing machine, that this person

15   actually purchased in the last 10 years.  So in my

16   view, I did not need to do much in the way of

17   warm-up questions because it's a relatively easy

18   topic for the respondent.

19             I chose these on the basis of past

20   experience and what I thought would be a good user

21   experience for the respondent.

22        Q     If you'd turn to Exhibit 3.

23             If you'd turn to the page that

24   corresponds with the line of 39 percent.

25        A     I'm there.

Page 141

1      Q      And the title of that page, "Warmup
2  question for the contingent valuation survey," am I
3  correct in assuming that that title did not appear
4  on the survey respondent's screen?
5      A      That's correct.
6      Q      And then the next page of Exhibit 3
7  asks where the washer was purchased; is that right?
8      A      That's correct.
9      Q      And then the respondents could either
10 type in a response, or they'd click "Don't
11 remember"?
12     A      Yes.
13     Q      And was that the only warm-up question
14 that was asked:  Where they had purchased their
15 prior machine?
16     A      There's two.  There's the question we
17 just looked at.
18     Q      And so that question was:  "Do you
19 still have the washing machine?"
20     A      Correct.
21     Q      And then the second question is:
22 "Where did you buy the washing machine?"
23     A      Yes.
24     Q      Did it matter for purposes of the
25 survey going forward what the respondent typed in

Page 142

1    the box?

2         A       No.

3         Q       There was no wrong answer or

4    disqualifying answer?

5         A       No wrong answers.

6         Q       So there was nothing they could type in

7    there that would have them be disqualified from the

8    survey?

9         A       That's correct.

10        Q       So explain to me, if you would, how

11   asking the consumer where they had purchased their

12   prior machine puts them in the appropriate frame of

13   mind.

14        A       It helps them think about the washing

15   machine they just purchased.  I'm going to be asking

16   them questions starting on the following screen --

17   or at least respondent instructions -- where, in my

18   view, having them think about their last shopping

19   experience will help them think about the shopping

20   experience I am about to give them in a contingent

21   valuation survey.

22        Q       And your assumption is that by asking

23   them where they purchased it, it causes them to

24   think about their prior shopping experience?

25        A       That's correct.

Page 143

1          MR. MARCHESE:  Objection to form.

2     BY MR. BELLAMY:

3          Q     Are there other questions you could

4     have asked; for example, how much they paid for

5     their last washer?

6          A     To answer your question, I could ask

7     anything I want.

8          Q     And what I'm trying to get at is why

9     you would choose to focus them on where they

10    purchased their washer instead of anything else

11    related to the purchase of their prior machine.

12         A     In my opinion, this is an effective,

13    easy question for respondents to answer, and it gave

14    them the appropriate context to think about the

15    contingent valuation survey.

16         Q     Turn to Exhibit 4, please.

17               If you turn to page 10, the entries

18    beginning in the left-hand column of the second box

19    on page 10 that carries onto subsequent pages

20    correspond to the answers that were typed into the

21    text box in response to the question:  "Where did

22    you buy your washing machine?"

23         A     That's correct.

24         Q     So, for example, the first answer was

25    period, capital N-O.  That was the response typed in

Page 144

1    response to "Where did you buy your washing

2    machine?" by one respondent?

3         A    That's correct.

4         Q    And do you know what that response

5    means?

6         A    No.  Respondents -- this is not

7    analyzable data.  It was never designed to be

8    analyzable data.

9         Q    Just looking through the list, some of

10   the answers appear to be, for lack of a more

11   technical term, gibberish?

12        A    Was that a question, or a statement?

13        Q    Do you agree with that

14   characterization?

15        A    No.

16        Q    So let me direct you to something more

17   specific.  If you turn to page 12, if you follow the

18   Ds down.  I won't torture the court reporter by

19   reading it in, but it begins "DJWH."

20             Does that strike you as a response that

21   was intended to be substantive?

22        A    If you're -- this doesn't surprise me

23   at all.  You always have a few respondents that will

24   put in answers that are not what you're intending to

25   do.  That's one of the risks of open-ended questions

Page 145

1    in doing surveys.

2              And I took on that risk because I

3    wanted the respondents to actually think about this

4    topic.  Open-ended questions are known to stimulate

5    the respondent into thinking about the topic that

6    you bring to them.

7         Q    Does the response I just referred to

8    indicate that the respondent was stimulated to think

9    about their last washer purchase?

10        A    You're bringing up, of course, the

11   exception to the rule.  There's over 1300 responses

12   here from the respondents, and the vast, vast

13   majority of them were answered, again, in the spirit

14   in which I wanted them to have.

15        Q    Did you take any steps to exclude the

16   responses that indicated the respondent wasn't

17   taking the survey seriously?

18        A    No.  I explicitly decided not to do

19   that.

20        Q    Why is that?

21        A    Respondents may have not -- you're

22   talking about, of course, a handful of cases out of

23   over 1300 interviews -- but a few cases that did not

24   take that particular question seriously doesn't mean

25   that they're not going to take the rest of the

Page 146

1    questions seriously.

2              I knew that I had a test later in the

3    survey where I can measure whether the respondents

4    are comprehending the information that I'm providing

5    to them, and that comprehension test is the test I

6    required the respondents to successfully pass before

7    they can go to the contingent valuation questions.

8         Q    Is there some reason you couldn't treat

9    the responses to this question as a comprehension

10   test?

11        A    Again -- and I'll be succinct with

12   this -- open-ended questions have the shortcoming of

13   not being equally attractive to respondents.  You

14   can have respondents that are very adept and

15   proficient at close-ended questions, but you give

16   them an open-ended question, and they refuse to

17   answer the question or else don't give you a valid

18   response.

19             But you give that same question to a

20   respondent with a close-ended question such as an

21   agree-versus-disagree kind of question, you'll get a

22   valid reaction from those respondents.

23             So in my professional opinion, it's a

24   mistake to disqualify respondents at this stage of

25   the survey because of how they answered the

Page 147

1   open-ended question.

2       Q       The original screening question had

3   asked respondents whether they had purchased a new

4   washing machine in the last 10 years.  Some of these

5   responses indicate that the washing machine they

6   purchased was, in fact, used.

7               Was that a disqualifying response?

8       A       I've already answered.  I did not

9   disqualify anyone as a result of their response to

10  the open-ended question.

11      Q       Does an answer suggest to you -- that

12  they actually purchased a used washing machine

13  suggest that they didn't understand the screening

14  question?

15      A       It's always a possibility.  That's why

16  I designed the comprehension test and put it in my

17  contingent valuation survey.

18      Q       On page 18 of Exhibit 4, the second box

19  on that page, does that correspond to the "Don't

20  remember" responses?

21      A       It does.

22      Q       And so am I right that 151 people

23  didn't remember where they purchased their washer?

24      A       That's correct.  Again, not a

25  surprising result.

Page 148

1      Q      Can you turn back to report on page 7.

2             You state on the second-to-the-last

3    sentence of Paragraph 14 that you administered

4    warm-up questions so that respondents would be

5    prepared to think about what they value in a

6    top-loading washing machine; is that right?

7      A      Yes.  That's what I wrote.

8      Q      And why did you want them to focus on

9    what they valued in a top-load washing machine?

10     A      Because that's -- the topic of my

11   contingent valuation survey is to have them think

12   about the value and what they value in a washing

13   machine.

14     Q      And how did focusing in on where they

15   purchased their washer focus them on what they value

16   in a washing machine?

17     A      I think I previously explained that

18   their most recent purchase is akin to what I'm going

19   to be asking them to do here, which is to think

20   about a shopping trip that they're taking where

21   they're going to be comparing two washing machines.

22             So this is why I ask about the past

23   store where they purchased the machine.

24     Q      I understand that it might put them in

25   mind of their last shopping trip, but you

Page 149

1    specifically said you wanted them to think about

2    what they value in a top-loading washer, and I'm

3    wondering why asking them to remember where they

4    bought it would cause them to remember what they

5    value in a washer.

6        A       Well, when people go shopping and they

7    purchase something, they're purchasing on the basis

8    of what they value.  So therefore, actually thinking

9    about their recent or past purchase helps them think

10   about valuing because that's how people typically

11   shop.  They think about what they value, and they

12   buy what they can afford.

13       Q       So in your professional opinion, asking

14   somebody who, for example, purchased a washing

15   machine at Sears 10 years ago would put them in mind

16   of what they value in a washing machine?

17       A       It will help them think about the

18   topic, yes.

19       Q       Why not identify a specific feature

20   like brand or capacity as opposed to where they

21   purchased it?

22       A       Then I would be getting questions from

23   you about priming the respondent.

24       Q       Is that the only reason you phrased

25   your survey in such a way; to anticipate deposition

Page 150

1  questions?

2       A       I frame my questions in order to get

3  the most objective, impartial, accurate data

4  possible.

5       Q       And you think asking about price, for

6  example, would have generated answers that weren't

7  objective?

8       A       That's not what you asked me.  You

9  brought up brand.

10      Q       Okay.  So are you making a distinction

11 between brand and price?

12      A       I am.

13      Q       Okay.  So for purposes of a warm-up

14 question, you would not choose price over brand for

15 what reason?

16      A       I haven't thought about it, seriously.

17 My goal was to have a short warm-up section of the

18 survey.  I believe in keeping questionnaires as

19 short as possible.  I think you get better survey

20 data from respondents when you're respectful of

21 their time.

22              So I chose these two questions.  I

23 could have had 10 questions, 20 questions for the

24 warm-up questions.  I chose two because in my

25 professional judgment, that's all that was needed

Page 151

1    here.

2         Q    Do you think asking the wrong kind of

3    warm-up questions can have an adverse impact on

4    survey results?

5              MR. MARCHESE:  Object to form.

6              THE WITNESS:  I think that's a

7         tautology.  You just said if you did something

8         wrong, could it result in something wrong?

9    BY MR. BELLAMY:

10        Q    Well, I'm trying to ask whether asking

11   the wrong warm-up questions could affect the outcome

12   of the substantive survey?

13             MR. MARCHESE:  Object to form.

14             THE WITNESS:  I think the tautology is

15        complete, and you just said it a second time.

16             Of course, if you have poorly worded

17        questions anywhere on a survey, that could

18        result in poorly collected data.

19   BY MR. BELLAMY:

20        Q    So you could focus the respondent on a

21   feature that could have -- let me back up.

22             Rather than asking them where they

23   purchased it, had you focused them on the price they

24   paid, do you expect that you would have had

25   different substantive answers to the rest of the

Page 152

1    survey?

2         A      I haven't thought about it.  I would

3    need to -- and would probably do research to even

4    investigate that as a hypothesis.

5         Q      You state in the middle of Paragraph 14

6    that the warm-up questions help the purchasers begin

7    thinking in the context of their preference for

8    top-loading washing machines based on their shopping

9    for their last purchase of a top-loading washing

10   machine; is that right?

11        A      Yes.  That's what it reads.

12        Q      Then why was it relevant that the

13   survey respondents had, quote/unquote, shopped for

14   their last washing machine?

15        A      I think I've answered this question a

16   few times.  This is a contingent valuation survey.

17   I'm asking the respondents to consider two different

18   washing machines and make a choice between those

19   two, simulating a shopping exercise.

20              Therefore, my warm-up questions were

21   designed for the purpose of helping the respondents

22   get into the appropriate frame of mind to provide me

23   reliable answers in my contingent valuation survey.

24        Q      Are you making any distinction between

25   somebody who purchases a washing machine and

Page 153

1    somebody who, say, researches the washing machine?

2             MR. MARCHESE:  Objection to form.

3             THE WITNESS:  What is your question in

4        reference to?

5    BY MR. BELLAMY:

6        Q     What we're talking about, the warm-up

7    question.

8             MR. MARCHESE:  Objection, form.

9             THE WITNESS:  Well, let's look at the

10       warm-up questions, then.

11            The first warm-up question is:  "Do you

12       still have the washing machine at home?"

13            There's no reference to --

14   BY MR. BELLAMY:

15       Q     Prior to that on that warm-up question,

16   it says, "You said earlier that you purchased a

17   top-loading washing machine," so I'm asking you

18   whether you draw a distinction between "purchased"

19   and "shopping."

20       A     Show me again where you are, please.

21       Q     Where you just were, the blue box on

22   the top of page 8.

23       A     And what is your question about this

24   survey question?

25       Q     "You said earlier that you purchased a

Page 154

1    new top-loading washing machine in 2010 for your

2    home," and you used the word "purchase" there.  And

3    in the text of your report, you referred to the word

4    "shopping."

5              And I'm asking you whether you're

6    drawing a distinction between "shopping" and

7    "purchased."

8         A    You mentioned shopping in the context

9    of my contingent valuation survey?

10        Q    Yes.  Paragraph 14.

11        A    You're taking a questionnaire and

12   wondering why -- a very confusing question.

13        Q    Well, let me ask it this way --

14        A    I've answered this question, I think,

15   four times now.

16        Q    You just said you didn't understand the

17   question, so that surprises me.  I want to make sure

18   you understand it.

19              Did you assume by asking somebody if

20   they had purchased a washing machine in the last

21   10 years that they were the person who shopped for

22   it?

23        A    I am not making a distinction for the

24   purposes of this question with the number 39 on it

25   about the level of involvement that that person had

Page 155

1    if shopping.  They may have had very little

2    involvement in the shopping.  They may have shopped

3    a lot.

4              The question is, "You said earlier that

5    you purchased a new top-load washing machine."

6    There is no data being collected here for analysis.

7    The only point here is to have respondents start

8    thinking about the exercise I'm about to give them

9    in the contingent valuation survey.

10        Q    Well, I understood that the purpose was

11   to put them in mind of when they purchased their

12   last machine.

13        A    That's right.  And the connection

14   there, of course, is that helps them think about a

15   shopping scenario that I present to them in the

16   contingent valuation survey.

17        Q    All right.  So it's irrelevant to you

18   whether they were the person who did the research

19   into the washer, or if they just provided their

20   credit card and bought it?

21        A    Well, there are a lot of assumptions in

22   that question.  I don't have to make, and it's not

23   material to me, to make an assumption about the

24   level of involvement of that particular respondent

25   in purchasing this washing machine.

Page 156

1      Q      Do you know whether the respondents had

2  purchased an Energy Star washing machine as their

3  last washing machine?

4      A      My survey doesn't ask any questions on

5  that, so I do not have data on that.

6      Q      If you could turn to page 5.

7              Under the heading, Key findings from

8  the survey, I'm focusing on Paragraph 11(a).

9              The first sentence, it says,

10 "Purchasers overwhelming preferred to purchase a

11 top-loading washing machine with the Energy Star

12 label instead of one without the label when the two

13 types of top-loading washing machines had the same

14 price and are the same in all other respects."

15             Did I read that right?

16     A      I believe you did.

17     Q      Okay.  So the two hypothetical washers

18 that you're referring to in 11A are exactly the

19 same, except one has Energy Star and one does not?

20     A      One has the Energy Star label, and the

21 other one does not.

22     Q      And you're not assuming -- well, are

23 you assuming that the respondents are supplying any

24 information about the washing machines that aren't

25 specified in your survey?

Page 157

1      A      Could you repeat that question, please?

2      Q      Sure.  I'll give you an example, too.

3             Are you assuming that any information

4    not provided about the two washing machines, that

5    the survey respondents are not supplying it, like

6    their quality ratings or anything else that's not

7    specifically identified in your survey?

8      A      I don't -- you started the question

9    with a passive verb.  I'm not sure who's doing what

10   in your sentence.

11     Q      Let me ask it this way:  Is there any

12   information you're assuming the respondents are

13   assuming about either of the hypothetical washing

14   machines that you did not provide them?

15     A      Am I assuming that they are bringing --

16            MR. MARCHESE:  Objection to form.

17            THE WITNESS:  -- information that I'm

18      not providing?

19   BY MR. BELLAMY:

20     Q      Correct.

21     A      I'm not making any assumptions about

22   information that they are bringing.  Whatever

23   information they have in their minds, that's the

24   information they have in their minds.  I'm not

25   making any assumption about what information they

Page 158

1    have.

2         Q       But the purpose of the survey is you --

3    you intended to assume in the survey that the two

4    washing machines were identical in every way except

5    for the presence of the Energy Star label on one; is

6    that right?

7         A       That's what my instructions are in the

8    survey to the respondents.

9         Q       So the conclusion in 11A, in

10   Paragraph 11A, is that 97.5 percent of respondents

11   preferred the washing machine with the Energy Star

12   label on it?

13        A       That is correct.

14        Q       Is there any other conclusion that

15   you -- that's embedded in 11A that I've missed?

16        A       That is the conclusion.

17        Q       Does a consumer's individual

18   understanding of Energy Star have any relevance to

19   the conclusion in 11A?

20               MR. MARCHESE:  Objection, lacks

21        foundation.

22               THE WITNESS:  Did a consumer's

23        individual --

24   BY MR. BELLAMY:

25        Q       Does a consumer's individual

Page 159

1   understanding of Energy Star have any relevance to

2   the results in 11A?

3            MR. MARCHESE:  Objection, lacks

4        foundation.  Objection to form.

5   BY MR. BELLAMY:

6        Q    Let me rephrase it because that was

7   confusing.

8            Does a survey respondent's -- or did a

9   survey respondent's individual understanding of

10  Energy Star have any relevance to the conclusion in

11  11A?

12           MR. MARCHESE:  Objection, form, lacks

13       foundation.

14           THE WITNESS:  So this is a preference

15       question.  This is a question that -- which I

16       called the "vote" or "referendum" question in

17       the survey where I'm measuring consumers'

18       preferences for one of two products.

19           You're asking me a question about what

20       their understanding is.  I'm actually

21       measuring preferences here with this survey.

22  BY MR. BELLAMY:

23       Q    So the survey measures whether they

24  prefer Energy Star or not, not why they prefer it?

25       A    That is correct.

Page 160

1      Q      And so the answer to my question is it

2   was irrelevant what an individual survey respondent

3   thought of Energy Star; the only relevant question

4   is did they prefer it or not?

5      A      "Irrelevant," in my opinion, is a harsh

6   word, but it's not something I'm trying to measure

7   in the survey.

8      Q      Did you make any assumptions about what

9   the survey respondents understood the Energy Star

10  label to mean, if anything?

11     A      "To mean, if anything?"

12            Again, I was asked and the scope of my

13  responsibility was to measure the price premium paid

14  attributable to the Energy Star label.  That means

15  measuring the price premium paid, and I was not

16  doing a study measuring what people understood the

17  Energy Star label to mean, how influential is it,

18  how they think about the Energy Star label.

19            So that was not my research objective;

20  and therefore, I do not have survey questions on

21  that because it's not within my scope.

22     Q      In Paragraph 11(b), the second sentence

23  you state, "For example, the average purchaser would

24  pay $205.91 for the top-loading washing machine

25  without the Energy Star label when the same

Page 161

1   top-loading washing machine having the Energy Star

2   label is available for $400."

3           Did I read this right?

4       A       You did.

5       Q       Okay.  Did you take any steps to

6   determine whether any top-loading washing machine

7   sold in 2009 and 2010 for $205.91?

8       A       That's not material to my enterprise.

9   I'm measuring, again, the price premium paid as a

10  result of the Energy Star label.

11      Q       So it wouldn't matter to your

12  conclusion in 11B if no top-loading washer was

13  available on the market for $205.91?

14      A       No, it would not matter in the

15  slightest.  My project was to measure how much value

16  people put on the Energy Star label.

17      Q       From Paragraph 11A, it says,

18  "2.5 percent of survey respondents stated they would

19  prefer the top-loading washer without the Energy

20  Star label."

21      A       That's correct.

22      Q       Okay.  Would those consumers require a

23  discount in order to accept an Energy Star-labeled

24  washer?

25      A       Yes.  That's how my survey is actually

Page 162

1    structured is to measure that discount.

2         Q     Were those consumers' preferences taken

3    into account when you calculated the average

4    discount of 48.5 percent that you calculated in 11B?

5         A     No.  That would be inappropriate.  I

6    calculated their own percentage discount among those

7    few respondents that selected the machine without

8    the Energy Star label.

9         Q     Did the Energy Star program change

10   between 2005 and 2015 as it applies to top-loading

11   washers?

12        A     I'm not aware of changes.  It's not

13   something that I looked at.  I was measuring the

14   impact of the Energy Star label on people's

15   preferences, so I did not look beyond the

16   Energy Star label itself, which was, again, the

17   subject of my inquiry.

18        Q     Are there changes that could

19   potentially impact the price consumers would be

20   willing to pay for the Energy Star label on a

21   clothes washer?

22             MR. MARCHESE:  Can I hear that back,

23        please?

24             (At which time the following question

25        was read back by the reporter:

Page 163

1              "QUESTION:  Are there changes that

2         could potentially impact the price consumers

3         would be willing to pay for the Energy Star

4         label on a clothes washer?")

5              MR. MARCHESE:  Objection to form.

6              THE WITNESS:  Changes with respect to

7         what?

8    BY MR. BELLAMY:

9         Q     Well, we'll leave it open-ended.  Any

10   changes that could impact the price consumers would

11   be willing to pay on an Energy Star label on a

12   clothes washer.

13             MR. MARCHESE:  Objection to form.

14             THE WITNESS:  It strikes me that calls

15        for a lot of speculation on my part.  I'm not

16        comfortable with answering such a speculative

17        question.

18   BY MR. BELLAMY:

19        Q     Do you know about any efforts the

20   federal government has to promote the Energy Star

21   program?

22        A     In my literature review, I've seen

23   efforts by the EPA and the Department of Energy to

24   promote the program.

25        Q     Do you think those promotional efforts

Page 164

1    could have a positive impact on how much money

2    people are willing to pay for an Energy Star label?

3                MR. MARCHESE:  Objection, lacks

4         foundation.

5                THE WITNESS:  Not within my scope or

6         area of expertise, but I would -- I would

7         expect, of course, that if someone advertises

8         and tries to promote something, that hopefully

9         it has some impact.

10   BY MR. BELLAMY:

11       Q     All right.  So that is an example of

12   the kind of change I was thinking of when I said,

13   "Could you think of any changes that could

14   potentially impact the price premium associated with

15   the Energy Star label?"

16                So promotion is one.

17                What about negative publicity?

18       A     All these are possibilities and

19   speculations.  What I know from the literature is

20   that the Energy Star has been a very influential

21   mark in consumer research and has proven time and

22   time again to have been an influential mark over the

23   last 10 years.

24       Q     Have you read any of the articles or

25   other publications that are critical of the

Page 165

1    Energy Star program?

2          A       I have not.

3          Q       Do you have a view of whether negative

4    publicity could have a negative impact on the price

5    premium consumers are willing to pay for Energy Star

6    products?

7          A       I think that calls for speculation.

8    It's possible.  It's not something I've researched.

9          Q       Are you familiar with the fact that

10   there are certain tax incentives and rebates that

11   have been available at different times for

12   Energy Star-labeled products?

13         A       Yes, I am.

14         Q       Could the existence or nonexistence of

15   such rebates have an impact on the price people are

16   willing to pay for Energy Star-labeled products?

17         A       I think in the qualitative research I

18   did, there's evidence that respondents were thinking

19   about rebate programs, at least some of them, that

20   were publicly available and publicly known to the

21   consumers.

22         Q       Do you know whether the -- any rebate

23   programs that were in existence in late 2015 when

24   you conducted the survey were equivalent to rebate

25   programs that were in place in 2009 and 2010?

Page 166

1      A      It's not an area that I focused on.  I

2   understand rebate programs have been around for a

3   while.  They're not new.

4      Q      Do you know whether the rebate programs

5   have been constant for Energy Star, or if they've

6   fluctuated over time?

7      A      It's not something I've researched.

8      Q      Do you have a view of whether the price

9   of energy at any given time could impact consumer

10  preference for an Energy Star-labeled appliance?

11             MR. MARCHESE:  Objection, lacks

12        foundation.

13             THE WITNESS:  Well, simple

14        Economics 101 would indicate that if energy

15        prices are high, people in their

16        self-interest, they care more about energy

17        savings.

18  BY MR. BELLAMY:

19      Q      And do you think when energy prices are

20  high, that could impact the price premium associated

21  with Energy Star on Energy Star-labeled products?

22             MR. MARCHESE:  Objection, lacks

23        foundation.

24             THE WITNESS:  I have not seen any

25        research to prove that point.

Page 167

1          What I've seen is the public holding in

2      high esteem the Energy Star label.

3  BY MR. BELLAMY:

4      Q      Did any of the documents you referred

5  to discussing the Energy Star program reflect that

6  the public understanding of perception of

7  Energy Star changed over time; either increased,

8  decreased, or varied?

9      A      As I sit here today, I can't think of

10  any articles on that point.

11      Q      Did you see any graphs or charts in any

12  of the documents you reviewed suggesting public

13  awareness changed year over year for the Energy Star

14  program?

15      A      I would have to go through my materials

16  and refresh my memory.

17      Q      Did your survey ask the respondents

18  whether they knew what Energy Star was in 2009 or

19  2010?

20      A      My questionnaire stands on its own.

21  Again, it's not something I measured or had any

22  intention of measuring.

23      Q      Did your survey ask whether respondents

24  knew what the Energy Star program was in 2009 or

25  2010?

Page 168

1          A       I do not have questions about what
2     people understood the Energy Star program to be in
3     that time period.
4          Q       Is it relevant to your opinions in this
5     case whether the respondents had an accurate
6     understanding of what "Energy Star" means?
7          A       As I've already explained, that is not
8     material to my being able to reliably estimate the
9     price premium paid for the washing machines with the
10    Energy Star label; so, therefore, I did not measure
11    that.
12         Q       So if a respondent who identified in a
13    400-dollar price premium valued the Energy Star
14    label because they thought it meant superior
15    quality, their motivation for identifying the
16    Energy Star washer that way is irrelevant to your
17    conclusions?
18         A       I would just say more precisely that
19    whatever the consumers perceived and valued the
20    Energy Star label to mean, then that's what they
21    based their survey responses on in my survey.
22         Q       You -- in comparing the two
23    hypothetical washers in your survey, you said they
24    had the same brand, I believe; is that right?
25         A       Yes.  I held brand constant.

Page 169

1      Q      And you held it constant but did not

2   specify a brand.

3             Was there any reason you didn't specify

4   the brand?

5      A      Yes.

6      Q      And what's that?

7      A      I did not want the respondents to have

8   their responses influenced by brand loyalty or brand

9   preferences.

10     Q      And do you think the inclusion of a

11  brand could have impacted the amount of the price

12  premium that you identified through your survey?

13     A      I think that it would have potentially

14  created biased results if I were to have included

15  the brand of washing machines in my contingent

16  valuation.

17     Q      And so by "biased results," do you mean

18  that the $205.91 may have been higher or lower if

19  you had included the brand?

20     A      I can't speculate on the direction,

21  obviously, of the bias.  My goal is to isolate the

22  impact of the Energy Star label.

23            The more variables I put in there and

24  try to manipulate, the less clean my analysis is

25  going to be.  What I've set up is a very clean

Page 170

1    choice for the respondents so I could isolate the

2    value of the Energy Star label.

3        Q      And I think I understand that.  I just

4    want to make sure I understand all the details.

5             Even if you used the same brand for the

6    two hypothetical washers, you still think -- well,

7    do you think that would have had a biasing effect on

8    the results of your survey?

9        A      My professional opinion is that that's

10   a potentially confounding element in the survey

11   design, the consequences of which are difficult to

12   predict, and there is not a compelling reason to

13   take the risk of adding a confounding variable.

14       Q      If you could turn to page 9 of your

15   report, the box at the top lists a number of bullet

16   points that I understand to be the features that

17   both washers share; is that right?

18       A      That's correct.

19       Q      And the third bullet point down says

20   "Brand name" but doesn't specify what the brand is;

21   is that right?

22       A      That's right.

23       Q      If you go down one, two, three -- I

24   think four more bullet points for "cubic foot

25   capacity," it actually does include a specific

Page 171

1    number.

2                      Why did you include a specific number

3    instead of just saying, for example, they have the

4    same capacity?

5         A      The same reason I added the top-load

6    feature.  I was attempting to have the list of

7    features appear credible and realistic to the

8    respondents, so I thought having a description there

9    that corresponds to the actual Maytag Centennial

10   washing machines would be useful.

11                     MR. MARCHESE:  Galen, whenever you have

12        a good stopping point, can we take a quick

13        break?

14                     MR. BELLAMY:  Yeah.  Let's just finish

15        this up, and then we'll be good.

16                     MR. MARCHESE:  Sure.

17   BY MR. BELLAMY:

18        Q      And you didn't ask respondents prior to

19   this point the capacity of their prior purchase that

20   they had purchased, right?

21        A      That's correct.  My questionnaire

22   speaks for itself.  I do not ask that question.

23        Q      I just want make sure I understand.

24   You specified the cubic foot capacity rather than

25   just saying they were the same because why?

Page 172

1              Could you explain that one more time,

2    please?

3              Why did you specify the cubic foot

4    capacity as opposed to just saying they have the

5    same capacity?

6         A    Well, I'll say what I mentioned

7    earlier, which is that in my experience in designing

8    contingent valuation surveys, it's helpful to have

9    some detail in the information provision part of the

10   survey.  And that's what this is.  It's part of the

11   information provision part of the survey.

12             Having some element of detail there

13   helps give the respondent a more realistic choice

14   that they're about to face in shopping for these

15   two -- these two washing machines.

16             Also, I think I mentioned previously

17   it's useful to have the shopping trip and the choice

18   correspond to the features of the Maytag Centennial

19   washing machines that are -- that are the focus of

20   this case.  That's why I included the top-load

21   feature and this particular screen that we're

22   examining now and also the 4.0 cubic foot capacity

23   feature.

24             MR. BELLAMY:  Okay.  We can take a

25        break.

Page 173

1              VIDEO OPERATOR:  We're off the record
2         now at approximately 2:19 p.m.
3              (Brief recess.)
4              VIDEO OPERATOR:  This is the beginning
5         of File 6.  We're going back on the record
6         approximately 2:36 p.m.
7    BY MR. BELLAMY:
8         Q     Dr. Dennis, if you could please turn to
9    Exhibit 2, which is your Attachment E, and turn to
10   page 7, if you would, under the heading "Contingent
11   valuation survey section."
12        A     Yes, I'm there.
13        Q     You asked the respondents to assume
14   that they were going shopping for a new top-loading
15   washer to replace the one that they had purchased
16   which they identified in the screening section; is
17   that right?
18        A     That's correct.
19        Q     Why did you have them do the mental
20   exercise of replacing their actual washer?
21        A     To help make the survey scenario
22   credible and realistic to the respondent.
23        Q     Could their level of satisfaction or
24   dissatisfaction with the washer they were
25   hypothetically replacing have impacted their

Page 174

1    responses?

2              MR. MARCHESE:  Objection, lacks

3         foundation.

4              THE WITNESS:  It's -- I mean, I'm

5         giving them information about two washing

6         machines to consider and which one they'd

7         prefer.  I'm not asking them to think about

8         their level of satisfaction or

9         dissatisfaction.  It causes for speculation.

10             Where I sit here today, I wouldn't

11        think that would have an impact.

12   BY MR. BELLAMY:

13        Q     You did ask them to put in mind that

14   they were buying a new washer to replace their old

15   one, right?

16        A     I did.

17        Q     But you don't think the fact that they

18   may have been unhappy with their current washer

19   could have impacted their shopping decision, their

20   hypothetical shopping decision, for the new washer?

21             MR. MARCHESE:  Objection, lacks

22        foundation.

23             THE WITNESS:  I mean, a better, more

24        accurate response from me is whatever the

25        respondents are bringing to the survey in

Page 175

 1              terms of their understanding of lots of things

 2              you've asked me about today, whether it's the

 3              Energy Star label, their current knowledge

 4              much washing machines, their current

 5              preferences and opinions about different kinds

 6              of washing machines, these are all legitimate

 7              factors that could influence how they prefer

 8              Washing Machine A or Washing Machine B and the

 9              scenarios I gave them.

10    BY MR. BELLAMY:

11         Q      If you turn to page 9 of Exhibit 2, it

12    lists features we've described -- we've discussed

13    before.  It says the two washers are the same, and

14    then it lists those features.

15              By asking them to replace -- to imagine

16    replacing their current washer, would it matter if

17    it put them in mind of a feature that's not listed

18    here, like reliability or quality?

19         A      If they -- I've told them to assume

20    that the washing machines are the same in all

21    respects except for the Energy Star label.  So

22    that's the information that I'm giving the

23    respondents.

24              When you turn to page 10, I have the

25    explicit instruction, "The washing machines are the

Page 176

1   same in all respects except one."  So I don't think

2   it's material or in any way having a negative impact

3   on my survey if I don't list all the features on

4   page 9 that they might care about.

5       Q       And the reason I ask is on page 8, you

6   ask -- you instruct the respondents to take a few

7   seconds to recall what features were important to

8   you when you purchased the top-loading washing

9   machine.

10                And my question is:  The fact that

11  whatever feature may have been important to them

12  isn't on your list, it shouldn't make a difference

13  in the outcome of the survey?

14      A       No, not for the reasons I've already

15  explained.

16      Q       If you turn to page 12 of Exhibit 2.

17                On this chart, is this the first time

18  the survey respondents would have seen what the

19  actual price being charged for Washing Machine A and

20  Washing Machine B was?

21      A       I believe that's correct.  Let me just

22  do a double-check.

23                Yes, that is correct.

24      Q       And prior to that, they knew the price

25  was the same, but not what the price was?

Page 177

1        A       That's true.

2        Q       And did they have the option in

3    response to this question to choose neither or none

4    of the above?

5        A       No.  At this point, it's not

6    appropriate to give them a "don't know" or "not

7    sure" answer.

8        Q       Well, beyond "don't know" and "not

9    sure," they couldn't decline to purchase either of

10   these washers?

11       A       That's right.  This is a referendum

12   vote question.

13       Q       So did they have to choose either

14   Washing Machine A or Washing Machine B to proceed?

15       A       That's right.  They could skip this

16   question, but then I would not use their data for

17   the analysis --

18       Q       If you look at the chart on page 12 of

19   Exhibit 2, the text that appears in the boxes is

20   typically one word, either "Same" or "4 cubic feet,"

21   but you actually have the Energy Star symbol

22   depicted under Washing Machine A.

23       A       Uh-huh.

24       Q       Why did you choose to include the

25   symbol there instead of, say, yes, no?

1      A      I could have done anything I wanted.

2  This was the best way, in my view, because this is

3  the actual label that is affixed to the actual

4  Maytag Centennial washing machines.

5      Q      And you had shown them the label

6  previously in the survey, had you not?

7      A      I had.

8      Q      So did you feel that it was necessary

9  to show them the label again?

10     A      "Necessary" is a strong word.  I think

11  it makes the survey better.

12     Q      How does it make it better to show the

13  label instead of including text in the box that says

14  "Yes" or "Present"?

15     A      This is instantly clear to the

16  respondents.  This is the most clear possible

17  presentation of the information in a contingent

18  valuation survey.  The Energy Star label is clearly

19  recognized, whereas a "Yes" versus "No" would take

20  more cognitive effort on the part of the respondent.

21     Q      Do you think by including the Energy

22  Star symbol instead of "Yes" versus "No," you could

23  have influenced the selection of Washing Machine A

24  over Washing Machine B?

25     A      No.  I actually replicated what the

Page 179

1   actual shopping experience is for respondents.  They

2   see a washing machine in real life that has this

3   exact same logo on it, so I did the same thing for

4   my survey.

5        Q      Well, they see other things other than

6   the washing machine with that logo on it, right?

7        A      However, the purpose of this entire

8   project is about this logo.  It's about this label.

9               So isolating the value of the

10  Energy Star label is the primary research objective

11  for the entire study.

12       Q      And you chose the gray background of

13  the Energy Star label that you showed them?

14       A      I did.

15       Q      You're aware that there is a color

16  Energy Star as well?

17       A      I am aware of that.

18       Q      Why did you choose the gray over the

19  color?

20       A      As I answered in response to one of

21  your previous questions, I'm using the logo that

22  appears on the actual machine itself.  So to be more

23  specific, I'm talking about the control panel of the

24  Maytag Centennial washing machine.

25       Q      Is that -- is it your understanding

Page 180

1    that's the only place the Energy Star logo was

2    displayed on the machine?

3        A      No.

4        Q      So is there some reason you chose the

5    gray as opposed to the color version of the

6    Energy Star label?

7        A      I thought this was -- I thought this

8    was a good choice.  I could have chosen the black

9    one.  I could have chosen one that perhaps mimics

10   the 3-inch clings that I read about.

11             But this is the actual image that is

12   affixed to the actual machine itself, so it's not a

13   sticker.  It's not a cling.  It's actually embossed

14   there on the control panel.  It strikes me that's

15   the durable, fixed application of the Energy Star

16   label on that washing machine.

17       Q      You referred to the -- I think you said

18   "the black one."

19             What did you mean by that?

20       A      I'm referring to the energy guide, the

21   way that it looks on the energy guide.

22       Q      The way the Energy Star logo looks on

23   the energy guide label?

24       A      That's correct.

25       Q      So is it your testimony that you

Page 181

1    considered using the energy guide, the Energy Star

2    logo that appears on the energy guide label, but

3    chose this version of the logo instead?

4          A     Yes.  I think this is the better

5    choice, so I chose that one.

6          Q     Why is that the better choice?

7          A     I just explained to you --

8                MR. MARCHESE:  Asked and answered.

9    BY MR. BELLAMY:

10         Q     I'm asking between those two specific

11   choices.

12         A     I'll just repeat.  This is the actual

13   Energy Star label that's affixed to the actual

14   machine.  It's not a sticker.  It's not a peel-away.

15   It's actually on the machine.

16               And therefore, this strikes me as a

17   noncontroversial, clean label to use.  This is --

18   Maytag made the choice of putting this label on the

19   machine, so I used it in my survey.

20         Q     And is it your understanding that the

21   energy guide label needs to be affixed to every

22   machine as well?

23         A     That is my understanding, but it's not

24   affixed in the same way that this is.

25         Q     But at the point of sale, consumers

Page 182

1    would have seen or been exposed to the Energy Star

2    label that appears on the energy guide label?

3          A       My understanding is the energy guide is

4    affixed to all of these machines as well.

5          Q       And the energy guide label includes

6    information beyond just the Energy Star logo, right?

7          A       It includes other information.

8          Q       And you chose not to show the version

9    of the Energy Star logo that included specific

10   information about, say, the annual kilowatt hours

11   used?

12               MR. MARCHESE:  Objection.

13               THE WITNESS:  I explained during our

14        first hour today that I did not do that.

15   BY MR. BELLAMY:

16        Q       Looking at page 13 of Exhibit E --

17   sorry, Exhibit 2 -- it says -- and this, I assume,

18   would be on the screen that the respondent read.

19               It says, "You said that you would

20   prefer to purchase the washing machine, either A or

21   B, the one with the Energy Star label.  You said you

22   would be willing to pay $400, not including taxes."

23               In what sense are you using the phrase

24   "willing to pay" there?

25        A       I'm using it as a restatement of the

Page 183

1    respondent's vote in the previous question where

2    they selected the 400-dollar-priced machine with the

3    Energy Star label.

4        Q      But they had no choice but to select

5    the 400-dollar price, right?

6        A      The question speaks for itself.  This

7    is a contingent valuation survey.  We're asking

8    them, are they going to vote for Washing Machine A

9    or Washing Machine B.

10              So by intentional design, I've given

11   them a price point that matches up with the market

12   reality from 2009 to 2012 using the actual

13   transaction data from that time period.

14              MR. BELLAMY:  I'm going to move to

15         strike as nonresponsive.

16              MR. MARCHESE:  You know, you keep

17         saying that --

18              MR. BELLAMY:  I do, yes.

19              MR. MARCHESE:  -- and the witness has

20         said, you know, every time that you move to

21         strike as nonresponsive that he's trying to

22         answer your questions in a responsive manner.

23              And if you're not getting the answers

24         that you or maybe your client wants, I mean,

25         you don't get to circumscribe and dictate his

Page 184

1        testimony by making useless motions on the

2        record.  I mean, his testimony is his

3        testimony.

4               MR. BELLAMY:  Do you understand how a

5        motion to strike works in a deposition?

6        Because it's no more useless than you making

7        an objection.  It's for the record.  So if I

8        have to go back to the judge and say, "This

9        witness was not giving me responsive answers,

10       and I moved appropriately," here's the record.

11       That's why I'm doing it.

12              He has the option, the witness does, of

13       saying "Maybe that wasn't responsive" or "I'm

14       sticking to it," just like I have a choice

15       whether your objection has merit or not.

16              That's how depositions work.

17   BY MR. BELLAMY:

18       Q     So the question was:  Did respondents

19   in response to the question on page 12 have the

20   choice to say "No" to Washing Machine A or Washing

21   Machine B?

22       A     The question speaks for itself.

23       Q     It's a yes-or-no question?

24       A     They had the option to skip the

25   question, but I'm giving them the choice of two

Page 185

1   different machines with the same price.  So I'm

2   asking them to vote on one of those two.

3        Q     You gave them a choice between paying

4   $400 or $400; is that right?

5        A     Well, the machines are different.  One

6   has the Energy Star label; the other one does not.

7        Q     But you gave them a choice in terms of

8   price of paying $400 or $400, correct?

9        A     That's by design.

10       Q     And how does choosing the $400 under

11   that circumstance signal their willingness to pay

12   $400?

13       A     Signal their willingness to pay $400?

14             MR. MARCHESE:  Objection to form.

15             THE WITNESS:  This is a contingent

16        valuation survey.  I am measuring the price

17        premium paid by these consumers and examining

18        what value they place on the Energy Star

19        label.

20             The way to actually design a contingent

21        valuation survey is to start with a vote

22        question like this so that I can decide -- or

23        literally the computer is deciding for me --

24        which logical questions they should receive

25        next.

Page 186

1            So that's why the survey is set up like

2        this.

3    BY MR. BELLAMY:

4        Q       The terminology you use on page 13 is

5    you said you would be willing to pay $400.

6            And my question is:  How does choosing

7    Washing Machine A for 400 or Washing Machine B for

8    400 signal their willingness to pay 400?

9            They had no choice, did they?

10           MR. MARCHESE:  Objection.

11           THE WITNESS:  Of course they had a

12       choice.  They had a choice between two

13       different washing machines.

14   BY MR. BELLAMY:

15       Q       They had no choice as it pertains to

16   price.

17       A       There's some 6,000 articles and

18   publications using the contingent valuation approach

19   in the peer-reviewed literature.  There are based on

20   this proven method of starting with a referendum or

21   vote question so that the respondent will work from

22   there to allow someone like myself to actually

23   measure their valuation or eliciting what price and

24   how much value they place on each particular

25   feature.  So this is not just my design.  This is

Page 187

1    based on existing literature that goes back 30 or

2    40 years.

3         Q     Did your survey establish that the

4    respondents, in fact, were willing to pay $400 for

5    either of these machines?

6         A     Is your question about their personal

7    willingness?

8         Q     Correct.

9              MR. MARCHESE:  Objection to form.

10              THE WITNESS:  This survey makes no

11         assumptions, and it's not asking the

12         respondent to use their personal money to

13         purchase anything.

14   BY MR. BELLAMY:

15         Q     If you could turn back in your report

16   to Paragraph 18.

17              The second sentence of Paragraph 18,

18   you refer to a "price discount."

19              Is price discount the inverse of price

20   premium there as you intended?

21         A     Allow me to catch up with you, sir.

22         Q     Please.  Please.

23         A     I think this answers your question.

24              Prime discount -- excuse me, the

25   discount that I'm measuring and the price premium

Page 188

1    paid are equivalent concepts.

2         Q      Okay.  If you look at Paragraph 20,

3    there's a discussion of randomizing the discount

4    offered between $100 and $50 off of the $400 retail

5    price.

6              Do you see that?

7         A      Yes, I do.

8         Q      And you said you randomized the choice

9    between 300 and $350?

10        A      I did.

11        Q      And what do mean by that?

12        A      I mean exactly what it says here.  The

13   questionnaire randomly assigns a value of $300 or

14   $350 in the first follow-up question asked after the

15   referendum question.

16        Q      And how did you select 300 and $350 as

17   opposed to some other number like 350 and 375?

18        A      My past experience.  My past experience

19   indicated that would be a good place to start.

20              I also had a pretest that I did using

21   this approach.  And in the pretest, I did

22   qualitative interviews with respondents asking if

23   they understood this survey exercise, particularly

24   these choice questions.

25              So I could have used other points.  I

Page 189

1     could have used 250.  I could have used 200.

2              What I did was, I think, a fairly

3     conservative approach here.  I chose relatively

4     small discounts of 350 and 300 for the starting

5     point.

6         Q     You said based on your experience, in

7     part at least, you chose these numbers.

8              What specifically about your experience

9     caused you to choose a 100-dollar and a 50-dollar

10    discount as a starting point for this question?

11        A     My experience in conducting other

12    contingent valuation surveys.

13        Q     For comparable products, comparably

14    priced products?

15             What specific experience are you

16    referring to?

17        A     Well, for instance, the research that I

18    did in the Kangadis case, I would have to look back

19    at the Ebot and Kangadis case to see exactly how I

20    designed that for a comparable.  I have not looked

21    at my report in that case for a long time, so I need

22    to refresh my memory.

23             There is a case that we've had some

24    dialogue about today that's under wrap and seal, and

25    I'm not able to talk about that one openly today.

Page 190

1              I've also done continuing evaluation

2       surveys on other matters related to tobacco

3       products.

4           Q      And remind me if you conduct contingent

5       valuations for products outside the context of

6       litigation.

7           A      Contingent valuation projects?

8           Q      On products, products like the kind of

9       products at issue here as opposed to public goods.

10          A      I just need to be more specific with

11      the question.

12              Are you referring to past studies I've

13      done on things like washing machines and domestic

14      appliances?

15          Q      Correct.

16          A      I think I answered before, and I still

17      cannot recollect any other surveys besides the ones

18      I've mentioned so far today.

19          Q      In Footnote 2 on page 13 of your

20      report, you refer to "starting point bias as a

21      possible source of error."

22              What do you mean by "error" in that

23      sentence?

24          A      Error as opposed to truth.  The idea of

25      doing a survey like this one is to have a valid and

Page 191

1    accurate survey estimate.  So when we think back to

2    our prior conversation today about what

3    "reliability" means, I'm referring to the accuracy

4    measure.  So any deviation from accuracy is error.

5         Q    It looks like Paragraph 20 continues

6    onto page 13, and there's a reference to the fact

7    that "Respondents were given the opportunity to

8    select 'Don't know' or 'Not sure' when presented

9    with the store manager's initial discount off the

10    400-dollar price."

11              Is that right?

12         A    That's correct.

13         Q    And is that the only question in the

14    survey they were presented a "Don't know," "Not

15    sure" option for?

16         A    Yes.  This is an important question and

17    in my view was an appropriate instance where an "I

18    don't know" option made sense.

19         Q    And if a respondent marked "Don't know"

20    or "Not sure," were they excluded from the rest of

21    the survey?

22         A    I think I still asked the demographic

23    questions, but they were excluded from the rest of

24    the contingent valuation questions.

25         Q    And what reasons would a -- in the

Page 192

1    field of contingent valuation, how are "Don't know,"

2    "Not sure" answers treated?

3             Are they more like a no, are they more

4    like a yes, or are they something else entirely?

5        A    I think that it's possible that

6    different practitioners have different points of

7    view on that.  I know there are practitioners that

8    do what I do where we have missing data here.  We

9    don't know what their preference is, for

10   Washing Machine A or B, and the balanced solution,

11   in my view, is to not make any assumptions about

12   whether they would have voted for Washing Machine A

13   or B.

14            We know already that they've told us

15   that $400 is a price, and they voted for that

16   400-dollar price previously for the Energy Star, but

17   we don't have a response here.

18            So I am reluctant to make up a number

19   and make an assumption about how much they're

20   willing to pay for the washing machine without the

21   Energy Star label.

22       Q    You reference that -- you made a

23   reference to "other practitioners."

24            Is there another option for treating

25   "Don't know," "Not sure" answers?

1        A       I'm sure there are.  I'm sure some

2    experts would attempt to replace the missing data

3    with a variety of techniques that could be used, and

4    there's too many techniques to enumerate.  There's a

5    lot of ways to treat missing data in surveys.

6        Q       There's a terminology question I have.

7                On the bottom of page 14 of your

8    report, Paragraph 21, you say, "By answering this

9    question, the survey captured the diminution in

10   value for the washing machine without the Energy

11   Star label."

12               Again, is diminution in value

13   equivalent to price premium here?

14       A       It's the first step toward measuring

15   price premium.  When the respondent answers this

16   particular question, at this point in time, we only

17   have one price point from the respondent.  So there

18   are more follow-up questions to arrive at a more

19   specific price point.

20       Q       If you could turn to page 15 of

21   Exhibit 2, which is your Attachment E.

22       A       Are we back on this area of

23   questioning?

24       Q       Your Attachment E, which is Exhibit 2,

25   so, yeah, "Survey questionnaire from the main

Page 194

1    study."

2         A      I was looking at Exhibit 6, excuse me.

3                What page?

4         Q      Page 15.

5                So if a respondent had indicated that

6    they would pay $300 for the washing machine without

7    Energy Star when the Energy Star washer was

8    available for 400, it then asks them the highest

9    price they would pay above 300; is that correct?

10        A      Yes.

11        Q      And you list those prices in increments

12   of $10?

13        A      I did.

14        Q      Was that a purposeful choice, 10-dollar

15   increments?

16        A      Yes, it was.  Everything I do in my

17   surveys is purposeful.

18        Q      Why 10-dollar increments?

19        A      To me, these are round numbers.  It's

20   also going to give the economists fairly specific

21   information to work with at the end of the day

22   because all these numbers get generated into and

23   boil down into a discount number or price premium

24   paid.  So this struck me as an appropriate level of

25   specificity that the respondents would be able to

Page 195

1    answer to.

2        Q      And were they -- they're presented in

3    this question from $300 in ascending order up to

4    $400?

5        A      That's correct.

6        Q      Were they always presented from lowest

7    to highest in this manner?

8        A      They were.

9        Q      I'm sorry, did you say they were?

10       A      They were.

11       Q      Did you consider randomizing the

12   presentation of values?

13       A      No.  I think that would be confusing to

14   the respondent.

15       Q      Do you consider starting with the

16   highest number and ending with the lowest number?

17       A      I think that's what I just answered, or

18   maybe you asked me a different question.

19       Q      I said lowest to highest, from 300 to

20   400.

21              Did you consider 400 to 300?

22       A      That's what I thought you asked me.

23       Q      Randomized in no particular number,

24   300, 350, 400, random?

25       A      No.  I never would consider that.

Page 196

1      Q      Your answer before, you did not

2  consider organizing them from highest to lowest

3  because I missed it, sorry?

4      A      I think that would be confusing to the

5  respondents.

6      Q      If you turn to page 16, it is sort of

7  the inverse of the last question, and it starts "Not

8  willing to buy at any price" and goes up to $300.

9  This one moves in 25-dollar increments.

10             Is there a reason why you selected 25

11  here and 10 in the prior question?

12      A      Yes, there is.

13      Q      What is that?

14      A      I wanted to strike a balance.  I wanted

15  to get relatively specific information, but my

16  concern was that it would be counterproductive and

17  have the response list be too long.  So potentially,

18  I could have used 10-dollar increments again all the

19  way from not willing to buy at any price up to the

20  $300 amount, but in my view, the response list was

21  going to be difficult to view by the respondent.

22  And that's why I used the 25-dollar increments, and

23  also I provided this other amount option as well.

24      Q      And similar to the question I asked on

25  the last question, were they always organized

Page 197

1    starting from "Not willing to buy at any price" and

2    then increasing up to $300?

3         A      That's correct.

4         Q      What sources of information would a

5    consumer shopping for a new washing machine have

6    access to in the real world?

7              MR. MARCHESE:  Can you read that back?

8         I'm sorry.

9              (At which time the following question

10        was read back by the reporter:

11            "QUESTION:  What sources of information

12        would a consumer shopping for a new washing

13        machine have access to in the real world?")

14            MR. MARCHESE:  Objection, lacks

15        foundation.

16            THE WITNESS:  All depending upon how

17        enterprising and literate, energetic they are;

18        whether they have Internet access or don't

19        have Internet access.  There's a lot of

20        variables in play.  They could look at buying

21        guides.  They could do online research.  They

22        can go to stores and read any sales collateral

23        that's available.  They can talk to sales

24        personnel at these various retail outlets.

25        They could do a lot of things.

Page 198

1    BY MR. BELLAMY:

2         Q      What is the difference between a

3    "public good" and a "private good"?

4         A      A private good versus public good --

5    public goods are defined by not being privately

6    owned.  Private goods are defined by not being

7    publicly owned.  A public good is a shared good

8    across a community or some kind of activity.

9         Q      And was contingent valuation originally

10   developed to value public goods or private goods?

11        A      The initial impetus when it was

12   designed was for measuring the nonmarket public

13   goods.  It's since became more widely used for

14   private goods.

15        Q      Do contingent valuation surveys

16   identify factors that might influence the price at

17   which sellers would be willing to sell a given

18   product?

19        A      Could I trouble you to repeat the

20   question?

21        Q      Do contingent valuation surveys seek to

22   evaluate factors that might influence the price at

23   which sellers might be willing to sell a given

24   product?

25                MR. MARCHESE:  Object to the form.

Page 199

1            THE WITNESS:  Your question is about

2        the willingness of sellers?

3    BY MR. BELLAMY:

4        Q       Correct, and whether it's accounted for

5    in contingent valuation surveys.

6        A       It can be accounted for.  In my

7    particular survey, it was.  It is possible to design

8    a survey to take into account seller factors.

9        Q       And I believe we talked about this

10   earlier.  You testified that you took into account

11   sellers by looking at the retail prices of the

12   Maytag washers at issue?

13       A       I did.  I provided a response or talked

14   on this point earlier today about how the retail

15   transaction data that I looked at from -- I believe

16   I listed four sources earlier today, including

17   Sears, Lowe's, Fry's, and Home Depot in looking at

18   this 2009 to 2012 period so that I could have real

19   transaction data to use as the basis for my survey

20   questionnaire.

21       Q       And did you consider any supply side

22   data other than those retail prices?

23       A       Well, those data in the retail sales

24   transaction data, they incorporate and include many

25   different factors on the supply side.  So in my

Page 200

1    view, it was unnecessary to look at additional

2    information on the supply side because those

3    transaction prices reflect real market transactions

4    that occurred between consumers and sellers.

5         Q     And are those transactions, real market

6    transactions, particularly reliable?

7         A     In my professional opinion, those are

8    reliable data that I examined.  I did -- I have no

9    reason to suspect that those transaction data are

10   not reliable.

11        Q     Are you aware of any attempts to

12   validate willingness to pay as measured by

13   contingent valuation against actual marketplace

14   behavior?

15        A     Well, just to clarify, my survey was

16   about measuring the price premium paid.  And so with

17   respect to the price premium paid studies which, you

18   know, are distinguished by the supply side factors

19   and taking those into account with the transaction

20   data that I've been talking about today, there's a

21   validation exercise within the price premium studies

22   to the extent that the reliability of those studies

23   is increased by using real market transaction data.

24             To answer your question more directly,

25   there is a literature that looks at contingent

Page 201

1    valuation studies.  I know Richard Carson has done a

2    review of a variety of contingent valuation studies,

3    examining them for reliability and accuracy.

4        Q     And were these contingent valuation

5    studies conducted with respect to private market

6    goods?

7        A     I would have to look at his article to

8    answer that.

9        Q     Other than that specific article, are

10   you aware of any other studies that attempt to

11   validate contingent valuation studies of private

12   market goods?

13       A     Other than the Richard Carson article?

14       Q     Correct.

15       A     To be clear, the Richard Carson article

16   is a summary of existing literature, so it's a

17   review of many studies on this point.

18             Other than the Richard Carson article,

19   I can't think of any others at the moment.

20       Q     Have you heard the criticism of

21   contingent valuation that it's not incentive

22   compatible?

23       A     I have.

24       Q     What do you understand that criticism

25   to mean?

1      A      I think this is sometimes called "the

2    thousand leg problem" where respondents potentially

3    are not sensitive to the scope of the public good

4    that's being -- or the nonmarket good that is the

5    subject of the survey.

6              And the criticism would be that

7    respondents have difficulty discriminating between

8    the value they have on, let's say, one clean lake

9    versus having a thousand clean lakes.  So there's

10   that insensitivity to scope that critics talk about.

11     Q      Are you aware or have you heard of the

12   criticism that contingent valuation has an upward

13   bias?

14     A      Yes, there are critics of contingent

15   valuation.  I think I put it in my report that the

16   criticisms of contingent valuation tend to be in the

17   natural resources damage assessment area.  These are

18   two of the main criticisms that are made for these

19   kinds of research studies that are looking at how

20   much people value environmental protection.

21             My study, of course, is not about

22   environmental protection; it's about a good that

23   people actually purchased.

24     Q      Are you familiar with framing effects?

25     A      I am.

1      Q      And what are "framing effects"?

2      A      I'm assuming for purposes of your

3  question that you're talking about the information

4  that's provided to the respondents; for instance, in

5  the information provision sections of the survey.

6  They might unduly be limiting their options or

7  priming them in different ways with the concepts

8  that are used in the survey.

9      Q      Do you think you may have received

10  different responses to the survey if you had asked

11  people how much more they would be willing to pay

12  for Energy Star as opposed to how much less they

13  would be willing to pay for non-Energy Star?

14              MR. MARCHESE:  Objection, lacks

15         foundation.

16              THE WITNESS:  It's not something I

17         thought about.  I would have to research that

18         to have a more informed answer.  As I sit here

19         today, don't see how that would improve my

20         study.  I used the real market transaction

21         data in my survey for the 400-dollar price

22         point and attempted to anchor my survey in

23         that market reality.

24              I would have to think about how that

25         interacts with this idea of measuring how much

Page 204

1       more people would pay.  I guess it doesn't

2       make much sense to me on the face of it, how I

3       would go about -- or why that would make sense

4       to use it in my survey approach because I know

5       how much people paid on average for these

6       products with the Energy Star label, so why

7       would I ask them how much more they would be

8       willing to pay?

9            I don't see how that would even work.

10  BY MR. BELLAMY:

11       Q     Are you familiar with endowment

12  effects?

13       A     Yes.

14       Q     And what are endowment effects?

15       A     That might be the same thing as looking

16  at status quo bias and looking at the fact that

17  there's a conservative tendency in people to value

18  what they have.

19            There's an endowment effect from

20  valuing what you know and what you potentially have

21  already.  That's what I understand.

22       Q     So here, you initially gave your

23  hypothetical purchasers Energy Star and then asked

24  them how much less they would pay for non-Energy

25  Star?

Page 205

1    A       No.   In fairness, I gave them a choice

2   between two products:   With and without the Energy

3   Star.

4    Q       In identifying the price less they

5   would pay than 400, they started out with

6   Energy Star, yes?

7    A       My survey starts with a referendum

8   question that treats the Washing Machine A and B as

9   having the same price, and they're exactly the same

10   in every respect except for the Energy Star feature.

11    Q       Why did you use contingent valuation to

12   identify the price premium in this case rather than

13   actual market prices?

14             MR. MARCHESE:   Objection to form.

15             THE WITNESS:   As far as I know, well,

16        number one, I'm not an economist.   I'm not

17        skilled to use market transaction data to

18        simulate that.   I'm an expert in contingent

19        valuation surveys.

20             Counsel asked me to conduct a price

21        premium study, and independently it's my

22        conclusion, and counsel shared it, that a

23        contingent valuation approach would be useful

24        for me to conduct.

25

Page 206

1   BY MR. BELLAMY:

2       Q      Did you initially assess whether or not

3   actual market prices existed for the non-Energy Star

4   version of the Maytag Centennial washer?

5       A      I know we talked about this some

6   earlier today.  I did not make that a priority.  I

7   was assigned and asked to look at the price premium

8   paid for these particular Maytag Centennial washing

9   machines, and that's what I did.

10      Q      I understand that some contingent

11  valuation surveys include so-called "attitude

12  questions."

13             Are you familiar with that phrase?

14      A      I think I know what you're talking

15  about.

16      Q      So, for example, whether a consumer

17  considers themselves an environmentalist, for

18  example?

19      A      Yes.  I'm aware of the kind of question

20  you're talking about.

21      Q      Did you consider including attitude

22  questions of that sort in this survey?

23      A      I did not.

24      Q      Would you expect that somebody who is

25  self-identified as an environmentalist might place a

1    higher price premium on the Energy Star logo than

2    someone who did not?

3                  MR. MARCHESE:  Objection, lacks

4         foundation.

5                  THE WITNESS:  It's always possible.  I

6         talked earlier today about what the literature

7         says on this point; that we know that some

8         consumers get a nonmonetary benefit from the

9         Energy Star label.  They perceive they're

10        doing something good for the environment.

11   BY MR. BELLAMY:

12        Q     Do you mean to suggest that that

13   nonmonetary benefit is on top of a monetary benefit?

14   In other words, they value it more than somebody who

15   is not receiving that nonmonetary benefit?

16                  MR. MARCHESE:  Objection to form.

17                  THE WITNESS:  I'm not making any

18        commentary or opinion on that point.

19   BY MR. BELLAMY:

20        Q     I asked you a question related to this

21   before, but it's slightly different.

22                  Outside the context of litigation, have

23   you ever conducted a contingent valuation survey to

24   identify the price premium associated with any

25   specific feature or attribute of a private good?

Page 208

1        A      Allow me to think for a minute, please.

2    I can't think of any involving private goods.

3        Q      What does the phrase "revealed

4    preference" refer to?

5        A      "Revealed preference" typically refers

6    to consumers' preferences as revealed by their

7    market transactions.

8        Q      And how are those preferences revealed

9    in a market transaction?

10       A      Through their purchasing behavior.

11       Q      Does that mean how much they're willing

12   to pay?

13       A      It means their purchasing behavior,

14   their actual behavior.

15       Q      So what does behavior capture there?

16       A      Purchasing behavior.

17       Q      You're going to have to define that

18   further.

19       A      So you go to the grocery store, and you

20   potentially make purchases.  You buy a bunch of

21   things, and you pay money for those things.  Your

22   preferences for what you value in that store are

23   revealed through the purchases you made and the

24   money that you spent on those goods.

25       Q      If you could turn to page 26 of your

Page 209

1    report, please.

2              Beginning at Paragraph 40, you begin to

3    discuss the pretest survey.

4              Do you see that?

5         A    Yes, I do.

6         Q    And it says, "After designing the

7    contingent valuation survey questionnaire, I

8    rigorously pretested the survey."

9              I just want to make sure that was an

10   intentional order there.  You designed the

11   contingent valuation survey and then pretested it;

12   is that right?

13        A    That's correct.

14        Q    And did you change any of the questions

15   in the contingent valuation survey based on the

16   results of your pretest?

17        A    My report list changes.

18             In Exhibit 2, the first page of

19   Attachment E, I list my changes there that I made as

20   a result of the pretest.

21        Q    And so what was the initial design of

22   the survey before you had pretested it based on?

23        A    It was based on the questionnaire I

24   drafted.

25        Q    Is the questionnaire the pretest

Page 210

1   survey?

2        A       Maybe I misunderstood your question.

3                I designed a pretest survey

4   questionnaire.  Then I pretested that survey

5   questionnaire.  I made the changes that are listed

6   at the top of Attachment E, and then I conducted the

7   main study.

8        Q       You state in the second sentence of

9   Paragraph 40 that "The purpose of the pretest is to

10  assure that the survey questionnaire is programmed

11  correctly for the online survey and to identify any

12  questionnaire improvements based on feedback from

13  the respondents and analysis of the pretest

14  interview data."

15               What would signal a need for question

16  improvements?

17       A       A couple of things come to mind at

18  least.  One is that in doing my qualitative

19  interviews with the respondents, if I heard

20  respondents tell me that the survey is confusing,

21  that they could not answer some of the questions

22  because their response options are not complete, or

23  they have a variety of other observations about the

24  survey, then I would certainly consider that

25  information.

Page 211

1                I would also consider information if,

2      for instance, I found questionnaire programming

3      errors, just simple operational or logistic errors

4      that are in that pretest survey questionnaire, that

5      would certainly give me pause.

6                I found a typo.  I think I listed it in

7      Attachment E.

8                As a result of my pretest survey, they

9      gave me a chance to go through the questionnaire

10     again and identify any errors.

11          Q     And you refer in Paragraph 40 in the

12     sentence I was just referring to, "feedback from the

13     respondents."

14               In what form did you receive that

15     feedback?

16          A     Through the telephone calls I had with

17     the respondents.

18          Q     Other than those telephone calls, was

19     there any way for the pretest survey participants to

20     provide you feedback?

21          A     No.  That was -- well, in terms of

22     actual communications, that was the only way, was

23     through the 10 telephone qualitative sessions I had

24     with these respondents.

25          Q     There's a reference in the

Page 212

1    second-to-last sentence of Paragraph 20 to "pretest

2    interviews that were collected between October 26

3    and October 28."

4              What does that refer to?

5        A     It refers to the pretest in

6    Paragraph 40, I believe you're referencing, that I

7    conducted of 200 interviews.  And the dates that you

8    see there were the dates where I collected these

9    actual interviews.

10       Q     And so -- just so I understand the

11   nomenclature, the "interviews" are the pretest

12   survey responses?

13       A     It is confusing.  Some people -- within

14   my industry, we equate interviews with actual

15   completed survey responses.  We'll use those two

16   words interchangeably.

17       Q     Paragraph 41 describes the 10

18   interviews that you referred to a moment ago.

19             Why did you choose the number 10?

20       A     I did not choose the number 10.  I

21   wanted to do as many as I could in the time that I

22   had allowed.  Sometimes I do just six, seven or

23   eight, but I try to get somewhere between six and

24   ten of these done.

25       Q     Were the ten randomly selected, or were

Page 213

1    there specific demographic criteria you were looking
2    to have represented in those ten?
3         A      These were not randomly selected.  This
4    is from among the pool of people who provided
5    consent in the survey to allow me to call them and
6    consent to provide the researcher directing the
7    study with their personal identifying information.
8              So I called all the cases that were
9    part of that group that consented in, and these are
10   the 10 that cooperated with me and were available
11   for me.
12        Q      Other than the 10 who provided consent,
13   was there any criteria for selecting those 10 to
14   speak to?
15        A      No.
16        Q      So in conducting these 10 pretest
17   interviews, did you start with an open-ended
18   question?
19             Did you ask them to identify anything
20   that was confusing or unclear?
21        A      That's -- that's basically what I did.
22        Q      Walk me through a generic example of
23   one of these.
24             Is there a script that you follow, a
25   set of questions?

Page 214

1      A      My attachment, I believe, is in this
2   report.
3      Q      Are you referring to your notes?
4      A      Yes.  Attachment D has the structure.
5             (Letter dated 5/15/09 to Sales
6      Development Managers/Sales Market
7      Representatives Retail from Andy Sinclair,
8      WDZ0014657, was marked Dennis-5 for
9      identification.)
10  BY MR. BELLAMY:
11     Q      You've been handed what's been marked
12  for this deposition as Exhibit 5.
13            This is the Attachment D you were just
14  referring to?
15     A      It is.
16     Q      And you said it has the "structure."
17            You're referring to the structure of
18  the interview?
19     A      I was.
20     Q      And how does it have the structure of
21  the interview?
22     A      It has my generic section where I'm
23  asking the respondent to tell me what they thought
24  about the survey -- were there any questions that
25  were unclear, what do you remember from the

Page 215

1    survey -- and get them to talk about the survey and

2    then ultimately help -- encourage them to talk about

3    what they understood the survey questions to mean

4    and what was their thought process when they

5    answered the contingent valuation questions.

6               And then the right side of the table

7    there has my documentation that I asked the

8    respondents for their guess who they think is

9    actually paying for this survey.

10        Q      So you noted a bunch of questions, the

11   last one of which is reflected in a separate column:

12   "Who paid for the survey?"

13              The other questions don't appear on

14   this document.

15              Was there a set script of questions

16   that you were asking respondents?

17        A      No.

18        Q      Is Attachment D, does that represent

19   all of the notes of your communications with these

20   10 respondents?

21        A      It does.

22        Q      Were these conversations recorded in

23   any way?

24        A      No.

25        Q      Why is the one question, "Who paid for

Page 216

1    this survey," why is that the only question that's

2    separately broken out?

3        A       No particular reason.

4        Q       And what was the point of asking that

5    question in particular?

6        A       A research objective for any researcher

7    like myself who is trying to do good work is to see

8    if the survey is perceived to be biased or in some

9    way favoring any other organization.

10            I like to ask this question in my

11    surveys to get the respondents to give me their best

12    guess.  If they all were to make a guess of one way

13    or the other, you know, they all said, you know, we

14    think it's -- it doesn't really matter -- but if

15    they were all to guess the same funder, then I

16    perhaps have a problem with my questionnaire.

17        Q       So if they all guessed the same funder,

18    that could be a problem, but it wouldn't necessarily

19    mean they were right about who that funder was?

20        A       I would take everything under

21    consideration in what they provide there.  The

22    best-case scenario is that they don't have a solid

23    opinion about who funded the survey, and that's

24    where most of the respondents were on this.  They

25    had difficulty even thinking about who possibly

Page 217

1    could be funding it.

2         Q     So the notes, the middle column on

3    Exhibit 5, the Attachment D, are these all you

4    recall about these conversations, or do you have a

5    separate, independent recollection of them?

6         A     In my report, I explained that these

7    are my notes as I typed into my computer as I

8    actually had conversations with people.

9         Q     And is your recollection limited to

10   these notes, or do you have an independent

11   recollection of the interviews?

12        A     I think this is probably going to be my

13   best recall at this point, is relying on these

14   notes.  So the answer to your question -- it's hard

15   for me to answer my question whether I have

16   independent recall.  This is my best document that I

17   have to refer to.

18        Q     Are you able to match up these 10

19   individuals with their actual survey responses?

20        A     Yes.

21        Q     Have you done that in this report?

22        A     I have not done it in the report.

23        Q     How would we -- how would I be able to

24   figure that out myself?

25        A     You would not be able to.

Page 218

1      Q      I mean, could you provide the

2   information now or separately through your lawyer if

3   there's a way for me to match up their survey

4   responses?

5      A      It's not feasible to do it now.  If

6   asked to do so, I will comply with their requests if

7   counsel asks me to do it.

8      Q      You mean it's not feasible to do it as

9   we sit in the deposition.

10             Did you have their survey responses in

11   front of you when you talked to them?

12      A      I did.

13      Q      If you turn to page 2 of Exhibit 5, the

14   notes of your conversation with Herb, "He stated his

15   belief that an ES" -- I assume that means Energy

16   Star -- "washing machine would have better

17   technology and be better in other ways that I did

18   not describe in my survey and that 'Energy Star'

19   means to him that it's just a better washing

20   machine."

21             Do you recall that conversation?

22      A      I do.

23      Q      Did it strike you that his

24   understanding of Energy Star was inaccurate?

25      A      I'm not passing judgment on the

Page 219

1    understanding of all the respondents.  I'm measuring

2    their preferences with respect to the Energy Star

3    logo.

4        Q    And did it concern you at all for

5    purposes of your pretest analysis that Herb did not

6    appear to have an accurate understanding of what

7    Energy Star was?

8                MR. MARCHESE:  Objection to form.

9                THE WITNESS:  Not in the slightest.  In

10            fact, I'm not sure he's having an inaccurate

11            recollection.  The consumer research market

12            shows people have a very positive attitude

13            towards the Energy Star mark.  It goes beyond

14            their belief of how much water they're saving.

15    BY MR. BELLAMY:

16        Q    But to be clear, you don't know whether

17    it's accurate or not whether he had an accurate

18    understanding of Energy Star or not?

19        A    It's not relevant for the purpose of my

20    having a reliable and valid survey.

21        Q    If you turn to the next page, the notes

22    of your conversation with Linda M, "She said the

23    Energy Star is important to her, but since the kids

24    moved out, she doesn't do nearly as much laundry as

25    she used to and doesn't expect to save much money

Page 220

1    with an Energy Star washing machine."

2                Do you recall that conversation?

3        A    I do.

4        Q    Do you think it's reasonable to assume

5    that she might have assigned a higher price premium

6    when her kids were home and she was doing more

7    laundry?

8        A    It's possible.  Her circumstances, as I

9    described them here, have changed.  Peoples'

10   preferences could change.

11       Q    Her preference for the Energy Star

12   label could change with her circumstances?

13       A    I think that's been previously

14   established that my survey is not an

15   individual-level measurement.  The preferences, I'm

16   doing a study that measures in the aggregate how

17   much people value the Energy Star label.

18               MR. MARCHESE:  Galen, whenever you're

19        ready, I'd like to take a quick break.

20               MR. BELLAMY:  Now is time.

21               VIDEO OPERATOR:  Going off the record

22        at 3:40 p.m.

23               (Brief recess.)

24               VIDEO OPERATOR:  Going back on the

25        record at approximately 3:53 p.m.

Page 221

1           This is the beginning of File 7.

2    BY MR. BELLAMY:

3           Q      Could you please turn to page 19 of

4    your report?

5           A      Sure.

6           Q      The weighted mean in the chart on

7    page 19 is 267.96; is that right?

8           A      It is.

9           Q      And using your own terminology, could

10   you explain to me what that dollar amount

11   represents?

12          A      The $276 [sic] represents the weighted

13   average, the average valuation estimate, how much

14   monetary value.  It's going to take a second to

15   explain if I could back up.

16                 Paragraph 26 is about those consumers

17   that initially stated a preference for the washing

18   machine without the Energy Star label.  And as

19   previously described, there's 2 and a half percent

20   of the respondents voted that way.  And there were

21   27 respondents after that that provided a monetary

22   value of what they are willing to pay for the

23   washing machine with the Energy Star logo, with the

24   Energy Star label, and that average valuation is

25   $267 on a base of $400.

Page 222

1           So if you take the $400 and subtract

2    the $267 into that $400, that's where that discount

3    percentage average comes from, the 33 percent.

4        Q      And were these individuals' willingness

5    to pay for a non-Energy Star washing machine, were

6    they taken into account in calculating the price

7    premium that you calculated here for the Energy Star

8    label?

9        A      We covered this ground a little bit

10   earlier.

11          Just a point of nomenclature, this is a

12   measurement of the price premium paid by those

13   consumers that initially voted for the non-Energy

14   Star washing machine as opposed to willingness to

15   pay measurement.

16          This data that you see here on the

17   table on page 19 supports its own measurement of

18   valuation for this specific group of those

19   2 and a half percent that voted this way.  Those

20   data are not to be combined with the 97.5 percent of

21   the consumers who voted for the Energy Star label.

22       Q      I see.  So based on however they voted

23   on the initial preference, you kept their data

24   separate going forward after that initial vote?

25       A      I kept their valuation estimate

Page 223

1   separate.

2        Q      On page 18, the first row, the listed

3   amount is zero dollars, and the column percent is

4   22 percent.

5              Does this mean that 22 percent of the

6   respondents said they would not purchase the

7   non-Energy Star washing machine, even if it cost

8   nothing?

9        A      Not willing to buy at any price.  And

10  exactly, the same thing as a zero-dollar valuation.

11       Q      And I guess you anticipated my next

12  question.  So is this the same thing as -- well, let

13  me just ask:  Is it fair to construe the 237

14  respondents whose elicited amount was zero dollars

15  to mean that they think the Energy Star logo alone

16  was worth $400?

17              MR. MARCHESE:  Objection to form.

18              THE WITNESS:  I apologize for asking

19        you to do this at this hour, but could you

20        please repeat that?

21  BY MR. BELLAMY:

22       Q      If you were to focus just on that

23  column with the 237 respondents whose elicited

24  amount was zero, if it was just that column alone --

25  or that row alone, would their price premium

Page 224

1  associated with the Energy Star label be $400?

2       A     That is correct because that is the

3  calculation.

4            However, I need to just state what I

5  said earlier.  This survey is not designed to

6  support individual-level measurements of the value

7  that consumers place on the Energy Star label.  It's

8  intended to be aggregated and calculated an average

9  price premium paid.

10      Q     So looking at this column, then, if an

11 actual class member would be somebody who valued

12 Energy Star at $400, this price premium would not

13 address that individual valuation?

14      A     Maybe we're saying the same thing.  All

15 I'm saying is the survey was not designed to support

16 individual measurements of the price premium paid.

17      Q     Could you have designed the survey to

18 measure individual price premiums associated with

19 the Energy Star logo?

20      A     I hadn't thought about it.  The point

21 is that the population is numerous.  There's

22 hundreds of thousands of class members.  I can't

23 even imagine what an individual-level assessment

24 tool would look like for such a large and various

25 class.

Page 225

1          Q      If an individual class member were to

2    say that the Energy Star label was worth a price

3    premium of $400, would you think that individual is

4    entitled to $400 in damages in this case?

5                  MR. MARCHESE:  Objection, lacks

6           foundation.

7                  THE WITNESS:  It's not my assignment to

8           provide legal opinions today on what the

9           individual damage estimates should be for

10          these class members.

11   BY MR. BELLAMY:

12         Q      Did you understand your assignment to

13   be to calculate damages on behalf of the class?

14         A      On behalf of the class?  I would say my

15   job was to estimate reliably, accurately, the price

16   premium paid for the Energy Star-labeled washing

17   machines across the entire class.

18         Q      And your conclusion is that price

19   premium was paid regardless of whether an individual

20   valued the Energy Star label on their washer in any

21   specific amount or degree?

22         A      I'm sorry, I didn't follow your

23   question exactly.

24         Q      Is it your view that the price premium

25   you identified was paid by class members regardless

Page 226

1    of their individual preference for the Energy Star

2    label?

3              MR. MARCHESE:  Objection to form.

4              THE WITNESS:  I still don't think I

5         understand your question.  My job was simple.

6         I'm calculating the average discount, which is

7         the same thing as the average price premium

8         paid for the entire class.

9    BY MR. BELLAMY:

10        Q     And do you think that anybody who

11   purchased a Maytag Centennial washer paid the same

12   price premium for the Energy Star logo?

13        A     Paid the same price?  I think there's a

14   misunderstanding, or maybe I just had not stated it

15   clearly enough.  The survey is not designed to

16   support individual assessments at the person level

17   of how much that individual overpaid or what their

18   price premium was associated with the Energy Star

19   label.

20              I designed the study so that the data

21   from all these respondents, almost 1100 of them, can

22   be rolled up and an average calculated that could

23   then be used by the economist for a damages

24   calculation.

25              I have no opinion and I have no -- it

Page 227

1    was not within my scope to design a tool that would

2    support person-level measurements of the price

3    premium paid.

4         Q     So is there any connection between

5    damages suffered by any class member and the price

6    premium you've identified?

7                    MR. MARCHESE:  Objection to form,

8          "damages."

9                    THE WITNESS:  Again, I'm not going to

10         have a commentary today on ultimately how the

11         damages are calculated or, for that matter, a

12         legal opinion on liability.

13   BY MR. BELLAMY:

14        Q     Does your opinion have any relevance to

15   the amount of the price premium paid by any class

16   member?

17        A     Again, I have not been asked to even

18   think about that.  It's not within my scope.  I

19   would have to think about that as a research

20   subject.

21                    Surveys are tools for measuring

22   population characteristics.  Surveys, as I use them

23   in my profession -- and there may be others who do

24   things differently -- in my part of the profession,

25   we use surveys to have sample-driven estimates of

Page 228

1    population characteristics.  And for me, the

2    population characteristic being measured is that

3    price premium paid for the entire class.

4         Q     Are you familiar with the blue-ribbon

5    panel convened by the National Oceanic and

6    Atmospheric Administration to review the contingent

7    valuation methodology?

8         A     I am.

9         Q     Are you okay if I just say "NOAA" going

10   forward?

11        A     "NOAA" is fine.

12        Q     Do you generally agree with the

13   findings of the NOAA panel?

14             MR. MARCHESE:  Objection to form.

15             THE WITNESS:  In my report, I do cite

16        the NOAA report, and I state in my report that

17        I generally find it useful.

18             I also clarified that I do take

19        exception to some of the recommendations in

20        the NOAA report.

21   BY MR. BELLAMY:

22        Q     Did you consider how much money the

23   individual named Plaintiffs in this case paid for

24   their Maytag Centennial washers?

25        A     I read -- I read it in the Complaint.

Page 229

1    I did not consider it for purposes of my survey

2    design because I already had the actual transaction

3    data from the retailers to rely on.

4         Q     Is it consistent with the information

5    you recall reading that the named Plaintiffs paid in

6    a range between approximately 300 and approximately

7    $550 for their Maytag Centennial washers?

8         A     I don't have any recall of how much

9    they actually paid.

10        Q     And do you have any explanation for why

11   the price of the Maytag Centennial washers could

12   have fluctuated between 300 and $550?

13        A     Among the named Plaintiffs, you mean?

14        Q     Sure.

15        A     That's a small sample size.  I believe

16   you're talking about approximately 10 Plaintiffs

17   that are named in the Complaint.

18        Q     If the size of the sample size bothers

19   you, do you have any explanation for how the price

20   of the Maytag Centennial washers could have

21   fluctuated between 300 and $550 for anybody who

22   purchased one of these washers during the class

23   period?

24        A     It's an interesting question.  There

25   are various supply side factors that may drive

Page 230

1    prices up or down during this 2009-2012 period.

2    Obviously, retailers sometimes have sales; perhaps

3    when the product is first introduced.  I would have

4    to speculate, and it's not something I researched.

5         Q     Would it be relevant to your opinion in

6    this case if the Maytag Centennial washers were the

7    only Energy Star top-loading washers available in

8    the market in 2009?

9         A     As previously stated, I had a

10   particular assignment to measure the value of the

11   Energy Star label on these particular Maytag

12   Centennial machines.  I was not asked to measure the

13   valuation that consumers might place on features of

14   other machines.  So it's not something that I would

15   have looked at.

16        Q     If a comparable non-Energy Star washer

17   sold at this time, would you expect consumers to pay

18   45 percent more for an Energy Star version?

19             MR. MARCHESE:  Objection, lacks

20        foundation.

21             THE WITNESS:  Could you repeat, please?

22   BY MR. BELLAMY:

23        Q     If a washing machine that was

24   comparable to the Maytag Centennial washer that was

25   not Energy Star sold during this time period --

Page 231

1    meaning 2009 to 2010 -- for $400, would you expect

2    consumers to be willing to pay 45 percent more for

3    an Energy Star version of the same washer?

4              MR. MARCHESE:  Objection, lacks

5         foundation.

6              THE WITNESS:  I believe you mean

7         45 percent more than the 400-dollar price

8         point for the non-Energy Star washing machine?

9    BY MR. BELLAMY:

10        Q     Correct.

11             MR. MARCHESE:  Same objections.

12             THE WITNESS:  That would require on my

13        part outside my field of expertise.

14   BY MR. BELLAMY:

15        Q     Do you have an opinion about whether

16   the price premium you identified is constant across

17   a range of top-loading washing machine prices?

18        A     I missed the premise of your question.

19        Q     Do you have an opinion about whether

20   the price premium you identified would remain

21   constant across a range of prices of comparable

22   top-loading washers?

23        A     Comparable top-loading washing

24   machines?  I did a study that was focused on these

25   Maytag Centennial washing machines, so I have

Page 232

1    confidence that my results project to those washing

2    machines.

3         Q      So does that mean you don't have an

4    opinion about whether the price premium you

5    identified would remain constant across the range of

6    comparable top-loaders?

7         A      I would need to look at these other

8    machines that are part of your hypothetical and make

9    a determination based on those machines.

10        Q      What sort of information would you need

11   to know about those machines?

12        A      For instance, do they have the Energy

13   Star label, and are they comparable in other ways?

14        Q      And what other ways could be relevant

15   to determining whether the price premium you

16   identified would apply to them?

17        A      I would look at also the capacity.

18   That's clearly a feature that's a part of my survey.

19   I haven't thought about this topic.  I would need to

20   think about it.

21               Furthermore, I would need to make a

22   decision whether it's even within my scope of

23   expertise to render an opinion on it.

24        Q      So if I understood your testimony, is

25   it possible that changing the capacity of a washing

Page 233

1    machine could change the price premium associated

2    with the Energy Star label, holding everything else

3    constant?

4         A     What do I know is I did a survey.  The

5    survey has a certain questionnaire behind it.  It

6    gave me reliable and valid results.  I have

7    confidence that it projects accurately to the Maytag

8    Centennial washing machines that are the center of

9    this litigation.

10             To the extent that it could be though

11   results generalized to other washing machines, I

12   don't have an opinion on that right now.  It's

13   something I would have to look at very hard.

14             MR. BELLAMY:  I'm going to move to

15        strike as nonresponsive.

16   BY MR. BELLAMY:

17        Q     The question I'm trying to get an

18   answer to is whether or not changing a feature other

19   than Energy Star, but holding every other feature

20   constant, could have an impact, positive or

21   negative, on the price premium a consumer would pay

22   for the Energy Star label.

23        A     Again, I've done the survey.  I would

24   need to did other research to measure the possible

25   change that could occur and the price premium paid

Page 234

1   if I were to change the survey question wording or

2   change the information that's provided to the

3   respondents.

4        Q     Yeah, I'm not asking you, obviously, to

5   quantify what the change would be; just whether you

6   think as a theoretical matter, as an expert in

7   contingent valuation, if changing one of the

8   variables other than Energy Star and holding

9   everything else constant could impact the price

10  premium associated with the Energy Star label.

11             MR. MARCHESE:  Objection, lacks

12        foundation.

13             THE WITNESS:  I think that requires

14        speculation.  I would have to think about --

15        it's something that I'm reluctant to speculate

16        about without doing the analysis or thinking

17        about it systematically.

18  BY MR. BELLAMY:

19        Q     Do you think it's possible?

20             MR. MARCHESE:  Objection, asked and

21        answered.

22             THE WITNESS:  It's possible the results

23        could change if there's a significant change

24        to the questionnaire.

25

Page 235

1    BY MR. BELLAMY:

2         Q     So the price premium associated with

3    the Energy Star label could conceivably change if

4    you changed something else about the machine?

5              MR. MARCHESE:  Objection, lacks

6         foundation.

7              THE WITNESS:  If I changed something

8         else about the machine?

9    BY MR. BELLAMY:

10        Q     You called out capacity, for example.

11   You think it's possible that if you held everything

12   else constant in your survey except you asked the

13   question about 4.5 cubic foot washing machines,

14   whether you would have gotten a different price

15   premium associated with the Energy Star label?

16             MR. MARCHESE:  Objection, lacks

17        foundation.

18             THE WITNESS:  I think that I would need

19        to actually do the research study to see what

20        the impact would be.

21   BY MR. BELLAMY:

22        Q     As a theoretical matter, could you

23   conduct a similar price premium analysis for any

24   other feature beyond Energy Star, like capacity,

25   color, brand?

Page 236

1          A        Potentially, yes.

2          Q        And would you expect, if you added up

3     the price premiums identified in those different

4     surveys, you would get something equal to the

5     average retail price of the machines?

6          A        I think the question you just asked

7     would imply a different kind of survey research than

8     contingent valuation.

9          Q        What kind of survey research does that

10    imply?

11         A        I think you perhaps described a

12    conjoint survey.

13         Q        How does a conjoint survey work?

14         A        A conjoint survey, there is an attempt

15    to estimate the value that consumers place on each

16    attribute.  In my contingent valuation survey,

17    there's only one attribute whose value that I'm

18    measuring.

19         Q        And I understand that.  I guess what

20    I'm asking is if you were to conduct a separate

21    contingent valuation survey for each major feature

22    set of the washer, would you expect that the total

23    price premium would equal the retail price of that

24    washing machine?

25                   MR. MARCHESE:  Objection, lacks

Page 237

1          foundation.

2                    THE WITNESS:  So in your theoretical

3          exercise, these are all independent samples,

4          independent surveys.  That was the premise I

5          missed the first time you asked the question.

6     BY MR. BELLAMY:

7          Q     Yes.  Correct.

8          A     I haven't thought about it.  I'm not

9     sure what to expect.  I would need to actually do

10    the research to identify what the impact would be.

11         Q     If the total of the price premiums

12    identified in the series of contingent valuation

13    surveys I just hypothesized was greater than the

14    average retail price, would that suggest a problem

15    with the contingent valuation method?

16                    MR. MARCHESE:  Objection, lacks

17         foundation.

18                    THE WITNESS:  That would require a

19         valuation on my part on the execution of these

20         separate contingent valuation surveys.  It

21         could be very well that there are issues with

22         the questionnaire design and survey

23         implementation that are responsible for the

24         sum of the parts equaling more than what

25         actual purchasers are paying for the product.

Page 238

1  BY MR. BELLAMY:

2       Q     But you would expect that if they were

3  executed perfectly, that the sum of the parts should

4  equal the purchase price?

5       A     Again, I haven't thought about this

6  before.

7             It would not be a cost-effective

8  solution.  I would just do a conjoint survey and

9  measure and force the respondents to engage in a

10 series of trade-off exercises so that you can

11 measure the relative value that consumers place on

12 these attributes.

13      Q     When you aggregated the survey data as

14 it pertained to the price premium, did you exclude

15 any outliers?

16      A     I did no data editing whatsoever.

17      Q     What does the phrase "budget

18 constraint" refer to?

19      A     Budget constraint?

20      Q     Or "income constraint"?

21      A     You're probably referring to my quality

22 control test in my report?

23      Q     Not necessarily.

24            Are you familiar with the phrase

25 "budget constraint"?

Page 239

1      A      Aren't we all?  A budget constraint

2   meaning that someone has a limited pool of resources

3   to use.

4      Q      And do you structure or phrase your

5   survey questions in such a way as to remind survey

6   respondents of their budget constraints?

7                    MR. MARCHESE:  Objection to form.

8                    THE WITNESS:  In this survey, I did not

9           give -- that's part of the study, that I'm

10          measuring the value that these purchasers

11          place on the Energy Star label.  Part of that

12          is the individual respondents and what their

13          own budget constraints are that they bring to

14          the survey.  So it's not something that I

15          would have specified in the survey.

16   BY MR. BELLAMY:

17      Q      But these are purely hypothetical

18   dollars they're spending, right?

19      A      These are hypothetical dollars.

20   Clearly, they are not their dollars they're

21   spending, but it's informed by their own personal

22   situations with respect to, as we've talked about

23   before, their preferences, attitudes, and opinions

24   towards the Energy Star program and labels and also

25   in terms of their personal financial situation.

Page 240

1          That's why I thought your question was

2     about my quality control section because I did

3     consider the role of household income and how it

4     relates to the price premium paid estimates in my

5     survey.

6          Q     Do you have a general understanding of

7     whether Energy Star washing machines are more

8     expensive up front than non-Energy Star washing

9     machines?

10         A     More expensive to purchase, or more

11     expensive to manufacture?

12         Q     Sorry, to purchase.

13              MR. MARCHESE:  Objection to form.

14              THE WITNESS:  From reading some of the

15         documents in my list of materials, I

16         understand that there's a recognition and was

17         a recognition by Maytag that those are

18         relatively high-margin machines.  To have an

19         Energy Star label is considered to be valuable

20         to purchasers; and therefore, a higher price

21         point could be commanded in the marketplace

22         with an Energy Star label.

23     BY MR. BELLAMY:

24         Q     Is it your understanding that Energy

25     Star-labeled washing machines tend to have a higher

Page 241

```
 1    purchase price than non-Energy Star washing

 2    machines?

 3         A      As a general finding, that's my belief.

 4         Q      And is your assumption that people who

 5    have lower annual income tend to pay more up front

 6    in exchange for long-term savings?

 7              MR. MARCHESE:  Objection, lacks

 8         foundation.

 9              THE WITNESS:  I don't have an opinion

10         on that.  It's not something that I've

11         researched.

12    BY MR. BELLAMY:

13         Q      But you drew a conclusion about your

14    survey respondents who had higher incomes, did you

15    not?

16         A      I did.

17         Q      And what was your conclusion?

18         A      They had a -- they required less of a

19    discount to be induced or persuaded to purchase the

20    washing machine without the Energy Star label.

21         Q      And how did you interpret that

22    information?

23         A      I interpreted that to mean they had

24    fewer budgetary constraints; so therefore, they're

25    not as attracted or susceptible to discounting.
```

Page 242

1      Q      And the "discount" there refers to the

2    cost of operating the machine; in other words, cost

3    of energy?

4      A      "Discounting" refers to the survey I

5    did.  So my survey measures the discount that

6    purchasers are required in order to be persuaded to

7    buy a non-Energy Star-labeled washing machine.

8      Q      Did you take any steps to determine

9    whether an individual respondent, income level, and

10   the amount they identified they were willing to pay

11   for the Energy Star label, whether they were

12   consistent or not?

13             MR. MARCHESE:  Objection to form.

14             THE WITNESS:  Your question is about

15        individual-level analysis?

16   BY MR. BELLAMY:

17        Q      Of your survey respondents, yes.

18        A      I've said a few times today I think

19   it's -- it's not something I designed the study to

20   do.  My report speaks for itself.  I did look at

21   low-income versus high-income households that

22   participated in my survey.  So I looked at those

23   price premium paid estimates at the group level.  I

24   did not look at them at the individual level.

25        Q      Why did you look at low income and high

Page 243

1    income?

2         A     As I stated in my report, it's a test

3    that contingent valuation designers sometimes do

4    with their data.  They are inspecting the data to

5    determine whether or not the price premium paid

6    estimates are conforming to economic theory.

7              And that economic theory is the one

8    that I articulated earlier; that the higher income

9    households should be less susceptible to

10   discounting.

11        Q     Have you ever offered an expert opinion

12   on damages?

13        A     Could you possibly clarify what you

14   mean by that?

15        Q     Are you familiar with the concept of

16   damages in private litigation?

17        A     I am.

18        Q     Have you ever offered an expert opinion

19   on the amount of damages?

20        A     Thanks for the clarification.  The word

21   "amount" helps clarify the question for me.

22              I have not provided an opinion in my

23   previous testimony on what the amount of damages

24   should be.

25        Q     How many times have you offered an

Page 244

1    expert opinion on any other issues related to

2    damages other than the amount?

3         A    When you say any other issues with

4    respect to damages, I would include in that opinions

5    I've made about the reliability of survey estimates

6    that I provide the economists who in turn make the

7    damage calculations.

8              I guess that's a question for you, sir,

9    if I'm interpreting your question correctly.

10        Q    I think I've already asked you this

11   question, so I'm not going to ask you again.

12             I believe I asked you this outside of

13   the context of litigation, and if I'm repeating

14   myself, I apologize.

15             In the context of litigation, how many

16   times have you used a contingent valuation survey to

17   estimate the price premium for a private good or any

18   attribute of a private good?

19        A    In the context of litigation?

20        Q    Yes.

21        A    If I could have a moment to think.

22             A clarification question, if I could.

23             Is your question in reference to

24   separate litigation efforts, separate litigations,

25   or separate surveys?

Page 245

1      Q      Well, let's start with separate

2   litigations.

3      A      And contingent valuation only?

4      Q      Correct.

5      A      I could think of five today as I sit

6   here.

7      Q      And how many of those five separate --

8   how many kinds of products were involved in those

9   five separate litigations?

10      A      They all involved different products.

11      Q      And what were the products?

12             You mentioned one was a kitchen

13   appliance.

14      A      That's right.

15      Q      What are the others?

16      A      I'm including this one as one of the

17   five today.  So four, not counting today.

18             The other involving tobacco products,

19   and then also another involving motor vehicles, and

20   finally one involving cooking oil.

21      Q      And in each of those litigations, you

22   conducted a contingent valuation survey to identify

23   the price premium associated with some aspect of

24   these five kinds of products?

25      A      That is correct.  And if I could

Page 246

1    clarify, the language can vary from project to

2    project.  "Discount percentage" and "price premium

3    paid," as in my report, are synonymous.  So in my

4    answer to you today, I'm treating those also as

5    synonymous.

6         Q     And why would you calculate a discount

7    percentage as opposed to a price premium?

8         A     They're the same numbers.  They're just

9    different words.

10        Q     I guess what I'm asking is:  Is one

11   intended to capture perhaps a negative value that a

12   particular product attribute might have?

13             MR. MARCHESE:  Objection to form.

14             THE WITNESS:  I think they're all the

15        same with respect to measuring the price

16        premium paid or the discount percentage

17        required in order to induce a purchaser to buy

18        a product that's not currently on -- not

19        currently on the market.

20   BY MR. BELLAMY:

21        Q     Has a court ever struck your proffered

22   expert opinion for any reason?

23        A     No.

24        Q     Has a court ever found any aspect of

25   your expert opinion to be unreliable?

Page 247

1        A       It's a broad question.  I don't recall

2   the word "unreliable" being used by a court or a

3   judge.

4        Q       Has a court or a judge ever been

5   critical of an opinion that you've offered in

6   litigation?

7        A       Yes.

8        Q       Can you tell me about that instance or

9   those instances?

10        A       The instance that is in the public

11   record is the NCAA case commonly known as the

12   Ed O'Bannon Matter.

13        Q       And what was the nature of your opinion

14   in that case?

15        A       I provided an opinion for the

16   defendants, NCAA, with respect to measuring the

17   impact that paying college student athletes would

18   have on the popularity of college men's basketball

19   and college football in the United States.

20        Q       Did your opinion involve a contingent

21   valuation survey?

22        A       No.

23        Q       Other than the NCAA case, are you aware

24   of any other case in which a court or a judge was

25   critical of your opinion, expert opinion?

Page 248

```
 1        A       Yes, I am.

 2        Q       How many other instances?

 3        A       There is one other instance.

 4        Q       And what was that case?

 5        A       That was in the -- a case known as

 6   Massachusetts Tobacco.

 7        Q       And what was the nature of your opinion

 8   in that case?

 9        A       I did a survey approximately 14 years

10   before the case went to trial, and that survey was

11   conducted for a different litigation.  And my

12   opinions related to the value that purchasers of

13   Marlboro Light cigarettes place on the brand

14   descriptor "lights" and "lower tar and nicotine."

15        Q       Was it a contingent valuation survey?

16        A       It was.

17        Q       And was the court's criticism limited

18   to the fact that it was a 14-year-old survey?

19        A       No.

20        Q       What was the court's criticism?

21        A       The court criticism was that I had done

22   this survey for a different litigation matter, and

23   for that first survey in the first litigation

24   matter, a nationwide survey sample was appropriate.

25   However, for this Massachusetts case that I'm
```

1    referencing now, the judge was not convinced that a

2    nationwide survey was reliable for opinions related

3    to Massachusetts purchasers of Marlboro Lights.

4         Q     Can you estimate how many contingent

5    valuation surveys you have directed for any purpose?

6         A     There's the ones that I've mentioned in

7    the last few minutes.  I think I have listed five in

8    that capacity.

9               I've also served as my company's survey

10   director for contingent valuation surveys done where

11   I am not the lead investigator.

12              I provide a survey director role in

13   support of customers of mine who would essentially

14   play the role that I play in the five surveys I've

15   mentioned to you so far.  With respect to how many

16   of those there have been, I would estimate between

17   five and ten, maybe a few more.  It's been over a

18   fairly long career I've been doing this kind of

19   work.  It could be as many as a dozen.

20        Q     And were these contingent valuation

21   surveys related to environmental matters?

22        A     Yes, they were.

23        Q     All of them?

24        A     Yes.

25        Q     Were they for valuing public goods?

Page 250

```
 1        A       Yes.

 2        Q       Were the customers the federal

 3   government?

 4        A       No.

 5        Q       Other governments, state governments,

 6   local governments?

 7        A       Not government.

 8        Q       Did you receive input from anybody else

 9   in this case on how to draft your survey questions?

10        A       On how to draft the survey questions?

11                No.

12        Q       Meaning the language you used in the

13   survey questions.

14        A       Not drafting the survey questions, no.

15        Q       Did you receive help from anybody else

16   on any other aspect of your contingent valuation

17   survey?

18        A       I sought advice at one point, yes.

19        Q       And who did you seek advice from?

20        A       From the damages expert on this case.

21        Q       Is that Colin Weir?

22        A       It is.

23        Q       What was the nature of the advice you

24   sought?

25        A       I wanted to make sure he and I were
```

Page 251

1   seeing the same things in the data related to the

2   transactions, the real estate -- excuse me, the real

3   market transactions for the prices paid by consumers

4   for these Maytag Centennial washing machines.

5          Q       And what were you seeing in the data

6   that you wanted to verify with Mr. Weir?

7          A       I wanted to make sure that my

8   calculations were consistent with his calculations

9   about the actual price that consumers had

10  historically paid for these washing machines.

11         Q       This is the average retail price?

12         A       That's right.

13         Q       And were your calculations consistent

14  with Mr. Weir's?

15         A       They were.  It's important, since I am

16  providing the inputs to Mr. Weir for the damages

17  calculation, that he and I are on the same page with

18  respect to the prices.

19                 It's also very important for me because

20  my goal was to anchor the survey in these real-world

21  transaction data.  I wanted to make sure I was using

22  the right data for making my estimates.

23         Q       Would you characterize the NOAA panel's

24  recommendations as best practices to employ when

25  conducting a contingent valuation survey?

Page 252

1           MR. MARCHESE:  Objection to form.

2           THE WITNESS:  I think I covered this in

3       my report, and I used the words that I believe

4       are most appropriate in this circumstance.

5       The report was written 28, 30 years ago,

6       approximately.  At the time, it was best

7       practices.  In my opinion, it could be

8       updated.  And if updated, it could potentially

9       be a best practices document.  But right now,

10      it cannot serve that role, in my opinion.

11  BY MR. BELLAMY:

12      Q      Did the fact that the Energy Star label

13  conveys a message of energy efficiency play any role

14  in your calculation of a premium price [sic] here?

15      A      I calculated the price premium paid on

16  the basis of the survey data, just based on the

17  survey data that I have.  I did not use any other

18  information in making those calculations.

19      Q      Could you have created your survey that

20  compared the hypothetical Washers A and B by

21  comparing their annual energy savings against each

22  other as opposed to just the Energy Star label?

23          MR. MARCHESE:  Objection, lacks

24      foundation.

25          THE WITNESS:  I think that would be

Page 253

1          problematic for measuring the price premium

2          paid, which was my responsibility and

3          assignment in this case.  My goal was to

4          isolate the impact of the Energy Star label.

5          That's why I designed the survey the way I

6          did.

7     BY MR. BELLAMY:

8          Q      We talked at the beginning of the day

9     about the information that's contained on the energy

10    guide label, and you recall the energy guide label

11    had a range of annual operating costs for similar

12    models?

13         A      I do.

14         Q      And it identified where the washer in

15    question, whatever washer the label would be affixed

16    to, fell on that range?

17         A      Yes.

18         Q      Could you have compared a hypothetical

19    Washer A and B that identified where the two

20    machines fell on different ranges of energy

21    efficiency?

22              MR. MARCHESE:  Objection, lacks

23         foundation.

24              THE WITNESS:  For a different set of

25         research objectives, if I were asked to test

Page 254

1      the effectiveness of different energy guides,

2      then I would design a study like that.  But I

3      was asked to actually study the Energy Star

4      labels and the value that purchasers placed on

5      those labels.

6   BY MR. BELLAMY:

7      Q      So is it at least possible that you

8   could design a contingent valuation survey to

9   measure the price premium associated on relative

10  energy efficiency?

11          MR. MARCHESE:  Objection, lacks

12      foundation.

13          THE WITNESS:  I would have to think

14      about it.  In theory, you could do a

15      contingent valuation survey if the goal were

16      to test the relative effectiveness or value

17      that purchasers place on different types of

18      energy guide statements or different formats

19      of energy guide statements.  It's possible to

20      do that.

21          That was not my mission.  That's not

22      what I was asked to do.

23  BY MR. BELLAMY:

24      Q      And beyond just the exact statements on

25  the energy guide label, could you compare the price

Page 255

1    premium associated with otherwise identical washers

2    where one is relatively more energy efficient than

3    the other?

4          A      I think that it's possible to design a

5    contingent valuation survey to measure the value

6    people put on all kinds of nonmarket goods.

7          Q      Have you ever designed -- regardless of

8    whether you implemented -- designed a contingent

9    valuation survey to measure the price premium

10   associated with two products that had different

11   energy efficiency?

12         A      Galen, can we take a break?

13                VIDEO OPERATOR:  Going off the record

14         at approximately 4:41 p.m.

15                (Brief recess.)

16                VIDEO OPERATOR:  This is the beginning

17         of File 8.  We're going back on the record now

18         at approximately 4:56 p.m.

19                (The Value of the Energy Star Market

20         document, WDZ0000204 - WDZ0000207, was marked

21         Dennis-6 for identification.)

22   BY MR. BELLAMY:

23         Q      Dr. Dennis, we're handing you a

24   document that's been marked Dennis-6 for your

25   deposition.

Page 256

1              Take a moment and tell me if you
2    recognize it.
3         A     Yes, I believe this is in my list of
4    considered materials.
5         Q     There's a reference to Harris
6    Interactive in the first paragraph.
7              Are you familiar with Harris
8    Interactive?
9         A     It's a company that used to exist.
10   They're owned by Nelson now.
11        Q     And what is Harris Interactive's
12   reputation among survey experts?
13        A     I don't think of them --
14             MR. MARCHESE:  Objection, lacks
15        foundation.  Objection to the form.
16             THE WITNESS:  Amongst survey experts
17        like myself?
18   BY MR. BELLAMY:
19        Q     Correct.
20        A     Well, in its time, back in the 1990Ss,
21   early 2000s, it was considered one of the leaders in
22   online survey research.  I have a biased point of
23   view because I was competing against them directly
24   with the business that I started.
25        Q     When they were in existence, did you

Page 257

1  rely on surveys prepared by Harris Interactive for

2  any reason?

3       A     I cannot think of an instance where I

4  would have relied on a Harris Interactive survey.

5       Q     It says in the first paragraph that

6  "Whirlpool commissioned Harris Interactive to survey

7  consumers nationwide on their compliance habits and

8  practices."

9            Do you see that?

10      A     I do.

11      Q     Do you know anything about how that

12  survey was conducted?

13      A     I could speculate.  I know that Harris

14  business, but I don't think that it would be

15  responsible for me to speculate on how the poll was

16  conducted.

17      Q     So you don't actually know how the

18  Harris Interactive survey referenced here was

19  conducted?

20      A     I know how Harris operated as a

21  business back then, but they're a large firm.  It's

22  possible they could have done something differently

23  than what they normally did.

24      Q     Do you know anything about what survey

25  questions were asked?

Page 258

1          A        I see they have a question here.  It's

2     not a question, but from the results, I could make

3     some inferences about survey questions asked.  But I

4     have not seen the questionnaire they actually used.

5          Q        It states towards the bottom of the

6     first paragraph that "72 percent of respondents

7     actively look for the Energy Star label."

8               Do you see that?

9          A        I do.

10         Q        Is that conclusion consistent with

11    Paragraph 11A in your contingent valuation survey

12    report?

13         A        It's measuring different things, so --

14         Q        I understand.

15         A        It's hard to make a statement whether

16    they're consistent or inconsistent.  They're

17    measuring different properties in the population.

18         Q        So you don't have an opinion about

19    whether that 72 percent figure is consistent with

20    your conclusion in Paragraph 11A?

21         A        I'll put it this way:  The

22    directionality of the findings are consistent

23    between the Harris Interactive poll and my survey.

24               When I say "directionality," they both

25    show that the public has positive affect toward the

Page 259

1   Energy Star brand, but they are measuring different

2   things.  So it's difficult to have a more precise

3   opinion than that.

4        Q    Do you know whether the Harris

5   Interactive survey described in Exhibit 6 was

6   specific to top-loading washing machines?

7        A    All I have is this exhibit in front of

8   me.  So I don't see anything in this document,

9   Exhibit 6, that indicates that the survey regarded

10  top-loading machines exclusively.

11             (The Value of the Energy Star Market

12        document, WDZ0000204 - WDZ0000207, was marked

13        Dennis-7 for identification.

14  BY MR. BELLAMY:

15        Q    You've been handed what's been marked

16  as Exhibit 7 to your deposition.

17             Take a moment to look at that document

18  and tell me if you recognize it.

19        A    Yes, I do.

20        Q    Is this one of the documents you

21  identified as having relied on in your report?

22        A    That is true.

23        Q    Do you know when this document was

24  created?

25        A    I think I had the same question when I

Page 260

1    first looked at this document.

2         Q     Do you recall if you reached any

3    conclusion about that?

4         A     I would have -- whatever conclusion I

5    reached, I put it in my list of considered

6    materials.

7         Q     Look at the last page of this document.

8    There's a slide that has a bullet point that says

9    "Goal:  60 percent awareness by 2005."

10              Do you see that?

11        A     I do.

12        Q     Based on that, would you assume that

13   this document was created in 2005 or earlier?

14              MR. MARCHESE:  Objection.

15              THE WITNESS:  It's difficult to know.

16        I mean, other parts of the document provide

17        conflicting evidence.  If you look at the back

18        of the first page, there's a 2006 reference

19        there for the volume of units sold by

20        different kinds of appliances.  It's difficult

21        to say when the first page was produced versus

22        the attachments.

23   BY MR. BELLAMY:

24        Q     The first sentence on the first page

25   refers to a "Whirlpool government relations analysis

Page 261

1    of Energy Star-qualified sales."

2              Do you see that?

3        A     I do.

4        Q     Do you know what the "government

5    relations analysis" refers to?

6        A     That -- Mr. Sinclair, I believe, was

7    responsible for government relations or worked in

8    the government relations department.

9        Q     And who is Mr. Sinclair?

10       A     From Exhibit 6 that you handed me

11   earlier, the primary author of that document.

12       Q     So are you familiar with the Whirlpool

13   government relations analysis of the Energy

14   Star-qualified products referenced in Exhibit 7?

15       A     As I sit here now, I'm not sure which

16   document that's referring to.

17       Q     Do you have reason to believe you've

18   ever seen that document?

19       A     I can't remember right now if I've seen

20   it or not.  I would have to look at my list of

21   considered materials for my reliance list.

22       Q     Do you know anything about how the

23   percentages that are identified in the bullet points

24   on the first page of Exhibit 7 were arrived at?

25       A     You're referring to the middle of the

Page 262

1    page there where there's four bullet points?

2         Q       Yes.

3         A       The Energy Star survey of consumers, I

4    don't want to speculate.  I would do my research on

5    that.  I think, as memory best serves, it was that

6    consortium study that it's relying on.  But I would

7    need to get my documents together and look at the

8    source documents that say definitively what the data

9    source is for the four bullet points in the middle

10   of page 1 there.

11        Q       Do you recall looking at any data

12   underlying an Energy Star survey of consumers that's

13   referenced in the first page of Exhibit 7?

14        A       The underlying data?

15        Q       Correct.

16        A       What do you mean by "underlying data"?

17        Q       Well, for example, the survey

18   questions.

19        A       No.  I don't remember the survey

20   questions.

21        Q       Do you know anything about the

22   methodology employed in the Energy Star survey?

23        A       Again, if I had the materials from my

24   reliance list in front of me, I could most likely

25   piece together where these findings came from, from

Page 263

1    the middle of page 1.

2        Q      Well, I'm asking you as you sit here

3    today, do you remember seeing any actual survey

4    questions that underlied an Energy Star survey that

5    you didn't conduct?

6        A      I think I answered that question.  I

7    don't have recall at this moment of those survey

8    questions.  That's why I'm continuing to suggest

9    that if I had the documents available, I could look

10   at them and piece together where these data findings

11   come from, which would tell me which survey we're

12   talking about, which would allow me to figure out

13   which questionnaire it's referencing.

14       Q      That first bullet point under "Energy

15   Star survey of consumers," it says "80 percent of

16   consumers surveyed stated they're familiar with the

17   Energy Star mark."

18              Do you see that?

19       A      I do.

20       Q      Does it follow, then, that 20 percent

21   of the consumer surveys were unfamiliar with the

22   Energy Star mark?

23       A      This is one of these things where you

24   need to look at the survey question.  For instance,

25   there could have been a middle option for neither

Page 264

1    familiar nor unfamiliar.  It may not be unfamiliar,

2    the 20 percent.  It depends on how the survey

3    question is worded.

4         Q      And as you sit here today, you don't

5    remember whether you saw the survey questions?

6         A      That's correct.

7         Q      The third bullet point down, it says

8    "75 percent of consumers surveyed stated they would

9    purchase an Energy Star clothes washer over a

10   non-qualified model."

11              Do see that?

12        A     I do.

13        Q      Is that consistent with your conclusion

14   in Paragraph 11A of your report?

15        A      It's a directionality.  It's

16   consistent.  I'd have to see, of course, how the

17   survey was constructed, who the respondents are.

18              The information I have is according to

19   an Energy Star survey of consumers.

20              Consumers of what?  There's not enough

21   information here for me to make an evaluation.

22              (The Value of the Energy Star Market

23         document, WDZ0000204 - WDZ0000207, was marked

24         Dennis-8 for identification.)

25   BY MR. BELLAMY:

Page 265

1        Q      You've been handed what's been marked

2   as Exhibit 8 for your deposition.

3               Can you take a moment to review that

4   and let me know if you recognize it?

5        A      Yes, I remember this report.

6        Q      Is this one of the documents you relied

7   on?

8        A      I did.  It's in my list of considered

9   materials.

10       Q      Can you turn to page 5 of this

11  document?

12       A      Yes.  I'm there.

13       Q      You've seen this graphic before?

14       A      I have.

15       Q      Do you know who gathered the data that

16  underlied this graphic?

17       A      I see a firm down there called

18  Fairfield Research as the source.

19       Q      Are you familiar with Fairfield

20  Research?

21       A      No, I'm not.

22       Q      Do you know anything about how these

23  data were collected or analyzed that underlie this

24  graphic?

25       A      I don't know with certainty.

Page 266

1              (The Value of the Energy Star Market

2         document was marked Dennis-9 for

3         identification.)

4    BY MR. BELLAMY:

5         Q      You've been handed a document that's

6    been marked as Exhibit 9 for this deposition.

7              Please take a look at this document and

8    tell me if you recognize it.

9         A      Yes, I recognize this document.

10        Q      Do you know who authored this document?

11        A      I would -- as I sit here today, I

12   cannot tell you who authored it.  It does not

13   mention it on the document itself that I can see.

14        Q      Do you know the purpose of this

15   document; who the audience was?

16        A      Again, all I have is the document in

17   front of me.  I've seen this document before, but I

18   did not have other information available to me to

19   tell me who wrote it.

20        Q      Is there any indication in the document

21   of when it was created?

22        A      I'm looking at the sources.  I see a

23   2003 citation -- and there's two citations for 2003,

24   and everything else is older than 2003.

25        Q      Did you draw any conclusions from that?

Page 267

1        A      I would, based on the data that I see

2   here, it would be in 2003 or more recently.

3        Q      And you mentioned sources.  Could you

4   quickly review those sources and tell me if you

5   recall having consulted any of those sources before?

6        A      I recall, I'm looking at the bullet

7   point near the bottom there for the Cadmus Group

8   study.  I remember looking -- that's the third

9   bullet point from the bottom.

10       Q      I see it.

11              Did you look at Cadmus Group study in

12   connection with your work for this case?

13       A      It would be in my list of considered

14   materials.  I would need to reference that to

15   verify.

16       Q      But do you recall looking at the Cadmus

17   Group study independent of this litigation?

18       A      Independent of this litigation?  I

19   think it would be connected to this litigation.

20       Q      But if you relied on the Cadmus Group

21   study, it would be identified in your list of

22   materials?

23       A      It would be.

24              The Gallup Organization study, I had

25   available to me a document that had a summary of the

Page 268

1    Gallup Organization findings.

2         Q      I'm sorry, where is that referred to?

3         A      It's in the middle of the sources.

4         Q      I see.  It's dated 2000?

5         A      Correct.

6         Q      Did you rely on that organization?

7         A      I cited it in my report.

8              MR. BELLAMY:  Thank you, Dr. Dennis.

9         That's all the questions I have for you.

10             MR. MARCHESE:  I don't have any

11        questions at this time.  I just want to

12        reserve the witness's right to review and sign

13        the transcript.

14             VIDEO OPERATOR:  We're now going off

15        the record at approximately 5:16 p.m.

16

17

18

19

20

21

22

23

24

25

Page 269

C E R T I F I C A T I O N

    I, LISA FORLANO, a Certified Realtime
Reporter, Certified Court Reporter and Notary
Public, do hereby certify that I reported the
deposition in the above-captioned matter, that
the said witness was duly sworn by me; that
the foregoing is a true and correct transcript
of the stenographic notes of testimony taken
by me in the above-captioned matter.

    I further certify that I am not an
attorney or counsel for any of the parties,
not a relative or employee of any attorney or
counsel connected with the action, nor
financially interested in the action.

LISA FORLANO, CRR, CCR #XI01143

Dated:  March 14, 2016

```
 1                    ERRATA SHEET
                 VERITEXT LEGAL SOLUTIONS
 2                      800-567-8658
     ASSIGNMENT NO. CS2236907
 3   CASE NAME: Dzielak, Et Al.  v. Whirlpool Corporation
     DATE OF DEPOSITION: 3/8/2016
 4   WITNESS' NAME: J. Michael Dennis
 5
     PAGE/LINE(S)/   CHANGE           REASON
 6   _____/_____/_____/_____
     _____/_____/_____/_____
 7   _____/_____/_____/_____
     _____/_____/_____/_____
 8   _____/_____/_____/_____
     _____/_____/_____/_____
 9   _____/_____/_____/_____
     _____/_____/_____/_____
10   _____/_____/_____/_____
     _____/_____/_____/_____
11   _____/_____/_____/_____
     _____/_____/_____/_____
12   _____/_____/_____/_____
     _____/_____/_____/_____
13   _____/_____/_____/_____
     _____/_____/_____/_____
14   _____/_____/_____/_____
     _____/_____/_____/_____
15   _____/_____/_____/_____
     _____/_____/_____/_____
16   _____/_____/_____/_____
     _____/_____/_____/_____
17   _____/_____/_____/_____
     _____/_____/_____/_____
18   _____/_____/_____/_____
     _____/_____/_____/_____
19   _____/_____/_____/_____
20   _____
                  J. Michael Dennis
21   (Notary not required in California)
     SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____, 2016.
23
     _____
24      NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____
```

```
                                                  Page 271

  1                    Veritext Legal Solutions

                    290 W. Mt. Pleasant Ave. - Suite 3200

  2                    Livingston, New Jersey 07039

                  Toll Free: 800-227-8440  Fax: 973-629-1287

  3

  4    March 14, 2016

  5    To: Joseph Marchese, Esq.

  6    Case Name: Dzielak, Et Al.  v. Whirlpool Corporation

  7    Veritext Reference Number: 2236907

  8    Witness:  J. Michael Dennis       Deposition Date:  3/8/2016

  9

       Dear Sir:

 10

       Enclosed please find a deposition transcript.  Please have the witness

 11    review the transcript and note any changes or corrections on the

       included errata sheet, indicating the page, line number, change, and

 12    the reason for the change.  Have the witness' signature at the bottom

       of the sheet notarized except in California where they are signing

 13    under penalty of perjury and forward the errata sheet back to us at

       the address shown above.

 14

 15

 16    If the jurat is not returned within thirty days of your receipt of

 17    this letter, the reading and signing will be deemed waived.

 18

 19

 20    Sincerely,

 21

 22    Production Department

 23

 24    Encl.

 25    Cc:  Galen D. Bellamy, Esq.
```

[& - 3,377]

**&**

**&**   1:14 2:3 4:8,25

**0**

**00089**   1:6 4:17
**04**   132:2
**05**   131:11
**07039**   271:2

**1**

**1**   3:10 4:3 17:23
  40:17,21 51:3 57:5
  74:11 137:7,14
  138:3,9 262:10
  263:1
**10**   102:17,24 109:25
  117:1,13,25 118:14
  118:22 120:10
  132:8,15,17,20
  140:15 143:17,19
  147:4 149:15
  150:23 154:21
  164:23 175:24
  194:12,14,18
  196:11,18 211:23
  212:17,19,20
  213:10,12,13,16
  215:20 217:18
  229:16
**100**   10:15 11:2,15
  17:24 35:23 36:8
  188:4 189:9
**10019**   2:4
**101**   166:14
**10:23**   51:2
**10:37**   51:8
**11**   156:8 160:22
**1100**   226:21
**11:37**   95:11
**11:48**   95:15
**11a**   156:18 158:9,10
  158:15,19 159:2,11
  161:17 258:11,20
  264:14

**11b**   161:12 162:4
**12**   144:17 176:16
  177:18 184:19
**121**   135:21 136:13
**127**   3:11,13
**128**   3:14
**12:29**   127:17
**13**   105:15 182:16
  186:4 190:19 191:6
**1300**   145:11,23
**132**   136:12
**14**   139:14 148:3
  152:5 154:10 193:7
  248:9,18 269:23
  271:4
**1443**   137:15,17
**15**   131:12 193:20
  194:4
**1500**   107:20
**151**   147:22
**16**   196:6
**18**   147:18 187:16,17
  223:2
**19**   221:3,7 222:17
**1990ss**   256:20
**1:18**   128:6

**2**

**2**   3:11 127:20 128:9
  130:25 131:4,7
  135:17 136:22
  137:9 173:9 175:11
  176:16 177:19
  182:17 190:19
  193:21,24 209:18
  218:13 221:19
  222:19
**2.5**   161:18
**20**   150:23 188:2
  191:5 212:1 263:20
  264:2
**200**   189:1 212:7
**2000**   268:4
**2000s**   256:21

**2003**   266:23,23,24
  267:2
**2004**   132:2
**2005**   95:22 109:25
  117:11,18,25 119:3
  120:18 131:22
  132:4 162:10 260:9
  260:13
**2005-2008**   119:8
**2005-2015**   121:21
**2006**   260:18
**2009**   5:25 6:3 8:10
  8:10,16,23 9:3,6,7
  15:9 16:7,14 18:10
  20:2,13 24:15 25:1
  25:3,7,11,13 32:1,5
  33:13 35:11,13,19
  36:2,7,10,22 37:3,5
  37:12 40:10 52:5
  60:7 66:22 117:7
  121:16 122:16,25
  123:11,19,24 161:7
  165:25 167:18,24
  183:12 199:18
  230:8 231:1
**2009-2012**   230:1
**2009/2010**   6:8
**2010**   8:11,16 9:6,7
  9:11 15:10 16:7,15
  20:3 25:3,8,12,13
  32:2,5 33:13 35:13
  36:22 37:12 60:8
  117:21 122:25
  123:19,24 154:1
  161:7 165:25
  167:19,25 231:1
**2011**   6:8 8:13,18 9:8
  9:11
**2012**   6:3,4,6,7,9
  8:13,18,24 9:12
  183:12 199:18
**2015**   25:25 26:3,4,7
  29:24 121:17
  122:16 123:11
  131:22 132:5

**162:10** 165:23
**2016**   1:16 4:7
  269:23 270:22
  271:4
**201t**   25:25
**205**   49:5
**205.91**   160:24 161:7
  161:13 169:18
**21**   193:8
**214**   3:16
**22**   223:4,5
**2236907**   1:20 271:7
**23**   92:16
**237**   223:13,23
**244-1800**   2:10
**25**   137:2 196:9,10
  196:22
**250**   189:1
**255**   3:18
**259**   3:20
**26**   208:25 212:2
  221:16
**264**   3:21
**266**   3:23
**267**   221:25 222:2
**267.96**   221:7
**27**   221:21
**276**   221:12
**28**   130:12 131:5
  136:23 137:4 212:3
  252:5
**290**   271:1
**2:12**   1:6 4:17
**2:19**   173:2
**2:36**   173:6

**3**

**3**   3:13 41:6 51:6
  127:24 128:18
  129:22 131:3
  136:11,14,22 137:9
  140:22 141:6
  180:10
**3,377**   135:19

**3,498**  134:17
**3.8**  28:12
**3/8/2016**  270:3
  271:8
**30**  187:1 252:5
**300**  188:9,13,16
  189:4 194:6,9 195:3
  195:19,21,24 196:8
  196:20 197:2 229:6
  229:12,21
**303**  2:10
**3200**  271:1
**33**  222:3
**35**  94:15 95:18
**350**  188:9,14,16,17
  189:4 195:24
**36**  52:10,23 54:2,19
  55:8,18,25 56:21
  57:3,8 92:18
**37**  15:16,24 17:6
  52:6 53:21 55:9,19
  56:1,23 57:3,9
**370**  2:9
**375**  188:17
**39**  140:24 154:24
**3:40**  220:22
**3:53**  220:25

**4**

**4**  3:6,14 28:7 95:14
  128:2 131:3,7
  133:10,13,18
  136:20 138:17
  143:16 147:18
  177:20
**4.0**  27:6,23 80:13
  172:22
**4.2**  28:13
**4.5**  235:13
**40**  3:10 187:2 209:2
  210:9 211:11 212:6
**400**  9:17 10:5,22
  30:14,17 35:5 37:1
  71:25 76:24 161:2
  168:13 182:22

183:2,5 185:4,4,8,8
185:10,12,13 186:5
186:7,8,8 187:4
188:4 191:10
192:15,16 194:8
195:4,20,21,24
203:21 205:5
221:25 222:1,2
223:16 224:1,12
225:3,4 231:1,7
**41**  212:17
**44**  139:2
**45**  230:18 231:2,7
**4500**  2:9
**47**  134:8
**48.5**  49:10,11,15,17
  49:23 90:25 162:4
**4:41**  255:14
**4:56**  255:18

**5**

**5**  3:16 128:4 136:19
  136:20 156:6 214:8
  214:12 217:3
  218:13 265:10
**5/15/09**  3:16 214:5
**50**  94:20 133:25
  188:4 189:9
**550**  229:7,12,21
**5:16**  268:15

**6**

**6**  3:18 109:25 173:5
  194:2 255:21,24
  259:5,9 261:10
**6,000**  186:17
**60**  260:9
**646**  2:5

**7**

**7**  3:20 105:16
  139:13 148:1
  173:10 221:1
  259:13,16 261:14
  261:24 262:13

**700**  36:17
**72**  258:6,19
**75**  264:8

**8**

**8**  1:16 3:21 4:7 41:3
  41:5 48:7 74:12,13
  80:2 138:16 153:22
  176:5 255:17
  264:24 265:2
**80**  263:15
**800-227-8440**  271:2
**800-567-8658**  270:2
**80202-5647**  2:10
**837-7410**  2:5
**888**  1:15 2:4 4:9

**9**

**9**  3:23 82:23 170:14
  175:11 176:4 266:2
  266:6
**90**  108:10 112:15
**97.5**  158:10 222:20
**973-629-1287**  271:2
**9:20**  1:16 4:2
**9:30**  11:8

**a**

**a.m.**  1:16 4:2 11:8
  51:2,8 95:15
**ability**  26:13 67:25
  104:19
**able**  27:19 28:1
  29:25 136:8 168:8
  189:25 194:25
  217:18,23,25
**accept**  161:23
**access**  92:22 94:4,8
  94:10,12 197:6,13
  197:18,19
**account**  35:24 50:4
  99:12 162:3 199:8
  199:10 200:19
  222:6
**accounted**  199:4,6

**accuracy**  48:3 69:1
  191:3,4 201:3
**accurate**  9:4 35:1
  37:11 42:14 45:22
  46:7,10,11,13,15
  47:2,4,25 48:5,17
  49:18 62:19 72:1
  84:15,20 85:6 116:5
  150:3 168:5 174:24
  191:1 219:6,17,17
**accurately**  30:3
  225:15 233:7
**action**  1:5 269:17,18
**actively**  258:7
**activity**  198:8
**actual**  6:2 10:20
  12:22 20:22 22:9,10
  24:17 32:5 38:9
  39:20,25 43:22 44:4
  47:6 48:13,16 49:12
  59:15,16 63:10
  70:23 73:24 80:11
  80:21 84:6 90:22
  105:2,15 138:22
  139:7 171:9 173:20
  176:19 178:3,3
  179:1,22 180:11,12
  181:12,13 183:12
  200:13 205:13
  206:3 208:14
  211:22 212:9,14
  217:19 224:11
  229:2 237:25 251:9
  263:3
**add**  64:6
**added**  59:1 171:5
  236:2
**adding**  63:20 170:13
**addition**  32:18
  39:23 40:2,7 65:14
  66:18
**additional**  11:19
  20:9 103:1 112:4
  115:10 116:1 200:1

**address** 224:13
271:13
**addressed** 66:23
96:19
**adds** 135:11
**adept** 146:14
**administered**
116:16 148:3
**administration**
228:6
**adverse** 151:3
**advertised** 23:25
24:3
**advertises** 164:7
**advertising** 5:16
6:20,21 22:13 40:3
81:6 93:21
**advice** 250:18,19,23
**advisable** 140:2
**affect** 72:22 151:11
258:25
**affixed** 5:21 14:15
15:2 19:14,23 47:21
48:20 52:2,3 66:12
75:3 77:13 178:3
180:12 181:13,21
181:24 182:4
253:15
**afford** 149:12
**age** 83:8 95:4
**aggregate** 50:6,17
220:16
**aggregated** 224:8
238:13
**ago** 91:20 105:14
136:22 149:15
212:18 252:5
**agree** 52:12,22
53:15 54:1 61:12
62:10,10,17 63:4
105:17 144:13
146:21 228:12
**agreed** 92:23 104:6
**agreement** 86:20,21
87:1,15 104:6

125:24
**agreements** 86:5
**akin** 148:18
**al** 1:4 4:14,14 270:3
271:6
**alabama** 134:9
**allegations** 5:12
14:12,13
**allege** 14:14
**alleged** 5:14 15:3
16:10,20 18:4
**allegedly** 13:3,8
**allow** 14:23 17:13
17:18 52:8,11 89:4
90:1 186:22 187:21
208:1 213:5 263:12
**allowed** 15:9 16:14
16:21 116:11
212:22
**alternative** 44:13
69:4,9,14 70:20
**alternatives** 70:21
**amended** 6:15
**american** 108:13
**amount** 9:18 49:21
79:6 80:3 81:13,22
82:16 90:15 106:19
115:16 123:10
169:11 196:20,23
221:10 223:3,14,24
225:21 227:15
242:10 243:19,21
243:23 244:2
**amounts** 93:7
**analysis** 10:21 25:14
34:15 38:10,21,22
39:2,7 43:23 44:18
44:22 45:2 50:17
64:15 107:3 119:6
155:6 169:24
177:17 210:13
219:5 234:16
235:23 242:15
260:25 261:5,13

**analyzable** 144:7,8
**analyze** 72:12 73:5
100:9 104:18,19
126:14
**analyzed** 265:23
**analyzing** 103:25
**anchor** 203:22
251:20
**andy** 3:17 214:7
**annual** 19:2,18
113:3 114:5 182:10
241:5 252:21
253:11
**anonymity** 101:21
**anonymous** 102:13
102:14,22 103:4,5
**answer** 16:22 18:13
18:20,22 32:12,18
32:19 48:15 50:15
56:14 58:12 60:13
61:9,22 69:3 74:4,8
74:21 77:4,7 78:20
82:19 84:5 86:9,10
89:18 100:11
105:17 106:5 107:4
107:12 109:9 114:2
115:22 118:7
124:12,16,17,17,19
124:25 126:5 136:1
136:4 139:8,22
142:3,4 143:6,13,24
146:17 147:11
160:1 177:7 183:22
195:1 196:1 200:24
201:8 203:18
210:21 217:14,15
233:18 246:4
**answered** 8:7 21:18
31:7 32:23 35:12
68:19 73:20 79:9
91:16 107:5 109:13
110:20 118:15,23
130:21 135:6 136:2
145:13 146:25
147:8 152:15

154:14 179:20
181:8 190:16
195:17 215:5
234:21 263:6
**answering** 33:18
106:13 108:6,24
116:17 119:23
129:17 163:16
193:8
**answers** 24:20 57:9
74:9 100:15 101:8
142:5 143:20
144:10,24 150:6
151:25 152:23
183:23 184:9
187:23 192:2,25
193:15
**anticipate** 149:25
**anticipated** 15:22
223:11
**anybody** 87:1
105:18 116:19
129:18 226:10
229:21 250:8,15
**apologize** 223:18
244:14
**appear** 92:1 141:3
144:10 171:7
215:13 219:6
**appearance** 29:18
**appeared** 74:25
**appears** 133:21
177:19 179:22
181:2 182:2
**appendix** 22:24
**appliance** 19:19
85:14 88:12,16
89:17 125:9 166:10
245:13
**appliances** 19:15,24
85:18,24 89:24
125:20 190:14
260:20
**applicable** 63:14
89:10

application  180:15
applies  12:24 62:23
    86:12 162:10
apply  10:24 26:13
    28:5 82:1 87:2
    232:16
applying  73:10
appreciate  95:8
approach  43:1
    44:13 45:10 63:13
    63:16 64:2,22 65:23
    67:7,15,20,25 69:15
    69:16 71:20,23 73:1
    73:21 74:22 76:25
    93:23 186:18
    188:21 189:3 204:4
    205:23
approaches  69:10
    69:10 70:8,15
appropriate  64:16
    65:15 66:8 71:9,12
    71:13 73:22 92:10
    139:21 142:12
    143:14 152:22
    177:6 191:17
    194:24 248:24
    252:4
appropriately  85:8
    184:10
approval  113:24
approved  113:10,16
    113:22
approximate  85:1
approximately  4:2
    11:7,15 26:4 51:2,8
    91:22 95:15 128:6
    173:2,6 220:25
    229:6,6,16 248:9
    252:6 255:14,18
    268:15
archived  24:8
area  164:6 166:1
    193:22 202:17
argumentative
    55:11 87:11

arrive  193:18
arrived  261:24
article  126:22,22
    127:7,9 201:7,9,13
    201:15,18
articles  126:14
    164:24 167:10
    186:17
articulate  73:15
articulated  68:17
    243:8
ascending  195:3
asked  11:10 21:8,17
    31:6 32:25 36:6
    40:13 41:8,15,17
    42:6,8,11,14,17,19
    42:21 43:11 61:17
    66:24 72:5 74:17,22
    75:25 79:8 82:6,9
    87:11 91:15 99:7
    109:4,12 110:4,11
    116:21 128:15
    136:25 137:19
    140:7 141:14 143:4
    147:3 150:8 160:12
    173:13 175:2 181:8
    188:14 191:22
    195:18,22 196:24
    203:10 204:23
    205:20 206:7
    207:20 215:7 218:6
    227:17 230:12
    234:20 235:12
    236:6 237:5 244:10
    244:12 253:25
    254:3,22 257:25
    258:3
asking  9:15,16 14:9
    14:11 17:15 24:22
    27:17 31:18 53:11
    53:12 66:1,2 75:16
    77:21 82:4 87:21
    93:21 105:9,18
    117:16 120:4
    125:17 142:11,15

142:22 148:19
    149:3,13 150:5
    151:2,10,22 152:17
    153:17 154:5,19
    159:19 174:7
    175:15 181:10
    183:7 185:2 187:11
    188:22 214:23
    215:16 216:4
    223:18 234:4
    236:20 246:10
    263:2
asks  96:4,5 130:14
    141:7 194:8 218:7
aspect  245:23
    246:24 250:16
aspects  55:4 114:21
assess  206:2
assessment  202:17
    224:23
assessments  226:16
assigned  206:7
    220:5
assignment  18:14
    18:25 41:23 52:18
    68:3 71:3 99:20,24
    115:2,5 225:7,12
    230:10 253:3 270:2
assigns  188:13
associated  58:9
    73:11 74:18 75:6,19
    76:6,8,17 77:12
    78:1,16 79:6 81:14
    81:23 88:22 89:16
    121:3,9,16,24
    122:10 126:4
    127:10 164:14
    166:20 207:24
    224:1,18 226:18
    233:1 234:10 235:2
    235:15 245:23
    254:9 255:1,10
assume  36:12,18
    37:8 62:14 82:4,9
    154:19 158:3

173:13 175:19
    182:17 218:15
    220:4 260:12
assuming  72:6
    84:22 141:3 156:22
    156:23 157:3,12,13
    157:15 203:2
assumption  21:1
    82:1 92:7 101:7
    142:22 155:23
    157:25 192:19
    241:4
assumptions  155:21
    157:21 160:8
    187:11 192:11
assure  68:10 70:2
    101:19,22 210:10
athletes  247:17
atmospheric  228:6
attachment  3:11,13
    3:14 6:13 7:2
    127:19,22,25
    128:11,12 130:1
    133:14 173:9
    193:21,24 209:19
    210:6 211:7 214:1,4
    214:13 215:18
    217:3
attachments  40:25
    260:22
attempt  76:25 84:10
    84:13 95:3 103:14
    110:15 111:5 193:2
    201:10 236:14
attempted  203:22
attempting  46:21
    47:15 50:11 61:7
    139:24 171:6
attempts  200:11
attention  133:17
attitude  206:11,21
    219:12
attitudes  115:11
    239:23

**attorney** 89:8 269:15,16
**attorneys** 2:6,11 4:20
**attracted** 241:25
**attractive** 146:13
**attributable** 41:10 41:18 43:14 46:23 47:20 48:9,19 49:24 66:25 74:15 77:2 78:13 115:4 122:17 127:1 160:14
**attribute** 44:1 45:5 45:13 51:21,24,25 83:8 207:25 236:16 236:17 244:18 246:12
**attributes** 68:2 77:25 78:8 238:12
**audience** 266:15
**author** 261:11
**authored** 266:10,12
**authoritatively** 6:1
**automatically** 129:15
**availability** 58:5
**available** 6:18 8:20 9:14 12:20 20:2,7 20:13 22:7 23:18 24:4,9,15 25:1,4,10 25:22,25 26:14,21 29:4,20,23 31:1 32:3 34:18 35:11,19 36:2,21 37:10,23 44:7,10 57:19,22 58:6 59:5,18 60:7 61:3,5 62:2,18,25 63:3,9 69:11 70:21 71:7 72:7 83:13,14 85:6,11,11 114:7 161:2,13 165:11,20 194:8 197:23 213:10 230:7 263:9 266:18 267:25

**ave** 271:1
**avenue** 1:15 2:4 4:9
**average** 7:16,18,20 7:24 8:15,21 9:7,16 9:20 10:5,7,9,18,22 11:14,17 12:4,12 19:18 37:2,4 38:2 50:7,8,18 160:23 162:3 204:5 221:13 221:13,24 222:3 224:8 226:6,7,22 236:5 237:14 251:11
**averages** 8:19 10:12
**aware** 11:25 12:1 13:13,16 15:1,7 36:9,11 40:9,11 73:9 74:5 83:9 114:6 120:17 162:12 179:15,17 200:11 201:10 202:11 206:19 247:23
**awareness** 167:13 260:9
**aways** 93:9

**b**

**b** 3:9 160:22 175:8 176:20 177:14 178:24 182:21 183:9 184:21 186:7 192:10,13 205:8 252:20 253:19
**back** 11:7,12 12:7,9 30:19 47:8 51:7 53:14 56:16,19 67:9 67:11 74:11 76:4 80:2 95:14 110:5 111:13 114:1 118:17,19 122:25 123:1 128:5 130:25 131:5 139:13 148:1 151:21 162:22,25 173:5 184:8 187:1

187:15 189:18 191:1 193:22 197:7 197:10 220:24 221:15 255:17 256:20 257:21 260:17 271:13
**background** 28:24 55:6,7 66:15 127:4 179:12
**balance** 196:14
**balanced** 95:4 192:10
**base** 65:8 221:25
**based** 7:17 8:15,23 8:25 10:6,8 34:10 36:20 38:2 66:2 69:10,21 70:7,14,21 119:23 120:11 123:14 132:11 140:8 152:8 168:21 186:19 187:1 189:6 209:15,22,23 210:12 222:22 232:9 252:16 260:12 267:1
**basic** 55:13,15
**basically** 213:21
**basis** 19:2 51:20 122:14,19 123:9 140:19 149:7 199:19 252:16
**basketball** 247:18
**bathroom** 50:19
**bear** 53:20
**beginning** 4:3 51:5 95:13 102:9 128:3 137:6 143:18 173:4 209:2 221:1 253:8 255:16
**begins** 131:18 144:19
**behalf** 225:13,14
**behavior** 109:2,8 200:14 208:10,13 208:14,15,16

**behaviors** 104:3
**belief** 37:9 218:15 219:14 241:3
**believe** 7:15 11:20 12:2,10 13:19 17:5 19:5,18,19 20:7,17 22:25 25:5 26:5,24 34:14 41:17,20,22 44:6 46:9 49:4 58:22,22 62:9 63:1 64:17 68:14 76:5 80:13 96:4,11 112:16 116:4 120:14 126:13 134:2 136:10 150:18 156:16 168:24 176:21 199:9,15 212:6 214:1 229:15 231:6 244:12 252:3 256:3 261:6,17
**bellamy** 2:8,11 3:6 4:22,22 5:8 8:2 11:9 13:1 15:21 19:10 21:24 23:12 26:19 30:18 31:9 32:11,13 35:9 37:15 38:1,24 40:19 43:10 48:11 50:21,24 51:9 52:19 53:10 55:1,14,23 56:8,13,16 57:11 59:10 60:23 61:1 62:12 64:3,11 65:7 67:22 70:16,22 71:5 73:8 75:15 76:2,14 77:5,20 78:4,10,24 80:1 81:19 82:8 83:24 86:16 87:18 88:4,13 89:7,21 90:24 91:13,19 95:9 95:16 97:17 107:2 108:18,21 109:17 114:19 118:11 119:16,20 121:1,14 122:2,6 123:8 124:1

[bellamy - capacity]                                                           Page 6

124:11,15,21,24
125:5,9,14,17,22
126:1 127:13 128:7
143:2 151:9,19
153:5,14 157:19
158:24 159:5,22
163:8,18 164:10
166:18 167:3
171:14,17 172:24
173:7 174:12
175:10 181:9
182:15 183:14,18
184:4,17 186:3,14
187:14 198:1 199:3
204:10 206:1
207:11,19 214:10
219:15 220:20
221:2 223:21
225:11 226:9
227:13 228:21
230:22 231:9,14
233:14,16 234:18
235:1,9,21 237:6
238:1 239:16
240:23 241:12
242:16 246:20
252:11 253:7 254:6
254:23 255:22
256:18 259:14
260:23 264:25
266:4 268:8 271:25
**benefit**  54:9,11,14
207:8,13,13,15
**benefits**  52:25 54:6
54:21 56:2,6,10,24
**best**  5:24 11:11,16
59:6,11 61:4 62:3
85:5 89:20 103:9
126:5 178:2 216:11
216:22 217:13,16
251:24 252:6,9
262:5
**better**  63:5 150:19
174:23 178:11,12
181:4,6 218:16,17

218:19
**beyond**  9:11 17:12
114:11,22 126:9
162:15 177:8 182:6
219:13 235:24
254:24
**bias**  169:21 190:20
202:13 204:16
**biased**  169:14,17
216:8 256:22
**biasing**  170:7
**binary**  45:6,13
51:19,21,24,25
65:21
**bit**  66:23 222:9
**black**  180:8,18
**blank**  138:5
**blue**  153:21 228:4
**boil**  194:23
**bothers**  229:18
**bottom**  129:7
131:11 135:10,13
135:23 193:7 258:5
267:7,9 271:12
**bought**  53:5 55:24
56:20 120:5 129:19
132:20 149:4
155:20
**bound**  86:7
**box**  128:20 132:3,3
136:5,6 138:18
139:2 142:1 143:18
143:21 147:18
153:21 170:15
178:13
**boxes**  137:8 177:19
**brackets**  128:21,24
129:8 131:11
**brand**  40:10 108:14
108:17 112:18
149:20 150:9,11,14
168:24,25 169:2,4,8
169:8,11,15,19
170:5,20,20 235:25
248:13 259:1

**brands**  21:16
**break**  50:20 58:14
95:8 127:13 171:13
172:25 220:19
255:12
**breaking**  95:7
**breakout**  83:10
**brief**  11:5 51:4
95:12 128:16 173:3
220:23 255:15
**bring**  145:6 239:13
**bringing**  120:7
145:10 157:15,22
174:25
**broad**  59:8 75:12
117:2,13 247:1
**broaden**  28:10
**broadening**  28:13
28:16
**broken**  216:2
**brought**  112:25
150:9
**budget**  238:17,19,25
239:1,6,13
**budgetary**  241:24
**build**  32:22
**bullet**  95:18 170:15
170:19,24 260:8
261:23 262:1,9
263:14 264:7 267:6
267:9
**bunch**  208:20
215:10
**bursor**  1:14 2:3 4:8
4:25
**bursor.com**  2:5
**business**  39:14 40:4
63:24 256:24
257:14,21
**buy**  132:16 141:22
143:22 144:1
149:12 196:8,19
197:1 208:20 223:9
242:7 246:17

**buyers**  85:14
**buying**  54:15 57:22
174:14 197:20

**c**

**c**  2:1 269:3,3
**c6**  9:25 10:3,7,8,10
10:18,21,21,25
11:15,18,23 12:4,13
12:21,25
**c7**  10:3,7,10,14,18
10:25 11:14,18,19
11:25 12:4,13,21,25
35:20 36:8
**cadmus**  267:7,11,16
267:20
**calculate**  9:17
225:13 246:6
**calculated**  7:16,18
8:19 162:3,4,6
222:7 224:8 226:22
227:11 252:15
**calculating**  9:20
222:6 226:6
**calculation**  49:20
224:3 226:24
251:17 252:14
**calculations**  244:7
251:8,8,13 252:18
**california**  270:21
271:12
**call**  46:14 125:4,8
128:19 213:5
**called**  44:12 129:11
159:16 202:1
206:11 213:8
235:10 265:17
**calls**  114:15 163:14
165:7 211:16,18
**capacity**  27:5,7,13
28:2,4,7,17 30:6
80:13 149:20
170:25 171:4,19,24
172:4,5,22 232:17
232:25 235:10,24

249:8
**capital** 143:25
**capitals** 131:13
**caps** 128:21,24,25
129:8 131:12,14,16
**caption** 4:12
**captioned** 269:8,12
**capture** 208:15
246:11
**captured** 193:9
**captures** 3:13 23:2
127:22 130:2
**card** 155:20
**care** 166:16 176:4
**career** 249:18
**careful** 60:1 62:21
73:16
**carried** 136:13
**carries** 143:19
**carson** 201:1,13,15
201:18
**carving** 61:22
**case** 4:12,15,16 5:12
6:11 10:24 11:4
12:6,14 13:19 14:12
14:14 24:16 26:18
26:25 32:22 43:9,18
44:8,23 46:22 49:16
49:20 59:15 60:20
64:1 66:17 68:3
73:4,20 75:4 76:7
85:5 86:20,22 87:8
89:1,5,11 90:16
91:24 92:7,21
117:19 119:6,17
126:25 127:3
131:15 132:19
133:25 136:3 138:2
168:5 172:20
189:18,19,21,23
205:12 216:22
225:4 228:23 230:6
247:11,14,23,24
248:4,5,8,10,25
250:9,20 253:3

267:12 270:3 271:6
**cases** 134:18 135:21
136:13 138:4
145:22,23 213:8
**cast** 117:2
**catch** 187:21
**categories** 40:6 95:5
**category** 117:8
**cause** 149:4
**caused** 117:9 189:9
**causes** 142:23 174:9
**caution** 86:4
**cc** 271:25
**ccr** 1:13 269:21
**census** 95:4
**centennial** 5:14,23
7:10 9:22 13:3,8
14:6,15 16:10 19:3
20:21 21:11,22 22:1
22:4,16 24:19,22,25
25:5,11,17 34:16
37:14,18,24 38:3,5
39:19,22 40:15
41:11 47:21 49:22
60:5,11 66:12,21
67:5,13 71:16 80:15
81:2,8 83:4 85:22
96:12 98:18 171:9
172:18 178:4
179:24 206:4,8
226:11 228:24
229:7,11,20 230:6
230:12,24 231:25
233:8 251:4
**center** 233:8
**certain** 17:22 113:3
114:5 165:10 233:5
**certainly** 79:14 85:7
85:16 210:24 211:5
**certainty** 265:25
**certified** 269:5,6
**certify** 269:7,14
**chance** 211:9
**change** 64:6 77:12
121:4,9 123:11

162:9 164:12
209:14 220:10,12
233:1,25 234:1,2,5
234:23,23 235:3
270:5 271:11,12
**changed** 58:25
121:7 167:7,13
220:9 235:4,7
**changes** 63:25
162:12,18 163:1,6
163:10 164:13
209:17,19 210:5
271:11
**changing** 63:20,21
232:25 233:18
234:7
**character** 45:7,7
**characteristic** 48:6
228:2
**characteristics**
46:21 47:3,9 227:22
228:1
**characterization**
144:14
**characterize** 251:23
**charged** 176:19
**charlene** 1:4 4:13
**chart** 176:17 177:18
221:6
**charts** 167:11
**check** 106:25 131:11
133:1 176:22
**checks** 139:11
**choice** 44:11,18
51:19 105:5 139:18
139:25 140:5
152:18 170:1
172:13,17 180:8
181:5,6,18 183:4
184:14,20,25 185:3
185:7 186:9,12,12
186:15 188:8,24
194:14 205:1
**choices** 181:11

**choose** 10:17 42:21
105:6 143:9 150:14
177:3,13,24 179:18
189:9 212:19,20
**choosing** 185:10
186:6
**chose** 117:7 138:3
140:19 150:22,24
179:12 180:4 181:3
181:5 182:8 189:3,7
**chosen** 180:8,9
**cigarettes** 248:13
**circulars** 6:21 81:7
**circumscribe**
183:25
**circumstance** 63:16
64:4 85:9 185:11
252:4
**circumstances** 45:9
220:8,12
**citation** 266:23
**citations** 113:19
122:23 266:23
**cite** 8:22 228:15
**cited** 268:7
**citizens** 58:3
**city** 4:10
**civil** 1:5
**clarification** 50:11
100:1 243:20
244:22
**clarified** 228:18
**clarify** 200:15
243:13,21 246:1
**clarifying** 90:21
**class** 7:11 47:16
49:21 50:7,18 73:7
83:5,11 123:24
224:11,22,25 225:1
225:10,13,14,17,25
226:8 227:5,15
228:3 229:22
**clean** 169:24,25
181:17 202:8,9

**cleaning** 104:18
**clear** 9:4 19:21 24:7
  31:18 37:16,22 48:3
  48:7 50:16 60:5
  65:4 66:1 74:3
  75:18 76:21 77:21
  97:23 102:24
  178:15,16 201:15
  219:16
**clearly** 57:3 63:22
  98:18 178:18
  226:15 232:18
  239:20
**click** 141:10
**client** 183:24
**cling** 180:13
**clings** 180:10
**close** 27:7 57:4
  91:18 138:6,10
  146:15,20
**closed** 132:24
**clothes** 18:18 162:21
  163:4,12 264:9
**code** 138:23
**cognitive** 178:20
**colin** 250:21
**collateral** 197:22
**collect** 85:4
**collected** 151:18
  155:6 212:2,8
  265:23
**collecting** 33:10
  63:24
**collection** 69:20
**college** 247:17,18,19
**color** 179:15,19
  180:5 235:25
**colorado** 2:10
**columbia** 94:21
**column** 129:12
  133:20 134:3
  143:18 215:11
  217:2 223:3,23,24
  224:10

**combine** 9:21
**combined** 222:20
**come** 39:14 87:9
  122:23 210:17
  263:11
**comes** 60:15 222:3
**comfortable** 163:16
**commanded** 240:21
**commencing** 1:16
**comment** 98:6
  120:24
**commentary** 207:18
  227:10
**commission** 270:25
**commissioned** 257:6
**common** 45:25
  57:19,21 58:7 59:5
  79:17 98:20,21
**commonly** 247:11
**communications**
  211:22 215:19
**community** 198:8
**companies** 101:19
**company** 93:14
  101:18 103:15,19
  103:23,23 256:9
**company's** 249:9
**comparable** 25:17
  27:8 37:13 70:24
  71:6,16 72:6,8,20
  95:22 96:1 97:3,10
  189:13,20 230:16
  230:24 231:21,23
  232:6,13
**comparably** 189:13
**compare** 69:8 70:6
  254:25
**compared** 18:10,18
  107:9 252:20
  253:18
**compares** 19:20
**comparing** 148:21
  168:22 252:21
**compatible** 201:22

**compelling** 108:15
  170:12
**compensation** 93:3
**competent** 111:5
  126:14
**competing** 256:23
**competitive** 20:25
  21:3,23 29:10,22
  30:22 31:3,15,23
  33:1,23 34:17,22
  37:11 51:15 120:18
**competitor** 29:5
  30:9 32:6 34:19
  35:14 38:22 40:8
**competitors** 33:10
  39:2,7
**complaint** 6:15 65:4
  65:10,14,21 66:3,18
  228:25 229:17
**complete** 128:17
  151:15 210:22
**completed** 130:10
  212:15
**compliance** 52:13
  53:1 257:7
**compliant** 15:10,15
  27:20
**complicated** 58:12
**complied** 16:10
  18:11
**comply** 13:3,8,12
  218:6
**component** 50:14,15
**composition** 84:24
**comprehending**
  146:4
**comprehension**
  146:5,9 147:16
**comprised** 83:7
**computer** 116:15
  185:23 217:7
**conceivably** 235:3
**concept** 43:16
  243:15

**concepts** 188:1
  203:7
**concern** 89:2 96:17
  106:8 196:16 219:4
**concerned** 96:14
  97:18 106:18
**concerns** 127:9
**concluded** 38:4,4
**concluding** 123:10
**conclusion** 64:21,24
  66:7 123:20 158:9
  158:14,16,19
  159:10 161:12
  205:22 225:18
  241:13,17 258:10
  258:20 260:3,4
  264:13
**conclusions** 45:23
  68:5,23 168:17
  266:25
**conduct** 41:8,16
  42:6,9,12,22 43:12
  44:17,19 77:4
  108:23 109:10
  190:4 205:20,24
  235:23 236:20
  263:5
**conducted** 13:18,20
  31:13 69:24 85:17
  85:23 87:6,12 88:14
  89:22 90:7 102:18
  106:12,13 124:2
  125:1 165:24 201:5
  207:23 210:6 212:7
  245:22 248:11
  257:12,16,19
**conducting** 45:12
  68:9 69:19 79:1
  107:11 108:1
  111:17 189:11
  213:16 251:25
**conducts** 75:17
**confidence** 232:1
  233:7

[confident - contingent]                                                                    Page 9

**confident** 28:3
66:10 124:24
**confidential** 86:13
86:17 87:22 101:20
124:10,14 125:11
125:16,20
**confidentiality** 86:5
87:2,15,19 92:5
**configuration** 31:17
33:4
**confirm** 92:3
**conflicting** 260:17
**conforming** 243:6
**confounding** 170:10
170:13
**confused** 22:2 97:21
**confusing** 154:12
159:7 195:13 196:4
210:20 212:13
213:20
**conjoint** 44:11,17,19
44:21 45:2,13
126:23 127:12
236:12,13,14 238:8
**connected** 267:19
269:17
**connection** 64:13
155:13 227:4
267:12
**consent** 102:15
103:2 213:5,6,12
**consented** 213:9
**consequence** 103:6
**consequences**
103:13 170:11
**conservation** 14:25
**conservative** 189:3
204:17
**consider** 7:22 12:18
12:19 20:15 21:14
24:12 25:9 30:19
34:19,21 44:21 45:2
80:16 82:6 83:16
85:7,18 86:10 97:2
97:5 119:25 132:10

152:17 174:6
195:11,15,21,25
196:2 199:21
206:21 210:24
211:1 228:22 229:1
240:3
**considerably** 107:4
**consideration** 63:19
110:6 132:14
216:21
**considerations**
117:22
**considered** 6:13,23
15:20 21:9,10 22:2
22:12 23:17 25:24
31:19 32:7 33:1
34:17 44:24 81:6
83:15 86:13 106:17
113:18 139:24,25
181:1 240:19 256:4
256:21 260:5
261:21 265:8
267:13
**considering** 29:22
**considers** 206:17
**consistent** 68:20
69:14 229:4 242:12
251:8,13 258:10,16
258:19,22 264:13
264:16
**consists** 46:19 95:1
**consortium** 262:6
**constant** 166:5
168:25 169:1
231:16,21 232:5
233:3,20 234:9
235:12
**constraint** 238:18
238:19,20,25 239:1
**constraints** 239:6,13
241:24
**constructed** 264:17
**constructing** 30:23
**construe** 223:13

**consult** 70:11 87:1,4
**consulted** 267:5
**consumer** 18:8 44:4
52:12,22 54:1,18
55:24 56:20 79:11
112:4,19 113:12,14
114:3,12,22 122:20
123:17 126:7
130:15 142:11
164:21 166:9 197:5
197:12 206:16
219:11 233:21
263:21
**consumer's** 158:17
158:22,25
**consumers** 3:18
20:23 43:17,22,25
47:6 48:14 49:16
54:14 55:3 58:2
60:20 61:10,13
63:25 68:1 73:24
74:1 80:4,24 95:21
101:5 102:1 106:12
107:4 108:5,10,13
109:1 111:22
112:16 113:2,15,22
114:4,10,13,20,23
115:7 116:24
122:22 123:1,21
159:17 161:22
162:2,19 163:2,10
165:5,21 168:19
181:25 185:17
200:4 207:8 208:6
221:16 222:13,21
224:7 230:13,17
231:2 236:15
238:11 251:3,9
257:7 262:3,12
263:15,16 264:8,19
264:20
**contact** 102:15,20
**contained** 253:9
**containing** 5:18

**context** 60:14 74:8
85:25 89:24 90:8
122:11 126:2
143:14 152:7 154:8
190:5 207:22
244:13,15,19
**contingency** 64:5
**contingent** 34:3
41:9,16,21 42:1,7
42:10,12,14,18,22
42:25 43:3,6,7,12
44:6,22,24 45:3,9
45:16 47:11,24
57:12,13,24,25 58:4
58:5,8,16,20,23
62:14,20 63:5,12,15
64:1,14,16,18,22
65:5,9,15,18,23
66:7 67:6,14,20,24
68:6,23 69:5,9,13
69:17,22,25 70:2,7
70:12 71:9,12,19,22
72:1,5,17,23 73:1
73:10,21 74:6 75:17
76:16,25 82:2 83:17
84:25 85:23 87:7,12
88:14 89:15,22 90:7
91:20 110:8 124:3
125:2 127:9,11
139:18,22 141:2
142:20 143:15
146:7 147:17
148:11 152:16,23
154:9 155:9,16
169:15 172:8
173:10 178:17
183:7 185:15,20
186:18 189:12
190:4,7 191:24
192:1 198:9,15,21
199:5 200:13,25
201:2,4,11,21
202:12,14,16
205:11,18,23
206:10 207:23

209:7,11,15 215:5
228:6 234:7 236:8
236:16,21 237:12
237:15,20 243:3
244:16 245:3,22
247:20 248:15
249:4,10,20 250:16
251:25 254:8,15
255:5,8 258:11
**continue** 134:24
**continued** 8:13
**continues** 115:3
191:5
**continuing** 190:1
263:8
**control** 70:1 115:15
115:21 179:23
180:14 238:22
240:2
**controlled** 115:22
**convened** 228:5
**convention** 137:21
**conventional** 99:17
**conversation** 191:2
218:14,21 219:22
220:2
**conversations**
215:22 217:4,8
**conveys** 252:13
**convinced** 249:1
**cooking** 245:20
**cooperated** 213:10
**cooperation** 69:19
**corporate** 4:5 5:3
**corporation** 1:8
3:18 4:14 270:3
271:6
**correct** 9:1 17:14
18:6 20:5 22:20
23:23 26:3 27:11
28:19 30:10 31:10
37:19 43:14 44:5
58:19 61:19 64:10
78:11 79:3 90:3,13
91:2 102:19 105:8

105:11 111:12
112:2 116:22 122:7
129:20 130:18,24
131:4,9 132:9
134:10,22 137:13
139:1 141:3,5,8,20
142:9,25 143:23
144:3 147:24
157:20 158:13
159:25 161:21
170:18 171:21
173:18 176:21,23
180:24 185:8 187:8
190:15 191:12
194:9 195:5 197:3
199:4 201:14
209:13 224:2
231:10 237:7 245:4
245:25 256:19
262:15 264:6 268:5
269:10
**corrections** 271:11
**correctly** 35:21
41:13 46:10 64:20
131:1 210:11 244:9
**correlate** 48:13
**correlation** 79:21
**correspond** 130:7
131:3 133:22
134:12 136:21
137:5,10,17 138:19
143:20 147:19
172:18
**corresponds** 129:12
134:17 135:18
138:8 139:2 140:24
171:9
**cost** 34:21 37:4
39:20 40:3 76:23,24
79:23 96:22 113:3
114:5 223:7 238:7
242:2,2
**costs** 19:1,2,18,18
39:18 40:4 253:11

**counsel** 4:10 31:1
41:22 43:5 88:23,25
92:6 205:20,22
218:7 269:15,17
**count** 107:19
**counter** 138:19,25
**counterproductive**
196:16
**counting** 245:17
**counts** 134:5
**couple** 51:10 76:4
140:3 210:17
**course** 14:25 55:22
109:14 117:19
119:21 123:7
145:10,22 151:16
155:14 164:7
186:11 202:21
264:16
**court** 1:1 4:15 5:2
114:17 144:18
246:21,24 247:2,4
247:24 248:21
269:6
**court's** 248:17,20
**cover** 133:7
**covered** 24:22 222:9
252:2
**created** 7:23 169:14
252:19 259:24
260:13 266:21
**creating** 34:13,22
**credible** 34:4,14,23
171:7 173:22
**credit** 155:20
**criteria** 110:7,16
111:2,6,8 117:4,10
213:1,13
**critical** 164:25
247:5,25
**criticism** 201:20,24
202:6,12 248:17,20
248:21
**criticisms** 202:16,18

**critics** 202:10,14
**cross** 95:2
**crr** 1:13 269:21
**cs** 1:20
**cs2236907** 270:2
**cubic** 27:4,6,23 28:7
28:13,17 30:6 80:13
170:24 171:24
172:3,22 177:20
235:13
**cumulative** 135:7,8
135:9
**current** 24:8 32:3
119:23 120:8
174:18 175:3,4,16
**currently** 246:18,19
**customers** 249:13
250:2
**cv** 1:6 4:17 67:20
92:12
**cycles** 29:19,19
31:17 33:4

| d |
|---|

**d** 2:8 3:2 214:4,13
215:18 217:3
271:25
**d.c.** 134:2
**damage** 202:17
225:9 244:7
**damaged** 5:15
**damages** 49:20 73:6
225:4,13 226:23
227:5,8,11 243:12
243:16,19,23 244:2
244:4 250:20
251:16
**data** 6:2,18 7:4,6,17
7:19,21,23 8:3,17
8:18,20,23 9:5,10
9:10,13,14 12:20
20:20 21:11,14
22:11,11 24:13,17
24:24 25:4 30:25
31:2 32:5,7 35:3,6

35:15,23,25 37:10
37:18,21,22 38:13
38:14 59:14,15
63:11,24 65:13
69:20 72:15 73:5
81:2 84:18,19,23
100:9 103:15 104:1
104:10,19 108:9
119:5,10 132:22,25
138:14 144:7,8
150:3,20 151:18
155:6 156:5 177:16
183:13 192:8 193:2
193:5 199:15,19,22
199:23,24 200:8,9
200:20,23 203:21
205:17 210:14
222:16,20,23
226:20 229:3
238:13,16 243:4,4
251:1,5,21,22
252:16,17 262:8,11
262:14,16 263:10
265:15,23 267:1
**date**   4:7 270:3 271:8
**dated**   3:16 214:5
268:4 269:23
**dates**   5:24 6:1 212:7
212:8
**day**   194:21 253:8
270:22
**days**   271:16
**deal**   123:22
**dear**   271:9
**decide**   185:22
**decided**   42:9 64:15
65:14 145:18
**deciding**   71:11
185:23
**decision**   65:9,12,18
66:2 72:22 174:19
174:20 232:22
**decisions**   99:13
**declaration**   3:10
40:16 41:1 42:6

128:11 130:1
**decline**   177:9
**decreased**   167:8
**decreasing**   136:17
**deemed**   271:17
**defendant**   4:11
**defendants**   1:9 2:11
4:13,23 247:16
**define**   27:1 208:17
**defined**   47:25 69:5
198:5,6
**defining**   60:1
**definition**   45:20,24
68:15,20
**definitional**   57:20
**definitively**   262:8
**degree**   72:7 225:21
**delivered**   54:2
**demographic**   83:10
83:19 84:9,12,14,16
85:2,13,20 94:19,23
191:22 213:1
**demographics**   95:4
**demonstrating**
122:25
**dennis**   1:13 3:5,10
3:10,11,13,14,16,18
3:20,21,23 4:19 5:6
5:9 40:17,17,20
95:17 127:20,24
128:2,8 173:8 214:8
255:21,23,24
259:13 264:24
266:2 268:8 270:4
270:20 271:8
**denominator**   134:16
134:24 135:4
**denver**   2:10
**deny**   116:5
**denying**   109:15
**department**   13:19
163:23 261:8
271:22
**depended**   130:21

**depending**   77:13
197:16
**depends**   84:15
106:5 264:2
**depicted**   177:22
**deposed**   32:15 91:24
**deposition**   1:12 4:8
32:15 40:21 87:3,5
87:24 102:10 128:9
133:10 149:25
184:5 214:12 218:9
255:25 259:16
265:2 266:6 269:8
270:3 271:8,10
**depositions**   92:2
184:16
**depot**   6:19 8:5 22:21
28:4,8 32:2,4 33:9
33:21 35:8 199:17
**derive**   77:4
**describe**   30:2,3 34:9
218:18
**described**   40:12
65:20 80:21 109:2
175:12 220:9
221:19 236:11
259:5
**describes**   212:17
**describing**   40:6
45:16 63:17
**description**   27:22
35:2 49:18 171:8
**descriptor**   248:14
**deserve**   53:7
**design**   18:15 22:7
28:24 29:6 41:8,17
42:6 43:2,6 84:2,4,6
84:10,21 85:1 99:20
106:5 108:3 114:9
117:14 126:23
170:11 183:10
185:9,20 186:25
199:7 209:21 227:1
229:2 237:22 254:2
254:8 255:4

**designed**   26:6 69:18
73:22,25 80:3 82:3
82:22 89:15 94:18
107:20 115:5 144:7
147:16 152:21
189:20 198:12
209:10 210:3 224:5
224:15,17 226:15
226:20 242:19
253:5 255:7,8
**designer**   63:23
99:11 106:9 117:5
**designers**   111:4
243:3
**designing**   12:19
31:5,20 34:3 140:9
172:7 209:6
**detail**   172:9,12
**details**   87:14,21
112:4 124:10 170:4
**detect**   103:20
**detects**   103:16
**determination**
232:9
**determine**   66:13,19
71:8 161:6 242:8
243:5
**determining**   232:15
**developed**   198:10
**developing**   39:19
**development**   3:16
39:18 40:4 214:6
**deviation**   191:4
**dialogue**   189:24
**dichotomous**   52:1
**dictate**   183:25
**differ**   10:10
**difference**   10:14
11:3,24 12:1,3,12
43:17 55:8 57:5,6
125:10 176:12
198:2
**differences**   57:8
75:13 79:5 120:17

**different** 9:5,22
  24:23 29:6,9 46:25
  75:6,8,20 76:1,7,18
  78:15 93:9 94:7
  96:6,22 98:17,23,24
  99:7,8,16,23 104:8
  135:14 137:24,25
  138:1,10,13 151:25
  152:17 165:11
  175:5 185:1,5
  186:13 192:6,6
  195:18 199:25
  203:7,10 207:21
  235:14 236:3,7
  245:10 246:9
  248:11,22 253:20
  253:24 254:1,17,18
  255:10 258:13,17
  259:1 260:20
**differential** 12:18
**differently** 50:8
  227:24 257:22
**difficult** 170:11
  196:21 259:2
  260:15,20
**difficulty** 202:7
  216:25
**digits** 130:15
**diminution** 193:9,12
**direct** 37:7 144:16
**directed** 249:5
**directing** 213:6
**direction** 169:20
**directionality**
  258:22,24 264:15
**directly** 24:21 38:15
  48:13 200:24
  256:23
**director** 249:10,12
**disagree** 146:21
**disagreement** 104:7
**discerned** 110:13
  111:3
**disclose** 86:23

**discount** 12:23 50:7
  69:12 90:22 161:23
  162:1,4,6 187:18,19
  187:24,25 188:3
  189:10 191:9
  194:23 222:2 226:6
  241:19 242:1,5
  246:2,6,16
**discounting** 241:25
  242:4 243:10
**discounts** 50:6
  189:4
**discrete** 44:11,18
  139:18
**discretion** 42:20
**discriminating**
  202:7
**discuss** 87:14 209:3
**discussed** 51:12
  81:1 175:12
**discussing** 138:20
  167:5
**discussion** 64:13
  188:3
**disguise** 110:15
  111:5 117:4
**display** 131:21
**displayed** 14:6
  132:3 180:2
**dispute** 32:21
**disqualified** 13:14
  142:7
**disqualify** 17:24
  146:24 147:9
**disqualifying** 142:4
  147:7
**dissatisfaction**
  173:24 174:9
**distinct** 91:18
**distinction** 46:18
  150:10 152:24
  153:18 154:6,23
**distinguish** 96:6
**distinguished**
  200:18

**distinguishing**
  96:12
**distribution** 39:24
**district** 1:1,2 4:15
  4:16 94:20
**divulge** 86:8
**divulging** 89:12
**djwh** 144:19
**document** 3:18,20
  3:22,23 6:16 29:16
  40:23 128:10,14
  129:21 215:14
  217:16 252:9
  255:20,24 259:8,12
  259:17,23 260:1,7
  260:13,16 261:11
  261:16,18 264:23
  265:11 266:2,5,7,9
  266:10,13,15,16,17
  266:20 267:25
**documentation**
  215:7
**documented** 79:15
  108:11
**documents** 6:24,25
  23:6,11,14 66:17
  106:21 167:4,12
  240:15 259:20
  262:7,8 263:9 265:6
**doing** 29:3 43:7
  51:15 89:9 118:8
  145:1 157:9 160:16
  184:11 190:25
  207:10 210:18
  220:6,16 234:16
  249:18
**dollar** 9:17 10:5,14
  10:22 11:2 12:3,11
  35:5 37:1 49:21
  76:24 168:13 183:2
  183:5 189:9,9
  191:10 192:16
  194:14,18 196:9,18
  196:22 203:21
  221:10 223:10

**dollars** 223:3,14
  239:18,19,20
**domestic** 190:13
**double** 33:25 176:22
**dozen** 249:19
**dr** 1:12 3:5 4:19 5:6
  5:9 36:15,23 40:20
  95:17 128:8 173:8
  255:23 268:8
**draft** 250:9,10
**drafted** 209:24
**drafting** 250:14
**draw** 47:1 94:25
  95:1 123:20 153:18
  266:25
**drawing** 45:23
  154:6
**drew** 241:13
**drive** 229:25
**driven** 227:25
**dropdown** 136:5,6
**dryer** 110:1,3
  128:22 129:19
**ds** 144:18
**duly** 5:6 269:9
**durable** 140:14
  180:15
**dzielak** 1:4 4:13
  270:3 271:6

          **e**

**e** 2:1,1 3:2,9,11
  127:19 128:12
  173:9 182:16
  193:21,24 209:19
  210:6 211:7 269:3
**earlier** 8:12 17:7
  38:18 64:12 66:24
  68:15 72:17 73:15
  105:21 122:11
  124:5 153:16,25
  155:4 172:7 199:10
  199:14,16 206:6
  207:6 222:10 224:5

243:8 260:13
261:11
**early** 13:5 65:19,19
65:24 256:21
**easy** 140:17 143:13
**ebot** 189:19
**economic** 243:6,7
**economics** 166:14
**economist** 49:19
62:7 72:14 205:16
226:23
**economists** 62:9
70:20 73:4 194:20
244:6
**ed** 247:12
**editing** 238:16
**educated** 29:5
**effect** 113:20 170:7
204:19
**effective** 143:12
238:7
**effectiveness** 254:1
254:16
**effects** 202:24 203:1
204:12,14
**efficiency** 52:13,25
53:12 54:3,3,18,21
56:3,24 57:8 97:6
97:20 98:4,9 99:16
99:22 100:4 252:13
253:21 254:10
255:11
**efficient** 26:17 52:6
52:7,11,24 54:20
255:2
**effort** 108:16 178:20
**efforts** 163:19,23,25
244:24
**eight** 212:23
**either** 27:6 52:2
107:17 141:9
157:13 167:7 177:9
177:13,20 182:20
187:5

**elaborate** 96:20
110:24
**element** 117:14
170:10 172:12
**elicit** 139:24
**elicited** 223:14,23
**eliciting** 139:23
186:23
**embedded** 158:15
**embossed** 180:13
**emphasis** 33:8,14
34:1
**employ** 251:24
**employed** 262:22
**employee** 269:16
**encl** 271:24
**enclosed** 271:10
**encourage** 103:10
215:2
**ended** 138:6,10
144:25 145:4
146:12,15,16,20
147:1,10 163:9
213:17
**endowment** 204:11
204:14,19
**enduring** 122:21
**energetic** 197:17
**energy** 3:18,20,21
3:23 5:18,20 6:22
13:4,9,10,15,20,24
14:1,7,8,15,17,22,22
14:24 15:2,6,8,10
15:14,16 16:4,11,13
16:14,21 17:4,11,13
17:17,18,19,20 18:5
18:9,18,20 19:2,6
19:11,13,16,16,18
19:22,23 27:18,20
27:24 28:2 40:15
41:11,19 43:19 44:1
45:6,14 46:23 47:22
48:9,20 49:25 51:18
52:1,5,7,11,12,13,25
53:1,6,9,12,13,15,17

53:21,24,25 54:2,3
54:4,7,10,12,16,18
54:19,21,22 55:5
56:2,3,24,25 57:7
60:6,12,21 61:14,23
65:22 66:10,20,25
67:5,13 70:24 71:6
71:17 72:7 74:15,16
74:19,23 75:3,6,19
75:21,25 76:6,8,17
77:2,9,12,22 78:2,8
78:14,16 79:7,12,18
79:22,24 81:14,23
82:7,18 88:22 89:17
90:10 108:5,11,14
108:16,23 109:11
111:14,17,23 112:5
112:6,13,16,22,22
113:3,7,9,13,16,21
114:4,11,21,23
115:4,7,11,16,19
116:1,9 119:9,24
120:13,15,19,23
121:3,25 122:10,13
122:17,22 123:2,15
123:21 124:3 126:4
126:8,18,23 127:1
127:10 156:2,11,19
156:20 158:5,11,18
159:1,10,24 160:3,9
160:14,17,18,25
161:1,10,16,19,23
162:8,9,14,16,20
163:3,11,20,23
164:2,15,20 165:1,5
165:12,16 166:5,9
166:10,14,16,19,21
166:21 167:2,5,7,13
167:18,24 168:2,6
168:10,13,16,20
169:22 170:2 175:3
175:21 177:21
178:18,21 179:10
179:13,16 180:1,6
180:15,20,21,22,23

181:1,1,2,13,21
182:1,2,3,5,6,9,21
183:3 185:6,18
192:16,21 193:10
194:7,7 203:12,13
204:6,23,24 205:2,6
205:10 206:3 207:1
207:9 218:15,18,24
219:2,7,13,18,23
220:1,11,17 221:18
221:23,24 222:5,7
222:13,21 223:7,15
224:1,7,12,19 225:2
225:16,20 226:1,12
226:18 230:7,11,16
230:18,25 231:3,8
232:12 233:2,19,22
234:8,10 235:3,15
235:24 239:11,24
240:7,8,19,22,24
241:1,20 242:3,7,11
252:12,13,21,22
253:4,9,10,20 254:1
254:3,10,18,19,25
255:2,11,19 258:7
259:1,11 261:1,13
262:3,12,22 263:4
263:14,17,22 264:9
264:19,22 266:1
**engage** 108:1 109:1
109:8 238:9
**engaged** 104:3
**engineering** 13:11
55:4
**enrolled** 93:8
**enter** 139:5
**entered** 131:21
**entering** 132:15
**enterprise** 161:8
**enterprising** 197:17
**entire** 179:7,11
225:17 226:8 228:3
**entirely** 192:4
**entitled** 225:4

entries  133:19
143:17

entry  132:22,25
133:3,6 138:9

enumerate  193:4

environment  120:18
207:10

environmental
54:11 202:20,22
249:21

environmentalist
206:17,25

envision  79:4

epa  163:23

equal  135:5 236:4
236:23 238:4

equaling  237:24

equally  10:25
146:13

equals  129:9

equate  212:14

equivalent  165:24
188:1 193:13

errata  270:1 271:11
271:13

error  70:3,3 132:23
133:6 190:21,22,24
191:4

errors  211:3,3,10

es  218:15

esq  271:5,25

esquire  2:3,8

essentially  57:15
58:2 249:13

establish  69:4 187:3

established  36:19
38:9 61:25 68:9
71:25 73:13 90:12
220:14

establishing  35:4
39:15

estate  251:2

esteem  167:2

estimate  12:24 19:7
40:14 46:7,21 59:2

73:2,11 74:22 91:22
168:8 191:1 221:13
222:25 225:15
236:15 244:17
249:4,16

estimates  45:21 47:2
48:5 69:13 106:24
123:23 225:9
227:25 240:4
242:23 243:6 244:5
251:22

estimating  61:12
72:2 73:23

et  1:4 4:14,14 270:3
271:6

evaluate  55:6 70:11
198:22

evaluating  73:23

evaluation  190:1
264:21

everybody  102:22

evidence  67:18
165:18 260:17

exact  91:7,9 100:23
122:4 179:3 254:24

exactly  10:13 12:16
60:2 62:22 65:25
68:2 89:5 101:13
115:23 132:4
139:19 156:18
188:12 189:19
205:9 223:10
225:23

examination  126:7

examine  28:15
69:16,24 112:24
119:5

examined  5:7 20:19
72:3 200:8

examining  33:9
36:14 40:8 60:15
69:21 172:22
185:17 201:3

example  14:23,24
14:24 23:21 59:13

75:7,18 78:11 104:5
129:19 134:20
143:4,24 149:14
150:6 157:2 160:23
164:11 171:3
206:16,18 213:22
235:10 262:17

examples  29:20
31:14

exception  82:7
145:11 228:19

excerpted  105:16
109:24

exchange  241:6

exclude  129:18
145:15 238:14

excluded  8:10 9:2
191:20,23

excluding  98:13

exclusively  110:12
259:10

excuse  33:25 187:24
194:2 251:2

executed  69:22
238:3

execution  237:19

executive  40:3

exercise  29:17 35:7
105:5 152:19 155:8
173:20 188:23
200:21 237:3

exercises  238:10

exhibit  40:21 74:11
128:8 129:22
130:25 131:3,4,7
133:10,13,18
136:20 138:17
140:22 141:6
143:16 147:18
173:9 175:11
176:16 177:19
182:16,17 193:21
193:24 194:2
209:18 214:12
217:3 218:13 259:5

259:7,9,16 261:10
261:14,24 262:13
265:2 266:6

exhibits  136:22

exist  23:8 64:7 256:9

existed  66:21 67:5
67:14 206:3

existence  71:20
81:13,22 85:13
165:14,23 256:25

existing  58:25 63:17
63:21 187:1 201:16

expanded  28:17

expect  75:5,13,18
77:8 78:12 79:21
82:15 132:21
151:24 164:7
206:24 219:25
230:17 231:1 236:2
236:22 237:9 238:2

expectation  43:2
104:24

expensive  35:10,18
37:4 97:15 240:8,10
240:11

experience  33:18
89:10 98:17,23,24
99:5,7,15,24 118:2
118:6,8 119:24
140:8,20,21 142:19
142:20,24 172:7
179:1 188:18,18
189:6,8,11,15

experiences  118:10

expert  3:10 12:22
14:9 38:7,19 40:16
40:24 41:1 49:14
54:5 55:3 62:8,13
63:8,13 75:14 76:16
84:17,25 85:9 86:22
97:13 122:12
126:11,13,13,16
128:12 130:2
133:14 140:12
205:18 234:6

243:11,18 244:1
246:22,25 247:25
250:20
**expertise** 43:1 62:15
65:20 71:3,8 72:16
75:16 76:13 164:6
231:13 232:23
**experts** 101:7 193:2
256:12,16
**expires** 270:25
**explain** 46:17
125:17 131:23
134:23 135:15
138:7 139:15
142:10 172:1
221:10,15
**explained** 18:6
108:25 148:17
168:7 176:15 181:7
182:13 217:6
**explaining** 109:6
**explanation** 229:10
229:19
**explicit** 58:24 73:25
175:25
**explicitly** 145:18
**explore** 70:20 125:6
**exposed** 182:1
**exposure** 118:13,21
**extent** 15:18 120:3
200:22 233:10
**external** 70:10,14

**f**

**f** 3:13 127:22 130:1
269:3
**face** 172:14 204:2
**fact** 5:19 47:20
48:19 55:21 72:21
100:4 119:4 132:16
147:6 165:9 174:17
176:10 187:4 191:6
204:16 219:10
248:18 252:12

**factor** 39:9
**factors** 38:20,25
39:4,11,14 40:6
175:7 198:16,22
199:8,25 200:18
229:25
**facts** 6:11 13:14,16
45:23
**fail** 45:7
**failed** 14:4 16:17,23
18:1,4 139:5
**failing** 7:1 17:23
87:25
**fails** 17:22
**fair** 35:17 223:13
**fairfield** 265:18,19
**fairly** 34:10 189:2
194:20 249:18
**fairness** 205:1
**falsify** 103:15
**familiar** 97:6 111:22
165:9 202:24
204:11 206:13
228:4 238:24
243:15 256:7
261:12 263:16
264:1 265:19
**familiarity** 112:12
**familiarize** 6:10
**far** 32:1 130:9
133:20 190:18
205:15 249:15
**favoring** 216:9
**fax** 271:2
**feasible** 218:5,8
**feature** 11:20 27:3
27:15,23 31:4,8,12
33:3 64:5,7 80:9,10
96:2,5,9,13,25
116:23 149:19
151:21 171:6
172:21,23 175:17
176:11 186:25
205:10 207:25
232:18 233:18,19

235:24 236:21
**featured** 21:4
**features** 25:9,16,16
25:24 27:8 29:6,9
29:14,22 30:3,21
31:15,19 33:5,16,16
33:20 34:2,16 37:13
59:1 63:20,21 80:5
80:7,12,14,16,17,20
80:20,22,24 81:4,12
81:21 82:5,6,10,11
82:12,15 96:3,9,12
170:16 171:7
172:18 175:12,14
176:3,7 230:13
**federal** 5:19 13:17
14:18 16:3 18:11,19
52:7,24 53:21 54:20
55:25 56:22 113:10
113:17,22,25
163:20 250:2
**feedback** 130:9
210:12 211:12,15
211:20
**feel** 54:14 88:24
178:8
**feet** 28:17 177:20
**fell** 253:16,20
**felt** 33:11
**fewer** 241:24
**field** 46:1 101:6
135:2 192:1 231:13
**figure** 15:24 111:7
217:24 258:19
263:12
**file** 4:3 51:6 95:14
128:4 173:5 221:1
255:17
**filed** 4:15 6:15
**filter** 26:16,20 27:19
**filters** 26:14 28:5
**final** 129:16
**finally** 245:20
**financial** 239:25

**financially** 269:18
**find** 72:15 228:17
271:10
**finding** 108:12
241:3
**findings** 100:11
112:14 156:7
228:13 258:22
262:25 263:10
268:1
**fine** 228:11
**finish** 130:15 171:14
**finished** 133:11
**firm** 257:21 265:17
**firms** 93:19
**first** 6:16 15:5 27:22
41:7,25 42:5 45:19
46:5 68:10 70:5
82:23 95:20 110:6
126:16 133:18
137:15 143:24
153:11 156:9
176:17 182:14
188:14 193:14
209:18 223:2 230:3
237:5 248:23,23
256:6 257:5 258:6
260:1,18,21,24,24
261:24 262:13
263:14
**fisher** 1:14 2:3 4:8
4:25
**fit** 27:22
**five** 104:6 245:5,7,9
245:17,24 249:7,14
249:17
**fixed** 134:17 180:15
**flip** 40:22
**fluctuated** 166:6
229:12,21
**focus** 10:17 96:8
100:8 115:12 143:9
148:8,15 151:20
172:19 223:22

**focused**  8:10 10:21 30:7 53:25 151:23 166:1 231:24
**focusing**  46:5 54:17 148:14 156:8
**follow**  46:4 51:10 137:8 144:17 188:14 193:18 213:24 225:22 263:20
**following**  12:8 56:18 67:10 118:18 136:11 142:16 162:24 197:9
**follows**  5:7
**foot**  27:6,23 28:7,13 30:6 80:13 170:24 171:24 172:3,22 235:13
**footage**  27:4
**football**  247:19
**footnote**  190:19
**force**  238:9
**foregoing**  269:10
**foremost**  126:16
**forlano**  1:13 5:3 269:5,21
**form**  7:25 19:4 26:11 37:6,20 38:6 42:23 48:1 52:14 53:2 54:23 55:20 56:4 57:1 59:7,22 63:7 64:9 65:1 67:16 70:13,18 72:24 76:10,20 78:5 81:24 90:19 94:5,10 106:15 118:4,25 121:11 122:3 123:6 123:12 143:1 151:5 151:13 153:2,8 157:16 159:4,12 163:5,13 185:14 187:9 198:25 205:14 207:16 211:14 219:8

223:17 226:3 227:7 228:14 239:7 240:13 242:13 246:13 252:1 256:15
**formats**  254:18
**forming**  73:6 77:19 127:2
**formulate**  76:15 78:25
**formulating**  36:24
**forward**  122:20 136:13 137:22 141:25 222:24 228:10 271:13
**found**  211:2,6 246:24
**foundation**  15:12 52:15 53:3 59:23 62:6 71:1 75:11,23 76:11 77:15 78:6,19 79:9 81:16 83:21 97:12 120:21 158:21 159:4,13 164:4 166:12,23 174:3,22 197:15 203:15 207:4 225:6 230:20 231:5 234:12 235:6,17 237:1,17 241:8 252:24 253:23 254:12 256:15
**four**  154:15 170:24 199:16 245:17 262:1,9
**frame**  26:8 60:8 121:21 139:21 142:12 150:2 152:22
**framing**  202:24 203:1
**free**  271:2
**frequencies**  3:14 127:25 133:15

**frequency**  116:7 134:4,5 137:15,16 139:2
**frigidaire**  20:7
**front**  26:15 29:19 96:6,15,19,21 97:10 97:16 98:13,14 99:1 218:11 240:8 241:5 259:7 262:24 266:17
**fry's**  8:5 199:17
**full**  74:8
**funded**  216:23
**funder**  216:15,17,19
**funding**  217:1
**further**  27:13 117:19 208:18 269:14
**furthermore**  27:24 232:21

### g

**gaining**  69:19
**galen**  2:8 4:22 95:6 171:11 220:18 255:12 271:25
**gallagher**  4:4
**gallons**  17:12
**gallup**  267:24 268:1
**gathered**  265:15
**ge**  20:7
**gender**  83:8 95:5
**general**  88:8 240:6 241:3
**generalized**  233:11
**generally**  42:20 70:15 74:20 93:4,6 114:13,23 228:12 228:17
**generated**  150:6 194:22
**generic**  213:22 214:22
**germane**  18:14 99:19,24

**getting**  82:13 114:1 149:22 183:23
**gibberish**  144:11
**give**  18:13 35:15 83:10 84:19 93:9 130:9 132:14 142:20 146:15,17 146:19 155:8 157:2 172:13 177:6 194:20 211:5 216:11 239:9
**given**  41:23 42:20 63:2 73:19 88:6,25 101:25 102:19 139:22 166:9 183:10 191:7 198:17,23
**gives**  32:8
**giving**  101:23 174:5 175:22 184:9,25
**glass**  11:20,25 35:21
**go**  131:5 140:4 146:7 149:6 167:15 170:23 184:8 197:22 204:3 208:19 211:9
**goal**  89:8 150:17 169:21 251:20 253:3 254:15 260:9
**goes**  187:1 196:8 219:13
**going**  9:10,11 10:12 23:22 32:11,21 49:1 50:20 51:1,7 59:2 60:23 63:10 87:9,20 89:3 92:13 95:14 101:21 109:1 117:16 122:25 124:8,11,23 128:5 137:22 141:25 142:15 145:25 148:18,21 169:25 173:5,14 183:8,14 194:20 196:21 208:17 217:12

220:21,24 221:14
222:24 227:9 228:9
233:14 244:11
255:13,17 268:14
**good**   4:24 5:9,10
33:11,18 50:25 59:3
72:22 73:12,17 95:7
112:18 113:24
140:14,20 171:12
171:15 180:8
188:19 198:3,3,4,4
198:7,7 202:3,4,22
207:10,25 216:7
244:17,18
**goods**   39:20 57:15
57:17,18,18 58:18
58:21,24 59:4,4,18
72:18 73:19,24 74:2
74:7 190:9 198:5,6
198:10,10,13,14
201:6,12 208:2,24
249:25 255:6
**gotten**   235:14
**government**   5:19
13:18 14:18 113:17
113:22 163:20
250:3,7 260:25
261:4,7,8,13
**governments**   250:5
250:5,6
**grade**   113:7
**grand**   135:22
**graphic**   265:13,16
265:24
**graphs**   167:11
**gray**   179:12,18
180:5
**great**   123:22
**greater**   237:13
**grocery**   208:19
**ground**   222:9
**group**   213:9 222:18
242:23 267:7,11,17
267:20

**grouping**   9:7
**groups**   94:19,23
119:10
**guess**   139:1 204:1
215:8 216:12,12,15
223:11 236:19
244:8 246:10
**guessed**   216:17
**guide**   19:6,11,13,22
180:20,21,23 181:1
181:2,21 182:2,3,5
253:10,10 254:18
254:19,25
**guidelines**   113:9
**guides**   197:21 254:1
**guzzardo**   12:7

**h**

**h**   3:9,14 127:25
133:14
**habits**   257:7
**half**   221:19 222:19
**hand**   133:20 143:18
**handed**   214:11
259:15 261:10
265:1 266:5
**handful**   145:22
**handing**   40:20
128:8 129:21 133:9
255:23
**happen**   109:20,21
136:7
**happened**   65:24
116:6
**happens**   109:16
**hard**   82:19 217:14
233:13 258:15
**harder**   117:9
**harmed**   5:15 73:7
**harris**   256:5,7,11
257:1,4,6,13,18,20
258:23 259:4
**harsh**   160:5
**head**   85:16

**heading**   156:7
173:10
**hear**   12:7 67:8
118:16 162:22
**heard**   201:20
202:11 210:19
**held**   4:8 168:25
169:1 235:11
**help**   83:17 84:2
105:19,24 106:2
139:20 140:3
142:19 149:17
152:6 173:21 215:2
250:15
**helpful**   138:7 172:8
**helping**   152:21
**helps**   61:21 101:22
142:14 149:9
155:14 172:13
243:21
**herb**   218:14 219:5
**hey**   95:6 116:20
**high**   36:1,10 97:6,20
98:4,9 99:16,22
100:4 166:15,20
167:2 240:18
242:21,25
**higher**   36:12 91:10
96:23 97:20 98:14
99:22 169:18 207:1
220:5 240:20,25
241:14 243:8
**highest**   36:6 194:8
195:7,16,19 196:2
**historic**   38:9
**historical**   120:12,23
**historically**   251:10
**history**   43:7 122:12
**hold**   123:16
**holding**   167:1 233:2
233:19 234:8
**home**   6:19 8:5 22:21
28:4,8 32:2,4 33:9
33:21 35:8 85:14,17
85:24 89:23 153:12

154:2 199:17 220:6
**homedepot.com**
23:1,24 24:11 25:22
26:9,12,22 33:2,14
34:8
**homedepot.com.**
23:22 51:13
**hopefully**   164:8
**hoping**   28:20
**hotpoint**   20:8
**hour**   50:20 182:14
223:19
**hours**   17:11 182:10
**household**   94:9
101:18 105:19,25
240:3
**households**   46:20
92:22 93:22,25 95:1
242:21 243:9
**housekeeping**
112:18
**huh**   32:17 177:23
**hundred**   10:14 12:3
12:11
**hundreds**   107:19
224:22
**hung**   42:3
**hypothesis**   139:8
152:4
**hypothesized**
237:13
**hypothetical**   78:12
156:17 157:13
168:23 170:6
174:20 204:23
232:8 239:17,19
252:20 253:18
**hypothetically**
79:16 173:25

**i**

**idea**   139:15 190:24
203:25
**identical**   158:4
255:1

**identification** 40:18
89:4 127:21,24
128:2 214:9 255:21
259:13 264:24
266:3
**identified** 11:3
31:14 39:1,6 47:5
47:24 48:13,22 49:5
49:9 66:3 74:24
75:8 80:17 82:10
90:17,25 105:2
112:11 121:17
130:22 132:6
137:11 157:7
168:12 169:12
173:16 206:25
225:25 227:6
231:16,20 232:5,16
236:3 237:12
242:10 253:14,19
259:21 261:23
267:21
**identify** 4:21 22:16
29:10 39:12 42:19
69:7,17 74:18 78:21
81:4 82:12,15 84:11
84:18 88:18,21
89:16 90:9 104:9
123:4 126:20
149:19 198:16
205:12 207:24
210:11 211:10
213:19 237:10
245:22
**identifying** 58:9
74:14 84:7 89:12
168:15 205:4 213:7
**identities** 103:4
**image** 180:11
**imagine** 175:15
224:23
**impact** 77:25 79:5
81:12,21 82:16
107:1 116:9 120:19
121:24 122:9,16

126:3 151:3 162:14
162:19 163:2,10
164:1,9,14 165:4,15
166:9,20 169:22
174:11 176:2
233:20 234:9
235:20 237:10
247:17 253:4
**impacted** 169:11
173:25 174:19
**impartial** 150:3
**impetus** 198:11
**implement** 65:9
**implementation**
237:23
**implemented** 255:8
**implied** 52:13,25
53:13 54:3,22 56:3
56:24
**impliedly** 53:16
**implies** 113:3
**imply** 114:4 236:7
236:10
**important** 22:9 27:2
29:25 31:16 34:4
100:13 101:1
105:23 110:23
115:14,18,21 117:5
120:1 176:7,11
191:16 219:23
251:15,19
**improve** 203:19
**improvements**
210:12,16
**inaccurate** 218:24
219:10
**inappropriate** 162:5
**incentive** 201:21
**incentives** 93:7,10
165:10
**inch** 180:10
**include** 40:25 41:1
101:11 128:14
170:25 171:2
177:24 199:24

206:11 244:4
**included** 8:9 9:18
96:15 101:14
115:17 169:14,19
172:20 182:9
271:11
**includes** 6:24 19:16
19:17 182:5,7
**including** 6:19 9:8
9:11 38:20 73:3
99:21 123:18
178:13,21 182:22
199:16 206:21
245:16
**inclusion** 169:10
**income** 83:8 238:20
240:3 241:5 242:9
242:21,21,25 243:1
243:8
**incomes** 241:14
**inconsistent** 258:16
**incorporate** 199:24
**incorrect** 132:11
**incorrectly** 136:2
**increased** 167:7
200:23
**increasing** 136:16
197:2
**increments** 194:11
194:15,18 196:9,18
196:22
**incur** 39:18
**independent** 13:20
64:21 106:13
107:11,14 109:11
111:13,17 114:10
217:5,10,16 237:3,4
267:17,18
**independently**
71:20 205:21
**indicate** 100:10
104:4 145:8 147:5
166:14
**indicated** 97:25
134:8 145:16

188:19 194:5
**indicates** 95:20
108:9 113:6,12
114:23 119:11
128:25 259:9
**indicating** 114:3
271:11
**indication** 59:6,11
61:4 63:5 266:20
**indicator** 59:16,20
62:3,19
**indifferent** 106:12
**individual** 50:5,14
130:20 158:17,23
158:25 159:9 160:2
220:15 224:6,13,16
224:18,23 225:1,3,9
225:19 226:1,16,17
228:23 239:12
242:9,15,24
**individuals** 83:3
86:21 93:20,21
217:19 222:4
**induce** 246:17
**induced** 241:19
**industry** 135:1
212:14
**inexpensive** 37:3
**inferences** 258:3
**influence** 39:1 175:7
198:16,22
**influenced** 108:13
169:8 178:23
**influential** 112:17
160:17 164:20,22
**information** 13:12
16:12,18,25 19:7,8
21:9 23:3 25:6,22
32:3 33:10,12 34:5
34:10 37:8,17 60:18
60:21 61:21 66:2,4
66:6,16 71:15 82:3
83:9,12,18 84:1,8
84:14,16 85:2,4,5
85:10,13,19 86:23

89:13 97:24 98:8,11
99:12,19 101:20
102:20 114:11
115:16,21,22 116:1
124:10 127:4 146:4
156:24 157:3,12,17
157:22,23,24,25
172:9,11 174:5
175:22 178:17
182:6,7,10 194:21
196:15 197:4,11
200:2 203:3,5
210:25 211:1 213:7
218:2 229:4 232:10
234:2 241:22
252:18 253:9
264:18,21 266:18
**informed**   203:18
239:21
**informing**   85:20
**initial**   132:11 191:9
198:11 209:21
222:23,24
**initially**   41:23
204:22 206:2
221:17 222:13
**initiative**   107:25
108:8
**input**   250:8
**inputs**   251:16
**inquiry**   162:17
**insensitivity**   202:10
**insert**   47:13
**inside**   89:24 90:3,8
**insight**   32:8
**inspecting**   243:4
**inspection**   35:7
**instance**   6:21 9:12
17:6 26:16 36:15,18
39:17 71:23,24
94:13 104:3 132:1
189:17 191:17
203:4 211:2 232:12
247:8,10 248:3
257:3 263:24

**instances**   247:9
248:2
**instantly**   41:21
64:18 178:15
**instruct**   101:4
124:16,25 176:6
**instructed**   101:2
102:1,6 124:19
**instructing**   124:15
**instruction**   101:11
120:4 131:16
175:25
**instructions**   32:14
129:1 142:17 158:7
**integrity**   69:20
**intended**   50:17
130:9 139:20
144:21 158:3
187:20 224:8
246:11
**intending**   144:24
**intensive**   79:18,19
**intent**   80:19
**intention**   167:22
**intentional**   117:13
183:10 209:10
**intentionally**   110:4
**interactive**   256:6,8
257:1,4,6,18 258:23
259:5
**interactive's**   256:11
**interacts**   203:25
**interchangeably**
212:16
**interest**   69:2 166:16
**interested**   27:5,21
33:22,24,25 63:24
93:21 107:25
110:14,19 269:18
**interesting**   126:22
229:24
**interject**   92:9
**internet**   92:22 94:4
94:8,10,13 106:3,4
197:18,19

**interpret**   241:21
**interpretations**
68:17
**interpreted**   241:23
**interpreting**   244:9
**interview**   98:3
210:14 214:18,21
**interviewed**   102:25
**interviewing**   107:8
**interviews**   102:16
102:18 145:23
188:22 210:19
212:2,7,9,11,14,18
213:17 217:11
**introduce**   92:13
**introduced**   230:3
**inverse**   187:19
196:7
**investigate**   152:4
**investigator**   249:11
**involve**   10:20 13:16
107:21 247:20
**involved**   245:8,10
**involvement**   154:25
155:2,24
**involves**   15:6 43:24
86:21 139:23
140:13
**involving**   11:20 14:1
85:17 208:2 245:18
245:19,20
**irrelevant**   115:25
118:12,20 155:17
160:2,5 168:16
**irrespective**   121:20
**isolate**   67:25 71:23
115:6,15 169:21
170:1 253:4
**isolated**   8:8
**isolating**   43:24
115:12 179:9
**isolation**   9:24
**issue**   13:2,7,19
34:16 87:8 88:5
90:16 95:23 97:4

99:3,14 190:9
199:12
**issues**   15:5 65:3,20
66:17 81:10 237:21
244:1,3

| j |
|---|

**j**   1:12 3:5,10 4:19
5:6 40:17 270:4,20
271:8
**jbc**   4:17
**jersey**   1:2 4:16
271:2
**jmarchese**   2:5
**job**   1:20 104:23,24
225:15 226:5
**joseph**   2:3 4:25
271:5
**judge**   125:4,8 184:8
247:3,4,24 249:1
**judgment**   150:25
218:25
**jurat**   271:16
**justification**   45:12

| k |
|---|

**kangadis**   189:18,19
**keep**   89:9 183:16
**keeping**   150:18
**kept**   222:23,25
**kevin**   4:4
**key**   80:5,7,9,17,20
80:22,23 81:4,12,21
96:25 156:7
**kids**   219:23 220:6
**kilowatt**   17:11
182:10
**kind**   85:4,10 87:7
146:21 151:2
164:12 190:8 198:8
206:19 236:7,9
249:18
**kinds**   23:25 24:14
40:2 56:6,9 75:7
93:9 97:15 175:5
202:19 245:8,24

255:6 260:20
**kitchen**  88:11,15
 89:17 125:9,19
 245:12
**km**  1:6 4:17
**knew**  117:15 146:2
 167:18,24 176:24
**know**  6:1 10:9 11:17
 13:2,7 15:8 16:6,9
 16:13 17:10 18:3,8
 18:17,22 19:1 20:6
 23:8 32:15 35:18,20
 37:1 65:18 80:25
 86:4,6,10 88:9 93:4
 94:12,14 99:15
 100:3,20 108:10
 113:2 114:13,23
 125:25 133:11
 144:4 156:1 163:19
 164:19 165:22
 166:4 177:6,8
 183:16,20 191:8,14
 191:18,19 192:1,7,9
 192:14,25 200:18
 201:1 204:4,20
 205:15 206:5,14
 207:7 216:13,13
 219:16 232:11
 233:4 257:11,13,17
 257:20,24 259:4,23
 260:15 261:4,22
 262:21 265:4,15,22
 265:25 266:10,14
**knowing**  54:11
**knowledge**  15:18
 16:8,23 55:13,15
 83:12 119:24 120:8
 175:3
**known**  145:4 165:20
 247:11 248:5
**knows**  87:22

**l**

**label**  14:7 15:2
 19:22 27:24 41:11

43:19 44:1 45:6,14
46:24 47:22 48:20
52:1 53:6,9,15,20
54:4,7,16,22 56:3
56:25 60:6,12,21
61:14 65:22 66:11
66:11,13,25 74:15
74:16,18,23,25 75:3
75:6,20,21,25 76:6
76:9,18 77:2,12
78:2,9,16 79:7,12
79:22 82:7 108:14
112:6,17 113:7
115:4,8,12,19 119:9
121:4,6,9,25 122:17
122:22 123:2,16,21
126:4,8,18,23 127:1
156:12,12,20 158:5
158:12 160:10,14
160:17,18,25 161:2
161:10,16,20 162:8
162:14,16,20 163:4
163:11 164:2,15
167:2 168:10,14,20
169:22 170:2 175:3
175:21 178:3,5,9,13
178:18 179:8,10,13
180:6,16,23 181:2
181:13,17,18,21
182:2,2,5,21 183:3
185:6,19 192:21
193:11 204:6 207:9
220:12,17 221:18
221:24 222:8,21
224:1,7 225:2,20
226:2,19 230:11
232:13 233:2,22
234:10 235:3,15
239:11 240:19,22
241:20 242:11
252:12,22 253:4,10
253:10,15 254:25
258:7
**labeled**  53:16 54:10
 77:9 161:23 165:12

165:16 166:10,21
225:16 240:25
242:7
**labeling**  5:17
**labels**  239:24 254:4
 254:5
**lack**  144:10
**lacks**  15:11 52:14
 53:2 59:22 62:5
 70:25 75:10,22
 76:10 77:14 78:5,18
 79:9 81:15 83:20
 97:11 120:20
 158:20 159:3,12
 164:3 166:11,22
 174:2,21 197:14
 203:14 207:3 225:5
 230:19 231:4
 234:11 235:5,16
 236:25 237:16
 241:7 252:23
 253:22 254:11
 256:14
**lake**  202:8
**lakes**  202:9
**landscape**  21:3
 37:12
**language**  42:4 246:1
 250:12
**large**  88:11,15 123:1
 224:24 257:21
**larger**  28:14 95:3
**late**  165:23
**laundry**  219:24
 220:7
**lawyer**  218:2
**lay**  79:10,20
**lead**  249:11
**leaders**  256:21
**learn**  116:8
**learned**  112:4 116:1
**learning**  34:1
**leave**  70:19 82:14
 163:9

**led**  15:5
**left**  92:4 133:20
 143:18
**leg**  202:2
**legal**  45:20 225:8
 227:12 270:1 271:1
**legitimate**  175:6
**letter**  3:16 214:5
 271:17
**level**  50:5,14,14 93:9
 154:25 155:24
 173:23 174:8
 194:24 220:15
 224:6,23 226:16
 227:2 242:9,15,23
 242:24
**lg**  20:8
**liability**  227:12
**liberty**  86:8 87:14
 88:23
**lid**  11:25 35:21
**life**  179:2
**light**  21:20 60:18
 77:7 248:13
**lightbulb**  75:20 76:9
 76:17,18,23 77:23
 78:14
**lightbulbs**  75:7
**lights**  248:14 249:3
**limit**  34:15
**limited**  7:20 37:18
 94:3 217:9 239:2
 248:17
**limiting**  97:2 203:6
**linda**  219:22
**line**  130:5,8,12
 131:18,20 140:24
 270:5 271:11
**lisa**  1:13 5:3 269:5
 269:21
**list**  6:13,23 15:20
 22:12,23 23:1,1,17
 29:14 41:12 80:12
 80:13 81:5 82:14
 92:1 113:18 138:11

**[list - machine]**

144:9 171:6 176:3 176:12 194:11 196:17,20 209:17 209:19 240:15 256:3 260:5 261:20 261:21 262:24 265:8 267:13,21

**listed**  6:12 7:2 21:16 22:12 81:5,9 134:1 175:17 199:16 210:5 211:6 223:2 249:7

**lists**  170:15 175:12 175:14

**literally**  75:24 123:14 185:23

**literate**  197:17

**literature**  58:23 79:15,16 112:2 163:22 164:19 186:19 187:1 200:25 201:16 207:6

**litigation**  85:25 89:25 90:3,9 100:8 190:6 207:22 233:9 243:16 244:13,15 244:19,24 247:6 248:11,22,23 267:17,18,19

**litigations**  244:24 245:2,9,21

**little**  42:3 66:23 104:2 106:22 155:1 222:9

**livingston**  271:2

**llp**  2:8

**load**  148:9 155:5 171:5 172:20

**loaders**  24:1,4 39:3 96:15 97:3,3 98:15 100:5 232:6

**loading**  15:9 18:10 18:11 20:1,13,16 21:9,15 22:3,14,17

23:18 24:14 25:10 25:16 26:1,15,15,21 27:3,12,23 28:1,6 29:18,19 30:5 31:4 31:16 33:4 34:11 35:11,18 36:1,7,10 36:21 37:3,4,19 38:5 39:8 40:10 80:4,9,10 95:22 96:2,5,6,9,13,19,21 97:7,10,16,20 98:4 98:13,14,18 99:1,1 99:16,17,22 112:21 113:2 116:25 118:1 120:12 130:16 134:21 148:6 149:2 152:8,9 153:17 154:1 156:11,13 160:24 161:1,6,12 161:19 162:10 173:14 176:8 230:7 231:17,22,23 259:6 259:10

**local**  250:6

**located**  4:9

**logic**  45:11 139:11

**logical**  43:2 185:24

**logistic**  211:3

**logistics**  39:23

**logo**  5:18,20 6:22 14:15,17 19:17 40:15 41:19 48:9 49:25 60:6 61:24 71:17 179:3,6,8,21 180:1,22 181:2,3 182:6,9 207:1 219:3 221:23 223:15 224:19 226:12

**long**  73:14 91:20 189:21 196:17 241:6 249:18

**longer**  103:17 107:4

**look**  7:5,13 8:3 21:19 22:5,9,10,13 22:21,25 24:24

25:15 29:1 32:1,5 35:13 66:24 67:2 72:14 83:11 85:12 92:3 95:17 98:5 100:19 106:19 114:7 136:11 138:21 153:9 162:15 177:18 188:2 189:18 197:20 200:1 201:7 206:7 224:24 232:7 232:17 233:13 242:20,24,25 258:7 259:17 260:7,17 261:20 262:7 263:9 263:24 266:7 267:11

**looked**  6:13,17,17 6:20,21 8:5,17,18 9:5,6,6,8,9,12,13,24 9:25 10:4,11 21:20 21:25 22:5 23:19,25 24:5,6,21 27:4 29:17 32:3 33:2,21 59:14 66:9,10,11,16 81:6,7 107:7 110:10 117:6 127:6 133:12 139:7 141:17 162:13 189:20 199:15 230:15 242:22 260:1

**looking**  24:7,8,9 25:14 27:21 43:17 59:15 112:6 117:11 119:10 131:2 136:21 144:9 182:16 194:2 199:11,17 202:19 204:15,16 213:1 224:10 262:11 266:22 267:6,8,16

**looks**  180:21,22 191:5 200:25

**lot**  84:18 99:12 106:22 140:10

155:3,21 163:15 193:5 197:19,25

**lots**  175:1

**low**  242:21,25

**lowe's**  8:5 199:17

**lower**  91:11 169:18 241:5 248:14

**lowest**  195:6,16,19 196:2

**loyalty**  169:8

**lunch**  127:14,18

---

**m**

**m**  219:22

**machine**  11:21 14:16,21 15:15 17:22,25 24:5 25:18 29:1 37:14 43:18 52:23 53:20 54:19 55:25 56:21 60:5,11 66:12 75:21 76:7,19 76:24 78:17 80:5,6 80:10,15 81:8 96:19 98:10 99:1,1 110:1 110:3,14 112:22 113:4,8 116:25 117:18,21 118:3,14 118:22 120:2,6,16 128:22 132:20 140:14 141:15,19 141:22 142:12,15 143:11,22 144:2 147:4,5,12 148:6,9 148:13,16,23 149:15,16 152:10 152:14,25 153:1,12 153:17 154:1,20 155:5,12,25 156:2,3 156:11 158:11 160:24 161:1,6 162:7 175:8,8 176:9 176:19,20 177:14 177:14,22 178:23 178:24 179:2,6,22 179:24 180:2,12,16

181:14,15,19,22
182:20 183:2,8,9
184:20,21 186:7,7
192:10,12,20
193:10 194:6 197:5
197:13 205:8
218:16,20 220:1
221:18,23 222:5,14
223:7 230:23 231:8
231:17 233:1 235:4
235:8 236:24
241:20 242:2,7
**machines**  5:15,17,21
13:18,21,23 14:4,18
15:3,17 16:4 18:1,4
19:14 20:21 21:23
22:4,6,14 25:5
26:15,18,21,25 27:6
28:11 29:4,11,15
30:1,5,8 34:12,20
34:22 36:21 37:13
37:24 38:12 39:19
39:22,24 40:15
41:12,19 47:17,21
48:10,14,21 51:16
55:5 61:14 67:1
72:3 75:4 82:5 83:4
85:22 96:7,10,13,21
96:24 97:16 98:18
98:19,19 99:3 105:2
105:7 110:12,19
112:21 113:2 114:5
119:17,18 122:18
123:25 129:13,18
130:23 137:1
148:21 152:8,18
156:13,24 157:4,14
158:4 168:9 169:15
171:10 172:15,19
174:6 175:4,6,20,25
178:4 182:4 185:1,5
186:13 187:5
190:13 206:9
225:17 230:12,14
231:24,25 232:2,8,9

232:11 233:8,11
235:13 236:5 240:7
240:9,18,25 241:2
251:4,10 253:20
259:6,10
**main**  3:12,13,15
40:5 96:11 104:10
127:20,23 128:1,13
130:3 133:16
193:25 202:18
210:7
**major**  24:18 38:17
85:13 89:23 94:19
94:22 236:21
**majority**  10:20
108:12 145:13
**makeup**  83:19 84:9
**making**  117:12
150:10 152:24
154:23 157:21,25
184:1,6 207:17
251:22 252:18
**manage**  104:25
**managed**  107:21
**management**  104:12
**manager's**  191:9
**managers**  3:16
214:6
**manipulate**  169:24
**manner**  183:22
195:7
**manual**  6:24 81:7
**manufacture**  5:24
240:11
**manufactured**  5:23
125:20
**manufacturers**
20:11 21:15 30:2
38:11
**manufacturing**  6:1
39:21
**march**  1:16 4:7
269:23 271:4
**marchese**  2:3 4:24
4:25 7:25 12:15

15:11 19:4 21:17
23:7 26:11 30:15
31:6 34:24 37:6,20
38:6 42:23 48:1
50:19,23 52:14 53:2
54:23 55:10,20 56:4
56:11 57:1 59:7,22
62:5 63:7 64:9 65:1
67:8,16 70:13,18,25
72:24 75:10,22
76:10,20 77:14 78:3
78:5,18 79:8 81:15
81:24 83:20 86:3
87:10 88:2,7 89:18
90:19 91:12,15 95:6
97:11 106:15
109:12 114:15
118:4,16,25 119:13
120:20 121:11
122:1,3 123:6,12
124:8,14,18,22
125:3,7,13,15,21,23
127:15 143:1 151:5
151:13 153:2,8
157:16 158:20
159:3,12 162:22
163:5,13 164:3
166:11,22 171:11
171:16 174:2,21
181:8 182:12
183:16,19 185:14
186:10 187:9 197:7
197:14 198:25
203:14 205:14
207:3,16 219:8
220:18 223:17
225:5 226:3 227:7
228:14 230:19
231:4,11 234:11,20
235:5,16 236:25
237:16 239:7
240:13 241:7
242:13 246:13
252:1,23 253:22
254:11 256:14

260:14 268:10
271:5
**margin**  240:18
**mark**  164:21,22
219:13 263:17,22
**marked**  40:17,21
127:20,24 128:1,9
129:21 133:9
191:19 214:8,11
255:20,24 259:12
259:15 264:23
265:1 266:2,6
**market**  3:16,20,21
3:23 20:2,22 22:9
23:18 25:7 29:3
35:19 36:10,20 54:8
58:21,24 59:2,4,17
59:18 61:18 63:4,11
70:23 72:22 73:12
73:17,19,24 74:7
108:9,12 112:1,11
113:12,14 118:3,5,8
118:10,14,22
122:20 123:3 126:7
126:12,14,17
161:13 183:11
200:3,5,23 201:5,12
203:20,23 205:13
205:17 206:3 208:7
208:9 214:6 219:11
230:8 246:19 251:3
255:19 259:11
264:22 266:1
**marketing**  40:3
92:23 93:1 114:12
126:11
**marketplace**  21:1,5
21:23 22:7 29:23
32:9 35:15 57:19,21
57:22,23 58:8 59:5
59:19 60:2,4,7,9,10
60:17 61:3,6 62:3
62:18,25 63:3,9,18
63:23 64:7 66:21
71:21 200:13

240:21

**marlboro** 248:13
249:3

**massachusetts**
248:6,25 249:3

**match** 217:18 218:3

**matches** 183:11

**material** 11:3 12:5
12:13,17 17:21
18:24 114:8 155:23
161:8 168:8 176:2

**materials** 6:12,13,23
11:22 15:20,20
20:15,18 22:12,18
22:24 24:13 39:20
81:6,9 113:19
167:15 240:15
256:4 260:6 261:21
262:23 265:9
267:14,22

**matter** 40:25 52:20
55:4,21 91:21
110:17 140:13
141:24 161:11,14
175:16 216:14
227:11 234:6
235:22 247:12
248:22,24 269:8,12

**matters** 3:18 190:2
249:21

**mature** 104:12

**maytag** 5:14,22 6:20
7:10 9:22 13:2,7
14:6,15 16:9 19:3
20:20 21:11,21,22
22:1,4 24:18,21,25
25:4,11,17 31:2
32:7 34:16 35:3,14
35:22 37:14,18,23
38:3,5,8,14 39:15
39:18,19,21 40:10
40:12,13,15 41:11
41:19 47:21 49:22
60:5,11 66:12,21
67:4,13 71:16 80:5

80:15 81:2,8,12,21
85:21 95:23 97:4
171:9 172:18 178:4
179:24 181:18
199:12 206:4,8
226:11 228:24
229:7,11,20 230:6
230:11,24 231:25
233:7 240:17 251:4

**maytag's** 38:10,21
39:1 67:3

**maytags** 20:4

**mean** 12:17 28:16
43:15 45:17,18
46:11 47:5 51:24
57:17,21 68:7,12
74:17 76:3 80:7
86:18 87:16 90:18
92:4,13 93:13 94:6
94:22 98:8 133:19
135:3 136:1,2,3
145:24 160:10,11
160:17 168:20
169:17 174:4,23
180:19 183:24
184:2 188:11,12
190:22 201:25
207:12 208:11
215:3 216:19 218:1
218:8 221:6 223:5
223:15 229:13
231:6 232:3 241:23
243:14 260:16
262:16

**meaning** 46:14
57:18 80:19 83:2
231:1 239:2 250:12

**means** 46:17 63:10
63:12 93:24 94:11
113:16,21 129:10
129:11 136:5 144:5
160:14 168:6 191:3
208:13 218:15,19

**meant** 108:6 110:21
168:14

**measure** 41:9,18
42:8 43:3,12 44:8
47:15 57:14 58:17
58:21 61:10 77:1
80:3 115:3 118:9
146:3 160:6,13
161:15 162:1
168:10 186:23
191:4 224:18
230:10,12 233:24
238:9,11 254:9
255:5,9

**measured** 75:2
167:21 200:12
228:2

**measurement** 37:11
46:15 48:6,8 50:5,6
121:19 220:15
222:12,15,17

**measurements**
115:10 224:6,16
227:2

**measures** 14:4
69:21 70:5 159:23
220:16 242:5

**measuring** 18:15
47:13 73:25 115:13
159:17,21 160:15
160:16 161:9
162:13 167:22
185:16 187:25
193:14 198:12
200:16 203:25
219:1 227:21
236:18 239:10
246:15 247:16
253:1 258:13,17
259:1

**member** 49:22
224:11 225:1 227:5
227:16

**members** 47:16 50:7
83:5,11 93:5 123:24
224:22 225:10,25

**memory** 15:14
29:15 36:17 167:16
189:22 262:5

**men's** 247:18

**mental** 173:19

**mentally** 139:21

**mention** 54:6 69:23
92:11 124:5 266:13

**mentioned** 7:3 17:7
25:14 26:9 30:25
33:12 35:4 36:8
38:18,25 52:4 58:16
64:12 70:6 93:11
94:2 96:23 101:15
102:13 103:9
105:14 117:4 154:8
172:6,16 190:18
245:12 249:6,15
267:3

**merit** 14:17,21
184:15

**message** 132:2,4
252:13

**met** 18:19

**method** 42:21 44:7,7
45:16 58:9 64:17,19
65:15 66:8 71:10
186:20 237:15

**methodologies**
69:14

**methodology** 42:15
44:12,25 45:4 61:12
64:23 71:12 82:2
228:7 262:22

**methods** 44:10

**michael** 1:12 3:5,10
4:19 5:6 40:17
270:4,20 271:8

**middle** 128:20 152:5
217:2 261:25 262:9
263:1,25 268:3

**mimic** 84:11,13
94:18

**mimics** 180:9

**[mind - notes]**  Page 24

mind  123:17 139:21
  142:13 148:25
  149:15 152:22
  155:11 174:13
  175:17 210:17
minds  113:23
  157:23,24
mine  104:25 249:13
minimum  15:16
  16:1,3,6 17:4 18:12
  18:19 52:7,24 53:21
  54:20 56:1,22
minute  208:1
minutes  139:6 249:7
mischaracterization
  116:13
mislabeled  47:17
misleading  5:16,17
  14:16 15:3,5
missed  13:5 17:4
  158:15 196:3
  231:18 237:5
missing  84:18
  111:25 135:24,25
  136:12,14,15
  137:18,23 138:4,14
  192:8 193:2,5
mission  254:21
misspoken  119:14
misstates  34:24
mistake  146:24
mistaken  51:22
  68:15 137:19
misunderstanding
  226:14
misunderstood  21:7
  61:8,11 73:17 210:2
mitigate  106:9
model  7:10 10:21,25
  10:25 12:21 88:9
  264:10
models  7:14 9:22
  10:3 12:25 20:1,4,8
  20:10 24:25 25:3
  30:9,22 31:4 32:10

33:23 41:12 253:12
modest  93:9
modified  50:2
moment  7:1 40:22
  65:11 90:1 92:11
  101:10 105:14
  129:23 133:10
  136:22 201:19
  212:18 244:21
  256:1 259:17 263:7
  265:3
monetary  207:13
  221:14,21
money  18:8 93:7
  105:2,10,12 164:1
  187:12 208:21,24
  219:25 228:22
month  26:6
morning  4:24 5:9,10
  32:1 64:12
motion  184:5
motions  184:1
motivation  107:18
  109:7 168:15
motor  245:19
move  32:11 60:23
  108:18 125:25
  136:8 183:14,20
  233:14
moved  131:6 184:10
  219:24
moves  196:9
moving  109:18
mt  271:1
multiplied  49:17
mutually  42:2,25

**n**

n  2:1 3:2 143:25
  269:3
name  4:4,18 102:20
  126:21 133:15
  170:20 270:3,4
  271:6

named  228:23 229:5
  229:13,17
narrow  115:12
national  228:5
nationally  94:16,17
nationwide  7:6
  248:24 249:2 257:7
natural  202:17
nature  52:1 65:22
  247:13 248:7
  250:23
ncaa  247:11,16,23
near  267:7
nearly  219:24
necessarily  99:13
  216:18 238:23
necessary  50:15
  58:12 71:14 101:3
  178:8,10
need  32:22 60:4
  67:17 87:4 94:10
  104:17 140:16
  152:3 189:21
  190:10 210:15
  224:4 232:7,10,19
  232:21 233:24
  235:18 237:9 262:7
  263:24 267:14
needed  50:8 73:16
  92:7 150:25
needs  15:15 50:2
  60:17 181:21
negative  164:17
  165:3,4 176:2
  233:21 246:11
negatives  33:25
neighborhood  49:5
neither  177:3
  263:25
nelson  256:10
net  117:3
never  73:22 144:7
  195:25
new  1:2,15,15 2:4,4
  4:6,9,16 63:20

110:1 147:3 154:1
  155:5 166:3 173:14
  174:14,20 197:5,12
  271:2
nicotine  248:14
noaa  228:9,11,13,16
  228:20 251:23
nomenclature
  137:22 212:11
  222:11
non  22:16 38:5
  66:20 70:24 71:6
  72:7 203:13 204:24
  206:3 222:5,13
  223:7 230:16 231:8
  240:8 241:1 242:7
  264:10
noncontroversial
  181:17
noneconomist  62:11
nonexistence  165:14
nonlabeled  53:17
nonmarket  57:15,17
  57:18 58:17 72:18
  74:1 198:12 202:4
  255:6
nonmonetary  54:9
  54:14 207:8,13,15
nonprice  33:16,20
nonresponsive
  32:12 108:19
  183:15,21 233:15
nonsurvey  70:21
normal  105:13
normally  257:23
notarized  271:12
notary  269:6 270:21
  270:24
note  271:11
noted  215:10
notes  98:5 214:3
  215:19 217:2,7,10
  217:14 218:14
  219:21 269:11

**notice**   128:19 130:5
  131:10 137:6
**nuance**   134:16
**number**   4:3,16
  10:12 17:6 19:8
  20:10 28:11,14,21
  28:25 38:20 81:9
  91:7,9 102:21 128:4
  128:9 132:15,24
  134:7,13,18,24
  135:5 136:15
  137:15 139:4
  154:24 170:15
  171:1,2 188:17
  192:18 194:23
  195:16,16,23
  205:16 212:19,20
  271:7,11
**numbered**   130:4
**numbers**   12:23
  55:22 135:11,14
  189:7 194:19,22
  246:8
**numeric**   138:9
**numerous**   224:21

**o**

**o**   143:25 269:3
**o'bannon**   247:12
**o'donnell**   2:8
**oath**   102:9
**object**   151:5,13
  198:25
**objection**   7:25 12:15
  15:11 19:4 21:17
  23:7 26:11 30:15
  31:6 34:24 37:6,20
  38:6 42:23 48:1
  52:14 53:2 54:23
  55:10,20 56:4 57:1
  59:7,22 62:5 63:7
  64:9 65:1 67:16
  70:13,18,25 72:24
  75:10,22 76:10,20
  77:14 78:5,18 79:8

81:15,24 83:20
  87:10 90:19 91:12
  91:15 97:11 106:15
  109:12 114:15
  118:4,25 120:20
  121:11 122:3 123:6
  123:12 143:1 153:2
  153:8 157:16
  158:20 159:3,4,12
  163:5,13 164:3
  166:11,22 174:2,21
  182:12 184:7,15
  185:14 186:10
  187:9 197:14
  203:14 205:14
  207:3,16 219:8
  223:17 225:5 226:3
  227:7 228:14
  230:19 231:4
  234:11,20 235:5,16
  236:25 237:16
  239:7 240:13 241:7
  242:13 246:13
  252:1,23 253:22
  254:11 256:14,15
  260:14
**objections**   231:11
**objective**   34:10
  118:9 150:3,7
  160:19 179:10
  216:6
**objectives**   106:6,8
  253:25
**observations**   210:23
**observing**   10:13
**obstacle**   85:3
**obviously**   29:18
  38:14 108:19
  119:19 169:21
  230:2 234:4
**occasion**   85:12
  126:2
**occur**   233:25
**occurred**   200:4

**occurrence**   101:15
**oceanic**   228:5
**october**   26:6,7 212:2
  212:3
**odd**   110:11 117:6
**offered**   188:4
  243:11,18,25 247:5
**offices**   1:14
**oh**   137:3
**oil**   245:20
**okay**   8:21 11:17
  47:14 49:8 50:23
  52:10 68:19 72:20
  77:6 78:25 91:5
  92:16 109:9 111:20
  129:2,24 130:11,14
  131:10,17 133:17
  134:23 136:19
  137:21 138:15
  139:13 150:10,13
  156:17 161:5,22
  172:24 188:2 228:9
**old**   117:25 174:14
  248:18
**older**   266:24
**once**   111:10 133:6,7
**ones**   51:17 116:17
  190:17 249:6
**online**   3:13 92:18,20
  92:23 93:1,5,20
  94:1 107:20 116:8
  116:14,15,23
  127:22 130:2
  197:21 210:11
  256:22
**open**   144:25 145:4
  146:12,16 147:1,10
  163:9 213:17
**openly**   189:25
**operate**   19:2
**operated**   92:19
  93:12 257:20
**operates**   17:21
**operating**   19:19
  113:3 114:5 242:2

253:11
**operational**   211:3
**operator**   4:1 5:2
  11:6 51:1,5 95:10
  95:13 127:16 128:3
  173:1,4 220:21,24
  255:13,16 268:14
**opinion**   12:5,13,22
  14:9 38:7,19 41:20
  41:22 44:16 45:3
  49:14,19,23 52:16
  53:5,8 54:25 57:2
  63:8,13 67:19 71:4
  71:14 72:25 73:6
  76:15 77:19 79:1,11
  81:11,20 84:17 85:9
  99:18 101:5 109:1
  110:10 120:25
  121:2 122:19
  123:13 140:12
  143:12 146:23
  149:13 160:5 170:9
  200:7 207:18
  216:23 226:25
  227:12,14 230:5
  231:15,19 232:4,23
  233:12 241:9
  243:11,18,22 244:1
  246:22,25 247:5,13
  247:15,20,25,25
  248:7 252:7,10
  258:18 259:3
**opinions**   10:24 11:4
  41:2 106:1 115:10
  127:3,6 168:4 175:5
  225:8 239:23 244:4
  248:12 249:2
**opportunity**   191:7
**opposed**   10:18 56:1
  56:22 74:19 96:9
  107:5 132:11
  149:20 172:4 180:5
  188:17 190:9,24
  203:12 222:14
  246:7 252:22

[option - paying]                                                                 Page 26

**option** 134:1,6
  136:6 138:10 177:2
  184:12,24 191:15
  191:18 192:24
  196:23 263:25
**options** 133:24
  135:18 203:6
  210:22
**order** 28:10 47:2
  53:19 59:1 92:5
  150:2 161:23 195:3
  209:10 242:6
  246:17
**organization** 216:9
  267:24 268:1,6
**organized** 196:25
**organizing** 196:2
**original** 114:1 147:2
**originally** 198:9
**outage** 11:6
**outcome** 113:10
  151:11 176:13
**outlets** 197:24
**outliers** 238:15
**outside** 52:17,21
  71:2 72:16 76:12
  85:24 89:24 90:2,8
  90:11 132:15 190:5
  207:22 231:13
  244:12
**overpaid** 226:17
**overwhelming**
  156:10
**owned** 92:19 93:11
  97:19 98:4 100:4
  198:6,7 256:10
**owners** 98:10

**p**

**p** 2:1,1
**p.a.** 1:14 2:3
**p.m.** 127:17 128:6
  173:2,6 220:22,25
  255:14,18 268:15

**page** 3:4 41:3,6
  92:16 105:16
  109:25 128:18
  129:7 130:5,11
  131:2,3,6,7 133:18
  135:12,17 136:11
  136:14,19,20 137:8
  138:16 139:13
  140:23 141:1,6
  143:17,19 144:17
  147:18,19 148:1
  153:22 156:6
  170:14 173:10
  175:11,24 176:4,5
  176:16 177:18
  182:16 184:19
  186:4 190:19 191:6
  193:7,20 194:3,4
  196:6 208:25
  209:18 218:13
  219:21 221:3,7
  222:17 223:2
  251:17 260:7,18,21
  260:24 261:24
  262:1,10,13 263:1
  265:10 270:5
  271:11
**pages** 130:4 143:19
**paid** 12:24 40:14
  43:22 44:4 46:22
  47:6,16,19 48:8,14
  48:16,18,19,25
  49:12,15,18,22 50:9
  50:10 53:8 66:25
  69:12 72:2 73:2
  77:1,9 78:14 92:25
  93:4 115:3,13
  118:10 123:22
  143:4 151:24
  160:13,15 161:9
  168:9 185:17 188:1
  194:24 200:16,17
  204:5 206:8 215:12
  215:25 222:12
  224:9,16 225:16,19

225:25 226:8,11,13
  227:3,15 228:3,23
  229:5,9 233:25
  240:4 242:23 243:5
  246:3,16 251:3,10
  252:15 253:2
**panel** 92:18,20 93:5
  93:15,16,18 101:18
  101:18 103:15,18
  103:18,23,23
  104:12,25 179:23
  180:14 228:5,13
**panel's** 251:23
**panelists** 101:20
**panels** 104:13
**paragraph** 41:5
  48:7 74:12,13 80:2
  82:23 92:18 94:15
  95:18,20 105:15
  139:14 148:3 152:5
  154:10 156:8
  158:10 160:22
  161:17 187:16,17
  188:2 191:5 193:8
  209:2 210:9 211:11
  212:1,6,17 221:16
  256:6 257:5 258:6
  258:11,20 264:14
**part** 13:5 19:15 22:7
  27:2 32:14 43:24
  44:3 48:18 53:23
  80:14 82:20 86:21
  98:6,20 102:15
  103:17 109:8
  111:20 117:15
  121:13 163:15
  172:9,10,11 178:20
  189:7 213:9 227:24
  231:13 232:8,18
  237:19 239:9,11
**participants** 94:3
  211:19
**participate** 92:23
  93:25 105:17
  111:11

**participated** 242:22
**participating** 92:25
  93:22,23 107:14
  108:2
**particular** 20:19
  21:12 43:25 68:1
  71:23,24 86:15
  102:4 145:24
  155:24 172:21
  186:24 193:16
  195:23 199:7 206:8
  216:3,5 230:10,11
  246:12
**particularly** 5:16
  27:5 45:5,10 188:23
  200:6
**parties** 86:20 89:5
  269:15
**parts** 88:1 237:24
  238:3 260:16
**pass** 45:7 113:7
  146:6
**passage** 121:4,10,23
  122:9 126:3
**passed** 113:8 122:16
**passing** 218:25
**passive** 157:9
**pause** 211:5
**pay** 20:23 35:16
  80:4 82:17 105:1
  160:24 162:20
  163:3,11 164:2
  165:5,16 182:22,24
  185:11,13 186:5,8
  187:4 192:20 194:6
  194:9 200:12
  203:11,13 204:1,8
  204:24 205:5
  208:12,21 221:22
  222:5,15 230:17
  231:2 233:21 241:5
  242:10
**paying** 185:3,8
  215:9 237:25
  247:17

**peel** 181:14
**peer** 73:9 74:5
  186:19
**penalty** 271:13
**pending** 56:12
**people** 34:11 54:9
  57:15 59:16,20
  60:15 79:12 83:6
  94:3 100:4 102:17
  102:24 103:3 106:3
  107:7,10 134:8,19
  134:25 135:2 139:4
  147:22 149:6,10
  160:16 161:16
  164:2 165:15
  166:15 168:2
  202:20,23 203:11
  204:1,5,17 212:13
  213:4 217:8 219:12
  220:17 241:4 255:6
**people's** 115:10
  162:14
**peoples** 220:9
**perceive** 79:12
  207:9
**perceived** 168:19
  216:8
**percent** 15:16,24
  17:3,6,23,24 49:10
  49:11,15,17,23 52:6
  52:10,23 53:21 54:2
  54:19 55:8,9,18,19
  55:25 56:1,21,23
  57:3,3,9 90:25
  108:10 112:15
  130:12 131:5
  134:11 135:3,4,7,8
  135:9,11 136:23
  137:2,4 140:24
  158:10 161:18
  162:4 221:19 222:3
  222:19,20 223:3,4,5
  230:18 231:2,7
  258:6,19 260:9
  263:15,20 264:2,8

**percentage** 17:2,16
  17:17,22 18:1,4
  48:18,24 49:10 57:5
  77:1,8,11 78:13,15
  90:23 91:3,6 126:24
  130:6 134:12 162:6
  222:3 246:2,7,16
**percentages** 76:23
  78:22 261:23
**perception** 167:6
**perceptions** 115:11
  126:8
**perfectly** 238:3
**performed** 91:21
**period** 5:22 6:8 7:11
  8:11,25 33:13 79:23
  117:1,13 119:8
  122:24 123:18,19
  123:24 143:25
  168:3 183:13
  199:18 229:23
  230:1,25
**perjury** 271:13
**permission** 86:14
**permitted** 86:22
**person** 50:5,14
  140:14 154:21,25
  155:18 226:16
  227:2
**personal** 118:13,21
  187:6,12 213:7
  239:21,25
**personally** 120:22
**personnel** 197:24
**persons** 46:20
**perspective** 13:10
  13:11 70:1 79:20
  98:25
**persuaded** 241:19
  242:6
**pertained** 238:14
**pertains** 186:15
**ph.d.** 3:10 40:17
**phrase** 34:14 43:20
  74:16 80:18 115:20

182:23 206:13
  208:3 238:17,24
  239:4
**phrased** 130:20
  149:24
**picking** 104:5
  132:24 138:10
**piece** 262:25 263:10
**place** 43:25 57:15
  58:4 59:16,20 61:13
  68:1 73:24 74:1
  115:7 123:1 165:25
  180:1 185:18
  186:24 188:19
  206:25 224:7
  230:13 236:15
  238:11 239:11
  248:13 254:17
**placed** 58:17,21
  79:22 254:4
**places** 138:6
**plaintiffs** 1:5 2:6 5:1
  5:13 6:16 14:14
  228:23 229:5,13,16
**play** 39:14 197:20
  249:14,14 252:13
**pleasant** 271:1
**please** 23:20 27:11
  41:4 49:2 50:3
  56:17 81:18 90:1
  112:9 118:17
  128:18 129:23
  133:10 143:16
  153:20 157:1
  162:23 172:2 173:8
  187:22,22 208:1
  209:1 221:3 223:20
  230:21 266:7
  271:10,10
**plus** 134:2 135:23
**point** 5:18 14:10
  15:25 19:5 31:13
  32:9 35:5,22,24
  36:7,17,19 37:8
  38:8,8,12 39:15

57:5 62:1 71:24
  74:10 79:17 85:16
  87:5 92:10 95:7
  96:24 97:10,20
  98:15 104:6,6
  109:18 110:22
  111:13 112:24
  113:15 120:5
  123:15 131:24
  137:25 139:9 155:7
  166:25 167:10
  170:19 171:12,19
  177:5 181:25
  183:11 189:5,10
  190:20 193:16,17
  193:19 199:14
  201:17 203:22
  207:7,18 216:4
  217:13 222:11
  224:20 231:8
  240:21 250:18
  256:22 260:8
  263:14 264:7 267:7
  267:9
**pointed** 57:7
**points** 35:25 36:9,12
  36:16 38:20 51:11
  73:5 95:18 97:4
  99:23 170:16,24
  188:25 192:6
  261:23 262:1,9
**poll** 257:15 258:23
**pool** 94:2,25 95:1,3
  213:4 239:2
**poorly** 17:8 151:16
  151:18
**pop** 132:3,3 133:2,4
  133:4,7
**popped** 133:6
**popularity** 247:18
**populating** 130:15
**population** 46:16,18
  46:19 47:1,1,3,10
  48:6 58:3 69:2
  82:25 83:2,3,7,19

84:9,24 224:21
227:22 228:1,2
258:17
**position**  73:18
125:14
**position's**  125:16
**positioning**  21:21
**positive**  164:1
219:12 233:20
258:25
**possibilities**  164:18
**possibility**  70:9
106:10 147:15
**possible**  66:4 68:4
92:12 117:17,20
150:4,19 165:8
178:16 190:21
192:5 199:7 207:5
220:8 232:25
233:24 234:19,22
235:11 254:7,19
255:4 257:22
**possibly**  50:13
125:11 216:25
243:13
**potential**  99:21
100:1,5 132:22
**potentially**  69:11
72:13,15 73:5 83:22
84:20 110:11,13
111:2,7 114:7
162:19 163:2
164:14 169:13
170:10 196:17
202:2 204:20
208:20 236:1 252:8
**power**  11:6
**powerful**  67:25
**practice**  105:13
**practices**  103:9
251:24 252:7,9
257:8
**practitioners**  192:6
192:7,23

**precise**  65:11 259:2
**precisely**  168:18
**predict**  170:12
**prefer**  159:24,24
160:4 161:19 174:7
175:7 182:20
**preference**  152:7
159:14 166:10
192:9 208:4,5
220:11 221:17
222:23 226:1
**preferences**  159:18
159:21 162:2,15
169:9 175:5 208:6,8
208:22 219:2
220:10,15 239:23
**preferred**  64:19
156:10 158:11
**premise**  231:18
237:4
**premium**  12:5,14,23
18:15 40:14 41:10
41:18 42:9,20 43:4
43:13,15,16,21,23
44:8 46:22 47:5,16
47:19,23 48:8,12,22
49:4,9,15,24 50:9
53:8,12 58:9 66:24
69:12 72:2 73:2,11
74:14,18,22,24 75:2
75:5,8,19 76:5,8,17
76:22 77:12,22 78:1
78:14,22 79:6 81:13
81:22 82:16 88:19
88:21 89:16 90:9,16
90:17,22 115:3,13
115:15 118:9 121:3
121:8,16,20,24
122:10,17 123:5,11
123:22 126:4
127:10 160:13,15
161:9 164:14 165:5
166:20 168:9,13
169:12 185:17
187:20,25 193:13

193:15 194:23
200:16,17,21
205:12,21 206:7
207:1,24 220:5
222:7,12 223:25
224:9,12,16 225:3
225:16,19,24 226:7
226:12,18 227:3,6
227:15 228:3
231:16,20 232:4,15
233:1,21,25 234:10
235:2,15,23 236:23
238:14 240:4
242:23 243:5
244:17 245:23
246:2,7,16 252:14
252:15 253:1 254:9
255:1,9
**premiums**  224:18
236:3 237:11
**prepared**  148:5
257:1
**preparing**  87:24
**prerecruited**  92:21
**presence**  158:5
**present**  117:11
155:15 178:14
**presentation**  34:14
34:23 97:23 178:17
195:12
**presented**  34:7
67:19 112:5 116:2
191:8,14 195:2,6
**presently**  69:5
**pretest**  103:1 188:20
188:21 209:3,16,20
209:25 210:3,9,13
211:4,8,19 212:1,5
212:11 213:16
219:5
**pretested**  209:8,11
209:22 210:4
**previous**  8:8 74:9
132:20 137:12
179:21 183:1

243:23
**previously**  31:11
73:13 90:12 132:6
148:17 172:16
178:6 192:16
220:13 221:19
230:9
**price**  7:14,17 8:15
9:17,21 10:5,7,10
10:18 11:2,14,18
12:4,5,12,14,18,23
18:15 20:24 21:21
22:1,3 30:7,12,17
30:21 31:3,19 32:9
33:1,10,11,22 35:5
35:22 36:1,6,9,12
36:16,17,19 37:2
38:3,8,8,12,19 39:1
39:11,15 40:14
41:10,18 42:9,20
43:4,12,15,16,20,21
43:22,23,25 44:4,8
46:22 47:5,6,15,18
47:23 48:8,12,16,18
48:18,22,25 49:4,8
49:12,15,17,23,24
50:8,9 53:8,11 58:9
59:12,13,19 61:4
62:3,18 63:4 66:24
69:12 71:24 72:2
73:2,11 74:14,18,22
74:24 75:2,5,8,19
76:5,8,16,22 77:1,9
77:11,22 78:1,13,14
78:16,22 79:6 81:13
81:22 82:16 88:19
88:21 89:16 90:9,16
90:17,22 96:23 97:3
97:9,20 98:14 99:23
115:3,13,15 118:9
121:3,8,15,19,24
122:9,17 123:5,11
123:22 126:4 127:9
150:5,11,14 151:23
156:14 160:13,15

[price - provide]

161:9 162:19 163:2
163:10 164:14
165:4,15 166:8,20
168:9,13 169:11
176:19,24,25 183:5
183:11 185:1,8,16
186:16,23 187:18
187:19,19,25 188:5
191:10 192:15,16
193:13,15,17,19
194:9,23 196:8,19
197:1 198:16,22
200:16,17,21
203:21 205:4,9,12
205:20 206:7 207:1
207:24 220:5 222:6
222:12 223:9,25
224:9,12,16,18
225:2,15,18,24
226:7,12,13,18
227:2,5,15 228:3
229:11,19 231:7,16
231:20 232:4,15
233:1,21,25 234:9
235:2,14,23 236:3,5
236:23,23 237:11
237:14 238:4,14
240:4,20 241:1
242:23 243:5
244:17 245:23
246:2,7,15 251:9,11
252:14,15 253:1
254:9,25 255:9
**priced** 38:23 183:2
189:14
**prices** 9:21 21:2
22:9 23:17 24:3,14
31:23 32:2 36:21
38:5 48:14 70:24
166:15,19 194:11
199:11,22 200:3
205:13 206:3 230:1
231:17,21 251:3,18
**pricing** 21:22 22:5,6
22:16 23:25 24:22

24:24 25:4,7 35:13
39:2,7 40:8
**primary** 66:15
179:10 261:11
**prime** 187:24
**priming** 149:23
203:7
**prior** 9:2 89:10 92:2
110:24 126:6
130:21 141:15
142:12,24 143:11
153:15 171:18,19
176:24 191:2
196:11
**priori** 29:1
**priority** 206:6
**private** 198:3,4,6,10
198:14 201:5,11
207:25 208:2
243:16 244:17,18
**privately** 198:5
**probably** 152:3
217:12 238:21
**problem** 59:24
87:16,17,18 125:3
202:2 216:16,18
237:14
**problematic** 253:1
**problems** 84:23
**procedures** 101:19
104:18
**proceed** 5:5 177:14
**process** 65:19,24
69:21 215:4
**produce** 23:6,9
**produced** 29:17
92:2 260:21
**producing** 48:4
**product** 34:6 43:23
45:9 46:23 53:5
54:10,15 58:4,5
59:21 60:2,8,10
61:23 62:22 63:3,9
63:11,18,20,22,22
64:1,6 77:9,13,25

79:5,23 87:7 88:5,8
113:8 198:18,24
230:3 237:25
246:12,18
**production** 271:22
**products** 19:20 20:6
20:24 21:4 22:13
24:9,19 25:17 27:22
28:15 29:5 32:4,6
34:10 35:14 38:22
39:16,25 40:8 52:2
52:3,3 58:7,10,25
59:17 60:3,16,19,22
61:2,5,10,17 62:2
62:17,24 63:1 67:3
71:15,16,21 72:7,8
72:13,21 75:7 79:18
79:19 89:6 124:6
125:1 140:1 159:18
165:6,12,16 166:21
189:13,14 190:3,5,8
190:8,9 204:6 205:2
245:8,10,11,18,24
255:10 261:14
**profession** 227:23
227:24
**professional** 123:13
146:23 149:13
150:25 170:9 200:7
**proffered** 246:21
**proficient** 146:15
**profile** 85:20
**program** 13:15
14:22 16:14 17:20
17:20 19:16 65:22
74:19 104:13
108:11 113:9,11,13
115:11 116:9
120:24 122:13
139:7 162:9 163:21
163:24 165:1 167:5
167:14,24 168:2
239:24
**programmed** 82:21
210:10

**programmer** 129:1
129:3,5 138:2
**programmers**
139:11
**programming** 129:6
131:16 137:25
138:1,23 211:2
**programs** 93:8
165:19,23,25 166:2
166:4
**project** 26:5 52:18
64:23 65:6 77:3
107:15 161:15
179:8 232:1 246:1,2
**projectable** 123:23
**projecting** 48:16
**projections** 47:2
**projects** 93:25 100:7
190:7 233:7
**promising** 100:21
**promote** 163:20,24
164:8
**promotion** 164:16
**promotional** 163:25
**prompt** 131:21
132:12
**properly** 53:20
**properties** 258:17
**protected** 101:21
**protection** 202:20
202:22
**protections** 87:23
**protocol** 46:4 69:19
84:6,10
**prove** 166:25
**proven** 164:21
186:20
**provide** 104:10
129:5 135:21
152:22 157:14
211:20 213:6
216:21 218:1 225:8
244:6 249:12
260:16

**provided**  6:24 7:19
    23:14 25:6 49:19
    84:14 94:12 102:15
    103:1 118:15,24
    119:3,6 129:3
    135:19 155:19
    157:4 196:23
    199:13 203:4 213:4
    213:12 221:21
    234:2 243:22
    247:15
**provides**  46:15 82:3
    121:18
**providing**  61:21
    73:2 132:12 146:4
    157:18 251:16
**provision**  34:5
    172:9,11 203:5
**public**  101:5 167:1,6
    167:12 190:9 198:3
    198:4,5,7,10,12
    202:3 247:10
    249:25 258:25
    269:7 270:24
**public's**  126:8
**publication**  73:10
**publications**  74:6
    126:15,18 164:25
    186:18
**publicity**  164:17
    165:4
**publicly**  165:20,20
    198:7
**punching**  132:23
**purchase**  78:13,15
    117:24 118:1 120:2
    120:12 121:21
    134:20 143:11
    145:9 148:18 149:7
    149:9 152:9 154:2
    156:10 171:19
    177:9 182:20
    187:13 223:6 238:4
    240:10,12 241:1,19
    264:9

**purchased**  52:23
    54:1,18 83:3 95:21
    96:1 97:1 110:1,2
    116:25 117:18,20
    120:13,15 123:25
    128:22 130:16
    132:7 137:1 140:15
    141:7,14 142:11,15
    142:23 143:10
    147:3,6,12,23
    148:15,23 149:14
    149:21 151:23
    153:16,18,25 154:7
    154:20 155:5,11
    156:2 171:20
    173:15 176:8
    202:23 226:11
    229:22
**purchaser**  49:13
    160:23 246:17
**purchasers**  5:14
    6:25 46:22 47:19
    56:6 68:1 85:21
    96:15 98:13 99:21
    110:14 112:20
    119:2,7,15 121:20
    152:6 156:10
    204:23 237:25
    239:10 240:20
    242:6 248:12 249:3
    254:4,17
**purchases**  97:2
    117:17 152:25
    208:20,23
**purchasing**  18:9
    54:10 149:7 155:25
    208:10,13,16
**purely**  239:17
**purpose**  28:22 35:8
    58:24 88:18 152:21
    155:10 158:2 179:7
    210:9 219:19 249:5
    266:14
**purposeful**  194:14
    194:17

**purposes**  44:25 45:2
    106:11 141:24
    150:13 154:24
    203:2 219:5 229:1
**put**  35:5 50:8,12
    59:25 100:16
    101:14 108:14
    112:14 122:20
    133:1 139:11
    144:24 147:16
    148:24 149:15
    155:11 161:16
    169:23 174:13
    175:17 202:15
    255:6 258:21 260:5
**puts**  142:12
**putting**  33:17
    181:18

**q**

**qualified**  44:17,19
    261:1,14 264:10
**qualitative**  97:24
    100:10 102:16,18
    107:21 120:9
    165:17 188:22
    210:18 211:23
**quality**  70:1 157:6
    168:15 175:18
    238:21 240:2
**quantified**  126:24
**quantify**  123:4
    234:5
**question**  8:8 9:16,19
    11:12 12:8,10 13:6
    15:22 16:19 17:1,9
    17:15 22:18 23:20
    24:20,23 27:17
    32:19,20,24,25 33:6
    36:4 42:11 45:6
    48:15 49:2 50:1,13
    54:17 56:11,14,15
    56:17,18,20 57:9,20
    58:11,13 59:9,25
    60:14 61:2,8,16

67:10,12 68:8,13
    69:6 72:4 73:15,21
    74:4,21 77:7,16
    78:3,7 79:1 81:17
    81:25 82:13,19 86:9
    86:13 89:6,14 90:2
    90:21 99:25 100:2
    100:12 103:12,14
    104:2,5 105:5 106:5
    108:6,20 109:9,14
    109:20,24 110:4,20
    110:22 112:9 113:8
    114:2,18 115:20
    116:20,20 118:7,18
    118:20 119:2 121:6
    122:1,4 124:7,12,20
    128:15 130:14,19
    130:22 131:3 135:6
    135:20 136:4,4,8,14
    136:20 137:12,20
    137:24 138:7,8,19
    138:22 139:8,10
    141:2,13,16,18,21
    143:6,13,21 144:12
    145:24 146:9,16,17
    146:19,20,21 147:1
    147:2,10,14 150:14
    152:15 153:3,7,11
    153:15,23,24
    154:12,14,17,24
    155:4,22 157:1,8
    159:15,15,16,19
    160:1,3 162:24
    163:1,17 171:22
    176:10 177:3,12,16
    183:1,6 184:18,19
    184:22,23,25
    185:22 186:6,21
    187:6,23 188:14,15
    189:10 190:11
    191:13,16 193:6,9
    193:16 195:3,18
    196:7,11,24,25
    197:9,11 198:20
    199:1 200:24 203:3

205:8 206:19
207:20 210:2,15
213:18 215:25
216:1,5,10 217:14
217:15 223:12
225:23 226:5
229:24 231:18
233:17 234:1
235:13 236:6 237:5
240:1 242:14
243:21 244:8,9,11
244:22,23 247:1
253:15 258:1,2
259:25 263:6,24
264:3
**questioning** 193:23
**questionnaire** 3:11
3:13 22:8 26:7
28:25 29:7,12,14,16
80:12 98:1 100:20
106:9 127:19,23
128:13 129:5 130:3
138:1 154:11
167:20 171:21
188:13 193:25
199:20 209:7,23,25
210:4,5,10,12 211:2
211:4,9 216:16
233:5 234:24
237:22 258:4
263:13
**questionnaires**
103:11 150:18
**questions** 33:19
36:24 50:21 74:9
89:3 96:18 97:21
99:2,14 101:24
105:18 116:12,18
119:23 120:14
132:21 136:21
139:14,16,17,22
140:3,5,7,11,17
142:16 143:3
144:25 145:4 146:1
146:7,12,15 148:4

149:22 150:1,2,22
150:23,23,24 151:3
151:11,17 152:6,20
153:10 156:4
160:20 168:1
179:21 183:22
185:24 188:24
191:23,24 193:18
206:12,22 209:14
210:21 213:25
214:24 215:3,5,10
215:13,15 239:5
250:9,10,13,14
257:25 258:3
262:18,20 263:4,8
264:5 268:9,11
**quick** 51:10 95:8
171:12 220:19
**quickly** 107:6 267:4
**quite** 32:15
**quo** 204:16
**quote** 152:13

**r**

**r** 2:1 269:3
**random** 195:24
**randomized** 188:8
195:23
**randomizing** 188:3
195:11
**randomly** 188:13
212:25 213:3
**range** 28:13 30:7,12
30:17 36:1,15
131:11,18,21
132:15,17 133:1,3
139:5 229:6 231:17
231:21 232:5
253:11,16
**ranges** 253:20
**rare** 85:9 101:15
**rarity** 101:25
**rated** 112:17
**rating** 120:19

**ratings** 157:6
**raw** 134:5,13
**reach** 64:24 65:8
**reached** 68:5,23
86:20 260:2,5
**reaching** 66:6
**react** 82:21
**reaction** 146:22
**read** 12:9 41:13
56:16,19 65:4,21
67:11 83:10 118:19
126:17,22 132:4
156:15 161:3
162:25 164:24
180:10 182:18
197:7,10,22 228:25
228:25
**reading** 15:19 65:10
131:1 144:19 229:5
240:14 271:17
**reads** 135:9 152:11
**ready** 220:19
**real** 179:2 197:6,13
199:18 200:3,5,23
203:20 251:2,2,20
**realistic** 171:7
172:13 173:22
**reality** 183:12
203:23
**really** 216:14
**realtime** 25:15,19
269:5
**reason** 8:7 15:1
23:13,15 45:1 98:12
98:16 101:25
107:13,16 108:15
132:18 146:8
149:24 150:15
169:3 170:12 171:5
176:5 180:4 196:10
200:9 216:3 246:22
257:2 261:17 270:5
271:12
**reasonable** 28:11,21
28:22 123:20 139:8

220:4
**reasonably** 66:10
**reasoning** 111:21
**reasons** 18:23 84:19
104:11 176:14
191:25
**rebate** 165:19,22,24
166:2,4
**rebates** 165:10,15
**recall** 5:25 10:11
11:16 15:19,23 19:8
23:21 26:16 27:18
28:6,13 49:8 52:9
65:2 73:14 89:20
92:6 98:7,11 100:22
100:25 176:7 217:4
217:13,16 218:21
220:2 229:5,8 247:1
253:10 260:2
262:11 263:7 267:5
267:6,16
**receipt** 271:16
**receive** 54:15,21
93:6 105:24 185:24
211:14 250:8,15
**received** 56:2,23
93:3 203:9
**receiving** 56:7
207:15
**recess** 11:5 51:4
95:12 127:18 173:3
220:23 255:15
**recognition** 240:16
240:17
**recognize** 34:6
256:2 259:18 265:4
266:8,9
**recognized** 64:18
178:19
**recollect** 10:15
190:17
**recollection** 27:25
43:5 217:5,9,11
219:11

recommendations 228:19 251:24
record 4:2,21 11:7 11:10 31:25 32:23 48:3 50:12 51:2,7 92:7 95:10,14 127:16 128:5 138:4 173:1,5 184:2,7,10 220:21,25 247:11 255:13,17 268:15
recorded 215:22
recreate 11:11
recruit 93:16,18,19
recruited 94:16 95:21
refer 43:21 57:25 74:14 82:24 83:1 84:5 134:4 187:18 190:20 208:4 211:11 212:4 217:17 238:18
reference 58:1 138:3 153:4,13 191:6 192:22,23 211:25 244:23 256:5 260:18 267:14 271:7
referenced 16:1 114:22 257:18 261:14 262:13
referencing 130:8 212:6 249:1 263:13
referendum 159:16 177:11 186:20 188:15 205:7
referred 19:12 44:3 51:18 145:7 154:3 167:4 180:17 212:18 268:2
referring 17:5 25:20 37:17 48:3 51:25 78:8 90:21 112:20 137:3 156:18 180:20 189:16 190:12 191:3

211:12 214:3,14,17 238:21 261:16,25
refers 92:18 96:2 135:16 139:14 208:5 212:5 242:1,4 260:25 261:5
refine 83:17
reflect 38:20 167:5 200:3
reflected 215:11
reflects 21:3 29:12 38:10
reformulate 77:6
refresh 167:16 189:22
refrigerator 119:7 119:15
refrigerators 126:25
refuse 146:16
regard 87:25
regarded 259:9
regardless 225:19 225:25 255:7
rejectability 69:1
relate 74:9
related 13:14 70:4 86:23 124:3 143:11 190:2 207:20 244:1 248:12 249:2,21 251:1
relates 75:2 240:4
relations 260:25 261:5,7,8,13
relationship 101:17 101:22
relative 238:11 254:9,16 269:16
relatively 106:22 107:8 140:10,13,17 189:3 196:15 240:18 255:2
relevance 158:18 159:1,10 227:14
relevant 20:15,21 26:18,25 30:22 31:4

31:8,12,20 33:2,4 72:4,9,10 99:9 108:4,22 109:4,6,10 109:22 111:9,15 112:3 114:13,24 118:2,5 119:2 152:12 160:3 168:4 219:19 230:5 232:14
reliability 68:5,8,8 69:4 70:12 100:13 175:18 191:3 200:22 201:3 244:5
reliable 25:6 28:24 29:8 32:7 42:16 44:15 45:4,15,17,18 45:20,25 46:2,6,9 58:8 59:20 61:9,12 64:23 65:6 67:21 68:13,15,24 84:15 85:7,19 104:10 116:4 119:3 121:19 152:23 200:6,8,10 219:20 233:6 249:2
reliably 30:3 168:8 225:15
reliance 38:13 261:21 262:24
relied 22:19 24:16 30:24 35:2,6,14 45:22 66:6 127:5 257:4 259:21 265:6 267:20
reluctant 192:18 234:15
rely 22:15 25:3 32:6 35:7 36:23 81:4 84:18 112:16 127:2 229:3 257:1 268:6
relying 217:13 262:6
remain 231:20 232:5
remarkable 123:16

remember 7:1 23:4 27:16 28:9,10 30:11 30:13,16 31:22 41:25 46:10 51:14 51:17 65:11,17,25 91:7,8,9,10,17 100:23 101:13 133:8 141:11 147:20,23 149:3,4 214:25 261:19 262:19 263:3 264:5 265:5 267:8
remembering 35:21
remind 190:4 239:5
removed 103:18
render 232:23
rendering 46:15
repeat 23:20 36:3 49:1 89:14 157:1 181:12 198:19 223:20 230:21
repeating 33:7 244:13
rephrase 17:9 112:10 159:6
replace 173:15 174:14 175:15 193:2
replaced 117:21
replacing 173:20,25 175:16
replay 114:18
replicated 46:3 178:25
report 3:10 8:23 36:15,23 40:16,24 41:1,4,7,8 42:7,17 79:16 80:18 81:9 92:17 95:19 98:6 104:14,20 106:21 112:14 122:21,23 126:15 128:12 130:2 133:15 139:14,19 148:1 154:3 170:15

187:15 189:21
190:20 193:8
202:15 209:1,17
214:2 217:6,21,22
221:4 228:15,16,16
228:20 238:22
242:20 243:2 246:3
252:3,5 258:12
259:21 264:14
265:5 268:7
**reported** 269:7
**reporter** 5:2 12:9
56:19 67:11 114:18
118:19 144:18
162:25 197:10
269:6,6
**represent** 94:19
215:18
**representative**
94:17 100:6 117:3
119:12
**representatives** 3:16
214:7
**represented** 94:16
213:2
**representing** 4:5
95:2
**represents** 53:16
221:11,12
**reproducible** 46:2
68:11,21
**reputation** 256:12
**request** 28:18
**requests** 218:6
**require** 55:7,13
78:21 121:12
161:22 231:12
237:18
**required** 19:14,23
32:18,19 102:8
146:6 241:18 242:6
246:17 270:21
**requirement** 100:16
100:18

**requires** 58:11
77:17 82:20 138:9
234:13
**reread** 81:18
**research** 17:25 18:7
18:16,23 25:2 28:24
31:13 39:17 46:1
51:15 54:8 57:13
58:23 67:3 72:11,12
77:3,18 78:21 79:2
80:24 83:6 85:17
86:15 93:22,24
97:25 100:10 106:6
106:7,13 107:11,14
107:15,22 108:1,2,5
108:9,12,16,23
109:11 111:14,17
112:1,11,19,24
113:1,5,12,14 114:3
114:6,11,12,21,22
118:8 120:9,23
122:20 123:3 126:7
126:9,12,13,14,16
126:17 152:3
155:18 160:19
164:21 165:17
166:25 179:10
189:17 197:21
202:19 203:17
216:6 219:11
227:19 233:24
235:19 236:7,9
237:10 253:25
256:22 262:4
265:18,20
**researched** 165:8
166:7 230:4 241:11
**researcher** 69:11
213:6 216:6
**researchers** 46:4,14
**researches** 153:1
**resemble** 96:25
**reserve** 77:17
268:12

**resources** 202:17
239:2
**respect** 16:19,23
25:13 40:14 45:7
48:4 68:7 71:11
79:24 85:24 88:15
103:10 126:6
131:17 163:6
200:17 201:5
205:10 219:2
239:22 244:4
246:15 247:16
249:15 251:18
**respectful** 150:20
**respects** 156:14
175:21 176:1
**respond** 93:20
103:14
**respondent** 107:13
108:15 117:25
128:21 129:14,15
130:9 132:1 139:20
139:23 140:3,18,21
141:25 142:17
144:2 145:5,8,16
146:20 149:23
151:20 155:24
160:2 168:12
172:13 173:22
178:20 182:18
186:21 187:12
191:19 193:15,17
194:5 195:14
196:21 214:23
242:9
**respondent's** 118:13
118:21 130:20
131:24,24 141:4
159:8,9 183:1
**respondents** 29:8
33:17 34:5,23 48:17
82:4,17,20 84:7,11
93:2 96:1,17 97:19
97:24,25 98:1,3,7
100:14 101:4,8,16

101:22 102:2,14
103:1,4,5,7,10,15,16
104:1,9,15,20 105:1
105:6,23 106:20,21
107:23,24 108:23
110:8,11,13,18
111:3,7,16 112:15
113:6 115:25 116:5
116:7,11,14 117:3,7
117:9,12,16 119:11
119:22,25 120:3,7
120:10,11 121:17
128:15 134:6,8
135:5,19 137:19
141:9 143:13 144:6
144:23 145:3,12,21
146:3,6,13,14,22,24
147:3 148:4 150:20
152:13,17,21 155:7
156:1,23 157:5,12
158:8,10 160:9
161:18 162:7
165:18 167:17,23
168:5 169:7 170:1
171:8,18 173:13
174:25 175:23
176:6,18 178:16
179:1 184:18 187:4
188:22 191:7
194:25 196:5 202:2
202:7 203:4 210:13
210:19,20 211:13
211:17,24 215:8,16
215:20 216:11,24
219:1 221:20,21
223:6,14,23 226:21
234:3 238:9 239:6
239:12 241:14
242:17 258:6
264:17
**responding** 104:4
114:20 116:2
**response** 21:10
73:15 108:7 109:19
110:25 117:8 126:6

132:11,24 133:2,23
134:1,6 135:18,20
135:22 136:16
137:11 138:11
139:24 141:10
143:21,25 144:1,4
144:20 145:7
146:18 147:7,9
174:24 177:3
179:20 184:19
192:17 196:17,20
199:13 210:22
**responses**  101:23
119:4 145:11,16
146:9 147:5,20
168:21 169:8 174:1
203:10 212:12,15
217:19 218:4,10
**responsibility**
160:13 253:2
**responsible**  237:23
257:15 261:7
**responsive**  28:18
61:7,23 183:22
184:9,13
**rest**  107:9 145:25
151:25 191:20,23
**restate**  112:8
**restatement**  182:25
**result**  47:16,20
48:17 53:6 147:9,25
151:8,18 161:10
209:20 211:8
**resulting**  70:3
**results**  3:15 41:9
42:7 45:21 46:6
68:10 69:1,8,25
70:2,6 96:16 100:9
116:10 128:1
133:16 151:4 159:2
169:14,17 170:8
209:16 232:1 233:6
233:11 234:22
258:2

**retail**  3:17 6:17 7:3
7:5,13,16 8:6,9,15
8:15,23 9:13,16,20
9:21 10:5,7,9,18
11:2,14,18 12:4,12
20:20 21:1,11,14
22:1,2,11 24:17
30:25 31:2 32:8
35:3 37:2,9,17,22
38:2,9,16 48:25
59:13,19 61:4 62:18
81:1 188:4 197:24
199:11,14,22,23
214:7 236:5,23
237:14 251:11
**retailer**  7:21,23 8:3
22:22
**retailers**  6:19 20:24
24:18 38:17,21 39:6
40:1 229:3 230:2
**retained**  64:14
**returned**  271:16
**returning**  80:2
**revealed**  12:23
208:3,5,6,8,23
**review**  29:10 36:20
86:25 129:23
133:11 163:22
201:2,17 228:6
265:3 267:4 268:12
271:11
**reviewed**  22:24
65:13 73:9 74:5
79:14 167:12
186:19
**reviewers**  113:25
**ribbon**  228:4
**richard**  201:1,13,15
201:18
**right**  10:13 17:13
19:9 23:4 46:7 49:6
53:25 55:18 58:18
60:14 64:8,24 67:6
67:15,19 70:8 72:6
77:18 82:11 84:7

91:1 95:23 100:25
107:17 111:18,24
124:4 125:7,8
130:17 131:7 137:2
137:4 141:7 147:22
148:6 152:10
155:13,17 156:15
158:6 161:3 164:11
168:24 170:17,21
170:22 171:20
173:17 174:15
177:11,15 179:6
182:6 183:5 185:4
191:11 209:12
215:6 216:19 221:7
233:12 239:18
245:14 251:12,22
252:9 261:19
268:12
**rigorously**  209:8
**risk**  132:25 145:2
170:13
**risks**  144:25
**rmr**  1:14
**road**  89:3
**robust**  100:11
**role**  240:3 249:12,14
252:10,13
**rolled**  226:22
**room**  4:20
**round**  194:19
**routine**  94:25
**row**  138:4 223:2,25
**rule**  145:11
**run**  14:1

**s**

**s**  2:1 3:9 270:5
**sale**  24:4,10 25:1
34:18 35:11 36:2
181:25
**sales**  3:16,16 6:2,5,6
6:17,18 7:3,5,13,17
7:23 8:3,13,15,23
9:3 10:20 11:14

12:20 20:19,20
21:11,14 22:3,11
24:17 37:22 38:16
59:14 197:22,23
199:23 214:5,6
230:2 261:1
**sample**  46:19,25
84:2,4,21 85:1,8,21
92:19,20,22 93:5,11
94:16,18,25 95:2,3
98:10 100:7 119:12
227:25 229:15,18
248:24
**samples**  47:1 93:17
93:18 237:3
**sampling**  92:19
93:14 94:24
**samsung**  20:9
**satisfaction**  173:23
174:8
**save**  18:9 219:25
**saving**  219:14
**savings**  166:17
241:6 252:21
**saw**  22:13 23:3
28:12 65:23 264:5
**saying**  80:20 103:14
109:19 113:1 171:3
171:25 172:4
183:17 184:13
224:14,15
**says**  23:7 41:7 42:6
105:16 109:25
129:8,13 131:20
137:7 139:19
153:16 156:9
161:17 170:19
175:13 178:13
182:17,19 188:12
207:7 209:6 257:5
260:8 263:15 264:7
**scale**  104:7
**scan**  29:4 128:16
**scenario**  73:25 85:5
155:15 173:21

216:22
**scenarios** 175:9
**scm** 1:6
**scope** 18:14 42:5
52:17,21 67:2 68:2
71:2,8 72:16 76:12
87:1,22 115:2,9
160:12,21 164:5
202:3,10 227:1,18
232:22
**screen** 3:13 23:2
29:13 100:20,24
101:14 116:24
127:22 129:16
130:2 136:11 141:4
142:16 172:21
182:18
**screened** 134:19
**screening** 110:25
111:1,3,9 117:4
134:18 147:2,13
173:16
**script** 129:2 213:24
215:15
**se** 79:13
**seal** 113:24 189:24
**search** 26:17 28:8
28:10,14
**searched** 25:21
**searches** 106:3,4
**sears** 8:6 149:15
199:17
**second** 6:15 15:6
68:9,11,20 82:24
112:17 136:20
141:21 143:18
147:18 148:2
151:15 160:22
187:17 210:8 212:1
221:14
**seconds** 176:7
**section** 95:2 110:25
111:1,4 150:17
173:11,16 214:22
240:2

**sections** 203:5
**see** 58:14 67:2,18
69:11 87:4 89:10
92:12 95:24 104:1
109:7 114:3,8
135:20,22 136:12
167:11 179:2,5
188:6 189:19
203:19 204:9 209:4
212:8 216:7 222:16
222:22 235:19
257:9 258:1,8 259:8
260:10 261:2
263:18 264:11,16
265:17 266:13,22
267:1,10 268:4
**seeing** 251:1,5 263:3
**seek** 198:21 250:19
**seen** 19:6 97:8 113:1
163:22 166:24
167:1 176:18 182:1
258:4 261:18,19
265:13 266:17
**select** 7:6 110:8
136:6 140:6 183:4
188:16 191:8
**selected** 111:10
134:6 162:7 183:2
196:10 212:25
213:3
**selecting** 213:13
**selection** 94:24
110:16 111:2,6,8
117:10 178:23
**selects** 129:14
**self** 116:16 166:16
206:25
**sell** 198:17,23
**seller** 199:8
**sellers** 198:17,23
199:2,11 200:4
**selling** 21:5 33:23
57:23
**sense** 25:7 33:15
35:15 46:3,13 47:4

47:25 65:4 68:24,25
79:17 80:23 84:23
98:21 117:12
136:13 182:23
191:18 204:2,3
**sensed** 50:12
**senses** 45:18
**sensitive** 202:3
**sentence** 41:7 42:5
82:24 148:3 156:9
157:10 160:22
187:17 190:23
210:8 211:12 212:1
260:24
**sentences** 46:6
74:13
**separate** 215:11
217:5 222:24 223:1
236:20 237:20
244:24,25 245:1
245:7,9
**separately** 10:4
216:2 218:2
**series** 13:17 89:3
237:12 238:10
**seriously** 103:11,17
103:21 104:16,22
120:4 145:17,24
146:1 150:16
**serve** 252:10
**served** 249:9
**serves** 15:14 29:15
36:18 262:5
**services** 4:5 5:4
**sessions** 211:23
**set** 9:10,14 15:17
28:25 169:25 186:1
213:25 215:15
236:22 253:24
**sets** 8:20
**settlement** 89:1
**seven** 100:7 212:22
**seventeenth** 2:9
**seventh** 1:15 2:4 4:9

**share** 50:9 90:22
91:3,5 126:24
170:17
**shared** 42:2,25
198:7 205:22
**shares** 76:22
**sheet** 270:1 271:11
271:12,13
**shipped** 40:1
**shop** 149:11
**shopped** 152:13
154:21 155:2
**shopping** 142:18,19
142:24 148:20,25
149:6 152:8,19
153:19 154:4,6,8
155:1,2,15 172:14
172:17 173:14
174:19,20 179:1
197:5,12
**short** 47:18 63:15
107:8 140:10
150:17,19
**shortcoming** 146:12
**shorthand** 9:25
**show** 115:18 153:20
178:9,12 182:8
258:25
**showed** 112:15
179:13
**showing** 20:22
24:13
**shown** 42:16 120:9
178:5 271:13
**shows** 32:23 119:7
122:21 219:12
**sic** 221:12 252:14
**side** 39:13 40:6
199:21,25 200:2,18
215:6 229:25
**sign** 268:12
**signal** 185:11,13
186:8 210:15
**signature** 269:20
271:12

significance  128:23
  131:13
significant  72:11
  85:3 123:18 234:23
signing  271:12,17
similar  11:23 17:1
  45:11 55:22 72:13
  72:21 115:6 196:24
  235:23 253:11
similarly  21:4
simple  115:5 119:6
  140:13 166:13
  211:3 226:5
simplicity  115:6
simply  17:22 47:13
  61:20 104:9 107:24
  112:6,8 133:23
  135:1,11 136:5
simulate  205:18
simulating  152:19
sincerely  271:20
sinclair  3:17 214:7
  261:6,9
single  99:14
sir  13:6 24:6 41:15
  92:9 187:21 244:8
  271:9
sit  28:3 30:11 31:22
  36:11 40:11 41:24
  42:13 79:4 90:5
  98:7 106:18 139:3
  167:9 174:10
  203:18 218:9 245:5
  261:15 263:2 264:4
  266:11
site  26:1
sitting  10:15
situated  119:4
situation  45:5 72:12
  86:11 239:25
situations  239:22
six  122:15 212:22,23
size  28:17 229:15,18
  229:18

skewed  96:16
skilled  205:17
skip  177:15 184:24
skipped  32:14
slide  260:8
slight  110:21
slightest  161:15
  219:9
slightly  28:14 50:2
  207:21
small  93:7 95:2
  189:4 229:15
smartphone  94:9
sold  7:11 9:23 21:3
  25:11 26:1 36:8
  58:7 121:16 124:7
  124:13 125:2,11,12
  161:7 230:17,25
  260:19
soliciting  93:24
solid  216:22
solution  192:10
  238:8
solutions  270:1
  271:1
somebody  62:13
  75:17 136:1 149:14
  152:25 153:1
  154:19 206:24
  207:14 224:11
sophisticated
  104:12
sorry  41:5 57:20
  67:9 82:23 137:16
  182:17 195:9 196:3
  197:8 225:22
  240:12 268:2
sort  26:14,20 27:13
  27:15,18,19 28:1
  128:19 196:6
  206:22 232:10
sorted  27:11 125:4,5
sought  250:18,24
sound  49:6

source  25:6 66:4,5
  190:21 262:8,9
  265:18
sources  7:19 33:12
  38:14 70:4,10 81:3
  106:2 197:4,11
  199:16 266:22
  267:3,4,5 268:3
space  19:20 20:11
  93:19
speak  5:25 81:9
  213:14
speaks  171:22 183:6
  184:22 242:20
specialist  79:11
specific  67:1 72:2
  74:25 85:21 86:8
  89:12 117:8 144:17
  149:19 170:25
  171:2 179:23
  181:10 182:9
  189:15 190:10
  193:19 194:20
  196:15 201:9
  207:25 213:1
  222:18 225:21
  259:6
specifically  15:23
  20:12 21:20 22:15
  25:2 28:1 29:21
  35:13 41:15 42:21
  43:11,21 112:12
  149:1 157:7 189:8
specificity  194:25
specifics  86:9 88:8
specified  18:24
  156:25 171:24
  239:15
specify  20:9 62:22
  169:2,3 170:20
  172:3
speculate  77:17
  121:23 122:8
  169:20 230:4
  234:15 257:13,15

262:4
speculating  121:15
speculation  82:20
  114:16 121:13
  122:15 123:9
  163:15 165:7 174:9
  234:14
speculations  164:19
speculative  163:16
spending  104:1
  239:18,21
spent  65:3 106:19
  106:22 208:24
spirit  145:13
spoken  31:25
sponsoring  103:19
ssi  93:12,16 94:12
  104:11,15
ssi's  104:24
stage  110:17 111:6
  111:10 146:24
stand  27:9 42:16
  127:6
standard  16:2,3,7
  29:19 103:24 135:1
standards  15:17
  17:4 18:12,19 52:7
  52:24 53:22 54:20
  56:1,22
stands  97:22 167:20
star  3:18,20,21,23
  5:18,20 6:22 13:4,9
  13:15 14:7,15,17,22
  15:2,10,15 16:11,14
  16:21 17:4,13,18,20
  17:20 18:5,9,18
  19:16,17,23 27:18
  27:20,24 28:2 40:15
  41:11,19 43:19 44:1
  45:6,14 46:23 47:22
  48:9,20 49:25 51:18
  52:1,5,11,13 53:1,6
  53:9,13,15 54:4,7
  54:10,16,22 56:3,25
  60:6,12,21 61:14,23

65:22 66:11,20,25
67:5,14 70:24 71:7
71:17 72:7 74:15,16
74:19,23 75:3,6,19
75:21,25 76:6,8,18
77:2,9,12,22 78:2,9
78:14,16 79:7,12,22
81:14,23 82:7,18
88:22 89:17 90:10
108:5,11,14,16,23
109:11 111:14,17
111:23 112:5,6,13
112:16,22 113:3,7,9
113:13,16,21 114:4
114:11,21,24 115:4
115:7,11,16,19
116:1,9 119:9,24
120:13,15,19,23
121:3,25 122:10,13
122:17,22 123:2,15
123:21 124:3 126:4
126:8,18,23 127:1
127:10 156:2,11,19
156:20 158:5,11,18
159:1,10,24 160:3,9
160:14,17,18,25
161:1,10,16,20,23
162:8,9,14,16,20
163:3,11,20 164:2
164:15,20 165:1,5
165:12,16 166:5,10
166:21,21 167:2,5,7
167:13,18,24 168:2
168:6,10,13,16,20
169:22 170:2 175:3
175:21 177:21
178:18,22 179:10
179:13,16 180:1,6
180:15,22 181:1,13
182:1,6,9,21 183:3
185:6,18 192:16,21
193:11 194:7,7
203:12,13 204:6,23
204:25 205:3,6,10
206:3 207:1,9

218:16,18,24 219:2
219:7,13,18,23
220:1,11,17 221:18
221:23,24 222:5,7
222:14,21 223:7,15
224:1,7,12,19 225:2
225:16,20 226:1,12
226:18 230:7,11,16
230:18,25 231:3,8
232:13 233:2,19,22
234:8,10 235:3,15
235:24 239:11,24
240:7,8,19,22,25
241:1,20 242:7,11
252:12,22 253:4
254:3 255:19 258:7
259:1,11 261:1,14
262:3,12,22 263:4
263:15,17,22 264:9
264:19,22 266:1
**start** 51:23 155:7
185:21 188:19
213:17 245:1
**started** 134:18,25
157:8 205:5 256:24
**starting** 6:6 135:9
142:16 186:20
189:4,10 190:20
195:15 197:1
**starts** 196:7 205:7
**state** 94:15 112:12
120:8 135:20 148:2
152:5 160:23 210:8
224:4 228:16 250:5
**stated** 41:2 77:11
161:18 218:14
221:17 226:14
230:9 243:2 263:16
264:8
**statement** 19:17
50:1 51:20 55:6
61:11 62:10,11,23
75:12 101:8 105:16
109:15 128:20
131:10 144:12

258:15
**statements** 128:23
254:18,19,24
**states** 1:1 7:7 94:20
94:20 100:7 103:8
134:1 247:19 258:5
**stating** 122:15
**statistical** 3:14
69:24 101:5 104:8
106:24 107:3
127:25 133:15
**statistically** 57:4
103:25
**statistics** 55:13,16
**status** 204:16
**stenographic** 269:11
**step** 11:12 193:14
**steps** 65:25 66:19
76:4 106:9 145:15
161:5 242:8
**sticker** 180:13
181:14
**sticking** 184:14
**stimulate** 145:4
**stimulated** 145:8
**stopping** 171:12
**store** 148:23 191:9
208:19,22
**stores** 197:22
**straight** 140:4
**strategy** 40:4
**street** 2:9
**strict** 89:1
**strike** 30:20 32:12
40:5 60:24 77:10
96:21 108:18
109:19 144:20
183:15,21 184:5
196:14 218:23
233:15
**strikes** 163:14
180:14 181:16
**strong** 45:10 178:10
**strongly** 104:6

**struck** 117:12
194:24 246:21
**structure** 214:4,16
214:17,20 239:4
**structured** 162:1
**student** 247:17
**studied** 58:4
**studies** 74:6 89:23
90:8 106:7 107:22
108:1 123:4 190:12
200:17,21,22 201:1
201:2,5,10,11,17
202:19
**study** 3:12,13,15
41:17 71:14,22
73:10 82:24 83:2,7
83:19 84:3,9,24
86:12,15 91:23 93:3
98:20 110:15
118:10 126:3,25
127:2,20,23 128:1
128:13 130:3
133:16 160:16
179:11 194:1
202:21 203:20
205:21 210:7 213:7
220:16 226:20
231:24 235:19
239:9 242:19 254:2
254:3 262:6 267:8
267:11,17,21,24
**style** 29:18 31:16
33:3
**subject** 48:23 70:3
92:5 162:17 202:5
227:20
**subscribed** 270:21
**subsequent** 143:19
**subset** 7:21
**substantive** 144:21
151:12,25
**subtract** 222:1
**subtracted** 59:1
**successfully** 146:6

succinct  146:11
suffered  227:5
suggest  102:5
  132:16 147:11,13
  207:12 237:14
  263:8
suggesting  74:6
  167:12
suggests  114:12
suite  2:9 271:1
sukomar's  36:15,23
sum  237:24 238:3
summary  201:16
  267:25
superior  168:14
supply  39:13 40:6
  199:21,25 200:2,18
  229:25
supplying  156:23
  157:5
support  224:6,15
  226:16 227:2
  249:13
supports  222:17
supposed  112:22
sure  10:2 12:16 21:6
  23:10 24:20 36:5
  42:4 44:2 48:2 49:3
  60:13 70:17 92:13
  93:2 105:4 112:10
  122:4 127:15 131:1
  133:5,5,18 138:21
  139:3 154:17 157:2
  157:9 170:4 171:16
  171:23 177:7,9
  191:8,15,20 192:2
  192:25 193:1,1
  209:9 219:10 221:5
  229:14 237:9
  250:25 251:7,21
  261:15
surmised  110:18
surprise  144:22
surprised  97:14
  108:8

surprises  154:17
surprising  147:25
survey  3:11,13,15
  8:22 9:18 10:6,23
  12:19,24 18:15 22:8
  26:7 29:7,13 30:4
  30:23 31:5,16,20
  33:17,19 34:4,23
  35:5 36:16,17,19,24
  37:2 40:13 41:9,16
  41:22 42:1,8,10,12
  42:15,18,22 43:3,6
  45:13,20 46:1,1,2,6
  46:13,14 47:11,24
  48:4,5,12,23 50:4
  50:16 62:20 63:6
  65:9 68:6,9,10,11
  68:24 69:5,9,10,13
  69:17,18,22,25 70:2
  70:4,7,11,12,14
  71:19,25 72:1 80:3
  80:11,17,21 82:2,16
  82:21 83:18 84:7
  85:8 87:13 92:19
  93:14 94:3,24 95:25
  96:4,8,18 97:19,22
  98:22 99:2,9,11,13
  99:20 100:4,14,17
  100:21,22 101:6,23
  102:4,12 103:4,11
  103:16,20 104:1,2
  104:14,15,21,21
  105:1,3,17 106:6,7
  106:11,14,23 107:5
  107:12,15 108:2,4
  108:22,24 109:22
  110:9,18,22 111:1,1
  111:4,4,7,11,16
  112:3,7 114:9,14,21
  114:24 115:6,17,20
  116:2,3,4,8,10,11,12
  116:14,14,15,17,23
  117:5,19 118:8,12
  118:15,21,23 119:3
  119:4,5,22,23

121:18 123:23
126:13,16 127:12
127:19,23 128:1,12
128:15 129:1,3,15
129:16 130:3,10,20
131:24 132:10,21
133:16 134:18,25
135:6 136:4,9
138:13,22 139:7,10
139:12 140:7 141:2
141:4,25 142:8,21
143:15 145:17
146:3,25 147:17
148:11 149:25
150:18,19 151:4,12
151:17 152:1,13,16
152:23 153:24
154:9 155:9,16
156:4,8,25 157:5,7
158:2,3,8 159:8,9
159:17,21,23 160:2
160:7,9,20 161:18
161:25 165:24
167:17,23 168:21
168:21,23 169:12
170:8,10 172:10,11
173:11,21 174:25
176:3,13,18 178:6
178:11,18 179:4
181:19 183:7
185:16,21 186:1
187:3,10 188:23
190:25 191:1,14,21
193:9,25 199:7,8,19
200:15 202:5 203:5
203:8,10,21,22
204:4 205:7 206:22
207:23 209:3,7,8,11
209:15,22 210:1,3,4
210:10,11,20,24
211:4,8,19 212:12
212:15 213:5
214:24 215:1,1,3,9
215:12 216:1,8,23
217:19 218:3,10,18

219:20 220:14
224:5,15,17 226:15
229:1 232:18 233:4
233:5,23 234:1
235:12 236:7,9,12
236:13,14,16,21
237:22 238:8,13
239:5,5,8,14,15
240:5 241:14 242:4
242:5,17,22 244:5
244:16 245:22
247:21 248:9,10,15
248:18,22,23,24
249:2,9,12 250:9,10
250:13,14,17
251:20,25 252:16
252:17,19 253:5
254:8,15 255:5,9
256:12,16,22 257:4
257:6,12,18,24
258:3,11,23 259:5,9
262:3,12,17,19,22
263:3,4,7,11,15,24
264:2,5,17,19
surveyed  263:16
264:8
surveys  43:8 44:20
57:14 75:17 92:24
93:1 101:5 103:8
105:13 106:20
107:19,20 123:15
139:18,19 140:9
145:1 172:8 189:12
190:2,17 193:5
194:17 198:15,21
199:5 205:19
206:11 216:11
227:21,22,25 236:4
237:4,13,20 244:25
249:5,10,14,21
257:1 263:21
susceptible  241:25
243:9
suspect  200:9

**suspicions**  84:19
**swear**  5:4
**sweepstakes**  93:8
**sworn**  5:7 269:9
  270:21
**symbol**  177:21,25
  178:22
**synonymous**  246:3
  246:5
**system**  135:23,25
  136:12 138:4,13
**systematically**
  234:17

**t**

**t**  3:9 269:3,3
**table**  215:6 222:17
**tablet**  116:16
**take**  23:2 40:22 50:4
  50:19 63:2 66:19
  72:11 73:19 92:7
  99:11 100:21 102:8
  102:8 103:10 106:9
  107:11,24 108:8
  115:9 129:23
  133:10 139:6
  145:15,24,25 161:5
  170:13 171:12
  172:24 176:6
  178:19 199:8
  216:20 220:19
  221:14 222:1
  228:18 242:8
  255:12 256:1
  259:17 265:3 266:7
**taken**  1:13 4:10
  104:15,21 125:16
  162:2 222:6 269:11
**takes**  129:15
**talk**  86:15 189:25
  197:23 202:10
  215:1,2
**talked**  40:7 102:25
  199:9,13 206:5
  207:6 218:11

  239:22 253:8
**talking**  20:12 62:23
  68:25 76:22 85:4
  88:3 106:25 136:23
  138:24 145:22
  153:6 179:23
  200:20 203:3
  206:14,20 229:16
  263:12
**tar**  248:14
**target**  82:24 83:2,7
  83:19 84:9,24
**targeting**  85:8
**tautology**  151:7,14
**tax**  165:10
**taxes**  182:22
**technical**  55:6,7
  144:11
**technically**  126:12
**techniques**  103:22
  103:25 104:9 193:3
  193:4
**technology**  11:22
  218:17
**telephone**  102:21
  211:16,18,23
**tell**  12:17 26:10
  40:23 55:8 86:2
  101:16 103:7
  126:21 128:10
  129:10,25 133:13
  210:20 214:23
  247:8 256:1 259:18
  263:11 266:8,12,19
  267:4
**telling**  90:15 92:6
  103:13
**ten**  212:24,25 213:2
  249:17
**tend**  80:24 202:16
  240:25 241:5
**tendency**  204:17
**term**  46:25 144:11
  241:6

**terminate**  128:21
  129:8 136:9
**terminates**  136:10
**terminating**  132:10
**terminology**  186:4
  193:6 221:9
**terms**  17:1,11,12,16
  17:23 48:24 50:7
  57:7 83:7 86:25
  91:5 125:23 130:22
  175:1 185:7 211:21
  239:25
**test**  14:4 18:5 68:4
  68:22 70:1 146:2,5
  146:5,10 147:16
  238:22 243:2
  253:25 254:16
**testified**  5:7 8:12
  11:13 12:2,10 31:11
  72:17 111:15 122:7
  199:10
**testimony**  27:10
  34:25 121:18
  180:25 184:1,2,3
  232:24 243:23
  269:11
**testing**  47:10,12
  58:25
**tests**  13:17,20,23,25
  14:19 16:17,23 18:2
  69:24
**text**  137:7 138:9
  143:21 154:3
  177:19 178:13
**thank**  129:16
  138:15 268:8
**thanks**  27:17 33:6
  243:20
**theoretical**  234:6
  235:22 237:2
**theory**  243:6,7
  254:14
**thing**  98:21 179:3
  204:15 223:10,12
  224:14 226:7

**things**  175:1 179:5
  190:13 197:25
  208:21,21 210:17
  227:24 251:1
  258:13 259:2
  263:23
**think**  6:7,23 12:3,11
  15:19 27:2 29:12
  31:3 32:23 34:11
  35:1,12 36:16 42:1
  42:13,24 44:11 45:9
  51:21 52:17,20
  55:12 57:9 61:25
  66:9,23 67:17 68:19
  73:13 75:24 77:16
  78:20 81:25 84:2
  85:15 86:12 87:8
  90:1,5 97:22 99:14
  100:6 107:10
  108:25 109:10
  111:15 113:18
  114:2 116:9 117:8,9
  117:11 119:13,14
  119:22 120:5 124:2
  126:5 127:5,11
  132:18 137:18
  138:12 140:4
  142:14,18,19,24
  143:14 145:3,8
  148:5,11,17,19
  149:1,9,11,17 150:5
  150:19 151:2,6,14
  152:15 154:14
  155:14 160:18
  163:25 164:13
  165:7,17 166:19
  167:9 169:10,13
  170:3,6,7,24 172:16
  174:7,11,17 176:1
  178:10,21 180:17
  181:4 187:23 189:2
  190:16 191:1,22
  192:5 195:13,17
  196:4 201:19 202:1
  202:15 203:9,24

206:14 208:1,2
211:6 215:8 216:14
217:12 220:4,13
223:15 225:3 226:4
226:10,13 227:18
227:19 232:20
234:6,13,14,19
235:11,18 236:6,11
242:18 244:10,21
245:5 246:14 249:7
252:2,25 254:13
255:4 256:13 257:3
257:14 259:25
262:5 263:6 267:19
**thinking**  105:20
145:5 149:8 152:7
155:8 164:12
165:18 216:25
234:16
**third**  170:19 264:7
267:8
**thirdly**  69:23
**thirty**  271:16
**thought**  22:8 30:22
31:11,15 33:3 41:25
50:12 98:21 99:8
101:10 102:1 117:6
119:16 140:20
150:16 152:2 160:3
168:14 171:8 180:7
180:7 195:22
203:17 214:23
215:4 224:20
232:19 237:8 238:5
240:1
**thousand**  202:2,9
**thousands**  123:14
224:22
**three**  70:5 95:18
98:19 130:23 133:7
137:10 170:23
**tie**  134:24
**time**  4:20 5:22 8:25
12:8 15:25 20:8
23:19 24:5,5,10

25:21 26:2,8 50:25
56:18 60:8 65:3
67:10 68:9 73:14
79:24 87:6 92:10,14
104:2 106:19,22,23
107:11,12 112:9
117:1,23 118:18
119:8 120:1,5 121:5
121:7,10,21,23
122:9,24 123:18,19
126:3 150:21
151:15 162:24
164:21,22 166:6,9
167:7 168:3 172:1
176:17 183:13,20
189:21 193:16
197:9 212:21
220:20 230:17,25
237:5 252:6 256:20
268:11
**timeline**  26:5
**times**  32:16 107:8
152:16 154:15
165:11 242:18
243:25 244:16
**title**  141:1,3
**tobacco**  190:2
245:18 248:6
**today**  4:7 10:16 27:9
28:3 30:11 31:23
36:11 40:11 41:24
42:13 79:4 87:9
90:6 98:7 102:9
106:17,18 118:3,6
120:18 139:3 167:9
174:10 175:2
182:14 189:24,25
190:18 191:2
199:14,16 200:20
203:19 206:6 207:6
225:8 227:10
242:18 245:5,17,17
246:4 263:3 264:4
266:11

**token**  93:6
**told**  132:19 175:19
192:14
**tolerating**  32:9
**toll**  271:2
**tool**  45:4 57:14 65:6
67:21 71:13 72:1,6
73:22,23 224:24
227:1
**tools**  71:13 227:21
**top**  11:21 15:9 18:10
18:11 20:1,13,16
21:9,15 22:3,14,17
23:18 24:1,4,14
25:10,16 26:1,15,21
27:3,12,23 28:1,6
29:18 30:5 31:4,16
33:4 34:11 35:11,18
36:1,7,10,21 37:3,4
37:19 38:5 39:3,8
40:10 80:4,9,10
85:15 95:22 96:2,5
96:9,13 97:3,3,7,20
98:4,15,18 99:1,16
99:17,22 100:5
112:21 113:2
116:25 118:1
120:12 130:5,16
134:21 135:10
136:11,14 138:18
148:6,9 149:2 152:8
152:9 153:17,22
154:1 155:5 156:11
156:13 160:24
161:1,6,12,19
162:10 170:15
171:5 172:20
173:14 176:8
207:13 210:6 230:7
231:17,22,23 232:6
259:6,10
**topic**  77:18 139:22
140:4,12,18 145:4,5
148:10 149:18
232:19

**torture**  144:18
**total**  79:22 134:7,12
134:24 135:17,22
135:23,24 236:22
237:11
**totals**  135:14
**trade**  238:10
**trailing**  6:6
**transaction**  6:18 7:4
7:6 9:13 12:20
20:20 22:10,11
24:17 30:25 31:2
35:3 37:10,18,22
59:14,15 63:11
72:15 81:2 183:13
199:15,19,24 200:3
200:9,19,23 203:20
205:17 208:9 229:2
251:21
**transactions**  6:2,7
8:6,9 9:9 10:20
20:22 21:2 32:8
38:10,16,17 200:3,5
200:6 208:7 251:2,3
**transcript**  268:13
269:10 271:10,11
**transportable**  85:19
**transportation**
39:25
**treat**  146:8 193:5
**treated**  192:2
**treating**  138:13
192:24 246:4
**treats**  205:8
**trial**  248:10
**tries**  164:8
**trigg**  2:8
**trip**  148:20,25
172:17
**trouble**  36:3 96:18
198:19
**true**  131:17,19
177:1 259:22
269:10

**trustworthy** 45:21 84:15
**truth** 103:7,13 190:24
**truthful** 100:14,24 101:2,4,9,15,16,23 102:2,6
**truthfully** 32:19
**try** 6:22 169:24 212:23
**trying** 77:24 89:9,11 100:23 101:13 115:14 125:6 143:8 151:10 160:6 183:21 216:7 233:17
**tuesday** 1:15
**turn** 41:3 74:11 92:16 105:15 128:18 130:11,25 133:17 135:12 136:19 138:16 139:13 140:22,23 143:16,17 144:17 148:1 156:6 170:14 173:8,9 175:11,24 176:16 187:15 193:20 196:6 208:25 218:13 219:21 221:3 244:6 265:10
**two** 13:17,20 15:4,7 27:8 44:15 45:18 46:5 50:21 55:22 68:17 74:13 86:19 96:6 105:6 130:15 130:23 135:13,14 137:5,8 139:25 141:16 148:21 150:22,24 152:17 152:19 156:12,17 157:4 158:3 159:18 168:22 170:6,23 172:15,15 174:5 175:13 181:10

184:25 185:2 186:12 202:18 205:2 212:15 253:19 255:10 266:23
**type** 17:6 39:13 45:7 77:13 116:19 137:25 140:6 141:10 142:6
**typed** 132:1 141:25 143:20,25 217:7
**types** 96:7 156:13 254:17
**typical** 138:6
**typically** 96:22 116:16 135:2 149:10 177:20 208:5
**typo** 211:6

**u**

**u.s.** 4:15 14:18 92:22 94:16 95:4 108:10
**uh** 32:17 177:23
**ultimate** 29:16
**ultimately** 8:21 10:22 29:6 215:2 227:10
**unable** 76:15 78:25
**unclear** 213:20 214:25
**underlie** 265:23
**underlied** 263:4 265:16
**underlying** 262:12 262:14,16
**understand** 6:5,22 7:9 8:14 9:15,19 11:22 13:11,22 14:11,20 17:3,10 19:13 21:25 24:21 27:10 30:1 33:6 35:23 42:4 45:19 46:8 54:7 62:25

64:20 66:17 73:18 97:9 105:4 111:21 112:21 113:6,9,15 114:4,8 119:1 125:15 127:8 133:19 147:13 148:24 154:16,18 166:2 170:3,4,16 171:23 184:4 201:24 204:21 206:10 212:10 225:12 226:5 236:19 240:16 258:14
**understanding** 5:11 5:13 10:19 13:25 14:3,5,13 15:4,13 16:5,16 17:19 19:22 19:25 52:5 53:18,19 54:13 86:19 88:25 96:18 98:1 113:11 158:18 159:1,9,20 167:6 168:6 175:1 179:25 181:20,23 182:3 218:24 219:1 219:6,18 240:6,24
**understood** 8:13 11:13,19 29:7 44:2 48:24 50:13 60:17 68:12 84:22 93:23 98:12 111:14,20 121:22 155:10 160:9,16 168:2 188:23 215:3 232:24
**unduly** 203:6
**unfamiliar** 263:21 264:1,1
**unfortunately** 131:6
**unhappy** 174:18
**united** 1:1 94:20 103:8 247:19
**units** 16:16 21:2 29:1 31:2 40:12,13 260:19

**universe** 46:19
**unnecessary** 200:1
**unquote** 152:13
**unreliable** 246:25 247:2
**unresponsive** 60:24
**unsure** 86:7
**unusual** 101:6,12 102:11 116:23
**updated** 252:8,8
**upward** 202:12
**usage** 101:7
**use** 9:25 10:22 11:20 15:6,7,9,15 16:4,14 16:24 17:18 33:12 38:15 53:16,21 55:5 65:16,18 72:23 74:16 79:23,24,24 84:1,20 100:1 101:19 103:9 104:11 105:9,12 112:23 177:16 181:17 186:4 187:12 199:19 204:4 205:11,17 212:15 227:22,25 239:3 252:17
**useful** 34:9 83:23,25 171:10 172:17 205:23 228:17
**useless** 184:1,6
**user** 6:24 81:7 98:25 99:4,15,23 140:20
**uses** 57:14 71:22
**usually** 137:24

**v**

**v** 270:3 271:6
**vague** 110:7
**valid** 46:14 48:4 119:3 121:19 131:21 132:4 133:1 133:21,22,23,23 134:1 135:3,4,18,19 135:21,23 137:15

138:5 139:5 146:17
146:22 190:25
219:20 233:6
**validate**  200:12
201:11
**validation**  107:22
200:21
**valuable**  240:19
**valuation**  34:3 41:9
41:16,21 42:1,7,10
42:12,15,18,22,25
43:3,6,7,12 44:7,22
44:25 45:4,10,16
47:24 57:12,13,25
58:1,8,16,20,23
61:10 62:14,20 63:6
63:12,15 64:2,15,16
64:18,22 65:5,9,15
65:18,23 66:7 67:6
67:14,20,24 68:6,23
69:5,9,13,17,22,25
70:2,7,12 71:9,12
71:19,23 72:1,5,18
72:23 73:1,10,21
74:7 75:17 76:16,25
82:2 83:18 84:25
85:24 87:7,12 88:15
89:15,23 90:8 91:21
106:23 110:8 124:3
125:2 127:9,11
139:18,23 141:2
142:21 143:15
146:7 147:17
148:11 152:16,23
154:9 155:9,16
169:16 172:8
173:11 178:18
183:7 185:16,21
186:18,23 189:12
190:7 191:24 192:1
198:9,15,21 199:5
200:13 201:1,2,4,11
201:21 202:12,15
202:16 205:11,19
205:23 206:11

207:23 209:7,11,15
215:5 221:13,24
222:18,25 223:10
224:13 228:7
230:13 234:7 236:8
236:16,21 237:12
237:15,19,20 243:3
244:16 245:3,22
247:21 248:15
249:5,10,20 250:16
251:25 254:8,15
255:5,9 258:11
**valuations**  119:9
190:5
**value**  3:20,21,23
43:17,24 44:3 47:11
57:14 58:2,17,21
59:6,16,20 60:16
61:4,13 62:4,19
63:5 65:23 67:25
71:20 72:15,18 73:1
73:23 74:1,7 78:1
79:21 90:22 115:7
120:19 122:21
123:1,4,21 126:24
131:21 139:25
148:5,12,12,15
149:2,5,8,11,16
161:15 170:2 179:9
185:18 186:24
188:13 193:10,12
198:10 202:8,20
204:17 207:14
208:22 220:17
221:14,22 224:6
230:10 236:15,17
238:11 239:10
246:11 248:12
254:4,16 255:5,19
259:11 264:22
266:1
**valued**  148:9 168:13
168:19 224:11
225:20

**values**  69:12 195:12
**valuing**  149:10
204:20 249:25
**variable**  129:11
138:3 170:13
**variables**  169:23
197:20 234:8
**variation**  110:21
**varied**  167:8
**varies**  103:23
**variety**  93:24 193:3
201:2 210:23
**various**  7:19 29:14
69:3 103:22 133:19
197:24 224:24
229:25
**vary**  246:1
**vast**  10:19 108:12
145:12,12
**vehicles**  245:19
**verb**  157:9
**verify**  251:6 267:15
**veritext**  4:5 5:3
270:1 271:1,7
**version**  66:20 67:4
67:12 180:5 181:3
182:8 206:4 230:18
231:3
**versions**  71:7
**versus**  4:13,14 10:3
26:15 29:18 99:1
104:7 106:22
131:14 146:21
178:19,22 198:4
202:9 242:21
260:21
**video**  4:1 5:2 11:6
51:1,3,5 95:10,13
127:16 128:3 173:1
173:4 220:21,24
255:13,16 268:14
**videotaped**  1:12
**view**  50:1 61:25
79:17 104:11
115:19,24 131:25

140:16 142:18
165:3 166:8 178:2
191:17 192:7,11
196:20,21 200:1
225:24 256:23
**visited**  24:10 25:25
26:10 33:15 51:12
51:15 81:3
**visiting**  34:8
**volume**  260:19
**volunteered**  98:11
**volunteering**  98:8
**vote**  159:16 177:12
183:1,8 185:2,21
186:21 222:24
**voted**  192:12,15
221:20 222:13,19
222:21,22
**vs**  1:6

|  **w**  |

**w**  271:1
**waiting**  56:13
**waived**  271:17
**walk**  213:22
**want**  21:6 42:4 61:8
61:11 63:25 64:5
74:3 80:25 85:1
86:3,4 106:1 127:13
131:1 140:10 143:7
148:8 154:17 169:7
170:4 171:23 209:9
262:4 268:11
**wanted**  29:1 50:16
60:13 96:24 110:7
115:23 117:2,3,10
140:9 145:3,14
149:1 178:1 196:14
196:14 212:21
250:25 251:6,7,21
**wants**  183:24
**warehousing**  39:25
**warm**  139:14,16,17
140:7,10,17 141:13
148:4 150:13,17,24

151:3,11 152:6,20
153:6,10,11,15
**warmup** 141:1
**wash** 18:18 129:9,12
137:7,9,9,14 138:3
138:8,18,24
**washer** 7:10 9:22
15:9 18:10,11,18,19
19:3 22:16 25:11
35:11,19 37:3,4
38:5 49:22 52:5,10
53:16,17 54:2 66:21
67:5,13 95:22 98:4
99:17 120:13
121:16 130:16
132:7,16 134:21
141:7 143:5,10
145:9 147:23
148:15 149:2,5
155:19 161:12,19
161:24 162:21
163:4,12 168:16
173:15,20,24
174:14,18,20
175:16 194:7 206:4
225:20 226:11
230:16,24 231:3
236:22 253:14,15
253:19 264:9
**washers** 5:23 13:3,8
14:6 16:10 17:12,18
20:2,13,16 21:10,11
21:15 22:1,4,17
23:18 24:14,25
25:10 26:1 28:1,7
29:23 31:4,15,24
33:1 34:17,17 36:2
36:7 37:19 38:3
39:8 40:10 48:23
61:15 70:24 71:7
75:1 81:2,12,21
95:23,25 97:4,7,10
97:21 98:13,14
99:10,16,22 118:1
121:4 137:11

156:17 162:11
168:23 170:6,17
175:13 177:10
199:12 228:24
229:7,11,20,22
230:6,7 231:22
252:20 255:1
**washing** 5:15,17,21
11:21 13:18,21,23
14:3,16 15:15,17
16:4 17:21,25 19:14
20:21 21:22 22:3,6
25:5,17 26:14,17,21
26:24 27:6 28:11
29:1,4,10,15 30:1,5
30:8 34:12,19,22
37:12,14,24 38:12
39:19,22,24 41:11
41:19 43:18 47:17
47:21 48:10,14,20
52:23 53:20 54:19
55:5,24 56:21 60:5
60:11 61:13 66:12
67:1 72:3 75:3,21
76:6,19,24 78:17
80:4,6,10,15 81:8
82:5 83:4 85:22
96:7,10,12,24 98:10
98:18,19 99:3 105:2
105:6 110:1,3,12,14
110:19 112:21,22
113:2,4 114:5
116:25 117:18,21
118:2,13,22 119:17
119:18 120:2,6,16
122:18 123:25
128:22 129:13,17
130:23 132:20
136:25 140:14
141:19,22 142:14
143:22 144:1 147:4
147:5,12 148:6,9,12
148:16,21 149:14
149:16 152:8,9,14
152:18,25 153:1,12

153:17 154:1,20
155:5,25 156:2,3,11
156:13,24 157:4,13
158:4,11 160:24
161:1,6 168:9
169:15 171:10
172:15,19 174:5
175:4,6,8,8,20,25
176:8,19,20 177:14
177:14,22 178:4,23
178:24 179:2,6,24
180:16 182:20
183:8,9 184:20,20
186:7,7,13 190:13
192:10,12,20
193:10 194:6 197:5
197:12 205:8 206:8
218:16,19 220:1
221:17,23 222:5,14
223:7 225:16
230:23 231:8,17,23
231:25 232:1,25
233:8,11 235:13
236:24 240:7,8,25
241:1,20 242:7
251:4,10 259:6
**washington** 134:2
**water** 13:24 14:2,8
14:25 15:6 16:20,24
17:11 18:17,21 19:2
53:23,24 54:12
79:19,24 219:14
**way** 17:19,20 28:23
33:3 59:25 61:9
68:22 82:13 95:25
96:16 103:24 104:4
106:24 115:23
117:11 119:14
123:17 127:5
130:19 135:10
136:18 138:12,13
140:16 149:25
154:13 157:11
158:4 168:16 176:2
178:2 180:21,22

181:24 185:20
196:19 211:19,22
215:23 216:9,12
218:3 221:20
222:19 239:5 253:5
258:21
**ways** 9:5 69:4 94:7
193:5 203:7 218:17
232:13,14
**wdz0000204** 3:20,22
255:20 259:12
264:23
**wdz0000207** 3:20,22
255:20 259:12
264:23
**wdz0000208** 3:18
**wdz0000215** 3:19
**wdz0014657** 3:17
214:8
**we've** 24:22 50:20
61:25 81:1 175:12
175:12 189:23
239:22
**website** 22:21 23:1
24:6,11,13 26:10,13
28:4,8 32:2,4 33:9
33:15,21 34:8 35:8
**websites** 22:22,23
23:3,16 24:8,9
25:15,19 51:14 81:3
**weighted** 221:6,12
**weir** 250:21 251:6
251:16
**weir's** 251:14
**went** 11:10 115:25
116:8 248:10
**whatsoever** 109:8
238:16
**wheeler** 2:8
**whirlpool** 1:8 3:18
4:13,14 9:9,10
24:18 38:15 257:6
260:25 261:12
270:3 271:6

[wide - zero]                                                                Page 44

**wide**  36:15
**widely**  198:13
**willing**  20:23,24
   35:16 162:20 163:3
   163:11 164:2 165:5
   165:16 182:22,24
   186:5 187:4 192:20
   196:8,19 197:1
   198:17,23 203:11
   203:13 204:8
   208:11 221:22
   223:9 231:2 242:10
**willingness**  185:11
   185:13 186:8 187:7
   199:2 200:12 222:4
   222:14
**window**  117:23
**witness**  3:4 4:18 5:4
   8:1 12:16 15:13
   19:5 21:19 23:9
   26:12 30:16 31:8
   35:1 37:7,21 38:7
   42:24 48:2 52:16
   53:4 54:24 55:12,21
   56:5,15 57:2 59:8
   59:24 62:7 63:8
   64:10 65:2 67:17
   70:14,19 71:2 72:25
   75:12,24 76:12,21
   77:16 78:7,20 79:10
   81:17,25 83:22 86:4
   86:11 88:11,23
   89:20 90:20 91:17
   97:13 106:16
   109:14 114:17
   118:5 119:1,18
   120:22 121:12
   123:7,13 124:19,25
   125:13 151:6,14
   153:3,9 157:17
   158:22 159:14
   163:6,14 164:5
   166:13,24 174:4,23
   182:13 183:19
   184:9,12 185:15

   186:11 187:10
   197:16 199:1
   203:16 205:15
   207:5,17 219:9
   223:18 225:7 226:4
   227:9 228:15
   230:21 231:6,12
   234:13,22 235:7,18
   237:2,18 239:8
   240:14 241:9
   242:14 246:14
   252:2,25 253:24
   254:13 256:16
   260:15 269:9 270:4
   271:8,10
**witness's**  268:12
**witness'**  271:12
**won**  119:16
**wondering**  139:1
   149:3 154:12
**word**  45:15,19
   47:12,13 57:24
   68:13,18,24 100:1
   119:15 133:20
   138:5 154:2,3 160:6
   177:20 178:10
   243:20 247:2
**worded**  17:8 151:16
   264:3
**wording**  100:23
   234:1
**words**  7:22 135:13
   207:14 212:16
   242:2 246:9 252:3
**work**  86:23 87:12
   94:8 136:18 184:16
   186:21 194:21
   204:9 216:7 236:13
   249:19 267:12
**worked**  131:23
   133:5 261:7
**working**  135:10
**works**  87:19 138:12
   184:5

**world**  197:6,13
   251:20
**worth**  223:16 225:2
**wrap**  189:24
**written**  252:5
**wrong**  27:11 142:3
   142:5 151:2,8,8,11
**wrote**  40:24 92:11
   148:7 266:19
**wtotrial.com**  2:11

|           x           |
| --- |

**x**  3:2,9
**xi01143**  269:21

|           y           |
| --- |

**yeah**  171:14 193:25
   234:4
**year**  18:9 91:22
   117:7,13,25 124:6
   125:1,10,12,19
   130:16 132:15,17
   137:1,7,9,9,14
   138:3,9,19,24
   167:13,13 248:18
**yearly**  19:18
**years**  8:8,9 109:25
   117:1 118:14,23
   122:15 124:7,12
   131:21 132:4,8,20
   140:15 147:4
   149:15 154:21
   164:23 187:2 248:9
   252:5
**york**  1:15,15 2:4,4
   4:6,9

|           z           |
| --- |

**zero**  223:3,10,14,24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.