UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE DZIELAK, SHELLEY BAKER, FRANCIS ANGELONE, BRIAN MAXWELL, JEFFERY REID, KARI PARSONS, CHARLES BEYER, JONATHAN COHEN, JENNIFER SCHRAMM, and ASPASIA CHRISTY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, SEARS HOLDINGS CORPORATION, THE HOME DEPOT, INC., FRY'S ELECTRONICS, INC., APPLIANCE RECYCLING CENTERS OF AMERICA, INC., and LOWE'S HOME CENTER, LLC,<br><br>Defendants. | Civ. No. 2:12-89 (KM)(JBC)<br><br>ORDER |

**THIS MATTER** having come before the Court on the motion to dismiss for lack of jurisdiction filed by defendant Whirlpool Corporation (DE 294); and Magistrate Judge James B. Clark having filed a Report and Recommendation ("R&R") dated December 21, 2018 (DE 302) that the motion be denied; and this Court having conducting an independent review of defendant Whirlpool Corporation's ("Whirlpool") motion to dismiss for lack of personal jurisdiction (DE 294), plaintiffs' opposition (DE 295), and Whirlpool's reply (DE 296); and it appearing that the 14-day deadline has passed with no party having filed an objection to the R&R;

**IT IS** this 8th day of January 2019,

1

**ORDERED** that this Court adopts and affirms Magistrate Judge Clark's R&R (DE 302) in its entirety; and

**IT IS FURTHER ORDERED** that defendant Whirlpool's motion to dismiss for lack of jurisdiction (DE 292) is **DENIED**.

*[signature]*

**Kevin McNulty**
**United States District Judge**