UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLENE DZIELAK, SHELLEY BAKER, FRANCIS ANGELONE, BRIAN MAXWELL, JEFFERY REID, KARI PARSONS, CHARLES BEYER, JONATHAN COHEN, JENNIFER SCHRAMM, and ASPASIA CHRISTY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, SEARS HOLDINGS CORPORATION, THE HOME DEPOT, INC., FRY'S ELECTRONICS, INC., APPLIANCE RECYCLING CENTERS OF AMERICA, INC., and LOWE'S HOME CENTER, LLC,<br><br>Defendants. | Civ. No. 2:12-89 (KM)(JBC)<br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

**THE COURT** having granted certain defendants' motions for summary judgment and ordered plaintiffs to show cause why that grant of summary judgment should not be extended to non-moving defendant Appliance Recycling Centers of America, Inc. (ARCA) (DE 361);

**AND IT APPEARING** that plaintiffs, while preserving all substantive objections, do not object to the narrow supplementary relief specified in the order to show cause (*see* DE 362);

1

**IT IS** this 11th day of December, 2019,

**ORDERED** that the Court's Order and Opinion (DE 359, 360) granting defendants' motion for summary judgment shall be deemed to apply to defendant ACRA as well, and all claims are dismissed as against ACRA.

Judgment is final as to all parties and claims. The clerk shall close the file.

**KEVIN MCNULTY**
**United States District Judge**